# EXHIBIT A

# United States of America
### United States Patent and Trademark Office

# IYO

**Reg. No. 7,409,119**
**Registered Jun. 04, 2024**
**Int. Cl.: 9**
**Trademark**
**Principal Register**

Iyo Inc. (DELAWARE CORPORATION)
2606 Spring St.
Redwood City, CALIFORNIA 94063

CLASS 9: Audio headphones; Earphones; Computers; Micro-computers; Computer hardware and recorded and downloadable software sold as a unit for the integration of data and information into an interactive audio delivery mechanism for multimedia applications; Downloadable operating system programs; Downloadable mobile operating system software; Computer hardware in the form of an earpiece and audio/visual display with preinstalled operating system software; Computer hardware and recorded and downloadable software system containing an auditory user interface in the form of a molded earpiece for use in listening to, accessing, transmitting and sharing information, applications and data in an audio format, amplifying and reducing sounds and noise, natural language processing, and allowing communication between users, electronic devices and wireless devices

FIRST USE 2-2-2024; IN COMMERCE 2-2-2024

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-033,044, FILED 09-17-2021



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office

