MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Andrew D. Skale (211096)
ADSkale@mintz.com
Laura Franco (186765)
LFranco@mintz.com
Anthony J. Viola (*pro hac vice forthcoming*)
AJViola@mintz.com
Kara M. Cormier (*pro hac vice forthcoming*)
KMCormier@mintz.com
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: 415.432.6000

LWD ADVISORS, INC.
Jeff Hyman (171896)
jeff@lwdadvisors.com
700 El Camino Real Suite 120 #1310
Menlo Park CA 94025
Telephone: 650.219.4229

Attorneys for Plaintiff
IYO, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IYO, INC.<br><br>                    Plaintiff,<br><br>     v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>                    Defendants. | Case No. 3:25-cv-4861<br><br>**PLAINTIFF IYO, INC.'S NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Date:         TBD<br>Time:        TBD<br>Courtroom: TBD<br>Judge:       TBD |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that on _____, 2025, at _____ [a.m.]/[p.m.] (or as soon thereafter as the matter may be heard) before Judge _____ in Courtroom__ of the above entitled courthouse, located at 450 Golden Gate Avenue, San Francisco, California, 94102, Plaintiff IYO, Inc. ("Plaintiff") will and hereby does move for a Temporary Restraining Order and, upon its expiration, a Preliminary Injunction prohibiting Defendants IO Products, Inc., OpenAI, Inc., OpenAI, LLC, Sam Altman,

MINTZ, LEVIN, COHN,
FERRIS, GLOVSKY AND
POPEO, P.C.
ATTORNEYS AT LAW
SAN DIEGO

PLAINTIFF IYO, INC.'S NOTICE OF MOTION AND MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION

and Sir Jonathan Ive ("Defendants"), their employees, agents, representatives, subsidiaries, affiliates, related entities, and all persons and entities in active concert or participation with any of them from using by any means whatsoever, directly or indirectly, Plaintiff's IYO mark, and any mark confusingly similar thereto, including without limitation "IO."

This motion is based upon the Complaint and its exhibit; the authorities cited in the accompanying Memorandum of Points and Authorities; the supporting declarations of Jason Rugolo and its exhibits, Ed Catmull, David Rangel, and Jeff Hyman; all other papers and pleadings on file; and such additional arguments and evidence as may be presented to the Court at or before a hearing on this Motion.

On June 9, 2025, Plaintiff's counsel gave notice of this motion to counsel for Defendants. *See* Declaration of Jeff Hyman. Once the Court sets a hearing date and time for this Motion, Plaintiff's counsel will notify Defendants as soon as possible thereafter of the date and time of the hearing, and any other orders of the Court related to the same.

Dated: June 9, 2025

Respectfully submitted,

MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.

By: */s/ Andrew D. Skale*
Andrew D. Skale (211096)
Laura Franco (186765)
Anthony J. Viola (*pro hac vice forthcoming*)
Kara M. Cormier (*pro hac vice forthcoming*)

LWD ADVISORS, INC.
Jeff Hyman (171896)

Attorneys for Plaintiff IYO, Inc.

MINTZ, LEVIN, COHN,
FERRIS, GLOVSKY AND
POPEO, P.C.
ATTORNEYS AT LAW
SAN DIEGO

- 2 -

PLAINTIFF IYO, INC.'S NOTICE OF MOTION AND MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION