Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Attorneys at Law

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IYO, Inc., | Case No. 3:25-cv-4861 |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE, | |
| Defendants. | |

Having reviewed the Pleadings, the Motion for Temporary Restraining Order and Preliminary Injunction and Memorandum of Points and Authorities in support thereof; and the supporting declarations thereto, along with their accompanying exhibits, Plaintiff IYO, Inc. ("Plaintiff") has established likely success on the merits of its claims of trademark infringement under 15 U.S.C. § 1114 and 15 U.S.C. § 1125; Plaintiff will likely be irreparably harmed as a result of Defendants IO Products, Inc., OpenAI, Inc., OpenAI, LLC, Sam Altman, and Sir Jonathan Paul Ive's ("Defendants") trademark infringement; the balance of hardships tips sharply in Plaintiff's favor; and the public interest favors issuance of an injunction.

Therefore, the Court hereby orders as follows:

Defendants and their employees, agents, representatives, subsidiaries, affiliates, related entities, and all persons and entities in active concert or participation with any of them are hereby

restrained and enjoined pending hearing and determination of Plaintiff's motion for a preliminary injunction from using by any means whatsoever, directly or indirectly, Plaintiff's IYO mark, and any mark confusingly similar thereto, including without limitation "IO."

IT IS FURTHER ORDERED THAT:

1. Defendants shall show cause before the Honorable _____, Judge of the above-entitled Court, on , _____ \_\_\_, 2025 at, _____ a.m./p.m. or as soon thereafter as counsel may be heard, in Courtroom \_\_ located at 450 Golden Gate Avenue, San Francisco, California, 94102, concerning why Defendants, their employees, agents, representatives, subsidiaries, affiliates, related entities, and all persons and entities in active concert or participation with any of them, should not be restrained and enjoined pending trial and determination of this action as described above.

2. Plaintiffs, or their authorized agents, are directed to serve a copy of this Order and the papers upon which this Order is based upon Defendants by \_\_\_\_\_ a.m./p.m. on _____, 2025, which shall constitute sufficient service of process thereof;

3. Defendant shall have until \_\_\_\_\_ a.m./p.m. on _____, 2025, to file with the Court and serve on Plaintiff's counsel, Andew D. Skale, Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., 44 Montgomery Street, 36th Floor, San Francisco, CA 94104, any points and authorities, affidavits or declarations, or other evidence in opposition to Plaintiff's Motion for Preliminary Injunction;

4. This Order shall expire on its own terms at \_\_\_\_\_ a.m./p.m. on _____, 2025, unless further extended by Order of this Court; and

5. For good cause shown and upon written application to the Court, this Order may be extended for a longer period determined by the Court.

**IT IS SO ORDERED.**

Dated:

Hon. _____
United States District Judge