MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Andrew D. Skale (211096)
ADSkale@mintz.com
Laura Franco (186765)
LFranco@mintz.com
Anthony J. Viola (*pro hac vice forthcoming*)
AJViola@mintz.com
Kara M. Cormier (*pro hac vice forthcoming*)
KMCormier@mintz.com
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: 415.432.6000

LWD ADVISORS, INC.
Jeff Hyman (171896)
jeff@lwdadvisors.com
700 El Camino Real Suite 120 #1310
Menlo Park CA 94025
Telephone: 650.219.4229

Attorneys for Plaintiff
IYO, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IYO, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONTHAN PAUL IVE,<br><br>　　　　　Defendants. | Case No. 3:25-cv-4861<br><br>**DECLARATION OF JEFF HYMAN IN SUPPORT OF PLAINTIFF IYO, INC.'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Complaint Filed:　June 9, 2025<br>Trial Date:　　　None Set |

MINTZ, LEVIN, COHN,
FERRIS, GLOVSKY AND
POPEO, P.C.
ATTORNEYS AT LAW

DECLARATION OF JEFF HYMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Jeff Hyman, do hereby declare as follows:

1. I am the outside General Counsel of Plaintiff IYO, Inc. ("Plaintiff" or "IYO") in the above-captioned matter. I am over 18 years of age. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto. I make this declaration in support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction ("Motion").

2. On June 9, 2025, I emailed notice of Plaintiff's Motion to the Defendants' attorney, Margret Caruso of Quinn Emmanuel Urqhart & Sullivan, whom I understand represents all the Defendants, and asked her to confirm as such. I will send conformed copies of the Motion, the Complaint, and their accompanying documents, to Ms. Caruso after they are filed with the Court. Once the Court sets a date and time for the hearing on Plaintiff's Motion, I will also send the same to Ms. Caruso.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 9, 2025 in Menlo Park, California.



Signed by:
Jeff Hyman
Jeff Hyman

530024586v.3

MINTZ, LEVIN, COHN,
FERRIS, GLOVSKY AND
POPEO, P.C.
ATTORNEYS AT LAW

- 2 -
DECLARATION OF JEFF HYMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION