MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Andrew D. Skale (211096)
ADSkale@mintz.com
Laura Franco (186765)
LFranco@mintz.com
Anthony J. Viola (*pro hac vice forthcoming*)
AJViola@mintz.com
Kara M. Cormier (*pro hac vice forthcoming*)
KMCormier@mintz.com
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: 415.432.6000

LWD ADVISORS, INC.
Jeff Hyman (171896)
jeff@lwdadvisors.com
700 El Camino Real Suite 120 #1310
Menlo Park CA 94025
Telephone: 650.219.4229

Attorneys for Plaintiff
IYO, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IYO, INC.<br><br>Plaintiff,<br><br>v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>Defendants. | Case No. 3:25-cv-4861<br><br>**DECLARATION OF ED CATMULL IN SUPPORT OF PLAINTIFF IYO, INC.'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Complaint Filed: June 9, 2025<br>Trial Date: None Set |

I, Ed Catmull, do hereby declare as follows:

1. I serve on the Board of Directors of and am a shareholder in Plaintiff IYO, Inc. ("Plaintiff" or "IYO") in the above-captioned matter. I am over 18 years of age. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto. I make this declaration in support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction.

2. After working for several years at Lucasfilm Ltd., the production company founded by George Lucas, I co-founded Pixar Animation Studios, where I was the President from 1986 to 2019.

3. In 2006, when Disney acquired Pixar, I was separately named as President of Disney Animation, which title I held until 2019.

4. Over the years, I have achieved recognition in the field of digital imagery. For instance, in 2000, I was elected a member of the National Academy of Engineering for leadership in the creation of digital imagery. In 2013, the Computer History Museum named me a Museum Fellow for my "pioneering work in computer graphics, animation and filmmaking." And in 2019 I was awarded the Turing Award, an annual award given by the Association for Computing Machinery ("ACM") for contributions of lasting and major technical importance to computer science.

5. I have also won four Academy Awards, in 1993, 1996, 2001, and 2008.

6. I have known Jason Rugolo, founder and CEO of IYO since 2019. As an investor in IYO, I am aware that the company name is pronounced "I-O," and I am familiar with the 2024 TED talk that Jason delivered promoting IYO's innovative products.

7. On or around May 21, 2025, I saw OpenAI, Inc.'s ("OpenAI") announcement of its formation of a new company, IO, and IO's merger with OpenAI, along with its statement that it will brand its products that directly compete with IYO's products with the mark "IO."

8. My immediate thought upon seeing the May 21 announcement was, "That's terrible. IO is pronounced the same as IYO."

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Attorneys at Law

- 2 -
DECLARATION OF ED CATMULL IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

9. OpenAI's announcement of IO is very damaging to IYO due to the confusion it has caused and will cause. And, because OpenAI is famous, especially compared to IYO, investors and customers are going to think, erroneously, that IYO copied OpenAI and not the other way around. This false perception significantly hurts a company trying to create new and innovative products.

10. All the time and effort IYO put into building its brand equity is now gone because of the confusion caused by OpenAI using the same IO name.

11. I was also very surprised to hear OpenAI was using IO. While I was President of Disney Animation, when we came up with names for new movies or characters, we always carefully checked to make sure those names did not run afoul of other people's rights. We did not want to put our productions at risk of an injunction. Any responsible, ethical company would make sure that they were not using a name similar to that of another company before launching a new product or venture in the same field.

12. OpenAI did not simply fail to check whether the IO name infringed anyone else's rights. It actually knew about IYO when it chose the name IO. This is because IYO and OpenAI had several meetings regarding a potential investment in IYO's business over the course of the last several years (and well before OpenAI announced IO). OpenAI's position is effectively: "screw the little guy because they don't matter." This is not only unethical, it is immoral.

13. Moreover, the false perception that IYO is trading off the goodwill of the IO name will also make it more difficult for IYO to raise capital. Investors are going to be less inclined to invest in a company that they perceive to have stolen a well-known company's name. Even if investors do not jump to the erroneous conclusion that IYO stole IO's name, they will still know that there are two companies with identical-sounding names, offering similar products, and will be disinclined to invest in IYO given the inevitable market confusion.

Docusign Envelope ID: 8A2194C8-964E-44D4-9A65-24600C55347B

1    I declare under penalty of perjury under the laws of the United States of America that the
2 foregoing is true and correct.
3    Executed on June 9, 2025, in Tiburon, California.

DocuSigned by:

*Ed Catmull*

Ed Catmull

- 4 -

DECLARATION OF ED CATMULL IN SUPPORT OF PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

MINTZ, LEVIN, COHN,
FERRIS, GLOVSKY AND
POPEO, P.C.
ATTORNEYS AT LAW