# EXHIBIT A



jason rugolo <jason@iyo.dev>

## update
6 messages

---

**Ryan Cohen** <ryan@apolloprojects.com>　　　　　　　　　　　　　　　　　　　　Mon, Apr 25, 2022 at 3:07 PM
To: jason rugolo <jason@iyo.dev>
Cc: Sam Altman <sam.hg.altman@gmail.com>

Hey Jason,

Hope you're doing well and you're safely back home. I wanted to check back in as I had a chance to sync again with the team internally, and unfortunately, we've decided to hold off on an investment here. We love the vision of Iyo and are impressed with the approach you've taken, but don't think we could be the right partners for you here.

We see that ambition of Iyo as twofold -- a great audio hardware device and a new vision for computing/human-computer interaction. We agree that both are vitally important, but based on our background in investors we're hyper-focused on the latter. In order to support the round and valuation that you guys are looking for, we'd need to see more development and traction on the audio computing OS and applications. At this stage, we'd want to see significant efforts to derisk the new type of computer interaction, as well as a working beta version of the OS.

Think you're on the path to build something incredible with the hardware you've developed, but we unfortunately don't do significant work with consumer hardware, and don't feel we can make high-conviction investments based on this aspect alone.

Really appreciate the time and getting to meet your team. Hope to stay in touch.

Thanks,
Ryan

---

**jason rugolo** <jason@iyo.dev>　　　　　　　　　　　　　　　　　　　　　　　Mon, Apr 25, 2022 at 11:16 PM
To: Ryan Cohen <ryan@apolloprojects.com>
Cc: Sam Altman <sam.hg.altman@gmail.com>

thanks so much for the note ryan!  :)  we very much enjoyed meeting you, too.

i think you've assessed where we are correctly with there being these two major categories of work subordinate to our big vision of bringing audio computing to every person in the world.

like you said, we need to create:

1. a new type of killer audio computing hardware, and
2. a new software ecosystem to make it really sing.

(i may add a third, which is
3. exceptional hearing + audio science to achieve a truly frictionless long-duration wear experience and enable the "windows" of audio with auditory multitasking in the AUI)

unfortunately, we don't believe you can do 2 without getting our butts kicked a little on 1 and 3 early on.

in the end, sometimes, you just have to do the hard thing because the problem demands it.

we're really excited to make progress on all fronts and would be delighted to keep y'all informed of our progress on adamantiumOS and new audio experiences we write.

sam, i really hope to meet you someday!  i ❤ helion too :)

best,
--



**jason rugolo, phd**
founder + ceo
480.331.1618

iyo.dev

p.s.  as a side note, we couldn't be more enthusiastic about what openAI is doing.  finding folks who share our vision of talking to computers in the future is always so much fun.  i can't imagine a future where openAI is not part of the AUI software ecosystem with its dominance in nlp/nlu and its orientation towards sharing its expertise with its tools.  i know bruno has played with the tools a decent amount and we've been able to surprise ourselves with how powerful they are!

[Quoted text hidden]

--

--



**jason rugolo, phd**
founder + ceo
480.331.1618

iyo.dev

---

**jason rugolo** <jason@iyo.dev>   Mon, Apr 25, 2022 at 11:18 PM
To: neil treat <neil@iyo.dev>, bruno silva <bruno@iyo.dev>, dev gupta <dev@iyo.dev>

fyi

--



**jason rugolo, phd**
founder + ceo
480.331.1618

iyo.dev

[Quoted text hidden]

---

**Ryan Cohen** <ryan@apolloprojects.com>   Wed, Apr 27, 2022 at 5:24 PM
To: jason rugolo <jason@iyo.dev>
Cc: Sam Altman <sam.hg.altman@gmail.com>

Thanks Jason, look forward to following along your journey!

Ryan
[Quoted text hidden]

---

**jason rugolo** <jason@iyo.audio>   Tue, Feb 25, 2025 at 3:54 PM
To: Ryan Cohen <ryan@apolloprojects.com>

hey ryan! :)

been a long time mate :D

what a wild ride the last couple years have been!

we have been grinding since we last talked and are now ready to launch our first product, the iyO ONE, which is a screenless computer designed specifically for natural language computing interaction.

i would love to brief you on this strategic round i am closing.

please let me know if you're interested in a chat this week!

best,
--



**jason rugolo**
founder + ceo
650.515.5285
iyo.audio

[Quoted text hidden]

---

**Ryan Cohen** <ryan@hydrazinecap.com>  Fri, Mar 14, 2025 at 10:40 AM
To: jason rugolo <jason@iyo.audio>

Hey Jason, nice to hear from you! Glad to hear things have been moving.

Update on our end is that Apollo and Hydrazine funds are fully deployed, so we're no longer actively investing these days.

Best wishes on iyo! Super excited to see the launch

Best,
Ryan
[Quoted text hidden]