# EXHIBIT B



jason rugolo <jason@iyo.dev>

## Following Up
4 messages

---

**Evan Sharp** <evan@lovefrom.com>  
To: jason rugolo <jason@iyo.dev>

Fri, Apr 22, 2022 at 11:14 AM

Hey Jason,

Evan here, thanks for the chat the other day. It was lovely to meet you and to experience your passion and energy for the audio space. I spoke briefly with the team at LoveFrom and we've decided to pass for now on a partnership. I'd love to stay in touch though, if you're interested. We're basically oversubscribed at the moment. But that should change towards the winter. Also if you're interested, I'm also happy to introduce you to the Teenage Engineering folks, to see if there is a mutual interest in a collaboration. No pressure though, just an offer.

Evan

---

**jason rugolo** <jason@iyo.dev>  
To: Evan Sharp <evan@lovefrom.com>

Sun, Apr 24, 2022 at 5:19 PM

yes let's definitely stay in touch! :)  i'm still struggling too with the idea of an external engagement on the design side. industrial design is one thing, which perhaps is a more package-able scope of work.  though, our vision of audio computing and the "auditory user interface" requires creating the super complex interaction design that results in pure joy of a user experience.  this seems like a multi-year, critical path objective for our company.  i guess i'm just nervous about the idea of putting anyone in the critical path that's not 100% at the company.  this is not to say that loveFrom isn't best in the business...i suspect y'all are *incredible*.  i wish y'all were looking for full time gigs :D.  i've met with about 15 design firms and worked with several on this project already.  so far my experience has been that the two designers on the team, with a purity of focus and a love for our art in particular, have substantially outperformed the external groups.

anyhow, evan, i REALLY appreciate your time and i learned a lot in our short interaction.  thank you so much! :)  if you ever want to listen to the future of music, swing by our HQ in redwood city anytime.  i'd love to show you some stuff.  we could get you fitted for a device to! :D

best,  
--



**jason rugolo, phd**  
founder + ceo  
480.331.1618  
iyo.dev

[Quoted text hidden]

---

**Evan Sharp** <evan@lovefrom.com>  
To: jason rugolo <jason@iyo.dev>

Mon, Apr 25, 2022 at 2:02 PM

Oh no worries, I totally get the skepticism of outside help! I feel the same way. :) As you say, at a certain point the ID stuff is probably self-contained enough to consider working with a partner. But tough, if not impossible, to outsource what is in many ways the core of the business. And also no fun to do so! I'd love to take you up on the Redwood City offer and may do so. Thanks Jason. It was lovely meeting you. And I hope we cross paths again in the future.

Very best.

Evan  
[Quoted text hidden]

**jason rugolo** <jason@iyo.dev>                                                                  Mon, Apr 25, 2022 at 2:11 PM
To: Evan Sharp <evan@lovefrom.com>

,

--



**jason rugolo, phd**
founder + ceo
480.331.1618
iyo.dev

[Quoted text hidden]