# EXHIBIT C



jason rugolo <jason@iyo.dev>

## hi sam :)

**Sam Altman** <sam.hg.altman@gmail.com>                                                            Tue, Mar 4, 2025 at 8:30 PM
To: jason rugolo <jason@iyo.audio>

let me chat with jony ive! he is the one driving this.

On Tue, 4 Mar 2025 at 16:42, jason rugolo <jason@iyo.audio> wrote:
> 😅😅😅 ruh roh.
>
> want to work together?  i don't want to go up against you man.
>
> i am just a zealot in making the AI-augmented human a real thing, and making it good for humanity.
>
> we're tiny still (15 ppl) and way outpunch our weight.
>
> if you're into hardware, there is nobody on earth more sophisticated about this problem than we are from a technical and design perspective.
>
> our hardware is in EV and ready to launch soon.
>
> after the TED talk i did, the instragram clip went viral w 25MM views.
>
> this gives me some confidence that our form factor will be loved.
>
> killer apps to launch with: babelfish, search, music, superhearing.
>
> we're also in discussions to launch with softbank telecom in japan...they seem very interested.
>
> either way i wish you the best man.
>
> i deeply hate all your haters out there and would love to work with you.
>
> i'm a huge fan. :)
>
> openAI is so awesome!
>
> best,
> --



jason rugolo
founder + ceo
650.515.5285
iyo.audio

> On Tue, Mar 4, 2025 at 5:29 PM Sam Altman <sam.hg.altman@gmail.com> wrote:
>> thanks but im working on something competitive so will respectuflly pass!
>>
>> (called io...)
>>
>> On Tue, 4 Mar 2025 at 15:30, jason rugolo <jason@iyo.audio> wrote:
>>> hey sam, i'll keep it very brief as i know how busy you are.  :D
>>>
>>> i'd love the opportunity to pitch you to invest ▮▮▮▮▮ in my AI-meets-audio hardware company, iyO.

we're launching the best possible hardware interface to interact with AI-agents, after having obsessively focused on this problem since 2018.

the open round is a capped YC SAFE (cap ▇▇▇▇▇▇▇▇ pref), led by our manufacturing partner, pegatron, who makes the iPhone Pro and Pro Max.  pega is manufacturing the iyO ONE in their vietnam plant and we should be MP-ready in september.

voice interaction with agents is the future, and speakerphone sucks.  i would love to show you what we've built and convince you we are right about the future of human-computer interface.

are you open to a call to discuss this?  i would deeply value the opportunity.

(separately, i hope helion is progressing well.  very excited about that! :)

best,
--



jason rugolo
founder + ceo
650.515.5285

iyo.audio