# EXHIBIT D



jason rugolo <jason@iyo.dev>

# iyO: A New Order has Arrived (02149)
1 message

**'Squarespace' via support@iyo.dev** <support@iyo.dev>　　　　　　　　　　　Mon, Mar 17, 2025 at 12:21 PM
Reply-To: no-reply@squarespace.com
To: support@iyo.dev

　　　　　　　　　　　　　　　　　　　　　　　　COMMERCE

## iyO: A New Order has Arrived (02149)

After shipping the package, mark the order as fulfilled in the Orders panel on **desktop** or in the **iOS** or **Android** Squarespace app.

Order #02149. Placed on March 17, 2025 at 12:21 PM PT. **View in Stripe**

**BILLED TO:**　　　　　　　　　　　　　　　**SHIPPING TO:**
Marwan Rammah　　　　　　　　　　　　　Marwan Rammah
535 Pacific Avenue　　　　　　　　　　　　535 Pacific Avenue
Suite 300　　　　　　　　　　　　　　　　　Suite 300
San Francisco, CA, 94133　　　　　　　　San Francisco, CA, 94133
United States　　　　　　　　　　　　　　　United States
CC: XXXX-4624　　　　　　　　　　　　　　▮▮▮▮▮▮▮▮▮▮
marwan@presitiotech.com　　　　　　　　Free Shipping
▮▮▮▮▮▮▮▮▮▮

## Order Summary

| ITEM | QTY | UNIT PRICE | SUBTOTAL |
|---|---|---|---|
| **VAD PRO**<br>SQ7405030<br>Deep fit | 1 | $1,999.00 | $1,999.00 |

|  |  |
|---|---|
| Item Subtotal | $1,999.00 |
| Shipping & Handling | $0.00 |
| Tax | $0.00 |
| **TOTAL** | **$1,999.00** |

## Please confirm

Do you agree to receive text messages related to your order?:
   I agree to opt in
D you accept the Terms of Service (iyo.audio/terms) and Privacy (iyo.audio/privacy):
   I accept
How did you hear about IYO?:
   Other

**BLOG · HELP & SUPPORT · FORUM · CONTACT US · TWITTER · INSTAGRAM**

Squarespace, 225 Varick Street, 12th Floor, New York, NY 10014



--
You received this message because you are subscribed to the Google Groups "support@iyo.dev" group.
To unsubscribe from this group and stop receiving emails from it, send an email to support+unsubscribe@iyo.dev.
To view this discussion visit https://groups.google.com/a/iyo.dev/d/msgid/support/760e6439d620431ab7b0a1dd52368bc3%40squarespace.com.

# iyO: A New Order has Arrived (02150)

After providing the service, mark the order as fulfilled in the Orders panel on desktop or in the iOS or Android Squarespace app.

Order #02150. Placed on March 17, 2025 at 12:26 PM PT. View in Stripe

**BILLED TO:**
Marwan Rammah
535 Pacific Avenue
Suite 300
San Francisco, CA, 94133
United States
CC: XXXX-4624
marwan@presitiotech.com
15309418966

## Order Summary

| ITEM | QTY | UNIT PRICE | SUBTOTAL |
| --- | --- | --- | --- |
| **iyO ONE**<br>SQ9267363<br>WIFI 32GB DEPOSIT ($999, target ship date August 25) / Night / Specialist comes to me (+$199) | 1 | $99.00 | $99.00 |

|  | Item Subtotal | $99.00 |
| --- | --- | --- |
|  | Tax | $0.00 |
|  | **TOTAL** | **$99.00** |

## Please confirm

Do you agree to receive text messages related to your order?:
   I agree to opt in
D you accept the Terms of Service (iyo.audio/terms) and Privacy (iyo.audio/privacy):
   I accept
How did you hear about IYO?:
   Other

2

BLOG • HELP & SUPPORT • FORUM • CONTACT US • TWITTER • INSTAGRAM

Squarespace, 225 Varick Street, 12th Floor, New York, NY 10014



--
You received this message because you are subscribed to the Google Groups "support@iyo.dev" group.
To unsubscribe from this group and stop receiving emails from it, send an email to support+unsubscribe@iyo.dev.
To view this discussion visit https://groups.google.com/a/iyo.dev/d/msgid/support/937722b56f0b44928110d66269eb333c%40squarespace.com.

3