# EXHIBIT E



jason rugolo &lt;jason@iyo.dev&gt;

## hardware efforts
18 messages

---

**Sam Altman** &lt;sam.hg.altman@gmail.com&gt;  Sun, Mar 30, 2025 at 11:35 AM
To: jason rugolo &lt;jason@iyo.audio&gt;, Peter Welinder &lt;pw@openai.com&gt;

you guys should talk and see if it makes sense for us to team up!

---

**jason rugolo** &lt;jason@iyo.audio&gt;  Sun, Mar 30, 2025 at 6:59 PM
To: Sam Altman &lt;sam.hg.altman@gmail.com&gt;
Cc: Peter Welinder &lt;pw@openai.com&gt;

thank you sam! :)

peter, i'm really looking forward to meeting you and discussing the future of AI x edge hardware and human interface.

there's A LOT of work to do to land this right for the world!  :D

i'm arriving back in the US at SFO thurs at 3pm and can swing by to meet you anytime after that's convenient for you.

friday is best if you're available!

best,
--



**jason rugolo**
founder + ceo
650.515.5285
iyo.audio

[Quoted text hidden]

---

**Peter Welinder** &lt;pw@openai.com&gt;  Sun, Mar 30, 2025 at 8:38 PM
To: jason rugolo &lt;jason@iyo.audio&gt;

(Sam bcc)

Hey Jason! Would love to chat. Adding Aman to help us find time.
[Quoted text hidden]

---

**jason rugolo** &lt;jason@iyo.audio&gt;  Mon, Mar 31, 2025 at 4:52 AM
To: Peter Welinder &lt;pw@openai.com&gt;

sounds good peter!

i don't see aman on copy, but please let him know i am happy to help schedule.

best,
--



**jason rugolo**
founder + ceo
650.515.5285

iyo.audio

[Quoted text hidden]

**Peter Welinder** <pw@openai.com>  	Mon, Mar 31, 2025 at 7:24 AM
To: jason rugolo <jason@iyo.audio>, Aman Bilon <abilon@openai.com>

Good catch. Adding her here.

[Quoted text hidden]

**jason rugolo** <jason@iyo.audio>  	Mon, Mar 31, 2025 at 7:38 AM
To: Peter Welinder <pw@openai.com>
Cc: Aman Bilon <abilon@openai.com>

thanks peter!

hi aman! :). please let me know when may be most convenient for peter.

i am available to travel from SFO at about 3pm on thursday (though will be just in from a long international flight).

i can also meet anytime on friday.

i am happy to come to openAI, and peter is welcome at iyO in redwood city.

we have a lot of hardware to touch and feel so in person is important.

best,
--



jason rugolo
founder + ceo
650.515.5285
iyo.audio

[Quoted text hidden]

**Aman Bilon** <aman@openai.com>  	Mon, Mar 31, 2025 at 3:36 PM
To: jason rugolo <jason@iyo.audio>

Hi Jason,

Would you have availability Friday afternoon between 2-4pm to come to our Mission Bay office?

Thanks,
Aman
[Quoted text hidden]

**jason rugolo** <jason@iyo.audio>  	Mon, Mar 31, 2025 at 4:18 PM
To: Aman Bilon <aman@openai.com>

yes sounds great thanks aman! :)

do you have instructions on parking, etc?

thank you!
--

**jason rugolo**
founder + ceo
650.515.5285
iyo.audio

[Quoted text hidden]

---

**Aman Bilon** <aman@openai.com>  Mon, Mar 31, 2025 at 4:55 PM
To: jason rugolo <jason@iyo.audio>

Yup - I'll add that in the calendar invite :)
[Quoted text hidden]

---

**jason rugolo** <jason@iyo.audio>  Sun, Apr 6, 2025 at 5:35 PM
To: Peter Welinder <pw@openai.com>
Cc: Aman Bilon <abilon@openai.com>

hey peter! :)

thank you again for taking the time to sit down with neil and i on friday.  it was such a pleasure to meet you!

neil and i have had time to process, and i'd love to have another discussion with you tomorrow or tuesday if you are available.

please let me know when might be a convenient time for you.

best,
--



jason rugolo
founder + ceo
650.515.5285
iyo.audio

[Quoted text hidden]

---

**Peter Welinder** <pw@openai.com>  Tue, Apr 8, 2025 at 2:29 PM
To: jason rugolo <jason@iyo.audio>
Cc: Aman Bilon <abilon@openai.com>

hey jason, let's chat this week. Aman can find us time.
[Quoted text hidden]

---

**jason rugolo** <jason@iyo.audio>  Tue, Apr 8, 2025 at 3:10 PM
To: Peter Welinder <pw@openai.com>
Cc: Aman Bilon <abilon@openai.com>

sounds good! :)

aman, please let me know when may be convenient for peter!

best,
--



**jason rugolo**
founder + ceo
650.515.5285
iyo.audio

[Quoted text hidden]

---

**jason rugolo** <jason@iyo.audio>                                                  Wed, Apr 9, 2025 at 4:56 PM
To: Aman Bilon <abilon@openai.com>

hi aman!  :)

just checking in if thursday or friday are good for meeting in SF?

we could do the same as last week again, friday at 2pm at openAI, if that works well for peter.

best,
--



**jason rugolo**
founder + ceo
650.515.5285
iyo.audio

[Quoted text hidden]

---

**Aman Bilon** <aman@openai.com>                                                    Wed, Apr 9, 2025 at 9:00 PM
To: jason rugolo <jason@iyo.audio>

Hi Jason,

Thanks for the follow-up! Would Friday 3pm/3:30pm work instead?

[Quoted text hidden]

---

**jason rugolo** <jason@iyo.audio>                                                  Wed, Apr 9, 2025 at 9:42 PM
To: Aman Bilon <aman@openai.com>

that sounds great, thanks aman!

bes

--



**jason rugolo**
founder + ceo
650.515.5285
iyo.audio

[Quoted text hidden]

---

**jason rugolo** <jason@iyo.audio>                                                  Thu, Apr 10, 2025 at 1:27 PM

To: Aman Bilon <aman@openai.com>

hi aman!  should we just arrive at the same location at 3pm tomorrow?

best,
--



jason rugolo
founder + ceo
650.515.5285
iyo.audio

[Quoted text hidden]

**Aman Bilon** <aman@openai.com>  Thu, Apr 10, 2025 at 2:48 PM
To: jason rugolo <jason@iyo.audio>

Yup sent an invite for 3:15pm!
[Quoted text hidden]

**jason rugolo** <jason@iyo.audio>  Thu, Apr 10, 2025 at 3:48 PM
To: Aman Bilon <aman@openai.com>

thx aman! 

--



jason rugolo
founder + ceo
650.515.5285
iyo.audio

[Quoted text hidden]