# EXHIBIT F



jason rugolo <jason@iyo.dev>

## hi peter! :)
4 messages

**jason rugolo** <jason@iyo.audio>                                                     Mon, Apr 14, 2025 at 11:02 PM
To: Peter Welinder <pw@openai.com>

hey peter, i hope the start of the week is treating you well!

1. may i reach to aman to schedule a fitting for you over the next couple days?  it should take only about 15 minutes.
2. when you get a moment, i'm looking forward to your introduction to tang.  we're super happy to fit him too to get his ears on our experience.

hearing is believing! :D

best,
--



jason rugolo
founder + ceo
650.515.5285
iyo.audio

---

**Peter Welinder** <pw@openai.com>                                                     Tue, Apr 15, 2025 at 8:28 AM
To: jason rugolo <jason@iyo.audio>, Aman Bilon <aman@openai.com>

Hey Jason!

I caught up with Tang, and he's happy to chat. Sounds like he actually pre-ordered last May! But he doesn't want to meet if he has to sign an NDA, since he's working on something that could potentially be competitive. Let me know if you're still up for it, and I'll make the intro.

Adding +Aman Bilon here to set up a fitting.

[Quoted text hidden]

---

**jason rugolo** <jason@iyo.audio>                                                     Tue, Apr 15, 2025 at 10:18 PM
To: Anga Lao <anga@iyo.audio>, Aman Bilon <aman@openai.com>
Cc: Peter Welinder <pw@openai.com>

sounds good peter, i'm happy to chat with tang without an NDA. :).  please intro at your convenience.

(it is a somewhat unusual stance as mutual NDAs signal both parties' intent to keep each others' confidential information private.  i can say, for my side, y'all don't have to worry about me even without the NDA in place.)

(peter to bcc for scheduling)

+Anga Lao

hi aman!  i've added our best fitting specialist here, anga, who will need to find about 10-15 minutes of time with peter. she can meet him anywhere (home or office).  i'll leave it to you two to find a most convenient time for peter.  aman, after we fit peter, we'll need about 24 hours to prepare his device before we meet again to show him some audio x ai experiences.  thank you!

best,

--



**jason rugolo**
founder + ceo
650.515.5285

iyo.audio

[Quoted text hidden]

---

**Anga Lao** <anga@iyo.dev>                                               Wed, Apr 16, 2025 at 1:18 PM
To: jason rugolo <jason@iyo.audio>
Cc: Anga Lao <anga@iyo.audio>, Aman Bilon <aman@openai.com>, Peter Welinder <pw@openai.com>

Hi Aman,

I'm happy to help with Peter's ear impression! As Jason mentioned, it should only take about 10–15 minutes. Let me know what dates and times work best for you—perhaps this Friday? I'm available all day and happy to meet wherever is most convenient for Peter. If it's not too last-minute, I'm also available this afternoon.

Looking forward to hearing from you!

Best,
Anga Lao, AuD
Audiologist

206-818-9391

[Quoted text hidden]