# EXHIBIT G



# Order Invoice

Order Number: **01465** (placed on May 19, 2024 at 11:36 PM PT)

**BILLED TO:**
Tang Yew Tan



Palo Alto, CA, 94306

United States

CC: XXXX-7592

## Order Summary

| ITEM | QTY | UNIT PRICE | SUBTOTAL |
| --- | --- | --- | --- |
| **IYO ONE pre-order deposit**<br>SQ8076286<br>WIFI + LTE 32GB | 1 | $69.00 | $69.00 |

|  |  |
| --- | --- |
| Item Subtotal | $69.00 |
| Tax | $0.00 |
| **TOTAL** | **$69.00** |

## Please confirm

Do you agree to receive text messages related to your order?:
   I do not agree to opt in

D you accept the Terms of Service (iyo.audio/terms) and Privacy (iyo.audio/privacy):
   I accept