# EXHIBIT H



jason rugolo <jason@iyo.dev>

## jason <> tang
13 messages

**Peter Welinder** <pw@openai.com>  	Wed, Apr 16, 2025 at 12:26 PM
To: jason rugolo <jason@iyo.audio>, Tang Tan <tang@presidiotech.com>

Hi Jason and Tang,

You both have context. Jason wants to show some of the cool audio/earbud tech the iyo team has been working on. I'll let you take it from here.

---

**jason rugolo** <jason@iyo.audio>  	Wed, Apr 16, 2025 at 12:35 PM
To: Peter Welinder <pw@openai.com>
Cc: Tang Tan <tang@presidiotech.com>

hi tang!

i know you well by your all star reputation among the apple folks. :)

would love to chat the future of audio x ai with you, and share some sound with you.

looking forward to meeting you!  i would suggest we start with a fitting if that sounds good to you.

best,
--



**jason rugolo**
founder + ceo
650.515.5285
iyo.audio

[Quoted text hidden]

---

**Tang Tan** <tang@presidiotech.com>  	Wed, Apr 16, 2025 at 4:21 PM
To: jason rugolo <jason@iyo.audio>
Cc: Peter Welinder <pw@openai.com>

(Thanks Peter!)

Jason,

Great to e-meet you. I've also heard many good things from our common friends.

Happy to chat and listen to some sounds.  Let me know when I can get a fitting? I can make time tomorrow Thurs 4/17, between 12-3pm or after 5pm. Or next Monday 12-3pm.

Looking forward.

Thanks,
Tang

[Quoted text hidden]

---

**jason rugolo** <jason@iyo.audio>  	Wed, Apr 16, 2025 at 6:08 PM

To: Tang Tan <tang@presidiotech.com>, Anga Lao <anga@iyo.audio>
Cc: Peter Welinder <pw@openai.com>

awesome tang!

anga (cc'ed here) is our best.  :)

she'll come to you at 5pm tomorrow.

should she come to:

535 pacific ave
sf 94133

she'd be happy to fit jony and scott too, if they're interested.

looking forward to meeting!

best,
--



**jason rugolo**
founder + ceo
650.515.5285
iyo.audio

[Quoted text hidden]

---

**Tang Tan** <tang@presidiotech.com>                                                   Wed, Apr 16, 2025 at 6:22 PM
To: jason rugolo <jason@iyo.audio>, Evans Hankey <evans@presidiotech.com>
Cc: Anga Lao <anga@iyo.audio>, Peter Welinder <pw@openai.com>

+ Evans

Come by 535 Pacific Ave. How about making it 5:30pm?
Unfortunately Jony is traveling this week, and Scott might be tied up. Checking if Evans is available for a fitting as well at 5:30pm tomorrow.

Thanks
[Quoted text hidden]

---

**Anga Lao** <anga@iyo.dev>                                                            Wed, Apr 16, 2025 at 6:50 PM
To: Tang Tan <tang@presidiotech.com>
Cc: jason rugolo <jason@iyo.audio>, Evans Hankey <evans@presidiotech.com>, Anga Lao <anga@iyo.audio>, Peter Welinder <pw@openai.com>

Thank you so much for your response. 5:30 p.m. will work out perfectly. I look forward to meeting you and will be happy to fit in any additional colleagues while I'm there.

My phone number is 206-818-9391.

Best,
Anga Lao, AuD
Audiologist

[Quoted text hidden]

---

**Tang Tan** <tang@presidiotech.com>                                                   Thu, Apr 17, 2025 at 10:44 AM
To: Anga Lao <anga@iyo.dev>

Cc: jason rugolo <jason@iyo.audio>, Evans Hankey <evans@presidiotech.com>, Anga Lao <anga@iyo.audio>, Peter Welinder <pw@openai.com>

Angi

Looking forward to the fit session this afternoon.
Is it possible to get 5 people fitted? Some folks are curious about the fit.

Thanks
Tang Tan

> On Apr 16, 2025, at 6:51 PM, Anga Lao <anga@iyo.dev> wrote:

[Quoted text hidden]

---

**Anga Lao** <anga@iyo.dev>                                                     Thu, Apr 17, 2025 at 11:10 AM
To: Tang Tan <tang@presidiotech.com>
Cc: jason rugolo <jason@iyo.audio>, Evans Hankey <evans@presidiotech.com>, Anga Lao <anga@iyo.audio>, Peter Welinder <pw@openai.com>

Hi Tang,

Yes, I'd be happy to complete all the ear impressions today for you and your team. Would you mind sharing everyone's names with me? That way, I can ensure everything is organized and ready to go.

Thank you,
Anga
[Quoted text hidden]

---

**Evans Hankey** <evans@presidiotech.com>                                       Thu, Apr 17, 2025 at 11:48 AM
To: Anga Lao <anga@iyo.dev>
Cc: Tang Tan <tang@presidiotech.com>, jason rugolo <jason@iyo.audio>, Anga Lao <anga@iyo.audio>, Peter Welinder <pw@openai.com>

Hello Jason! I have been looking forward to meeting since our phone call a few years ago.

Unfortunately I have a conflict at 5pm so I likely won't be able to meet you. Hopefully another time soon.

Best,
Evans
[Quoted text hidden]

---

**jason rugolo** <jason@iyo.audio>                                              Thu, Apr 17, 2025 at 5:06 PM
To: Evans Hankey <evans@presidiotech.com>
Cc: Anga Lao <anga@iyo.dev>, Tang Tan <tang@presidiotech.com>, Anga Lao <anga@iyo.audio>, Peter Welinder <pw@openai.com>

hi all!  :)

@evans no worries!  i won't be at the fitting this evening...hopefully we'll be able to finally meet in person soon.

@tang no problem on fitting those additional folks.  lookin forward to meeting sometime next week and getting everyone's ears on some sound.

best,
--

**jason rugolo**
founder + ceo
650.515.5285
iyo.audio

[Quoted text hidden]

---

**Tang Tan** <tang@presidiotech.com>  Wed, Apr 23, 2025 at 11:03 PM
To: jason rugolo <jason@iyo.audio>
Cc: Evans Hankey <evans@presidiotech.com>, Anga Lao <anga@iyo.dev>, Anga Lao <anga@iyo.audio>, Peter Welinder <pw@openai.com>

Jason,

Anga did an amazing job taking the ear impressions. Learned a lot from the fitting.

Curious to listen to some sounds next week. Marwan mentioned that the demo was impressive.

How does Tuesday 4/29 late morning/early afternoon work? or Thursday 5/1 late morning?

Thanks,
Tang
[Quoted text hidden]

---

**jason rugolo** <jason@iyo.audio>  Thu, Apr 24, 2025 at 12:11 AM
To: Tang Tan <tang@presidiotech.com>
Cc: Evans Hankey <evans@presidiotech.com>, Peter Welinder <pw@openai.com>
Bcc: Anga Lao <anga@iyo.audio>, kyle hoefer <kyle@iyo.dev>, Stephen Zadesky <szadesky@gmail.com>

hi tang! :)

thursday would work great!

shall we come to 535 Pacific Ave then at 11am on the 1st?

best,
--



**jason rugolo**
founder + ceo
650.515.5285
iyo.audio

[Quoted text hidden]

---

**Tang Tan** <tang@presidiotech.com>  Thu, Apr 24, 2025 at 12:17 AM
To: jason rugolo <jason@iyo.audio>
Cc: Evans Hankey <evans@presidiotech.com>, Peter Welinder <pw@openai.com>

Jason,

Perfect, let's plan for 5/1 @ 11am, over at 535 Pacific
[Quoted text hidden]