AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| IYO, INC.<br>*Plaintiff(s)*<br>v.<br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br>*Defendant(s)* | Civil Action No. 3:25-cv-4861-TLT |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
io Products, Inc.
c/o Cogency Global Inc.
1325 J Street Ste. 1550
Sacramento, California 95814

**SEE ATTACHMENT A FOR ADDITIONAL DEFENDANTS**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew D. Skale (SBN 211096)
ADSKale@mintz.com
Laura Franco (186765)
LFranco@mintz.com
Anthony J. Viola
AJViola@mintz.com (pro hac vice forthcoming)
Kara M. Cormier
KMCormier@mintz.com (pro hac vice forthcoming)
MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Telephone: 415-432-6000

Jeff Hyman (171896)
jeff@lwdadvisors.com
700 El Camino Real Suite 120 #1310
Menlo Park, Califorrnia 94025
Telephone: 650-219-4229

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: June 11, 2025

*CLERK OF COURT*
*Mark B. Busby*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-4861

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT A**

OpenAI, Inc.
c/o C T Corporation System
330 N. Brand Blvd. Ste. #700
Glendale, California 91203


OpenAI, LLC
c/o C T Corporation System
330 N. Brand Blvd. Ste. #700
Glendale, California 91203


Sam Altman
950 Lombard Street
San Francisco, California 94133


Sir Jonathan Paul Ive
c/o LoveFrom, Inc.
76 Apparel Way
San Francisco, California 94124