QUINN EMANUEL URQUHART & SULLIVAN, LLP
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Sara L. Pollock (SBN 281076)
sarapollock@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

*Attorneys for Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, and Sam Altman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IYO, INC., <br><br> Plaintiff, <br><br> vs. <br><br> IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE, <br><br> Defendants. | Case No. 3:25-cv-04861 <br><br> **CORPORTAE DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** <br><br> Judge: Hon. Trina L. Thompson |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, IO Products, Inc. states that it has no parent corporation and that no publicly held corporation has a financial interest of 10% or more.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, OpenAI, Inc. states that it has no parent corporation and that no publicly held corporation has a financial interest of 10% or more.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, OpenAI, LLC states that it is a subsidiary of OpenAI Global, LLC, and that Microsoft Corporation is a publicly held corporation that has a financial interest of 10% or more in OpenAI Global, LLC.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated:   June 12, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By:   */s/ Margret M. Caruso*
         Margret M. Caruso

*Attorneys for Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, and Sam Altman*