# EXHIBIT A

 Tang Yew Tan

## IYO: Order Confirmed #1465

**IYO** <support@iyo.audio>  
Reply-To: support@iyo.audio  
To: Tang Yew Tan

Sun, May 19, 2024 at 11:36 PM



## Order #1465 Confirmed

Your order from IYO is confirmed.

**Thank you for placing an order deposit for IYO ONE.**

We expect to release IYO ONE this winter. As the release date gets closer, you'll receive more product details as well as have an opportunity to finalize all options for your purchase.

In the meantime, if you have any questions, please email us at support@IYO.audio or call us at 1-480-818-0356. We're typically available 10am-4pm PT, but will call you back as soon as we can.

Thank you,

The IYO team

### Order Summary

**Order #1465**

**Confirmation Code avQMUIo64YLQZphZ4dASdw**

Placed on May 19, 2024 at 11:36 PM PDT



IYO ONE pre-order deposit  $69.00
SQ8076286
Connectivity: WIFI + LTE 32GB
Qty: 1
$69.00 / Item

| | |
|---|---|
| Subtotal | $69.00 |
| Sales Tax | $0.00 |
| Total | $69.00 |

Paid with CARD — ▬▬▬     $69.00

## Please confirm

Do you agree to receive text messages related to your order?
I do not agree to opt in

D you accept the Terms of Service (iyo.audio/terms) and Privacy (iyo.audio/privacy)
I accept

## Customer Information

**Billing Address**
Tang Yew Tan
▬▬▬▬▬▬
▬▬▬▬▬
US
▬▬▬▬

**Payment Method**
CARD — 

VIEW YOUR ORDER

