# EXHIBIT B



Tang Yew Tan

---

# iyO ONE update :D

**jason rugolo** <jason@iyo.audio>  Mon, Jan 13, 2025 at 10:39 PM
To: "support@iyo.dev" <support@iyo.audio>
Bcc:

hey everybody :)

if you're receiving this email, you're one of the many early backers who have supported us by pre-ordering the iyO ONE.

we're really excited to update everyone.  we have been grindin' very hard for y'all.  birthing a new computer paradigm is not for the faint of heart.

we're makin a ton of progress on building the iyO ONE and getting it out to you.  we have entered the first phases of  manufacturing, and things are going well.

we are confident that the iyO ONE is the most sophisticated, most featureful, and all around simply the best audio device ever created.

we're really proud of how it's coming together! :D

*tl;dr:*
1. we have a ton of updates on the product; manufacturing, hardware specifications + features, color options, and more below.
2. iyO ONE Wi-Fi version is somewhat late, now shipping target is august.  the LTE version is more late, we will have precise date soon and update everyone.
3. we have decided to push aggressively on software features.  we intend to ship the iyO ONE with the following natural language apps out of the box: translation, superhearing, ask anything, and a music dj.  each app will have its own details and description (think just like a smartphone app).  we will open up to third party app development shortly after we get the iyO ONE to our early adopters, as you are our first priority.

---

because we have so many updates for everyone, we are trying to keep it all brief and informative.  if you want to know more about any of the below, please email us at support@iyo.audio.  for fair warning, we are overloaded on the amount of inbound we get as a small company, and so we appreciate your patience as we try to answer everyone's questions.

1. **we have a ton of updates on the product; hardware features, software features, and color options!**
    a. *upgrade! :)*  we have decided to upgrade the Wi-Fi version's specifications by adding more memory.  the Wi-Fi version now has 2GB of RAM, and 32GB of flash memory.
    b. *price increase.*  we have discovered we need to increase the price of the iyO ONE.  (don't worry, we will honor the pre-order pricing!)  for all new orders from today, the price will be

higher.  unfortunately we are not like the big tech companies that can afford to lose money on high-end hardware.

c. *3 colors*.  you will have three color choices.  we'll put out a video soon so you can see the three colorways.  they are all very dope!  we will reach out shortly to ask you all which color you prefer.

d. *caps.*  we have developed an accessory we call "caps".  these are thin shells that go over your device, much like a smartphone case, but much thinner.  they offer some protection, and also allow you to stylize the device on a daily basis.  keep an ear out for updates on caps and their availability for purchase.

e. *fitting.*  we now have two fitting options in partnership with earproject.org.  there is a $99 fitting and a $199 fitting.  in the $99 fitting, the customer will travel to the fitting specialist, and in the $199 fitting, earproject.org will arrange to have the specialist come to you.  if you're receiving this email, your fitting has already been included in your price, though for future orders we will break this option out during checkout so customers can choose their desired level of service.

f. *battery life.*  battery life is looking pretty incredible.  the runtime will depend a lot on usage, just like your smartwatch or your smartphone.  but we are seeing all day wear numbers (16+ hours) with what we'd consider "normal usage", which was our objective.

on to production updates…we're starting a new meme, we are calling it, "production heaven". :D  cause, you know what they say, "hardware is easy".  really though, it has required everything we got to get these devices to a really highly reliable, mass manufacturable state.

a lot of you have been asking, when will we ship?  we are lucky to have partnered with one of the best manufacturers in the world...the same people who make the iPhone Pro and Pro Max.

we have, in our hands already, fully integrated and working devices, which were designed for manufacture, and we couldn't be more excited about them.  we still have a way to go to get the manufacturing line set up and working flawlessly, however.  this takes time to do it right.

2. **we had intended to ship iyO ONE before the end of winter, and it looks like we're not going to hit that mark given there's only 2 months left of winter.  our new deadline we're working hard to hit is august.  the LTE model is delayed further, and we expect to have the detail production schedule soon and will update further.  i am in taiwan now personally trying to move things as fast as i can.**

part of our obsession is building these devices to the level of finish and quality that we stand for here and would want for ourselves.  we are very happy about how the devices are turning out.  these things are really incredible!

we are disappointed about the delay, but trust us we are moving mountains to breathe life into these things.

finally, we wanted to update quickly on software features.

the device itself is running a modified version of android AOSP 14, and will function in two modes: "companion mode", where the device is connected to your phone and works with the iyO app installed on your android or iOS device; and "phone-free" mode, where the device is connected directly to the internet either via WiFi or LTE.

in our opinion, the iyO ONE stands on its own as a headphone, and is worth the money simply for being such an incredible feat of audio engineering.  it is less expensive than other high-end audio devices out there that do far less and frankly don't bring the same sound quality or build quality.

but we didn't want to stop there, and so have decided to really push hard to include novel software features consistent with our big vision of natural language computing when we ship the devices.

3. **we have decided to do a hard push on software features.  we intend to ship the iyO ONE with the following natural language apps out of the box: translation, superhearing, ask anything, and a music dj.  each app will have its own details and description (think just like a smartphone app).  we will open up to third party app development shortly after we get the iyO ONE to our early adopters, as you are our first priority.**
    a. *translation.*  the translation app, which we call "babl", will be able to translate almost any language pair.  we will focus on developing high quality experiences for translations TO ENGLISH from most of the popular world languages.  the app uses the microphone array to capture a beamformed signal which enhances the target voice before going into the translator.  this helps to reduce the confusion when there is a complex noise environment.  the app works really well, and there are also some places for improvement.  we will be continuing to develop the experience before launch.  breaking down language barriers with an app like this is a mission we're all very passionate about.
    b. *superhearing*.  the hearing enhancement app, which we call "owl", will help you hear things that are right in front of you, especially in noisy environments like a restaurant or a bar.  it uses the 8 microphone array on each ear and some complicated math to make your hearing very directional.  cutting noise out of our lives is going to make everything more pleasant!
    c. *ask anything*.  the ask anything app, which we call "sherlock", is basically the smarty pants you wish you had to answer all those random questions that come up during your day.  what's the capital of tajikistan?  how many galaxies are there in the universe?  you know, the important stuff :).  it feels so natural and just so easy to just ask out loud these questions in a conversation with sherlock, rather than having to pull out your phone, unlocking it, finding the search bar, and then searching google for the answer.  sherlock is just faster and much more convenient.
    d. *music dj.*  the music dj app we have in development, we call it "deej", is pretty awesome.  we have currently designed an agent to control your spotify account through their API.  talking to deej is a pretty incredible experience.  you can have a casual conversation about music genres or even specific songs, and, when you ask, deej can spin up tracks according to your conversation.  we have found it's a pretty great way to listen to music.  (in the future, we may use other music services too, but for now you will need a spotify account for it to work.)

okay, that's all the updates for now.  apologies that this email is so long!  we really have so much more to say.

please remember if for any reason you'd like to cancel your pre-order, no worries at all.  just send us an email at [support@iyo.audio](support@iyo.audio) and we'll take care of you.

we are likely to switch format here to making some update videos, as it will be hard for us to get all the updates in words, given how much work there is to do on getting these devices built and shipped out to you!

thank you again for all of your support.

,

--


**jason rugolo**
founder + ceo
650.515.5285
iyo.audio