# EXHIBIT C

**From:** jason rugolo jason@iyo.audio
**Subject:** Re: jason <> tang
**Date:** April 24, 2025 at 12:11 AM
**To:** Tang Tan tang@presidiotech.com
**Cc:** Evans Hankey evans@presidiotech.com, Peter Welinder pw@openai.com

hi tang! :)

thursday would work great!

shall we come to 535 Pacific Ave then at 11am on the 1st?

best,
--



jason rugolo
founder + ceo
650.515.5285

iyo.audio

On Wed, Apr 23, 2025 at 11:03 PM Tang Tan <tang@presidiotech.com> wrote:
> Jason,
>
> Anga did an amazing job taking the ear impressions. Learned a lot from the fitting.
>
> Curious to listen to some sounds next week. Marwan mentioned that the demo was impressive.
>
> How does Tuesday 4/29 late morning/early afternoon work? or Thursday 5/1 late morning?
>
> Thanks,
> Tang
>
>> On Apr 17, 2025, at 5:06 PM, jason rugolo <jason@iyo.audio> wrote:
>>
>> hi all!  :)
>>
>> @evans no worries!  i won't be at the fitting this evening...hopefully we'll be able to finally meet in person soon.
>>
>> @tang no problem on fitting those additional folks.  lookin forward to meeting sometime next week and getting everyone's ears on some sound.
>>
>> best,
>> --
>>
>> 
>>
>> jason rugolo
>> founder + ceo
>> 650.515.5285
>>
>> iyo.audio
>>
>>
>> On Thu, Apr 17, 2025 at 11:48 AM Evans Hankey <evans@presidiotech.com> wrote:
>>> Hello Jason! I have been looking forward to meeting since our phone call a few years ago.
>>>
>>> Unfortunately I have a conflict at 5pm so I likely won't be able to meet you. Hopefully another time soon.
>>>
>>> Best,
>>> Evans

On Apr 17, 2025, at 11:10 AM, Anga Lao <anga@iyo.dev> wrote:

Hi Tang,

Yes, I'd be happy to complete all the ear impressions today for you and your team.  Would you mind sharing everyone's names with me? That way, I can ensure everything is organized and ready to go.

Thank you,
Anga

On Thu, Apr 17, 2025 at 10:45 AM Tang Tan <tang@presidiotech.com> wrote:
> Angi
>
> Looking forward to the fit session this afternoon.
> Is it possible to get 5 people fitted? Some folks are curious about the fit.
>
> Thanks
> Tang Tan
>
>
>> On Apr 16, 2025, at 6:51 PM, Anga Lao <anga@iyo.dev> wrote:
>>
>>
>> Thank you so much for your response. 5:30 p.m. will work out perfectly. I look forward to meeting you and will be happy to fit in any additional colleagues while I'm there.
>>
>> My phone number is 206-818-9391.
>>
>> Best,
>> Anga Lao, AuD
>> Audiologist
>>
>>
>> On Wed, Apr 16, 2025, 6:22 PM Tang Tan <tang@presidiotech.com> wrote:
>>> + Evans
>>>
>>> Come by 535 Pacific Ave. How about making it 5:30pm?
>>> Unfortunately Jony is traveling this week, and Scott might be tied up. Checking if Evans is available for a fitting as well at 5:30pm tomorrow.
>>>
>>> Thanks
>>> Tang
>>>
>>>
>>>
>>>> On Apr 16, 2025, at 6:08 PM, jason rugolo <jason@iyo.audio> wrote:
>>>>
>>>> awesome tang!
>>>>
>>>> anga (cc'ed here) is our best.  :)
>>>>
>>>> she'll come to you at 5pm tomorrow.
>>>>
>>>> should she come to:
>>>>
>>>> 535 pacific ave
>>>> sf 94133
>>>>
>>>> she'd be happy to fit jony and scott too, if they're interested.
>>>>
>>>> looking forward to meeting!
>>>>
>>>> best,
>>>> --
>>>>
>>>> jason rugolo



founder + ceo
650.515.5285
iyo.audio

On Wed, Apr 16, 2025 at 4:21 PM Tang Tan <tang@presidiotech.com> wrote:
> (Thanks Peter!)
>
> Jason,
>
> Great to e-meet you. I've also heard many good things from our common friends.
>
> Happy to chat and listen to some sounds.  Let me know when I can get a fitting? I can make time tomorrow Thurs 4/17, between 12-3pm or after 5pm. Or next Monday 12-3pm.
>
> Looking forward.
>
> Thanks,
> Tang
>
>> On Apr 16, 2025, at 12:35 PM, jason rugolo <jason@iyo.audio> wrote:
>>
>> hi tang!
>>
>> i know you well by your all star reputation among the apple folks. :)
>>
>> would love to chat the future of audio x ai with you, and share some sound with you.
>>
>> looking forward to meeting you!  i would suggest we start with a fitting if that sounds good to you.
>>
>> best,
>> --
>>
>> 
>>
>> **jason rugolo**
>> founder + ceo
>> 650.515.5285
>> iyo.audio
>
> On Wed, Apr 16, 2025 at 12:27 PM Peter Welinder <pw@openai.com> wrote:
>> Hi Jason and Tang,
>>
>> You both have context. Jason wants to show some of the cool audio/earbud tech the iyo team has been working on. I'll let you take it from here.