# EXHIBIT D

tang@presidiotech.com



# iyo visits io
Created by: jason@iyo.dev  ·  Your response: ✔ Yes, I'm going

**Time**
11am - 12:20pm (Pacific Time - Los Angeles)

**Date**
Thu May 1, 2025

**Where**
535 Pacific Ave, San Francisco, CA 94133, USA

**My Notes**

**Guests**
- ✔ jason@iyo.dev
- ✔ Tang Yew Tan
- ✔ pw@openai.com