# EXHIBIT E

**From:** jason rugolo jason@iyo.audio
**Subject:** Re: thanks for having us! next steps?
**Date:** May 29, 2025 at 9:32 PM
**To:** Tang Tan tang@presidiotech.com
**Cc:** Peter Welinder pw@openai.com, Sam Altman sam.hg.altman@gmail.com

hi tang and peter!

(cc sam)

i'm definitely happy to help think through together! :)

there's a lot of perspective here to unpack about all the different modes to run an agent-first computer like iyO ONE, and their respective value to the user in different use scenarios.

in terms of next steps, perhaps we can meet friday (tomorrow) afternoon to discuss?  i am at TPE airport right now and will land around 11:30am PST in SF, so i can be available any time in the afternoon.  i can also meet saturday or sunday.

i let sam know that the name issue is causing me problems (it's been a while since i've been blown up this hard by pretty much everyone, iyO investors, professional network, etc).  it is a rather urgent issue for us, given we are approaching availability of our product and currently fundraising.

while we are continuing our conversations, could you agree in writing to stop using the name?  if you could do this friday or over the weekend, this would help give me confidence our conversations are continuing in good faith.

best,

--



jason rugolo
founder + ceo
650.515.5285

iyo.audio

On Tue, May 27, 2025 at 7:56 AM Tang Tan <tang@presidiotech.com> wrote:
> Jason,
>
> Thanks for the well wishes. It really is an interesting moment for AI devices, as you're already well aware.
>
> Thanks for the list of developer kit configurations, and we'll need to think about this. We have a dev platform already so not sure if this will be complimentary.
>
> Also, I spoke to our IP lawyers and they suggested to give the air-curtain idea a pause for now.
>
> We have a lot of work ahead of us, and we'll definitely give this a think.
>
> Hope your Rel work is going ok.
>
> Thanks,
> Tang
>
>> On May 23, 2025, at 6:55 PM, jason rugolo <jason@iyo.audio> wrote:
>>
>> hey guys! :)
>>
>> congrats on the launch! and the acquisition!
>>
>> it's a really big deal!  (said as congratulations, and also, quite literally )

i'm looking forward to continuing the conversation.

i haven't had more time to write about the "developer kit" idea in detail given REL is so intense right now.

in short, there are a lot of ways to "run" these little screenless compute discs we've made.

you can think of them as just a general purpose source of connectivity to cloud with some local processing and memory.

they could be configured in:

1. **mixed audio reality mode** - with the custom virtual auditory display "accessory" attached, two discs can go directly into your ears to display a mixed audio reality agentic UI (where iyO has focused to date)
2. **pendant mode** - the magnetic connector allows the computer to easily be hung around the neck as an observant AI companion with audio superpowers (8 mic array)
3. **pocket mode** - as a screenless computer, you can carry it around with you, talk to it, have it observe your life passively and share with other devices for UI.
4. **vision mode** - the disc can have a USB camera module attached to the back connector to enable vision (can send renders)
5. **console mode** - the disc can be attached to a USB display or other input device, where disc holds data, credentials, connectivity, and console accessory gives more UI surface, like a laptop or phone physical UI where the disc is the brains. (will struggle to drive a large display, can send renders)

i can show you guys the way we've rendered all these use scenarios out in the past.

we have had to focus on the mixed audio reality development because we believe that's the "roadster" experience of agentic UI, where you have perfect voice pickup and ability to hear the agent output. this is also why we built the VAD technology first.

but these other use scenarios and their applications may be super exciting to explore for openAI developers.

(one side note, for the use scenarios that involve only one compute disc, we have not yet made a single-disc charge case. that's easy, we just haven't prioritized it. we could do it very quickly though as the two disc charger is much more complicated.)

happy to chat further; please let me know how you'd like to proceed.

best,
--

**jason rugolo**
founder + ceo
650.515.5285

[iyo.audio](iyo.audio)


On Fri, May 16, 2025 at 10:28 AM jason rugolo <jason@iyo.audio> wrote:
> hello guys from taipei...in REL heaven over here ;)
>
> on IP, happy to discuss!
>
> have y'all done this air-curtain before?
>
> my gut says lawyers are not the best judges of relevance or value or potential, and that it would be beneficial to have some subject matter expert(s) in the loop who would understand the rapidly evolving technology space.
>
> i'm not totally sure how to do that, any ideas?
>
> we can have a briefing of the most relevant matters prepared in a day or so to share with whomever you find the most relevant to digest them.
>
> (i hear you on the different product design vision, and the concern the dev kit approach may not be directly relevant to your products under development. under separate cover i'd like to share some thoughts about the dev kit concept and the quality of AUI/AUX across all the conceivable hardware interfaces.)
>
> best,

best,
--

 **jason rugolo**
founder + ceo
650.515.5285
iyo.audio

On Fri, May 16, 2025 at 7:45 AM Tang Yew Tan <tang@presidiotech.com> wrote:
Jason,

Apologies for the delay in response.
We think your device is delightful and has potential.

However, it's very different from our product vision and not sure how much of the design/HW can be ported over. Given the differences, I'm not sure how much value we get as a "developer kit" for future products.

You mentioned that you have a portfolio of IPs that could be interesting. I can set you up with our IP lawyer so we can create an IP air-curtain. Let me know if you're open to that.

Thanks,
Tang

ps. is it possible to get our ear plugs?

> On May 6, 2025, at 4:58 PM, Peter Welinder <pw@openai.com> wrote:
>
> Hi Jason,
>
> Thanks for stopping by. And thanks so kindly for leaving me a pair of headphones too!
>
> Hope you're feeling better. Me and Tang will huddle a bit over the next few days to figure out next steps.
>
> Best,
> Peter
>
> On Mon, May 5, 2025 at 4:01 PM jason rugolo <jason@iyo.audio> wrote:
>> hey tang and peter!
>>
>> apologies for the delayed followup; i got hit pretty hard with a cold.
>>
>> thanks a lot for having us over to the little fox theatre.
>>
>> it was really wonderful to meet the team!
>>
>> btw, i'm SO SORRY we had demo fails.
>>
>> how embarrassing. 😅
>>
>> 1. *peter's fail*:  we've root-caused the issue with peter's fail (we had recently increased the threshold on the local dsp voice activity detector to get better rejection of non-speech canal-borne sounds, but apparently we increased it too high for soft voices in quiet rooms...it was a total own goal there!)
>> 2. *tang's fail*:  as for tang's fail with the babl app, it's still a mystery for us where that horrendous lag was coming from...as it wasn't there before, and now it is gone.  we're putting in some tooling so we can watch the latencies on the stack in real time in the future.
>>
>> (all is working now if y'all are up for a re-demo anytime :)
>>
>> tang, please let me know how you and the team are thinking after our meeting.
>>
>> i'm very bullish on openAI and would love to find a way to partner up.
>>
>> i think launching together what we've built as an early "developer kit" for screenless agentic interaction could

be an awesome opportunity.

not only would we learn a lot from it---we would---and we could feed those learnings into future products.

but we'd also energize the developer community, right now, and if we play it right we'd be able to ride that energy to winning a platform network effect as we follow with improved, more mass market products in '26.

that'd be a real moat.

best,
\--

**jason rugolo**
founder + ceo
650.515.5285

iyo.audio

Case 3:25-cv-04861-TLT    Document 26-5    Filed 06/12/25    Page 6 of 6