# EXHIBIT A

 **Luis Alvarez-Loya**  
Ear Project - Ear Impression Appointment  
To: Marwan Rammah,   Cc: scheduling@earproject.org

*March 18, 2025 at 11:00 AM*  
*Details*

Hi Marwan,

Luis from The Ear Project here! We specialize in capturing ear impressions to ensure a perfect custom fit for iyO devices like the iyO Vad Pro.

I noticed you are located in the SF region. We have many audiologists on-call that can take your impressions as early as tomorrow morning.

Could you please provide a few days and times that would work for you? Our specialists are available on weekdays and weekends, and they can meet you at the comfort of your home or office, or you can visit their clinic— whichever is more convenient for you, thanks!

--  
Thank you,  
Ear Project Team

 luis alvarez-loya  
earproject.org  
650.770.8859

---

 **Marwan Rammah**  
Re: Ear Project - Ear Impression Appointment  
To: Luis Alvarez-Loya,   Cc: scheduling@earproject.org

*March 18, 2025 at 3:42 PM*  
*Details*

Hi Luis,  
Thanks for reaching out!  
I'd be happy to get fitted as soon as possible.  
Would sometime Wednesday (3/19) afternoon work?  
How about 2pm?

Thanks

-marwan

**See More** from Luis Alvarez-Loya

---

 **Luis Alvarez-Loya**  
Re: Ear Project - Ear Impression Appointment  
To: Marwan Rammah,   Cc: scheduling@earproject.org

*March 18, 2025 at 3:58 PM*  
*Details*

Hi Marwan,

Awesome, thanks for sending that info over! Confirming the address we have on file to take your impressions is: **535 Pacific Avenue, Suite 300, San Francisco, CA.**

I can arrange for an audiologist to meet you at this address; however, the appointment would have to take place **at 2:30 PM at the earliest.** Parking may be a bit difficult for her to find at that time given the location.

**The audiologist is available Friday morning if that works better for you.**

If neither of the suggested times work for you, we can coordinate to find you another time/day that fits your schedule :)

--  
Best,  
Luis

**See More** from Marwan Rammah

---

 **Marwan Rammah**  
Re: Ear Project - Ear Impression Appointment  
To: Luis Alvarez-Loya,   Cc: scheduling@earproject.org

*March 18, 2025 at 4:04 PM*  
*Details*

Hi Luis,  
2:30pm tomorrow sounds great.  
I will be semi-flexible on timing so please feel free to share my phone number with the audiologist in case of trouble getting here and parking.

Roughly when should I expect to be able to receive and start using the Vad Pros with the custom molds?

Thanks!

-marwan

**See More** from Luis Alvarez-Loya

---

 **Luis Alvarez-Loya**  
Re: Ear Project - Ear Impression Appointment  
To: Marwan Rammah,   Cc: scheduling@earproject.org

*March 18, 2025 at 4:26 PM*  
*Details*

Great, I will let her know! You will receive an email confirmation and gcal invite with the appointment details.

You can expect to receive the iyO Vad Pro at the latest, **next Tuesday, 3/25**.

--  
Best,  
Luis

**See More** from Marwan Rammah

**Luis Alvarez-Loya**
Re: Ear Project – Ear Impression Appointment
To: Marwan Rammah, Cc: scheduling@earproject.org

March 19, 2025 at 2:13 PM
Details

Hi Marwan,

Could you please confirm your **preferred shipping address** for the delivery of your iyO VAD PRO?

--
Thank you,
Luis

See More from Luis Alvarez-Loya

---

**Marwan Rammah**
Re: Ear Project – Ear Impression Appointment
To: Luis Alvarez-Loya, Cc: scheduling@earproject.org

March 19, 2025 at 6:00 PM
Details

Hello Luis,
My preferred shipping address is below.
Thank you very much!

