# EXHIBIT B

**Anga Lao**
Ear impression files from Ear Project
To: Marwan Rammah

March 20, 2025 at 12:22 PM

Hi Marwan,

It was a pleasure meeting you yesterday. Attached, you'll find the scan files for both your right and left ear impressions (STL files).

If you're interested, here's a link to purchase ear impression services from Ear Project for your partner.

Best,
Anga

[Attachment: Marwan_Rammah_250319_155757_R.STL]
[Attachment: Marwan_Rammah_250319_155944_L.STL]

↗ Found in Sent - Google Mailbox

**Marwan Rammah**
Re: Ear impression files from Ear Project
To: Anga Lao

March 20, 2025 at 2:20 PM

Thanks so much, Anga!
Really appreciated chatting with you and all your insight!

This model is so cool! May I ask how it was scanned?

> If you're interested, here's a link to purchase ear impression services from Ear Project for your partner.

Will definitely be using the ear project for her imprints!

-marwan

See More from Anga Lao

**Anga Lao**
Re: Ear impression files from Ear Project
To: Marwan Rammah

March 20, 2025 at 2:26 PM

Marwan,

The physical ear impressions are scanned with impression scanning equipment - there are many options out there for dentistry and audiology clinics. One maker is Smart Optics.

Best,
Anga

See More from Marwan Rammah

↗ Found in Sent - Google Mailbox

**Marwan Rammah**
Re: Ear impression files from Ear Project
To: Anga Lao

March 20, 2025 at 6:06 PM

thanks Anga!
I really appreciate your help + feedback!

-marwan

See More from Anga Lao