# EXHIBIT C

 **jason rugolo**
Fwd: hey marwan :)
**To:** Marwan Rammah

*March 28, 2025 at 6:25 AM*

hey marwan!

we're happy to fit jony and tang and just sit down with y'all to walk you through the tech if that would help.

please let me know! :)

best,
--

 **jason rugolo**
founder + ceo
650.515.5285
iyo.audio

 **Marwan Rammah**
Fwd: hey marwan :)
**To:** Tan Tang

*March 28, 2025 at 9:40 AM*

after asking and not hearing back from a representative at iyo about additional ear fittings.. i looked them up on linked in and i think he got wind i'm looking around, or the admin forwarded my requests.

would you want to engage on the following?

1. additional fittings for our team to try the product. maybe we can at least get you, dan, hugo, shota..

2. asking about their library or ear models via the ear project. iyo themselves have only made ~200 VAD devices for sale, but the organization they work with called The Ear Project must have thousands. if the data is anonymized and legal to share/purchase it could be a helpful starting point on ergonomics and HF.

will find you to chat more later in office.

-marwan

**See More** from jason rugolo

 **Marwan Rammah**
Re: hey marwan :)
**To:** jason rugolo

*March 28, 2025 at 2:54 PM*

hi jason,
nice to hear from you!
thanks for the note and offer, and more generally, i appreciate you and your team making awesome audio products.

would love to get tang fitted for starters :)
is it possible to extend the offer to two or more curious people on my team so they can also get to demo the VAD PROs i have?

thanks

-marwan

**See More** from jason rugolo

 **jason rugolo**
Re: hey marwan :)
**To:** Marwan Rammah

*March 29, 2025 at 4:21 AM*

sure!  is there a good time later next week to have the impressions done?  ideally we'd take care of y'all at the same time.  thursday or friday possible?

best,
--

 **jason rugolo**
founder + ceo
650.515.5285
iyo.audio

**See More** from Marwan Rammah

 **Marwan Rammah**
Re: hey marwan :)
**To:** jason rugolo

*March 31, 2025 at 12:35 PM*

thanks jason!
we're excited to get more people trying bespoke audio.

some folks on my team are out this week, so to do this for everyone at the same time, next week would work best.
we can do this on a thursday or friday if that is still preferred for next week — just let me know if that still works and i will send a few options for scheduling.

-marwan

**See More** from jason rugolo

**jason rugolo**
Re: hey marwan :)
To: Marwan Rammah

April 1, 2025 at 6:09 AM

hi marwan! :)

my co-founder and i are going to be in the city on friday, and i wanted to let you know i plan to reach out to tang to see if he's open for a quick visit!

best,

--

**jason rugolo**
founder + ceo
650.515.5285
iyo.audio

See More from Marwan Rammah

---

**Marwan Rammah**
Re: hey marwan :)
To: jason rugolo

April 1, 2025 at 11:21 AM

hi jason
of course! you should feel encouraged to reach out to tang :)
would love to meet + say hi if you end up visiting us here in jackson square.

-marwan

See More from jason rugolo

---

**jason rugolo**
Re: hey marwan :)
To: Marwan Rammah

April 1, 2025 at 11:23 AM

also happy to quickly chat live if you have a couple minutes!  you can text me below :)

--

**jason rugolo**
founder + ceo
650.515.5285
iyo.audio

See More from Marwan Rammah

---

**Marwan Rammah**
Fwd: hey marwan :)
To: Tang Yew Tan

April 1, 2025 at 12:36 PM

-marwan

---------- Forwarded message ---------

See More from jason rugolo

---

**Tang Yew Tan**
Re: hey marwan :)
To: Marwan Rammah

April 2, 2025 at 7:46 PM

have not heard back from Jason...

See More from Marwan Rammah