# EXHIBIT K

30may25, call w sam altman

. sam said it's hard for him, in good conscience, to ask team to look into our IP further
. he's not sure if it would end in an acquisition, but thinks it's possibly not worth our time
. taking that as a disinterest at least in acquisition, i changed the subject to the name issue
. i mentioned we started building brand already
. i mentioned virality on social media
. i ask sam if he would be willing to stop using the name
. sam said they have a trademark
. he thought out loud "will we sue you to stop using the name?"
. i was confused, and said "you mean will iyO sue openAI?"
. and he said no, would they sue us (firming his thinking that they have name rights)
. i said i didn't know they had a TM
. sam said he thought lawyers may say they are different enough that it's not an issue
. i asked if our TM lawyers could talk to each other, he said sure
. i told our story behind the name, the input output, the "y" and what it means
. i expressed concern that the homophone nature would cause confusion
. i mentioned how i'm already getting blown up by people saying "they stole your name" etc
. he said let me talk to our lawyers about this, i get what you're saying
. i brought up idea, bring us in, we can build on the r&d side
. he said it's interesting, he'll think about that and talk to some people
. he said he would get back over the weekend