MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Andrew D. Skale (211096)
ADSkale@mintz.com
Laura Franco (186765)
LFranco@mintz.com
Anthony J. Viola (*pro hac vice*)
AJViola@mintz.com
Kara M. Cormier (*pro hac vice*)
KMCormier@mintz.com
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: 415.432.6000

LWD ADVISORS, INC.
Jeff Hyman (171896)
jeff@lwdadvisors.com
700 El Camino Real Suite 120 #1310
Menlo Park CA 94025
Telephone: 650.219.4229

Attorneys for Plaintiff
IYO, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IYO, INC.<br><br>Plaintiff,<br><br>v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>Defendants. | Case No. 3:25-cv-4861<br><br>**EXHIBIT L: VIDEO OF APRIL 2024 TED TALK**<br><br>Complaint Filed: June 9, 2025<br>Trial Date:  None Set |

## MANUAL FILING NOTIFICATION

Regarding: Exhibit L to the Reply Declaration of Jason Rugolo in Further Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction.

     This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly.

1  For information on retrieving this filing directly from the court, please see the court's main web
2  site at under Frequently Asked Questions (FAQ).
3      This filing was not e-filed for the following reason(s):
4      ___     Unable to Scan Documents
5      ___     Physical Object (please describe):
6      _X_     Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
7      ___     Item Under Seal in Criminal Case
8      ___     Conformance with the Judicial Conference Privacy Policy (General Order 53)
9      ___     Other (please describe):

11  Dated: June 13, 2025

Respectfully submitted,

MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.

By: */s/ Andrew D. Skale*_____
Andrew D. Skale (211096)
Laura Franco (186765)
Anthony J. Viola (*pro hac vice*)
Kara M. Cormier (*pro hac vice*)

LWD ADVISORS, INC.
Jeff Hyman (171896)

Attorneys for Plaintiff IYO, Inc.