1  MINTZ LEVIN COHN FERRIS
   GLOVSKY AND POPEO, P.C.
2  Andrew D. Skale (211096)
   ADSkale@mintz.com
3  Laura Franco (186765)
   LFranco@mintz.com
4  Anthony J. Viola (*pro hac vice*)
   AJViola@mintz.com
5  Kara M. Cormier (*pro hac vice*)
   KMCormier@mintz.com
6  44 Montgomery Street, 36th Floor
   San Francisco, CA 94104
7  Telephone: 415.432.6000

8  LWD ADVISORS, INC.
   Jeff Hyman (171896)
9  jeff@lwdadvisors.com
   700 El Camino Real Suite 120 #1310
10 Menlo Park CA 94025
   Telephone: 650.219.4229
11
   Attorneys for Plaintiff
12 IYO, INC.

13                     **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15

16 | IYO, INC.                                    | Case No. 3:25-cv-4861                                |
   |                                               |                                                      |
17 |                  Plaintiff,                   | **EXHIBIT M: VIDEO OF MAY 21, 2025 IO ANNOUNCEMENT** |
   |                                               |                                                      |
18 |      v.                                      | Complaint Filed:  June 9, 2025                       |
   | IO PRODUCTS, INC., OPENAI, INC.,              | Trial Date:       None Set                           |
19 | OPENAI, LLC, SAM ALTMAN, and SIR              |                                                      |
   | JONATHAN PAUL IVE,                            |                                                      |
20 |                                               |                                                      |
   |                  Defendants.                  |                                                      |
21

22

23                     **MANUAL FILING NOTIFICATION**

24 Regarding: Exhibit M to the Reply Declaration of Jason Rugolo in Further Support of Plaintiff's

25 Motion for a Temporary Restraining Order and Preliminary Injunction.

26

27        This filing is in paper or physical form only, and is being maintained in the case file in the

28 Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___   Unable to Scan Documents

___   Physical Object (please describe):

_X_   Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

___   Item Under Seal in Criminal Case

___   Conformance with the Judicial Conference Privacy Policy (General Order 53)

___   Other (please describe):

Dated: June 13, 2025

Respectfully submitted,

MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.

By: */s/ Andrew D. Skale*_____
Andrew D. Skale (211096)
Laura Franco (186765)
Anthony J. Viola (*pro hac vice*)
Kara M. Cormier (*pro hac vice*)

LWD ADVISORS, INC.
Jeff Hyman (171896)

Attorneys for Plaintiff IYO, Inc.