# EXHIBIT N

# IYO VAD PRO

THE IYO VAD PRO IS A NEW KIND OF PROFESSIONAL, STUDIO REFERENCE QUALITY AUDIO DISPLAY THAT CAN RENDER VIRTUAL AUDITORY SCENES.

VAD STANDS FOR **VIRTUAL AUDITORY DISPLAY** - IYO'S BREAKTHROUGH IN AUDIO SPATIALIZATION WITH HIGH PRECISION.

WHEN PAIRED WITH IYO'S PROPRIETARY PSYCHOACOUSTICS SOFTWARE, VAD PRO ENABLES ARTISTS TO CREATE AND RENDER TRULY PERSONALIZED, DEEPLY IMMERSIVE AUDIO ON AN ENTIRELY NEW CREATIVE CANVAS.

THE LEAP FROM STEREO TO VAD IS BIGGER THAN THE JUMP FROM MONO TO STEREO ALMOST 75 YEARS AGO. YOU MUST EXPERIENCE THE SOUND TO REALLY UNDERSTAND. IT IS LIKE VIRTUAL REALITY, BUT FOR AUDIO.

GET READY TO PLUG IN TO YOUR MACBOOK, USING YOUR FAVORITE DAW OR ATMOS SOURCE, AND CREATE OR CONSUME IMMERSIVE AUDIO SOUNDSCAPES QUITE LITERALLY LIKE YOU'VE NEVER HEARD BEFORE.

# WHO IT'S FOR:

PROFESSIONAL MUSICIANS
AUDIO ENGINEERS
AUDIOPHILES
AUDITORY NEUROSCIENTISTS
PSYCHOACOUSTICIANS

[ BUY VAD PRO - $1999 ]