| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Margret M. Caruso (Bar No. 243473) <br> margretcaruso@quinnemanuel.com |
| 3 | Sara L. Pollock (SBN 281076) <br> sarapollock@quinnemanuel.com |
| 4 | 555 Twin Dolphin Drive, 5th Floor <br> Redwood Shores, California 94065 |
| 5 | Telephone:    (650) 801-5000 <br> Facsimile:    (650) 801-5100 |

*Attorneys for Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, and Sam Altman*

JONES DAY
David Kiernan (Bar No. 215335)
dkiernan@jonesday.com
555 California Street 26th Floor
San Francisco, California 94104
Telephone:    (415) 875-5745

Meredith Wilkes (*pro hac vice*)
mwilkes@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone    (216) 586-7231

*Attorneys for Defendant Sir Jonathan Paul Ive*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IYO, INC., <br><br> Plaintiff, <br><br> vs. <br><br> IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE, <br><br> Defendants. | Case No. 3:25-cv-04861 <br><br> **NOTICE OF LODGING OF DOCUMENT UNDER SEAL** <br><br> Judge: Hon. Trina L. Thompson |

Pursuant to the Court's June 17, 2025 Minute Order (Dkt. 41) regarding the hearing on Plaintiff's Motion for Temporary Restraining Order, Defendants submit the attached Declaration under seal.

Dated: June 18, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Margret M. Caruso
Margret M. Caruso

*Attorneys for Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, and Sam Altman*

**CERTIFICATE OF SERVICE**

I, Andrew Mather, declare as follows:

    I am over the age of eighteen and not a party to this action. Pursuant to Civil Local Rules 79-5(c) and 79-5(f), I hereby certify that on June 18, 2025, complete, unredacted PDF copies of Defendants forgoing **NOTICE OF LODGING**, along with the accompanying **DECLARATION OF MEHRA MASSOUDI**, were served by me on counsel of record for all parties via electronic mail.

    I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California.

Dated: June 18, 2025

_____
Andrew Mather