# EXHIBIT A

**Media References Regarding Open AI's Purchase of IO**

| Publication; Author | Title | Date |
|---|---|---|
| Wired<br>Lauren Goode | [OpenAI's Big Bet That Jony Ive Can Make AI Hardware Work](#) | 5/21/2025 |
| The New York Times<br>Mike Isaac and Cade Metz | [OpenAI Unites With Jony Ive in $6.5 Billion Deal to Create A.I. Devices](#) | 5/21/2025 |
| The Atlantic<br>Matteo Wong | [OpenAI's Ambitions Just Became Crystal Clear](#) | 5/21/2025 |
| The Verge<br>Jay Peters | [OpenAI is buying Jony Ive's AI hardware company](#) | 5/21/2025 |
| The Guardian<br>Dara Kerr | [OpenAI buys iPhone architect's startup for $6.4bn](#) | 5/21/2025 |
| Tech Crunch<br>Kyle Wiggers, Maxwell Zeff | [Jony Ive to lead OpenAI's design work following $6.5B acquisition of his company](#) | 5/21/2025 |
| Wall Street Journal<br>Berber Jin | [What Sam Altman Told OpenAI About the Secret Device He's Making With Jony Ive](#) | 5/21/2025 |
| Engadget<br>Igor Bonifacic | [OpenAI buys Jony Ive's design startup for $6.5 billion](#) | 5/21/2025 |
| Financial Times<br>Cristina Criddle, Michael Acton and George Hammond | [OpenAI to buy Jony Ive's io for $6.4bn in hardware push](#) | 5/21/2025 |
| CNBC<br>Kate Rooney and Hayden Field | [OpenAI is buying iPhone designer Jony Ive's AI devices startup for $6.4 billion](#) | 5/21/2025 |
| The New Indian Express | [Apple designer Sir Jony Ive joins OpenAI through $6.5 billion io acquisition deal](#) | 5/22/2025 |
| 9 to 5 Mac<br>Ben Lovejoy | [The io device is mysterious and important – what could it be?](#) | 5/22/2025 |
| M<br>Jeff Cochin | [OpenAI's Mysterious io Device That's Not a Phone or Glasses](#) | 5/22/2025 |
| Forbes<br>Ty Roush | [Everything We Know About OpenAI's $6.5 Billion Purchase Of Jony Ive's Io](#) | 5/22/2025 |

| Publication; Author | Title | Date |
| --- | --- | --- |
| NPR<br>John Ruwitch | OpenAI forges deal with iPhone designer Jony Ive to make AI-enabled devices | 5/22/2025 |
| Stratechery<br>Ben Thompson | OpenAI Acquires IO | 5/22/2025 |
| The Hollywood Reporter<br>Benjamin Svetkey | The Nine-Minute Bromance Video That Launched a $6 Billion AI Mystery | 5/23/2025 |
| Tech Crunch<br>Theresa Loconsolo, Anthony Ha, Kirsten Korosec, Maxwell Zeff | OpenAI goes all in with Jony Ive as Google plays AI catchup | 5/23/2025 |
| Real Clear Markets<br>Dave Lee | Jony Ives & Open AI's Long Shot Bet To Kill The iPhone | 5/24/2025 |
| Futurism<br>Joe Wilkins | Something Weird Is Going on With the Investors in Jony Ive's Startup That Was Just Bought by OpenAI | 5/24/2025 |
| The Hollywood Reporter<br>Steven Zeitchik | The Real Reason the OpenAI-Jony Ive Partnership Is So Strange | 5/24/2025 |
| CNET<br>Katie Collins | What to Expect (and Not Expect) From OpenAI and Jony Ive's AI-Centric 'Screenless Phone' | 5/24/2025 |
| Fortune<br>Marco Quiroz-Guiterrez | Before he revolutionized tech with Steve Jobs, Jony Ive wanted to quit Apple. Now he's forging a new power pair with OpenAI's Sam Altman | 5/25/2025 |
| Morning Brew<br>Neal Freyman | What are Jony Ive and Sam Altman cheffing up? | 5/26/2025 |
| Business Insider<br>Jordan Hart | Google CEO reacts to OpenAI's big hire: 'Jony Ive is one of a kind' | 5/27/2025 |
| AI Business<br>Scarlett Evans | OpenAI Buys iPhone Designer Jony Ive's Startup in $6B Deal | 5/27/2025 |
| Business Insider<br>Alistair Barr | What will Jony Ive's OpenAI Device Be? Our Roundup of Best Guesses | 5/28/2025 |
| The New Yorker<br>Kyle Chayka | Sam Altman and Jony Ive Will Force A.I. Into Your Life | 5/28/2025 |

| Publication; Author | Title | Date |
|---|---|---|
| Wall Street Journal | OpenAI's COO on the Decision to Buy Jony Ive's io | 5/29/2025 |
| Fast Company | Can Jony Ive and Sam Altman build the fourth great interface? That's the question behind io | 5/29/2025 |
| BGR<br>Chris Smith | io's first ChatGPT device will be an ambient computer, but what does that even mean? | 5/30/2025 |
| Fortune<br>Eleanor Pringle | Laurene Powell Jobs has the inside track on friend Jony Ive's collaboration with OpenAI—but still wants to see Apple succeed | 6/2/2025 |
| Campus Technology | OpenAI to Acquire Io, Plans Consumer AI Hardware Push | 6/3/2025 |
| Coin Desk<br>Shaw Walters | OpenAI's $6.4 Billion Hardware Gamble Exposes the Closed AI Trap | 6/3/2025 |
| The Software Report | OpenAI and Jony Ive's io Join Forces to Build AI Devices | 6/5/2025 |
| PYMNTS | OpenAI CFO Says 'Secret' Device to Usher in New Computing Era | 6/16/2025 |