MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Andrew D. Skale (211096)
ADSkale@mintz.com
Laura Franco (186765)
LFranco@mintz.com
Valerie Phan (306503)
VPhan@mintz.com
Anthony J. Viola (*pro hac vice*)
AJViola@mintz.com
Kara M. Cormier (*pro hac vice*)
KMCormier@mintz.com
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: 415.432.6000

LWD ADVISORS, INC.
Jeff Hyman (171896)
jeff@lwdadvisors.com
700 El Camino Real Suite 120 #1310
Menlo Park CA 94025
Telephone: 650.219.4229

Attorneys for Plaintiff
IYO, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IYO, INC.<br><br>            Plaintiff,<br><br>    v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>            Defendants. | Case No. 3:25-cv-4861-TLT<br><br>**STIPULATION RE: ACCEPTANCE OF SERVICE AND EXTENDING TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>Case Assigned to Hon. Trina L. Thompson<br>Courtroom 9<br><br>Complaint Filed: June 9, 2025<br>Trial:       January 10, 2028 |

MINTZ, LEVIN, COHN,
FERRIS, GLOVSKY AND
POPEO, P.C.
ATTORNEYS AT LAW
SAN DIEGO

STIPULATION RE: ACCEPTANCE OF SERVICE AND EXTENDING TIME FOR
DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT

1  WHEREAS, this lawsuit was commenced by Plaintiff IYO, Inc. ("Plaintiff") on June 9, 2025 via the filing of the Complaint (Dkt. No. 1);

WHEREAS, Defendants IO Products, Inc., OpenAI, Inc., OpenAI, LLC, Sam Altman, and Sir Jonathan Paul Ive (collectively, "Defendants"), through their respective undersigned attorneys, represent that they have authorized their undersigned attorneys to accept service of process of this lawsuit on their behalf;

WHEREAS, no prior extensions to respond to the Complaint have been granted to any Defendant.

NOW THEREFORE IT IS HEREBY STIPULATED, by and between the undersigned attorneys for the respective parties that:

1. Defendants authorized their undersigned attorneys to accept service of the Summons and Complaint (Dkt Nos. 1, 16) in exchange for an extension to respond to the Complaint.

2. Undersigned counsel for Defendants acknowledge service upon them of the Summons and Complaint on June 12, 2025.

3. Defendants' respective responses to Plaintiff's Complaint are due on or before July 31, 2025.

IT IS SO STIPULATED.

MINTZ, LEVIN, COHN,
FERRIS, GLOVSKY AND
POPEO, P.C.
ATTORNEYS AT LAW
SAN DIEGO

1

STIPULATION RE: ACCEPTANCE OF SERVICE AND EXTENDING TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT

| | |
|---|---|
| Dated: June 24, 2025 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C. |
| | By: */s/ Valerie Phan* |
| | Andrew D. Skale<br>Laura Franco<br>Valerie Phan<br>Anthony J. Viola (*pro hac vice*)<br>Kara M. Cormier (*pro hac vice*) |
| | LWD ADVISORS, INC.<br>Jeff Hyman |
| | Attorneys for Plaintiff<br>IYO, Inc. |
| Dated: June 24, 2025 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: */s/ Margret M. Caruso* |
| | Margret M. Caruso |
| | Attorneys for Defendants<br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC and SAM ALTMAN |
| Dated: June 24, 2025 | JONES DAY |
| | By: */s/ David C. Kiernan* |
| | David C. Kiernan |
| | Attorneys for Defendant<br>SIR JONATHAN PAUL IVE |

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that the contents of this document are acceptable to Margret M. Caruso and David C. Kiernan, counsel for Defendants, Ms. Caruso and Mr. Kiernan have concurred in the filing of the document, and I obtained their authorization to file this document, indicated by a /s/ in lieu of their signatures on this document.

                                              */s/ Valerie Phan*
                                              Valerie Phan

530581668v.2