QUINN EMANUEL URQUHART & SULLIVAN, LLP
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Sara L. Pollock (SBN 281076)
sarapollock@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

*Attorneys for Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, and Sam Altman*

JONES DAY
David Kiernan (Bar No. 215335)
dkiernan@jonesday.com
Craig E. Stewart (Bar No. 129530)
cestewart@jonesday.com
555 California Street 26th Floor
San Francisco, California 94104
Telephone:     (415) 875-5745

Meredith Wilkes (admitted *pro hac vice*)
mwilkes@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone     (216) 586-7231

*Attorneys for Defendant Sir Jonathan Paul Ive*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IYO, INC., | Case No. 3:25-cv-04861 |
| Plaintiff, | **NOTICE OF APPEAL OF TEMPORARY RESTRAINING ORDER** |
| vs. | **(PRELIMINARY INJUNCTION APPEAL)** |
| IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE, | Judge: Hon. Trina L. Thompson |
| Defendants. | |

1 **NOTICE OF APPEAL**

2  NOTICE IS HEREBY GIVEN that Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, Sam Altman, and Sir Jonathan Paul Ive appeal to the United States Court of Appeals for the Ninth Circuit from the Court's June 20, 2025 Order (ECF. No. 51) granting injunctive relief to Plaintiff pursuant to Federal Rule of Civil Procedure 65.

Dated: June 26, 2025                     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  */s/ Margret M. Caruso*
     Margret M. Caruso

     *Attorney for Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, and Sam Altman*

Dated: June 26, 2025                     JONES DAY

By:  */s/ David C. Kiernan*
     David C. Kiernan

     *Attorney for Defendant Sir Jonathan Paul Ive*

**FILER'S ATTESTATION**

Pursuant to Civil LR 5-1(i)(3), the undersigned hereby attests that concurrence in the filing of this **NOTICE OF APPEAL** has been obtained from David Kiernan and it is electronically signed with his express permission.

Dated:  June 26, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _/s/ Margret M. Caruso_
   Margret M. Caruso

   *Attorney for Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, and Sam Altman*