| | |
|---|---|
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.<br>Andrew D. Skale (211096)<br>ADSkale@mintz.com<br>Laura Franco (186765)<br>LFranco@mintz.com<br>Valerie Phan (306503)<br>VPhan@mintz.com<br>Anthony J. Viola (*pro hac vice*)<br>AJViola@mintz.com<br>Kara M. Cormier (*pro hac vice*)<br>KMCormier@mintz.com<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: 415.432.6000<br><br>LWD ADVISORS, INC.<br>Jeff Hyman (171896)<br>jeff@lwdadvisors.com<br>700 El Camino Real Suite 120 #1310<br>Menlo Park CA 94025<br>Telephone: 650.219.4229<br><br>*Attorneys for Plaintiff*<br>*IYO, INC.* | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Margret M. Caruso (Bar No. 243473)<br>margretcaruso@quinnemanuel.com<br>Sara L. Pollock (SBN 281076)<br>sarapollock@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:    (650) 801-5000<br>Facsimile:     (650) 801-5100<br><br>*Attorneys for Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, and Sam Altman*<br><br>JONES DAY<br>David Kiernan (Bar No. 215335)<br>dkiernan@jonesday.com<br>555 California Street 26th Floor<br>San Francisco, California 94104<br>Telephone:    (415) 875-5745<br><br>Meredith Wilkes (*pro hac vice forthcoming*)<br>mwilkes@jonesday.com<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone    (216) 586-7231<br><br>*Attorneys for Defendant Sir Jonathan Paul Ive* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IYO, INC.<br><br>        Plaintiff,<br><br>    v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>        Defendants. | Case No. 3:25-cv-4861-TLT<br><br>**STIPULATION WITH [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING APPEAL**<br><br>Hon. Trina L. Thompson<br>Courtroom 9, 19th Floor<br><br>Complaint Filed: June 9, 2025<br>Trial:      January 10, 2028 |

Plaintiff IYO, Inc. ("IYO") and Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, Sam Altman, and Sir Jonathan Paul Ive (collectively, "Defendants") (and together with IYO, the "Parties"), by and through their counsel of record, hereby stipulate, subject to Court approval, as follows:

WHEREAS, on June 20, 2025, the Court issued its Order Granting Motion for Temporary Restraining Order (Dkt. 51 (the "Temporary Restraining Order")), which set a deadline of August 1, 2025 for IYO to file any motion for preliminary injunction, a deadline of August 22, 2025 for Defendants to file any response, a deadline of September 5, 2025 for IYO to file any reply, and a hearing on IYO's motion for preliminary injunction for October 7, 2025;

WHEREAS, on June 26, 2025, Defendants filed their Notice of Appeal of the Temporary Restraining Order to the Ninth Circuit Court of Appeals (Dkt. 53 (the "Notice of Appeal"));

WHEREAS, on July 1, 2025, the Ninth Circuit Court of Appeals docketed Defendants' appeal (the "Appeal") and entered a Preliminary Injunction Time Schedule Notice (Dkt. 54), setting a deadline of July 25, 2025 for Defendants' Preliminary Injunction Opening Brief and a deadline of August 22, 2025 for IYO's Preliminary Injunction Answering Brief;

WHEREAS, the Parties have agreed to file a Joint Motion to further expedite the Appeal that sets a deadline of July 24, 2025 for Defendants' Preliminary Injunction Opening Brief, a deadline of August 14, 2025 for IYO's Preliminary Injunction Answering Brief, and a deadline of August 28, 2025 for Defendants' Reply Brief;

WHEREAS, for purposes of judicial economy and to avoid concurrent proceedings, the Parties agree that this action should be stayed for a period while Defendants' Appeal is before the Ninth Circuit Court of Appeals;

WHEREAS, no previous time modifications affecting the Court's scheduling order have occurred in this action;

NOW THEREFORE, the parties stipulate and agree, and respectfully request that the Court order, as follows:

1.  Pursuant to the Court's inherent power to manage its docket, this action shall be stayed for all purposes pending the Ninth Circuit Court of Appeals issuing a decision on the Appeal.

2.  All deadlines set in the Temporary Restraining Order shall be vacated, except that the hearing on IYO's motion for preliminary injunction shall be reset to March 17, 2026, or the soonest available date thereafter.

3.  Within one week of the Ninth Circuit Court of Appeals issuing a decision on the Appeal, the Parties shall meet and confer regarding a proposed briefing and hearing schedule for any motion for preliminary injunction.

4.  If the Ninth Circuit Court of Appeals has not issued its decision by November 17, 2025, the Parties shall meet and confer in good faith about how this action should proceed in light of developments to date in the Appeal, including the hearing date.

5.  IYO's agreement to further expedite the Appeal does not constitute a waiver of any jurisdictional arguments or an admission that Defendants are suffering harm and that IYO is not waiving any rights or arguments, including without limitation arguments regarding appellate jurisdiction.

6.  Defendants are not waiving any rights or arguments, including without limitation, arguments that the Temporary Restraining Order was improperly in effect for longer than 14 days.

IT IS SO STIPULATED.

DATED: July 3, 2025

MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.

By  /s/ Andrew D. Skale
Andrew D. Skale
*Attorneys for Plaintiff IYO, Inc.*

DATED: July 3, 2025            QUINN EMANUEL URQUHART
                               & SULLIVAN, LLP


                               By    */s/ Margret M. Caruso*
                                  Margret M. Caruso
                                  *Attorneys for Defendants io Products, Inc.,*
                                  *OpenAI, Inc., OpenAI, LLC, and Sam Altman*


DATED: July 3, 2025            JONES DAY


                               By    */s/ David Kiernan*
                                  David Kiernan
                                  *Attorneys for Defendant Sir Jonathan Paul Ive*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. Pursuant to the Court's inherent power to manage its docket, this action shall be stayed for all purposes pending the Ninth Circuit Court of Appeals issuing a decision on the Appeal.

2. Within one week of the Ninth Circuit Court of Appeals issuing a decision on the Appeal, the Parties shall meet and confer regarding a proposed briefing and hearing schedule for any motion for preliminary injunction.

3. If the Ninth Circuit Court of Appeals has not issued its decision by November 17, 2025, the Parties shall meet and confer in good faith about how this action should proceed in light of developments to date in the Appeal, including the hearing date.

4. All deadlines set in the Temporary Restraining Order are hereby vacated, except that the hearing on IYO's motion for preliminary injunction is reset to March 17, 2026/ _____, 2026.

DATED: _____       _____
                                     The Honorable Trina L. Thompson
                                     United States District Judge

**CIVIL LOCAL RULE 5-1 ATTESTATION**

I, Margret M. Caruso, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the signatories listed above.

DATED: July 3, 2025

By     */s/ Margret M. Caruso*