MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Andrew D. Skale (211096)
ADSkale@mintz.com
Laura Franco (186765)
LFranco@mintz.com
Anthony J. Viola (*pro hac vice*)
AJViola@mintz.com
Kara M. Cormier (*pro hac vice*)
KMCormier@mintz.com
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: 415.432.6000

LWD ADVISORS, INC.
Jeff Hyman (171896)
jeff@lwdadvisors.com
700 El Camino Real Suite 120 #1310
Menlo Park CA 94025
Telephone: 650.219.4229

Attorneys for Plaintiff
IYO, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IYO, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>　　　　　Defendants. | Case No. 3:25-cv-4861<br><br>**DECLARATION OF ANDREW D. SKALE IN SUPPORT OF PLAINTIFF IYO, INC.'S MOTION FOR ORDER TO SHOW CAUSE RE: CONTEMPT AND SANCTIONS**<br><br>Date:　　　September 9, 2025<br>Time:　　　2:00 p.m.<br>Place:　　　Courtroom 9<br>Judge:　　　Hon. Trina L. Thompson<br><br>Complaint Filed:　June 9, 2025 |

I, Andrew D. Skale, do hereby declare as follows:

1. I am an attorney licensed to practice in the State of California. I am a member of the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., attorneys of record for Plaintiff IYO, Inc. ("IYO") I submit this declaration in support of IYO's Motion for Order to Show Cause re: Contempt and Sanctions ("Motion"), filed concurrently herewith. I am familiar with the events and pleadings in this action and, if called upon as a witness, could and would testify competently to the matters stated herein of my own personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of Defendants' webpage at https://openai.com/sam-and-jony/ that was printed on June 1, 2025. This was attached as Exhibit J to the Declaration of Jason Rugolo in Support of Plaintiff IYO, Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction (ECF 6-16).

3. On June 20, 2025 this Court entered its Order granting Plaintiff's request for a temporary restraining order against Defendants (the "TRO"). (ECF 51.) On June 20, 2025 (pdt), I accessed Defendants' webpage and confirmed that the content shown in Exhibit A hereto had been pulled down and replaced with an error message. Then a few days later, that error was replaced with a statement that Defendants had removed its webpage as a result of the TRO. Attached hereto as **Exhibit B** is a true and correct copy of Defendant's webpage at https://openai.com/sam-and-jony/ as that page existed on June 26, 2025, which was printed at my direction on July 10, 2025 from the Internet Archive at https://web.archive.org/web/20250626130556/https://openai.com/sam-and-jony/.

4. Attached hereto as **Exhibit C** is a true and correct copy of Defendant's webpage at https://openai.com/sam-and-jony/ that was printed at my direction on July 10, 2025.

5. Attached hereto as **Exhibit D** is a true and correct copy of a redline comparing Defendant's webpage at https://openai.com/sam-and-jony/ from June 1, 2025 to its webpage on July 10, 2025, that was created and printed at my direction on July 10, 2025.

DECLARATION OF ANDREW SKALE ISO PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE RE: CONTEMPT AND SANCTIONS

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 11, 2025, in San Diego, California.

          /s/ *Andrew D. Skale*
          Andrew D. Skale

531079972v.3