MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Andrew D. Skale (211096)
ADSkale@mintz.com
Laura Franco (186765)
LFranco@mintz.com
Anthony J. Viola (*pro hac vice*)
AJViola@mintz.com
Kara M. Cormier (*pro hac vice*)
KMCormier@mintz.com
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: 415.432.6000

LWD ADVISORS, INC.
Jeff Hyman (171896)
jeff@lwdadvisors.com
700 El Camino Real Suite 120 #1310
Menlo Park CA 94025
Telephone: 650.219.4229

Attorneys for Plaintiff
IYO, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IYO, INC.,<br><br>                Plaintiff,<br><br>       v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>                Defendants. | Case No. 3:25-cv-4861-TLT<br><br>**NOTICE OF POTENTIALLY RELATED CASE**<br><br>Case Assigned to Hon. Trina L. Thompson<br>Courtroom 9<br><br>Complaint Filed: June 9, 2025<br>Trial:                January 10, 2028 |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff IYO, Inc. ("Plaintiff") hereby provides notice of the following potentially[1] related case:

**Case name:** *IYO Inc. v. Dan Sargent and Does 1-10*

**Docket:** CGC-25-627029

**Court location:** Superior Court of California, County of San Francisco

**Status of the case:** Motion for TRO and PI pending

Although none of the Defendants in this case are currently parties to the above-identified action, which involves different claims, Plaintiff lists it in an abundance of caution.

Dated: July 15, 2025

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

By: */s/ Andrew D. Skale*
Andrew D. Skale (211096)
Laura Franco (186765)
Valerie Phan (306503)
Anthony J. Viola (*pro hac vice*)
Kara M. Cormier (*pro hac vice*)

LWD ADVISORS, INC.
Jeff Hyman (171896)

Attorneys for Plaintiff IYO, Inc.

---

[1] Local Rule 3-12 provides: "An action is related to another when: (1) The actions concern substantially the same parties, property, transaction, or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."