| | |
|---|---|
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.<br>Andrew D. Skale (211096)<br>ADSkale@mintz.com<br>Laura Franco (186765)<br>LFranco@mintz.com<br>Valerie Phan (306503)<br>VPhan@mintz.com<br>Anthony J. Viola (*pro hac vice*)<br>AJViola@mintz.com<br>Kara M. Cormier (*pro hac vice*)<br>KMCormier@mintz.com<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: 415.432.6000<br><br>LWD ADVISORS, INC.<br>Jeff Hyman (171896)<br>jeff@lwdadvisors.com<br>700 El Camino Real Suite 120 #1310<br>Menlo Park CA 94025<br>Telephone: 650.219.4229<br><br>*Attorneys for Plaintiff*<br>*IYO, Inc.* | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Margret M. Caruso (Bar No. 243473)<br>margretcaruso@quinnemanuel.com<br>Sara L. Pollock (SBN 281076)<br>sarapollock@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:   (650) 801-5000<br>Facsimile:    (650) 801-5100<br><br>*Attorneys for Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, and Sam Altman*<br><br>JONES DAY<br>David Kiernan (Bar No. 215335)<br>dkiernan@jonesday.com<br>555 California Street 26th Floor<br>San Francisco, California 94104<br>Telephone:   (415) 875-5745<br><br>Meredith Wilkes (admitted *pro hac vice*)<br>mwilkes@jonesday.com<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone    (216) 586-7231<br><br>*Attorneys for Defendant Sir Jonathan Paul Ive* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IYO, INC.<br><br>               Plaintiff,<br><br>   v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>               Defendants. | Case No. 3:25-cv-4861-TLT<br><br>**JOINT STATEMENT RE TENTATIVE CASE SCHEDULE**<br><br>Case Assigned to Hon. Trina L. Thompson<br>Courtroom 9<br><br>Date:     July 31, 2025<br>Time:    2:00 p.m.<br>Location: By Videoconference Only<br><br>Complaint Filed: June 9, 2025<br>Trial:       January 10, 2028 |

JOINT STATEMENT RE TENTATIVE CASE SCHEDULE
(Case No. 3:25-cv-04861-TLT)

Pursuant to the Court's July 17, 2025 Minute Order (ECF 73), Plaintiff IYO, INC. ("Plaintiff") and Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, Sam Altman, and Sir Jonathan Paul Ive (collectively, "Defendants") respectfully submit this Joint Statement regarding the Court's Tentative Case Schedule (ECF 74).

First, the Court requested the parties provide a status update regarding the appeal pending before the Ninth Circuit (ECF 71). The parties provide the following update: On July 17, 2025, the Court of Appeals granted in part the parties' motion to expedite setting the following schedule for Defendants' appeal:

- Opening Brief:  July 24, 2025
- Answering Brief: August 14, 2025
- Reply Brief: August 28, 2025
- Hearing:  November 2025 calendar

The hearing on Defendants' appeal for the November calendar, which is the next available calendar, is scheduled between November 17-21, 2025.

Second, the parties agree to the deadlines provided in the Court's Tentative Case Schedule (ECF 74), subject to modification for good cause, with the exceptions noted below.

As noted, the Ninth Circuit Court of Appeals will not have issued its decision prior to the tentative deadline currently set for Plaintiff to file its opening brief for its motion for preliminary injunction, and for Defendants to file their opening brief on its anticipated motion to dismiss. In the interest of judicial efficiency, "to secure the just, speedy, and inexpensive determination of every action," Fed. R. Civ. Proc. 1, and with good cause appearing, the parties agree, subject to Court approval, to modify the briefing schedule for Plaintiff's motion for preliminary injunction and Defendants' anticipated motion to dismiss as follows:[1]

| **Event** | **Tentative Date (ECF 74)** | **Agreed Date** |
| --- | --- | --- |
| Opening Brief | November 21, 2025 | February 20, 2026 |
| Opposition | December 19, 2025 | March 13, 2026 |

---

[1] Defendants' agreement, and participation in this action, is without prejudice to or waiver of their position that this case is not ripe and this Court thus lacks subject matter jurisdiction.

1

| Reply | January 9, 2025 | March 27, 2026 |
| Hearing | January 27, 2026 | April 14, 2026 |

As to the hearing on Plaintiff's Motion re: Order to Show Cause, Plaintiff agrees to waive oral argument. Given the severity of Plaintiff's requested relief, Defendants do not agree to waive oral argument at this time.

In light of the above agreement, unless the Court would prefer that the parties appear, the parties respectfully request that the further CMCs set for July 24, 2025 (ECF 73-1) and July 31, 2024 (ECF 74), be vacated.

| | | |
|---|---|---|
| 1 | Dated: July 23, 2025 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. |

By: */s/ Andrew D. Skale*

Andrew D. Skale (211096)
Laura Franco (186765)
Valerie Phan (306503)
Anthony J. Viola (*pro hac vice*)
Kara M. Cormier (*pro hac vice*)

LWD ADVISORS, INC.
Jeff Hyman (171896)

Attorneys for Plaintiff
IYO, Inc.

Dated: July 23, 2025          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Margret M. Caruso*

Margret M. Caruso
Sara L. Pollock

Attorneys for Defendants
io Products, Inc., OpenAI, Inc., OpenAI, LLC and Sam Altman

Dated: July 23, 2025          JONES DAY

By: */s/ Meredith M. Wilkes*

David C. Kiernan
Meredith M. Wilkes

Attorneys for Defendant
Sir Jonathan Paul Ive

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to Margret Caruso, Meredith Wilkes, attorneys for Defendants, and that I obtained Ms. Caruso's and Ms. Wilkes' authorization to file this document, indicated by a /s/ in lieu of signature(s) on this document.

*/s/ Andrew D. Skale*
Andrew D. Skale
