QUINN EMANUEL URQUHART & SULLIVAN, LLP
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Sara L. Pollock (Bar No. 281076)
sarapollock@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

*Attorneys for Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, and Sam Altman*

JONES DAY
David Kiernan (Bar No. 215335)
dkiernan@jonesday.com
555 California Street 26th Floor
San Francisco, California 94104
Telephone:    (415) 875-5745

Meredith Wilkes (*pro hac vice*)
mwilkes@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone     (216) 586-7231

*Attorneys for Defendant Sir Jonathan Paul Ive*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IYO. INC., | Case No. 3:25-cv-04861-TLT |
| Plaintiff, | **DECLARATION OF SARA L. POLLOCK IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR ORDER TO SHOW CAUSE RE CONTEMPT** |
| vs. | |
| IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE, | The Hon. Trina L. Thompson<br>Hearing: September 9, 2025 at 10 am |
| Defendant. | |

**DECLARATION OF SARA L. POLLOCK**

I, Sara L. Pollock, declare as follows:

1. I am an attorney licensed to practice in the State of California and am a partner of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants io Products, Inc. ("io"), OpenAI, Inc., OpenAI, LLC, and Sam Altman. I make this declaration in support of Defendants' Opposition to Motion for Order to Show Cause Re Contempt. I have personal knowledge of the matters set forth in this declaration, and if called as a witness, I would testify competently to them.

**Plaintiff Did Not Raise Any Issue With The July 9 Merger Announcement Before Filing Its Motion**

2. July 10, 2025 was the deadline for filing the parties' joint case management statement. Leading up to the filing, Defendants' counsel exchanged multiple emails with Plaintiff's counsel related to the statement. That evening, I met and conferred with Plaintiff's counsel, Andrew Skale, via two telephone calls regarding the parties' joint case management statement. I understand that my colleague Vicki Parker had a later, additional call with Plaintiff's counsel leading up to the filing of the joint case management statement. At no point during our communications did Plaintiff request that Defendants make any changes to the July 9, 2025 merger announcement, express that Plaintiff believed Defendants to be in violation of the Court's June 20, 2025 Order Granting Plaintiff's Motion for Temporary Restraining Order (the "Order"), or inform us that Plaintiff intended to file a motion for contempt. Nor did Plaintiff's counsel identify this motion in the section of the joint case management statement titled, "Motions," which the Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement requires to identify "[a]ll prior and pending motions, their current status, and *any anticipated motions*." (emphasis added).

3. Less than 15 hours after filing the joint case management statement, on July 11, 2025, Plaintiff filed its Motion for Order to Show Cause Re: Contempt and Sanctions. At no point prior to filing did Plaintiff seek to meet and confer with Defendants regarding its allegations that Defendants' July 9, 2025 merger announcement violated the Order.

**Plaintiff's Press Release**

4.  Attached hereto as **Exhibit A** is a true and correct copy of a press release entitled "iyO, Inc. Filed Motion Against io Products, OpenAI, Sam Altman and Jony Ive For Violation of Court-Ordered TRO," dated July 15, 2025, as captured from https://www.prnewswire.com/news-releases/iyo-inc-filed-motion-against-io-products-open-ai-sam-altman-and-jony-ive-for-violation-of-court-ordered-tro-302506031.html on July 23, 2025.

**Public Speculation About Defendants' Possible Product**

5.  Attached hereto as **Exhibit B** is a true and correct copy of a Business Insider article entitled, "What will Jony Ive's ChatGPT device be?  We rounded up the best guesses on what he's cooking up for OpenAI," dated May 28, 2025, as captured from https://www.businessinsider.com/jony-ive-device-openai-io-guesses-sam-altman-chatgpt-2025-5 on July 23, 2025.

6.  Attached hereto as **Exhibit C** is a true and correct copy of a compilation of the images available through the links embedded in Exhibit B.

7.  Attached hereto as **Exhibit D** is a true and correct copy of an article entitled "What to Expect (and Not Expect) From OpenAI and Jony Ive's AI-Centric 'Screenless Phone,'" dated May 24, 2025, as captured from https://www.cnet.com/tech/mobile/what-to-expect-and-not-expect-from-openai-and-jony-ives-ai-centric-screenless-phone/ on July 24, 2025, which states "we remain for now in the dark as what this first piece of OpenAI hardware will look like, how it will function, and how it will fit into our lives," and, "This not-a-phone, not-a-wearable currently exists to us only as an amorphous third thing -- and likely will do for some time yet."

**The Acquisition Of io Products, Inc.**

8.  Attached hereto as **Exhibit E** is a true and correct copy of an article entitled "OpenAI to acquire AI device startup io for $6.5bn," dated May 22, 2025, as captured from https://finance.yahoo.com/news/openai-acquire-ai-device-startup-102618299.html?guccounter=1 on July 25, 2025, which states "[t]he acquisition includes $5bn in OpenAI equity for io, with the remaining value tied to a partnership formed in the fourth quarter of last year, when OpenAI acquired a 23% stake in the startup."

1  I declare under penalty of perjury of the laws of the United States of America that the
2  foregoing is true and correct.

5  Executed on July 25, 2025 at Redwood Shores, California.

6  <u>*/s/ Sara L. Pollock*</u>

7  Sara L. Pollock