# EXHIBIT A

# iyO, Inc. Filed Motion Against io Products, Open AI, Sam Altman and Jony Ive For Violation of Court-Ordered TRO

NEWS PROVIDED BY
iyO Inc. →
Jul 15, 2025, 16:15 ET



IYO Female clear background

**Defendants Allegedly Reposted Infringing Website**

SAN FRANCISCO, July 15, 2025 /PRNewswire/ -- iyO, Inc., developer of the revolutionary iyO One natural language computer, today sought an order to show cause for contempt and sanctions against defendants Open AI, io Products, Inc., Sam Altman and Jony Ive for violation of the temporary restraining order (TRO)

issued against them by a federal judge in the Northern District of California. Defendants knowingly and willfully violated the order when they reposted their infringing io Products website, which they had already taken down, in direct violation of the judge's order, according to the filing.

On June 9th, iyO, Inc. filed suit against the named defendants above for trademark infringement and other related issues. Less than two weeks later, on June 20th, Judge Trina Thompson granted iyO's request for a TRO, without bond, until October.

The filing notes that ... "Defendants violated the Court's TRO by reposting their May 21 marketing announcement made in connection with the advertisement of a line of forthcoming products under the IO brand, offered by 'io Products, Inc.' . . . . Defendants' cosmetic revisions to their marketing materials change nothing. The re-post conveys the same message as the original and continues infringing use of the IO mark."

"It is just appalling that a big gorilla conglomerate like Open AI and such public figures think they can try to decimate a startup company like iyO just because of their notoriety," said Jason Rugolo, CEO of iyO. "We may be small, but we will fight their crushing tactics in every possible way."

In the motion, iyO requests a show cause order as to why the defendants should not be held in contempt. Plaintiffs also request that Defendants should be sanctioned in an amount "sufficient to deter future violations and to compensate iyO for its attorneys fees and costs incurred with this motion and any hearing on it."

SOURCE iyO Inc.

WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

# GET STARTED

**440k+**
Newsrooms & Influencers

**9k+**
Digital Media Outlets

**270k+**
Journalists Opted In

**440k+**
Newsrooms & Influencers

**9k+**
Digital Media Outlets

**270k+**
Journalists Opted In