# EXHIBIT B

AI

# What will Jony Ive's ChatGPT device be? We rounded up the best guesses on what he's cooking up for OpenAI.

 By **Alistair Barr**    Author of the Tech Memo newsletter



BI Illustration

May 28, 2025, 11:13 AM PT                              Share    Save

Former Apple design chief Jony Ive and OpenAI CEO Sam Altman are building a mystery ChatGPT device.

The interwebs have come alive with gadget guesses, renders, and memes.

OpenAI is trying to challenge Apple and Google by redefining AI interaction with new hardware.

Let's get something out of the way first: very few people really know what former Apple design chief Jony Ive and OpenAI CEO Sam Altman are building.

That hasn't stopped the internet from bursting at the seams with wild guesses, gorgeous renders, speculative hot takes, and a healthy dose of meme-fueled imagination.

So, what is this mystery device that Ive is cooking up for OpenAI's ChatGPT? A screenless wearable? A next-gen smart assistant? A pocketable AI oracle? A glorified paperweight?

Here's our roundup of the best guesses — serious, speculative, satirical, and everything in between. Thank you to my Business Insider colleagues for contributing to this Friday's fun.

## Serious Guesses: Industry Analyst Weighs In

OK fine. We'll start with some serious ideas.

TF International Securities analyst Ming-Chi Kuo is a credible source in the tech hardware and supply-chain space, especially when it comes to Apple. His take on the Ive-OpenAI gadget is valuable:

- Form Factor: Think small. Maybe iPod Shuffle-sized. Portable, minimal, and delightfully Ive-ish.

- Wearable: One of the use cases includes wearing it around your neck. Shades of sci-fi, Star Trek, or perhaps a Tamagotchi on steroids?

- No Screen: It will have cameras and mics for environmental awareness but no display. The idea is to not add another screen to our lives.

- Companion Device: It will connect to your smartphone or laptop for processing and visual output.

- Production Timeline: Mass production is expected in 2027, giving us plenty of time for more leaks, renders, and conspiracy theories.

Kuo suggested on X that the announcement was timed to shift attention away from Google I/O. OpenAI positioned this as a new hardware-software narrative, riding the trend of "physical AI."

He also referenced a great quote from former Apple fellow Alan Kay: "People who are really serious about software should make their own hardware." That's exactly what Altman and OpenAI are trying to do here.

## Clues from Altman and WSJ



**OpenAI CEO Sam Altman.** Kim Hong-Ji/REUTERS

The Wall Street Journal reported this week that Altman offered OpenAI staff a preview of the devices he's building with Ive:

- The device was described as an AI "companion." Altman wants to ship 100 million of them on day one.

- It will be aware of its surroundings and fit in your pocket or sit on your desk.

- It's not a phone or smart glasses. Ive reportedly wasn't keen on a wearable, though the final design may still flirt with that concept.

- Altman said the device should be the third major object on your desk, alongside a MacBook and iPhone.

- There will be a "family of devices," and Altman even floated the idea of mailing subscribers new ChatGPT-powered computers.

They aim to shift away from screen-based interaction and rethink what AI companionship really means in a day-to-day human context.

## Renders, memes, and vibes

The brilliant designer Ben Geskin imagined several cool form factors on X, including this circular disc.

Geskin's ideas blend Apple-grade minimalism with futuristic whimsy, perfectly on brand for Jony Ive.

- Some smart glasses, because of course.

- A dangly dongle, equal parts techie and jewelry.

- Square/rectangular objects with eerie elegance.

Echoing Geskin, another user on X proposed a disc-shaped device, sleek enough to pass as a high-end coaster or futuristic hockey puck. Think of it as an AI desk companion, quietly listening and gently glowing.

One BI colleague mentioned a smart ChatGPT lamp, possibly inspired by "The Sopranos" episode where the FBI bugs Tony's basement. Funny, but not impossible. After all, a lamp fits Altman's desk-friendly criteria.



**Tony Soprano in HBO's long-running mob drama "The Sopranos."** Anthony Neste/The LIFE Images Collection/Getty Images

Another X user joked that the device could resemble those emergency pendants worn by older adults — "Help! I've fallen and I can't get up!" — but with ChatGPT instead of a nurse. A brutal meme, but it raises a valid point: If the device is meant to be always-on, context-aware, and worn, why not market it to older users, too?

Although, if this is for the olds, should it use Google Gemini instead? Burn!

X user Peter Hu proposed an AI-powered nail clipper. Yes, it's absurd, and no, it doesn't make sense. But the design? Low-key fire.

Here's mocked up a vape pen with a ChatGPT twist. Inhale wisdom, exhale existential dread.

Some of the most surreal concepts look like direct plugs into your skull. There's a "Matrix" or "Severance" vibe here, suggesting a future where ChatGPT lives in your head like a helpful parasite.

This one below is cute!

I asked ChatGPT to take a guess. The answer was not impressive. No wonder OpenAI paid $6.5 billion for Ive's hardware design startup.



**ChatGPT guesses what device Ive is designing for OpenAI.** Alistair Barr/ChatGPT

This last one is a Silicon Valley insider joke. It's also a warning that it's extremely hard to replace smartphones as the go-to tech gadget. It's a riff on the Humane pin, an AI device that bombed already.

## Can OpenAI compete with Apple and Google?

This device matters beyond its shape because of what it represents. Right now, Apple and Google dominate the interface layer of computing through iOS and Android devices. If OpenAI wants to define how people interact with ChatGPT, it needs a hardware beachhead.

Humane's AI pin tried and failed. The Rabbit R1 got roasted. The jury's still out on Meta's Ray-Bans. Can Ive and Altman actually crack the code?

Knowing Ive, we'll probably be surprised no matter what. The real product could be something no one predicted.

The race to define the next major computing interface is officially on. With Ive and Altman teaming up, OpenAI is making a major bet that how we interact with AI is just as important as what AI can do.

When the curtain lifts, and Ive whispers "aluminium" in a design video, jaws will probably drop, and competitors will scramble.

Until then, keep your renders weird, your guesses wild, and your brain tuned in to BI. We'll be here to cover every hilarious, ambitious, and brilliant twist along the way.

See you in 2027.



**Legal & Privacy**

Terms of Service   Terms of Sale   Privacy Policy   Accessibility   Code of Ethics Policy

Reprints & Permissions   Disclaimer   Advertising Policies   Conflict of Interest Policy

Commerce Policy   Coupons Privacy Policy   Coupons Terms   Your Privacy Choices

**Company**

About Us   Careers   Advertise With Us   Contact Us   News Tips   Company News   Awards

Masthead

**Other**

Sitemap   Stock quotes by finanzen.net

**International Editions**

AT   DE   ES   JP   NL   PL

Copyright © 2025 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service and Privacy Policy.