# EXHIBIT C













