| | |
|---|---|
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.<br>Andrew D. Skale (211096)<br>ADSkale@mintz.com<br>Laura Franco (186765)<br>LFranco@mintz.com<br>Valerie Phan (306503)<br>VPhan@mintz.com<br>Anthony J. Viola (*pro hac vice*)<br>AJViola@mintz.com<br>Kara M. Cormier (*pro hac vice*)<br>KMCormier@mintz.com<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: 415.432.6000<br><br>LWD ADVISORS, INC.<br>Jeff Hyman (171896)<br>jeff@lwdadvisors.com<br>700 El Camino Real Suite 120 #1310<br>Menlo Park CA 94025<br>Telephone: 650.219.4229<br><br>*Attorneys for Plaintiff*<br>*IYO, INC.* | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Margret M. Caruso (Bar No. 243473)<br>margretcaruso@quinnemanuel.com<br>Sara L. Pollock (SBN 281076)<br>sarapollock@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:    (650) 801-5000<br>Facsimile:     (650) 801-5100<br><br>*Attorneys for Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, and Sam Altman*<br><br>JONES DAY<br>David Kiernan (Bar No. 215335)<br>dkiernan@jonesday.com<br>555 California Street 26th Floor<br>San Francisco, California 94104<br>Telephone:    (415) 875-5745<br><br>Meredith Wilkes (admitted *pro hac vice*)<br>mwilkes@jonesday.com<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone    (216) 586-7231<br><br>*Attorneys for Defendant Sir Jonathan Paul Ive* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IYO, INC.<br><br>             Plaintiff,<br><br>       v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>             Defendants. | Case No. 3:25-cv-4861-TLT<br><br>**JOINT STATUS REPORT REGARDING PENDING APPEAL**<br><br>Case Assigned to Hon. Trina L. Thompson<br>Courtroom 9<br><br>Complaint Filed: June 9, 2025<br>Trial:    January 10, 2028 |

Pursuant to the Court's July 17, 2025 Order (ECF 71), the parties provide the following joint status report regarding Defendants' appeal currently pending before the Ninth Circuit Court of Appeals:

The parties have filed their respective opening and answering briefs. Defendants' reply brief is due August 28, 2025. The Ninth Circuit issued an order indicating it intends to schedule oral argument for the week of November 17, 2025. More precise information about when oral argument will be held is not yet available.

Dated: August 25, 2025                MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

                                      By: /s/ *Valerie Phan*

                                          Andrew D. Skale (211096)
                                          Laura Franco (186765)
                                          Valerie Phan (306503)
                                          Anthony J. Viola (pro hac vice)
                                          Kara M. Cormier (pro hac vice)

                                          LWD ADVISORS, INC.
                                          Jeff Hyman (171896)

                                          Attorneys for Plaintiff
                                          IYO, INC.

Dated: August 25, 2025                QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                      By: /s/ *Sara L. Pollock*

                                          Margret M. Caruso
                                          Sara L. Pollock
                                          Victoria B. Parker
                                          Elle X. Wang

                                          Attorneys for Defendants
                                          io Products, Inc., OpenAI, Inc., OpenAI, LLC and Sam Altman

Dated: August 25, 2025                JONES DAY

                                      By: /s/ *Meredith M. Wilkes*
                                          David C. Kiernan
                                          Meredith M. Wilkes

                                          Attorneys for Defendant Sir Jonathan Paul Ive

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to Sara Pollack and Meredith Wilkes, attorneys for Defendants, and that I obtained Ms. Pollack's and Ms. Wilkes' authorization to file this document, indicated by a /s/ in lieu of signature(s) on this document.

*/s/ Valerie Phan*
Valerie Phan