MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Andrew D. Skale (211096)
ADSkale@mintz.com
Laura Franco (186765)
LFranco@mintz.com
Anthony J. Viola (*pro hac vice*)
AJViola@mintz.com
Kara M. Cormier (*pro hac vice*)
KMCormier@mintz.com
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: 415.432.6000

LWD ADVISORS, INC.
Jeff Hyman (171896)
jeff@lwdadvisors.com
700 El Camino Real Suite 120 #1310
Menlo Park CA 94025
Telephone: 650.219.4229

*Attorneys for Plaintiff*
*IYO, INC.*

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Sara L. Pollock (SBN 281076)
sarapollock@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

*Attorneys for Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, and Sam Altman*

JONES DAY
David Kiernan (Bar No. 215335)
dkiernan@jonesday.com
555 California Street 26th Floor
San Francisco, California 94104
Telephone:   (415) 875-5745

Meredith Wilkes (admitted *pro hac vice*)
mwilkes@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone   (216) 586-7231

*Attorneys for Defendant Sir Jonathan Paul Ive*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IYO, INC.<br><br>                Plaintiff,<br><br>        v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>                Defendants. | Case No. 3:25-cv-4861-TLT<br><br>**JOINT STATUS REPORT REGARDING PENDING APPEAL**<br><br>Case Assigned to Hon. Trina L. Thompson<br>Courtroom 9<br><br>Complaint Filed: June 9, 2025<br>Trial:          January 10, 2028 |

Pursuant to the Court's July 17, 2025 Order (ECF 71), the parties provide the following joint status report regarding Defendants' appeal currently pending before the Ninth Circuit Court of Appeals:

There have been no additional changes to the status of this matter since the parties' prior Joint Status Report filed on September 19, 2025.

| | |
|---|---|
| Dated: October 20, 2025 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. |
| | By: /s/ Andrew D. Skale |
| | Andrew D. Skale (211096)<br>Laura Franco (186765)<br>Anthony J. Viola (pro hac vice)<br>Kara M. Cormier (pro hac vice) |
| | LWD ADVISORS, INC.<br>Jeff Hyman (171896) |
| | Attorneys for Plaintiff<br>IYO, INC. |
| Dated: October 20, 2025 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: /s/ Sara L. Pollock |
| | Margret M. Caruso<br>Sara L. Pollock<br>Victoria B. Parker<br>Elle X. Wang |
| | Attorneys for Defendants<br>io Products, Inc., OpenAI, Inc., OpenAI, LLC and Sam Altman |
| Dated: October 20, 2025 | JONES DAY |
| | By: /s/ Meredith M. Wilkes<br>David C. Kiernan<br>Meredith M. Wilkes |
| | Attorneys for Defendant<br>Sir Jonathan Paul Ive |

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to Sara Pollock and Meredith Wilkes, attorneys for Defendants, and that I obtained Ms. Pollock's and Ms. Wilkes' authorization to file this document, indicated by a /s/ in lieu of signature(s) on this document.

                                        */s/ Andrew D. Skale*
                                        Andrew D. Skale