| | |
|---|---|
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.<br>Andrew D. Skale (211096)<br>ADSkale@mintz.com<br>Laura Franco (186765)<br>LFranco@mintz.com<br>Anthony J. Viola (*pro hac vice*)<br>AJViola@mintz.com<br>Kara M. Cormier (*pro hac vice*)<br>KMCormier@mintz.com<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone: 415.432.6000<br><br>LWD ADVISORS, INC.<br>Jeff Hyman (171896)<br>jeff@lwdadvisors.com<br>700 El Camino Real Suite 120 #1310<br>Menlo Park CA 94025<br>Telephone: 650.219.4229<br><br>*Attorneys for Plaintiff*<br>*IYO, INC.* | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Margret M. Caruso (Bar No. 243473)<br>margretcaruso@quinnemanuel.com<br>Sara L. Pollock (SBN 281076)<br>sarapollock@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:   (650) 801-5000<br>Facsimile:    (650) 801-5100<br><br>*Attorneys for Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, and Sam Altman*<br><br>JONES DAY<br>David Kiernan (Bar No. 215335)<br>dkiernan@jonesday.com<br>555 California Street 26th Floor<br>San Francisco, California 94104<br>Telephone:   (415) 875-5745<br><br>Meredith Wilkes (admitted *pro hac vice*)<br>mwilkes@jonesday.com<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone    (216) 586-7231<br><br>*Attorneys for Defendant Sir Jonathan Paul Ive* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IYO, INC.<br><br>        Plaintiff,<br><br>    v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>        Defendants. | Case No. 3:25-cv-4861-TLT<br><br>**JOINT STATUS REPORT REGARDING PENDING APPEAL**<br><br>Case Assigned to Hon. Trina L. Thompson<br>Courtroom 9<br><br>Complaint Filed: June 9, 2025<br>Trial:    January 10, 2028 |

Pursuant to the Court's July 17, 2025 Order (ECF 71), the parties provide the following joint status report regarding Defendants' appeal currently pending before the Ninth Circuit Court of Appeals:

There have been no additional changes to the status of this matter since the parties' prior Joint Status Report filed on October 20, 2025.

| | |
|---|---|
| Dated: November 19, 2025 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. |
| | By: /s/ Andrew D. Skale |
| | Andrew D. Skale (211096)<br>Laura Franco (186765)<br>Anthony J. Viola (pro hac vice)<br>Kara M. Cormier (pro hac vice) |
| | LWD ADVISORS, INC.<br>Jeff Hyman (171896) |
| | Attorneys for Plaintiff<br>IYO, INC. |
| Dated: November 19, 2025 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: /s/ Sara L. Pollock |
| | Margret M. Caruso<br>Sara L. Pollock<br>Victoria B. Parker<br>Elle X. Wang |
| | Attorneys for Defendants<br>io Products, Inc., OpenAI, Inc., OpenAI, LLC and Sam Altman |
| Dated: November 19, 2025 | JONES DAY |
| | By: /s/ Meredith M. Wilkes<br>David C. Kiernan<br>Meredith M. Wilkes |
| | Attorneys for Defendant<br>Sir Jonathan Paul Ive |

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to Sara Pollock and Meredith Wilkes, attorneys for Defendants, and that I obtained Ms. Pollock's and Ms. Wilkes' authorization to file this document, indicated by a /s/ in lieu of signature(s) on this document.

*/s/ Andrew D. Skale*
Andrew D. Skale