| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 29 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

IYO, INC.,

      Plaintiff - Appellee,

 v.

IO PRODUCTS, INC.; et al.,

      Defendants - Appellants.

No. 25-4028

D.C. No. 3:25-cv-04861-TLT

Northern District of California, San Francisco

MANDATE

The judgment of this Court, entered December 03, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the Appellant in the amount of $104.80.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT