QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Sara L. Pollock (SBN 281076)
sarapollock@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

*Attorneys for Defendants io Products, Inc., OpenAI,
Inc., OpenAI, LLC, and Sam Altman*

JONES DAY
David Kiernan (Bar No. 215335)
dkiernan@jonesday.com
555 California Street 26th Floor
San Francisco, California 94104
Telephone:    (415) 875-5745

Meredith Wilkes (*pro hac vice forthcoming*)
mwilkes@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone    (216) 586-7231

*Attorneys for Defendant Sir Jonathan Paul Ive*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IYO, INC.<br><br>   Plaintiff,<br><br>  v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>   Defendants. | Case No. 3:25-cv-4861-TLT<br><br>**DECLARATION OF PETER WELINDER IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND TIME FOR BRIEFING AND HEARING ANY MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF PETER WELINDER ISO MOTION FOR ADMINISTRATIVE RELIEF

I, Peter Welinder, declare as follows:

1.    I am a Vice President and General Manager of Defendant OpenAI.  I make this declaration in support of Defendants' Administrative Motion to Extend Time for Briefing and Hearing Any Motion for Preliminary Injunction.  The facts stated in this declaration are true and correct based on my personal knowledge, and if called and sworn in as a witness, I could and would testify competently to those facts.

2.    In July 2025, OpenAI completed its acquisition of io Products, Inc.  As part of the post-acquisition integration process, Defendants conducted a review of their product-naming strategy and how any future consumer hardware offering that was planned by Defendant io Products, Inc. would fit within the broader OpenAI brand.  As a result of that review, Defendants have decided not to use the name "io" (or "IYO," or any capitalization of either) in connection with the naming, advertising, marketing, or sale of any artificial intelligence-enabled hardware products.

3.    Defendants have also gained further clarity regarding their product release timeline. Defendants currently expect OpenAI's first hardware device will not ship to customers before the end of February 2027.  With this date so far off, Defendants have not yet created product packaging or marketing for it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of February, 2026 in San Francisco, California.



DocuSigned by:

*Peter Welinder*

BC376B93F2184F3...

By _____

Peter Welinder

-2-                                                    Case No. 3:25-cv-4861-TLT

DECLARATION OF PETER WELINDER ISO MOTION FOR ADMINISTRATIVE RELIEF