UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IYO, INC. | ) Case No. 3:25-cv-04861-TLT |
| Plaintiff, | ) **[PROPOSED] CASE MANAGEMENT AND SCHEDULING ORDER** |
| vs. |  |
| IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE, |  |
| Defendants. |  |

Now before the Court is the Administrative Motion to Extend Time for Briefing and Hearing any Motion for Preliminary Injunction filed by Defendants OpenAI, Inc., OpenAI, LLC, io Products, Inc., Sam Altman, and Sir Jonathan Paul Ive (collectively, "Defendants"). Defendants request that the Court amend the Case Management Scheduling Order (Dkt. 78) to continue the hearing on any motion for preliminary injunction until January 12, 2027 at 2:00 p.m., with opening briefs due by November 5, 2026, opposition briefs due by December 3, 2026, and reply briefs due by December 17, 2026. Defendants do not request that any other deadline from the Case Management Scheduling Order be reset.

Having considered Defendants' motion, the supporting declarations, and other materials filed on the Court's docket, and good cause having been found, the Court hereby GRANTS Defendants' motion.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

1. <u>TRIAL DATE</u>: January 10, 2028
   No. of Days: 7
   Courtroom 9, 19th Floor
   Jury Trial

2. <u>FINAL PRETRIAL CONFERENCE</u>: December 2, 2027
   **LEAD COUNSEL WHO WILL TRY THE CASE MUST ATTEND**
   Joint Pretrial Statement (including objections, motions in limine, and jury instructions): October 21, 2027

3. <u>DISPOSITIVE AND DAUBERT MOTIONS</u>: Last day to *file* dispositive motions: May 14, 2027
   Last day to be heard: August 10, 2027, 2:00 p.m.
   See Civil Local rules for notice and filing requirements.

4. <u>EXPERT DISCOVERY CUT-OFF</u>: March 26, 2027

5. <u>EXPERT REPORTS</u>: Opening reports by January 8, 2027
   Rebuttal reports by February 12, 2027

6. <u>FACT DISCOVERY CUT-OFF</u>: December 4, 2026

7. <u>ADR</u>: Settlement Conference with MJ to be completed by April 17, 2026

8. <u>LAST DAY TO AMEND PLEADING</u>: March 6, 2026

9. <u>FURTHER CASE MANAGEMENT CONFERENCES</u>: April 23, 2026, 2:00 p.m.

10. <u>MOTION FOR PRELIMINARY INJUNCTION</u>: Motion by November 5, 2026
    Opposition by December 3, 2026
    Reply by December 17, 2026
    Hearing: January 12, 2027, 2:00 p.m., in-person

11. <u>MOTION TO DISMISS</u>: Motion by February 20, 2026
    Opposition by March 13, 2026
    Reply by March 27, 2026
    Hearing: April 14, 2026, at 2:00 p.m., in-person

Dated: _____

By: _____
TRINA L. THOMPSON
United States District Judge