OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

## CIVIL MINUTES

| **Date:** January 26, 2026 | **Time:** 10:10 a.m.- 7:30 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:25-cv-04861-TLT | **Case Name:** IYO, Inc. v. IO Products, Inc. | |

**For Plaintiff:** Andrew Skale, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., counsel for Plaintiff; Jason Rugolo, CEO of IYO, Inc.

**For Defendants IO Products, Inc., OpenAI, Inc., OpenAI, LLC and Sam Altman:** Margret Caruso and Sara Pollock, Quinn Emanuel Urquhart & Sullivan, LLP; Jim Sherwood, OpenAI, in house counsel; Scott Cannon, VP of io Operations and Co-founder and former President and COO of io Products, Inc.

**For Defendant Jonathan Paul Ive:** David Kiernan, Jones Day

| **Deputy Clerk:** Brittany Sims | **Reported by:** Not Recorded |
|---|---|

## PROCEEDINGS

Settlement Conference held. The case did not settle.  Judge Cisneros remains available to assist the parties with settlement negotiations on an as needed basis