1  MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
2  Andrew D. Skale (211096)
ADSkale@mintz.com
3  Laura Franco (186765)
LFranco@mintz.com
4  Anthony J. Viola (*pro hac vice*)
AJViola@mintz.com
5  Kara M. Cormier (*pro hac vice*)
KMCormier@mintz.com
6  44 Montgomery Street, 36th Floor
San Francisco, CA 94104
7  Tel.: (415) 432-6000

8  *Attorneys for Plaintiff IYO, INC.*

9  **UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA**

11

12  IYO, INC.                                    Case No. 3:25-cv-4861-TLT

13        Plaintiff,                             **PLAINTIFF IYO, INC.'S MOTION TO STRIKE DEFENDANTS'**
14        v.                                     **UNPERMITTED REPLY**

15  IO PRODUCTS, INC., OPENAI, INC.,             Complaint Filed: June 9, 2025
OPENAI, LLC, SAM ALTMAN, and SIR            Hearing Date: --
16  JONATHAN PAUL IVE,

17        Defendants.

18

19

20

21

22

23

24

25

26

27

28

MINTZ, LEVIN, COHN,
FERRIS, GLOVSKY AND
POPEO, P.C.
ATTORNEYS AT LAW
SAN DIEGO

PLAINTIFF IYO, INC.'S MOTION TO STRIKE DEFENDANTS' UNPERMITTED REPLY

1      Defendants filed an administrative motion to postpone the briefing and hearing on Plaintiff

2   IYO's Motion for a Preliminary Injunction pursuant to Local Civil Rule 7-11. That rule ***does not***

3   provide for a reply and Courts have found that documents submitted in response to an opposition

4   under that rule are improper and unpermitted. *Omoregie v. Boardwalk Auto Ctr., Inc.*, No. C 07-

5   3884 PJH, 2008 U.S. Dist. LEXIS 110233, at *2 (N.D. Cal. Oct. 31, 2008) ("Plaintiff's objection

6   to defendant's opposition, is in essence a reply brief, which is not permitted by Civil Local Rule 7-

7   11"); *Drevaleva v. VA*, No. 18-cv-03748-HSG, 2021 U.S. Dist. LEXIS 208362, at *1-2 (N.D. Cal.

8   Aug. 11, 2021) (denying motion to file a supplemental brief, noting under Rule 7, "[a]dditional

9   briefs beyond the motion, opposition. . . . contemplated by [that] rule[] are not permitted without

10   the Court's leave"). Moreover, the Court's Case Management and Scheduling Order, which

11   provides for application of Rule 7-11 also does not authorize a reply. ECF 78.

12      As such, IYO respectfully requests the Court strike Defendants' improper submission.

13

Dated:  February 13, 2026                     Respectfully submitted,

14
                                              MINTZ LEVIN COHN FERRIS
15                                            GLOVSKY AND POPEO, P.C.

16                                            By: */s/ Andrew D. Skale*
                                              Andrew D. Skale (211096)
17                                            Laura Franco (186765)
                                              Anthony J. Viola (*pro hac vice*)
18                                            Kara M. Cormier (*pro hac vice*)

19                                            *Attorneys for Plaintiff IYO, Inc.*

20

21

22

23

24

25

26

27

28

MINTZ, LEVIN, COHN,
FERRIS, GLOVSKY AND
POPEO, P.C.
ATTORNEYS AT LAW
SAN DIEGO

1

PLAINTIFF IYO, INC.'S MOTION TO STRIKE DEFENDANTS' UNPERMITTED REPLY