# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IYO, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>　　　　　Defendants. | Case No. 3:25-cv-4861<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE AND DENYING DEFENDANTS' MOTION TO POSTPONE THE PI**<br><br>Complaint Filed:　June 9, 2025<br>Judge:　Hon. Trina L. Thompson |

[PROPOSED] ORDER

1  The motion of Plaintiff IYO, Inc. ("Plaintiff") to strike Defendants' improper reply (ECF
2  108) is **GRANTED** and the motion of Defendants to postpone the preliminary injunction briefing
3  and hearing is **DENIED**.
4
5  DATED: _____, 2026
6
7  JUDGE OF THE DISTRICT COURT

- 2 -
[PROPOSED] ORDER