UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IYO, INC.<br><br>    Plaintiff,<br><br>    vs.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>    Defendants. | Case No. 3:25-cv-04861-TLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION UNDER FED. R. CIV. P. 12(b)(1)** |

Now before the Court is the Motion to Dismiss For Lack of Subject Matter Jurisdiction Under Fed. R. Civ. P. 12(b)(1) filed by Defendants OpenAI, Inc., OpenAI, LLC, io Products, Inc., Sam Altman, and Sir Jonathan Paul Ive (collectively, "Defendants").

Article III of the Constitution grants the Judicial Branch authority to adjudicate "Cases" and "Controversies," and an "actual controversy" must exist not only at the time the complaint is filed but through all stages of the litigation. *Already, LLC v. Nike, Inc.*, 568 U.S. 85, 90-91 (2013). A case becomes moot—and therefore no longer a justiciable controversy—"when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Id.* at 91. The plaintiff bears the burden of proving that jurisdiction exists. *name.space, Inc. v. Internet Corp. for Assigned Names & Numbers*, 795 F.3d 1124 (9th Cir. 2015). On a Rule 12(b)(1) factual challenge, the Court is "not confined by the facts contained in the four corners of the complaint—it may consider facts and need not assume the truthfulness of the complaint." *Americopters, LLC v. FAA*, 441 F.3d 726, 732 n.4 (9th Cir. 2006).

This Court previously found Plaintiff's claims ripe based on its allegations that Defendants' forthcoming product "will be called by the disputed mark." ECF 51 at 8. That predicate factual finding no longer holds. Defendants have submitted a declaration from a Vice President and General Manager of OpenAI stating that Defendants "have decided not to use the name 'io' (or 'IYO,' or any capitalization of either) in connection with the naming, advertising, marketing, or sale of any artificial intelligence-enabled hardware products." Caruso Decl., Ex. A (Welinder Decl.) ¶ 2.

Because no actual infringement ever occurred and Defendants have represented under penalty of perjury that none will occur, this case is moot. *See Already*, 568 U.S. at 95 ("the case is moot because the challenged conduct cannot reasonably be expected to recur"); *WeWork Companies Inc. v. WePlus (Shanghai) Tech. Co.*, 2020 WL 83845, at *3-4 (N.D. Cal. Jan. 7, 2020) (dismissing trademark complaint as moot after defendant abandoned plans to use disputed mark). The voluntary cessation doctrine does not alter this result, as there is no infringing conduct that could "recur" within the meaning of that doctrine. *See LGS Architects, Inc. v. Concordia Homes of Nev.*, 434 F.3d 1150, 1153 (9th Cir. 2006); *Friends of the Earth, Inc. v. Laidlaw Env't Servs. (TOC), Inc.*, 528 U.S. 167, 189 (2000).

Dismissal of Plaintiff's trademark infringement claims (Counts 1, 2, and 4) requires dismissal of all remaining claims. Plaintiff's UCL claim (Count 3) rests on the same allegations as its trademark claims and fails for the same reasons. *See Growler Station, Inc. v. Foundry Growler Station, LLC*, 2018 WL 6164301, at *10 (C.D. Cal. July 19, 2018). Plaintiff's vicarious liability claims (Counts 5 and 6) necessarily depend on a viable direct infringement claim, which does not exist. *See Y.Y.G.M. SA v. Redbubble, Inc.*, 2020 WL 3984528, at *7 (C.D. Cal. July 10, 2020); *Andersen v. Stability AI Ltd.*, 700 F. Supp. 3d 853, 869 (N.D. Cal. 2023).

Accordingly, Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction. The temporary restraining order previously entered by this Court is hereby **VACATED**.

1  Dated: _____

2

3                                    By:  _____

4                                         TRINA L. THOMPSON
                                          United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28