MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Andrew D. Skale (211096)
ADSkale@mintz.com
Laura Franco (186765)
LFranco@mintz.com
Anthony J. Viola (*pro hac vice*)
AJViola@mintz.com
Kara M. Cormier (*pro hac vice*)
KMCormier@mintz.com
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: 415.432.6000

Attorneys for Plaintiff
IYO, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IYO, INC.<br><br>Plaintiff,<br><br>v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>Defendants. | Case No. 3:25-cv-4861-TLT<br><br>**DECLARATION OF ANDREW D. SKALE IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO AMEND OR ADD PARTIES**<br><br>Complaint Filed:   June 9, 2025<br>Judge:  Hon. Trina L. Thompson |

DECLARATION OF ANDREW D. SKALE IN SUPPORT OF PLAINTIFF'S MOTION TO
EXTEND TIME TO AMEND OR ADD PARTIES

I, Andrew D. Skale, do hereby declare as follows:

1.    I am an attorney licensed to practice in the State of California.  I am a member of the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., attorneys of record for Plaintiff IYO, Inc. ("IYO").  I submit this declaration in support of IYO's Motion To Extend the Time to Amend or Add Parties. I am familiar with the events and pleadings in this action and, if called upon as a witness, could and would testify competently to the matters stated herein of my own personal knowledge.

2.    Annexed hereto as **Exhibit 1** is a true and correct copy of a redacted September 8, 2025, email from Defendants' counsel.

3.    In January 2026, I learned that OpenAI had reorganized.  As such, we began to inquire about what entity or entities now operate the IO Products business.

4.    In particular, during a call with opposing counsel on February 2, 2026 that I attended, my colleague raised this issue and asked whether counsel could identify which entity was operating the IO Products, Inc. business. Defense counsel represented that they did not readily know the answer to that question.

5.    Attached hereto as **Exhibit 2** is a true and correct copy of a redacted email chain beginning on February 3, 2026 and ending on February 7, 2026. Defense counsel did not respond to the inquiries in these emails about Defendants' corporate structure.

6.    Attached hereto as **Exhibit 3** is a true and correct copy of a redacted email with Defendants' counsel dated February 26, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 27, 2026, in San Diego, California.

 /s/ *Andrew D. Skale*
Andrew D. Skale

MINTZ, LEVIN, COHN,
FERRIS, GLOVSKY AND
POPEO, P.C.
ATTORNEYS AT LAW

DECLARATION OF ANDREW D. SKALE IN SUPPORT OF PLAINTIFF'S MOTION TO
EXTEND TIME TO AMEND OR ADD PARTIES