UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IYO, INC.<br><br>Plaintiff,<br><br>v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>Defendants. | Case No. 3:25-cv-4861-TLT<br><br>**[PROPOSED] CASE MANAGEMENT AND SCHEDULING ORDER**<br><br>Complaint Filed:   June 9, 2025<br>Judge:  Hon. Trina L. Thompson |

[PROPOSED] CASE MANAGEMENT AND SCHEDULING ORDER

Now before the Court is the Administrative Motion to Extend Time to Amend or Add Parties to the Pleadings. Plaintiff IYO, Inc requests that the Court amend the Case Management Scheduling Order (ECF 78) to extend the deadline to seek leave to amend the pleadings and/or add parties from March 6, 2026 to sixty (60) days after the Court enters a decision on Defendants' pending Motion to Dismiss (ECF 112). Plaintiff does not request that any other deadline from the Case Management Scheduling Order be reset.

Having considered Plaintiff's motion, the supporting declaration, and other materials filed on the Court's docket, and good cause having been found, the Court hereby GRANTS Plaintiff's motion.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| | | |
|---|---|---|
| 1. | TRIAL DATE: | January 10, 2028<br>No. of Days: 7<br>Courtroom 9, 19th Floor Jury Trial |
| 2. | FINAL PRETRIAL CONFERENCE: | December 2, 2027<br>**LEAD COUNSEL WHO WILL TRY THE CASE MUST ATTEND**<br>Joint Pretrial Statement (including objections, motions in limine, and jury instructions): October 21, 2027 |
| 3. | DISPOSITIVE AND DAUBERT MOTIONS: | Last day to *file* dispositive motions: May 14, 2027<br>Last day to be heard: August 10, 2027, 2:00 p.m.<br>See Civil Local rules for notice and filing requirements. |
| 4. | EXPERT DISCOVERY CUT-OFF: | March 26, 2027 |
| 5. | EXPERT REPORTS: | Opening reports by January 8, 2027<br>Rebuttal reports by February 12, 2027 |
| 6. | FACT DISCOVERY CUT-OFF: | December 4, 2026 |
| 7. | ADR: | Settlement Conference with MJ to be completed by April 17, 2026 |
| 8. | LAST DAY TO AMEND PLEADING AND/OR ADD PARTIES: | Sixty (60) days after the Court's entry of a decision on Defendants' Motion to Dismiss |

[PROPOSED] CASE MANAGEMENT AND SCHEDULING ORDER

9.    <u>FURTHER CASE MANAGEMENT</u>          April 23, 2026, 2:00 p.m.
      <u>CONFERENCES</u>:

10.   <u>MOTION FOR PRELIMINARY</u>           Motion by February 20, 2026
      <u>INJUNCTION</u>:                      Opposition by March 13, 2026
                                             Reply by March 27, 2026
                                             Hearing: April 14, 2026, at 2:00 p.m.,
                                             in-person

11.   <u>MOTION TO DISMISS</u>:              Motion by February 20, 2026
                                             Opposition by March 13, 2026
                                             Reply by March 27, 2026
                                             Hearing: April 14, 2026, at 2:00 p.m.,
                                             in-person

Date: _____


By: _____
      TRINA L. THOMPSON
      United States District Judge

- 3 -
[PROPOSED] CASE MANAGEMENT AND SCHEDULING ORDER