## Skale, Andrew

| | |
|---|---|
| **From:** | Sara Pollock <sarapollock@quinnemanuel.com> |
| **Sent:** | Monday, September 8, 2025 5:29 PM |
| **To:** | Kiernan, David C.; Viola, Anthony; ljccrd@cand.uscourts.gov |
| **Cc:** | QE-iyO- io; Wilkes, Meredith M.; Skale, Andrew; Phan, Valerie; jeff hyman |
| **Subject:** | RE: Case No. 3:25-cv-04861- IYO, Inc. v. IO Products, Inc. |

For the avoidance of doubt, the remaining Defendants confirm, as stated on the call last week, that OpenAI's corporate representative will have full authority on behalf of all of them, including Sam Altman, its CEO, and io Products, Inc., an entity that no longer exists following its merger with OpenAI.

Thank you,

Sara

**Sara Pollock**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5038 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
sarapollock@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

