**Skale, Andrew**

| | |
|---|---|
| **From:** | Cormier, Kara |
| **Sent:** | Saturday, February 7, 2026 7:00 AM |
| **To:** | Sara Pollock; Skale, Andrew; Andrew Mather; Margret Caruso; Wilkes, Meredith M.; Kiernan, David C.; Vicki Parker; Elle Wang |
| **Cc:** | Miller, Wali; Viola, Anthony |
| **Subject:** | RE: IYI v. IO Products, Inc. - PI |

Margaret/Sara,

Just following up on the below question:

> what OpenAI entity is now operating the IO Products, Inc. business? We believe that after a reported restructuring, the correct entity may now be called OpenAI Group PBC, but we want to confirm with you.

Thanks,

**Kara Cormier**
*Special Counsel*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center, Boston, MA 02111
+1.617.348.1658
KMCormier@mintz.com | Mintz.com





**From:** Skale, Andrew <ADSkale@mintz.com>
**Sent:** Tuesday, February 3, 2026 6:00 PM
**To:** Sara Pollock <sarapollock@quinnemanuel.com>; Andrew Mather <andrewmather@quinnemanuel.com>; Margret Caruso <margretcaruso@quinnemanuel.com>; Wilkes, Meredith M. <mwilkes@jonesday.com>; Kiernan, David C. <dkiernan@jonesday.com>; Vicki Parker <vickiparker@quinnemanuel.com>; Elle Wang <ellewang@quinnemanuel.com>
**Cc:** Cormier, Kara <KMCormier@mintz.com>; Miller, Wali <WMiller@mintz.com>; Viola, Anthony <AJViola@mintz.com>
**Subject:** IYI v. IO Products, Inc. - PI

Margret and Sara,



3



Also – can you please confirm for us what OpenAI entity is now operating the IO Products, Inc. business? We believe that after a reported restructuring, the correct entity may now be called OpenAI Group PBC, but we want to confirm with you.

Thanks,
Andrew

**Andrew Skale**
*Member*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
3580 Carmel Mountain Road, Suite 300, San Diego, CA 92130
+1.858.314.1506
ADSkale@mintz.com | Mintz.com



STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the email to the intended recipient, be advised you have received this