## Skale, Andrew

| | |
|---|---|
| **From:** | Sara Pollock <sarapollock@quinnemanuel.com> |
| **Sent:** | Thursday, February 26, 2026 6:21 PM |
| **To:** | Cormier, Kara; Margret Caruso; Andrew Mather; David C. Kiernan; Meredith M. Wilkes; Skale, Andrew; Viola, Anthony; Miller, Wali |
| **Subject:** | RE: Request to Meet and Confer - iyO, Inc. v. io Products, Inc. et al., Case No. 3:25-cv-04861-TLT (N.D. Cal.) |

Counsel,

While Defendants' responses to the relevant discovery requests (RFP Nos. 99-101) are not due for several more weeks, Defendants hereby confirm OpenAI OpCo, LLC has been the operating entity since the lawsuit was filed and remains so after OpenAI's reorganization, which has been public news since October 2025.  Accordingly, there is no need for, and Defendants will not agree to, extend the deadline for the parties to amend the pleadings.  We note that any request for leave for amend in connection with Defendants' motion to dismiss should be briefed as part of that motion, as contemplated by the Court's scheduling order.



Sara


**Sara Pollock**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5038 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
sarapollock@quinnemanuel.com
www.quinnemanuel.com

1