QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Sara L. Pollock (Bar No. 281076)
sarapollock@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

*Attorneys for Defendants io Products, Inc.,*
*OpenAI, Inc., OpenAI, LLC, and Sam Altman*

JONES DAY
David Kiernan (Bar No. 215335)
dkiernan@jonesday.com
555 California Street 26th Floor
San Francisco, California 94104
Telephone:    (415) 875-5745

Meredith Wilkes (*pro hac vice forthcoming*)
mwilkes@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone    (216) 586-7231

*Attorneys for Defendant Sir Jonathan Paul Ive*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IYO, INC. <br><br>         Plaintiff, <br><br>     v. <br><br> IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE, <br><br>         Defendants. | Case No. 3:25-cv-4861-TLT <br><br> **DEFENDANTS' OPPOSITION TO PLAINTIFF IYO, INC.'S MOTION TO STRIKE DEFENDANTS' REPLY** |

DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE

The Court should deny Plaintiff's motion to strike Defendants' Reply in Support of Administrative Motion to Extend Time for Briefing and Hearing Any Motion for Preliminary Injunction (Dkt. 108).  Plaintiff's claim that a reply is "improper and unpermitted" under Local Civil Rule 7-11 fails for a straightforward reason: the Rule is silent on the question.  Indeed, at Plaintiff's urging, this Court has already resolved that precise issue—against Plaintiff's current position.

Plaintiff's motion is foreclosed by Plaintiff's own prior arguments and this Court's prior ruling.  During briefing on Plaintiff's motion for a temporary restraining order, Plaintiff submitted a reply in support of its motion.  Dkt. 35.  Unlike Defendants' limited 3-page reply here, Plaintiff filed a ***20-page*** reply.  *Id.*  Defendants objected that the reply was improper because the Court's order setting the briefing schedule and hearing date (Dkt. 10) was silent as to whether Plaintiff could file a reply.  Dkt. 39.  Plaintiff argued—successfully—that replies are permitted as of right unless expressly prohibited.  Dkt. 50 (06/17/25 TRO Hearing Tr. 12:9-18).

The Court agreed, holding that "civil local rules provide for reply briefing."  Dkt. 51 at 5.  This Court should reject Plaintiff's argument that the replies are permitted only when it suits them and apply the same principle to Defendants' reply that it did to Plaintiff's reply: replies are permitted.  The Court should deny the motion to strike.

DATED:   February 27, 2026

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By _____ */s/ Margret M. Caruso*
Margret M. Caruso
*Attorneys for Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, and Sam Altman*

DATED:   February 27, 2026

JONES DAY

By _____ */s/ David Kiernan*
David Kiernan
*Attorneys for Defendant Sir Jonathan Paul Ive*

DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE

**ATTESTATION**

I, Margret M. Caruso, am the ECF user whose ID and password are being used to file the above document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that David Kiernan has concurred in the filing of the above document.


By _____/s/ Margret M. Caruso_____
    Margret M. Caruso

DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE