QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Sara L. Pollock (SBN 281076)
sarapollock@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:      (650) 801-5000
Facsimile:      (650) 801-5100

*Attorneys for Defendants io Products, Inc., OpenAI,
Inc., OpenAI, LLC, and Sam Altman*

JONES DAY
David Kiernan (Bar No. 215335)
dkiernan@jonesday.com
555 California Street 26th Floor
San Francisco, California 94104
Telephone:      (415) 875-5745

Meredith Wilkes (*pro hac vice forthcoming*)
mwilkes@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone      (216) 586-7231

*Attorneys for Defendant Sir Jonathan Paul Ive*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IYO, INC.<br><br>Plaintiff,<br><br>v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>Defendants. | Case No. 3:25-cv-4861-TLT<br><br>**DECLARATION OF SARA L. POLLOCK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF IYO, INC.'S MOTION TO EXTEND TIME** |

I, Sara L. Pollock, declare as follows:

1.      I am an attorney licensed to practice in the State of California and am a partner of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, and Sam Altman.  I make this declaration in support of Defendants' Opposition to Plaintiff's Motion to Extend Time or Add Parties.  I have personal knowledge of the matters set forth in this declaration, and if called as a witness, I would testify competently to them.

2.      On January 7, 2026, Plaintiff briefly raised the issue of the named defendants on a meet and confer that focused primarily on discovery matters.  The parties discussed that only a single 30(b)(6) deposition would be necessary, notwithstanding the fact that Plaintiff had named multiple entity Defendants.

3.      Attached as **Exhibit A** is a true and correct copy of an email I sent to Plaintiff's counsel, dated February 26, 2026.  A version of this same email was filed by Plaintiff at ECF 114-5, however that version redacted Defendants' offer to stipulate to allowing Plaintiff to substitute the correct entity as a defendant, as well as to meet and confer.

4.      Attached as **Exhibit B** is a true and correct copy of an excerpt of Plaintiff's Requests For Production of Documents and Things Propounded on Defendants (Set Two), dated February 18, 2026.  Plaintiff has not asked to expedite their responses to this discovery, which are not due until March 20, 2026.

5.      The bases for Defendants' opposition to Plaintiff's Motion are as follows: (a) the Motion is procedurally improper for failure to comply with the Civil Local Rules; (b) Plaintiff offers no good cause for relief from the case management schedule as required by Fed. R. Civ. P. 16; and (c) Defendants will be prejudiced if Plaintiff's request is granted given that Defendants have already moved to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction, and Plaintiff's attempt to change party names will not cure this issue.

//

//

DECLARATION OF SARA L. POLLOCK ISO OPPOSITION TO MOTION TO EXTEND TIME

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of March, 2026 in Redwood Shores, California.

By     */s/ Sara L. Pollock*
        Sara L. Pollock

## ATTESTATION

I, Margret M. Caruso, am the ECF user whose ID and password are being used to file the above document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Sara L. Pollock has concurred in the filing of the above document.

By _____*/s/ Margret M. Caruso*_____
Margret M. Caruso

DECLARATION OF SARA L. POLLOCK ISO OPPOSITION TO MOTION TO EXTEND TIME