# EXHIBIT A

## Andrew Mather

| | |
|---|---|
| **From:** | Sara Pollock |
| **Sent:** | Thursday, February 26, 2026 6:21 PM |
| **To:** | Cormier, Kara; Margret Caruso; Andrew Mather; David C. Kiernan; Meredith M. Wilkes; Skale, Andrew; Viola, Anthony; Miller, Wali |
| **Subject:** | RE: Request to Meet and Confer - iyO, Inc. v. io Products, Inc. et al., Case No. 3:25-cv-04861-TLT (N.D. Cal.) |

Counsel,

 While Defendants' responses to the relevant discovery requests (RFP Nos. 99-101) are not due for several more weeks, Defendants hereby confirm OpenAI OpCo, LLC has been the operating entity since the lawsuit was filed and remains so after OpenAI's reorganization, which has been public news since October 2025.  Accordingly, there is no need for, and Defendants will not agree to, extend the deadline for the parties to amend the pleadings.  We note that any request for leave for amend in connection with Defendants' motion to dismiss should be briefed as part of that motion, as contemplated by the Court's scheduling order.

Nevertheless, for purposes of judicial economy we will not engage with the various other misstatements in your email and will stipulate to the following:

1. OpenAI OpCo, LLC will be substituted in place of the current entity Defendants;

2. The new entity Defendant will join the pending motion to dismiss; and

3. No other deadlines, including Plaintiff's opposition to the motion to dismiss, will change.

 Hopefully, this resolves the issue.  If not, we can make ourselves available to discuss tomorrow afternoon.  Thanks,

Sara

**Sara Pollock**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
 650-801-5038 Direct
 650.801.5000 Main Office Number
 650.801.5100 FAX
sarapollock@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any

review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Cormier, Kara <KMCormier@mintz.com>
**Sent:** Thursday, February 26, 2026 5:57 PM
**To:** Margret Caruso <margretcaruso@quinnemanuel.com>; Sara Pollock <sarapollock@quinnemanuel.com>; Andrew Mather <andrewmather@quinnemanuel.com>; David C. Kiernan <dkiernan@jonesday.com>; Meredith M. Wilkes <mwilkes@jonesday.com>; Skale, Andrew <ADSkale@mintz.com>; Viola, Anthony <AJViola@mintz.com>; Miller, Wali <WMiller@mintz.com>
**Subject:** RE: Request to Meet and Confer - iyO, Inc. v. io Products, Inc. et al., Case No. 3:25-cv-04861-TLT (N.D. Cal.)

**[EXTERNAL EMAIL from kmcormier@mintz.com]**

Counsel,

We have not heard from you on our below request to meet and confer. Please advise whether you will stipulate to the requested extension. If not, please let us know if you are available tomorrow morning at any time.

Thanks,

**Kara Cormier**
*Special Counsel*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center, Boston, MA 02111
+1.617.348.1658
KMCormier@mintz.com | Mintz.com



**From:** Cormier, Kara
**Sent:** Thursday, February 26, 2026 1:35 PM
**To:** Margret Caruso <margretcaruso@quinnemanuel.com>; Sara Pollock <sarapollock@quinnemanuel.com>; Andrew Mather <andrewmather@quinnemanuel.com>; David C. Kiernan <dkiernan@jonesday.com>; Meredith M. Wilkes <mwilkes@jonesday.com>; Skale, Andrew <ADSkale@mintz.com>; Viola, Anthony <AJViola@mintz.com>; Miller, Wali <WMiller@mintz.com>
**Subject:** Request to Meet and Confer - iyO, Inc. v. io Products, Inc. et al., Case No. 3:25-cv-04861-TLT (N.D. Cal.)

Counsel,

We are writing to inquire whether Defendants will join a request to extend the deadline for the parties to move to amend the pleadings or add parties. The current deadline is March 6.

2

As you know, IYO did not learn until January of Defendants' corporate reorganization. Since that time, despite repeated requests—both informally through email and meet-and-confers, and formally through document demands—Defendants have not provided the updated corporate structure (to the extent it differs from those named). Defendants have also taken the position that no discovery should be produced at all based on their contention that the entire case is moot.

Given that Defendants' motion to dismiss will not be decided before the April 14 hearing date, and that the revelation of Defendants' corporate structure will not be addressed unless and until the Court resolves the motion to compel, extending the amendment deadline is necessary to promote judicial efficiency and avoid unnecessary motion practice.

Moreover, the discovery cutoff isn't until December, giving the parties plenty of time to conduct additional discovery. Under these circumstances, we are requesting that Defendants join a request to extend the deadline for IYO to move for leave to amend or add parties until 60 days after the Court issues its decision on the motion to dismiss.

Please let us know whether you are willing to join that request (subject to your review of the proposed filing), or whether you would like to discuss an alternative scope or timeframe. **Because we are obligated to file the request tomorrow, we would like to meet and confer on this issue today if possible. We are available today between 11:00 a.m. and 3:30 p.m. PST.**

Thanks,

**Kara Cormier**
*Special Counsel*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center, Boston, MA 02111
+1.617.348.1658
KMCormier@mintz.com | Mintz.com



STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the email to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify the Mintz, Levin, Cohn, Ferris, Glovsky and Popeo sender immediately, and destroy all copies of this message and any attachments.