# EXHIBIT B

MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Andrew D. Skale (211096)
ADSkale@mintz.com
Laura Franco (186765)
LFranco@mintz.com
Anthony J. Viola (*pro hac vice*)
AJViola@mintz.com
Kara M. Cormier (*pro hac vice*)
KMCormier@mintz.com
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: 415.432.6000

Attorneys for Plaintiff
IYO, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IYO, INC.,<br><br>                    Plaintiff,<br><br>        vs.<br><br>IO PRODUCTS, INC., OPENAI, INC.,<br>OPENAI, LLC, SAM ALTMAN, and SIR<br>JONATHAN PAUL IVE,<br><br>                    Defendants. | Case No.  3:25-cv-4861<br><br>**PLAINTIFF IYO, INC.'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED ON DEFENDANTS (SET TWO)**<br><br>Case Assigned to Honorable Trina L. Thompson, Courtroom 9<br><br>Complaint Filed:      June 9, 2025 |

**PROPOUNDING PARTY:**      **IYO, INC.**

**RESPONDING PARTY:**      **IO PRODUCTS, INC., OPENAI, INC., OPENAI LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE**

**SET NO.:**      **TWO (2)**

Pursuant to Federal Rules of Civil Procedure Rules 26 and 34, Plaintiff IYO, Inc. (hereinafter "Plaintiff" or "IYO") hereby requests that Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, Sam Altman, and Sir Jonathan Paul Ive ("Defendants" or "IO") produce in accordance with the Definitions and Instructions herein, the documents and things described below for inspection and copying within thirty (30) days from the service of these requests to the office of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., 44 Montgomery Street, 36th Floor, San Francisco, California 94104.

1

**REQUEST FOR PRODUCTION NO. 94:**

All Documents and Communications Relating to Weynorth Limited's business plan, intended use, or actual use of the "IO" marks in commerce, including product descriptions, internal presentations, pitch decks, investor materials, websites, and marketing drafts.

**REQUEST FOR PRODUCTION NO. 95:**

All Documents and Communications between You and Weynorth Limited or David John Beckman Relating to Plaintiff, its products, or Jason Rugolo.

**REQUEST FOR PRODUCTION NO. 96:**

All Documents sufficient to show Your relationship with Weynorth Limited or David John Beckman, including any agreements, shared resources, or overlapping personnel.

**REQUEST FOR PRODUCTION NO. 97:**

All Documents concerning who asked Weynorth Limited or David John Beckman to file applications with Serial Nos. 98275753, 98276003, 98977426, 98977421, 98977424, 98977419, 98975630, and 98975624, when and why.

**REQUEST FOR PRODUCTION NO. 98:**

All Documents and Communications Relating to Your purported decision not to use the "io" name in connection with the naming, advertising, marketing, or sale of any artificial intelligence-enabled hardware products, as stated in Your response to Plaintiff's Interrogatory No. 3.

**REQUEST FOR PRODUCTION NO. 99:**

All Documents and Communications Relating to any entity (including any subsidiary, affiliate, joint venture, or newly formed company) that has performed, currently performs, or is intended to perform any business, operational, design, engineering, marketing, or product-development functions originally attributed to IO Products, Inc.

**REQUEST FOR PRODUCTION NO. 100:**

All Documents and Communications Relating to any transfer, assignment, delegation, migration, or transition of IO Products, Inc.'s business operations, employees or contractors,

intellectual property, design assets, product development work, marketing work, or any corporate functions to any other entity.

**REQUEST FOR PRODUCTION NO. 101:**

All Documents sufficient to show the corporate structure, ownership, governance, and operational relationships among the corporate Defendants IO Products, Inc., OpenAI, Inc., OpenAI, LLC, and LoveFrom, Inc., and any other entity involved in the design, development, manufacturing, marketing, or commercialization of products that were at any time associated with the 'IO' name.

Dated:  February 18, 2026

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

/s/ *Kara M. Cormier*

Andrew D. Skale
Laura Franco
Anthony J. Viola
Kara M. Cormier

Attorneys for Plaintiff
IYO, INC.

PLAINTIFF IYO, INC.'S REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED ON DEFENDANTS (SET TWO) (CASE NO. 3:25-CV-4861)

## CERTIFICATE OF SERVICE

I, Kara M. Cormier, do hereby certify that on February 18, 2026, I caused the foregoing document to be served on counsel of record for Defendants by electronic mail.

*/s/ Kara M. Cormier*

Kara M. Cormier