UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IYO, INC.,<br><br>      Plaintiff,<br><br>     v.<br><br>IO PRODUCTS, INC., et al.,<br><br>      Defendants. | Case No.  25-cv-04861-TLT<br><br>**DENYING DEFENDANTS'<br>ADMINISTRATIVE MOTION TO<br>EXTEND TIME FOR BRIEFING AND<br>HEARING ANY MOTION FOR<br>PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 105 |

On February 9, 2026, Defendants filed the present motion to extend the preliminary injunction hearing to January 12, 2027, and to reschedule the associated briefing schedule.  ECF 105.  This motion is fully briefed on February 13, 2026.  ECF 107, 108.  While Defendants assert that they exercised diligence and that judicial efficiency and a lack of prejudice to Plaintiff justify the extension, Plaintiff argues to the contrary.  ECF 107.

On June 20, 2025, the Court granted a Temporary Restraining Order.  ECF 51.  In July 2025, OpenAI completed its acquisition of io Products, Inc., and as part of the post-acquisition process, Defendants conducted a review and subsequently decided to cease use of the mark on February 2, 2026.  ECF 105 at 3; ECF 105-1 ¶ 3; ECF 105–2 ¶ 2; ECF 108 at 2.

Plaintiff opposes the present motion based on prejudice in that Defendants waited more than six months following the acquisition and less than two weeks before the motion for preliminary injunction was due.  The Court finds a lack of diligence in showing good cause.  *See Bonneau v. SAP Am., Inc.*, No. C 03-5516 PJH, 2004 WL 2714406, at *1 (N.D. Cal. Nov. 29, 2004) (waiting three months to receive and review the deposition transcript does not constitute good cause to amend).

Accordingly, the Court **DENIES** Defendants' motion **WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Dated: March 10, 2026

_____

TRINA L. THOMPSON
United States District Judge