UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IYO, INC.,

           Plaintiff,

    v.

IO PRODUCTS, INC., et al.,

           Defendants.

Case No.  25-cv-04861-TLT

**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO EXTEND TIME TO AMEND OR ADD PARTIES**

Re: Dkt. No. 114

On February 27, 2026, Plaintiff filed a motion to extend the deadline to amend the pleadings or add parties by 60 days.  ECF 114.  Plaintiff asserts that an extension is necessary because it only learned in January 2026 about a corporate restructuring that occurred in October 2025, and it requires further discovery to identify the correct corporate entities.  *Id*. at 1–3.  On March 3, 2026, Defendants filed an opposition to contest that Plaintiff did not meet and confer with Defendants and exercise due diligence, and Defendants will be prejudiced if Plaintiff's request is granted.  ECF 116 at 1.

The Court finds that Plaintiff has not demonstrated the good cause required under Federal Rule of Civil Procedure 16(b)(4) to modify the scheduling order.  The record indicates that Plaintiff did not seek discovery about Defendant's current corporate structure until February 18, 2026.  ECF 116-3 at 4.  Moreover, a comparison of the parties' exhibits suggests that Plaintiff's version of the relevant correspondence was selectively redacted to suggest inconsistent diligence.  *See* ECF 116-2 at 2; *cf.* ECF 114-5 at 1.

//

//

//

Accordingly, the Court **DENIES** Plaintiff's motion **WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Dated: March 11, 2026

TRINA L. THOMPSON
United States District Judge