# EXHIBIT C

Docusign Envelope ID: 41596049-45B1-402A-952B-343CE75AA76D

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Sara L. Pollock (SBN 281076)
sarapollock@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

*Attorneys for Defendants io Products, Inc., OpenAI,*
*Inc., OpenAI, LLC, and Sam Altman*

JONES DAY
David Kiernan (Bar No. 215335)
dkiernan@jonesday.com
555 California Street 26th Floor
San Francisco, California 94104
Telephone:    (415) 875-5745

Meredith Wilkes (*pro hac vice forthcoming*)
mwilkes@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone      (216) 586-7231

*Attorneys for Defendant Sir Jonathan Paul Ive*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IYO, INC., | Case No. 3:25-cv-04861 |
| Plaintiff, | **DECLARATION OF SAM ALTMAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF IYO, INC.'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| vs. | |
| IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE, | |
| Defendants. | Judge:  Hon. Trina L. Thompson<br>Hearing:  June 17, 2025 at 10 am |

## DECLARATION OF SAM ALTMAN

I, Sam Altman, declare:

1.  I am a co-founder of OpenAI, Inc., and its Chief Executive Officer.  I make this declaration in support of Defendants' Opposition to Plaintiff IYO, Inc.'s Motion for a Temporary Restraining Order and Preliminary Injunction.  The facts stated in this declaration are true and correct based on my personal knowledge, and if called and sworn in as a witness, I could and would testify competently to those facts.

2.  In the summer of 2023, Jony Ive and I decided on the name "io" for a collaboration between our companies to develop a family of devices that would allow people to use AI in new ways.  We decided on this name because it is a common phrase for "input/output," and our intent with this collaboration was, and is, to create products that go beyond traditional products and interfaces.  We want to create new ways for people to input their requests and new ways for them to receive helpful outputs, powered by AI.  As part of our decision to use the "io" name, we acquired the io.com domain name in August 2023.

3.  When we chose the name "io" in 2023, I was not aware that Jason Rugolo was doing anything related to AI, nor did I remember ever having seen the company name "iyO."  At no point in time did I ever intend to trade on the "iyO" name.  I was surprised to learn of it in 2025, as I do not recall having seen it before.

4.  Jason Rugolo emailed me out of the blue in March 2025 to request $10 million in funding.  As a courtesy, and given his persistence, I spoke with him and passed his request for a meeting along to the internal and external io team because I thought they could evaluate any opportunities for collaboration.  At no time did I tell him that I would acquire his company or that I would sue him for trademark infringement.  Perhaps he misunderstood my reference to our ownership of the io.com domain name.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 12th day of June, 2025 at San Francisco, CA.

By: _Signed by:_ Sam Altman

—5D9B8735E8E04BA...

Sam Altman