QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Sara L. Pollock (SBN 281076)
sarapollock@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

*Attorneys for Defendants io Products, Inc., OpenAI,
Inc., OpenAI, LLC, and Sam Altman*

JONES DAY
David Kiernan (Bar No. 215335)
dkiernan@jonesday.com
555 California Street 26th Floor
San Francisco, California 94104
Telephone:     (415) 875-5745

Meredith Wilkes (*pro hac vice forthcoming*)
mwilkes@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone     (216) 586-7231

*Attorneys for Defendant Sir Jonathan Paul Ive*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IYO, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>　　　　Defendants. | Case No. 3:25-cv-4861-TLT<br><br>**NOTICE OF MANUAL FILING**<br><br>**EXHIBIT E TO THE DECLARATION OF SARA L. POLLOCK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF IYO, INC.'S MOTION FOR A PRELIMINARY INJUNCTION** |

## <u>MANUAL FILING NOTIFICATION</u>

**EXHIBIT E TO THE DECLARATION OF SARA L. POLLOCK IN SUPPORT OF**

**DEFENDANTS' OPPOSITION TO PLAINTIFF IYO, INC.'S MOTION FOR A**

**PRELIMINARY INJUNCTION**

This filings are maintained in an electronic format that is not compatible with the Northern District of California's Electronic Case Filing ("ECF") system; accordingly, the filings are being submitted on physical storage media and are being maintained in the case file in the Clerk's office.

If you are a participant in this case, a copy will be served on you shortly.

For information on retrieving this filing directly from the court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reasons:

**Exhibit E** to the Declaration of Sara L. Pollock In Support Of Defendants' Opposition To Plaintiff iyO, Inc.'s Motion For A Preliminary Injunction is a video stored in an electronic format that is not compatible with the Northern District of California's ECF system; accordingly it has been submitted on physical storage media, via a USB flash drive.

DATED: March 13, 2026      QUINN EMANUEL URQUHART &
                  SULLIVAN, LLP

              By   */s/ Margret M. Caruso*
                Margret M. Caruso
               Attorneys for OpenAI, Inc.