# EXHIBIT I

**Page Vault**

| | |
|---|---|
| Document title: | iyO One |
| Capture URL: | https://www.iyo.ai/products/iyo-one |
| Page loaded at (UTC): | Wed, 08 Oct 2025 07:05:07 GMT |
| Capture timestamp (UTC): | Wed, 08 Oct 2025 07:05:43 GMT |
| Capture tool: | 10.63.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| Capture ID: | wJks8WtHJaNUx38xfcBG8t |

Document title: iyO One
Capture URL: https://www.iyo.ai/products/iyo-one
Capture timestamp (UTC): Wed, 08 Oct 2025 07:05:43 GMT