# EXHIBIT J

**PageVault**

| | |
|---|---|
| Document title: | iyO One |
| Capture URL: | https://www.iyo.ai/products/iyo-one |
| Page loaded at (UTC): | Wed, 11 Mar 2026 08:00:21 GMT |
| Capture timestamp (UTC): | Wed, 11 Mar 2026 08:00:44 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| Capture ID: | jeymEaLcQ3RUK4K4fochRB |

