# EXHIBIT K

**PageVault**

| | |
|---|---|
| Document title: | iyO Audio - Voice AI Audio Computer \| iyO One |
| Capture URL: | https://www.iyo.audio/ |
| Page loaded at (UTC): | Tue, 12 Aug 2025 07:38:25 GMT |
| Capture timestamp (UTC): | Tue, 12 Aug 2025 07:42:03 GMT |
| Capture tool: | 10.59.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| Capture ID: | iX9VmV4Ei9XJKQQTbxHwCx |

PDF REFERENCE #:     p5A5MwFDsJqcBAqpfwLKWY



new kind of computer without a screen that you wear just like your smartphone. The key difference is you talk to it through a natural language interface.

iyO

Pre-order

Supernatural audio

Document title: iyO Audio - Voice AI Audio Computer | iyO One
Capture URL: https://www.iyo.audio/
Capture timestamp (UTC): Tue, 12 Aug 2025 07:42:03 GMT

Page 2 of 14





iyO

Pre-order

SUPERNATURAL AUDIO

Cust

The iyO One is custom-fitted by a specialist, with soft bespoke eartips hand-crafted from platinum-cure silicone by artisans. This luxurious process delivers the most comfortable, most secure, and best-sounding audio device ever made.



Document title: iyO Audio - Voice AI Audio Computer | iyO One
Capture URL: https://www.iyo.audio/
Capture timestamp (UTC): Tue, 12 Aug 2025 07:42:03 GMT



iyO    Pre-order

SUPERHUMAN HEARING

# 8-mic a

The iyO One is the most sophisticated hearing device ever built, with 20 microphones and 8 DSP cores. 8 mics on each ear enable perceptual transparency and directional hearing, while 2 more create Active Noise Cancellation and blissful silence. Controlling volume is magical: simply rotate the device like a knob.

Document title: iyO Audio - Voice AI Audio Computer | iyO One
Capture URL: https://www.iyo.audio/
Capture timestamp (UTC): Tue, 12 Aug 2025 07:42:03 GMT



SUPERINTELLIGENT AGENTS

There

With AI, a new kind of smart app is possible — we call them agents, and you talk to them like people. Each agent does something different, like apps on your phone. iyO is building a developer community to create agents for every need. Use them with or without your phone — iyO One connects to the internet via Wi-Fi or optional LTE.



Document title: iyO Audio - Voice AI Audio Computer | iyO One
Capture URL: https://www.iyo.audio/
Capture timestamp (UTC): Tue, 12 Aug 2025 07:42:03 GMT



Crafted in titanium and finished with textured Gorilla Glass, each iyO One colorway reflects a unique vibe.

T

The iyO One lets you talk to apps the way you talk to people.

Document title: iyO Audio - Voice AI Audio Computer | iyO One
Capture URL: https://www.iyo.audio/
Capture timestamp (UTC): Tue, 12 Aug 2025 07:42:03 GMT



Document title: iyO Audio - Voice AI Audio Computer | iyO One
Capture URL: https://www.iyo.audio/
Capture timestamp (UTC): Tue, 12 Aug 2025 07:42:03 GMT

iyO    Pre-order    0

# Next-gen hardware for voice-first computing

iyO One combines two 4nm CPUs, 8 DSP cores, 20 built-in mics, and 6 acoustic drivers into a beautiful titanium and glass housing.



● TECHNICAL FEATURES

| | |
|---|---|
| AUDIO | Triple-driver system (Dynamic + Balanced Armature) |
| PROCESSOR | 4nm Quad-Core ARM Cortex-A53 + Cortex-M55 |
| MEMORY | 2GB + 32GB LPDDR4/eMMC ePoP, 8MB PSRAM |
| CONNECTIVITY | Wi-Fi dual band, Bluetooth 5.4, GPS + GNSS (LTE optional) |
| MICS | 10 per ear (20 total), Always-On-Audio System |
| TRACKING | Dual 9-axis IMU head tracking |
| BATTERY | 295 mAh per ear — all-day wear (normal use) |
| DURABILITY | IP57, Titanium NMT housing, Gorilla Glass |

● WHAT'S IN THE BOX

01                                          2 audio computers discs

Document title: iyO Audio - Voice AI Audio Computer | iyO One
Capture URL: https://www.iyo.audio/
Capture timestamp (UTC): Tue, 12 Aug 2025 07:42:03 GMT



| 01 | 2 audio computers discs |
| 02 | 2 custom-fit silicone tips (R + L) |
| 03 | 2 triple-driver acoustic systems (R + L) |
| 04 | iyO One charging case |
| 05 | 2 free iyO Caps |
| 06 | Plush drawstring pouch |
| 07 | USB-C charging cable |

01    **What is the expected battery life of iyO One?**    +

02    **How does iyO One help someone hear better?**    +

03    **Does my order deposit go towards my purchase?**    +

04    **Can I get the iyO One without the custom fit for cheaper?**    ✕

No. iyO One has been designed specifically as a custom-fitting device to achieve the best possible comfort, retention in the ear, and aesthetics during wear of any audio device ever made. Future iyO devices will have new fitting options.

05    **Can iyO One be worn with only one ear?**    +

06    **How do I reach you if I have other questions?**    +



A new AI device

Document title: iyO Audio - Voice AI Audio Computer | iyO One
Capture URL: https://www.iyo.audio/
Capture timestamp (UTC): Tue, 12 Aug 2025 07:42:03 GMT



Document title: iyO Audio - Voice AI Audio Computer | iyO One
Capture URL: https://www.iyo.audio/
Capture timestamp (UTC): Tue, 12 Aug 2025 07:42:03 GMT



iyO

2606 spring street
Redwood city, ca 94063
hello@iyo.audio

| PRODUCTS | DEVELOPERS | THE LAWYERS MADE US | FOLLOW |
|---|---|---|---|
| iyO One | Agent Studio | | Instagram |
| iyO yO | Pro Music Creator | | X |
| iyO App | Audio Computer Dev kit | | |
| VAD Pro | | | |
| iyO Caps | | | |

Document title: iyO Audio - Voice AI Audio Computer | iyO One
Capture URL: https://www.iyo.audio/
Capture timestamp (UTC): Tue, 12 Aug 2025 07:42:03 GMT



iyO    Pre-order

# Say hello to your new computer

This is just the beginning.

Pre Order Now



2606 spring street
Redwood city, ca 94063
hello@iyo.audio

| PRODUCTS | DEVELOPERS | THE LAWYERS MADE US | FOLLOW |
|---|---|---|---|
| iyO One | Agent Studio | Terms of Service | Instagram |
| iyO yO | Pro Music Creator | Limited Warranty Policy | X |
| iyO App | Audio Computer Dev kit | Privacy Policy | |
| VAD Pro | | Returns & Exchanges Policy | |
| iyO Caps | | | |

MISSION

# To bring natural language computing to billions of people.