# EXHIBIT L



# EXHIBIT PAGE BREAK



# EXHIBIT
# PAGE BREAK



# EXHIBIT
# PAGE BREAK



# EXHIBIT
# PAGE BREAK



# EXHIBIT
# PAGE BREAK

Case 3:25-cv-04861-TLT    Document 123-12    Filed 03/13/26    Page 12 of 16

Search | X

Home

Explore

Notifications

Chat

Grok

Bookmarks

Creator Studio

Premium  **50% off**

Profile

More

**Post**

← **Post**

iyO iyo.ai ✓
@iyo_audio

Full circle. #iyOOne #iyOAudio #iyO #LessIsMore #Simplicity



4:42 PM · Aug 12, 2025 · **281** Views

💬 1          ⟲          ♡ 1          🔖          ⬆️

Post your reply          **Reply**

Eli Avgi @eli_avgi · Aug 12, 2025          ⊘ ···
When are pre orders shipping?

💬          ⟲          ♡ 1          �III 34          🔖 ⬆️

**Relevant peo**

iyO iyo.ai ✓
@iyo_audio

on a mission
computing f

**What's happe**

Politics · Trending
**Strait**

Sports · Trending
**Mikal**

Trending in United Sta
**#Undertone**

Trending
**#FightOn**

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info

Andrew Mather 🔒 ···
@andrewmather2



# EXHIBIT
# PAGE BREAK

Case 3:25-cv-04861-TLT   Document 123-12   Filed 03/13/26   Page 14 of 16



Search

Home

Explore

Notifications

Chat

Grok

Bookmarks

Creator Studio

Premium   50% off

Profile

More

Post

← Post


iyo.ai ✅
@iyo_audio

More than audio.
iyO One listens, adapts, and thinks alongside you.

#iyO #iyOOne #iyOAudio #LiveFully #HighFidelity #Explore #BePresent #SoundOfNature #adventure



and then re-spatializing it

0:11

1:52 PM · Oct 15, 2025 · **1,068** Views

💬 2          🔁          ♡ 5          🔖 1          ⬆️

Relevant ⌄

Post your reply                                      Reply

@emojipull · Dec 17, 2025                              ···
Any update as of recent?

Shipping was supposed to be late 2025 and we've got 2 weeks of the year left 👀

💬          🔁          ♡          📊 19          🔖 ⬆️

zhurong @zhurong1391469 · Oct 21, 2025              ···
👍👍👍

💬          🔁          ♡          📊 30          🔖 ⬆️

**Relevant peo**

iyo.ai ✅
@iyo_audio
on a missior
computing t

**What's happe**

Politics · Trending
**Strait**

Sports · Trending
**Mikal**

Trending in United Sta
**#Undertone**

Trending
**#FightOn**

Show more

Terms of Service   Priva
Accessibility   Ads info

Andrew Mather 🔒
@andrewmather2

# EXHIBIT
# PAGE BREAK

3/9/26, 9:28 PM
Case 3:25-cv-04861-TLT   Document 123-12   Filed 03/13/26   Page 16 of 16
(1) iyo.ai on X: "Live in high fidelity. #iyO #iyOOne #iyOAudio #LiveFully #HighFidelity #Explore #BePresent #SoundOfNature #Adve...

Search  X

Home

Explore

Notifications

Chat

Grok

Bookmarks

Creator Studio

Premium  50% off

Profile

More

Post

## Post



**iyo.ai** ✅
@iyo_audio

Live in high fidelity. #iyO #iyOOne #iyOAudio #LiveFully #HighFidelity #Explore #BePresent #SoundOfNature #Adventure



11:47 AM · Sep 15, 2025 · **364** Views

💬 1          ↺          ♡ 2          🔖          ⬆



Post your reply          Reply

**Eli Avgi** @eli_avgi · Sep 15, 2025
Scammers
💬          ↺ 1          ♡          ᴧ 25          🔖 ⬆

**Relevant peo**

**iyo.ai** ✅
@iyo_audio
on a mission
computing t

**What's happe**

Politics · Trending
**Strait**

Sports · Trending
**Mikal**

Trending in United Sta
**#Undertone**

Trending
**#FightOn**

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info

Andrew Mather 🔒 ...
@andrewmather2