# EXHIBIT M

**PageVault**

| | |
|---|---|
| Document title: | (1) iyo.ai (@iyo_audio) / X |
| Capture URL: | https://x.com/iyo_audio |
| Page loaded at (UTC): | Thu, 12 Mar 2026 18:03:38 GMT |
| Capture timestamp (UTC): | Thu, 12 Mar 2026 18:06:12 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| Capture ID: | 38a9hh6tUYAokaBsvewxdf |





Document title: (1) iyo.ai (@iyo_audio) / X
Capture URL: https://x.com/iyo_audio
Capture timestamp (UTC): Thu, 12 Mar 2026 18:06:12 GMT

# X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- Bookmarks
- Creator Studio
- Premium
- Profile
- More

**Post**

**iyo.ai** ✓
52 posts

**Follow**

0:19

💬   🔁   ♡ 2   📊 384   🔖 ⬆️

**iyO** **iyo.ai** ✓ @iyo_audio · Oct 1, 2025   ⊘ ...
Enough screen time. iyO One is a new kind of computer. No swipes, no clicks. Just natural conversation that helps you think, create, and connect while staying present in the world around you.

#iyO #iyOOne #iyOAudio #LiveFully #HighFidelity #Explore #BePresent #SoundOfNature
Show more

💬   🔁   ♡ 1   📊 298   🔖 ⬆️

## Who to follow

**Reuters** ✓
@Reuters
Top and breaking news, pictures and videos from Reuters. For breaking business news, follow @ReutersBiz. Our daily podcast is here: rwn.app.link/social

**Follow**

👤 CNN follows
**CNN International** ✓
@cnni
Breaking news from around the world, plus business, style, travel, sport and entertainment. We #gothere.

**Follow**

👤 BBC News (World) follows
**BBC News (UK)** ✓
@BBCNews
News, features and analysis. For world news, follow @BBCWorld. Breaking news, follow @BBCBreaking. Latest sport news @BBCSport. Our Instagram: BBCNews

**Follow**

Show more

**iyO** **iyo.ai** ✓ @iyo_audio · Sep 30, 2025   ⊘ ...
Crafted in titanium and wrapped in textured Gorilla Glass. iyO One in Dusk. Built to last and designed to express.
#iyO #iyOOne #iyOAudio #LiveFully #HighFidelity #Explore #BePresent #SoundOfNature #Adventure

🔍 Search

## You might like

**F** **Forbes** ✓
@Forbes
**Follow**

**Fox News** ✓
@FoxNews
**Follow**

**E** **The Economist** ✓
@TheEconomist
**Follow**

Show more

## What's happening

Sports · Trending   ...
**UMass**
Trending with Miami, Frank Martin

Trending in United States   ...
**ROTC**

Trending in United States   ...
**Wii Sports**

Politics · Trending   ...
**Oakland County**

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· © 2026 X Corp.

qe.datacollect
@qedatacollect   ...



Document title: (1) iyo.ai (@iyo_audio) / X
Capture URL: https://x.com/iyo_audio
Capture timestamp (UTC): Thu, 12 Mar 2026 18:06:12 GMT





Document title: (1) iyo.ai (@iyo_audio) / X
Capture URL: https://x.com/iyo_audio
Capture timestamp (UTC): Thu, 12 Mar 2026 18:06:12 GMT

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Premium

Profile

More

**Post**

iyo.ai ✓
52 posts

Follow

❤ 2    📊 283

**iyo.ai** ✓ @iyo_audio · Aug 20, 2025
Founder mode: Hardware edition. #founders #startuplife #hardware #iyO #iyOAudio #iyOOne #hardwareishard @rugolo



💬    ♻    ❤ 2    📊 325

**iyo.ai** ✓ @iyo_audio · Aug 19, 2025
Balance. #iyOOne #iyOAudio #iyO #balance #commonground #design #convergence #dusk #dawn #night

**qe.datacollect**
@qedatacollect    ⋯

**You might like**

F **Forbes** ✓
@Forbes                    Follow

**Fox News** ✓
@FoxNews                   Follow

E **The Economist** ✓
@TheEconomist             Follow

Show more

**What's happening**

Sports · Trending
**UMass**
Trending with Miami, Frank Martin

Trending in United States
**ROTC**

Trending in United States
**Wii Sports**

Politics · Trending
**Oakland County**

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ⋯ © 2026 X Corp.



