# EXHIBIT N

**Page Vault**

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/reel/DP2AQnQjIaD/?igsh=NTc4MTIwNjQ2YQ%3D%3D |
| Page loaded at (UTC): | Thu, 12 Mar 2026 20:44:44 GMT |
| Capture timestamp (UTC): | Thu, 12 Mar 2026 20:47:05 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| Capture ID: | sgRAc4p3cWwVGNAJcKaukF |



**iyo.audio** • Follow
Original audio

**iyo.audio** 21w
More than audio.
iyO One listens, adapts, and thinks
alongside you.

**film_by_him_page** ✓ 2w
Innovative idea and amazing
product team @iyo.audio 💯
Like   Reply

💬 3

October 15, 2025

Log in to like or comment.

processing it

More posts from iyo.audio



Document title: Instagram
Capture URL: https://www.instagram.com/reel/DP2AQnQjIaD/?igsh=NTc4MTIwNjQ2YQ%3D%3D
Capture timestamp (UTC): Thu, 12 Mar 2026 20:47:05 GMT



**See more posts**

Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Meta AI   Threads   Contact Uploading & Non-Users   Meta Verified

English ∨        © 2026 Instagram from Meta

Document title: Instagram
Capture URL: https://www.instagram.com/reel/DP2AQnQjIaD/?igsh=NTc4MTIwNjQ2YQ%3D%3D
Capture timestamp (UTC): Thu, 12 Mar 2026 20:47:05 GMT

Page 2 of 2