# EXHIBIT O

Case 3:25-cv-04861-TLT    Document 123-15    Filed 03/13/26    Page 2 of 38

# WIRED

SUBSCRIBE

**MAXWELL ZEFF**    BUSINESS    FEB 10, 2026 12:45 AM

# OpenAI Abandons 'io' Branding for Its AI Hardware

**A court filing in a trademark lawsuit reveals OpenAI won't use the name "io" for its AI hardware device, which isn't expected to ship until 2027.**



OpenAI CEO Sam Altman speaks to members of the press in Sun Valley, Idaho, in this July 2025 photo. PHOTOGRAPH: KEVIN DIETSCH/GETTY IMAGES

☰   **WIRED**                                                              👤   SUBSCRIBE

## Don't just keep up. Get ahead—with our biggest stories, handpicked for you each day.

| |
|---|

**SIGN UP**

By signing up, you agree to our user agreement (including class action waiver and arbitration provisions), and acknowledge our privacy policy.



**Subscribe to listen** • 3 minutes

**OPENAI WILL NOT** use the name "io" for its forthcoming line of AI hardware devices, according to a Monday court filing.

The motion is part of a trademark infringement lawsuit filed last year by audio device startup iyO, which sued OpenAI after the ChatGPT maker acquired famed Apple designer Jony Ive's startup io. Peter Welinder, OpenAI's vice president and general manager, said in the filing that OpenAI had reviewed its product-naming strategy and "decided not to use the name 'io' (or 'IYO,' or any capitalization of either) in connection with the naming, advertising, marketing, or sale of any artificial intelligence–enabled hardware products."

Welinder also said that OpenAI now has a better understanding of the timeline for getting its devices to market. In the filing, the company said its first hardware device won't ship to customers before the end of February 2027.

☰   **WIRED**                                                               ⦿ **SUBSCRIBE**

In a statement, an OpenAI spokesperson said: "We have decided to move forward with a new name, which we look forward to sharing in the future."

The news comes as wild rumors continue to spread about OpenAI's hardware efforts. A now debunked Reddit thread went viral over the weekend, claiming that OpenAI had pulled a Super Bowl ad unveiling its forthcoming device. Someone posted the alleged ad, which featured the actor Alexander Skarsgård wearing a pair of silver headphones and tapping a reflective puck. The video was shared widely on social media, including by Reddit cofounder Alexis Ohanian.

OpenAI spokesperson Lindsay McCallum confirmed to WIRED that the company had nothing to do with the ad in question.

OpenAI announced in May 2025 that it would acquire Jony Ive's secretive consumer hardware subsidiary for $6.5 billion, marking the company's largest acquisition ever. At the time, io was marketed as a new company that would merge with OpenAI to create a family of AI devices.

Since then, the company has been embroiled in a messy trademark infringement lawsuit that's likely revealed more than OpenAI would have liked about its devices. iyO claims that OpenAI and io executives met with iyO leaders and tested the company's AI audio technology before the acquisition was announced.

OpenAI leaders previously revealed in filings related to this lawsuit that the prototype CEO Sam Altman mentioned in io's launch video was "not an in-ear device, nor a wearable device."

*Update: 2/10/26 1 pm EDT: This story has been updated with comment from OpenAI.*

## You Might Also Like



[Maxwell Zeff](#) is a senior writer at WIRED covering the business of artificial intelligence. He was previously a senior reporter with TechCrunch, where he broke news on startups and leaders driving the AI boom. Before that, Zeff covered AI policy and content moderation for Gizmodo, and wrote some of Bloomberg's … Read More

SENIOR WRITER

TOPICS    OPENAI    APPLE    DESIGN    HARDWARE    COPYRIGHT

# Don't Just Keep Up. Get Ahead

Sign up for the *Daily* newsletter to get our biggest stories, handpicked for you each day.

[                                                                    ]

**SIGN UP**

By signing up, you agree to our user agreement (including class action waiver and arbitration provisions), and acknowledge our privacy policy.



## Anthropic Hits Back After US Military Labels It a 'Supply Chain Risk'

Anthropic says it would be "legally unsound" for the Pentagon to blacklist its technology after talks over military use of its artificial intelligence models broke down.

