# EXHIBIT P

**19:12**    5G

Show replies

 **Andy** @InfiniteAndy · 1d    ...
Your name is "iyo". Theirs is "io".
That's not the same – just like "see" isn't "sea".
Or "knew" isn't "new".

You're not being robbed.
You're just losing a branding game.
If that threatens your business, change your
name, not theirs.

　♡ 5　　⟲ 1　　♡ 39　　⟷ 3.5K　　🔖　⬆

 **jason rugolo** ✓ @jasonRugolo · 1d    ...
you can't start a company called "appl" or
"googl" ... this is such an obvious fact in
trademark law that the judge issued a
restraining order.  i welcome their
competition in the market, we're all trying to
build dope products.  they just can't use our
name.

　♡ 7　　⟲ 1　　♡ 28　　⟷ 3.9K　　🔖　⬆

 **jason rugolo** ✓ @jasonRugolo · 1d    ...
there are 675 other two letter names they can
choose that aren't ours

　♡ 4　　⟲　　♡ 11　　⟷ 2.5K　　🔖　⬆

 **Lux** @0xLux · 20h    ...
I can't see how you win this in court.

　♡　　⟲　　♡　　⟷ 276　　🔖　⬆

 **Mondod** ✓ @muhndod · 20h    ...
Honestly if they're insisting on iO and you look
at their other products naming, I would run the

Post your reply

　　　　　　20+ 　　✉

# EXHIBIT
# PAGE BREAK

18:52    5G₅

← **jason rugolo**    [ Follow ]
283 posts

Posts    **Replies**    Highlights    Media

**Altitude** 💫 ✓ @alledrive · 1d    ...
Replying to @yacineMTB and @sama
Next up: Jason is in his bathroom, dead by
suicide while brushing his teeth with two
gunshot wounds in his head

💬 1    ⟲    ♡ 13    ᴵᴵᵗ 3.4K    🔖    ⬆

**jason rugolo** ✓ @jasonRugolo · 1d    ...
i am not, nor have i ever been, suicidal.

💬 1    ⟲    ♡ 13    ᴵᴵᵗ 1.3K    🔖    ⬆

**jason rugolo** ✓ @jasonRugolo · 3d    ...
we're not gonna let sam & jony steal our name.

💬 27    ⟲ 8    ♡ 112    ᴵᴵᵗ 24K    🔖    ⬆

**Show this thread**

**jason rugolo** ✓ @jasonRugolo · 1d    ...
also, holding back a few more homonyms
that chatGPT found for me like "eyo" "eio"
"ayo" etc there are 17,569 other three letter
names they could use.

💬 1    ⟲    ♡ 2    ᴵᴵᵗ 1.1K    🔖    ⬆

**jason rugolo** ✓ @jasonRugolo · 1d    ...
or to put it slightly differently, the probability
of randomly choosing a homonym of our
name out of the set of 2 and 3 letter names is
about 0.00548%

💬 2    ⟲    ♡ 4    ᴵᴵᵗ 1K    🔖    ⬆

**jason rugolo** ✓ @jasonRugolo · 1d    ...
Replying to @InfiniteAndy and @vitrupo
you can't start a company called "appl" or
"googl" ... this is such an obvious fact in
trademark law that the judge issued a