# EXHIBIT Q

**PageVault**

| | |
|---|---|
| Document title: | Ear Impressions — IYO Support |
| Capture URL: | https://www.support.iyo.audio/impressions |
| Page loaded at (UTC): | Mon, 08 Dec 2025 08:27:31 GMT |
| Capture timestamp (UTC): | Mon, 08 Dec 2025 08:28:16 GMT |
| Capture tool: | 10.70.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| Capture ID: | 9Ya4762Gryx6LKRT6nRYCJ |



# Preparing for your ear impressions

IYO has partnered with specially trained audiologists from The Ear Project to capture your ear impressions and provide you with your professional soft custom in-ears.

## What's next?

Now that you've purchased your IYO VAD PRO, a member of The Ear Project team will contact you to schedule an appointment with an audiologist who is a Bespoke Fit Specialist.



## Prepare for your appointment

Keep an eye out for the Ear Impression Kit mailed to you from IYO.

Please bring the Ear Impression Kit to your appointment and give it to the audiologist.

## Clean ears are key to a successful appointment

It's important to clear any significant wax build-up in your ears before your appointment. If you haven't cleaned your ears in a while or feel significant wax build-up, consider trying one or more of the following:

- Purchase a Wax Removal Kit at your local pharmacy (e.g., Walgreens kit, CVS kit.) These kits typically include softening drops to loosen the wax and a bulb syringe or irrigation solution to flush out the softened wax.

- Book an ear-cleaning appointment before your ear impression appointment. These are typically available at a CVS Minute Clinic and hearing centers.

- Avoid placing cotton swabs deep inside your ear canal as they may push wax further into the canal.

## What to expect a your appointment

Document title: Ear Impressions — IYO Support
Capture URL: https://www.support.iyo.audio/impressions
Capture timestamp (UTC): Mon, 08 Dec 2025 08:28:16 GMT

- Purchase a Wax Removal Kit at your local pharmacy (e.g., Walgreens kit, CVS kit.) These kits typically include softening drops to loosen the wax and a bulb syringe or irrigation solution to flush out the softened wax.

- Book an ear-cleaning appointment before your ear impression appointment. These are typically available at a CVS Minute Clinic and hearing centers.

- Avoid placing cotton swabs deep inside your ear canal as they may push wax further into the canal.

# What to expect a your appointment

## 1. Introduction

The audiologist will give you a brief overview of the process.

## 2. Assessment

The audiologist will examine your ears to ensure that they are free from wax. They will also discuss any of your preferences and concerns.

## 3. Impression Taking

The audiologist will gently insert a foam dam into your ear canal to protect your eardrum. Then they will carefully fill part of your ear canal with silicone to create a replica of your ear shape.

## 4. Comfort

Your comfort is a priority. If you experience any discomfort or need a break, please don't hesitate to let your audiologist know.

## 5. Completion

The audiologist will send your ear impressions to IYO to customize your product.

## 6. Support

We are here to support you every step of the way. If you have any questions about preparing for your appointment, please reach out to us at support@earproject.org.

©2024 IYO.AUDIO        ALL RIGHTS RESERVED

PRODUCTS
IYO ONE
VAD PRO

LEGAL
TERMS OF SERVICE
LIMITED WARRANTY POLICY
PRIVACY POLICY
RETURNS AND EXCHANGE POLICY

Document title: Ear Impressions — IYO Support
Capture URL: https://www.support.iyo.audio/impressions
Capture timestamp (UTC): Mon, 08 Dec 2025 08:28:16 GMT