# EXHIBIT R

An official website of the United States government

Here's how you know ⌄

## Trademarks Official Gazette

# Case Details

| TM 1416 | TRADEMARK OFFICIAL GAZETTE | Feb. 14, 2023 |
|---|---|---|

This page was generated on Mar. 11, 2026, 23:17:07 -0700

| **Reason for Publication** | Published for Opposition |
|---|---|
| **Mark Literal(s)** | IYO |

**IYO**

## Case Identifiers

| **Serial Number** | 97033044 | **Application Filing Date** | Sep. 16, 2021 |
|---|---|---|---|
| **Publication Date** | Feb. 13, 2023 | **Mark Type** | Trademark |
| **Register** | Principal | | |

## Mark Information                                                              −

| **Standard Character Claim** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
|---|---|
| **Mark Drawing Type** | 4 - STANDARD CHARACTER MARK |

## Related Properties Information                                                −

| **International Applications / Registrations Based on this Property** | A0120747 |
|---|---|

## Goods and Services Information                                              −

| **For** | Audio headphones; Earphones; Computers; Micro-computers; Computer hardware and recorded and downloadable software sold as a unit for the integration of data and information into an interactive audio delivery mechanism for multimedia applications; Downloadable operating system programs; Downloadable mobile |
|---|---|

operating system software; Computer hardware in the form of an earpiece and audio/visual display with preinstalled operating system software; Computer hardware and recorded and downloadable software system containing an auditory user interface in the form of a molded earpiece for use in listening to, accessing, transmitting and sharing information, applications and data in an audio format, amplifying and reducing sounds and noise, natural language processing, and allowing communication between users, electronic devices and wireless devices

| | |
|---|---|
| **International Class(es)** | 9 - Primary |
| **US Class(es)** | 21, 23, 26, 36, 38 |
| **Class Status** | ACTIVE |
| **Basis** | 1(b) , filed itu |

## Basis Information   —

| | |
|---|---|
| **Currently ITU** | Yes |

## Current Owner(s) Information   —

| | |
|---|---|
| **Owner Name** | Iyo Inc. |
| **Address** | 2606 Spring St.Redwood City, CALIFORNIA 94063 |
| **Legal Entity** | CORPORATION |
| **State or Country Where Organized** | DELAWARE |

## Attorney/Correspondence Information   —

| | |
|---|---|
| **Docket Number** | 49643.6001 |

## Examining Attorney   —

| | |
|---|---|
| **Examining Attorney** | BYRD, ALEXIS M |

### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com    **Subscribe**

About the USPTO  •  Search for patents  •  Search for trademarks

US Department of Commerce

Accessibility

Privacy Policy

Financial and Performance Data

Freedom of Information Act

Inspector General

NoFEAR Act

USA.gov



Follow us

