# EXHIBIT S

🔒 **PageVault**

Document title:               VAD Pro - Virtual Auditory Display System | iyO Audio

Capture URL:                  https://www.iyo.ai/vad-pro

Page loaded at (UTC):         Wed, 04 Mar 2026 09:44:26 GMT

Capture timestamp (UTC):      Wed, 04 Mar 2026 10:19:41 GMT

Capture tool:                 10.77.2

Collection server IP:         54.145.42.72

Browser engine:               Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36

Operating system:             Linux (Node 22.21.1)

Capture ID:                   wspFCejHs4aFefEJNLUdzW



Buy now

IYO AUDIO INTRODUCES

# VAD Pro

The world's first virtual auditory display.

OVERVIEW
VAD Pro

## VAD stands for Virtual Auditory Display - iyO's breakthrough in audio spatialization with high precision. When paired with iyO's psychoacoustics software, VAD Pro enables artists to create and render deeply immersive audio on an entirely new creative canvas.

VAD Pro is the first

Document title: VAD Pro - Virtual Auditory Display System | iyO Audio
Capture URL: https://www.iyo.ai/vad-pro
Capture timestamp (UTC): Wed, 04 Mar 2026 10:19:41 GMT

iyO    Buy now



IYO AUDIO INTRODUCES

# VAD Pro

The world's first virtual auditory display.

OVERVIEW
VAD Pro

## VAD stands for Virtual Auditory Display - iyO's breakthrough in audio spatialization with high precision. When paired with iyO's psychoacoustics software, VAD Pro enables artists to create and render deeply immersive audio on an entirely new creative canvas. VAD Pro is the first

Document title: VAD Pro - Virtual Auditory Display System | iyO Audio
Capture URL: https://www.iyo.ai/vad-pro
Capture timestamp (UTC): Wed, 04 Mar 2026 10:19:41 GMT





iyO    Buy now    ⊞    🛍 0



Document title: VAD Pro - Virtual Auditory Display System | iyO Audio
Capture URL: https://www.iyo.ai/vad-pro
Capture timestamp (UTC): Wed, 04 Mar 2026 10:19:41 GMT



VAD Pro renders audio spatially, not just left and right — but above, behind, and all around you. It's not stereo. It's a fully immersive soundstage, personalized to how your brain hears space.





iyO    Buy now    0

BESPOKE AUDIO, MADE FOR YOU

# Custom-fit to your ear and to your brain

A custom-fit tip crafted for your ear. Triple-driver acoustics, precise from 20 Hz to 20 kHz. All-day wear with audio quality that matches studio monitors. Psychoacoustics matched to your hearing brain.



What once took a Dome of speakers, now fits in your ears.

**Why stereo isn't enough**

Stereo was built for flat sound. VAD opens up a full 3D soundstage, so you can place elements all around the listener — not just left or right.

Document title: VAD Pro - Virtual Auditory Display System | iyO Audio
Capture URL: https://www.iyo.ai/vad-pro
Capture timestamp (UTC): Wed, 04 Mar 2026 10:19:41 GMT

*iyO*    Buy now

BESPOKE AUDIO, MADE FOR YOU

# Custom-fit to your ear and to your brain

A custom-fit tip crafted for your ear. Triple-driver acoustics, precise from 20 Hz to 20 kHz. All-day wear with audio quality that matches studio monitors. Psychoacoustics matched to your hearing brain.



Mix + Master on a breakthrough audio

What once took a Dome of speakers, now fits in your ears.

### Why stereo isn't enough

Stereo was built for flat sound. VAD opens up a full 3D soundstage, so you can place elements all around the listener — not just left or right.

Document title: VAD Pro - Virtual Auditory Display System | iyO Audio
Capture URL: https://www.iyo.ai/vad-pro
Capture timestamp (UTC): Wed, 04 Mar 2026 10:19:41 GMT



iyO

Buy now

**Why stereo isn't enough**

Stereo was built for flat sound. VAD opens up a full 3D soundstage, so you can place elements all around the listener — not just left or right.

**Research-grade roots**

**From R&D to real-time**

**Precision, miniaturized**

VAD Pro combines 7 DSP cores, integrated head tracking, and triple driver acoustics to generate impeccable soundscapes.

The

※ TECHNICAL FEATURES

Dynamic driver + Twin Balanced Armature, DSP crossover

5.69MM

27.18MM                              27.18MM



iyO    Buy now

VAD Pro

custom-fit silicone tips (R + l)

What is VAD?    +

How is VAD different than spatial audio?    +

Can I just use VAD Pro and VAD software with Daws?    +

Can I use VAD Pro as my stage monitor with my body pack?    +

Is the price of the custom fit included?    +

Can I use VAD Pro as with my body pack?                                 +

Is the price of the custom fit included?                                +

What is your return policy?                                             +

Is the VAD software compatible with my system?                         +

How do I reach you if I have other questions?                          +



Document title: VAD Pro - Virtual Auditory Display System | iyO Audio
Capture URL: https://www.iyo.ai/vad-pro
Capture timestamp (UTC): Wed, 04 Mar 2026 10:19:41 GMT