# EXHIBIT T

   

`DOMAINS`

# What are the most common domain extensions in 2026?

November 14, 2025 • 10 min read

 Derek Miller



Image credit: Pixuliana - stock.adobe.com

    

**In this article**  ⌄

Let AI help you find the perfect domain name.

x

We serve cookies. We use cookies and similar technologies to offer a customized browsing experience, measure and improve performance of our website, provide customer support, and deliver personalized advertising. To manage your cookie and privacy preferences, please click "Manage". For more information about our use of cookies and similar technology, please see our Privacy Policy

Manage

💬 Contact Us

in 2026, today's domain space is full of alternatives that let you define your identity your way, like .ai for tech innovators, .store for ecommerce brands, or .co for startups ready to scale.

A domain extension is the combination of characters following the period in a web address. Before choosing the best domain name for your business, remember that it should:

- **Be easy to read and remember.** Avoid misspellings, numbers, or hyphens. For example, choose CoolDomainForYou.com instead of KewlDomain4U.com.

- **Pick the right domain extension (TLD).** Your choice may depend on your business type, industry, or what's available. Browse GoDaddy's domain plans and pricing to see what fits best.

- **Reflect your brand.** Search for domain names that include your business name, slogan, or keywords related to your niche.

## Get your business domain name

| Search the domain you want | **SEARCH** |

Need help narrowing it down? Below, we'll explore the most common domain extensions in 2026 and break down the differences between .com, .net, .org, and other extensions so you can choose the right fit for your website.



New Domain...But Haven't Built a Website Yet?

We serve cookies. We use cookies and similar technologies to offer a customized browsing experience, measure and improve performance of our website, provide customer support, and deliver personalized advertising. To manage your cookie and privacy preferences, please click "Manage". For more information about our use of cookies and similar technology, please see our Privacy Policy

Menu ⌄                                                                                              🔍

Choosing the right extension can influence everything from brand perception to search visibility. While some extensions are widely recognized and trusted, others help you stand out within your industry or target market.



## The top 15 most popular domain extensions in 2026

When it comes to choosing the right domain, you should start with familiarity. Look for what domain extensions are most prevalent in your space and choose one that aligns with your brand and consumer expectations. This typically means selecting a TLD that is popular.

**Here are 15 of the most common domain extensions to consider.**

1. **.com** — Most popular domain extension for any business and widely recognized

2. **.net** — Good for tech or web-based companies since it derives from the term "network"

3. **.org** — Popular choice for non-governmental organizations or informational websites, but not suggested for commercial use.

4. **.co** — Newer and shorter alternative to .com and more in line with younger generations

5. **.us** — Reserved for citizens and entities in the United States.

6. **.ai** — Increasingly used by tech companies and startups in artificial intelligence to signal innovation and forward thinking.

7. **.io** — Originally tied to the British Indian Ocean Territory, but now popular with software, gaming, and tech startups for its modern, digital appeal.

8. **.xyz** — A flexible, trendy option embraced by creators, web3

We serve cookies. We use cookies and similar technologies to offer a customized browsing experience, measure and improve performance of our website, provide customer support, and deliver personalized advertising. To manage your cookie and privacy preferences, please click "Manage". For more information about our use of cookies and similar technology, please see our Privacy Policy

10. **.pro** — Tailored for professionals and service providers who want to highlight their expertise and credibility online.

11. **.store** — Similar to .shop, but often preferred by retail brands looking for a clean, direct way to showcase their online storefront. Read this guide to starting an online store for more details.

12. **.online** — A versatile choice for businesses, personal brands, or digital creators wanting to emphasize their online presence.

13. **.inc** — A premium extension that appeals to incorporated businesses seeking a polished, authoritative domain name.

14. **.llc** — Ideal for limited liability companies that want to reinforce their business structure and legitimacy to visitors.

15. **.info** — Best suited for informational or educational websites where sharing knowledge or data is the primary goal

The domain extension you select has a much more important role than you might think. Let's explore the 15 most common domain extensions and why you should consider that extension for your new website.

