# EXHIBIT U

  

Loading...

```
    http://chatgpt.io/ |
    19:52:08 January 17, 2025

    Got an HTTP 301 response at crawl time
```

Redirecting to...

```
    https://chatgpt.com
```

Impatient?

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.