# EXHIBIT X

# Instagram

Log In    Sign Up



**iyo.audio** • Follow
California USA

**iyo.audio** 22w
Noise cancelling starts here.
A custom fit that seals to you and only you, so every detail of ANC works as it should.

**earproject_org** 22w
❤️ @earproject_org ❤️
Like  Reply

1

October 6, 2025

Log in to like or comment.

---

**More posts from iyo.audio**

# Instagram

Log In     Sign Up



Log In     Sign Up

Log In     Sign Up