# EXHIBIT Z

**amazon**  Delivering to Los Angeles 90060  ⦿ Update location

All ▼ | laptop | 🔍

🇺🇸 EN ▼ | Hello, sign in Account & Lists ▼ | Returns & Orders | 🛒 0

☰ All | Amazon Haul | Medical Care ▾ | Amazon Basics | Best Sellers | Books | Prime ▾ | 🐺 VS 🏀 | **LIVE NOW**

1-16 of over 100,000 results for **"laptop"**

Sort by: Featured ▼

**Popular Shopping Ideas**

Thinkpad

Budget

2-in-1

I7 Processor

⌄ See more

**Eligible for Free Shipping**

☐ Free Shipping by Amazon

Get FREE Shipping on eligible orders shipped by Amazon

**Delivery Day**

☐ Get It by Tomorrow

**Screen Size**

☐ Up to 13.9 in
☐ 14 to 14.9 in
☐ 15 to 15.9 in
☐ 16 in & above
☐ Up to 34 cm
☐ 35 to 39 cm
☐ 40 cm & above

**RAM Size**

☐ 32 GB
☐ 16 GB
☐ 8 GB
☐ 4 GB
☐ 2 GB

**Price**

**$9 – $330**

Reset price range

‹ Clear

Up to $450

$450 to $700

$700 to $1,000

$1,000 to $1,300

$1,300 & above

**Deals & Discounts**

All Discounts

Today's Deals

**Brands**

☐ HP
☐ Lenovo
☐ Dell
☐ Apple

---

 **Reliable Power and Performance**

Sponsored ⓘ   |   Shop HP - Official Store ›

HP USB-C 100W G6 Dock, Future-Proof Design with Ambient LED…

**$264**⁹⁹

✓prime

›

**Results**

Check each product page for other buying options.

---

Sponsored ⓘ



**NIMO 15.6" FHD Laptop, 4 Cores Intel Twin Lake (up to 3.6GHz Beat i3-10110U) 8GB RAM 256GB SSD for Student…**

4.9 ★★★★☆ (24) ⌄

**Limited time deal**

**$299**⁹⁹  List: $899.99

Save 5% with coupon

FREE delivery **Thu, Mar 19**
Or fastest delivery **Tue, Mar 17**

🌿 Recycled materials +2 more ⌄

Add to cart

+3 other colors/patterns

| | |
|---|---|
| Display Size: | **17.30 inches** |
| Disk Size: | **256 GB** |
| RAM: | **32.00 GB** |
| Operating System: | **Windows 11** |

---

Sponsored ⓘ



**Laptop 32GB RAM 512GB SSD, Laptops Computer with Pentium Gold Processor(Up to 3.4GHz), 14 Inch 1080P FH…**

4.6 ★★★★☆ (3)

**$299**⁹⁹

FREE delivery **Wed, Mar 18**
Or fastest delivery **Tue, Mar 17**

Add to cart

+1 other color/pattern

| | |
|---|---|
| Display Size: | **14 inches** |
| Disk Size: | **512 GB** |
| RAM: | **32 GB** |
| Operating System: | **11** |

---

**Overall Pick** ⓘ

**Lenovo IdeaPad 15.6 inch Business Laptop with Microsoft 365 • 2026 Edition • Intel Core • Wi-Fi 6 • 1.1TB Storage (1…**

4.3 ★★★★☆ (64) ⌄

1K+ bought in past month

**$299**⁹⁹  Typical: $369.99

FREE delivery **Tue, Mar 17**

| | |
|---|---|
| Display Size: | **15.6 inches** |
| Disk Size: | **256 GB** |
| RAM: | **4 GB** |
| Operating System: | **Windows 11 Pro** |

ASUS
acer
Microsoft

**See more**

**Customer Reviews**

★★★★☆ & Up

**Hard Drive Size**

4 TB & Above
2 TB
1 TB
501 to 999 GB
321 to 500 GB
121 to 320 GB
Up to 80 GB

**Operating System**

Windows 11 Pro
Chrome OS
Windows 11 Home
Windows 11 in S mode
Windows 10 Home
Windows 10 Pro
Windows 10 in S mode
Windows Legacy System
Mac OS
Linux

**Condition**

New
Renewed
Used

**CPU Manufacturer**

AMD
ARM
Intel
MediaTek
Qualcomm
VIA

**Processor Speed**

1 to 1.59 GHz
1.60 to 1.79 GHz
1.80 to 1.99 GHz
2.00 to 2.49 GHz
2.50 to 2.99 GHz
3.00 to 3.49 GHz
3.50 to 3.99 GHz
4.0 GHz & Above

**Processor Count**

10
8
6
5
4
2
1

**Hard Drive Type**

---

Add to cart

More Buying Choices

**Lenovo IdeaPad 14" Business Laptop with Microsoft 365 & Copilot AI, Intel Processor, 1.1TB Storage (128GB SSD + 1T...**

