MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Andrew D. Skale (211096)
ADSkale@mintz.com
Micha Danzig (177923)
mdanzig@mintz.com
Laura Franco (186765)
LFranco@mintz.com
Anthony J. Viola (*pro hac vice*)
AJViola@mintz.com
Kara M. Cormier (*pro hac vice*)
KMCormier@mintz.com
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel.: (415) 432-6000

*Attorneys for Plaintiff IYO, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IYO, INC.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, OPENAI OPCO, LLC, SAM ALTMAN, SIR JONATHAN PAUL IVE, and TANG YEW TAN,<br><br>　　　　　　Defendants. | Case No. 3:25-cv-4861-TLT<br><br>**DECLARATION OF ANDREW D. SKALE IN SUPPORT OF PLAINTIFF'S REPLY MEMO ISO MTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed:　June 9, 2025<br>Judge:　Hon. Trina L. Thompson<br>Hearing: April 14, 2026 |

MINTZ, LEVIN, COHN,
FERRIS, GLOVSKY AND
POPEO, P.C.
ATTORNEYS AT LAW

DECLARATION OF ANDREW D. SKALE IN SUPPORT OF
PLAINTIFF'S REPLY MEMO ISO MOTION FOR PRELIMINARY INJUNCTION

I, Andrew D. Skale, do hereby declare as follows:

1.    I am an attorney licensed to practice in the State of California.  I am a member of the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., attorneys of record for Plaintiff IYO, Inc. ("IYO").  I submit this declaration in further support of IYO's Motion for a Preliminary Injunction. I am familiar with the events and pleadings in this action and, if called upon as a witness, could and would testify competently to the matters stated herein of my own personal knowledge.

2.    Attached hereto as **Exhibit E** is a true and correct copy of Defendants' Responses and Objections to IYO's Second Set of Requests for Production.

3.    Attached hereto as **Exhibit F** is a true and correct copy of a trademark application for the design mark IO having Serial Number 98/275,753, filed on November 17, 2023 by an entity that appears to be associated with Defendants.

4.    Attached hereto as **Exhibit G** is a true and correct copy of the trademark application for the mark IO having Serial Number 98/276,003, filed on November 17, 2023 by an entity that appears to be associated with Defendants.

5.    Attached hereto as **Exhibit H** is a true and correct copy of the trademark application for the mark IO having Serial Number 98/975,624, filed on November 17, 2023 by an entity that appears to be associated with Defendants.

6.    Attached hereto as **Exhibit I** is a true and correct copy of the trademark application for the mark IO having Serial Number 98/975,630, filed on November 17, 2023 by an entity that appears to be associated with Defendants.

7.    Attached hereto as **Exhibit J** is a true and correct copy of the trademark application for the mark IO having Serial Number 98/977,419, filed on November 17, 2023 by an entity that appears to be associated with Defendants.

8.    Attached hereto as **Exhibit K** is a true and correct copy of the trademark application for the mark IO having Serial Number 98/977,421, filed on November 17, 2023 by an entity that appears to be associated with Defendants.

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. ATTORNEYS AT LAW

- 2 -

DECLARATION OF ANDREW D. SKALE IN SUPPORT OF
PLAINTIFF'S REPLY MEMO ISO MOTION FOR PRELIMINARY INJUNCTION

9.    Attached hereto as **Exhibit L** is a true and correct copy of the trademark application for the mark IO having Serial Number 98/977,424, filed on November 17, 2023 by an entity that appears to be associated with Defendants.

10.    Attached hereto as **Exhibit M** is a true and correct copy of the trademark application for the mark IO having Serial Number 98/977,426, filed on November 17, 2023 by an entity that appears to be associated with Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 27, 2026, in San Diego, California.

 /s/ *Andrew D. Skale*
Andrew D. Skale

MINTZ, LEVIN, COHN,
FERRIS, GLOVSKY AND
POPEO, P.C.
ATTORNEYS AT LAW

- 3 -

DECLARATION OF ANDREW D. SKALE IN SUPPORT OF
PLAINTIFF'S REPLY MEMO ISO MOTION FOR PRELIMINARY INJUNCTION