MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Andrew D. Skale (211096)
ADSkale@mintz.com
Micha Danzig (177923)
mdanzig@mintz.com
Laura Franco (186765)
LFranco@mintz.com
Anthony J. Viola (*pro hac vice*)
AJViola@mintz.com
Kara M. Cormier (*pro hac vice*)
KMCormier@mintz.com
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: 415.432.6000

Attorneys for Plaintiff
IYO, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IYO, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>    Defendants. | Case No. 3:25-cv-4861<br><br>**DECLARATION OF JASON RUGOLO IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Complaint Filed:  June 9, 2025<br>Judge:  Hon. Trina L. Thompson<br>Hearing:  April 14, 2026 |

MINTZ, LEVIN, COHN,
FERRIS, GLOVSKY AND
POPEO, P.C.
ATTORNEYS AT LAW

DECLARATION OF JASON RUGOLO IN SUPPORT OF
PLAINTIFF'S REPLY MEMO ISO MOTION FOR PRELIMINARY INJUNCTION

I, Jason Rugolo, do hereby declare as follows:

1.      I am the founder and Chief Executive Officer of Plaintiff IYO, Inc. ("Plaintiff" or "IYO") in the above-captioned matter. I am over 18 years of age. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto. I make this declaration in support of Plaintiff's Reply Memo in support of its Motion for a Preliminary Injunction.

2.      I participated in the recording of the podcast episode titled "Moonshot Podcast Deep Dive: Jason Rugolo on iyO and the Future of Audio Wearables," posted to YouTube by the *X, The Moonshot Factory* YouTube channel on February 6, 2025. A true and correct copy of a transcript of that Podcast is annexed hereto as **Exhibit D**.

3.      At the time of that recording, I said that IYO was "not trying to make a mass market device yet" due to temporal and logistical constraints. IYO's initial manufacturing run consisted of 20,000 units, which we expected would be purchased primarily by tech early adopters, audiophiles, and AI enthusiasts. But IYO has always intended for the IYO One to be a mass-market device for ordinary users.

4.      That is why I described a number of possible use cases for everyday consumers on that podcast. It is also why I did the same thing on our TED Talk and why it says on our website: "Our mission is to bring natural language computing to billions of people."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 26, 2026, in Redwood City, California.



Signed by:

Jason Rugolo
C0A85E3B93034E6...

Jason Rugolo

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
ATTORNEYS AT LAW

DECLARATION OF JASON RUGOLO IN SUPPORT OF
PLAINTIFF'S REPLY MEMO ISO MOTION FOR PRELIMINARY INJUNCTION