**535 Pacific Avenue**
**Suite 300**
**San Francisco, CA, 94133**

-marwan

See More from Luis Alvarez-Loya

---

**Luis Alvarez-Loya**
Re: Ear Project – Ear Impression Appointment
To: Marwan Rammah, Cc: scheduling@earproject.org

March 20, 2025 at 1:12 PM
Details

Thank you Marwan! We have your package ready for shipment and have determined that using an **Uber courier** is the safest and most efficient option for delivery.

Dr. Anga, who took your impressions, mentioned that parking in your area might be a bit difficult. Given this, would you be able to step outside your office to receive the package from the courier?

I can send you the tracking link via text, which will include all the details on the estimated arrival time so you can coordinate accordingly.

Please let me know if this works with your schedule today. If a different time is more convenient, I'm happy to make adjustments.

--
Best regards,
Luis

See More from Marwan Rammah

---

**Marwan Rammah**
Re: Ear Project – Ear Impression Appointment
To: Luis Alvarez-Loya, Cc: scheduling@earproject.org

March 20, 2025 at 1:14 PM
Details

Hi Luis,
Wow, that's fast!
Yes, I'm happy to step outside and pick up the package from the courier.
Anytime between 2-4, and after 5pm works today.

Thanks


-marwan

See More from Luis Alvarez-Loya

---

**Luis Alvarez-Loya**
Re: Ear Project – Ear Impression Appointment
To: Marwan Rammah, Cc: scheduling@earproject.org

March 20, 2025 at 1:30 PM
Details

Thank you! I will arrange for the Uber courier at 2 PM and will send you the tracking link via text.

--
Best,
Luis

See More from Marwan Rammah


**Marwan Rammah**
Re: Ear Project - Ear Impression Appointment
**To:** Luis Alvarez-Loya, **Cc:** scheduling@earproject.org

March 20, 2025 at 2:23 PM

*Details*

Thanks Luis!
I'm excited to receive my VADs!
Is it possible to get the 3D CAD of my ear imprints after they were cut/modified to fit the VAD enclosure and other parts? Not asking for any VAD parts themselves, just the part that goes into my ear.

I'm an engineer, and a nerd at heart and would love to see these.

Thanks

-marwan

*See More* from Luis Alvarez-Loya


**Luis Alvarez-Loya**
Re: Ear Project - Ear Impression Appointment
**To:** Marwan Rammah, **Cc:** scheduling@earproject.org

March 20, 2025 at 3:19 PM

*Details*

Thank you for your note!

We at **earproject.org** focus solely on impressions and scanning for bespoke audio manufacturers. If you'd like to receive the custom ear tip .stl files, you'll need to coordinate directly with the audio device manufacturer, as they each have their own design approaches.
In this case, I recommend reaching out to **iyO**—specifically **Neil Treat** or **Jason Rugolo**. You can contact them at:

- neil@iyo.audio
- jason@iyo.audio

They'll be able to provide further details on the finalized custom tip design.

Let me know if there's anything else I can help with!
--
Best,
Luis

*See More* from Marwan Rammah


**Marwan Rammah**
Re: Ear Project - Ear Impression Appointment
**To:** Luis Alvarez-Loya, **Cc:** scheduling@earproject.org

March 20, 2025 at 6:05 PM

*Details*

Thanks so much, Luis!
I will reach out to them.

Do you know if it is possible to get a second pair of my ear inserts or inserts for someone else on my team or my partner to use with the VAD pro?
Or is this also a questions for Neil and Jason?

Thanks

-marwan

*See More* from Luis Alvarez-Loya


**Marwan Rammah**
Re: Ear Project - Ear Impression Appointment
**To:** Luis Alvarez-Loya, **Cc:** scheduling@earproject.org

March 25, 2025 at 10:50 AM

*Details*

Hi Luis,
Sorry to bug you with this. I'm trying to figure out if it's possible to purchase other ear molds from iYO so my partner and my colleague can try them on before potentially pruchasing their own VADs or the wireless ones.

Would appreciate your guidance or if you can refer me to the right person with iyO.

Thanks


-marwan

*See More* from Marwan Rammah