Document title: (1) iyo.ai (@iyo_audio) / X
Capture URL: https://x.com/iyo_audio
Capture timestamp (UTC): Thu, 12 Mar 2026 18:06:12 GMT





Document title: (1) iyo.ai (@iyo_audio) / X
Capture URL: https://x.com/iyo_audio
Capture timestamp (UTC): Thu, 12 Mar 2026 18:06:12 GMT

# X

- 🏠 Home
- 🔍 Explore
- 🔔 Notifications
- 👥 Follow
- ✉️ Chat
- Ⓖ Grok
- 🔖 Bookmarks
- 👤 Creator Studio
- ✖️ Premium
- 👤 Profile
- ⋯ More

**Post**

**iyo.ai** ✓
51 posts

**Follow**

🎧

💬 1      ↻      ♡ 3      📊 292      🔖 ⬆️

**iyo.ai** ✓ @iyo_audio · Aug 12, 2025
Full circle. #iyOOne #iyOAudio #iyO #LessIsMore #Simplicity



💬 1      ↻      ♡ 1      📊 283      🔖 ⬆️

**iyo.ai** ✓ @iyo_audio · Jul 18, 2025
You know that feeling when you pull your hoodie up and the world just fades away? Yeah, that for sound. iyO One.

Pre-order at iyo.audio 😎

#iyO #fthatnoise #iyOOne #iyOAudio #OutOfOffice #FridayFeeling #FutureOfComputing #WeekendMode #ImOut

💬      ↻      ♡ 4      📊 568      🔖 ⬆️

**iyo.ai** ✓ @iyo_audio · Jul 16, 2025
That face you make when you ask for the weather and your iyO One says, "It's nice out. Not that you'd know."

The sass is a feature, not a bug.

## You might like

**F Forbes** ✓ @Forbes      **Follow**

**Fox News** ✓ @FoxNews      **Follow**

**E The Economist** ✓ @TheEconomist      **Follow**

Show more

## What's happening

Sports · Trending      ⋯
**UMass**
Trending with  Miami,  Frank Martin

Trending in United States      ⋯
**ROTC**

Trending in United States      ⋯
**Wii Sports**

Politics · Trending      ⋯
**Oakland County**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy
Accessibility  |  Ads info  |  More ···  © 2026 X Corp.

**qe.datacollect** @qedatacollect  ⋯



  

**Home**

**Explore**

**Notifications**

**Follow**

**Chat**

**Grok**

**Bookmarks**

**Creator Studio**

**Premium**

**Profile**

**More**

**Post**

**iyo.ai** @iyo_audio · Jul 16, 2025

That face you make when you ask for the weather and your iyO One says, "It's nice out. Not that you'd know."

The sass is a feature, not a bug.

Pre-order now at iyO.audio 😎

#iyO #iyOOne #iyOAudio #SassyAI #ShotsFired #FutureOfComputing #VoiceFirst
Show more



💬    ↺    ♡ 3    ᐧ||ᐧ 517    🔖 ⬆

**iyo.ai** @iyo_audio · Jul 15, 2025

We're all in on less typing and more talking. Your move. #iyoAudio #AllIn #RaiseTheStakes #FutureOfComputing #iyO #iyOOne #AUI #AuditoryUserInterface #ConversationalAI #NoMoreTyping #VoiceFirst



💬 1    ↺    ♡ 5    ᐧ||ᐧ 581    🔖 ⬆

**iyo.ai** @iyo_audio · Jul 14, 2025

Your thumbs just called. They want to retire. We're throwing them a party.

#iyO #iyOOne #NoMoreTyping #ConversationalAI #ThumbRetirementPlan #VoiceFirst #AUI #AuditoryUserInterface


**qe.datacollect**
@qedatacollect    ···

**You might like**

F **Forbes** ✓
@Forbes    Follow

**Fox News** ✓
@FoxNews    Follow

E **The Economist** ✓
@TheEconomist    Follow

Show more

**What's happening**

Sports · Trending    ···
**UMass**
Trending with Miami, Frank Martin

Trending in United States    ···
**ROTC**

Trending in United States    ···
**Wii Sports**

Politics · Trending    ···
**Oakland County**

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· © 2026 X Corp.



# X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- Bookmarks
- Creator Studio
- Premium
- Profile
- More

**Post**

**iyo.ai** ✓
52 posts

**iyo.ai** ✓ @iyo_audio · Jul 14, 2025

Your thumbs just called. They want to retire. We're throwing them a party.