MAXWELL ZEFF

3/9/26, 8:37 PM
Case 3:25-cv-04861-TLT     Document 123-15     Filed 03/13/26     Page 7 of 38
OpenAI Abandons io Branding for its AI Hardware | WIRED



## What Is That Mysterious Metallic Device US Chief Design Officer Joe Gebbia Is Using?

Gebbia was reportedly spotted at a San Francisco coffee shop using an unidentified pair of earbuds with a circular disc that looks similar to the device seen in a recent OpenAI hoax ad.

REECE ROGERS



OpenAI Abandons io Branding for its AI Hardware | WIRED

☰    **WIRED**

👤    SUBSCRIBE



## Trump Moves to Ban Anthropic From the US Government

President Donald Trump's sudden order comes after the Defense Department pressured Anthropic to drop restrictions on how its AI can be used by the military.

WILL KNIGHT



## This Jammer Wants to Block Always-Listening AI Wearables. It Probably Won't Work

Deveillance's Spectre I, developed by a recent Harvard grad, wants to give people control over the always-on wearables surrounding their lives. The problem? Physics.

BOONE ASHWORTH





## OpenAI Had Banned Military Use. The Pentagon Tested Its Models Through Microsoft Anyway

Sources allege the Defense Department experimented with Microsoft's version of OpenAI technology before the ChatGPT-maker lifted its prohibition on military applications.

MAXWELL ZEFF

Case 3:25-cv-04861-TLT    Document 123-15    Filed 03/12/26    Page 11 of 38

☰    **WIRED**    👤    SUBSCRIBE



## What AI Models for War Actually Look Like

While companies like Anthropic debate limits on military uses of AI, Smack Technologies is training models to plan battlefield operations.

WILL KNIGHT



☰  **WIRED**                                                    𝑸  SUBSCRIBE



## How Chinese AI Chatbots Censor Themselves

Researchers from Stanford and Princeton found that Chinese AI models are more likely than their Western counterparts to dodge political questions or deliver inaccurate answers.

ZEYI YANG

OpenAI Abandons .io Branding for its AI Hardware | WIRED



## AI Is Here to Replace Nuclear Treaties. Scared Yet?

The last major nuclear arms treaty between the US and Russia just expired. Some experts believe a combination of satellite surveillance, AI, and human reviewers can take its place. Others, not so much.

MATTHEW GAULT



3/9/26, 8:37 PM

Case 3:25-cv-04861-TLT

Document 123-15

Filed 03/12/26

Page 14 of 38

OpenAI Abandons io Branding for its AI Hardware | WIRED



SUBSCRIBE





# EXHIBIT
# PAGE BREAK

3/9/26, 8:51 PM
Curious About OpenAI's AI Device? Don't Expect Anything Until 2027 | PCMag
Case 3:25-cv-04861-TLT    Document 123-15    Filed 03/13/26    Page 16 of 38



PCMag editors select and review products <u>independently</u>. If you buy through affiliate links, we may earn commissions, which help support our <u>testing</u>.

**Home** > **News** > **AI**

# Curious About OpenAI's AI Device? Don't Expect Anything Until 2027

In a new court filing, OpenAI also says it won't use the name io.

OUR EXPERT



**James Peckham**
Reporter

With over a decade of experience reporting on consumer technology, James covers mobile phones, apps, operating systems, wearables, AI, and more.

Edited By: **Chloe Albanesius**                    February 10, 2026

    G  **Add as a preferred source on Google**

3/9/26, 8:51 PM

Case 3:25-cv-04861-T.T Curious About OpenAI's AI Device? Don't Expect Anything Until 2027 | PCMag Page 17 of 38 Document 133-15 Filed 03/13/26



(Credit: Samuel Boivin/NurPhoto via Getty Images)

OpenAI's first hardware device won't be available to buy until early 2027. We still don't know what form the gadget will take, but new documents say it will appear in February next year.

The news was shared in a court filing as part of an ongoing trademark case brought by startup Iyo against OpenAI over its use of the name io for a startup it acquired from Jony Ive last year.