Your business needs a website.

Launch it today

# 1. .com

A .com domain extension is hands-down the most popular TLD available. It was originally used to designate for-profit businesses, but has now become the go-to for nearly any type of site. Because it's so familiar, people instinctively type .com when entering a web address, which helps boost recognition and credibility.

Examples of popular .com websites include:

- Google.com
- Amazon.com
- Facebook.com
- YouTube.com

If your ideal .com is already taken, you can explore premium domain name options, purchase the domain from the current owner, or set up a domain backorder to get notified when it becomes available.

Related: Buying and selling domain names for profit

We serve cookies. We use cookies and similar technologies to offer a customized browsing experience, measure and improve performance of our website, provide customer support, and deliver personalized advertising. To manage your cookie and privacy preferences, please click "Manage". For more information about our use of cookies and similar technology, please see our Privacy Policy

## 2. .net

Much like the **.com** extension, **.net** (short for network) is open to anyone. What was originally intended for internet service providers or networks has now become a popular alternative to **.com** websites. It's less crowded than .com, so you're more likely to find your desired name available. However, the .net TLD is best suited for companies with a digital or technical focus, as other industries may confuse visitors.

Some of the most popular internet brands in the world have a **.net** extension:

- Slideshare.net
- Behance.net
- Minecraft.net



**Find your perfect .net domain name**

| Search the .net you want | SEARCH |

## 3. .org

The .org extension was originally designed to represent not-for-profit organizations, but is now available to anyone. It's a popular domain extension for many non-governmental organizations, nonprofits, politicians and political parties, and online communities. Because it's one of the original TLDs, .org carries strong recognition and authority, and it's often easier to find available names than .com. However, it's not ideal for ecommerce or for-profit brands because users don't typically associate .org with selling products.

Examples of well-known .org websites include:

- Wikipedia.org
- DoctorsWithoutBorders.org
- UNICEF.org



**Find your perfect .org domain name**

| Search the .org you want | SEARCH |

We serve cookies. We use cookies and similar technologies to offer a customized browsing experience, measure and improve performance of our website, provide customer support, and deliver personalized advertising. To manage your cookie and privacy preferences, please click "Manage". For more information about our use of cookies and similar technology, please see our Privacy Policy

Case 3:25-cv-04861-TLT    Document 123-20    Filed 03/13/26    Page 7 of 14

This TLD works well for companies positioning themselves as innovative or trend-driven. It's also more available and affordable than many premium .com domains. The only downside is that some users may accidentally type .com out of habit.

Examples of brands using .co:

- Angel.co
- 500.co
- Vine.co

**Find your perfect .co domain name**

Search the .co you want                          SEARCH

## 5. .us

Another popular domain extension is **.us**. Unlike the domains above, which are open to anyone, the .us TLD is reserved for citizens and entities in the United States. You can be an individual, corporation, or nonprofit organization, but you must be a permanent resident or have your business operations prominently in the United States. It's a great choice if your business targets U.S. customers or you want to include patriotism in your marketing, but it's less suitable for companies with international audiences.

Examples of sites using .us:

- Vote.us
- Zoom.us
- Whos.amung.us

**Find your perfect .us domain name**

Search the .us you want                          SEARCH

## 6. .ai

The .ai TLD has quickly become a favorite among tech companies, startups, and innovators in artificial intelligence. While it originally represented the country code for Anguilla, it's now widely recognized as a symbol of cutting-edge technology and forward thinking. This



We serve cookies. We use cookies and similar technologies to offer a customized browsing experience, measure and improve performance of our website, provide customer support, and deliver personalized advertising. To manage your cookie and privacy preferences, please click "Manage". For more information about our use of cookies and similar technology, please see our Privacy Policy

3/9/26, 9:16 PM
Case 3:25-cv-04861-TLT   Document 123-20   Filed 03/13/26   Page 8 of 14
What Are the Most Common Domain Extensions in 2026 - GoDaddy

- Open.ai
- Character.ai
- Jasper.ai

Related: What is an .ai domain?