5.0 ★★★★★ ⌄ (1)

Limited time deal

$249.99 Typical: $549.99

FREE delivery **Wed, Mar 18**

Add to cart

| | |
|---|---|
| Display Size: | **14 inches** |
| Disk Size: | **128 GB** |
| RAM: | **4 GB** |
| Operating System: | **Windows 11** |

Sponsored ⓘ

**14" Laptop Screen Extender - 1080P IPS FHD Dual Monitor for 13"-17" Laptops Travel...**

4.8 ★★★★☆ ⌄ (36)

$94.99

FREE delivery **Wed, Mar 18**
Or fastest delivery **Sun, Mar 15**

## More results

**HP 14"Rose Gold Lightweight Laptop, with Office 365 & Copilot AI, Intel Processor, 4GB RAM Memory, 64GB SSD +...**

4.4 ★★★★☆ ⌄ (70)

Ends in 02:55:45

$199.99 Typical: $349.99

FREE delivery **Wed, Mar 18**

Add to cart

More Buying Choices
$179.99 (2 used & new offers)

| | |
|---|---|
| Display Size: | **14 inches** |
| Disk Size: | **1.1 TB** |
| RAM: | **4 GB** |
| Operating System: | **Windows 11 Home** |

**HP 14 Laptop, Intel Celeron N4020, 4 GB RAM, 64 GB Storage, 14-inch Micro-edge HD Display, Windows 11 Hom...**

4.0 ★★★★☆ ⌄ (5.2K)

6K+ bought in past month

$184.00 List: $229.99

FREE delivery **Wed, Mar 18**
Or fastest delivery **Tue, Mar 17**
Only 6 left in stock - order soon.

Add to cart

More Buying Choices
$150.00 (77+ used & new offers)

| | |
|---|---|
| Display Size: | **14.00 inches** |
| Disk Size: | **4 GB** |
| RAM: | **4 GB** |
| Operating System: | **Windows 11 S** |

**Another way to buy**

$189.99 List: $229.99

FREE delivery **Fri, Mar 20**
Or fastest delivery **Sun, Mar 15**

- Emmc
- HDD
- SSD

**Wireless Type**

- Bluetooth
- Wi-Fi

**Connectivity**

- Wi-Fi
- USB
- Bluetooth
- Ethernet
- HDMI

**Input**

- Touch Bar
- Touch Pad
- Touchscreen
- Touchscreen with Stylus Support

**Display Resolution**

- 1080i
- 1080p
- 4K
- 720i
- 720p
- 760i

**Special Features**

- HD Audio
- Anti Glare Coating
- Memory Card Slot
- Backlit Keyboard
- Fingerprint Reader
- Numeric Keypad
- Spill Resistant
- See more

**Graphics Memory**

- 8 GB & Above
- 6 to 7 GB
- 4 to 5 GB
- 2 to 3 GB
- Up to 1 GB

**RAM Technology**

- DDR3
- DDR4
- DDR5
- LPDDR3
- LPDDR4
- LPDDR4X
- LPDDR5

**Weight**

- Up to 3 Pounds
- 3 to 3.9 Pounds
- 4 to 4.9 Pounds
- 5 to 5.9 Pounds
- 6 to 6.9 Pounds
- 7 to 7.9 Pounds

---

Sponsored ⓘ

**Laptop 16-inch 8GB DDR 256GB SSD portable laptop computer, expandable to 1TB, AMD A9-9400 Radeon R5 C…**

5.0 ★★★★★ (32)

**$219**⁹⁹

FREE delivery **Thu, Mar 19**
Or fastest delivery **Wed, Mar 18**

Add to cart

Display Size: **16 inches**
Disk Size: **256 GB**
RAM: **-**
Operating System: **Windows 11 Pro**

---

**Laptop Charger for HP**

Sponsored ⓘ | 6K+ bought from this brand in past month | Shop SKSTYLE ›

**45W Laptop Charger for HP Laptop Computer,19.5V 2.31A Smart Blue Tip Power Adapter for HP Pavilion x360,Envy 11**

4.6 ★★★★☆ 7,172

$26⁵⁹

List: $27.99

✓prime

**S SKSTYLE 45W USB C Laptop Charger Replacement for HP Chromebook 13 14 11 G5, Envy x360, Spectre x360 13 15,**

4.4 ★★★★☆ 2,953

$13⁹⁹

✓prime

**USB C Laptop Charger 65w 45w fit for Lenovo ThinkPad/Chromebook/Yoga,HP Acer Asus Samsung Google**

4.2 ★★★★☆ 944

$14⁹⁹

✓prime

## More results

**HP 14" HD Laptop, Windows 11, Intel Celeron Dual-Core Processor Up to 2.60GHz, 4GB RAM, 64GB SSD,…**

4.1 ★★★★☆ (637)

400+ bought in past month

**Limited time deal**

**$148**⁴⁹ Typical price: $164.99

FREE delivery **Wed, Mar 18**
Or fastest delivery **Sun, Mar 15**
Only 7 left in stock - order soon.