#iyO #iyOOne #NoMoreTyping #ConversationalAI #ThumbRetirementPlan #VoiceFirst #AUI #AuditoryUserInterface



A computer that speaks your language

iyO One
The world's first audio computer

💬    ⟲    ♡ 13    ᴵᴵᴵ 741    🔖 ↥

**iyo.ai** ✓ @iyo_audio · May 30, 2024

We're thrilled to share an insightful article from @TechCrunch featuring our CEO, @rugolo, discussing the potential of IYO ONE and how it succeeds where others have stumbled.

Read the full article:



Iyo thinks its GenAI earbuds can succeed where Humane and Rabbit st...

From techcrunch.com

💬 3    ⟲ 1    ♡ 16    ᴵᴵᴵ 5.4K    🔖 ↥

⟲ **iyo.ai reposted**

**TechCrunch** ✓ @TechCrunch · May 27, 2024

Iyo thinks its gen AI earbuds can succeed where Humane and Rabbit stumbled



**qe.datacollect**
@qedatacollect    ···

## You might like

**Forbes** ✓
@Forbes                    **Follow**

**Fox News** ✓
@FoxNews                   **Follow**

**The Economist** ✓
@TheEconomist              **Follow**

Show more

## What's happening

Sports · Trending                    ···
**UMass**
Trending with Miami, Frank Martin

Trending in United States            ···
**ROTC**

Trending in United States            ···
**Wii Sports**

Politics · Trending                  ···
**Oakland County**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···  © 2026 X Corp.



Document title: (1) iyo.ai (@iyo_audio) / X
Capture URL: https://x.com/iyo_audio
Capture timestamp (UTC): Thu, 12 Mar 2026 18:06:12 GMT



Document title: (1) iyo.ai (@iyo_audio) / X
Capture URL: https://x.com/iyo_audio
Capture timestamp (UTC): Thu, 12 Mar 2026 18:06:12 GMT



Document title: (1) iyo.ai (@iyo_audio) / X
Capture URL: https://x.com/iyo_audio
Capture timestamp (UTC): Thu, 12 Mar 2026 18:06:12 GMT

**Home**

**Explore**

**Notifications**

**Follow**

**Chat**

**Grok**

**Bookmarks**

**Creator Studio**

**Premium**

**Profile**

**More**

**Post**

**iyo.ai** ✅
52 posts

**Follow**



iyo speaks at Session 7 of TED2024: The Brave and the Brilliant on Wednesday, April 17, 2024 in BC, Canada. (Photo: Jasmine Torres / TED)

inventor and designer **Jason Rogulo** introduces a new hands-free, screen-free computer in your ears and talk to like a friend. In contrast to digital assistants like Siri — which use specific commands — Rogulo shows how audio computers will use LLMs and machine understand your intentions and engage with you like a person.

💬    ↻ 1    ♡ 7    ᴵ11 1.1K    🔖 ⬆

↻ **iyo.ai reposted**

**Greg Cerny** ✅ @CernyGregCerny · Apr 18, 2024    Ø ···
Replying to @daniel_kraft and @iyo_audio
I can't wait to try these!

💬 5    ↻ 2    ♡ 4    ᴵ11 876    🔖 ⬆

↻ **iyo.ai reposted**

**Daniel Kraft, MD** ✅ @daniel_kraft · Apr 18, 2024    Ø ···
Mixed audio reality... in virtual auditory space

Unveiled at #TED2024 by Jason Rogulo, CEO of @iyo_audio

Render a virtual football game, or a beach. Or de noise and environment, real time translation, personalized soundscapes and coaches  and more

Mixed Audio Reality

PERCEPTUAL PASSTHROUGH    VIRTUAL AUDITORY DISPLAY

Jason Rugolo

💬 8    ↻ 11    ♡ 34    ᴵ11 36K    🔖 ⬆

**iyo.ai** ✅ @iyo_audio · Apr 17, 2024    Ø ···
🎙️ Excited to announce that our CEO @rugolo will be taking the stage at #TED2024 today to unveil the groundbreaking work our team has been doing in audio computing! If you're attending, tune in to hear about the future of sound technology and how we're shaping it.

TED

**qe.datacollect**    ···
@qedatacollect

**You might like**

F  **Forbes** ✅    **Follow**
   @Forbes

**Fox News** ✅    **Follow**
   @FoxNews

E  **The Economist** ✅    **Follow**
   @TheEconomist

Show more

**What's happening**

Sports · Trending    ···
**UMass**
Trending with  Miami,  Frank Martin

Trending in United States    ···
**ROTC**

Trending in United States    ···
**Wii Sports**

Politics · Trending    ···
**Oakland County**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy
Accessibility  |  Ads info  |  More ···  © 2026 X Corp.