A previous court order prohibited OpenAI from using io, prompting the ChatGPT maker to remove all mentions of the name from its website. The new court filing, spotted by _Wired_, says OpenAI will not use the name "io" or any variation of it for future gadgets.

ADVERTISEMENT

3/9/26, 8:51 PM

Curious About OpenAI's AI Device? Don't Expect Anything Until 2027 | PCMag

 **You May Also Like**



Skip Ad ▶|

An OpenAI representative said last month that the brand was on track to debut its first device before the end of 2026. That may still be true, as it could announce its first device late this year before putting it on sale in early 2027.

OpenAI has yet to share any details about the AI device. In October, the *Financial Times* reported it may be a screen-less device designed to sit nearby. Other AI devices have not had any success so far, from the Rabbit R1 to the Humane AI Pin. That hasn't deterred tech giants from trying; Apple is reportedly developing an AI pin of its own.

## RECOMMENDED BY OUR EDITORS

 ChatGPT Rolls Out Ads. Here's How to Avoid Them for Free

 Anthropic Tones Down Its 'No Ads on Claude' Super Bowl Commercial

A post on Reddit over the weekend, meanwhile, led many to believe OpenAI was set to debut its new hardware in a Super Bowl ad. The now-debunked hoax was posted by someone claiming to have footage of an ad showing actor Alexander Skarsgård interacting with a shiny orb device called the Dime as well as earbuds. OpenAI soon confirmed the post was fake; its actual Super Bowl ad focused on the Codex tool.

ADVERTISEMENT





OpenAI Super Bowl 2026 | Codex | You Can Just Build Things

*Disclosure: Ziff Davis, PCMag's parent company, filed a lawsuit against OpenAI in April 2025, alleging it infringed Ziff Davis copyrights in training and operating its AI systems.*

3/9/26, 8:51 PM

Case 3:25-cv-04861-TLT    Document 123-15    Filed 03/13/26    Page 20 of 38

Curious About OpenAI's AI Device? Don't Expect Anything Until 2027 | PCMag

## About Our Expert



**James Peckham**
Reporter



### Experience

I've been a journalist for over a decade after getting my start in tech reporting back in 2013. I joined PCMag in 2025, where I cover the latest developments across the tech sphere, writing about the gadgets and services you use every day. Be sure to send me any tips you think PCMag would be interested in.

### Areas of Expertise

Mobile Phones    Operating Systems    Mobile Apps    Games    Security    Wearables    AI

### Latest By James Peckham

- Amazon Bringing Its Zoox Robotaxi Testing to 2 New Cities
- Amazon Ups Pokémon Pokopia Price by $10 Due to High Demand
- Vizio Tells New Customers to Use a Walmart Account to Sign Into Their TV
- How Much Did You Pay? Sony May Be Trialing Dynamic Pricing for PS5 Games
- Hackers Are Trying to Steal LastPass Vault Details With Fake Support Emails
- More from James Peckham

**READ FULL BIO**

3/9/26, 8:51 PM
Case 3:25-cv-04861-TLT    Document 123-15    Filed 03/13/26    Page 21 of 38
Curious About OpenAI's AI Device? Don't Expect Anything Until 2027 | PCMag.

## APPLE

### I Tried the $599 MacBook Neo. Apple Just Flipped the Budget-Laptop Script

BY JOE OSBORNE

### Apple iPhone 17 vs. iPhone 17e: Read This Before Spending the Extra $200

BY WILL GREENWALD

### I Saw Firsthand How Apple's M4-Powered iPad Air Supercharges Workflows

BY ERIC ZEMAN

### Ho Ne 17e Air

BY K

3/9/26, 8:51 PM
Curious About OpenAI's AI Device? Don't Expect Anything Until 2027 | PCMag

Case 3:25-cv-04861-TLT    Document 123-15    Filed 03/13/26    Page 22 of 38

KEEP SCROLLING FOR NEXT ARTICLE



## PCMag Newsletters

**Our Best Stories in Your Inbox** →

## Follow PCMag

# HONEST, OBJECTIVE, LAB-TESTED REVIEWS

PCMag.com is a leading authority on technology, delivering lab-based, independent reviews of the latest products and services. Our expert industry analysis and practical solutions help you make better buying decisions and get more from technology.