**Find your perfect .ai domain name**

Search the .ai you want   **SEARCH**

# 7. .io

Originally tied to the British Indian Ocean Territory, the .io TLD has evolved into a favorite among developers, SaaS companies, and gaming platforms. It feels clean and cutting-edge, making it a strong choice for digital-first brands that want to appear sleek and innovative.

A few .io domain examples are:

- Notion.io
- Opensea.io
- Retool.io

Related: What is an .io domain?

**Find your perfect .io domain name**

Search the .io you want   **SEARCH**

# 8. .xyz

.xyz is a creative and unconventional domain extension that appeals to brands and individuals who want to stand out. It's popular among creators, blockchain projects, and next-generation businesses looking for something bold and memorable.

A few sites that use the .xyz TLD:

- Mirror.xyz
- Gnosis.xyz
- Sandbox.xyz

We serve cookies. We use cookies and similar technologies to offer a customized browsing experience, measure and improve performance of our website, provide customer support, and deliver personalized advertising. To manage your cookie and privacy preferences, please click "Manage". For more information about our use of cookies and similar technology, please see our Privacy Policy

## 9. .shop

The .shop TLD immediately tells visitors they're in a place to browse and buy. This TLD works great for retailers and ecommerce businesses who want to highlight their products front and center while keeping their web address short and intuitive.

.shop is used by sites like:

- Doshi.shop
- Flavor.shop
- Balsamico.shop

**Find your perfect .shop domain name**

| Search the .shop you want | SEARCH |

## 10. .pro

.pro is a domain extension that helps establish authority and trust. It's a fitting choice for consultants, freelancers, doctors, lawyers, or anyone offering professional services. A .pro TLD reinforces your credibility while keeping your domain concise and polished.

Examples of .pro domains include:

- Cutout.pro
- Deckshop.pro
- Wellandgood.pro

**Find your perfect .pro domain name**

| Search the .pro you want | SEARCH |

## 11. .store

The .store TLD is designed for retail and ecommerce brands. It makes your online shop instantly recognizable and pairs well with your main .com domain to create a direct storefront. The .store TLD helps customers know exactly where to go when it's time to buy.

We serve cookies. We use cookies and similar technologies to offer a customized browsing experience, measure and improve performance of our website, provide customer support, and deliver personalized advertising. To manage your cookie and privacy preferences, please click "Manage". For more information about our use of cookies and similar technology, please see our Privacy Policy

Case 3:25-cv-04861-TLT    Document 123-20    Filed 03/13/26    Page 10 of 14

**Find your perfect .store domain name**

| Search the .store you want | **SEARCH** |

## 12. .online

As one of the most adaptable domain extensions, .online works for virtually any type of business or personal brand. It emphasizes accessibility and presence. The .online TLD is great for freelancers, startups, and organizations that operate fully on the web.

Take a look at these websites that use .online:

- Notepad.online
- Photo-math.online
- Upahead.online

**Find your perfect .online domain name**

| Search the .online you want | **SEARCH** |

## 13. .inc

Professional, credible, and high-end, .inc is a premium domain extension built for incorporated businesses. It instantly signals legitimacy and corporate standing, making it a strong choice for established companies and startups aiming for an executive image. A .inc TLD can also improve investor and client confidence.

Some .inc examples include:

- Docebo.inc
- Whill.inc
- Self.inc

**Find your perfect .inc domain name**

| Search the .inc you want | **SEARCH** |

## 14. .llc

We serve cookies. We use cookies and similar technologies to offer a customized browsing experience, measure and improve performance of our website, provide customer support, and deliver personalized advertising. To manage your cookie and privacy preferences, please click "Manage". For more information about our use of cookies and similar technology, please see our Privacy Policy

Case 3:25-cv-04861-TLT    Document 123-20    Filed 03/13/26    Page 11 of 14

Examples of sites using .llc:

- Elk.llc
- Protect.llc
- Southshore.llc

### Find your perfect .llc domain name

| Search the .llc you want | SEARCH |

## 15. .info

.info is ideal for websites focused on education, data, or resources. It signals that your content is there to inform, not sell, making it perfect for blogs, directories, and informational hubs. The .info TLD helps establish your site as a go-to source for reliable knowledge.