See options

⚫ ⚫ ⚪ ⚪ ⚪ ⚪

Display Size: **14 inches**
Disk Size: **64 GB**
RAM: **4 GB**
Operating System: **Windows 11**

**acer Aspire Go 15 AI Ready Laptop | 15.6" FHD (1920 x 1080) IPS Display | Intel Core 3 Processor N355 | Intel Graphics |…**

4.4 ★★★★☆ (664)

1K+ bought in past month

**$279**⁹⁵

Get 1 Month of Xbox GamePass for new users

FREE delivery **Wed, Mar 18**

Display Size: **15.6 inches**
Disk Size: **128 GB**
RAM: **-**
Operating System: **Windows 11 S**

### Filters (left sidebar)

- 8 Pounds & Above

**Battery Life**
- [ ] Up to 6.9 h
- [ ] 7 to 7.9 h
- [ ] 8 to 8.9 h
- [ ] 9 h & above

**USB 3.0 Ports**
- [ ] 5 or More
- [ ] 4
- [ ] 3
- [ ] 2
- [ ] 1
- [ ] None

**Hardware Interface**
- [ ] USB
- [ ] Bluetooth
- [ ] HDMI
- [ ] 2.5mm Audio
- [ ] 3.5mm Audio
- [ ] 802.11 ac/b/g/n
- [ ] Bluetooth 4.0
- ⌄ See more

**Display Type**
- [ ] Amoled
- [ ] LCD
- [ ] LED
- [ ] OLED

**Flash Size**
- [ ] 500 GB & Above
- [ ] 250 to 499 GB
- [ ] 120 to 249 GB
- [ ] 64 to 119 GB
- [ ] 32 to 63 GB
- [ ] 8 to 16 GB
- [ ] 7 GB & Under

**Top Brands**
- [ ] Top Brands

**Video Output**
- [ ] HDMI
- [ ] DisplayPort
- [ ] VGA

**Seller**
- [ ] Epower Solutions
- [ ] Oydisen Computer
- ⌄ See more

**Model Year**
- [ ] Up to 2020
- [ ] 2021
- [ ] 2022
- [ ] 2023
- [ ] 2024

**Voltage**

### Search Results

Or fastest delivery **Tomorrow, Mar 14**

Energy efficiency ⌄

**Add to cart**

More Buying Choices

---

**HP 2026 Lightweight Portable Chromebook, 14'' HD IPS Display, Intel Quad-Core N Processor Up to 3.70GHz, 4GB…**

4.4 ★★★★⯪ ⌄ (44)

500+ bought in past month

$181⁹⁹

FREE delivery **Wed, Mar 18**
Or fastest delivery **Tomorrow, Mar 14**

Display Size: **14 inches**
Disk Size: **128 GB**
RAM: **-**
Operating System: **Chrome OS**

**Add to cart**

More Buying Choices
$176.00 (25 new offers)

---

**HP Business Laptop with Microsoft Office 365, 1TB OneDrive and 128GB SSD, 8GB RAM, 4-Core Intel 13th Gen Processo…**

4.7 ★★★★⯪ ⌄ (4)

100+ bought in past month

**Limited time deal**

$299⁹⁹ List: $499.99

FREE delivery **Mon, Mar 23**
Or fastest delivery **Tue, Mar 17**

Display Size: **14 inches**
Disk Size: **256 GB**
RAM: **-**
Operating System: **Windows 11 Home**

**Add to cart**

---

Sponsored ⓘ

**Laptop Computer 15.6 inch - Laptops with Pentium Processor Up to 3.4GHz, 8GB RAM 256GB SSD, FHD IPS…**

3.9 ★★★★☆ ⌄ (8)

100+ bought in past month

$229⁹⁹ List: $299.99

FREE delivery **Wed, Mar 18**
Or fastest delivery **Sun, Mar 15**

Display Size: **15.6 inches**
Disk Size: **256 GB**
RAM: **8 GB**
Operating System: **Windows 11**

**Add to cart**

---

**Lenovo IdeaPad Slim 3i 15.6'' FHD Laptop • Microsoft Office 365 • 1.1TB Storage • LPDDR5 • Intel 4 Cores • 128GB SSD…**

4.2 ★★★★☆ ⌄ (25)

300+ bought in past month

**Limited time deal**

$245⁹⁹ List: $319.99

FREE delivery **Mar 19 - 23**
Or fastest delivery **Tue, Mar 17**

Display Size: **15.6 inches**
Disk Size: **1.1 TB**
RAM: **4 GB**
Operating System: **Windows 11**

**Add to cart**

More Buying Choices
$209.99 (3 used & new offers)