# X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- Bookmarks
- Creator Studio
- Premium
- Profile
- More

**Post**



iyo.ai

52 posts

**Follow**

○ 1   ⇄ 3   ♡ 15   ⥄ 33K   🔖 ↥

⇄ **iyo.ai reposted**

**Simone Ross** @SCR10 · Apr 13, 2024   ⌀ ···
Replying to @SCR10
Also got some #NPCs @inworld_ai, some audio computing @rugolo @iyo_audio, mind blowing sonics w @theklongs, synthetic memories @domesticstream, @owocki and quadratic funding and @niceaunties bc everyone should know abt the Auntiverse.

○ 2   ⇄ 2   ♡ 7   ⥄ 1.4K   🔖 ↥

**iyo.ai** ✓ @iyo_audio · Apr 12, 2024   ⌀ ···
Create #audio-first #AI Agents in seconds: iyo.studio/join

○   ⇄ 2   ♡ 3   ⥄ 691   🔖 ↥

**iyo.ai** ✓ @iyo_audio · Apr 8, 2024   ⌀ ···
The IYO Developer Studio empowers engineers & more to launch their own customized #AI-based agents: iyo.studio/join

There's also so much more coming very soon.. get in now while you can!

#VoiceAI #AudioFirst #Developer #SoftwareEngineering

## Developer Studio BETA

**qe.datacollect**
@qedatacollect   ···

○   ⇄ 1   ♡ 2   ⥄ 544   🔖 ↥

## You might like

**Forbes** ✓
@Forbes   **Follow**

**Fox News** ✓
@FoxNews   **Follow**

**The Economist** ✓
@TheEconomist   **Follow**

Show more

## What's happening

Sports · Trending   ···
**UMass**
Trending with Miami, Frank Martin

Trending in United States   ···
**ROTC**

Trending in United States   ···
**Wii Sports**

Politics · Trending   ···
**Oakland County**

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· © 2026 X Corp.

# X

- Home
- Explore
- Notifications
- Follow
- Chat
- Grok
- Bookmarks
- Creator Studio
- Premium
- Profile
- More

**Post**

iyo.ai ✓
51 posts



BETA

💬    ↻ 1    ♡ 2    �In 544    🔖 ⬆

↻ iyo.ai reposted

**Dmitry Noranovich** ✓ @javaeeeee1 · Apr 5, 2024      ⌀ ···
IYO AI: Talk to AI producthunt.com/posts/iyo-ai by @SuzyBureau

**Talk to AIs**
Each AI has its own unique personality
Engage in open-ended voice conversations
Collect your
IYO AI: Talk to AI | Product Hunt

From producthunt.com

💬 1    ↻ 1    ♡ 3    ⬛ 451    🔖 ⬆

**iyo.ai** ✓ @iyo_audio · Apr 5, 2024      ⌀ ···
We love the comments, suggestions & well-wishes coming in on Product Hunt: producthunt.com/posts/iyo-ai

Big thank you 🙏to our community as we launch!

Keep 'em coming!

**Talk to AIs**
Each AI has its own unique personality
Engage in open-ended voice conversations
Collect your
IYO AI: Talk to AI | Product Hunt

From producthunt.com

💬 1    ↻ 2    ♡ 2    ⬛ 429    🔖 ⬆

**iyo.ai** ✓ @iyo_audio · Apr 4, 2024      ⌀ ···
Join us: iyo.studio/join

#LLM #VoiceAI #ConversationalAI #OpenAI #AzureAI #Perplexity

# CREATE INSIGHTFUL VIRTUAL CHARACTERS

Improve yourself at work and in life.

**qe.datacollect**      ···
@qedatacollect

## You might like

**Forbes** ✓ @Forbes      **Follow**

**Fox News** ✓ @FoxNews      **Follow**

**The Economist** ✓ @TheEconomist      **Follow**

Show more

## What's happening

Sports · Trending      ···
**UMass**
Trending with Miami, Frank Martin

Trending in United States      ···
**ROTC**

Trending in United States      ···
**Wii Sports**

Politics · Trending      ···
**Oakland County**

Show more

Terms of Service | Privacy Policy | Cookie Policy |
Accessibility | Ads info | More ··· | © 2026 X Corp.