**How We Test**

**Editorial Principles**

### BEST PRODUCTS

3D Printers

Android Phones

Android Tablets

Antivirus Apps

Apple iPads

Apple iPhones

Apple Watches

Car Phone Mounts

CPUs For Gaming

Ereaders

Fastest VPNs

Fitness Trackers

Gaming Keyboards

Gaming Laptops

Case 3:25-cv-04861-TLT    Document 122-15    Filed 03/13/26    Page 23 of 38

| | |
|---|---|
| Bluetooth Speakers | Gaming Monitors |
| Graphics Cards | Robot Vacuums |
| Headphones | Smart Thermostats |
| Keyboards | Smartwatches |
| Laptops | Soundbars |
| Laptops For College Students | Tablets |
| Media Streaming Devices | Tax Software |
| Password Managers | TVs |
| Photo Printers | Video Editing Software |

VPN Services

VPNs for Android

VPNs for iPhones

VPNs for Mac

VPNs for Pornhub

VPNs for TikTok

VR Headsets

## POPULAR REVIEWS

| | |
|---|---|
| Acer Swift X 14 Review | Ecobee Smart Thermostat Review |
| Alienware Gaming Monitor (AW2725QF) Review | FreshBooks Review |
| AMD Ryzen 7 7700X Review | Google Pixel 9 Review |
| Beats Studio Buds + Review | H&R Block 2025 Review |
| Blink Outdoor 4 Review | Intuit TurboTax 2025 Review |
| Lenovo Legion Go Review | Samsung Galaxy S25+ Review |
| NordVPN Review | Samsung Galaxy S25 Ultra Review |
| Nvidia GeForce RTX 5080 Founders Edition Review | Samsung Galaxy Watch 7 Review |

ProtonVPN Review

Samsung Galaxy S25 Review

Samsung Galaxy Z Fold 6 Review

SimpliSafe Home Security System Review

Surfshark VPN Review

Windscribe VPN Review

Samsung Galaxy Watch Ultra Review

## POPULAR PRODUCT COMPARISONS ⌃

Apple AirPods 4 vs. AirPods Pro 2

Apple iPhone 16e vs. iPhone 16

Apple Watch Series 10 vs. Series 9

Nest vs. Ring

OLED vs. QLED

Proton VPN vs. NordVPN

Wi-Fi Extender vs. Mesh

Windows 11 Home vs. Pro

FreshBooks vs. QuickBooks

Mac vs. Windows

Meta Quest 3 vs. 3S

Sony PlayStation 5 vs. PlayStation 5 Pro

SSD vs. Hard Drive

## TOP EXPLAINERS ⌃

How Do Airtags Work?

How Does Starlink Work?

How to Organize Tax Documents

How to Set Up a VPN

What Is Agentic AI?

What Is an AI PC?

What Is an eSim Card?

How to Unblock Netflix With a VPN

Is Google Password Manager Safe?

What Is a Proxy Server?

What Is Microsoft Copilot?

What Is the Best Browser?

What Is USB-C?

Case 3:25-cv-04861-TLT    Document 122-15    Filed 03/13/26    Page 25 of 38

What Is Discord?

What Is Wi-Fi 6E?

What Is Wi-Fi 7?

What To Stream This Weekend

Why You Need a VPN

## POPULAR BRANDS

| | |
|---|---|
| Acer | Dell |
| Adobe | Facebook |
| AMD | Google |
| Apple | HP |
| Asus | Instagram |
| Bitdefender | Intel |
| Lenovo | NordVPN |
| LG | Nvidia |
| Microsoft | OpenAI |
| Motorola | Qualcomm |
| MSI | Samsung |
| Netflix | Sony |
| SpaceX | |
| Tesla | |
| X/Twitter | |

## SERIES

| | |
|---|---|
| All About AI | Holiday Gift Guide |
| Android | NextCar |
| Apple | Readers' Choice |

3/9/26, 8:51 PM
Curious About OpenAI's AI Device? Don't Expect Anything Until 2027 | PCMag