A few sites that use .info include:

- Activehouse.info
- Adducation.info
- Activeadmin.info

### Find your perfect .info domain name

| Search the .info you want | SEARCH |

# Your ideal domain extension is waiting

There are a lot of considerations that go into picking out the perfect domain name. In addition to finding a name that reflects your personal or brand identity — and is easy to remember and type — you must also make sure the domain extension is available and aligns with your needs. If you're looking to buy and sell a domain, the extension also matters in terms of domain value. For more on how to sell a domain, check this article.

If you're looking to start a business and register a domain using one of the most common extensions, then you should consider GoDaddy. In addition to having a large marketplace of domains, GoDaddy has an integrated AI solution – GoDaddy Airo – that can take you from idea to

We serve cookies. We use cookies and similar technologies to offer a customized browsing experience, measure and improve performance of our website, provide customer support, and deliver personalized advertising. To manage your cookie and privacy preferences, please click "Manage". For more information about our use of cookies and similar technology, please see our Privacy Policy

## Products Used



### Domains

Learn more →

---



### Derek Miller

Derek Miller, MBA is a digital marketing expert with a background in content, SEO, PR and email and social media marketing. He specializes in small to medium business growth.

More Articles by Derek Miller →

ARTICLE TAGS

DOMAIN INVESTING

GODADDY PRODUCTS

We serve cookies. We use cookies and similar technologies to offer a customized browsing experience, measure and improve performance of our website, provide customer support, and deliver personalized advertising. To manage your cookie and privacy preferences, please click "Manage". For more information about our use of cookies and similar technology, please see our Privacy Policy



**BRANDING**

March 4, 2026

## How to create a business logo in 2026: Logo design tips

Learn more →



**BUSINESS**

Mar 4, 2026

## How to start an LLC in 5 steps – 2026 complete guide

Learn more →

**BUSINESS**

Mar 2, 2026

## Top 40 best online business ideas for 2026

Learn more →



**BUSINESS**

Feb 28, 2026

## How to start an LL Oklahoma in 2026

Learn more →

**About GoDaddy**

About Us

Careers

Corporate Responsibility

Investor Relations

Legal

Newsroom

Trust Center

**Help Center**

Help Center

Small Business Research Lab

GoDaddy Blog

Contact Us

Report Abuse

Domain Registration Data Disclosure Policy

**Resources**

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Corporate Domains

We serve cookies. We use cookies and similar technologies to offer a customized browsing experience, measure and improve performance of our website, provide customer support, and deliver personalized advertising. To manage your cookie and privacy preferences, please click "Manage". For more information about our use of cookies and similar technology, please see our Privacy Policy



**Partner Programs**

Affiliates

Reseller Programs

GoDaddy Pro

Commerce Partners

**Account**

Sign In to GoDaddy

Renewals & Billing

Create Account

**Shopping**

Buy a Domain

AI Website Builder

Business Email

WordPress

Hosting

Web Security

Logo Generator

POS System

Online Payments

Phone Numbers

United States - English ∧                                            USD $ ∧

Legal        Privacy Policy        Cookies

Do not sell my personal information

Copyright © 1999 - 2026 GoDaddy Operating Company, LLC. All Rights Reserved. The GoDaddy word mark is a registered trademark of GoDaddy Operating Company, LLC in the US and other countries. The "GO" logo is a registered trademark of GoDaddy.com, LLC in the US.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.

We serve cookies. We use cookies and similar technologies to offer a customized browsing experience, measure and improve performance of our website, provide customer support, and deliver personalized advertising. To manage your cookie and privacy preferences, please click "Manage". For more information about our use of cookies and similar technology, please see our Privacy Policy