⚪⚫

---

**HP Chromebook 14 Laptop, Intel Celeron N4120, 4 GB RAM, 64 GB eMMC, 14'' HD Display, Chrome OS, Thin Design, 4K…**

**Filters (left sidebar):**

- Up to 4 V
- 5 to 14 V
- 15 to 19 V
- 20 V & above

**Audio Output Type**
- Headphones
- Speakers

**Keyboard Type**
- Backlit
- Chiclet
- Ergonomic
- Gaming

**Number of Cells**
- 1
- 2
- 3
- 4 & above

**Premium Brands**
- Premium Brands

**Graphics Card Type**
- Dedicated
- Integrated

**Average Standby Battery Life**
- 11 h & above
- 9 to 10.9 h
- 7 to 8.9 h
- Up to 6.9 h

**Display Refresh Rate in Hertz**
- 60
- 120
- 144

**Cellular Technology**
- 4G
- 5G

**RAM Type**
- DDR DRAM
- DDR SDRAM
- DDR2 SDRAM
- DDR3 SDRAM
- DDR4 SDRAM
- DDR5 RAM
- RDRAM

ˇ See more

**Cell Composition**
- Lithium Ion
- Lithium Polymer
- Other Than Listed
- Alkaline
- Lithium Metal

**GPU Manufacturer**
- AMD
- ARM

---

**Product listings:**

4.3 ★★★★½ (2.7K)
3K+ bought in past month
$176 24
FREE delivery **Thu, Mar 19**
Or fastest delivery **Mon, Mar 16**
Add to cart
More Buying Choices

Display Size: **14 inches**
Disk Size: **64 GB**
RAM: **4 GB**
Operating System: **Chrome OS**

---

**Best Seller**

**Dell Latitude 3190 11.6" HD 2-in-1 Touchscreen Laptop Intel N5030 1.1Ghz 4GB Ram 128GB SSD Windows 11…**
Options: 5 capacities
4.1 ★★★★☆ (801)
400+ bought in past month
$154 99
FREE delivery **Mon, Mar 16**
See options
More Buying Choices
$148.00 (2 new offers)

Display Size: **11.6 inches**
Disk Size: **128 GB**
RAM: **-**
Operating System: **Windows 11 Pro**

---

**HP Stream 14" HD Laptop, Intel Processor N150, 4GB RAM, 128GB UFS, Intel Graphics, Webcam, Wi-Fi 6, Long Battery…**
Options: 3 capacities
4.1 ★★★★☆ (13)
200+ bought in past month
$189 99
FREE delivery **Tue, Mar 17**
Or fastest delivery **Mon, Mar 16**
Only 5 left in stock - order soon.
See options
More Buying Choices
$186.99 (3 new offers)

Display Size: **14 inches**
Disk Size: **128 GB**
RAM: **4 GB**
Operating System: **Windows 11 S**

⚪ ⚪ 🔴 ⚪ ⚪ ⚪ +1

---

Sponsored ⓘ

**Laptop Computer, with Pentium 6500Y, 16GB RAM, 512GB SSD, 15.6" FHD IPS Display, Long Battery Life Business…**
3.8 ★★★★☆ (5)
$259 99 List: $369.97
FREE delivery **Wed, Mar 18**
Or fastest delivery **Sun, Mar 15**
Add to cart

Display Size: **15.6 inches**
Disk Size: **512 GB**
RAM: **-**
Operating System: **11**

---

**HP 15.6 inch FHD Laptop Computer, 2026 Edition, Intel 8 cores i3 CPU, 128GB SSD, Copilot AI, Fingerprint Reader,…**
Options: 3 capacities
4.5 ★★★★½ (2)
**Limited time deal**
$299 99 List: $399.99
FREE delivery **Tue, Mar 17**
Add to cart

Display Size: **15.6 inches**
Disk Size: **128 GB**
RAM: **4 GB**
Operating System: **Windows 11**

- [ ] Intel
- [ ] MediaTek
- [ ] NVIDIA
- [ ] Qualcomm

**Memory Clock Speed**

- [ ] Up to 2.9 GHz
- [ ] 3 to 3.9 GHz
- [ ] 4 to 4.9 GHz
- [ ] 5 GHz & above

**Wi-Fi Generation**

- [ ] Wi-Fi 6
- [ ] Wi-Fi 5
- [ ] Wi-Fi 4
- [ ] Wi-Fi 6E

**Sustainability Features**

Any Feature
Energy Efficiency

⌄ See more

**Display Maximum Resolution**

- [ ] 1366 x 768
- [ ] 1920 x 1080
- [ ] 2560 x 1600
- [ ] 3840 x 2160

**Hard Disk Interface**

- [ ] Solid State
- [ ] PCIE x 4
- [ ] Serial ATA
- [ ] ATA-5
- [ ] eSATA
- [ ] Gigabit Ethernet
- [ ] PC Card

⌄ See more

**Max Resolution**

- [ ] 1024x768
- [ ] 1280x800
- [ ] 1366x768
- [ ] 1440x900
- [ ] 1536x1024
- [ ] 1600x900
- [ ] 1920x1080