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Premium

Profile

More

**Post**

**You might like**

**Forbes** ✓
@Forbes    **Follow**

**Fox News** ✓
@FoxNews    **Follow**

**The Economist** ✓
@TheEconomist    **Follow**

Show more

iyo.ai ✓

**Improve yourself at work and in life. Learn about complex topics intuitively through conversation with deep experts. Entertain yourself interacting with remarkable people from history or with fascinating fictional characters. Get more done with less effort.**

💬        ⟲ 1        ♡ 2        📊 356        🔖  ⬆️

**iyo.ai** ✓  @iyo_audio · Mar 29, 2024
Talk to #AI - not just characters, but agents that enhance your life: bit.ly/iyo-ai

#voiceAI #audio #sound #LLM #voiceai #azure #openai #ArtificialInteligence

💬        ⟲ 3        ♡ 3        📊 652        🔖  ⬆️

**iyo.ai** ✓  @iyo_audio · Mar 26, 2024
We are gearing up for some BIG announcements. You can get a sneak peek:

- Talk to #AI: bit.ly/iyo-ai
- Launch your own in the IYO Developer Studio: iyo.studio/join

#LLM #OpenAI #Azure #VoiceAI #technology #innovation #developer #coding #software #iOS

💬        ⟲ 2        ♡ 2        📊 318        🔖  ⬆️

 **qe.datacollect**
@qedatacollect    ...

**iyo.ai** ✓  @iyo_audio · Mar 25, 2024
Want to know what the future holds? Consult your #LLM - based #AI psychic.

**What's happening**

Sports · Trending
**UMass**
Trending with  Miami, Frank Martin

Trending in United States
**ROTC**

Trending in United States
**Wii Sports**

Politics · Trending
**Oakland County**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy  |
Accessibility  |  Ads info  |  More ···  © 2026 X Corp.

X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Premium

Profile

More

Post

iyo.ai 🟡
51 posts

↓2        ↕2        ♡2        ᴵₗₗ 318        🔖 ⬆

iyO  **iyo.ai** ✓ @iyo_audio · Mar 25, 2024        ⊘ ···
Want to know what the future holds? Consult your #LLM - based #AI psychic.

apps.apple.com/us/app/iyo-ai/...



💬        ⟲        ♡        ᴵₗₗ 257        🔖 ⬆

iyO  **iyo.ai** ✓ @iyo_audio · Mar 21, 2024        ⊘ ···
The IYO Developer Studio empowers anyone to create and launch #LLM-based Character Agents.

Talk to these agents today: lnkd.in/eRnfcJTD

Launch your own: iyo.studio/join

#AI #LLM #OpenAI #Azure #VoiceAI #technology #innovation #developer #coding #software

💬        ⟲2        ♡2        ᴵₗₗ 330        🔖 ⬆

iyO  **iyo.ai** ✓ @iyo_audio · Jan 26, 2024        ⊘ ···
Hello world. 🚀

💬        ⟲        ♡2        ᴵₗₗ 192        🔖 ⬆

**You might like**

F  **Forbes** ✓
   @Forbes                Follow

FOX NEWS  **Fox News** ✓
          @FoxNews       Follow

E  **The Economist** ✓
   @TheEconomist         Follow

Show more

**What's happening**

Sports · Trending                ···
**UMass**
Trending with Miami, Frank Martin

Trending in United States        ···
**ROTC**

Trending in United States        ···
**Wii Sports**

Politics · Trending              ···
**Oakland County**

Show more

Terms of Service  |  Privacy Policy  |  Cookie Policy
Accessibility  |  Ads info  |  More ···  © 2026 X Corp.

qe.datacollect
@qedatacollect  ···



X

Home

Explore

Notifications

Follow

Chat

Grok

Bookmarks

Creator Studio

Premium

Profile

More

**Post**

iyo.ai
51 posts

**Follow**

iyo.ai @ @iyo_audio · Jan 26, 2024
Hello world. 🚀

♡ 2          ul 192

## You might like

**Forbes** @
@Forbes                                    **Follow**

**Fox News** @
@FoxNews                                   **Follow**

**The Economist** @
@TheEconomist                              **Follow**

Show more

## What's happening

Sports · Trending                          ...
**UMass**
Trending with Miami, Frank Martin

Trending in United States                  ...
**ROTC**

Trending in United States                  ...
**Wii Sports**

Politics · Trending                        ...
**Oakland County**

Show more

Terms of Service   |   Privacy Policy   |   Cookie Policy   |
Accessibility   |   Ads info   |   More ···   © 2026 X Corp.

 **qe.datacollect**
@qedatacollect   ...