Case 3:25-cv-04861-TLT Document 123-15 Filed 03/13/26 Page 26 of 38

Back to School Tech

Rigged Up

Best ISPs

SecurityWatch

Connected Traveler

Weekend Project

Get Organized

Windows 11

## EVENTS

Amazon Prime Day

Cyber Monday

Apple WWDC

IFA

Black Friday

Mobile World Congress

Black Hat

RSAC

CES

Samsung Unpacked

Computex

Reviews

Best Products

Categories

Brands

Events

Series

Newsletters

Encyclopedia

Sitemap

About PCMag

Careers

Contact Us

Press Center



**CNET**

**ZDNET**

**Mashable**

**LIFEHACKER**

**EXTREMETECH**

**IGN**

**SPEEDTEST**

© 1996-2026 ZIFF DAVIS, LLC., A ZIFF DAVIS COMPANY. ALL RIGHTS RESERVED.

PCMag, PCMag.com and PC Magazine are among the federally registered trademarks of Ziff Davis and may not be used by third parties without explicit permission. The display of third-party trademarks and trade names on this site does not necessarily indicate any affiliation or the endorsement of PCMag. If you click an affiliate link and buy a product or service, we may be paid a fee by that merchant.

About Ziff Davis                     Privacy Policy

Terms of Use                         Advertise

Accessibility              Do Not Sell My Personal Information

AdChoices

# EXHIBIT
# PAGE BREAK

TECH

# OpenAI just gave a clearer timeline for shipping its mystery AI device

By Hugh Langley    ⊕ Follow



MANDEL NGAN/AFP via Getty Images

Feb 10, 2026, 4:22 AM PT                    ↗ Share    ⊓ Save

We still don't know what <u>OpenAI's mysterious hardware device</u> is — but now we have a better idea of when we might get our hands on it.

The company just revealed it doesn't expect to ship the product it's building with legendary Apple designer Jony Ive before February 2027.

The admission came in a Monday court filing by OpenAI amid a dispute with the startup Iyo, which sued OpenAI last year over the "io" trademark.

The previously known public timeline for the OpenAI device, shared by the company's chief global affairs officer at Davos last month, was a <u>product reveal</u> in the second half of 2026.

The Monday filing contained a sworn statement from Peter Welinder, the vice president and general manager at OpenAI, stating that the company expects its "first hardware device will not ship to customers before the end of February 2027."

It's unclear whether OpenAI still plans to unveil the new device later this year before shipping it in 2027. An OpenAI spokesperson did not immediately respond to a request for comment.

OpenAI announced last year that it would <u>acquire Ive's hardware</u> company, io Products, in a deal valued at nearly $6.5 billion.

In June last year, after Iyo sued OpenAI, the court issued a temporary restraining order preventing OpenAI from using the "io" trademark. <u>OpenAI then scrubbed mentions</u> of its partnership with Ive from its website, as well as a promotional video.

Case 3:25-cv-04861-TLT    Document 123-15    Filed 03/18/26    Page 31 of 38

In the Monday filing, OpenAI's lawyers said the company no longer planned to use the "io" name for its product. The company had "reevaluated the branding of their forthcoming hardware products in light of OpenAI's existing brands," they wrote in the filing, adding that the name would not be used for marketing or "sale of any artificial intelligence-enabled hardware products."

The lawyers argued that an April 2026 preliminary injunction hearing, which had been scheduled by the court, would therefore be "both unnecessary and impractical."

Wired previously reported on elements of Monday's court filing.

The secrecy surrounding Ive and OpenAI's first hardware product has sparked much speculation, including whether it will take the form of earbuds, a pen, glasses, or something else.

A video purporting to tease the new device circulated over the weekend, which OpenAI said was "totally fake." A now-deleted Reddit post claimed the video was a shelved ad teasing earbuds with actor Alexander Skarsgård.

*Have something to share? Contact this reporter via email at hlangley@businessinsider.com or Signal at 628-228-1836. Use a personal email address and a non-work device; here's our guide to sharing information securely.*

**This story is available exclusively to Business Insider subscribers. Become an Insider and start reading now.** Have an account? Log in.