⌄ See more

**Front Camera Resolution**

- [ ] 3 MP & above
- [ ] 2 to 2.9 MP
- [ ] 1 to 1.9 MP
- [ ] Up to 1 MP

**Memory Slots**

- [ ] 1
- [ ] 2
- [ ] 3
- [ ] 4

More Buying Choices

### ASUS Vivobook Go 15.6" FHD Slim Laptop, AMD Ryzen 3 7320U Quad Core Processor, 8GB DDR5 RAM, 128GB SSD,…

Options: 2 capacities

4.3 ★★★★⯪ (870)

500+ bought in past month

$290.00 List: $329.99

Get 1 Month of Xbox GamePass for new users

FREE delivery **Wed, Mar 18**
Or fastest delivery **Sun, Mar 15**
Only 8 left in stock - order soon.

🌿 Energy efficiency ⌄

| | |
|---|---|
| Display Size: | **15.6 inches** |
| Disk Size: | **128 GB** |
| RAM: | **8 GB** |
| Operating System: | **Windows 11 Home S** |

[ Add to cart ]

More Buying Choices
$246.50 (8+ used & new offers)

### HP Home and Student Essential Laptop with Microsoft 365 - 1.1TB Storage - 8GB RAM - Intel Inside | Anti-Glare Display…

4.3 ★★★★⯪ (369)

2K+ bought in past month

**Limited time deal**

$269.97 List: $399.99

FREE delivery **Mon, Mar 23**
Or fastest delivery **Tue, Mar 17**

| | |
|---|---|
| Display Size: | **14 inches** |
| Disk Size: | **64 GB** |
| RAM: | **-** |
| Operating System: | **Windows 11** |

[ Add to cart ]

### DELL LATITUDE 7420 i5 2.60GHz 16GB RAM 256GB SSD 14" Grade A (Renewed)

4.1 ★★★☆ (149)

400+ bought in past month

$281.99

FREE delivery **Wed, Mar 18**
Or fastest delivery **Tomorrow, Mar 14**

| | |
|---|---|
| Display Size: | **14 inches** |
| Disk Size: | **256 GB** |
| RAM: | **16** |
| Operating System: | **Windows 11** |

[ See options ]

More Buying Choices
$249.99 (16 used & new offers)

Sponsored ⓘ

### NIMO 15.6" IPS FHD Laptop, Intel Pentium Quad Core N100 4GB RAM 128GB SSD (Beat i3-1115G4, Up to 3.4GHz)…

5.0 ★★★★★ (6)

**Limited time deal**

$249.99 List: $399.99

FREE delivery **Thu, Mar 19**
Or fastest delivery **Tue, Mar 17**

| | |
|---|---|
| Display Size: | **15.60 inches** |
| Disk Size: | **128 GB** |
| RAM: | **16.00 GB** |
| Operating System: | **Windows 11** |

[ Add to cart ]

+5 other colors/patterns

Sponsored

Gamir ...ch
Lapto ...V150
Processor(up to 3.6GHz),...

3.8 ★★★★☆ (56)

$299⁹⁹

FREE delivery **Wed, Mar 18**
Or fastest delivery **Sun, Mar 15**

Sponsored

## Related searches

🔍 macbook

🔍 gaming laptop

🔍 computer

🔍 chromebook

🔍 eptwfu01

🔍 laptop touch screen

‹ Previous   **1**   2   3   ⋯   20   Next ›

## Brands related to your search

Sponsored

## Need help?

Visit the help section or contact us

Sponsored

## See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Ads<br>Reach customers wherever they spend their time | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account | Veeqo<br>Shipping Software Inventory Management |
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Box Office Mojo<br>Find Movie Box Office Data |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Resale<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Refurbished tech you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# EXHIBIT
# PAGE BREAK



amazon

Delivering to Los Angeles 90060
**Update location**

All ▾ | smartphones

🇺🇸 EN ▾ | Hello, sign in **Account & Lists** ▾ | Returns **& Orders** | 🛒 0

☰ All | Amazon Haul | Medical Care ▾ | Amazon Basics | Best Sellers | Books | 🏀 VS 🏀 | **LIVE NOW**

1-16 of over 100,000 results for **"smartphones"**

Sort by: Featured ▾

### Eligible for Free Shipping

☐ Free Shipping by Amazon

Get FREE Shipping on eligible orders shipped by Amazon

### Delivery Day

☐ Get It by Tomorrow

### Brands

☐ Samsung
☐ Motorola
☐ Apple
☐ Google
☐ OnePlus
☐ XIAOMI
☐ Nokia

∨ See more

### Price

**$0 – $330**



Reset price range

‹ Clear
Up to $70
$70 to $100
$100 to $200
$200 & above

### Deals & Discounts

All Discounts

Today's Deals

### Customer Review

★★★★☆ & Up

### Operating System Version

☐ Android 14
☐ Android 13.0
☐ Android 12.0
☐ Android 10.0
☐ Android 11.0
☐ Android 9.0
☐ iOS 12

∨ See more

### Storage Capacity

☐ Up to 3.9 GB
☐ 4 GB

## Results

Check each product page for other buying options.