**Topic** — **OpenAI**

    

# OpenAI Drops 'io' Branding for Planned AI Hardware

Published February 11, 2026

Written by

 **TechRepublic Staff**







 

We may earn from vendors via affiliate links or sponsorships. This might affect product placement on our site, but not the content of our reviews. See our Terms of Use for details.

# OpenAI says it won't use "io" to market its AI hardware, and a court filing suggests the first device won't ship before late February 2027.



Image: Andrew Neel/Unsplash

OpenAI is dropping "io" as the brand for its planned AI hardware devices, following a Monday court filing in a trademark lawsuit with audio startup iyO.

The filing also suggests the first device won't be coming any time soon, with customer shipments not expected until 2027.



## Why 'io' is out

In the court record, OpenAI vice president and general manager Peter Welinder said the company reassessed its naming plan and decided it would not use "io" (or "IYO," in any capitalization) in connection with the naming, advertising, marketing, or sale of AI-enabled hardware products, Wired reported.

The dispute stems from a trademark lawsuit filed following OpenAI's acquisition of Jony Ive's startup io. OpenAI said it plans to move forward with a new name and will share it later.

## ✕ hat we know so far

That's later than the timeline the company previously cited publicly. OpenAI had said it planned to unveil its AI device in the second half of 2026, but the filing indicates customers won't see it for quite a while after that.

Product specifics remain limited, but the filing describes an early prototype as a screenless device intended to sit on a desk and work alongside a phone and a laptop. Welinder also said OpenAI has not yet created packaging or marketing materials for the first hardware product.

**Also read: Super Bowl LX ads** show how AI companies are positioning their products for broader adoption.

---

**Share Article**

---



# TechRepublic Staff

**See all of TechRepublic's content**          →

![TechnologyAdvice] On the hunt for a **lead gen partner?** Read this guide before signing on the dotted line.   **Download Now**

✕

# EXHIBIT
# PAGE BREAK

**Topic** — **OpenAI**

    

# OpenAI Drops 'io' Branding for Planned AI Hardware

Published February 11, 2026

Written by



**TechRepublic Staff**







 On the hunt for a **lead gen partner?** Read this guide before signing on the dotted line.  

3/9/26, 8:39 PM

Case 3:25-cv-04861-TLT   Document 123-15   Filed 03/12/26   Page 37 of 38
OpenAI Drops 'io' Branding for Planned AI Hardware | TechRepublic

We may earn from vendors via affiliate links or sponsorships. This might affect product placement on our site, but not the content of our reviews. See our Terms of Use for details.

# OpenAI says it won't use "io" to market its AI hardware, and a court filing suggests the first device won't ship before late February 2027.



Image: Andrew Neel/Unsplash

OpenAI is dropping "io" as the brand for its planned AI hardware devices, following a Monday court filing in a trademark lawsuit with audio startup iyO.

The filing also suggests the first device won't be coming any time soon, with customer shipments not expected until 2027.



## Why 'io' is out

In the court record, OpenAI vice president and general manager Peter Welinder said the company reassessed its naming plan and decided it would not use "io" (or "IYO," in any capitalization) in connection with the naming, advertising, marketing, or sale of AI-enabled hardware products, Wired reported.

The dispute stems from a trademark lawsuit filed following OpenAI's acquisition of Jony Ive's startup io. OpenAI said it plans to move forward with a new name and will share it later.

## ✕ hat we know so far

Case 3:25-cv-04861-TLT    Document 123-15    Filed 03/13/26    Page 38 of 38

That's later than the timeline the company previously cited publicly. OpenAI had said it planned to unveil its AI device in the second half of 2026, but the filing indicates customers won't see it for quite a while after that.

Product specifics remain limited, but the filing describes an early prototype as a screenless device intended to sit on a desk and work alongside a phone and a laptop. Welinder also said OpenAI has not yet created packaging or marketing materials for the first hardware product.

**Also read: Super Bowl LX ads show how AI companies are positioning their products for broader adoption.**

---

**Share Article**

---



# TechRepublic Staff

**See all of TechRepublic's content    →**

On the hunt for a **lead gen partner?**
Read this guide before signing on the dotted line.

TechnologyAdvice

Download Now

✕