**Samsung Galaxy A17 5G Smart Phone, 128GB, Large AMOLED, High-Res Camera, Durable Design, Super Fast...**

4.2 ★★★★☆ ∨ (154)

2K+ bought in past month

**Limited time deal**

$**179**⁹⁹  List: $199.99

FREE delivery **Wed, Mar 18**
Or fastest delivery **Tomorrow, Mar 14**

Add to cart

More Buying Choices
$165.59 (2+ used & new offers)

  

Display Size: **6.7 inches**
Memory: **128 GB**
Color: **Blue**
Brand: **Samsung**



**Moto G 5G | 2024 | Unlocked | Made for US 4/128GB | 50MP Camera | Sage Green**

4.3 ★★★★½ ∨ (5K)

2K+ bought in past month

$**127**⁰⁶  List: $199.99

FREE delivery **Wed, Mar 18**
Or fastest delivery **Tomorrow, Mar 14**

Add to cart

More Buying Choices
$89.11 (6+ used & new offers)

      +5

Display Size: **6.6 inches**
Memory: **128 GB**
Color: **Sage Green**
Brand: **Motorola**

Overall Pick ⓘ



**Samsung Galaxy A16 4G LTE (128GB + 4GB) International Model SM-A165F/DS Factory Unlocked, 6.7", Dual SIM,...**

4.3 ★★★★½ ∨ (3.5K)

4K+ bought in past month

$**132**⁹⁹

FREE delivery **Wed, Mar 18**
Or fastest delivery **Tomorrow, Mar 14**

Add to cart

More Buying Choices
$128.09 (10 new offers)

  

Display Size: **6.7 inches**
Memory: **128 GB**
Color: **Black**
Brand: **Samsung**

**Samsung Galaxy A17 5G Smart Phone, 128GB, Large AMOLED, High-Res Camera, Durable Design, Super Fast...**

4.2 ★★★★☆ ∨ (154)

8 GB

16 GB

32 GB

64 GB

128 GB

256 GB

512 GB & above

**Condition**

New

Renewed

Used

**Carrier**

AT&T Wireless

Boost Mobile

Consumer Cellular

Cricket Wireless

Metro by T-Mobile

Mint Mobile

Simple Mobile

Sprint

Straight Talk

T-Mobile

Total Wireless

TracFone Wireless

Unlocked

Verizon Wireless

Virgin Mobile

**Model Year**

2024

2023

2022

2021

2020

2019

2018

⌄ See more

**Seller**

Techrific Deals

Amazon Japan

⌄ See more

**RAM Size**

Up to 1.9 GB

2 to 3.9 GB

4 to 5.9 GB

6 to 7.9 GB

8 to 9.9 GB

10 GB & above

**Connectivity**

Bluetooth

Infrared

NFC

---

1K+ bought in past month

**Limited time deal**

$**179**⁹⁹ List: $199.99

FREE delivery **Wed, Mar 18**
Or fastest delivery **Tomorrow, Mar 14**

Add to cart

More Buying Choices
$169.28 (2+ used & new offers)

Display Size: **6.7 inches**
Memory: **128 GB**
Color: **Black**
Brand: **Samsung**

---

Motorola Moto G Stylus 5G | 2024 | Unlocked | Made for US 8/256GB | 50MP Camera | Caramel Latte | 2024,…

4.5 ★★★★⯪ ⌄ (2.7K)

500+ bought in past month

$**219**⁹⁹

FREE delivery **Wed, Mar 18**
Or fastest delivery **Sun, Mar 15**

Add to cart

More Buying Choices
$154.99 (8+ used & new offers)

Display Size: **6.7 inches**
Memory: **8 GB**
Color: **Caramel Latte**
Brand: **Motorola**

---

Moto G Power 5G | 2024 | Unlocked | Made for US 8/128GB | 50MP Camera | Midnight Blue

4.3 ★★★★⯪ ⌄ (5K)

$**128**⁵⁷

FREE delivery **Wed, Mar 18**
Or fastest delivery **Sun, Mar 15**

Add to cart

More Buying Choices
$99.99 (9+ used & new offers)

Display Size: **6.7 inches**
Memory: **128 GB**
Color: **Midnight Blue**
Brand: **Motorola**

+5

---

Motorola Moto G Play | 2024 | Unlocked | Made for US 4/64GB | 50MP Camera | Sapphire Blue

4.3 ★★★★⯪ ⌄ (5K)

2K+ bought in past month

$**114**⁰⁰ List: $149.99

FREE delivery **Wed, Mar 18**
Or fastest delivery **Sun, Mar 15**

Add to cart

More Buying Choices
$80.49 (8+ used & new offers)

**Another way to buy**

$**117**⁷⁰ List: $149.99

FREE delivery **Wed, Mar 18**
Or fastest delivery **Tomorrow, Mar 14**

+5

---

Amazon.com Smartphones $0-$300

USB
Wi-Fi

**Color**

**Screen Size**
Up to 4.9 in
5 to 5.9 in
6 to 6.9 in
7 in & above

**Top Brands**
Top Brands

**Display Type**
AMOLED
LCD
OLED

**Water Resistance Level**
Not Water Resistant
Water Repellent
Water-Resistant
Waterproof

**Battery Capacity**
Up to 2,999 mAh
3,000 to 3,999 mAh
4,000 to 4,999 mAh
5,000 to 5,999 mAh
6,000 mAh & Above

**SIM Card Slot Count**
Single SIM
Dual SIM
Triple SIM
E Sim

**Connector Type**
3.5mm Jack
Lightning
Micro USB
USB Type C

**Included Components**
USB Cable
Phone Case
Power Adapter
SIM Tray Ejector
Stylus
Audio Adapter
Headset

˅ See more

**Camera Resolution**
Up to 2.9 MP
3 to 4.9 MP

---

SAMSUNG Galaxy A03s Cell Phone, Unlocked Android Smartphone, 32GB, Long Lasting Battery, Expandable…

3.8 ★★★★☆ ˅ (89)

1K+ bought in past month

$72⁹⁹

FREE delivery **Wed, Mar 18**
Or fastest delivery **Sun, Mar 15**

See options

More Buying Choices
$61.75 (7 used & new offers)

Display Size: **6.5 inches**
Memory: **32 GB**
Color: **Black**
Brand: **Samsung**

---

SAMSUNG Galaxy A16 4G LTE (128GB + 4GB) International Model SM-A165F/DS Factory Unlocked 6.7…

4.3 ★★★★☆ ˅ (3.5K)

1K+ bought in past month

$132⁹⁴

FREE delivery **Wed, Mar 18**
Or fastest delivery **Sun, Mar 15**

Add to cart

More Buying Choices
$115.00 (7+ used & new offers)

Display Size: **6.7 inches**
Memory: **128 GB**
Color: **Light Green**
Brand: **Samsung**

---

Samsung Galaxy S22 Smartphone, Factory Unlocked Android Cell Phone, 128GB, 8K Camera & Video, Brighte…

3.9 ★★★★☆ ˅ (2.3K)

1K+ bought in past month

$188⁴⁴

FREE delivery **Wed, Mar 18**
Or fastest delivery **Sun, Mar 15**
Only 10 left in stock - order soon.

See options

More Buying Choices
$150.11 (28+ used & new offers)

Display Size: **6.1 inches**
Memory: **128 GB**
Color: **Phantom Black**
Brand: **Samsung**

---

Motorola Moto G75 5G (XT2437-2) Dual Sim 8+256GB | International Model | GSM Factory Unlocked | Compatibl…

4.3 ★★★★☆ ˅ (179)

50+ bought in past month

$205⁰⁰

FREE delivery **Wed, Mar 18**
Or fastest delivery **Tomorrow, Mar 14**

Add to cart

More Buying Choices
$199.50 (5+ used & new offers)

Display Size: **6.78 inches**
Memory: **256 GB**
Color: **Gray**
Brand: **Motorola**

---

Samsung Galaxy S22+ 5G S906U 128GB GSM/CDMA Unlocked Android Smartphone (USA Version) - Phantom…

Options: **2 sizes**

Amazon.com: Smartphones $0-$330

**Width** (sidebar filters)

- 5 to 7.9 MP
- 8 to 12.9 MP
- 13 to 19.9 MP
- 20 MP & above
  **Premium Brands**
- Premium Brands

**Width**

- Up to 1 in
- 1 to 1.9 in
- 2 to 2.9 in
- 3 in & above

**Item Height**

- Up to 1 in
- 1 to 1.9 in
- 2 to 2.9 in
- 3 in & above

**Headphones Jack**

- 3.5 mm

**Battery Type**

- Lithium-Ion
- Lithium-Polymer

**Phone Talk Time**

- Up to 9 h
- 10 to 14 h
- 15 to 24 h
- 25 h & above

**Sim Card Size**

- eSIM
- Micro
- Mini
- Nano
- Standard

**Security Feature**

- Fingerprint Recognition
- Face Recognition

**Battery Life**

- Up to 6.9 h
- 7 to 12.9 h
- 13 to 18.9 h
- 19 h & above

**GPS Navigation**

- False
- True

**Display Resolution**

- 1080 x 1920
- 1080 x 2160
- 1080 x 2246
- 1080 x 2280

---

4.1 ★★★★☆ (1.7K)
1K+ bought in past month
**$199**.95
FREE delivery **Mon, Mar 16**
Only 14 left in stock - order soon.

See options

More Buying Choices
$159.99 (24+ used & new offers)

Display Size: **6.6 inches**
Memory: **128 GB**
Color: **Phantom Black**
Brand: **Samsung**

---

**Apple iPhone 13, 128GB, Blue - Unlocked (Renewed)**
4.1 ★★★★☆ (3.6K)
1K+ bought in past month
**$279**.00 List Price: $299.00
FREE delivery **Wed, Mar 18**
Or fastest delivery **Tomorrow, Mar 14**

See options

More Buying Choices
$226.09 (53+ used & new offers)

Display Size: **6.1 inches**
Memory: **128 GB**
Color: **Blue**
Brand: **Apple**

---

**Tracfone Samsung Galaxy A16 5G, 128GB, 50MP Triple Camera, Android Smartphone, 6.5" FHD+ Super AMOLE...**
4.4 ★★★★☆ (46)
500+ bought in past month
**$59**.88
FREE delivery **Wed, Mar 18**
Or fastest delivery **Sun, Mar 15**

Add to cart

Display Size: **6.7 inches**
Memory: **8 GB**
Color: **Awesome Black**
Brand: **TracFone**

---

**Apple iPhone 14 Plus, 128GB, Midnight - Unlocked (Renewed)**
Options: 3 sizes
4.1 ★★★★☆ (7.4K)
2K+ bought in past month
**$307**.73
FREE delivery **Wed, Mar 18**
Or fastest delivery **Tue, Mar 17**

See options

More Buying Choices
$268.81 (37+ used & new offers)

Display Size: **6.7 inches**
Memory: **128 GB**
Color: **Midnight**
Brand: **Apple**

---

**Samsung Galaxy S21 5G, US Version, 128GB, Phantom Gray - Unlocked (Renewed)**
Options: 2 sizes
4.0 ★★★★☆ (18.1K)
1K+ bought in past month
**$164**.99 New Price: $304.00
FREE delivery **Wed, Mar 18**

Display Size: **6.2 inches**
Memory: **128.0 GB**
Color: **Phantom Gray**

☐ 1080 x 2340
☐ 1080 x 2400
☐ 1280 x 720

⌄ See more

**Length**

☐ Up to 3.9 in
☐ 4 to 4.9 in
☐ 5 to 5.9 in
☐ 6 in & above

**Wireless Network Technology**

☐ Wi-Fi
☐ LTE
☐ GSM
☐ CDMA
☐ UMTS
☐ Bluetooth
☐ NFC

**Supported Satellite Navigation System**

☐ GPS
☐ GLONASS
☐ BeiDou
☐ Galileo

**Average Battery Life Talk Time**

☐ Up to 4 h
☐ 5 to 9 h
☐ 10 to 19 h
☐ 20 to 24 h
☐ 25 to 29 h
☐ 30 h & above

**Flash**

☐ Dual LED
☐ Front Camera Flash
☐ LED

**Video Capture Resolution**

☐ 1080p
☐ 2K
☐ 480p
☐ 4k
☐ 720p
☐ 8k

**Aspect Ratio**

☐ 16:10
☐ 16:9
☐ 4:3
☐ 5:3

**Display Refresh Rate in Hertz**

☐ 60
☐ 90
☐ 120

Or fastest delivery **Tue, Mar 17**          Brand: **Samsung**

See options

More Buying Choices
$138.49  (24+ used & new offers)

### Related searches

| 🔍 smartphones unlocked phones | 🔍 smartphone | 🔍 phone |
|---|---|---|
| 🔍 smartphone unlocked | 🔍 iphone | 🔍 smartphone samsung |

‹ Previous    **1**    2    3    ⋯    20    Next ›

## Need help?

**Visit the help section** or **contact us**

Shop now

Sponsored ⓘ

☐ 144
☐ 160
☐ 165

**Material Features**

☐ Recyclable
☐ Temperature Resistant

**Battery Charge Time**

☐ Up to 1 h
☐ 1 to 1.9 h
☐ 2 to 2.9 h
☐ 3 h & above

**Specific Absorption Rate**

☐ Up to 1
☐ 1 to 1.9

**Effective Video Resolution**

☐ Up to 1 MP
☐ 1 to 1.9 MP
☐ 2 to 2.9 MP
☐ 3 MP & above

**Sustainability Features**

Any Feature

Energy Efficiency

⌄ See more

**GenAI Model**

☐ Gemini AI

**Input**

☐ Touchscreen
☐ Buttons
☐ Microphone
☐ Dial
☐ OCR
☐ Keyboard
☐ Keypad

⌄ See more

## See personalized recommendations

**Sign in**

New customer? Start here.

Back to top

| **Get to Know Us** | **Make Money with Us** | **Amazon Payment Products** | **Let Us Help You** |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

amazon

🌐 English ⇕        🇺🇸 United States

| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
|---|---|---|---|---|---|---|
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Refurbished tech
you can trust

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates