# EXHIBIT G

Generated on: This page was generated by TSDR on 2026-03-21 11:29:03 EDT

Mark: IO

IO

US Serial Number: 98276003

Application Filing Date: Nov. 17, 2023

Register: Principal

Mark Type: Trademark, Service Mark

TM5 Common Status Descriptor:

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

Status: An Office action suspending further action on the application has been sent (issued) to the applicant. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

Status Date: Feb. 13, 2026

# Mark Information

Mark Literal Elements: IO

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

# Related Properties Information

Parent Of: 98977426, 98977424, 98975624

# Foreign Information

Priority Claimed: Yes

Foreign Application Number: 0090647

Foreign Application Filing Date: Sep. 25, 2023

Foreign Application/Registration Country: JAMAICA

# Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments in the nature of cell phones; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, namely, smartphones and tablets; network communication apparatus, namely, network services; handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware in the nature of smart watches; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; downloadable computer software that provides a user interface for interacting with artificial intelligence models; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; downloadable application development software for providing a user interface for interacting with artificial intelligence models; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices in the nature of smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players

and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, namely, wireless mice, wireless keyboards and wireless air gesture controllers; biometric identification and authentication apparatus; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; electronic virtual and augmented reality displays, goggles, controllers, and headsets; 3d spectacles; eyeglasses; sunglasses; spectacle lenses; optical glasses; cameras; electronic sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive computer touchscreens; electronic interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders other than those for use by video professionals to capture, edit and produce video, television or film ; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, and straps, all specially adapted for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; dictating machines; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; recorded computer game programs; humanoid robots having communication and learning functions for assisting and entertaining people; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use; downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; downloadable software applications for providing a user interface for interacting with artificial intelligence models; none of the foregoing for business operations and general office functions ; none of the foregoing for enabling electronic transactions and bill payments, accounting, billing, payment services, financial electronic transfer or loans; none of the foregoing for improving the effectiveness of a sales force ; none of the foregoing including human machine interface computer software to monitor, track, report and manipulate values from an automated process or machine ; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting and none of the foregoing including electric connectors, electric accumulators, mechanisms for coin-operated apparatus, cash registers, calculating machines, software for the management and control of electrical or lighting installations and products, surveillance devices, and the recharging of electrical vehicles and software for the automation of homes and buildings, namely, automation of lighting, temperature, access, sound and voice control in homes and buildings, fire extinguishers, loudspeakers, amplifiers, radio receivers, heat regulating apparatus, namely, thermostats for the control of temperature conditioning, air and heat, for use in houses and buildings, radios, apparatus and instruments for accumulating and storage of electricity, namely, electric accumulators, batteries, apparatus and instruments for controlling electric current, namely, electric controllers, current transformers, electric switches, electric connectors, electric control apparatus, namely, electric controllers, electric switches, apparatus, instruments and cables for conducting electricity, namely, electrical cables, insulated copper wire, luminous beacons, terminals electricity, namely, electrical terminal boxes, electrical terminal blocks, cabinets for loudspeakers, electric switch boxes, battery chargers for use in telephones, battery chargers, electric and electronic components, namely, electric controllers, electric switches, electricity connectors, coaxial connectors, namely, coaxial plugs, coaxial cables, cable connectors, audio cable connectors, electric plugs, namely, jack plugs, optical fiber connectors, smoke detectors, intruder detection devices other than for vehicles, namely, alarm monitoring systems, alarm sensors, indicators and controllers, namely, electric indicator broads, electronic indicator boards, electric switches, differential switches, electric switches, namely, electric switches for the management and control of electrical or lighting installations, limiters for electricity, fuse holders, namely, panel-mounted fuse holders for use with electronic glass and ceramic fuses, timers, radio-alarm clocks and radio-clocks, namely, radios incorporating clocks, electrical terminators, namely, terminal strips, regulators electric, namely, voltage regulators, electric switches, electric light dimmers for the management and control of electrical or lighting installations, electronic controllers, sensors and detectors, namely, aircraft airspeed sensors, alarm sensors, covers for electric outlets, namely, covers for electric terminals boxes, electrical terminal blocks, socket-outlets, electric terminals, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets, electric sockets, namely, antenna jacks, sockets, plugs and other contacts being electric connections, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets, transformers for electricity, solenoid valves, and electric buzzers; none of the foregoing including external video and audio interface devices containing printed circuit boards for use by video professionals with a desktop or laptop computer to capture, edit and produce video, television or film

| | | |
|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** 021, 023, 026, 036, 038 |

**Class Status:** ACTIVE

**For:** business management; business administration; providing office functions; market analysis;; market research and consumer information services; business information services; business management consultancy; professional business consultancy services; compilation and systemisation of data into computer databases; compilation of business information into a searchable database available via a global computer network; compiling of information into computer databases; compiling statistics for business purposes; computerised data management; computerised database management services; database management services; provision of business information via a searchable database and via a global computer network; office functions in the nature of searching for data in computer files for others; ; price comparison services; none of the foregoing in the field of outsourcing, production sites and production structures; none of the foregoing relating to services for electronic transactions and bill payments, accounting, billing, payment services, financial electronic transfer or loans

**International Class(es):** 035 - Primary Class                    **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**For:** telecommunication access services; communications by computer terminals; electronic sending of data and documentation via the internet and other electronic databases; news agencies, namely, the transmission of news items to news reporting organizations; providing access to digital music websites on the internet; wireless digital messaging; transmission of electronic mail; telephone services; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services; broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; none of the foregoing related to transmission via television or cable television broadcasting networks.

**International Class(es):** 038 - Primary Class                    **U.S Class(es):** 100, 101, 104

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** No | **Currently Use:** No | |
| **Filed ITU:** Yes | **Currently ITU:** Yes | |
| **Filed 44D:** Yes | **Currently 44D:** Yes | |
| **Filed 44E:** No | **Currently 44E:** No | |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** Weynorth Limited

**Owner Address:** 62 The Street
Ashtead, Surrey UNITED KINGDOM KT211AT

**Legal Entity Type:** limited company (ltd.)          **State or Country Where Organized:** UNITED KINGDOM

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** J. Scott Gerien                    **Docket Number:** AAA075-001

**Attorney Primary Email Address:** tmdept@dpf-law.com        **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** J. Scott Gerien
DICKENSON, PEATMAN & FOGARTY
1500 FIRST STREET, STE 200
NAPA, CALIFORNIA United States 94559

**Phone:** 707-261-7000

**Correspondent e-mail:** tmdept@dpf-law.com        **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 13, 2026 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| Feb. 13, 2026 | LETTER OF SUSPENSION E-MAILED | |
| Feb. 13, 2026 | SUSPENSION LETTER WRITTEN | |
| Jan. 14, 2026 | DIVISIONAL PROCESSING COMPLETE | |
| Oct. 14, 2025 | DIVISIONAL REQUEST RECEIVED | |
| Jan. 12, 2026 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71906 |
| Oct. 14, 2025 | TEAS/EMAIL CORRESPONDENCE ENTERED | |

IYO_0000414

| Oct. 14, 2025 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Oct. 14, 2025 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 14, 2025 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Oct. 14, 2025 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Jul. 14, 2025 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Jul. 14, 2025 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| Apr. 15, 2025 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Apr. 15, 2025 | NON-FINAL ACTION E-MAILED | |
| Apr. 15, 2025 | NON-FINAL ACTION WRITTEN | |
| Mar. 03, 2025 | DIVISIONAL PROCESSING COMPLETE | |
| Sep. 06, 2024 | DIVISIONAL REQUEST RECEIVED | |
| Feb. 27, 2025 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71906 |
| Oct. 08, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Oct. 07, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Oct. 07, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 02, 2024 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Oct. 02, 2024 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| Sep. 06, 2024 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Jul. 02, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jul. 02, 2024 | NON-FINAL ACTION E-MAILED | |
| Jul. 02, 2024 | NON-FINAL ACTION WRITTEN | |
| Jun. 23, 2024 | ASSIGNED TO EXAMINER | 76419 |
| Apr. 17, 2024 | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | |
| Apr. 17, 2024 | ASSIGNED TO LIE | |
| Nov. 27, 2023 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Dec. 30, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 21, 2023 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** FRENCH, CURTIS W

**Law Office Assigned:** LAW OFFICE 115

**File Location**

**Current Location:** TMO LAW OFFICE 115

**Date in Location:** Feb. 14, 2026

<table>
<tr><td><strong>To:</strong></td><td>J. Scott Gerien(tmdept@dpf-law.com)</td></tr>
<tr><td><strong>Subject:</strong></td><td>U.S. Trademark Application Serial No. 98276003 - IO - - AAA075-001</td></tr>
<tr><td><strong>Sent:</strong></td><td>February 13, 2026 07:03:35 PM EST</td></tr>
<tr><td><strong>Sent As:</strong></td><td>tmng.notices@uspto.gov</td></tr>
</table>

**Attachments**

---

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 98276003

**Mark:** IO

**Correspondence Address:**
J. Scott Gerien
DICKENSON, PEATMAN & FOGARTY
1500 FIRST STREET, STE 200
NAPA CA 94559
United States

**Applicant:** Weynorth Limited

**Reference/Docket No.** AAA075-001

**Correspondence Email Address:** tmdept@dpf-law.com

**SUSPENSION NOTICE**
**No Response Required**

**Issue date:** February 13, 2026

**The application is suspended** for the reason(s) specified below. *See* 37 C.F.R. §2.67; TMEP §§716 *et seq.*

**Application suspended until disposition of cited registration(s).** Registration maintenance documents are or were due to be filed for the registration (**Reg. Nos. 5830511, 3036131, and 4611696**) cited against applicant in a refusal based on Trademark Act Section 2(d). 15 U.S.C. §1052(d). If the maintenance documents are not timely filed and accepted by the USPTO, the cited registration(s) will cancel and/or expire and will no longer bar registration of applicant's mark under Section 2(d). *See* 15 U.S.C. §§1058, 1059, 1141k. Action on this application is suspended for six months to await disposition of the cited registration(s); after which, the trademark examining attorney will determine whether to maintain or withdraw the Section 2(d) refusal. *See* 37 C.F.R. §2.67; TMEP §716.02(e).

IYO_0000416

**Refusal(s) and/or requirement(s) maintained and continued.**

The following refusal(s) and/or requirement(s) is/are maintained and continued:

- Refusal under Section 2(d) as to Reg. Nos. 5830511, 3036131, 4611696, 7376722, and 3753724

*See id.* These refusal(s) and/or requirement(s) will be made final once this application is removed from suspension, unless a new issue arises. *See* TMEP §716.01.

**Suspension process.** The USPTO will periodically check this application to determine if it should remain suspended. *See* TMEP §716.04. As needed, the trademark examining attorney will issue a letter to applicant to inquire about the status of the reason for the suspension. TMEP §716.05.

**No response required.** Applicant may file a response, but is not required to do so.

/Curtis French/
Curtis French
Examining Attorney
LO115--LAW OFFICE 115
(571) 272-9472
Curtis.French@USPTO.GOV

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on February 13, 2026 for
**U.S. Trademark Application Serial No.  98276003**

A USPTO examining attorney has reviewed your trademark application and issued an Office action.  You may be required to respond to this Office action.  Follow the steps below.

**(1) Read the Office action**.  This email is NOT the Office action.

**(2) Respond to the Office action, if a response is required.** Respond by deadline using the Trademark Electronic Application System (TEAS). Your response must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

# GENERAL GUIDANCE
- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your Serial Number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney**. If you do not have an attorney and are not required to

IYO_0000418

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

IYO_0000419

| | |
|---|---|
| **To:** | Weynorth Limited (tmdept@dpf-law.com) |
| **Subject:** | U.S. Trademark Application Serial No. 98276003 - IO - AAA075-001 |
| **Sent:** | January 14, 2026 09:44:27 AM |
| **Sent As:** | ecomitu@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**

**U.S. Application Serial No.** 98276003

**Mark:** IO

**Correspondence Address:**
J. Scott Gerien

DICKENSON, PEATMAN & FOGARTY

1500 FIRST STREET, STE 200

NAPA CA 94559

**Applicant:** Weynorth Limited

**Reference/Docket No.** AAA075-001

**Correspondence Email Address:**

tmdept@dpf-law.com

## NOTICE THAT PROCESSING OF
## REQUEST TO DIVIDE APPLICATION IS COMPLETED
## No Response Required

**Issue date:** January 14, 2026

The request to divide application serial no. 98276003 filed on October 14, 2025 has been processed as follows:

(1) Parent (original) application serial no. 98276003 contains the following:

Classes: 9, 35, and 38

(2) Child application serial no. 98977424 contains the following:

Classes: 36, 37, 39 and 41

(3) Child application serial no. 98977426 contains the following:

Classes: 42

37 C.F.R. §2.87; *see* TMEP §§1110 *et seq*.

IYO_0000420

The examining attorney will be notified of the completed request to divide.  Please note that the filing of a request to divide an application is not considered a proper response to an examining attorney's  Office action and does not relieve an applicant of the duty to respond to any outstanding Office action or to take any other required action.  37 C.F.R. §2.87(e); TMEP §1110.05.

Please call the undersigned with any questions.

**Direct questions about this notice** to the assigned Intent-to-use staff member below.

Baylor, Tanya

/Tanya Baylor/

Paralegal Specialist

ITU/Divisional Unit

(571) 272-8366 (telephone)

tanya.baylor@uspto.gov

| | |
|---|---|
| **To:** | Weynorth Limited (tmdept@dpf-law.com) |
| **Subject:** | U.S. Trademark Application Serial No. 98276003 - IO - AAA075-001 |
| **Sent:** | January 14, 2026 09:44:27 AM |
| **Sent As:** | ecomitu@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**

**USPTO OFFICIAL NOTICE**

Office action (Official Letter) or Notice has issued
on 01/14/2026 for
**U.S. Trademark Application Serial No. 98276003**

A USPTO Intent-to-use staff member has reviewed your trademark document and issued an Office action or notice. You may be required to respond to this Office action or notice. Follow the steps below.

(1)  **Read the Office action or notice.**  This email is NOT the Office action or notice.

(2) **Respond to the Office action or notice, if a response is required.** Respond by the deadline using the Trademark Electronic Application System (TEAS). Your response must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period. Otherwise, your application may be abandoned. See the Office action or notice itself regarding how to respond.

(3) **Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action or notice, address any question(s) regarding the specific content to the USPTO intent-to-use staff member identified in the Office action or notice.

**GENERAL GUIDANCE**

**Check the status** of your application periodically in the **Trademark Status & Document Retrieval (TSDR)** database to avoid missing critical deadlines.

**Update your correspondence email address** to ensure you receive important USPTO notices about your application.

**Beware of trademark-related scams.**  Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. And all official USPTO correspondence will only be emailed from the domain "@uspto.gov." Verify the correspondence originated from us by using your Serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

**Hiring a U.S.-licensed attorney.**  If you do not have an attorney and are not required to have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process.

IYO_0000422

**Trademark Snap Shot Amendment & Mail Processing Stylesheet**
(Table presents the data on Amendment & Mail Processing Complete)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 98276003 | FILING DATE | 11/17/2023 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK, TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | FRENCH,CURTIS W | L.O. ASSIGNED | TMO LAW OFFICE 115 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 10/14/2025 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL ACTION - ENTERED |
| STATUS DATE | 10/14/2025 |
| LITERAL MARK ELEMENT | IO |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | YES | 44D | YES | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | IO |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

IYO_0000423

NAME                                            Weynorth Limited

ADDRESS                                         62 The Street
                                                Ashtead, Surrey, KT211AT

ENTITY                                          99-limited company (ltd.)

CITIZENSHIP                                     UNITED KINGDOM

## GOODS AND SERVICES

INTERNATIONAL CLASS                             009

    DESCRIPTION TEXT        Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments in the nature of cell phones; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, namely, smartphones and tablets; network communication apparatus, namely, network services; handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware in the nature of smart watches; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; downloadable computer software that provides a user interface for interacting with artificial intelligence models; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; downloadable application development software for providing a user interface for interacting with artificial intelligence models; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices in the nature of smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, namely, wireless mice, wireless keyboards and wireless air gesture controllers; biometric identification and authentication apparatus; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; electronic virtual and augmented reality displays, goggles, controllers, and headsets; 3d spectacles; eyeglasses; sunglasses; spectacle lenses; optical glasses; cameras; electronic sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive computer touchscreens; electronic interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders other than those for use by video professionals to capture, edit and produce video, television or film ; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, and straps, all specially adapted for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; dictating machines; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air

IYO_0000424

conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; recorded computer game programs; humanoid robots having communication and learning functions for assisting and entertaining people; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use; downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; downloadable software applications for providing a user interface for interacting with artificial intelligence models; none of the foregoing for business operations and general office functions ; none of the foregoing for enabling electronic transactions and bill payments, accounting, billing, payment services, financial electronic transfer or loans; none of the foregoing for improving the effectiveness of a sales force ; none of the foregoing including human machine interface computer software to monitor, track, report and manipulate values from an automated process or machine ; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting and none of the foregoing including electric connectors, electric accumulators, mechanisms for coin-operated apparatus, cash registers, calculating machines, software for the management and control of electrical or lighting installations and products, surveillance devices, and the recharging of electrical vehicles and software for the automation of homes and buildings, namely, automation of lighting, temperature, access, sound and voice control in homes and buildings, fire extinguishers, loudspeakers, amplifiers, radio receivers, heat regulating apparatus, namely, thermostats for the control of temperature conditioning, air and heat, for use in houses and buildings, radios, apparatus and instruments for accumulating and storage of electricity, namely, electric accumulators, batteries, apparatus and instruments for controlling electric current, namely, electric controllers, current transformers, electric switches, electric connectors, electric control apparatus, namely, electric controllers, electric switches, apparatus, instruments and cables for conducting electricity, namely, electrical cables, insulated copper wire, luminous beacons, terminals electricity, namely, electrical terminal boxes, electrical terminal blocks, cabinets for loudspeakers, electric switch boxes, battery chargers for use in telephones, battery chargers, electric and electronic components, namely, electric controllers, electric switches, electricity connectors, coaxial connectors, namely, coaxial plugs, coaxial cables, cable connectors, audio cable connectors, electric plugs, namely, jack plugs, optical fiber connectors, smoke detectors, intruder detection devices other than for vehicles, namely, alarm monitoring systems, alarm sensors, indicators and controllers, namely, electric indicator broads, electronic indicator boards, electric switches, differential switches, electric switches, namely, electric switches for the management and control of electrical or lighting installations, limiters for electricity, fuse holders, namely, panel-mounted fuse holders for use with electronic glass and ceramic fuses, timers, radio-alarm clocks and radio-clocks, namely, radios incorporating clocks, electrical terminators, namely, terminal strips, regulators electric, namely, voltage regulators, electric switches, electric light dimmers for the management and control of electrical or lighting installations, electronic controllers, sensors and detectors, namely, aircraft airspeed sensors, alarm sensors, covers for electric outlets, namely, covers for electric terminals boxes, electrical terminal blocks, socket-outlets, electric terminals, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets, electric sockets, namely, antenna jacks, sockets, plugs and other contacts being electric connections, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets, transformers for electricity, solenoid valves, and electric buzzers; none of the foregoing including external video and audio interface devices containing printed circuit boards for use by video professionals with a desktop or laptop computer to capture, edit and produce video, television or film

INTERNATIONAL CLASS                                        035

    DESCRIPTION TEXT                                  business management; business administration; providing office functions; market analysis;; market research and consumer information services; business information services; business management consultancy; professional business consultancy services; compilation and systemisation of data into computer databases; compilation of business information into a searchable database available via a global computer network; compiling of information into computer databases; compiling statistics for business purposes; computerised data management; computerised database management services; database management services; provision of business information via a searchable database and via a global computer network; office functions in the nature of searching for data in computer files for others; ; price comparison services; none of the foregoing in the field of outsourcing, production sites and production structures; none of the foregoing relating to services for electronic transactions and bill payments, accounting, billing, payment services, financial electronic transfer or loans

INTERNATIONAL CLASS                                        037

    DESCRIPTION TEXT                                  Repair, Maintenance, and installation of computer hardware, wearable computer hardware, mobile computer hardware, robots, robotic devices that can move, smart

IYO_0000425

speakers and smart televisions; information, advisory and consultancy services relating to all the aforesaid

INTERNATIONAL CLASS

038

DESCRIPTION TEXT

telecommunication access services; communications by computer terminals; electronic sending of data and documentation via the internet and other electronic databases; news agencies, namely, the transmission of news items to news reporting organizations; providing access to digital music websites on the internet; wireless digital messaging; transmission of electronic mail; telephone services; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services; broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; none of the foregoing related to transmission via television or cable television broadcasting networks.

INTERNATIONAL CLASS

041

DESCRIPTION TEXT

Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; providing of training in technology and artificial intelligence; providing online music not downloadable; providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of technology and artificial intelligence; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence and live theatrical productions; providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; virtual reality game services provided on-line from a computer network; conducting fitness classes; computer-based educational, teaching, and training services in the field of technology and artificial intelligence; providing online computer games; providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ticket reservation and booking services for entertainment, sporting and cultural events; booking of seats for shows; rental of audio equipment; training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for it systems, product manufacturing equipment and processes and supply chains

INTERNATIONAL CLASS

042

DESCRIPTION TEXT

Architecture consultancy services; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; computer design services; engineering design services; technical research in the field of artificial intelligence; new product design; graphic design; packaging design; jewelry design; computer hardware design; furniture design; website design consultancy; automotive design; fashion design consulting services; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; consulting services in the field of cloud computing; rental of computer hardware, software, and peripherals; providing temporary use of online, non-downloadable enterprise software for providing a user interface for interacting with artificial intelligence models; maintenance, repair and updating of computer software and applications; technical support services, namely, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; cartography and mapping services featuring geophysical maps; scientific and technological services, namely, scientific research, analysis, testing in the field of artificial intelligence; industrial design services; providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; providing online nondownloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software; none of the foregoing in the field of supply chain logistics ; none of the foregoing for use in the field of product

IYO_0000426

manufacturing, manufacturing facilities, industrial plants or supply chains ; none of the foregoing for enabling electronic transactions and bill payments accounting, billing, payment services, financial electronic transfer or loans; none of the foregoing for use in the field of electronic health records

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 035 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 037 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 038 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 041 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 042 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| PARENT OF | 98975624 |

## FOREIGN INFORMATION

| PRIORITY CLAIMED | SEC. 44(D) ON JAMAICA |
|---|---|
| APPLICATION NO. | 0090647 |
| APPLICATION FILING DATE | 09/25/2023 |
| FOREIGN REG NO. | N/A |
| FOREIGN REG DATE | N/A |
| FOREIGN RNWL NUM | N/A |
| DATE OF FOREIGN RNWL | N/A |
| FOREIGN EXPIRATION | N/A |
| FOREIGN RNWL EXPIRATION | N/A |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 10/14/2025 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 028 |
| 10/14/2025 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 027 |
| 10/14/2025 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 026 |
| 10/14/2025 | ERTD | I | TEAS REQUEST TO DIVIDE RECEIVED | 025 |

IYO_0000427

| 10/14/2025 | ERTD | I | TEAS REQUEST TO DIVIDE RECEIVED | 024 |
| 07/14/2025 | XELG | O | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | 023 |
| 07/14/2025 | XELR | I | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | 022 |
| 04/15/2025 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 021 |
| 04/15/2025 | GNRT | F | NON-FINAL ACTION E-MAILED | 020 |
| 04/15/2025 | CNRT | R | NON-FINAL ACTION WRITTEN | 019 |
| 03/03/2025 | DPCC | D | DIVISIONAL PROCESSING COMPLETE | 018 |
| 09/06/2024 | DRRR | I | DIVISIONAL REQUEST RECEIVED | 017 |
| 02/27/2025 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 016 |
| 10/08/2024 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 015 |
| 10/07/2024 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 014 |
| 10/07/2024 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 013 |
| 10/02/2024 | XELG | O | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | 012 |
| 10/02/2024 | XELR | I | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | 011 |
| 09/06/2024 | ERTD | I | TEAS REQUEST TO DIVIDE RECEIVED | 010 |
| 07/02/2024 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 009 |
| 07/02/2024 | GNRT | F | NON-FINAL ACTION E-MAILED | 008 |
| 07/02/2024 | CNRT | R | NON-FINAL ACTION WRITTEN | 007 |
| 06/23/2024 | DOCK | D | ASSIGNED TO EXAMINER | 006 |
| 04/17/2024 | AMPX | O | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | 005 |
| 04/17/2024 | ALIE | A | ASSIGNED TO LIE | 004 |
| 11/27/2023 | PARI | I | TEAS VOLUNTARY AMENDMENT RECEIVED | 003 |
| 12/30/2023 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | 002 |
| 11/21/2023 | NWAP | I | NEW APPLICATION ENTERED | 001 |

## CURRENT CORRESPONDENCE INFORMATION

ATTORNEY                                              J. Scott Gerien

CORRESPONDENCE ADDRESS                  J. Scott Gerien
                                                     DICKENSON, PEATMAN & FOGARTY
                                                     1500 FIRST STREET, STE 200
                                                     NAPA, CA 94559

DOMESTIC REPRESENTATIVE                   NONE

IYO_0000428

# IO

IYO_0000429

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 98276003 |
| MARK SECTION | |
| MARK | mark |
| LITERAL ELEMENT | IO |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |

**ARGUMENT(S)**

Applicant submits concurrently herewith amendments to the goods and services that it believes will obviate any likelihood of confusion with the cited registrations. Applicant notes that cited Reg. No. 4611696 is past the grace period for renewal but not officially cancelled in the system. Reg No. 2924027 has become abandoned so no longer serves as Section 2(d) block to registration. Applicant also notes that Reg. No. 5830511 is in grace period for Section 71 with no declaration filed.

**GOODS AND/OR SERVICES SECTION (009) (current)**

| | |
|---|---|
| INTERNATIONAL CLASS | 009 |

DESCRIPTION

Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments in the nature of cell phones; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, namely, smartphones and tablets; network communication apparatus, namely, network services; downloadable data, images, audio and video files containing factual information, news, entertainment and music; downloadable digital files authenticated by non-fungible tokens (NFTs), namely, downloadable digital music files, digital collectibles and digital artwork authenticated by non-fungible tokens (NFTs); downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and nonfungible tokens (nfts); downloadable software for enabling a user to view, market, purchase, sell or exchange non-fungible tokens (NFTs) or digital goods; downloadable software for creating non-fungible tokens (NFTs); handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware in the nature of smart watches; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; Magnetically encoded identification bracelets; electronic book readers; downloadable computer software that provides a user interface for interacting with artificial intelligence models; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; Downloadable application development software for providing a user interface for interacting with artificial intelligence models; Downloadable computer game software; downloadable pre-recorded audio, video and multimedia content containing music, news, social commentary, entertainment and sports; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices in the nature of smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, namely, wireless mice, wireless keyboards and wireless air gesture controllers; biometric identification and authentication apparatus; accelerometers; altimeters; electronic distance measuring apparatus; electronic distance recording apparatus; pedometers; pressure measuring apparatus; pressure indicators; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; electronic virtual and augmented reality displays, goggles, controllers, and headsets; 3D spectacles; eyeglasses; sunglasses;

IYO_0000430

spectacle lenses; optical glasses; optical apparatus and instruments, namely, telescopes; cameras; flash lamps for cameras; computer peripherals, namely, keyboards, mice, mouse pads, ink printers, blank disk drives, and blank hard drives; Electronic sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; motor vehicle audio amplifier apparatus; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; set top boxes; radios; radio transmitters and receivers; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; global positioning systems (GPS devices); Electric navigational instruments; navigation apparatus for vehicles; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; data storage apparatus, namely, blank magnetic disks; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive computer touchscreens; Electronic interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders other than those for use by video professionals to capture, edit and produce video, television or film ; protective films specially adapted for computer screens, mobile telephone screens, and smartwatch screens; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, and straps, all specially adapted for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; selfie sticks; electronic agendas; dictating machines; electronic tags for goods; facsimile machines; weighing apparatus and instruments, namely, measuring rulers; electronic notice boards; measuring tapes; silicon wafers; integrated circuits; amplifiers; fluorescent screens; light-conducting filaments; electric installations for the remote control of industrial operations; life-saving apparatus and equipment, namely, life vests; whistle alarms; recorded video discs containing animated cartoons; decorative magnets; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the Internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; Recorded computer game programs; Humanoid robots having communication and learning functions for assisting and entertaining people; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use; Downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; Downloadable software applications for providing a user interface for interacting with artificial intelligence models; none of the foregoing for business operations and general office functions ; none of the foregoing for enabling electronic transactions and bill payments ; none of the foregoing for improving the effectiveness of a sales force ; none of the foregoing including human machine interface computer software to monitor, track, report and manipulate values from an automated process or machine ; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |

## GOODS AND/OR SERVICES SECTION (009) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 009 |

**TRACKED TEXT DESCRIPTION**

Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments in the nature of cell phones; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, namely, smartphones and tablets; network communication apparatus, namely, network services; ~~downloadable data, images, audio and video files containing factual information, news, entertainment and music~~; handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; ~~downloadable digital files authenticated by non-fungible tokens (NFTs), namely, downloadable digital music files, digital collectibles and digital artwork~~

authenticated by non-fungible tokens (NFTs); wearable computer hardware in the nature of smart watches; downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and nonfungible tokens (nfts); wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; downloadable software for enabling a user to view, market, purchase, sell or exchange non-fungible tokens (NFTs) or digital goods; smartwatches; downloadable software for creating non-fungible tokens (NFTs); smart glasses; smart rings; wearable activity trackers; downloadable computer software that provides a user interface for interacting with artificial intelligence models; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; downloadable application development software for providing a user interface for interacting with artificial intelligence models; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices in the nature of smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; Magnetically encoded identification bracelets; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, namely, wireless mice, wireless keyboards and wireless air gesture controllers; electronic book readers; biometric identification and authentication apparatus; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; electronic virtual and augmented reality displays, goggles, controllers, and headsets; 3d spectacles; Downloadable computer game software; eyeglasses; downloadable pre-recorded audio, video and multimedia content containing music, news, social commentary, entertainment and sports; sunglasses; spectacle lenses; optical glasses; cameras; electronic sound recording and reproducing apparatus; accelerometers; digital audio and video players and recorders; altimeters; audio speakers; electronic distance measuring apparatus; a udio amplifiers and receivers; electronic distance recording apparatus; voice recording and voice recognition apparatus; pedometers; earphones ; pressure measuring apparatus; headphones; pressure indicators; microphones; televisions; television receivers and monitors; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; computer chips; batteries; battery chargers; o ptical apparatus and instruments, namely, telescopes; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive computer touchscreens; flash lamps for cameras; electronic interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders other than those for use by video professionals to capture, edit and produce video, television or film; computer peripherals, namely, keyboards, mice, mouse pads, ink printers, blank disk drives, and blank hard drives; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, and straps, all specially adapted for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; dictating machines; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the internet and for the sending, receiving, and storing of digital data; motor vehicle audio amplifier apparatus; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; recorded computer game programs; humanoid robots having communication and learning functions for assisting and entertaining people; laboratory robots; set top boxes; teaching robots; radios; security surveillance robots; radio transmitters and receivers; robots with artificial intelligence; electronic devices in the form of robots for personal use; global positioning systems (GPS devices); downloadable computer programs and downloadable computer software for the artificial production of human speech and text; Electric navigational instruments; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; navigation apparatus for vehicles; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; data storage apparatus, namely, blank magnetic disks; downloadable computer programs and downloadable computer software for creating and generating text; downloadable software applications for providing a user interface for interacting with artificial intelligence models; none of the foregoing for business operations and general office functions; none of the foregoing for enabling electronic transactions and bill payments, accounting, billing, payment services, financial electronic transfer or loans; none of the foregoing for improving the effectiveness of a sales force; none of the foregoing including human machine interface computer software to monitor, track, report and manipulate values from an automated process or machine; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting and none of the foregoing including electric connectors, electric accumulators, mechanisms for coin-operated apparatus, cash registers, calculating machines, software for the management and control of electrical or lighting installations and products, surveillance devices, and the recharging of electrical vehicles and software for the automation of homes and buildings, namely, automation of lighting, temperature, access, sound and voice control in homes and buildings, fire extinguishers, loudspeakers, amplifiers, radio receivers, heat regulating apparatus, namely, thermostats for the control of temperature conditioning, air and heat, for use in houses and buildings, radios,

IYO_0000432

apparatus and instruments for accumulating and storage of electricity, namely, electric accumulators, batteries, apparatus and instruments for controlling electric current, namely, electric controllers, current transformers, electric switches, electric connectors, electric control apparatus, namely, electric controllers, electric switches, apparatus, instruments and cables for conducting electricity, namely, electrical cables, insulated copper wire, luminous beacons, terminals electricity, namely, electrical terminal boxes, electrical terminal blocks, cabinets for loudspeakers, electric switch boxes, battery chargers for use in telephones, battery chargers, electric and electronic components, namely, electric controllers, electric switches, electricity connectors, coaxial connectors, namely, coaxial plugs, coaxial cables, cable connectors, audio cable connectors, electric plugs, namely, jack plugs, optical fiber connectors, smoke detectors, intruder detection devices other than for vehicles, namely, alarm monitoring systems, alarm sensors, indicators and controllers, namely, electric indicator broads, electronic indicator boards, electric switches, differential switches, electric switches, namely, electric switches for the management and control of electrical or lighting installations, limiters for electricity, fuse holders, namely, panel-mounted fuse holders for use with electronic glass and ceramic fuses, timers, radio-alarm clocks and radio-clocks, namely, radios incorporating clocks, electrical terminators, namely, terminal strips, regulators electric, namely, voltage regulators, electric switches, electric light dimmers for the management and control of electrical or lighting installations, electronic controllers, sensors and detectors, namely, aircraft airspeed sensors, alarm sensors, covers for electric outlets, namely, covers for electric terminals boxes, electrical terminal blocks, socket-outlets, electric terminals, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets, electric sockets, namely, antenna jacks, sockets, plugs and other contacts being electric connections, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets, transformers for electricity, solenoid valves, and electric buzzers; ~~protective films specially adapted for computer screens, mobile telephone screens, and smartwatch screens;~~ none of the foregoing including external video and audio interface devices containing printed circuit boards for use by video professionals with a desktop or laptop computer to capture, edit and produce video, television or film; ~~selfie sticks; electronic agendas; electronic tags for goods; facsimile machines; weighing apparatus and instruments, namely, measuring rulers; electronic notice boards; measuring tapes; silicon wafers; integrated circuits; amplifiers; fluorescent screens; light-conducting filaments; electric installations for the remote control of industrial operations; life-saving apparatus and equipment, namely, life vests; whistle alarms; recorded video discs containing animated cartoons; decorative magnets; none of the foregoing for enabling electronic transactions and bill payments; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting~~

**FINAL DESCRIPTION**

Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments in the nature of cell phones; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, namely, smartphones and tablets; network communication apparatus, namely, network services; handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware in the nature of smart watches; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; downloadable computer software that provides a user interface for interacting with artificial intelligence models; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; downloadable application development software for providing a user interface for interacting with artificial intelligence models; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices in the nature of smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, namely, wireless mice, wireless keyboards and wireless air gesture controllers; biometric identification and authentication apparatus; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; electronic virtual and augmented reality displays, goggles, controllers, and headsets; 3d spectacles; eyeglasses; sunglasses; spectacle lenses; optical glasses; cameras; electronic sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive computer touchscreens; electronic interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders other than those for use by video professionals to capture, edit and produce video, television or film ; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, and straps, all specially adapted for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; dictating machines; computer hardware for playing, organizing, downloading, transmitting,

IYO_0000433

manipulating and reviewing audio files and media files; electronic devices capable of providing access to the internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; recorded computer game programs; humanoid robots having communication and learning functions for assisting and entertaining people; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use; downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; downloadable software applications for providing a user interface for interacting with artificial intelligence models; none of the foregoing for business operations and general office functions ; none of the foregoing for enabling electronic transactions and bill payments, accounting, billing, payment services, financial electronic transfer or loans; none of the foregoing for improving the effectiveness of a sales force ; none of the foregoing including human machine interface computer software to monitor, track, report and manipulate values from an automated process or machine ; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting and none of the foregoing including electric connectors, electric accumulators, mechanisms for coin-operated apparatus, cash registers, calculating machines, software for the management and control of electrical or lighting installations and products, surveillance devices, and the recharging of electrical vehicles and software for the automation of homes and buildings, namely, automation of lighting, temperature, access, sound and voice control in homes and buildings, fire extinguishers, loudspeakers, amplifiers, radio receivers, heat regulating apparatus, namely, thermostats for the control of temperature conditioning, air and heat, for use in houses and buildings, radios, apparatus and instruments for accumulating and storage of electricity, namely, electric accumulators, batteries, apparatus and instruments for controlling electric current, namely, electric controllers, current transformers, electric switches, electric connectors, electric control apparatus, namely, electric controllers, electric switches, apparatus, instruments and cables for conducting electricity, namely, electrical cables, insulated copper wire, luminous beacons, terminals electricity, namely, electrical terminal boxes, electrical terminal blocks, cabinets for loudspeakers, electric switch boxes, battery chargers for use in telephones, battery chargers, electric and electronic components, namely, electric controllers, electric switches, electricity connectors, coaxial connectors, namely, coaxial plugs, coaxial cables, cable connectors, audio cable connectors, electric plugs, namely, jack plugs, optical fiber connectors, smoke detectors, intruder detection devices other than for vehicles, namely, alarm monitoring systems, alarm sensors, indicators and controllers, namely, electric indicator broads, electronic indicator boards, electric switches, differential switches, electric switches, namely, electric switches for the management and control of electrical or lighting installations, limiters for electricity, fuse holders, namely, panel-mounted fuse holders for use with electronic glass and ceramic fuses, timers, radio-alarm clocks and radio-clocks, namely, radios incorporating clocks, electrical terminators, namely, terminal strips, regulators electric, namely, voltage regulators, electric switches, electric light dimmers for the management and control of electrical or lighting installations, electronic controllers, sensors and detectors, namely, aircraft airspeed sensors, alarm sensors, covers for electric outlets, namely, covers for electric terminals boxes, electrical terminal blocks, socket-outlets, electric terminals, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets, electric sockets, namely, antenna jacks, sockets, plugs and other contacts being electric connections, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets, transformers for electricity, solenoid valves, and electric buzzers; none of the foregoing including external video and audio interface devices containing printed circuit boards for use by video professionals with a desktop or laptop computer to capture, edit and produce video, television or film

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

**GOODS AND/OR SERVICES SECTION (012)(class deleted)**

**GOODS AND/OR SERVICES SECTION (018)(class deleted)**

**GOODS AND/OR SERVICES SECTION (035) (current)**

| INTERNATIONAL CLASS | 035 |
|---|---|

**DESCRIPTION**

Advertising agencies; business management; business administration; providing office functions; Advertising and business management consultancy; advertising services, namely, promoting the goods and services of others; demonstration of goods; Sales promotion services; rental of advertising space; organisation of exhibitions for commercial or advertising purposes; organisation of trade fairs for commercial or advertising purposes; outdoor advertising; market analysis; marketing research; market research and consumer information services; opinion polling; public relations; public relations services; publication of publicity texts; publicity agencies; Stenographic transcription; writing of publicity texts for others; personnel recruitment consultancy; Audit support services, namely, review and analysis of a company's sales, as well as the preparation, organization and presentation of the documents and data requested by a government body, and advice on government audit processes, policies and strategy; business management assistance for artists and performers; business appraisals; business information services; business investigations; business management consultancy; commercial information agency services; commercial management assistance; copying of documents; document reproduction in the nature of photocopying services; business efficiency expert services; industrial business management assistance; photocopying services; professional business consultancy services; providing an on-line commercial information directory on the internet; secretarial services; shorthand typing; typing; word processing; compilation and systemisation of data into computer databases; compilation of business information into a searchable database available via a global computer network; compiling of information into computer databases; compiling statistics for business purposes; computerised data management; computerised database management services; computerised processing of on-line purchase orders; database management services; provision of business information via a searchable database and via a global computer network; Office functions in the nature of searching for data in computer files for others; online retail stores featuring music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services and on-line retail store services featuring a broad range of electronic goods and household goods; customer loyalty program services featuring rewards in the form of discounted shipping services; database services to enable others to conveniently view and select services from a website; auction services; business intermediary services for the sale and purchase of goods and services; price comparison services; import and export agencies; consumer information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them; none of the foregoing in the field of outsourcing, production sites and production structures

| FILING BASIS | Section 1(b) |
|---|---|
| FILING BASIS | Section 44(d) |
| FOREIGN APPLICATION NUMBER | 0090647 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Jamaica |
| FOREIGN FILING DATE | 09/25/2023 |

## GOODS AND/OR SERVICES SECTION (035) (proposed)

| INTERNATIONAL CLASS | 035 |
|---|---|

**TRACKED TEXT DESCRIPTION**

~~Advertising agencies~~; business management; business administration; providing office functions; market analysis; ~~Advertising and business management consultancy;~~ ; ~~advertising services, namely, promoting the goods and services of others~~; market research and consumer information services; ~~demonstration of goods~~; business information services; ~~Sales promotion services~~; business management consultancy; ~~rental of advertising space~~; professional business consultancy services; ~~organisation of exhibitions for commercial or advertising purposes~~; compilation and systemisation of data into computer databases; ~~organisation of trade fairs for commercial or advertising purposes~~; compilation of business information into a searchable database available via a global computer network; ~~outdoor advertising~~; compiling of information into computer databases; compiling statistics for business purposes; ~~marketing research~~; computerised data management; computerised database management services; ~~opinion polling~~; database management services; ~~public relations~~; provision of business information via a searchable database and via a global computer network; ~~public relations services~~; office functions in the nature of searching for data in computer files for others; ~~publication of publicity texts~~; ; ~~publicity agencies~~; price comparison services; ~~Stenographic transcription~~; none of the foregoing in the field of outsourcing, production sites and production structures; ~~writing of publicity texts for others~~; <u>none of the foregoing relating to services for electronic transactions and bill payments, accounting, billing, payment services, financial electronic transfer or loans</u>; ~~personnel recruitment consultancy~~; ~~Audit support services, namely, review and analysis of a company's sales, as well as the preparation, organization and presentation of the documents and data requested by a government body, and advice on government audit processes, policies and strategy; business management assistance for artists and performers; business appraisals; business investigations; commercial information agency services; commercial management assistance; copying of documents; document reproduction in the nature of photocopying services; business efficiency expert services; industrial business management assistance; photocopying services; providing an on-line commercial information directory on the internet; secretarial services; shorthand typing; typing; word processing; computerised processing of on-line purchase orders; online retail stores featuring music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services and on-line retail store services featuring a broad range of electronic goods and household goods; customer loyalty program services featuring rewards in the form of discounted shipping services; database services to enable others to conveniently~~

~~view and select services from a website; auction services; business intermediary services for the sale and purchase of goods and services; import and export agencies; consumer information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them~~

**FINAL DESCRIPTION**

business management; business administration; providing office functions; market analysis;; market research and consumer information services; business information services; business management consultancy; professional business consultancy services; compilation and systemisation of data into computer databases; compilation of business information into a searchable database available via a global computer network; compiling of information into computer databases; compiling statistics for business purposes; computerised data management; computerised database management services; database management services; provision of business information via a searchable database and via a global computer network; office functions in the nature of searching for data in computer files for others; ; price comparison services; none of the foregoing in the field of outsourcing, production sites and production structures; none of the foregoing relating to services for electronic transactions and bill payments, accounting, billing, payment services, financial electronic transfer or loans

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

## GOODS AND/OR SERVICES SECTION (036)(class deleted)

## GOODS AND/OR SERVICES SECTION (037) (current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 037 |

**DESCRIPTION**

Repair, Maintenance, and installation of computer hardware, wearable computer hardware, mobile computer hardware, robots, robotic devices that can move, smart speakers and smart televisions; information, advisory and consultancy services relating to all the aforesaid

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |

## GOODS AND/OR SERVICES SECTION (037) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 037 |

**DESCRIPTION**

Repair, Maintenance, and installation of computer hardware, wearable computer hardware, mobile computer hardware, robots, robotic devices that can move, smart speakers and smart televisions; information, advisory and consultancy services relating to all the aforesaid

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |

| FOREIGN APPLICATION NUMBER | 0090647 |
|---|---|
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Jamaica |
| FOREIGN FILING DATE | 09/25/2023 |
| INTENT TO PERFECT 44(d) | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

## GOODS AND/OR SERVICES SECTION (038) (current)

| INTERNATIONAL CLASS | 038 |
|---|---|

**DESCRIPTION**

Telecommunications consultation; telecommunication access services; communications by computer terminals; electronic sending of data and documentation via the Internet and other electronic databases; News agencies, namely, the transmission of news items to news reporting organizations; Providing access to digital music websites on the Internet; wireless digital messaging; Internet based paging and alerting services, namely, providing a web site at which users can send messages to electronic paging devices; transmission of electronic mail; Telegram transmission services; telephone services; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services; broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic communications consultancy; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users

| FILING BASIS | Section 1(b) |
|---|---|
| FILING BASIS | Section 44(d) |
| FOREIGN APPLICATION NUMBER | 0090647 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Jamaica |
| FOREIGN FILING DATE | 09/25/2023 |

## GOODS AND/OR SERVICES SECTION (038) (proposed)

| INTERNATIONAL CLASS | 038 |
|---|---|

**TRACKED TEXT DESCRIPTION**

~~Telecommunications consultation;~~ telecommunication access services; communications by computer terminals; electronic sending of data and documentation via the internet and other electronic databases; news agencies, namely, the transmission of news items to news reporting organizations; providing access to digital music websites on the internet; wireless digital messaging; transmission of electronic mail; ~~Internet based paging and alerting services, namely, providing a web site at which users can send messages to electronic paging devices;~~ telephone services; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; ~~Telegram transmission services;~~ webcasting services; broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; none of the foregoing related to transmission via television or cable television broadcasting networks.; ~~providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic communications consultancy~~

**FINAL DESCRIPTION**

telecommunication access services; communications by computer terminals; electronic sending of data and documentation via the internet and other electronic databases; news agencies, namely, the transmission of news items to news reporting organizations; providing access to digital music websites on the internet; wireless digital messaging; transmission of electronic mail; telephone services; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services; broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; providing users

IYO_0000437

with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; none of the foregoing related to transmission via television or cable television broadcasting networks.

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

## GOODS AND/OR SERVICES SECTION (039)(class deleted)

## GOODS AND/OR SERVICES SECTION (041) (current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 041 |

**DESCRIPTION**

Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; providing of training in technology and artificial intelligence; providing online music not downloadable; providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of technology and artificial intelligence; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence and live theatrical productions; providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; Lending library services for lending multimedia materials; Virtual reality game services provided on-line from a computer network; conducting fitness classes; toy rental; games equipment rental; animal training; modelling for artists; operating lotteries; computer-based educational, teaching, and training services in the field of technology and artificial intelligence; providing online computer games; Open-access publishing services, namely, publication of electronic books, magazines, newspapers, journals and periodicals; providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ticket reservation and booking services for entertainment, sporting and cultural events; booking of seats for shows; rental of audio equipment; training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for IT systems, product manufacturing equipment and processes and supply chains

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |

## GOODS AND/OR SERVICES SECTION (041) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 041 |

**TRACKED TEXT DESCRIPTION**

Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; providing of training in technology and artificial intelligence; providing online music not downloadable; providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of technology and artificial intelligence; providing information and

IYO_0000438

news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence and live theatrical productions; providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; ~~Lending library services for lending multimedia materials~~; virtual reality game services provided on-line from a computer network; conducting fitness classes; computer-based educational, teaching, and training services in the field of technology and artificial intelligence; ~~toy rental~~; providing online computer games; ~~games equipment rental~~; providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ~~animal training~~; ticket reservation and booking services for entertainment, sporting and cultural events; ~~modelling for artists~~; booking of seats for shows; ~~operating lotteries~~; rental of audio equipment; training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for it systems, product manufacturing equipment and processes and supply chains; ~~Open-access publishing services, namely, publication of electronic books, magazines, newspapers, journals and periodicals~~

**FINAL DESCRIPTION**

Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; providing of training in technology and artificial intelligence; providing online music not downloadable; providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of technology and artificial intelligence; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence and live theatrical productions; providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; virtual reality game services provided on-line from a computer network; conducting fitness classes; computer-based educational, teaching, and training services in the field of technology and artificial intelligence; providing online computer games; providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ticket reservation and booking services for entertainment, sporting and cultural events; booking of seats for shows; rental of audio equipment; training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for it systems, product manufacturing equipment and processes and supply chains

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

## GOODS AND/OR SERVICES SECTION (042) (current)

**INTERNATIONAL CLASS**                    042

**DESCRIPTION**

Architecture consultancy services; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; computer design services; Engineering design services; Technical research in the field of artificial intelligence; new product design; graphic design; packaging design; jewelry design; computer hardware design; furniture design; website design consultancy; automotive design; fashion design consulting services; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; consulting services in the field of cloud computing; rental of computer hardware, software, and peripherals; Providing temporary use of online, non-downloadable enterprise software for providing a user interface for interacting with artificial intelligence models; computer security and data security consultancy; data encryption services; maintenance, repair and updating of computer software and applications; technical support services, namely, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance

services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; Cartography and mapping services featuring geophysical maps; Scientific and technological services, namely, scientific research, analysis, testing in the field of artificial intelligence; industrial design services; quality control for others; surveying; chemical research; Medical and scientific research, namely, conducting clinical trials for others; meteorological information; Providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; providing online nondownloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software; none of the foregoing in the field of supply chain logistics ; none of the foregoing for use in the field of product manufacturing, manufacturing facilities, industrial plants or supply chains ; none of the foregoing for enabling electronic transactions and bill payments ; none of the foregoing for use in the field of electronic health records

| **FILING BASIS** | Section 1(b) |
| --- | --- |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |

## GOODS AND/OR SERVICES SECTION (042) (proposed)

**INTERNATIONAL CLASS**                           042

**TRACKED TEXT DESCRIPTION**

Architecture consultancy services; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; computer design services; engineering design services; technical research in the field of artificial intelligence; new product design; graphic design; packaging design; jewelry design; computer hardware design; furniture design; website design consultancy; automotive design; fashion design consulting services; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; consulting services in the field of cloud computing; rental of computer hardware, software, and peripherals; providing temporary use of online, non-downloadable enterprise software for providing a user interface for interacting with artificial intelligence models; ~~computer security and data security consultancy~~; maintenance, repair and updating of computer software and applications; ~~data encryption services~~; technical support services, namely, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; cartography and mapping services featuring geophysical maps; scientific and technological services, namely, scientific research, analysis, testing in the field of artificial intelligence; industrial design services; providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; ~~quality control for others~~; providing online nondownloadable software for machine-learning based language and speech processing software; ~~surveying~~; providing online non-downloadable chatbot software for simulating conversations; ~~chemical research~~; providing online non-downloadable software for creating and generating text; ~~Medical and scientific research, namely, conducting clinical trials for others~~; research and development services in the field of artificial intelligence; ~~meteorological information~~; research, design and development of computer programs and software; none of the foregoing in the field of supply chain logistics; none of the foregoing for use in the field of product manufacturing, manufacturing facilities, industrial plants or supply chains; <u>none of the foregoing for enabling electronic transactions and bill payments accounting, billing, payment services, financial electronic transfer or loans</u>; none of the foregoing for use in the field of electronic health records; ~~none of the foregoing for enabling electronic transactions and bill payments~~

**FINAL DESCRIPTION**

Architecture consultancy services; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; computer design services; engineering design services; technical research in the field of artificial intelligence; new product design; graphic design; packaging design; jewelry design; computer hardware design; furniture design; website design consultancy; automotive design; fashion design consulting services; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; consulting services in the field of cloud computing; rental of computer hardware, software, and peripherals; providing temporary use of online, non-downloadable enterprise software for providing a user interface for interacting with artificial intelligence models; maintenance, repair and updating of computer software and applications; technical support services, namely, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; cartography and mapping services featuring geophysical maps; scientific and technological services, namely, scientific research, analysis, testing in the field of artificial intelligence; industrial design

services; providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; providing online nondownloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software; none of the foregoing in the field of supply chain logistics ; none of the foregoing for use in the field of product manufacturing, manufacturing facilities, industrial plants or supply chains ; none of the foregoing for enabling electronic transactions and bill payments accounting, billing, payment services, financial electronic transfer or loans; none of the foregoing for use in the field of electronic health records

| | |
|---|---|
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| FILING BASIS | Section 1(b) |
| FILING BASIS | Section 44(d) |
| FOREIGN APPLICATION NUMBER | 0090647 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Jamaica |
| FOREIGN FILING DATE | 09/25/2023 |
| INTENT TO PERFECT 44(d) | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

**GOODS AND/OR SERVICES SECTION (044)(class deleted)**

**CORRESPONDENCE INFORMATION**

| | |
|---|---|
| NAME | J. Scott Gerien |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | tmdept@dpf-law.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| DOCKET/REFERENCE NUMBER | AAA075-001 |

**PAYMENT SECTION**

| | |
|---|---|
| TOTAL FEES DUE | The undersigned has elected not to submit a fee payment for the class(es), believing no fee payment is required under the *Trademark Rules of Practice*. The undersigned acknowledges that the USPTO may, upon later review, require a fee payment. |

**SIGNATURE SECTION**

| | |
|---|---|
| DECLARATION SIGNATURE | The undersigned has elected not to submit the signed declaration, believing no supporting declaration is required under the *Trademark Rules of Practice*. The undersigned acknowledges that the USPTO may, upon later review, require a signed declaration. |
| RESPONSE SIGNATURE | /J. Scott Gerien/ |
| SIGNATORY'S NAME | J. Scott Gerien |
| SIGNATORY'S POSITION | Attorney of record, California bar member |
| SIGNATORY'S PHONE NUMBER | 7072527122 |
| DATE SIGNED | 10/14/2025 |
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Signed directly within the form |

**FILING INFORMATION SECTION**

| | |
|---|---|
| SUBMIT DATE | Tue Oct 14 11:53:57 ET 2025 |
| | USPTO/ROA-XX.XXX.XX.XXX-2 |

IYO_0000441

**TEAS STAMP**

0251014115357925236-98276
003-910c6e088ae5b9396793b
338e5278156c84c87eac397d5
0a1d4f0ae90882b142cf6-N/A
-N/A-20251014111346793498

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **98276003** IO(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/98276003/large) has been amended as follows:

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

Applicant submits concurrently herewith amendments to the goods and services that it believes will obviate any likelihood of confusion with the cited registrations. Applicant notes that cited Reg. No. 4611696 is past the grace period for renewal but not officially cancelled in the system. Reg No. 2924027 has become abandoned so no longer serves as Section 2(d) block to registration. Applicant also notes that Reg. No. 5830511 is in grace period for Section 71 with no declaration filed.

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**

**Applicant hereby deletes the following class of goods/services from the application.**
Class 012 for trains; boats; aircraft; automobiles; drones; camera drones; civilian drones; trucks; unmanned land vehicles; unmanned aerial vehicles (UAVs); vans; delivery vans; remote control land vehicles, other than toys; none of the foregoing being self-propelled electric vehicles

**Applicant hereby deletes the following class of goods/services from the application.**
Class 018 for Leather and imitations of leather; animal skins and hides; travel trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery for animals; attaché cases; bags; bags for campers; bags for sports; beach bags; boxes of leather or leatherboard; business card cases; cases of leather or leatherboard; furniture coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; mesh shopping bags; shoulder belts of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; Leather travelling bag sets; briefcases; saddle belts; animal collars and leashes; cases for keys; music cases; purses; satchels; wallets; furs; valises; vanity cases, not fitted; wheeled shopping bags

**Applicant hereby deletes the following class of goods/services from the application.**
Class 036 for Financial consultancy services; Financial affairs and monetary affairs, namely, financial information, management and analysis services

**Applicant hereby deletes the following class of goods/services from the application.**
Class 039 for Travel arrangement

**Applicant hereby deletes the following class of goods/services from the application.**
Class 044 for Veterinary services; Hygienic and beauty care for human beings or animals

**Applicant proposes to amend the following:**

**Current:**
Class 009 for Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments in the nature of cell phones; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, namely, smartphones and tablets; network communication apparatus, namely, network services; downloadable data, images, audio and video files containing factual information, news, entertainment and music; downloadable digital files authenticated by non-fungible tokens (NFTs), namely, downloadable digital music files, digital collectibles and digital artwork authenticated by

IYO_0000442

non-fungible tokens (NFTs); downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and nonfungible tokens (nfts); downloadable software for enabling a user to view, market, purchase, sell or exchange non-fungible tokens (NFTs) or digital goods; downloadable software for creating non-fungible tokens (NFTs); handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware in the nature of smart watches; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; Magnetically encoded identification bracelets; electronic book readers; downloadable computer software that provides a user interface for interacting with artificial intelligence models; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; Downloadable application development software for providing a user interface for interacting with artificial intelligence models; Downloadable computer game software; downloadable pre-recorded audio, video and multimedia content containing music, news, social commentary, entertainment and sports; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices in the nature of smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, namely, wireless mice, wireless keyboards and wireless air gesture controllers; biometric identification and authentication apparatus; accelerometers; altimeters; electronic distance measuring apparatus; electronic distance recording apparatus; pedometers; pressure measuring apparatus; pressure indicators; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; electronic virtual and augmented reality displays, goggles, controllers, and headsets; 3D spectacles; eyeglasses; sunglasses; spectacle lenses; optical glasses; optical apparatus and instruments, namely, telescopes; cameras; flash lamps for cameras; computer peripherals, namely, keyboards, mice, mouse pads, ink printers, blank disk drives, and blank hard drives; Electronic sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; motor vehicle audio amplifier apparatus; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; set top boxes; radios; radio transmitters and receivers; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; global positioning systems (GPS devices); Electric navigational instruments; navigation apparatus for vehicles; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; data storage apparatus, namely, blank magnetic disks; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive computer touchscreens; Electronic interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders other than those for use by video professionals to capture, edit and produce video, television or film ; protective films specially adapted for computer screens, mobile telephone screens, and smartwatch screens; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, and straps, all specially adapted for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; selfie sticks; electronic agendas; dictating machines; electronic tags for goods; facsimile machines; weighing apparatus and instruments, namely, measuring rulers; electronic notice boards; measuring tapes; silicon wafers; integrated circuits; amplifiers; fluorescent screens; light-conducting filaments; electric installations for the remote control of industrial operations; life-saving apparatus and equipment, namely, life vests; whistle alarms; recorded video discs containing animated cartoons; decorative magnets; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the Internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; Recorded computer game programs; Humanoid robots having communication and learning functions for assisting and entertaining people; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use; Downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; Downloadable software applications for providing a user interface for interacting with artificial intelligence models; none of the foregoing for business operations and general office functions ; none of the foregoing for enabling electronic transactions and bill payments ; none of the foregoing for improving the effectiveness of a sales force ; none of the foregoing including human machine interface computer software to monitor, track, report and manipulate values from an automated process or machine ; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting

**Filing Basis: Section 1(b), Intent to Use: *For a trademark or service mark application:* The applicant believes the applicant is entitled to use

IYO_0000443

the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Proposed:**

**Tracked Text Description:** Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments in the nature of cell phones; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, namely, smartphones and tablets; network communication apparatus, namely, network services; ~~downloadable data, images, audio and video files containing factual information, news, entertainment and music~~; handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; ~~downloadable digital files authenticated by non-fungible tokens (NFTs), namely, downloadable digital music files, digital collectibles and digital artwork authenticated by non-fungible tokens (NFTs)~~; wearable computer hardware in the nature of smart watches; ~~downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and nonfungible tokens (nfts)~~; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; ~~downloadable software for enabling a user to view, market, purchase, sell or exchange non-fungible tokens (NFTs) or digital goods~~; smartwatches; ~~downloadable software for creating non-fungible tokens (NFTs)~~; smart glasses; smart rings; wearable activity trackers; downloadable computer software that provides a user interface for interacting with artificial intelligence models; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; downloadable application development software for providing a user interface for interacting with artificial intelligence models; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices in the nature of smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; ~~Magnetically encoded identification bracelets~~; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, namely, wireless mice, wireless keyboards and wireless air gesture controllers; ~~electronic book readers~~; biometric identification and authentication apparatus; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; electronic virtual and augmented reality displays, goggles, controllers, and headsets; 3d spectacles; ~~Downloadable computer game software~~; eyeglasses; ~~downloadable pre-recorded audio, video and multimedia content containing music, news, social commentary, entertainment and sports~~; sunglasses; spectacle lenses; optical glasses; cameras; electronic sound recording and reproducing apparatus; ~~accelerometers~~; digital audio and video players and recorders; ~~altimeters~~; audio speakers; ~~electronic distance measuring apparatus~~; audio amplifiers and receivers; ~~electronic distance recording apparatus~~; voice recording and voice recognition apparatus; ~~pedometers~~; earphones; ~~pressure measuring apparatus~~; headphones; ~~pressure indicators~~; microphones; televisions; television receivers and monitors; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; computer chips; batteries; battery chargers; ~~optical apparatus and instruments, namely, telescopes~~; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive computer touchscreens; ~~flash lamps for cameras~~; electronic interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders other than those for use by video professionals to capture, edit and produce video, television or film; ~~computer peripherals, namely, keyboards, mice, mouse pads,~~

IYO_0000444

~~ink printers, blank disk drives, and blank hard drives;~~ parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, and straps, all specially adapted for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; dictating machines; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the internet and for the sending, receiving, and storing of digital data; ~~motor vehicle audio amplifier apparatus;~~ voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; recorded computer game programs; humanoid robots having communication and learning functions for assisting and entertaining people; laboratory robots; ~~set top boxes;~~ teaching robots; ~~radios;~~ security surveillance robots; ~~radio transmitters and receivers;~~ robots with artificial intelligence; electronic devices in the form of robots for personal use; ~~global positioning systems (GPS devices);~~ downloadable computer programs and downloadable computer software for the artificial production of human speech and text; ~~Electric navigational instruments;~~ downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; ~~navigation apparatus for vehicles;~~ downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; ~~data storage apparatus, namely, blank magnetic disks;~~ downloadable computer programs and downloadable computer software for creating and generating text; downloadable software applications for providing a user interface for interacting with artificial intelligence models; none of the foregoing for business operations and general office functions; none of the foregoing for enabling electronic transactions and bill payments, accounting, billing, payment services, financial electronic transfer or loans; none of the foregoing for improving the effectiveness of a sales force; none of the foregoing including human machine interface computer software to monitor, track, report and manipulate values from an automated process or machine; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting and none of the foregoing including electric connectors, electric accumulators, mechanisms for coin-operated apparatus, cash registers, calculating machines, software for the management and control of electrical or lighting installations and products, surveillance devices, and the recharging of electrical vehicles and software for the automation of homes and buildings, namely, automation of lighting, temperature, access, sound and voice control in homes and buildings, fire extinguishers, loudspeakers, amplifiers, radio receivers, heat regulating apparatus, namely, thermostats for the control of temperature conditioning, air and heat, for use in houses and buildings, radios, apparatus and instruments for accumulating and storage of electricity, namely, electric accumulators, batteries, apparatus and instruments for controlling electric current, namely, electric controllers, current transformers, electric switches, electric connectors, electric control apparatus, namely, electric controllers, electric switches, apparatus, instruments and cables for conducting electricity, namely, electrical cables, insulated copper wire, luminous beacons, terminals electricity, namely, electrical terminal boxes, electrical terminal blocks, cabinets for loudspeakers, electric switch boxes, battery chargers for use in telephones, battery chargers, electric and electronic components, namely, electric controllers, electric switches, electricity connectors, coaxial connectors, namely, coaxial plugs, coaxial cables, cable connectors, audio cable connectors, electric plugs, namely, jack plugs, optical fiber connectors, smoke detectors, intruder detection devices other than for vehicles, namely, alarm monitoring systems, alarm sensors, indicators and controllers, namely, electric indicator broads, electronic indicator boards, electric switches, differential switches, electric switches, namely, electric switches for the management and control of electrical or lighting installations, limiters for electricity, fuse holders, namely, panel-mounted fuse holders for use with electronic glass and ceramic fuses, timers, radio-alarm clocks and radio-clocks, namely, radios incorporating clocks, electrical terminators, namely, terminal strips, regulators electric, namely, voltage regulators, electric switches, electric light dimmers for the management and control of electrical or lighting installations, electronic controllers, sensors and detectors, namely, aircraft airspeed sensors, alarm sensors, covers for electric outlets, namely, covers for electric terminals boxes, electrical terminal blocks, socket-outlets, electric terminals, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets, electric sockets, namely, antenna jacks, sockets, plugs and other contacts being electric connections, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets, transformers for electricity, solenoid valves, and electric buzzers; ~~protective films specially adapted for computer screens, mobile telephone screens, and smartwatch screens;~~ none of the foregoing including external video and audio interface devices containing printed circuit boards for use by video professionals with a desktop or laptop computer to capture, edit and produce video, television or film; ~~selfie sticks; electronic agendas; electronic tags for goods; facsimile machines; weighing apparatus and instruments, namely, measuring rulers; electronic notice boards; measuring tapes; silicon wafers; integrated circuits; amplifiers; fluorescent screens; light-conducting filaments; electric installations for the remote control of industrial operations; life-saving apparatus and equipment, namely, life vests; whistle alarms; recorded video discs containing animated cartoons; decorative magnets; none of the foregoing for enabling electronic transactions and bill payments; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting~~

Class 009 for Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments in the nature of cell phones; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, namely, smartphones and tablets; network communication apparatus, namely, network services; handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware in the nature of smart watches; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; downloadable computer software that provides a user interface for interacting with artificial intelligence models; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile

telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; downloadable application development software for providing a user interface for interacting with artificial intelligence models; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices in the nature of smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, namely, wireless mice, wireless keyboards and wireless air gesture controllers; biometric identification and authentication apparatus; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; electronic virtual and augmented reality displays, goggles, controllers, and headsets; 3d spectacles; eyeglasses; sunglasses; spectacle lenses; optical glasses; cameras; electronic sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive computer touchscreens; electronic interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders other than those for use by video professionals to capture, edit and produce video, television or film ; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, and straps, all specially adapted for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; dictating machines; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; recorded computer game programs; humanoid robots having communication and learning functions for assisting and entertaining people; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use; downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; downloadable software applications for providing a user interface for interacting with artificial intelligence models; none of the foregoing for business operations and general office functions ; none of the foregoing for enabling electronic transactions and bill payments, accounting, billing, payment services, financial electronic transfer or loans; none of the foregoing for improving the effectiveness of a sales force ; none of the foregoing including human machine interface computer software to monitor, track, report and manipulate values from an automated process or machine ; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting and none of the foregoing including electric connectors, electric accumulators, mechanisms for coin-operated apparatus, cash registers, calculating machines, software for the management and control of electrical or lighting installations and products, surveillance devices, and the recharging of electrical vehicles and software for the automation of homes and buildings, namely, automation of lighting, temperature, access, sound and voice control in homes and buildings, fire extinguishers, loudspeakers, amplifiers, radio receivers, heat regulating apparatus, namely, thermostats for the control of temperature conditioning, air and heat, for use in houses and buildings, radios, apparatus and instruments for accumulating and storage of electricity, namely, electric accumulators, batteries, apparatus and instruments for controlling electric current, namely, electric controllers, current transformers, electric switches, electric connectors, electric control apparatus, namely, electric controllers, electric switches, apparatus, instruments and cables for conducting electricity, namely, electrical cables, insulated copper wire, luminous beacons, terminals electricity, namely, electrical terminal boxes, electrical terminal blocks, cabinets for loudspeakers, electric switch boxes, battery chargers for use in telephones, battery chargers, electric and electronic components, namely, electric controllers, electric switches, electricity connectors, coaxial connectors, namely, coaxial plugs, coaxial cables, cable connectors, audio cable connectors, electric plugs, namely, jack plugs, optical fiber connectors, smoke detectors, intruder detection devices other than for vehicles, namely, alarm monitoring systems, alarm sensors, indicators and controllers, namely, electric indicator broads, electronic indicator boards, electric switches, differential switches, electric switches, namely, electric switches for the management and control of electrical or lighting installations, limiters for electricity, fuse holders, namely, panel-mounted fuse holders for use with electronic glass and ceramic fuses, timers, radio-alarm clocks and radio-clocks, namely, radios incorporating clocks, electrical terminators, namely, terminal strips, regulators electric, namely, voltage regulators, electric switches, electric light dimmers for the management and control of electrical or lighting installations, electronic controllers, sensors and detectors, namely, aircraft airspeed sensors, alarm sensors, covers for electric outlets, namely, covers for electric terminals boxes, electrical terminal blocks, socket-outlets, electric terminals, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets, electric sockets, namely, antenna jacks, sockets,

IYO_0000446

plugs and other contacts being electric connections, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets, transformers for electricity, solenoid valves, and electric buzzers; none of the foregoing including external video and audio interface devices containing printed circuit boards for use by video professionals with a desktop or laptop computer to capture, edit and produce video, television or film

**Filing Basis: Section 1(b), Intent to Use:** ***For a trademark or service mark application:*** The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:** ***For a trademark or service mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Applicant proposes to amend the following:**

**Current:**
Class 035 for Advertising agencies; business management; business administration; providing office functions; Advertising and business management consultancy; advertising services, namely, promoting the goods and services of others; demonstration of goods; Sales promotion services; rental of advertising space; organisation of exhibitions for commercial or advertising purposes; organisation of trade fairs for commercial or advertising purposes; outdoor advertising; market analysis; marketing research; market research and consumer information services; opinion polling; public relations; public relations services; publication of publicity texts; publicity agencies; Stenographic transcription; writing of publicity texts for others; personnel recruitment consultancy; Audit support services, namely, review and analysis of a company's sales, as well as the preparation, organization and presentation of the documents and data requested by a government body, and advice on government audit processes, policies and strategy; business management assistance for artists and performers; business appraisals; business information services; business investigations; business management consultancy; commercial information agency services; commercial management assistance; copying of documents; document reproduction in the nature of photocopying services; business efficiency expert services; industrial business management assistance; photocopying services; professional business consultancy services; providing an on-line commercial information directory on the internet; secretarial services; shorthand typing; typing; word processing; compilation and systemisation of data into computer databases; compilation of business information into a searchable database available via a global computer network; compiling of information into computer databases; compiling statistics for business purposes; computerised data management; computerised database management services; computerised processing of on-line purchase orders; database management services; provision of business information via a searchable database and via a global computer network; Office functions in the nature of searching for data in computer files for others; online retail stores featuring music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services and on-line retail store services featuring a broad range of electronic goods and household goods; customer loyalty program services featuring rewards in the form of discounted shipping services; database services to enable others to conveniently view and select services from a website; auction services; business intermediary services for the sale and purchase of goods and services; price comparison services; import and export agencies; consumer information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them; none of the foregoing in the field of outsourcing, production sites and production structures

**Filing Basis: Section 1(b), Intent to Use:** ***For a trademark or service mark application:*** The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control

over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Proposed:**

**Tracked Text Description:** ~~Advertising agencies;~~ business management; business administration; providing office functions; market analysis; ~~Advertising and business management consultancy;~~ ; ~~advertising services, namely, promoting the goods and services of others;~~ market research and consumer information services; ~~demonstration of goods;~~ business information services; ~~Sales promotion services;~~ business management consultancy; ~~rental of advertising space;~~ professional business consultancy services; ~~organisation of exhibitions for commercial or advertising purposes;~~ compilation and systemisation of data into computer databases; ~~organisation of trade fairs for commercial or advertising purposes;~~ compilation of business information into a searchable database available via a global computer network; ~~outdoor advertising;~~ compiling of information into computer databases; compiling statistics for business purposes; ~~marketing research;~~ computerised data management; computerised database management services; ~~opinion polling;~~ database management services; ~~public relations;~~ provision of business information via a searchable database and via a global computer network; ~~public relations services;~~ office functions in the nature of searching for data in computer files for others; ~~publication of publicity texts;~~ ; ~~publicity agencies;~~ price comparison services; ~~Stenographic transcription;~~ none of the foregoing in the field of outsourcing, production sites and production structures; ~~writing of publicity texts for others;~~ <u>none of the foregoing relating to services for electronic transactions and bill payments, accounting, billing, payment services, financial electronic transfer or loans;</u> ~~personnel recruitment consultancy; Audit support services, namely, review and analysis of a company's sales, as well as the preparation, organization and presentation of the documents and data requested by a government body, and advice on government audit processes, policies and strategy; business management assistance for artists and performers; business appraisals; business investigations; commercial information agency services; commercial management assistance; copying of documents; document reproduction in the nature of photocopying services; business efficiency expert services; industrial business management assistance; photocopying services; providing an on-line commercial information directory on the internet; secretarial services; shorthand typing; typing; word processing; computerised processing of on-line purchase orders; online retail stores featuring music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services and on-line retail store services featuring a broad range of electronic goods and household goods; customer loyalty program services featuring rewards in the form of discounted shipping services; database services to enable others to conveniently view and select services from a website; auction services; business intermediary services for the sale and purchase of goods and services; import and export agencies; consumer information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them~~

Class 035 for business management; business administration; providing office functions; market analysis;; market research and consumer information services; business information services; business management consultancy; professional business consultancy services; compilation and systemisation of data into computer databases; compilation of business information into a searchable database available via a global computer network; compiling of information into computer databases; compiling statistics for business purposes; computerised data management; computerised database management services; database management services; provision of business information via a searchable database and via a global computer network; office functions in the nature of searching for data in computer files for others; ; price comparison services; none of the foregoing in the field of outsourcing, production sites and production structures; none of the foregoing relating to services for electronic transactions and bill payments, accounting, billing, payment services, financial electronic transfer or loans

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

IYO_0000448

Webpage URL: None Provided
Webpage Date of Access: None Provided


**Filing Basis: Section 44(d), Priority based on foreign filing:***For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Applicant proposes to amend the following:**

**Current:**
Class 037 for Repair, Maintenance, and installation of computer hardware, wearable computer hardware, mobile computer hardware, robots, robotic devices that can move, smart speakers and smart televisions; information, advisory and consultancy services relating to all the aforesaid
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Proposed:**
Class 037 for Repair, Maintenance, and installation of computer hardware, wearable computer hardware, mobile computer hardware, robots, robotic devices that can move, smart speakers and smart televisions; information, advisory and consultancy services relating to all the aforesaid
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

IYO_0000449

**Filing Basis: Section 44(d), Priority based on foreign filing:***For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Applicant proposes to amend the following:**

**Current:**
Class 038 for Telecommunications consultation; telecommunication access services; communications by computer terminals; electronic sending of data and documentation via the Internet and other electronic databases; News agencies, namely, the transmission of news items to news reporting organizations; Providing access to digital music websites on the Internet; wireless digital messaging; Internet based paging and alerting services, namely, providing a web site at which users can send messages to electronic paging devices; transmission of electronic mail; Telegram transmission services; telephone services; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services; broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic communications consultancy; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Proposed:**

**Tracked Text Description:** ~~Telecommunications consultation~~; telecommunication access services; communications by computer terminals; electronic sending of data and documentation via the internet and other electronic databases; news agencies, namely, the transmission of news items to news reporting organizations; providing access to digital music websites on the internet; wireless digital messaging; transmission of electronic mail; ~~Internet based paging and alerting services, namely, providing a web site at which users can send messages to electronic paging devices~~; telephone services; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; ~~Telegram transmission services~~; webcasting services; broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; providing users with access time to electronic communications networks with means of

identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; none of the foregoing related to transmission via television or cable television broadcasting networks.; ~~providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic communications consultancy~~

Class 038 for telecommunication access services; communications by computer terminals; electronic sending of data and documentation via the internet and other electronic databases; news agencies, namely, the transmission of news items to news reporting organizations; providing access to digital music websites on the internet; wireless digital messaging; transmission of electronic mail; telephone services; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services; broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; none of the foregoing related to transmission via television or cable television broadcasting networks.

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Applicant proposes to amend the following:**

**Current:**
Class 041 for Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; providing of training in technology and artificial intelligence; providing online music not downloadable; providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of technology and artificial intelligence; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence and live theatrical productions; providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; Lending library services for lending multimedia materials; Virtual reality game services provided on-line from a computer network; conducting fitness classes; toy rental; games equipment rental; animal training; modelling for artists; operating lotteries; computer-based educational, teaching, and training services in the field of technology and artificial intelligence; providing online computer games; Open-access publishing services, namely, publication of electronic books, magazines, newspapers, journals and periodicals; providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ticket reservation and booking services for entertainment, sporting and cultural events; booking of seats for shows; rental of audio equipment; training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for IT systems, product

manufacturing equipment and processes and supply chains

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Proposed:**

**Tracked Text Description:** Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; providing of training in technology and artificial intelligence; providing online music not downloadable; providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of technology and artificial intelligence; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence and live theatrical productions; providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; ~~Lending library services for lending multimedia materials~~; virtual reality game services provided on-line from a computer network; conducting fitness classes; computer-based educational, teaching, and training services in the field of technology and artificial intelligence; ~~toy rental~~; providing online computer games; ~~games equipment rental~~; providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ~~animal training~~; ticket reservation and booking services for entertainment, sporting and cultural events; ~~modelling for artists~~; booking of seats for shows; ~~operating lotteries~~; rental of audio equipment; training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for it systems, product manufacturing equipment and processes and supply chains; ~~Open-access publishing services, namely, publication of electronic books, magazines, newspapers, journals and periodicals~~

Class 041 for Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; providing of training in technology and artificial intelligence; providing online music not downloadable; providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of technology and artificial intelligence; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence and live theatrical productions; providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; virtual reality game services provided on-line from a computer network; conducting fitness classes; computer-based educational, teaching, and training services in the field of technology and artificial intelligence; providing online computer games; providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ticket reservation and booking services for entertainment, sporting and cultural events; booking of seats for shows; rental of audio equipment; training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for it systems, product manufacturing equipment and processes and supply chains

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark,*

*collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:***For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Applicant proposes to amend the following:**

**Current:**
Class 042 for Architecture consultancy services; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; computer design services; Engineering design services; Technical research in the field of artificial intelligence; new product design; graphic design; packaging design; jewelry design; computer hardware design; furniture design; website design consultancy; automotive design; fashion design consulting services; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; consulting services in the field of cloud computing; rental of computer hardware, software, and peripherals; Providing temporary use of online, non-downloadable enterprise software for providing a user interface for interacting with artificial intelligence models; computer security and data security consultancy; data encryption services; maintenance, repair and updating of computer software and applications; technical support services, namely, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; Cartography and mapping services featuring geophysical maps; Scientific and technological services, namely, scientific research, analysis, testing in the field of artificial intelligence; industrial design services; quality control for others; surveying; chemical research; Medical and scientific research, namely, conducting clinical trials for others; meteorological information; Providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; providing online nondownloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software; none of the foregoing in the field of supply chain logistics ; none of the foregoing for use in the field of product manufacturing, manufacturing facilities, industrial plants or supply chains ; none of the foregoing for enabling electronic transactions and bill payments ; none of the foregoing for use in the field of electronic health records
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use

IYO_0000453

of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Proposed:**

**Tracked Text Description:** Architecture consultancy services; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; computer design services; engineering design services; technical research in the field of artificial intelligence; new product design; graphic design; packaging design; jewelry design; computer hardware design; furniture design; website design consultancy; automotive design; fashion design consulting services; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; consulting services in the field of cloud computing; rental of computer hardware, software, and peripherals; providing temporary use of online, non-downloadable enterprise software for providing a user interface for interacting with artificial intelligence models; ~~computer security and data security consultancy~~; maintenance, repair and updating of computer software and applications; ~~data encryption services~~; technical support services, namely, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; cartography and mapping services featuring geophysical maps; scientific and technological services, namely, scientific research, analysis, testing in the field of artificial intelligence; industrial design services; providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; ~~quality control for others~~; providing online nondownloadable software for machine-learning based language and speech processing software; ~~surveying~~; providing online non-downloadable chatbot software for simulating conversations; ~~chemical research~~; providing online non-downloadable software for creating and generating text; ~~Medical and scientific research, namely, conducting clinical trials for others~~; research and development services in the field of artificial intelligence; ~~meteorological information~~; research, design and development of computer programs and software; none of the foregoing in the field of supply chain logistics; none of the foregoing for use in the field of product manufacturing, manufacturing facilities, industrial plants or supply chains; <u>none of the foregoing for enabling electronic transactions and bill payments accounting, billing, payment services, financial electronic transfer or loans</u>; none of the foregoing for use in the field of electronic health records; ~~none of the foregoing for enabling electronic transactions and bill payments~~

Class 042 for Architecture consultancy services; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; computer design services; engineering design services; technical research in the field of artificial intelligence; new product design; graphic design; packaging design; jewelry design; computer hardware design; furniture design; website design consultancy; automotive design; fashion design consulting services; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; consulting services in the field of cloud computing; rental of computer hardware, software, and peripherals; providing temporary use of online, non-downloadable enterprise software for providing a user interface for interacting with artificial intelligence models; maintenance, repair and updating of computer software and applications; technical support services, namely, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; cartography and mapping services featuring geophysical maps; scientific and technological services, namely, scientific research, analysis, testing in the field of artificial intelligence; industrial design services; providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; providing online nondownloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software; none of the foregoing in the field of supply chain logistics ; none of the foregoing for use in the field of product manufacturing, manufacturing facilities, industrial plants or supply chains ; none of the foregoing for enabling electronic transactions and bill payments accounting, billing, payment services, financial electronic transfer or loans; none of the foregoing for use in the field of electronic health records

**Filing Basis: Section 1(b), Intent to Use:** ***For a trademark or service mark application:*** The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification

program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:***For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Correspondence Information**
J. Scott Gerien
PRIMARY EMAIL FOR CORRESPONDENCE: tmdept@dpf-law.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is AAA075-001.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

The undersigned has elected not to submit a fee payment for the class(es), believing no fee payment is required under the *Trademark Rules of Practice.* The undersigned acknowledges that the USPTO may, upon later review, require a fee payment.
**SIGNATURE(S)**
**Declaration Signature**
The filing Attorney has elected not to submit the signed declaration, believing no supporting declaration is required under the *Trademark Rules of Practice.*
**Response Signature**
Signature: /J. Scott Gerien/     Date: 10/14/2025
Signatory's Name: J. Scott Gerien
Signatory's Position: Attorney of record, California bar member

Signatory's Phone Number: 7072527122 Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:    J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY

  1500 FIRST STREET, STE 200
  NAPA, California 94559
Mailing Address:    J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY

IYO_0000455

1500 FIRST STREET, STE 200
NAPA, California 94559

Serial Number: 98276003
Internet Transmission Date: Tue Oct 14 11:53:57 ET 2025
TEAS Stamp: USPTO/ROA-XX.XXX.XX.XXX-2025101411535792
5236-98276003-910c6e088ae5b9396793b338e5
278156c84c87eac397d50a1d4f0ae90882b142cf
6-N/A-N/A-20251014111346793498

IYO_0000456

# Request to Divide Application

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98276003 |
| **MARK SECTION** | |
| **MARK** | https://tmng-al.uspto.gov/resting2/api/img/98276003/large |
| **LITERAL ELEMENT** | IO |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **FORM TEXT** | |
| Applicant requests that the application be further divided to create a new child application of the services in class 42 | |
| **EVIDENCE FILE NAME(S)** | No evidence attached |
| **OWNER SECTION** | |
| **NAME** | Weynorth Limited |
| **MAILING ADDRESS** | 62 The Street |
| **CITY** | Ashtead, Surrey |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United Kingdom |
| **ZIP/POSTAL CODE** | KT211AT |
| **EMAIL** | XXXX |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | J. Scott Gerien |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | tmdept@dpf-law.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NONE |
| **DOCKET/REFERENCE NUMBER** | AAA075-001 |
| **NAME** | J. Scott Gerien |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | tmdept@dpf-law.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **DOCKET/REFERENCE NUMBER** | AAA075-001 |
| **PAYMENT SECTION** | |
| **NUMBER OF New Applications** | 1 |
| **DIVISIONAL REQUEST FEE, PER NEW APPLICATION (FILE WRAPPER) CREATED FEE** | 100 |
| **TOTAL FEES DUE** | 100 |

IYO_0000457

**SIGNATURE SECTION**

| | |
|---|---|
| **SUBMISSION SIGNATURE** | /J. Scott Gerien/ |
| **SIGNATORY'S NAME** | J. Scott Gerien |
| **SIGNATORY'S POSITION** | Attorney of record, California bar member |
| **SIGNATORY'S PHONE NUMBER** | 7072527122 |
| **DATE SIGNED** | 10/14/2025 |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Signed directly within the form |

**FILING INFORMATION SECTION**

| | |
|---|---|
| **SUBMIT DATE** | Tue Oct 14 11:08:26 EDT 2025 |
| **TEAS STAMP** | USPTO/RTD-XX.XXX.X.XX-202 51014110826152995-9827600 3-20251014110553877238-DA -08267432-202510141105538 77238 |

**Request to Divide Application**

**To the Commissioner for Trademarks:**

The following is submitted for application serial number: **98276003**

**FORM TEXT:**

Applicant requests that the application be further divided to create a new child application of the services in class 42

**The owner proposes to amend the following:**
Weynorth Limited, having an address of
    62 The Street
    Ashtead, Surrey, KT211AT
    United Kingdom
    Email Address: XXXX

**Correspondence Information**
    J. Scott Gerien
    PRIMARY EMAIL FOR CORRESPONDENCE: tmdept@dpf-law.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is AAA075-001.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and

the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**FEE(S)**
Fee(s) in the amount of $100 is being submitted.

**SIGNATURE(S)**
**Submission Signature**
Signature: /J. Scott Gerien/    Date: 10/14/2025
Signatory's Name: J. Scott Gerien
Signatory's Position: Attorney of record, California bar member
Signatory's Phone Number: 7072527122
Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:    J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY

  1500 FIRST STREET, STE 200
  NAPA, California 94559
Mailing Address:    J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY

  1500 FIRST STREET, STE 200
  NAPA, California 94559

PAYMENT: 08267432
PAYMENT DATE: 10/14/2025

Serial Number: 98276003
Internet Transmission Date: Tue Oct 14 11:08:26 EDT 2025
TEAS Stamp: USPTO/RTD-XX.XXX.X.XX-202510141108261529
95-98276003-20251014110553877238-DA-0826
7432-20251014110553877238

IYO_0000459

# Request to Divide Application

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 98276003 |
| **MARK SECTION** | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/98276003/large |
| LITERAL ELEMENT | IO |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **FORM TEXT** | |

Applicant requests that the application be divided to create a new child application for all of the services in classes 36, 37, 39, 41.

| Input Field | Entered |
|---|---|
| EVIDENCE FILE NAME(S) | No evidence attached |
| **OWNER SECTION** | |
| NAME | Weynorth Limited |
| MAILING ADDRESS | 62 The Street |
| CITY | Ashtead, Surrey |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United Kingdom |
| ZIP/POSTAL CODE | KT211AT |
| EMAIL | XXXX |
| **CORRESPONDENCE INFORMATION** | |
| NAME | J. Scott Gerien |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | tmdept@dpf-law.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NONE |
| DOCKET/REFERENCE NUMBER | AAA075-001 |
| NAME | J. Scott Gerien |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | tmdept@dpf-law.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| DOCKET/REFERENCE NUMBER | AAA075-001 |
| **PAYMENT SECTION** | |
| NUMBER OF New Applications | 1 |
| DIVISIONAL REQUEST FEE, PER NEW APPLICATION (FILE WRAPPER) CREATED FEE | 100 |
| TOTAL FEES DUE | 100 |

IYO_0000460

**SIGNATURE SECTION**

| | |
|---|---|
| **SUBMISSION SIGNATURE** | /J. Scott Gerien/ |
| **SIGNATORY'S NAME** | J. Scott Gerien |
| **SIGNATORY'S POSITION** | Attorney of record, California bar member |
| **SIGNATORY'S PHONE NUMBER** | 7072527122 |
| **DATE SIGNED** | 10/14/2025 |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Signed directly within the form |

**FILING INFORMATION SECTION**

| | |
|---|---|
| **SUBMIT DATE** | Tue Oct 14 11:05:35 EDT 2025 |
| **TEAS STAMP** | USPTO/RTD-XX.XXX.X.XXX-20251014110535253847-98276003-20251014105933369134-DA-05357325-20251014105933369134 |

## Request to Divide Application

## To the Commissioner for Trademarks:

The following is submitted for application serial number: **98276003**

**FORM TEXT:**

Applicant requests that the application be divided to create a new child application for all of the services in classes 36, 37, 39, 41.

**The owner proposes to amend the following:**
Weynorth Limited, having an address of
    62 The Street
    Ashtead, Surrey, KT211AT
    United Kingdom
    Email Address: XXXX

**Correspondence Information**
    J. Scott Gerien
    PRIMARY EMAIL FOR CORRESPONDENCE: tmdept@dpf-law.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is AAA075-001.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and

IYO_0000461

the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**FEE(S)**
Fee(s) in the amount of $100 is being submitted.

**SIGNATURE(S)**
**Submission Signature**
Signature: /J. Scott Gerien/    Date: 10/14/2025
Signatory's Name: J. Scott Gerien
Signatory's Position: Attorney of record, California bar member
Signatory's Phone Number: 7072527122
Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:   J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY

  1500 FIRST STREET, STE 200
  NAPA, California 94559
Mailing Address:   J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY

  1500 FIRST STREET, STE 200
  NAPA, California 94559

PAYMENT: 05357325
PAYMENT DATE: 10/14/2025

Serial Number: 98276003
Internet Transmission Date: Tue Oct 14 11:05:35 EDT 2025
TEAS Stamp: USPTO/RTD-XX.XXX.X.XXX-20251014110535253
847-98276003-20251014105933369134-DA-053
57325-20251014105933369134

IYO_0000462

# Extension of Time for Response to Office Action

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98276003 |
| **STATEMENT** | Applicant requests a three-month extension of time to file the response under 37 C.F.R. §2.62(a)(2), which will extend the response deadline to six months from the issue date of the Office action. Only one extension can be requested per Office action. |
| **OFFICE ACTION ISSUE DATE** | 04/15/2025 |
| **MARK SECTION** | |
| MARK FILE NAME | <u>mark</u> |
| LITERAL ELEMENT | IO |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| **OWNER SECTION** | |
| NAME | Weynorth Limited |
| MAILING ADDRESS | 62 The Street |
| CITY | Ashtead, Surrey |
| ZIP/POSTAL CODE | KT211AT |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United Kingdom |
| EMAIL | XXXX |
| **CORRESPONDENCE INFORMATION (current)** | |
| NAME | J. Scott Gerien |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | tmdept@dpf-law.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| NAME | J. Scott Gerien |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | tmdept@dpf-law.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| DOCKET/REFERENCE NUMBER | AAA075-001 |
| **PAYMENT SECTION** | |
| EXTENSION REQUEST, PER OFFICE ACTION | $125 |
| TOTAL FEES DUE | $125 |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /J. Scott Gerien/ |

| | |
|---|---|
| **SIGNATORY'S NAME** | J. Scott Gerien |
| **SIGNATORY'S POSITION** | Attorney of record, California bar member |
| **SIGNATORY'S PHONE NUMBER** | 7072527122 |
| **DATE SIGNED** | 07/14/2025 |
| **SIGNATURE METHOD** | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Mon Jul 14 20:29:16 ET 2025 |
| **TEAS STAMP** | USPTO/ELR-XXX.X.XX.XX-202 50714202916998355-9827600 3-91040b97749bda41b55e5f6 e84036e249abf3403747dc73e 1d0da59e0e610c970bb-DA-29 168702-202507142027335503 01 |

# Extension of Time for Response to Office Action

## To the Commissioner for Trademarks:

The following extension request is submitted for application Serial Number: 98276003 IO(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/98276003/large)

**STATEMENT**

Applicant requests a three-month extension of time to file the response under 37 C.F.R. §2.62(a)(2), which will extend the response deadline to six months from the issue date of the Office action. Only one extension can be requested per Office action.

Office action issue date: 04/15/2025

**OWNER/HOLDER INFORMATION**
**The owner/holder proposes to amend the following:**
Weynorth Limited a(n) having an address of

    62 The Street
    Ashtead, Surrey, KT211AT
    United Kingdom    Email Address: XXXX

**Correspondence Information (current)**
    J. Scott Gerien
    PRIMARY EMAIL FOR CORRESPONDENCE: tmdept@dpf-law.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Correspondence Information (proposed)**
    J. Scott Gerien
    PRIMARY EMAIL FOR CORRESPONDENCE: tmdept@dpf-law.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

IYO_0000464

The docket/reference number is AAA075-001.

**FEE(S)**
Fee(s) in the amount of $125 is being submitted.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**

Signature: /J. Scott Gerien/     Date: 07/14/2025
Signatory's Name: J. Scott Gerien
Signatory's Position: Attorney of record, California bar member
Signatory's Phone Number: 7072527122

Signature method: Signed directly within the form

Mailing Address:    J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY

  1500 FIRST STREET, STE 200
  NAPA, California 94559
Mailing Address:    J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY
  1500 FIRST STREET, STE 200
  NAPA, California 94559

PAYMENT: 98276003
PAYMENT DATE: 07/14/2025

Serial Number: 98276003
Internet Transmission Date: Mon Jul 14 20:29:16 ET 2025
TEAS Stamp: USPTO/ELR-XXX.X.XX.XX-202507142029169983
55-98276003-91040b97749bda41b55e5f6e8403
6e249abf3403747dc73e1d0da59e0e610c970bb-
DA-29168702-20250714202733550301

IYO_0000465

| To: | J. Scott Gerien(tmdept@dpf-law.com) |
| --- | --- |
| **Subject:** | U.S. Trademark Application Serial No. 98276003 - IO - - AAA075-001 |
| **Sent:** | April 15, 2025 09:23:28 PM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

7510354
7510345

### United States Patent and Trademark Office (USPTO)
#### Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application Serial No.** 98276003

**Mark:** IO

**Correspondence Address:**
J. Scott Gerien
DICKENSON, PEATMAN & FOGARTY
1500 FIRST STREET, STE 200
NAPA CA 94559
United States

**Applicant:** Weynorth Limited

**Reference/Docket No.** AAA075-001

**Correspondence Email Address:** tmdept@dpf-law.com

# NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** April 15, 2025

This letter responds to the applicant's communication filed on October 7, 2024. The applicant's amended identification of goods and services for CLASSES 9, 12, 35, 36, 37, 38, 39, 41, 42, and 44, are accepted and made of record. However, CLASS 18 remains indefinite due to duplicate wording.

IYO_0000466

The refusal under Section 2(d) as to U.S. Registration Nos. **5100213, 2924027, 3753724, 3036131, 7376722, 5830511, and 4611696,** is continued and maintained pending a response to the following refusal and issues. Please note, U.S. Registration Nos.3406787, 4240703, 6229280, 6263845, 5120102, 4712686, 5385042, 5934613, and 7032982, are withdrawn as barriers to registration.

The examining attorney provided information concerning prior pending applications in the Office Action of July 2, 2024. Application Serial Nos. 79374936 and 79375311 have matured to registration. Therefore, registration is refused as follows. The examining attorney did not address the issues concerning dual bases application. The issue is corrected below. The examining attorney apologizes for not raising the issue earlier.

Refusal under Section 2(d) – Likelihood of Confusion

Registration of the applied-for mark is refused because of a likelihood of confusion with the marks in U.S. Registration Nos. 7510345 and 7510354. Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.* See the attached registrations.

Trademark Act Section 2(d) bars registration of an applied-for mark that is so similar to a registered mark that it is likely consumers would be confused, mistaken, or deceived as to the commercial source of the goods and/or services of the parties. *See* 15 U.S.C. §1052(d). Likelihood of confusion is determined on a case-by-case basis by applying the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973) (called the "*du Pont* factors"). *In re i.am.symbolic, llc*, 866 F.3d 1315, 1322, 123 USPQ2d 1744, 1747 (Fed. Cir. 2017). Any evidence of record related to those factors need be considered; however, "not all of the *DuPont* factors are relevant or of similar weight in every case." *In re Guild Mortg. Co.*, 912 F.3d 1376, 1379, 129 USPQ2d 1160, 1162 (Fed. Cir. 2019) (quoting *In re Dixie Rests., Inc.*, 105 F.3d 1405, 1406, 41 USPQ2d 1531, 1533 (Fed. Cir. 1997)).

Although not all *du Pont* factors may be relevant, there are generally two key considerations in any likelihood of confusion analysis: (1) the similarities between the compared marks and (2) the relatedness of the compared goods and/or services. *See In re i.am.symbolic, llc*, 866 F.3d at 1322, 123 USPQ2d at 1747 (quoting *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002)); *Federated Foods, Inc. v. Fort Howard Paper Co.*, 544 F.2d 1098, 1103, 192 USPQ 24, 29 (C.C.P.A. 1976) ("The fundamental inquiry mandated by [Section] 2(d) goes to the cumulative effect of differences in the essential characteristics of the goods [or services] and differences in the marks."); TMEP §1207.01.

Applicant seeks to register the proposed mark IO. The cited registrations are for the marks IO stylized. These marks are quite similar because they share the term IO and they create confusingly similar commercial impressions.

Marks may be confusingly similar in appearance where similar terms or similar parts of terms appear in the compared marks and create a similar overall commercial impression. *See Crocker Nat'l Bank v. Canadian Imperial Bank of Com.*, 228 USPQ 689, 690-91 (TTAB 1986) (holding COMMCASH and COMMUNICASH confusingly similar), *aff'd sub nom. Canadian Imperial Bank of Com. v. Wells Fargo Bank, N.A.*, 811 F.2d 1490, 1492, 1495, 1 USPQ2d 1813, 1814-15, 1817 (Fed. Cir. 1987); *In re Corning Glass Works*, 229 USPQ 65, 66 (TTAB 1985) (holding CONFIRM and CONFIRMCELLS confusingly similar); *In re Pellerin Milnor Corp.*, 221 USPQ 558, 560 (TTAB 1983) (holding

IYO_0000467

MILTRON and MILLTRONICS confusingly similar); *Sun Elec. Corp. v. Sun Oil Co.*, 196 USPQ 450, 452 (TTAB 1977) (holding SUNELECT and SUN ELECTRIC confusingly similar); *In re BASF Aktiengesellschaft*, 189 USPQ 424, 424 (TTAB 1976) (holding LUTEX and LUTEXAL confusingly similar); TMEP §1207.01(b)(ii)-(iii).

The compared goods and/or services need not be identical or even competitive to find a likelihood of confusion. *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000); TMEP §1207.01(a)(i). They need only be "related in some manner and/or if the circumstances surrounding their marketing are such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source." *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i); *see Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *44 (TTAB 2022) (quoting *In re Jump Designs LLC*, 80 USPQ2d 1370, 1374 (TTAB 2006)).

Applicant seeks to register its mark, in part, for:

International Class 009: Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments in the nature of cell phones; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, namely, smartphones and tablets; network communication apparatus, namely, network services; downloadable data, images, audio and video files containing factual information, news, entertainment and music; downloadable digital files authenticated by non-fungible tokens (NFTs), namely, downloadable digital music files, digital collectibles and digital artwork authenticated by non-fungible tokens (NFTs); downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and nonfungible tokens (nfts); downloadable software for enabling a user to view, market, purchase, sell or exchange non-fungible tokens (NFTs) or digital goods; downloadable software for creating non-fungible tokens (NFTs); handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware in the nature of smart watches; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; Magnetically encoded identification bracelets; electronic book readers; downloadable computer software that provides a user interface for interacting with artificial intelligence models; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; Downloadable application development software for providing a user interface for interacting with artificial intelligence models; Downloadable computer game software; downloadable pre-recorded audio, video and multimedia content containing music, news, social commentary, entertainment and sports; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices in the nature of smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, namely, wireless mice, wireless keyboards and wireless air gesture controllers; biometric identification and authentication apparatus; accelerometers;

altimeters; electronic distance measuring apparatus; electronic distance recording apparatus; pedometers; pressure measuring apparatus; pressure indicators; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; electronic virtual and augmented reality displays, goggles, controllers, and headsets; 3D spectacles; eyeglasses; sunglasses; spectacle lenses; optical glasses; optical apparatus and instruments, namely, telescopes; cameras; flash lamps for cameras; computer peripherals, namely, keyboards, mice, mouse pads, ink printers, blank disk drives, and blank hard drives; Electronic sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; motor vehicle audio amplifier apparatus; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; set top boxes; radios; radio transmitters and receivers; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; global positioning systems (GPS devices); Electric navigational instruments; navigation apparatus for vehicles; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; data storage apparatus, namely, blank magnetic disks; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive computer touchscreens; Electronic interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders other than those for use by video professionals to capture, edit and produce video, television or film; protective films specially adapted for computer screens, mobile telephone screens, and smartwatch screens; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, and straps, all specially adapted for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; selfie sticks; electronic agendas; dictating machines; electronic tags for goods; facsimile machines; weighing apparatus and instruments, namely, measuring rulers; electronic notice boards; measuring tapes; silicon wafers; integrated circuits; amplifiers; fluorescent screens; light-conducting filaments; electric installations for the remote control of industrial operations; life-saving apparatus and equipment, namely, life vests; whistle alarms; recorded video discs containing animated cartoons; decorative magnets; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the Internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; Recorded computer game programs; Humanoid robots having communication and learning functions for assisting and entertaining people; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use;

IYO_0000469

Downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; Downloadable software applications for providing a user interface for interacting with artificial intelligence models; none of the foregoing for business operations and general office functions; none of the foregoing for enabling electronic transactions and bill payments; none of the foregoing for improving the effectiveness of a sales force; none of the foregoing including human machine interface computer software to monitor, track, report and manipulate values from an automated process or machine; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting

International Class 035: Advertising agencies; business management; business administration; providing office functions; Advertising and business management consultancy; advertising services, namely, promoting the goods and services of others; demonstration of goods; sales promotion services; rental of advertising space; organisation of exhibitions for commercial or advertising purposes; organisation of trade fairs for commercial or advertising purposes; outdoor advertising; market analysis; marketing research; market research and consumer information services; opinion polling; public relations; public relations services; publication of publicity texts; publicity agencies; Stenographic transcription; writing of publicity texts for others; personnel recruitment consultancy; audit support services, namely, review and analysis of a company's sales, as well as the preparation, organization and presentation of the documents and data requested by a government body, and advice on government audit processes, policies and strategy; business management assistance for artists and performers; business appraisals; business information services; business investigations; business management consultancy; commercial information agency services; commercial management assistance; copying of documents; document reproduction in the nature of photocopying services; business efficiency expert services; industrial business management assistance; photocopying services; professional business consultancy services; providing an on-line commercial information directory on the internet; secretarial services; shorthand typing; typing; word processing; compilation and systemisation of data into computer databases; compilation of business information into a searchable database available via a global computer network; compiling of information into computer databases; compiling statistics for business purposes; computerised data management; computerised database management services; computerised processing of on-line purchase orders; database management services; provision of business information via a searchable database and via a global computer network; Office functions in the nature of searching for data in computer files for others; online retail stores featuring music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services and on-line retail store services featuring a broad range of electronic goods and household goods; customer loyalty program services featuring rewards in the form of discounted shipping services; database services to enable others to conveniently view and select services from a website; auction services; business intermediary services for the sale and purchase of goods and services; price comparison services; import and export agencies; consumer information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them; none of the foregoing in the field of outsourcing, production sites and production structures

International Class 036: Financial consultancy services; Financial affairs and monetary affairs, namely, financial information, management and analysis services

IYO_0000470

International Class 042: Architecture consultancy services; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; computer design services; Engineering design services; Technical research in the field of artificial intelligence; new product design; graphic design; packaging design; jewelry design; computer hardware design; furniture design; website design consultancy; automotive design; fashion design consulting services; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; consulting services in the field of cloud computing; rental of computer hardware, software, and peripherals; Providing temporary use of online, non-downloadable enterprise software for providing a user interface for interacting with artificial intelligence models; computer security and data security consultancy; data encryption services; maintenance, repair and updating of computer software and applications; technical support services, namely, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; Cartography and mapping services featuring geophysical maps; Scientific and technological services, namely, scientific research, analysis, testing in the field of artificial intelligence; industrial design services; quality control for others; surveying; chemical research; Medical and scientific research, namely, conducting clinical trials for others; meteorological information; Providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; providing online nondownloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software; none of the foregoing in the field of supply chain logistics; none of the foregoing for use in the field of product manufacturing, manufacturing facilities, industrial plants or supply chains; none of the foregoing for enabling electronic transactions and bill payments; none of the foregoing for use in the field of electronic health records

Registrant's goods and services are:

Downloadable software for enabling electronic transactions and bill payments; downloadable software for enabling processing of electronic funds transfers and payments, namely, receipt, processing and payment of invoices and funds via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer, VCN (virtual card number) and electronic, mobile and online payments

Computerized accounting services; accounting services, namely, management accounting, preparation of statements of accounts and providing information relating to management accounting via an on-line computer website; invoicing services

Financial transaction services and bill payment services provided through a website; electronic payment services involving electronic receipt, processing and subsequent transmission of bill payment data; issuing of cheques, loan financing, providing of temporary loans, namely, providing loans to businesses to pay vendors and suppliers and providing business loans, not intended to fund real estate transactions; ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) transaction processing services; bill payment services

IYO_0000471

Providing temporary use of online, non-downloadable software for enabling the electronic transfer of money between users; providing temporary use of online, non-downloadable software for enabling processing of electronic funds transfers via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) and bill payments; application service provider (ASP) featuring software for use in bill payment, invoice generation and transmission, money movement, financial management, cash flow monitoring, managing and tracking accounting data, storing documents and viewing documents; software as a service (SAAS) featuring secure computer software platforms for electronic payment, payment tracking, payment reporting, payment scheduling, and early payment discounts; hosting an on-line computer website that provides accounting services, namely, accounts management, reports and information regarding accounts management; hosting web portals to enable electronic financial transaction and bill payment processing services

These goods and services are closely related because the applicant and the registrant provide business manehemtn and advertising services, financial services and broad software services and products.

Determining likelihood of confusion is based on the description of the goods and/or services stated in the application and registration at issue, not on extrinsic evidence of actual use. *See In re Detroit Athletic Co.*, 903 F.3d 1297, 1307 (Fed. Cir. 2018) (citing *In re i.am.symbolic, llc*, 866 F.3d 1315, 1325 (Fed. Cir. 2017)).

In this case, the application use(s) broad wording to describe software, which presumably encompasses all goods and/or services of the type described, including registrant's more narrow software goods and services. *See, e.g., Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *44 (TTAB 2022); *In re Solid State Design Inc.*, 125 USPQ2d 1409, 1412-15 (TTAB 2018); *Sw. Mgmt., Inc. v. Ocinomled, Ltd.*, 115 USPQ2d 1007, 1025 (TTAB 2015). Thus, applicant's and registrant's goods and services are legally identical. *See, e.g., In re i.am.symbolic, llc*, 127 USPQ2d 1627, 1629 (TTAB 2018) (citing *Tuxedo Monopoly, Inc. v. Gen. Mills Fun Grp., Inc.*, 648 F.2d 1335, 1336 (C.C.P.A. 1981); *Inter IKEA Sys. B.V. v. Akea, LLC*, 110 USPQ2d 1734, 1745 (TTAB 2014); *Baseball Am. Inc. v. Powerplay Sports Ltd.*, 71 USPQ2d 1844, 1847 n.9 (TTAB 2004)).

Additionally, the goods and/or services of the parties have no restrictions as to nature, type, channels of trade, or classes of purchasers and are "presumed to travel in the same channels of trade to the same class of purchasers." *In re Viterra Inc.*, 671 F.3d 1358, 1362 (Fed. Cir. 2012) (quoting *Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1268 (Fed. Cir. 2002)); *see Cai v. Diamond Hong, Inc.*, 901 F.3d 1367, 1372 (Fed. Cir. 2018). Thus, applicant's and registrant's goods and/or services are related.

The overriding concern is not only to prevent buyer confusion as to the source of the goods and/or services, but to protect the registrant from adverse commercial impact due to use of a similar mark by a newcomer. *See In re Shell Oil Co.*, 992 F.2d 1204, 1208, 26 USPQ2d 1687, 1690 (Fed. Cir. 1993). Therefore, any doubt regarding a likelihood of confusion determination is resolved in favor of the registrant. TMEP §1207.01(d)(i); *see Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1265, 62 USPQ2d 1001, 1003 (Fed. Cir. 2002); *In re Hyper Shoppes (Ohio), Inc.*, 837 F.2d 463, 464-65, 6 USPQ2d 1025, 1026 (Fed. Cir. 1988).

The stated refusal refers to International Classes 9, 35, 36, and 42,  only and does not bar registration in the other class.

IYO_0000472

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

If applicant responds to the refusal(s), applicant must also respond to the requirement(s) set forth below.

<u>Identification of Goods - CLASS 18</u>

Applicant is advised to delete or modify the duplicate entry in the identification of goods and/or services in International Class 18 for "PURSES." *See generally* TMEP §§1402.01, 1402.01(a). If applicant does not respond to this issue, be advised that the USPTO will remove duplicate entries from the identification prior to registration.

If modifying one of the duplicate entries, applicant may amend it to clarify or limit the goods and/or services, but not to broaden or expand the goods and/or services beyond those in the original application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Also, generally, any deleted goods and/or services may not later be reinserted. TMEP §1402.07(e).

The following substitute wording is suggested, if appropriate: (Note that proposed changes have been placed in bold type. Some items require applicant to include more complete information. These have been designated with braces{  } and/or **bold** type. The information in the braces is suggested as an example for applicant to follow and should not be merely "cut and pasted."):

- Leather and imitations of leather; animal skins and hides; travel trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery for animals; attaché cases; bags; bags for campers; bags for sports; beach bags; boxes of leather or leatherboard; business card cases; cases of leather or leatherboard; furniture coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; mesh shopping bags; shoulder belts of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; Leather travelling bag sets; briefcases; saddle belts; animal collars and leashes; cases for keys; music cases; ~~purses~~; satchels; wallets; furs; valises; vanity cases, not fitted; wheeled shopping bags, in INT. CLASS 18.

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

The USPTO has the discretion to determine the degree of particularity needed to clearly identify goods and/or services covered by a mark. *In re SICPA Holding*, 2021 USPQ2d 613, at *4 (TTAB 2021) (quoting *In re Omega SA*, 494 F.3d 1362, 1365, 83 USPQ2d 1541, 1543-44 (Fed. Cir. 2007)). Accordingly, the USPTO requires the description of goods and/or services in a U.S. application to be specific, definite, clear, accurate, and concise. *In re tapio GmbH*, 2020 USPQ2d 11387, at *6 (TTAB 2020) (quoting *In re Cordua Rests., Inc.*, 823 F.3d 594, 605, 118 USPQ2d 1632, 1639 (Fed. Circ. 2016)); TMEP §1402.01.

<u>Foreign Certificate Required</u>

The application specifies both an intent to use basis under Trademark Act Section 1(b) and a claim of

priority under Section 44(d) based on a foreign application. *See* 15 U.S.C. §§1051(b), 1126(d); 37 C.F.R. §2.34(a)(2), (a)(4). However, no copy of a foreign registration has been provided even though the application indicates applicant's intent to rely on Section 44(e) as an additional basis for registration. *See* 15 U.S.C. §1126(e).

An application with a Section 44(e) basis must include a true copy, photocopy, certification, or certified copy of a foreign registration from an applicant's country of origin. 15 U.S.C. §1126(e); 37 C.F.R. §2.34(a)(3)(ii); TMEP §§1004, 1004.01, 1016. In addition, an applicant's country of origin must be a party to a convention or treaty relating to trademarks to which the United States is also a party, or must extend reciprocal registration rights to nationals of the United States by law. 15 U.S.C. §1126(b); TMEP §§1002.01, 1004.

Therefore, applicant must provide a copy of the foreign registration from applicant's country of origin when it becomes available. TMEP §1003.04(a). A copy of a foreign registration must consist of a document issued to an applicant by, or certified by, the intellectual property office in applicant's country of origin. TMEP §1004.01. If applicant's country of origin does not issue registrations or Madrid Protocol certificates of extension of protection, applicant may submit a copy of the Madrid Protocol international registration that shows that protection of the international registration has been extended to applicant's country of origin. TMEP §1016. In addition, applicant must also provide an English translation if the foreign registration is not written in English. 37 C.F.R. §2.34(a)(3)(ii); TMEP §1004.01(a)-(b). The translation should be signed by the translator. TMEP §1004.01(b).

If the foreign registration has not yet issued, or applicant requires additional time to procure a copy of the foreign registration (and English translation, as appropriate), applicant should so inform the trademark examining attorney and request that the U.S. application be suspended until a copy of the foreign registration is available. TMEP §§716.02(b), 1003.04(b).

If applicant cannot satisfy the requirements of a Section 44(e) basis, applicant may request that the mark be approved for publication based solely on the Section 1(b) basis. *See* 15 U.S.C. §§1051(b), 1126(e); 37 C.F.R. §2.35(b)(1); TMEP §§806.02(f), 806.04(b), 1003.04(b). Although the mark may be approved for publication on the Section 1(b) basis, it will not register until an acceptable allegation of use has been filed. *See* 15 U.S.C. §1051(c)-(d); 37 C.F.R. §§2.76, 2.88; TMEP §1103. Please note that, if the U.S. application satisfied the requirements of Section 44(d) as of the U.S. application filing date, applicant may retain the priority filing date under Section 44(d) without perfecting the Section 44(e) basis, provided there is a continuing valid basis for registration. *See* 37 C.F.R. §2.35(b)(3)-(4); TMEP §§806.02(f), 806.04(b).

Alternatively, applicant has the option to amend the application to rely solely on the Section 44(e) basis and request deletion of the Section 1(b) basis. *See* 37 C.F.R. §2.35(b)(1); TMEP §806.04. The foreign registration alone may serve as the basis for obtaining a U.S. registration. *See* 37 C.F.R. §2.34(a)(3); TMEP §806.01(d).

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191;

TMEP §§304.01-.02, 709.04-.05.

**How to respond.** File a response form to this nonfinal Office action or file a request form for an extension of time to file a response.

/Curtis French/
Trademark Examining Attorney
Law Office 115
(571) 272-9472
Curtis.French@USPTO.GOV

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

7510354



| | |
|---|---|
| **Word Mark** | IO |

**Goods/Services**

IC 009 US 021 023 026 036 038
Downloadable software for enabling electronic transactions and bill payments; downloadable software for enabling processing of electronic funds transfers and payments, namely, receipt, processing and payment of invoices and funds via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer, VCN (virtual card number) and electronic, mobile and online payments.

IC 035 US 100 101 102
Computerized accounting services; accounting services, namely, management accounting, preparation of statements of accounts and providing information relating to management accounting via an on-line computer website; invoicing services.

IC 036 US 100 101 102
Financial transaction services and bill payment services provided through a website; electronic payment services involving electronic receipt, processing and subsequent transmission of bill payment data; issuing of cheques, loan financing, providing of temporary loans, namely, providing loans to businesses to pay vendors and suppliers and providing business loans, not intended to fund real estate transactions; ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) transaction processing services; bill payment services.

IC 042 US 100 101
Providing temporary use of online, non-downloadable software for enabling the electronic transfer of money between users; providing temporary use of online, non-downloadable software for enabling processing of electronic funds transfers via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) and bill payments; application service provider (ASP) featuring software for use in bill payment, invoice generation and transmission, money movement, financial management, cash flow monitoring, managing and tracking accounting data, storing documents and viewing documents; software as a service (SAAS) featuring secure computer software platforms for electronic payment, payment

IYO_0000476

tracking, payment reporting, payment scheduling, and early payment discounts; hosting an on-line computer website that provides accounting services, namely, accounts management, reports and information regarding accounts management; hosting web portals to enable electronic financial transaction and bill payment processing services.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | **79375311** |
| **Filing Date** | 2023-04-16T00:00:00 |
| **Priority Date** | 2022-11-26 |
| **Original Filing Basis** | 66a |
| **Current Filing Basis** | 66a |
| **Publication Date** | 2024-07-09 |
| **Registration Number** | 7510354 |
| **Date Registered** | 2024-09-24 |
| **Owner** | (REGISTRANT) MELIO LTD (CORPORATION; Israel, Israel); 28 Ha'Arba'A St., 6473925 Tel Aviv - Yafo, ISRAEL |
| **Type of Mark** | • TRADEMARK<br>• SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 260513, 260521, 290107 |
| **Description of Mark** | • The color(s) purple is/are claimed as a feature of the mark.<br>• The mark consists of the wording "IO" in stylized purple font with a purple triangle above the "I" and below the "O". |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED |
| **Attorney of Record** | Shay M. Markus |

**Print:** April 9, 2025 2:24 PM

IYO_0000477

**7510345**



| | |
|---|---|
| **Word Mark** | IO |

**Goods/Services**

IC 009 US 021 023 026 036 038
Downloadable software for enabling electronic transactions and bill payments * for business, vendors, suppliers and contractors *; downloadable software for enabling processing of electronic funds transfers and payments, namely, receipt, processing and payment of invoices and funds via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer, VCN (virtual card number) and electronic, mobile and online payments * , all of the above for carrying out the payment and the receipt of funds of business-related invoices, vendors, suppliers and contractors' invoices *.

IC 035 US 100 101 102
Computerized accounting services; accounting services, namely, management accounting, preparation of statements of accounts and providing information relating to management accounting via an on-line computer website; invoicing services * ; all of the aforementioned services for carrying out the payment and the receipt of funds of business-related invoices, vendors, suppliers and contractors' invoices. *.

IC 036 US 100 101 102
Financial transaction services and bill payment services provided through a website; electronic payment services involving electronic receipt, processing and subsequent transmission of bill payment data; issuing of cheques, loan financing, providing of temporary loans, namely, providing loans to businesses to pay vendors and suppliers and providing business loans, not intended to fund real estate transactions; ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) transaction processing services; bill payment services.

IC 042 US 100 101
Providing temporary use of online, non-downloadable software for enabling the electronic transfer of money between users; providing temporary use of online, non-downloadable software for enabling processing of electronic funds transfers via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) and bill payments; application service provider (ASP) featuring software for use in bill

IYO_0000478

payment, invoice generation and transmission, money movement, financial management, cash flow monitoring, managing and tracking accounting data, storing documents and viewing documents; software as a service (SAAS) featuring secure computer software platforms for electronic payment, payment tracking, payment reporting, payment scheduling, and early payment discounts; hosting an online computer website that provides accounting services, namely, accounts management, reports and information regarding accounts management; hosting web portals to enable electronic financial transaction and bill payment processing services* ; all of the aforementioned services for carrying out the payment and the receipt of funds of business-related invoices, vendors, suppliers and contractors' invoices *.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | **79374936** |
| **Filing Date** | 2023-04-18T00:00:00 |
| **Priority Date** | 2022-12-05 |
| **Original Filing Basis** | 66a |
| **Current Filing Basis** | 66a |
| **Publication Date** | 2024-07-09 |
| **Registration Number** | 7510345 |
| **Date Registered** | 2024-09-24 |
| **Owner** | (REGISTRANT) MELIO LTD (CORPORATION; Israel, Israel); 28 Ha'Arba'A St., 6473925 Tel Aviv - Yafo, ISRAEL |
| **Type of Mark** | • TRADEMARK<br>• SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 260502, 260513, 260902, 260921 |
| **Description of Mark** | • The color(s) purple and white is/are claimed as a feature of the mark.<br>• The mark consists of the wording "IO" in stylized white font with a white triangle above the "I" and below the "O" in front of a purple rounded-square carrier. |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED |
| **Attorney of Record** | Shay M. Markus |

IYO_0000479

**Print:** April 9, 2025 2:25 PM

IYO_0000480

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on April 15, 2025 for
**U.S. Trademark Application Serial No. 98276003**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action to avoid your application abandoning. Follow the steps below.

**(1) Read the Office action**. This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

# GENERAL GUIDANCE
- **Check the status** **of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney**. If you do not have an attorney and are not required to

IYO_0000481

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process.  The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

IYO_0000482

7510354



**Word Mark**                 IO

**Goods/Services**

IC 009 US 021 023 026 036 038
Downloadable software for enabling electronic transactions and bill payments; downloadable software for enabling processing of electronic funds transfers and payments, namely, receipt, processing and payment of invoices and funds via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer, VCN (virtual card number) and electronic, mobile and online payments.

IC 035 US 100 101 102
Computerized accounting services; accounting services, namely, management accounting, preparation of statements of accounts and providing information relating to management accounting via an on-line computer website; invoicing services.

IC 036 US 100 101 102
Financial transaction services and bill payment services provided through a website; electronic payment services involving electronic receipt, processing and subsequent transmission of bill payment data; issuing of cheques, loan financing, providing of temporary loans, namely, providing loans to businesses to pay vendors and suppliers and providing business loans, not intended to fund real estate transactions; ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) transaction processing services; bill payment services.

IC 042 US 100 101
Providing temporary use of online, non-downloadable software for enabling the electronic transfer of money between users; providing temporary use of online, non-downloadable software for enabling processing of electronic funds transfers via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) and bill payments; application service provider (ASP) featuring software for use in bill payment, invoice generation and transmission, money movement, financial management, cash flow monitoring, managing and tracking accounting data, storing documents and viewing documents; software as a service (SAAS) featuring secure computer software platforms for electronic payment, payment

IYO_0000483

tracking, payment reporting, payment scheduling, and early payment discounts; hosting an on-line computer website that provides accounting services, namely, accounts management, reports and information regarding accounts management; hosting web portals to enable electronic financial transaction and bill payment processing services.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | **79375311** |
| **Filing Date** | 2023-04-16T00:00:00 |
| **Priority Date** | 2022-11-26 |
| **Original Filing Basis** | 66a |
| **Current Filing Basis** | 66a |
| **Publication Date** | 2024-07-09 |
| **Registration Number** | 7510354 |
| **Date Registered** | 2024-09-24 |
| **Owner** | (REGISTRANT) MELIO LTD (CORPORATION; Israel, Israel); 28 Ha'Arba'A St., 6473925 Tel Aviv - Yafo, ISRAEL |
| **Type of Mark** | • TRADEMARK<br>• SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 260513, 260521, 290107 |
| **Description of Mark** | • The color(s) purple is/are claimed as a feature of the mark.<br>• The mark consists of the wording "IO" in stylized purple font with a purple triangle above the "I" and below the "O". |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED |
| **Attorney of Record** | Shay M. Markus |

**Print:** April 9, 2025 2:24 PM

IYO_0000484

**7510345**



| | |
|---|---|
| **Word Mark** | IO |

**Goods/Services**

IC 009 US 021 023 026 036 038
Downloadable software for enabling electronic transactions and bill payments * for business, vendors, suppliers and contractors *; downloadable software for enabling processing of electronic funds transfers and payments, namely, receipt, processing and payment of invoices and funds via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer, VCN (virtual card number) and electronic, mobile and online payments * , all of the above for carrying out the payment and the receipt of funds of business-related invoices, vendors, suppliers and contractors' invoices *.

IC 035 US 100 101 102
Computerized accounting services; accounting services, namely, management accounting, preparation of statements of accounts and providing information relating to management accounting via an on-line computer website; invoicing services * ; all of the aforementioned services for carrying out the payment and the receipt of funds of business-related invoices, vendors, suppliers and contractors' invoices. *.

IC 036 US 100 101 102
Financial transaction services and bill payment services provided through a website; electronic payment services involving electronic receipt, processing and subsequent transmission of bill payment data; issuing of cheques, loan financing, providing of temporary loans, namely, providing loans to businesses to pay vendors and suppliers and providing business loans, not intended to fund real estate transactions; ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) transaction processing services; bill payment services.

IC 042 US 100 101
Providing temporary use of online, non-downloadable software for enabling the electronic transfer of money between users; providing temporary use of online, non-downloadable software for enabling processing of electronic funds transfers via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) and bill payments; application service provider (ASP) featuring software for use in bill

IYO_0000485

payment, invoice generation and transmission, money movement, financial management, cash flow monitoring, managing and tracking accounting data, storing documents and viewing documents; software as a service (SAAS) featuring secure computer software platforms for electronic payment, payment tracking, payment reporting, payment scheduling, and early payment discounts; hosting an online computer website that provides accounting services, namely, accounts management, reports and information regarding accounts management; hosting web portals to enable electronic financial transaction and bill payment processing services* ; all of the aforementioned services for carrying out the payment and the receipt of funds of business-related invoices, vendors, suppliers and contractors' invoices *.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | **79374936** |
| **Filing Date** | 2023-04-18T00:00:00 |
| **Priority Date** | 2022-12-05 |
| **Original Filing Basis** | 66a |
| **Current Filing Basis** | 66a |
| **Publication Date** | 2024-07-09 |
| **Registration Number** | 7510345 |
| **Date Registered** | 2024-09-24 |
| **Owner** | (REGISTRANT) MELIO LTD (CORPORATION; Israel, Israel); 28 Ha'Arba'A St., 6473925 Tel Aviv - Yafo, ISRAEL |
| **Type of Mark** | • TRADEMARK<br>• SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 260502, 260513, 260902, 260921 |
| **Description of Mark** | • The color(s) purple and white is/are claimed as a feature of the mark.<br>• The mark consists of the wording "IO" in stylized white font with a white triangle above the "I" and below the "O" in front of a purple rounded-square carrier. |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED |
| **Attorney of Record** | Shay M. Markus |

IYO_0000486

**Print:** April 9, 2025 2:25 PM

IYO_0000487

| **To:** | Weynorth Limited (tmdept@dpf-law.com) |
|---|---|
| **Subject:** | U.S. Trademark Application Serial No. 98276003 - IO - AAA075-001 |
| **Sent:** | March 03, 2025 08:42:28 AM |
| **Sent As:** | ecomitu@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**

**U.S. Application Serial No.** 98276003

**Mark:** IO

**Correspondence Address:**
J. Scott Gerien
DICKENSON, PEATMAN & FOGARTY
1500 FIRST STREET, STE 200
NAPA CA 94559

**Applicant:** Weynorth Limited

**Reference/Docket No.** AAA075-001

**Correspondence Email Address:**
tmdept@dpf-law.com

## NOTICE THAT PROCESSING OF
## REQUEST TO DIVIDE APPLICATION IS COMPLETED
## No Response Required

**Issue date:** March 3, 2025

The request to divide application serial no. 98276003 filed on September 6, 2024 has been processed as follows:

(1) Parent (original) application serial no. 98276003 contains the following:

Classes: 9, 12, 18, 35, 36, 37, 38, 39, 41, 42, and 44

(2) Child application serial no. 98975624 contains the following:

Classes: 10, 14, 15, 16, 28, and 45

37 C.F.R. §2.87; *see* TMEP §§1110 *et seq*.

The examining attorney will be notified of the completed request to divide. Please note that the filing of a request to divide an application is not considered a proper response to an examining attorney's Office action and does not relieve an applicant of the duty to respond to any outstanding Office action or to take any other required action. 37 C.F.R. §2.87(e); TMEP §1110.05.

Please call the undersigned with any questions.

**Direct questions about this notice** to the assigned Intent-to-use staff member below.

/Tanya Baylor/
Paralegal Specialist
ITU/Divisional Unit

IYO_0000488

(571) 272-8366 (telephone)
tanya.baylor@uspto.gov

IYO_0000489

| | |
|---|---|
| **To:** | Weynorth Limited (tmdept@dpf-law.com) |
| **Subject:** | U.S. Trademark Application Serial No. 98276003 - IO - AAA075-001 |
| **Sent:** | March 03, 2025 08:42:28 AM |
| **Sent As:** | ecomitu@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**

**USPTO OFFICIAL NOTICE**

Office action (Official Letter) or Notice has issued
on 03/03/2025 for
**U.S. Trademark Application Serial No. 98276003**

A USPTO Intent-to-use staff member has reviewed your trademark document and issued an Office action or notice. You may be required to respond to this Office action or notice. Follow the steps below.
(1)  **Read the Office action or notice.**  This email is NOT the Office action or notice.
(2) **Respond to the Office action or notice, if a response is required.** Respond by the deadline using the Trademark Electronic Application System (TEAS). Your response must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period. Otherwise, your application may be abandoned. See the Office action or notice itself regarding how to respond.
(3) **Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).
After reading the Office action or notice, address any question(s) regarding the specific content to the USPTO intent-to-use staff member identified in the Office action or notice.

**GENERAL GUIDANCE**

**Check the status** of your application periodically in the **Trademark Status & Document Retrieval (TSDR)** database to avoid missing critical deadlines.

**Update your correspondence email address** to ensure you receive important USPTO notices about your application.

**Beware of trademark-related scams.**  Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. And all official USPTO correspondence will only be emailed from the domain "@uspto.gov." Verify the correspondence originated from us by using your Serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

**Hiring a U.S.-licensed attorney.**  If you do not have an attorney and are not required to have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process.

IYO_0000490

**Trademark Snap Shot Amendment & Mail Processing Stylesheet**
(Table presents the data on Amendment & Mail Processing Complete)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 98276003 | FILING DATE | 11/17/2023 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK, TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | FRENCH, CURTIS | L.O. ASSIGNED | TMO LAW OFFICE 115 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 10/08/2024 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL ACTION - ENTERED |
| STATUS DATE | 10/08/2024 |
| LITERAL MARK ELEMENT | IO |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | YES | 44D | YES | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | IO |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

IYO_0000491

| | |
|---|---|
| NAME | Weynorth Limited |
| ADDRESS | 62 The Street<br>Ashtead, Surrey, KT211AT |
| ENTITY | 99-limited company (ltd.) |
| CITIZENSHIP | UNITED KINGDOM |

## GOODS AND SERVICES

INTERNATIONAL CLASS                                          009

    DESCRIPTION TEXT

Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments in the nature of cell phones; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, namely, smartphones and tablets; network communication apparatus, namely, network services; downloadable data, images, audio and video files containing factual information, news, entertainment and music; downloadable digital files authenticated by non-fungible tokens (NFTs), namely, downloadable digital music files, digital collectibles and digital artwork authenticated by non-fungible tokens (NFTs); downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and nonfungible tokens (nfts); downloadable software for enabling a user to view, market, purchase, sell or exchange non-fungible tokens (NFTs) or digital goods; downloadable software for creating non-fungible tokens (NFTs); handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware in the nature of smart watches; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; Magnetically encoded identification bracelets; electronic book readers; downloadable computer software that provides a user interface for interacting with artificial intelligence models; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; Downloadable application development software for providing a user interface for interacting with artificial intelligence models; Downloadable computer game software; downloadable pre-recorded audio, video and multimedia content containing music, news, social commentary, entertainment and sports; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices in the nature of smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, namely, wireless mice, wireless keyboards and wireless air gesture controllers; biometric identification and authentication apparatus; accelerometers; altimeters; electronic distance measuring apparatus; electronic distance recording apparatus; pedometers; pressure measuring apparatus; pressure indicators; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; electronic virtual and augmented reality displays, goggles, controllers, and headsets; 3D spectacles; eyeglasses; sunglasses; spectacle lenses; optical glasses; optical apparatus and instruments, namely, telescopes; cameras; flash lamps for cameras; computer peripherals, namely, keyboards, mice, mouse pads, ink printers, blank disk drives, and blank hard drives; Electronic sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; motor vehicle audio amplifier apparatus; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; set top boxes; radios; radio transmitters and receivers; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; global positioning systems (GPS devices); Electric navigational instruments; navigation apparatus for vehicles; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; data storage apparatus, namely, blank magnetic disks; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive computer

touchscreens; Electronic interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders other than those for use by video professionals to capture, edit and produce video, television or film ; protective films specially adapted for computer screens, mobile telephone screens, and smartwatch screens; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, and straps, all specially adapted for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; selfie sticks; electronic agendas; dictating machines; electronic tags for goods; facsimile machines; weighing apparatus and instruments, namely, measuring rulers; electronic notice boards; measuring tapes; silicon wafers; integrated circuits; amplifiers; fluorescent screens; light-conducting filaments; electric installations for the remote control of industrial operations; life-saving apparatus and equipment, namely, life vests; whistle alarms; recorded video discs containing animated cartoons; decorative magnets; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the Internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; Recorded computer game programs; Humanoid robots having communication and learning functions for assisting and entertaining people; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use; Downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; Downloadable software applications for providing a user interface for interacting with artificial intelligence models; none of the foregoing for business operations and general office functions ; none of the foregoing for enabling electronic transactions and bill payments ; none of the foregoing for improving the effectiveness of a sales force ; none of the foregoing including human machine interface computer software to monitor, track, report and manipulate values from an automated process or machine ; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting

INTERNATIONAL CLASS                                                    010

    DESCRIPTION TEXT                                    Medical general wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned

INTERNATIONAL CLASS                                                    012

    DESCRIPTION TEXT                                    trains; boats; aircraft; automobiles; drones; camera drones; civilian drones; trucks; unmanned land vehicles; unmanned aerial vehicles (UAVs); vans; delivery vans; remote control land vehicles, other than toys; none of the foregoing being self-propelled electric vehicles

INTERNATIONAL CLASS                                                    014

    DESCRIPTION TEXT                                    Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods

INTERNATIONAL CLASS                                                    015

    DESCRIPTION TEXT                                    Musical instruments; replacement parts and fittings for all the aforesaid goods

INTERNATIONAL CLASS                                                    016

    DESCRIPTION TEXT                                    Paper and cardboard; printed matter and books, namely, a series of printed books,

printed articles, printed handouts and printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; Framed photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials, namely, Moulds for modelling clays; paint brushes; typewriters and office requisites, namely, staplers; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; plastic film materials for packaging; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed greeting cards; Printed advertising and promotional material, namely posters; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed fiction and non-fiction books on a variety of topics; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; printed periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, namely, lesson books; printed educational materials in the field of tablet computers; Printed catalogues relating to computer software; Printed computer brochures; Printed computer handbooks; Printed computer hardware reference manuals; Printed computer hardware users guides; Printed computer instruction manuals; Printed computer manuals; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; Printed catalogues relating to musical apparatus and instruments; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; Printed music books; Printed music instruction manuals; Printed music magazines; Printed telephone and address books; Printed blank agendas; Printed diaries; Printed calendars; Printed posters; Printed mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; decalcomanias; Paper gift cards; paper gift vouchers; paper labels; Printed maps; printed dictionaries; personal organizers; postage stamps; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; tissues of paper; towels of paper; printed vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; Printed computer hardware users guide; Printed computer manuals

| | |
|---|---|
| INTERNATIONAL CLASS | 018 |
| DESCRIPTION TEXT | Leather and imitations of leather; animal skins and hides; travel trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery for animals; attaché cases; bags; bags for campers; bags for sports; beach bags; boxes of leather or leatherboard; business card cases; cases of leather or leatherboard; furniture coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; mesh shopping bags; shoulder belts of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; Leather travelling bag sets; briefcases; saddle belts; animal collars and leashes; cases for keys; music cases; purses; satchels; wallets; furs; valises; vanity cases, not fitted; wheeled shopping bags |

| | |
|---|---|
| INTERNATIONAL CLASS | 028 |
| DESCRIPTION TEXT | Games and playthings, namely, boardgames; Arcade-type electronic video games; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; video game consoles; protective films adapted for screens for portable games; controllers for game consoles; toy rocking horses; electronic arcade pinball machines; toy pinball game machines; musical toys; toy radios; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; toy computers, non-operational; toy mobile telephones non-operational; dolls; toy and novelty face masks; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; toy drones; Controllers for toy cars and toy planes: board games; card games; playing cards; portable games with liquid crystal displays |

| | |
|---|---|
| INTERNATIONAL CLASS | 035 |

DESCRIPTION TEXT

Advertising agencies; business management; business administration; providing office functions; Advertising and business management consultancy; advertising services, namely, promoting the goods and services of others; demonstration of goods; Sales promotion services; rental of advertising space; organisation of exhibitions for commercial or advertising purposes; organisation of trade fairs for commercial or advertising purposes; outdoor advertising; market analysis; marketing research; market research and consumer information services; opinion polling; public relations; public relations services; publication of publicity texts; publicity agencies; Stenographic transcription; writing of publicity texts for others; personnel recruitment consultancy; Audit support services, namely, review and analysis of a company's sales, as well as the preparation, organization and presentation of the documents and data requested by a government body, and advice on government audit processes, policies and strategy; business management assistance for artists and performers; business appraisals; business information services; business investigations; business management consultancy; commercial information agency services; commercial management assistance; copying of documents; document reproduction in the nature of photocopying services; business efficiency expert services; industrial business management assistance; photocopying services; professional business consultancy services; providing an on-line commercial information directory on the internet; secretarial services; shorthand typing; typing; word processing; compilation and systemisation of data into computer databases; compilation of business information into a searchable database available via a global computer network; compiling of information into computer databases; compiling statistics for business purposes; computerised data management; computerised database management services; computerised processing of on-line purchase orders; database management services; provision of business information via a searchable database and via a global computer network; Office functions in the nature of searching for data in computer files for others; online retail stores featuring music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services and on-line retail store services featuring a broad range of electronic goods and household goods; customer loyalty program services featuring rewards in the form of discounted shipping services; database services to enable others to conveniently view and select services from a website; auction services; business intermediary services for the sale and purchase of goods and services; price comparison services; import and export agencies; consumer information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them; none of the foregoing in the field of outsourcing, production sites and production structures

INTERNATIONAL CLASS

036

DESCRIPTION TEXT

Financial consultancy services; Financial affairs and monetary affairs, namely, financial information, management and analysis services

INTERNATIONAL CLASS

037

DESCRIPTION TEXT

Repair, Maintenance, and installation of computer hardware, wearable computer hardware, mobile computer hardware, robots, robotic devices that can move, smart speakers and smart televisions; information, advisory and consultancy services relating to all the aforesaid

INTERNATIONAL CLASS

038

DESCRIPTION TEXT

Telecommunications consultation; telecommunication access services; communications by computer terminals; electronic sending of data and documentation via the Internet and other electronic databases; News agencies, namely, the transmission of news items to news reporting organizations; Providing access to digital music websites on the Internet; wireless digital messaging; Internet based paging and alerting services, namely, providing a web site at which users can send messages to electronic paging devices; transmission of electronic mail; Telegram transmission services; telephone services; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services; broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic communications consultancy; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users

INTERNATIONAL CLASS

039

DESCRIPTION TEXT

Travel arrangement

IYO_0000495

INTERNATIONAL CLASS | 041

DESCRIPTION TEXT

Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; providing of training in technology and artificial intelligence; providing online music not downloadable; providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of technology and artificial intelligence; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence and live theatrical productions; providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; Lending library services for lending multimedia materials; Virtual reality game services provided on-line from a computer network; conducting fitness classes; toy rental; games equipment rental; animal training; modelling for artists; operating lotteries; computer-based educational, teaching, and training services in the field of technology and artificial intelligence; providing online computer games; Open-access publishing services, namely, publication of electronic books, magazines, newspapers, journals and periodicals; providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ticket reservation and booking services for entertainment, sporting and cultural events; booking of seats for shows; rental of audio equipment; training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for IT systems, product manufacturing equipment and processes and supply chains

INTERNATIONAL CLASS | 042

DESCRIPTION TEXT

Architecture consultancy services; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; computer design services; Engineering design services; Technical research in the field of artificial intelligence; new product design; graphic design; packaging design; jewelry design; computer hardware design; furniture design; website design consultancy; automotive design; fashion design consulting services; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; consulting services in the field of cloud computing; rental of computer hardware, software, and peripherals; Providing temporary use of online, non-downloadable enterprise software for providing a user interface for interacting with artificial intelligence models; computer security and data security consultancy; data encryption services; maintenance, repair and updating of computer software and applications; technical support services, namely, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; Cartography and mapping services featuring geophysical maps; Scientific and technological services, namely, scientific research, analysis, testing in the field of artificial intelligence; industrial design services; quality control for others; surveying; chemical research; Medical and scientific research, namely, conducting clinical trials for others; meteorological information; Providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; providing online nondownloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software; none of the foregoing in the field of supply chain logistics ; none of the foregoing for use in the field of product manufacturing, manufacturing facilities, industrial plants or supply chains ; none of the foregoing for enabling electronic transactions and bill payments ; none of the foregoing for use in the field of electronic health records

INTERNATIONAL CLASS | 044

DESCRIPTION TEXT

Veterinary services; Hygienic and beauty care for human beings or animals

INTERNATIONAL CLASS | 045

DESCRIPTION TEXT

Legal services; Surveillance services relating to the security of tangible property; Online social networking services provided via downloadable mobile applications and a website; Dating services; online social networking services

IYO_0000496

**GOODS AND SERVICES CLASSIFICATION**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 010 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 012 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 014 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 015 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 016 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 018 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 028 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 035 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 036 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 037 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 038 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 039 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 041 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 042 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 044 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL | 045 | FIRST USE DATE | NONE | FIRST USE IN | NONE | CLASS STATUS | 6-ACTIVE |

IYO_0000497

| CLASS | COMMERCE<br>DATE |
|-------|------------------|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|------------------------|-----|

## FOREIGN INFORMATION

| PRIORITY CLAIMED | SEC. 44(D) ON JAMAICA |
|------------------|-----------------------|
| APPLICATION NO. | 0090647 |
| APPLICATION FILING DATE | 09/25/2023 |
| FOREIGN REG NO. | N/A |
| FOREIGN REG DATE | N/A |
| FOREIGN RNWL NUM | N/A |
| DATE OF FOREIGN RNWL | N/A |
| FOREIGN EXPIRATION | N/A |
| FOREIGN RNWL EXPIRATION | N/A |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|------|--------|----------|-------------|---------|
| 10/08/2024 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 015 |
| 10/07/2024 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 014 |
| 10/07/2024 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 013 |
| 10/02/2024 | XELG | O | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | 012 |
| 10/02/2024 | XELR | I | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | 011 |
| 09/06/2024 | ERTD | I | TEAS REQUEST TO DIVIDE RECEIVED | 010 |
| 07/02/2024 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 009 |
| 07/02/2024 | GNRT | F | NON-FINAL ACTION E-MAILED | 008 |
| 07/02/2024 | CNRT | R | NON-FINAL ACTION WRITTEN | 007 |
| 06/23/2024 | DOCK | D | ASSIGNED TO EXAMINER | 006 |
| 04/17/2024 | AMPX | O | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | 005 |
| 04/17/2024 | ALIE | A | ASSIGNED TO LIE | 004 |
| 11/27/2023 | PARI | I | TEAS VOLUNTARY AMENDMENT RECEIVED | 003 |
| 12/30/2023 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | 002 |
| 11/21/2023 | NWAP | I | NEW APPLICATION ENTERED | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | J. Scott Gerien |
|----------|-----------------|
| CORRESPONDENCE ADDRESS | J. Scott Gerien<br>DICKENSON, PEATMAN & FOGARTY<br>1500 FIRST STREET, STE 200<br>NAPA, CA 94559 |
| DOMESTIC REPRESENTATIVE | NONE |

IYO_0000498

# IO

IYO_0000499

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 98276003 |
| **MARK SECTION** | |
| MARK | mark |
| LITERAL ELEMENT | IO |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |

### ARGUMENT(S)

The examiner has cited various registrations in denying applicant's registration as to various classes based on 2(d) confusing similarity. As an initial matter, applicant notes that the co-existence of the various different "IO" marks cited by the examiner within the same classes of goods and services indicates that the scope of protection granted to those marks should be limited such that other "IO" marks, such as that of applicant, also be allowed to co-existence provided that there are limitations to the respective goods and services. Concurrently herewith, applicant has limited the identifications of goods services to delete overlapping goods or services, or to limit the scope of the respective goods and services so that applicant's identifications exclude certain industries covered by the cited registrations. With these amendments, applicant believes that there should be no likelihood of consumer confusion with the cited marks.

### GOODS AND/OR SERVICES SECTION (009) (current)

| | |
|---|---|
| INTERNATIONAL CLASS | 009 |

DESCRIPTION

Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content; network communication apparatus; downloadable data, images, audio / video files; downloadable digital files authenticated by non-fungible tokens (NFTs); downloadable digital media, namely, digital assets, digital collectibles, digital art, digital tokens and non-fungible tokens (NFTs); downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and non-fungible tokens (NFTs); downloadable software for enabling a user to view, market, purchase, sell or exchange non-fungible tokens (NFTs) or digital goods; downloadable software for creating non-fungible tokens (NFTs); handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; connected bracelets; electronic book readers; computer software; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; application development software; computer game software; downloadable pre-recorded audio, video and multimedia content; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; biometric identification and authentication apparatus; accelerometers; altimeters; distance measuring apparatus; distance recording apparatus; pedometers; pressure measuring apparatus; pressure indicators; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; virtual and augmented reality displays, goggles, controllers, and headsets; 3D spectacles; eyeglasses; sunglasses; spectacle lenses; optical glass; optical goods; optical apparatus and instruments; cameras; flashes for cameras; keyboards, mice, mouse pads, printers, disk drives, and hard drives; sound recording and

IYO_0000500

reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; motor vehicle audio apparatus; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; set top boxes; radios; radio transmitters and receivers; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; global positioning systems (GPS devices); navigational instruments; navigation apparatus for vehicles; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; wearable devices for controlling computers, mobile telephones, mobile electronic devices, smart watches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; data storage apparatus; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive touchscreens; interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders; protective films adapted for computer screens, mobile telephone screens, and smartwatch screens; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, straps and lanyards for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; selfie sticks; electronic agendas; dictating machines; electronic tags for goods; facsimile machines; weighing apparatus and instruments; measures; electronic notice boards; measuring apparatus; wafers; integrated circuits; amplifiers; fluorescent screens; remote controls; lights conducting filaments; electric installations for the remote control of industrial operations; life-saving apparatus and equipment; whistle alarms; animated cartoons; decorative magnets; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the Internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; accessories for smart audio speakers; computer game programs; robots; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use; picture making machines; Downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; Software applications; Downloadable software applications

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |

## GOODS AND/OR SERVICES SECTION (009) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 009 |

**TRACKED TEXT DESCRIPTION**

Computers; computer hardware; handheld computers; tablet computers; ~~telecommunications apparatus and instruments~~; <u>telecommunications apparatus and instruments in the nature of cell phones</u>; telephones; mobile telephones; smartphones; ~~wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content~~; <u>wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, namely, smartphones and tablets</u>; ~~network communication apparatus~~; <u>network communication apparatus, namely, network services</u>; ~~downloadable data, images, audio / video files~~; <u>downloadable data, images, audio and video files containing factual information, news, entertainment and music</u>; ~~downloadable digital files authenticated by non-fungible tokens (NFTs)~~; <u>downloadable digital files authenticated by non-fungible tokens (NFTs), namely, downloadable digital music files, digital collectibles and digital artwork authenticated by non-fungible tokens (NFTs)</u>; ~~downloadable digital media, namely, digital assets, digital collectibles, digital art, digital tokens and non-fungible tokens (NFTs)~~; <u>downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and nonfungible tokens (nfts)</u> ~~downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and non-fungible tokens (NFTs)~~; <u>downloadable software for enabling a user to view, market, purchase, sell or</u>

exchange non-fungible tokens (NFTs) or digital goods; downloadable software for creating non-fungible tokens (NFTs); handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; <u>wearable computer hardware in the nature of smart watches</u>; ~~wearable computer hardware~~; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; <u>Magnetically encoded identification bracelets</u>; ~~connected bracelets~~; electro nic book readers; <u>downloadable computer software that provides a user interface for interacting with artificial intelligence models</u>; ~~computer software~~; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; <u>Downloadable application development software for providing a user interface for interacting with artificial intelligence models</u>; ~~application development software~~; <u>Downloadable computer game software</u>; ~~computer game software~~; downloadable pre-recorded audio, video and multimedia content containing music, news, social commentary, entertainment and sports; ~~downloadable pre-recorded audio, video and multimedia content~~; computer peripheral devices; <u>peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices in the nature of smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders</u>; ~~peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders~~; <u>wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, namely, wireless mice, wireless keyboards and wireless air gesture controllers</u>; ~~wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders~~; biometric identification and authentication apparatus; accelerometers; altimeters; <u>electronic distance measuring apparatus</u>; ~~distance measuring apparatus~~; <u>electronic distance recording apparatus</u>; ~~distance recording apparatus~~; pedometers; pressure measuring apparatus; pressure indicators ; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; <u>electronic virtual and augmented reality displays, goggles, controllers, and headsets</u>; ~~virtual and augmented reality displays, goggles, controllers, and headsets~~; 3D spectacles; eyeglasses; sunglasses; spectacle lenses; <u>optical glasses</u>; ~~optical glass~~; <u>optical apparatus and instruments, namely, telescopes</u>; ~~optical goods~~; cameras; ~~optical apparatus and instruments~~; <u>flash lamps for cameras</u>; <u>computer peripherals, namely, keyboards, mice, mouse pads, ink printers, blank disk drives, and blank hard drives</u>; ~~flashes for cameras~~; <u>Electronic sound recording and reproducing apparatus</u>; ~~keyboards, mice, mouse pads, printers, disk drives, and hard drives~~; digital audio and video players and recorders; ~~sound recording and reproducing apparatus~~; a udio speakers; audio amplifiers and receivers; <u>motor vehicle audio amplifier apparatus</u>; voice recording and voice recognition apparatus; ~~motor vehicle audio apparatus~~; earphones; headphones; microphones; televisions; television receivers and monitors; set top boxes; radios; radio transmitters and receivers; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; global positioning systems (GPS devices); <u>Electric navigational instruments</u>; navigation apparatus for vehicles; ~~navigational instruments~~; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; <u>data storage apparatus, namely, blank magnetic disks</u>; computer chips; ~~wearable devices for controlling computers, mobile telephones, mobile electronic devices, smart watches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems~~; batteries; ~~data storage apparatus~~; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; <u>interactive computer touchscreens</u>; <u>Electronic interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders other than those for use by video professionals to capture, edit and produce video, television or film</u>; <u>protective films specially adapted for computer screens, mobile telephone screens, and smartwatch screens</u>; ~~i nteractive touchscreens~~; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; ~~i nterfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders~~; <u>covers, bags, cases, sleeves, and straps, all specially adapted for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders</u>; ~~protective films adapted for computer screens, mobile telephone screens, and smartwatch screens~~; selfie sticks; electronic agendas; ~~covers, bags, cases, sleeves, straps and lanyards for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders~~; dictating machines; electronic tags for goods; facsimile machines; <u>weighing apparatus and instruments, namely, measuring rulers</u>; electronic notice boards; <u>measuring tapes</u>; ~~weighing apparatus and instruments~~; <u>silicon wafers</u>; ~~measures~~; integrated circuits; amplifiers; ~~measuring apparatus~~; fluorescent screens; ~~wafers~~; <u>light-conducting filaments</u>; electric installations for the remote control of industrial operations; <u>life-saving apparatus and equipment, namely, life vests</u>; whistle alarms; ~~remote controls~~; <u>recorded video discs containing animated cartoons</u>; ~~lights conducting filaments~~; decorative magnets; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; ~~life-saving apparatus and equipment~~; electronic devices capable of providing access to the Internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; ~~animated cartoons~~; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations

IYO_0000502

of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; Recorded computer game programs; Humanoid robots having communication and learning functions for assisting and entertaining people; laboratory robots; teaching robots; security surveillance robots; accessories for smart audio speakers; robots with artificial intelligence; computer game programs; electronic devices in the form of robots for personal use; robots; Downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; Downloadable software applications for providing a user interface for interacting with artificial intelligence models; picture making machines; none of the foregoing for business operations and general office functions; none of the foregoing for enabling electronic transactions and bill payments; none of the foregoing for improving the effectiveness of a sales force; none of the foregoing including human machine interface computer software to monitor, track, report and manipulate values from an automated process or machine; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting; Software applications; Downloadable software applications

**FINAL DESCRIPTION**

Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments in the nature of cell phones; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, namely, smartphones and tablets; network communication apparatus, namely, network services; downloadable data, images, audio and video files containing factual information, news, entertainment and music; downloadable digital files authenticated by non-fungible tokens (NFTs), namely, downloadable digital music files, digital collectibles and digital artwork authenticated by non-fungible tokens (NFTs); downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and nonfungible tokens (nfts); downloadable software for enabling a user to view, market, purchase, sell or exchange non-fungible tokens (NFTs) or digital goods; downloadable software for creating non-fungible tokens (NFTs); handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware in the nature of smart watches; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; Magnetically encoded identification bracelets; electronic book readers; downloadable computer software that provides a user interface for interacting with artificial intelligence models; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; Downloadable application development software for providing a user interface for interacting with artificial intelligence models; Downloadable computer game software; downloadable pre-recorded audio, video and multimedia content containing music, news, social commentary, entertainment and sports; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices in the nature of smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, namely, wireless mice, wireless keyboards and wireless air gesture controllers; biometric identification and authentication apparatus; accelerometers; altimeters; electronic distance measuring apparatus; electronic distance recording apparatus; pedometers; pressure measuring apparatus; pressure indicators; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; electronic virtual and augmented reality displays, goggles, controllers, and headsets; 3D spectacles; eyeglasses; sunglasses; spectacle lenses; optical glasses; optical apparatus and instruments, namely, telescopes; cameras; flash lamps for cameras; computer peripherals, namely, keyboards, mice, mouse pads, ink printers, blank disk drives, and blank hard drives; Electronic sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; motor vehicle audio amplifier apparatus; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; set top boxes; radios; radio transmitters and receivers; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; global positioning systems (GPS devices); Electric navigational instruments; navigation apparatus for vehicles; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; data storage apparatus, namely, blank magnetic disks; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive computer touchscreens; Electronic interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders other than those for use by video professionals to capture, edit and produce video, television or film ; protective films specially adapted for computer screens, mobile telephone screens, and smartwatch screens; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, and straps, all

specially adapted for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; selfie sticks; electronic agendas; dictating machines; electronic tags for goods; facsimile machines; weighing apparatus and instruments, namely, measuring rulers; electronic notice boards; measuring tapes; silicon wafers; integrated circuits; amplifiers; fluorescent screens; light-conducting filaments; electric installations for the remote control of industrial operations; life-saving apparatus and equipment, namely, life vests; whistle alarms; recorded video discs containing animated cartoons; decorative magnets; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the Internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; Recorded computer game programs; Humanoid robots having communication and learning functions for assisting and entertaining people; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use; Downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; Downloadable software applications for providing a user interface for interacting with artificial intelligence models; none of the foregoing for business operations and general office functions ; none of the foregoing for enabling electronic transactions and bill payments ; none of the foregoing for improving the effectiveness of a sales force ; none of the foregoing including human machine interface computer software to monitor, track, report and manipulate values from an automated process or machine ; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

## GOODS AND/OR SERVICES SECTION (010) (current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 010 |

**DESCRIPTION**

General wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement and calories burned

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |

## GOODS AND/OR SERVICES SECTION (010) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 010 |

**TRACKED TEXT DESCRIPTION**

IYO_0000504

~~General wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement and calories burned~~; <u>Medical general wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned</u>

**FINAL DESCRIPTION**

Medical general wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

## GOODS AND/OR SERVICES SECTION (012) (current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 012 |

**DESCRIPTION**

Vehicles; apparatus for locomotion by land, air or water; aircraft; automobiles; bicycles; cars; drones; camera drones; civilian drones; electrically powered vehicles; motorcycles; trucks; unmanned vehicles; unmanned aerial vehicles (UAVs); electric vehicles; vans; delivery vans; remote control vehicles, other than toys

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |

## GOODS AND/OR SERVICES SECTION (012) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 012 |

**TRACKED TEXT DESCRIPTION**

~~Vehicles~~; <u>trains</u>; ~~apparatus for locomotion by land, air or water~~; <u>boats</u>; aircraft; automobiles; ~~bicycles~~; drones; ~~cars~~; camera drones; civilian drones; trucks; <u>unmanned land vehicles</u>; ~~electrically powered vehicles~~; unmanned aerial vehicles (UAVs); ~~motorcycles~~; vans; delivery vans; ~~unmanned vehicles~~; <u>remote control land vehicles, other than toys</u>; <u>none of the foregoing being self-propelled electric vehicles</u>; ~~electric vehicles~~; ~~remote control vehicles, other than toys~~

**FINAL DESCRIPTION**

trains; boats; aircraft; automobiles; drones; camera drones; civilian drones; trucks; unmanned land vehicles; unmanned aerial vehicles (UAVs); vans; delivery vans; remote control land vehicles, other than toys; none of the foregoing being self-propelled electric vehicles

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

## GOODS AND/OR SERVICES SECTION (014) (current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 014 |

**DESCRIPTION**

Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases for clock and watchmaking; cases for watches; straps for wrist watches; watch bands; watch cases; watch chains; parts and fittings for all the aforesaid goods

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |

## GOODS AND/OR SERVICES SECTION (014) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 014 |

**TRACKED TEXT DESCRIPTION**

Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases for clock and watchmaking; ~~cases for watches~~; cases adapted for holding watches; straps for wrist watches; watch bands; ~~watch cases~~; cases being parts of watches; watch chains; ~~parts and fittings for all the aforesaid goods~~; replacement parts and fittings for all the aforesaid goods

**FINAL DESCRIPTION**

Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

## GOODS AND/OR SERVICES SECTION (015) (current)

| INTERNATIONAL CLASS | 015 |
|---|---|

**DESCRIPTION**

Musical instruments; parts and fittings for all the aforesaid goods

| FILING BASIS | Section 1(b) |
|---|---|
| FILING BASIS | Section 44(d) |
| FOREIGN APPLICATION NUMBER | 0090647 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Jamaica |
| FOREIGN FILING DATE | 09/25/2023 |

## GOODS AND/OR SERVICES SECTION (015) (proposed)

| INTERNATIONAL CLASS | 015 |
|---|---|

**TRACKED TEXT DESCRIPTION**

Musical instruments; ~~parts and fittings for all the aforesaid goods~~; replacement parts and fittings for all the aforesaid goods

**FINAL DESCRIPTION**

Musical instruments; replacement parts and fittings for all the aforesaid goods

| WEBPAGE URL | None Provided |
|---|---|
| WEBPAGE DATE OF ACCESS | None Provided |
| FILING BASIS | Section 1(b) |
| FILING BASIS | Section 44(d) |
| FOREIGN APPLICATION NUMBER | 0090647 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Jamaica |
| FOREIGN FILING DATE | 09/25/2023 |
| INTENT TO PERFECT 44(d) | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

## GOODS AND/OR SERVICES SECTION (016) (current)

| INTERNATIONAL CLASS | 016 |
|---|---|

**DESCRIPTION**

Paper, cardboard; printed matter and books; bookbinding material; photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials; paint brushes; typewriters and office requisites; instructional and teaching material; plastic materials for packaging; printed publications; books; magazines; newsletters; periodicals; brochures; booklets; pamphlets; manuals; journals; leaflets; greeting cards; advertising and promotional material; catalogues; fiction and non-fiction books on a variety of topics; series of fiction and non-fiction books, comic books, graphic novels, stories in illustrated form and comic book stories, storyboards, and artwork; periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers; printed matter in the field of tablet computers; printed matter in the field of multi-media products, interactive products and online services; catalogues relating to computer software; computer brochures; computer handbooks; computer hardware publications; computer hardware reference manuals; computer hardware users guides; computer instruction manuals; computer manuals; publications relating to technology, digital technology and gadgets; user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; catalogues relating to musical apparatus and instruments; catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; music books; music instruction manuals; music magazines; desk accessories; telephone and address books; agendas; diaries; calendars; posters; mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; display materials; decals and bumper stickers; booklets for sale with audio tapes; decalcomanias; diaries; gift cards; gift vouchers; labels; maps; diaries; dictionaries; personal organizers; postage stamps; postcards; posters; bags for microwave cooking of paper; absorbent paper; tissues of paper; towels of paper; vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; parts and fittings for all the aforesaid goods; computer hardware

reference manuals; computer hardware users guide; computer instruction manuals; computer manuals: publications relating to technology, digital technology and gadgets

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
|     **FOREIGN APPLICATION NUMBER** | 0090647 |
|     **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
|     **FOREIGN FILING DATE** | 09/25/2023 |

## GOODS AND/OR SERVICES SECTION (016) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 016 |

**TRACKED TEXT DESCRIPTION**

~~Paper, cardboard~~; Paper and cardboard; ~~printed matter and books~~; printed matter and books, namely, a series of printed books, printed articles, printed handouts and printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; ~~bookbinding material~~; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; ~~photographs~~; Framed photographs; stationery; stickers and adhesives for stationery or household purposes; ~~artists' materials~~; artists' materials, namely, Moulds for modelling clays; paint brushes; ~~typewriters and office requisites~~; typewriters and office requisites, namely, staplers; ~~instructional and teaching material~~; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; ~~plastic materials for packaging~~; plastic film materials for packaging; ~~printed publications~~; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; ~~books~~; Printed greeting cards; ~~magazines~~; Printed advertising and promotional material, namely posters; ~~newsletters~~; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; ~~periodicals~~; Printed fiction and non-fiction books on a variety of topics; ~~brochures~~; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; ~~booklets~~; printed periodicals in the field of comic book stories, storyboards, and artwork; ~~pamphlets~~; printed matter in the field of computers, namely, lesson books; ~~manuals~~; printed educational materials in the field of tablet computers; ~~journals~~; Printed catalogues relating to computer software; ~~leaflets~~; Printed computer brochures; ~~greeting cards~~; Printed computer handbooks; ~~advertising and promotional material~~; Printed computer hardware reference manuals; ~~catalogues~~; Printed computer hardware users guides; ~~fiction and non-fiction books on a variety of topics~~; Printed computer instruction manuals; ~~series of fiction and non-fiction books, comic books, graphic novels, stories in illustrated form and comic book stories, storyboards, and artwork~~; Printed computer manuals; ~~periodicals in the field of comic book stories, storyboards, and artwork~~; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; ~~printed matter in the field of computers~~; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; ~~printed matter in the field of tablet computers~~; Printed catalogues relating to musical apparatus and instruments; ~~printed matter in the field of multi-media products, interactive products and online services~~; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; ~~catalogues relating to computer software~~; Printed music books; ~~computer brochures~~; Printed music instruction manuals; ~~computer handbooks~~; Printed music magazines; ~~computer hardware publications~~; Printed telephone and address books; ~~computer hardware reference manuals~~; Printed blank agendas; ~~computer hardware users guides~~; Printed diaries; ~~computer instruction manuals~~; Printed calendars; ~~computer manuals~~; Printed posters; ~~publications relating to technology, digital technology and gadgets~~; Printed mounted and unmounted photographs; ~~user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers~~; printed patterns for T-shirts and sweatshirts; ~~catalogues relating to musical apparatus and instruments~~; printed sewing patterns; ~~catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data~~; decals and bumper stickers; ~~music books~~; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; ~~music instruction manuals~~; decalcomanias; ~~music magazines~~; Paper gift cards; ~~desk accessories~~; paper gift vouchers; ~~telephone and address books~~; paper labels; ~~agendas~~; Printed maps; ~~diaries~~; printed dictionaries; ~~calendars~~; personal organizers; ~~posters~~; postage stamps; ~~mounted and unmounted photographs~~; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; ~~display materials~~; tissues of paper; towels of paper; ~~booklets for sale with audio tapes~~; printed vouchers; gift boxes; ~~diaries~~; gift bags; ~~gift cards~~; photographic printing paper; ~~gift vouchers~~; table cloths of paper; ~~labels~~; table mats of paper; ~~maps~~; table runners of paper; ~~diaries~~; Printed computer hardware users guide; ~~dictionaries~~; Printed computer manuals; ~~postcards~~; ~~posters~~; ~~absorbent paper~~; ~~vouchers~~; ~~parts and fittings for all the aforesaid goods~~; ~~computer hardware reference manuals~~; ~~computer hardware users guide~~; ~~computer instruction manuals~~; ~~computer manuals: publications relating to technology, digital technology and gadgets~~

**FINAL DESCRIPTION**

Paper and cardboard; printed matter and books, namely, a series of printed books, printed articles, printed handouts and printed worksheets in

the fields of science, technology, artificial intelligence, history, news and entertainment; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; Framed photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials, namely, Moulds for modelling clays; paint brushes; typewriters and office requisites, namely, staplers; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; plastic film materials for packaging; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed greeting cards; Printed advertising and promotional material, namely posters; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed fiction and non-fiction books on a variety of topics; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; printed periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, namely, lesson books; printed educational materials in the field of tablet computers; Printed catalogues relating to computer software; Printed computer brochures; Printed computer handbooks; Printed computer hardware reference manuals; Printed computer hardware users guides; Printed computer instruction manuals; Printed computer manuals; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; Printed catalogues relating to musical apparatus and instruments; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; Printed music books; Printed music instruction manuals; Printed music magazines; Printed telephone and address books; Printed blank agendas; Printed diaries; Printed calendars; Printed posters; Printed mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; decalcomanias; Paper gift cards; paper gift vouchers; paper labels; Printed maps; printed dictionaries; personal organizers; postage stamps; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; tissues of paper; towels of paper; printed vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; Printed computer hardware users guide; Printed computer manuals

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

## GOODS AND/OR SERVICES SECTION (018) (current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 018 |

**DESCRIPTION**

Leather and imitations of leather; animal skins, hides; trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery; attaché cases; bags; bags for campers; bags for sports; beach bags; boxes of leather or leatherboard; card cases; cases of leather or leatherboard; furniture coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; shopping bags; shoulder belts of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; travelling sets; briefcases; belts; leather belts; animal collars and leashes; keys cases; leather laces; music cases; purses; satchels; wallets; fur and garments and articles made from fur; valises; vanity cases, not fitted; wheeled shopping bags; parts and fittings for all the aforesaid goods

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |

**GOODS AND/OR SERVICES SECTION (018) (proposed)**

INTERNATIONAL CLASS                                    018

TRACKED TEXT DESCRIPTION

Leather and imitations of leather; ~~animal skins, hides;~~ animal skins and hides; ~~trunks and travelling bags;~~ travel trunks and travelling bags; umbrellas and parasols; walking sticks; ~~whips, harness and saddlery;~~ whips, harness and saddlery for animals; attaché cases; bags; bags for campers; bags for sports; beach bags; boxes of leather or leatherboard ~~card cases;~~ business card cases; cases of leather or leatherboard; furniture coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; ~~shopping bags;~~ mesh shopping bags; shoulder belts of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; ~~travelling sets;~~ Leather travelling bag sets; briefcases; ~~belts;~~ saddle belts; ~~leather belts;~~ animal collars and leashes; cases for keys; ~~keys cases;~~ music cases; ~~leather laces;~~ purses; satchels; wallets; furs; valises; ~~fur and garments and articles made from fur;~~ vanity cases, not fitted; wheeled shopping bags; ~~parts and fittings for all the aforesaid goods~~

FINAL DESCRIPTION

Leather and imitations of leather; animal skins and hides; travel trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery for animals; attaché cases; bags; bags for campers; bags for sports; beach bags; boxes of leather or leatherboard; business card cases; cases of leather or leatherboard; furniture coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; mesh shopping bags; shoulder belts of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; Leather travelling bag sets; briefcases; saddle belts; animal collars and leashes; cases for keys; music cases; purses; satchels; wallets; furs; valises; vanity cases, not fitted; wheeled shopping bags

| | |
|---|---|
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| FILING BASIS | Section 1(b) |
| FILING BASIS | Section 44(d) |
| FOREIGN APPLICATION NUMBER | 0090647 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Jamaica |
| FOREIGN FILING DATE | 09/25/2023 |
| INTENT TO PERFECT 44(d) | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

**GOODS AND/OR SERVICES SECTION (025)(class deleted)**

**GOODS AND/OR SERVICES SECTION (028) (current)**

INTERNATIONAL CLASS                                    028

DESCRIPTION

Games and playthings; video game apparatus; gymnastic and sporting articles; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; electrical and electronic amusement apparatus (automatic, coin/counter freed); video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; video output toys and games; toy robots; interactive computer toys and games; standalone video game machines incorporating a means of display; computer games apparatus, electronic games apparatus and video games apparatus, not included in other classes; game consoles; protective films adapted for screens for portable games; controllers for game consoles; rocking horses, pinball machines; pinball game machines (toys); musical toys, games and playthings; toy audio apparatus; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated toys; electronic toys; electronically operated toys; toy computers (not working); toy mobile telephones (not working); dolls; toy and novelty face masks; novelties in the form of souvenirs; snow glass balls; action figures and accessories to the action figures; dolls' clothing and accessories not included in other classes, all for use with dolls; hockey games; toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; drones; toys; controllers for toys; board games; card games; playing cards; computer and video game apparatus, other than coin operated or those adapted for use with television receivers; portable games with liquid crystal displays

FILING BASIS                                           Section 1(b)

IYO_0000510

| | |
|---|---|
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |

## GOODS AND/OR SERVICES SECTION (028) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 028 |

**TRACKED TEXT DESCRIPTION**

~~Games and playthings~~; Games and playthings, namely, boardgames; ~~video game apparatus~~; Arcade-type electronic video games; ~~gymnastic and sporting articles~~; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; ~~electrical and electronic amusement apparatus (automatic, coin/counter freed)~~; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; ~~video output toys and games~~; standalone video game machines incorporating a means of display; video game consoles; ~~interactive computer toys and games~~; protective films adapted for screens for portable games; controllers for game consoles; ~~computer games apparatus, electronic games apparatus and video games apparatus, not included in other classes~~; toy rocking horses; ~~game consoles~~; electronic arcade pinball machines; toy pinball game machines; musical toys; ~~rocking horses, pinball machines~~; toy radios; ~~pinball game machines (toys)~~; toy musical boxes; ~~musical toys, games and playthings~~; toy musical instruments; ~~toy audio apparatus~~; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; ~~battery operated toys~~; toy computers, non-operational; ~~electronic toys~~; toy mobile telephones non-operational; ~~electronically operated toys~~; dolls; ~~toy computers (not working)~~; toy and novelty face masks; ~~toy mobile telephones (not working)~~; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; ~~novelties in the form of souvenirs~~; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; ~~snow glass balls~~; toy drones; ~~action figures and accessories to the action figures~~; Controllers for toy cars and toy planes: board games; ~~dolls' clothing and accessories not included in other classes, all for use with dolls~~; card games; ~~hockey games~~; playing cards; ~~toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles~~; portable games with liquid crystal displays; ~~drones~~; ~~toys~~; ~~controllers for toys~~; ~~board games~~; ~~computer and video game apparatus, other than coin operated or those adapted for use with television receivers~~

**FINAL DESCRIPTION**

Games and playthings, namely, boardgames; Arcade-type electronic video games; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; video game consoles; protective films adapted for screens for portable games; controllers for game consoles; toy rocking horses; electronic arcade pinball machines; toy pinball game machines; musical toys; toy radios; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; toy computers, non-operational; toy mobile telephones non-operational; dolls; toy and novelty face masks; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; toy drones; Controllers for toy cars and toy planes: board games; card games; playing cards; portable games with liquid crystal displays

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a |

IYO_0000511

valid claim of priority may be retained.

**GOODS AND/OR SERVICES SECTION (035) (current)**

**INTERNATIONAL CLASS**                                      035

**DESCRIPTION**

Advertising; business management; business administration; office functions; advertising management; advertising services, namely, promoting the goods and services of others; demonstration of goods; development dissemination of advertising matter; dissemination of advertising for others via an online electronic communications network; modelling for advertising or sales promotion; rental of advertising space; online advertising on computer networks; online advertising on the Internet and other global computer network systems; organisation of exhibitions for commercial or advertising purposes; organisation of trade fairs for commercial or advertising purposes; outdoor advertising; market analysis; marketing research; market research and information services; opinion polling; public relations; public relations services; publication of publicity texts; publicity agencies; transcription; publicity texts (writing of -); personnel recruitment consultancy; accounting; assistance with purchasing goods and services, for others; audit services; bookkeeping; business assistance for artists and performers; business appraisals; business information services; business investigations; business management consultancy; commercial information agency services; commercial management assistance; copying of documents; cost analysis; document reproduction; drawing up of statements of account; economic forecasting; efficiency expert services; industrial management assistance; photocopying; preparation of tax returns; professional business consultancy services; providing an on-line commercial information directory; secretarial services; shorthand; transcription; typing; word processing; compilation and systemisation of data into computer databases; compilation of business information into a searchable databases available via a global computer network; compilation of computer databases for transmitting, displaying and storing transaction, identification and financial information; compiling of information into computer databases; compiling statistics; computerised data management; computerised database management services; computerised processing of on-line purchase orders; database management services; providing an on-line commercial information directory; provision of business information via a searchable database and via a global computer network; searching for data in computer databases, for others; searching for data in computer files, for others; sorting and editing of information in computer databases; online retail of music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services and/or on-line retail store services in relation to consumer goods, electronic goods, and household goods; customer loyalty program services featuring rewards in the form of discounted shipping services; database services to enable others to conveniently view and select services from a website; dissemination of advertising for others via the internet; the collection of a selection of service providers to enable others to conveniently view and select these services from a website; auction services; auctioning; auctioneering services; business intermediary services for the sale and purchase of goods and services; comparison services (price -); computerized on-line ordering of services for general merchandise and general consumer goods; import and export agencies; information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them; information, advisory and consultancy services relating to all the aforesaid

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |

**GOODS AND/OR SERVICES SECTION (035) (proposed)**

**INTERNATIONAL CLASS**                                      035

**TRACKED TEXT DESCRIPTION**

~~Advertising~~; Advertising agencies; business management; business administration; ~~office functions~~; providing office functions; ~~advertising management~~; Advertising and business management consultancy; advertising services, namely, promoting the goods and services of others; demonstration of goods; ~~development dissemination of advertising matter~~; Sales promotion services; ~~dissemination of advertising for others via an online electronic communications network~~; rental of advertising space; ~~modelling for advertising or sales promotion~~; organisation of exhibitions for commercial or advertising purposes; organisation of trade fairs for commercial or advertising purposes; ~~online advertising on computer networks~~; outdoor advertising; ~~online advertising on the Internet and other global computer network systems~~; market analysis; marketing research; market research and consumer information services; opinion polling; public relations; public relations services; ~~market research and information services~~; publication of publicity texts; publicity agencies; Stenographic transcription; writing of publicity texts for others; personnel recruitment consultancy; Audit support services, namely, review and analysis of a company's sales, as well as the preparation, organization and presentation of the documents and data requested by a government body, and advice on government audit processes, policies and strategy; ~~transcription~~; business management assistance for artists and performers; ~~publicity texts (writing of -)~~; business appraisals; business information services; ~~accounting~~; business investigations; ~~assistance with purchasing goods and services, for others~~; business management consultancy; ~~audit services~~; commercial information agency services; ~~bookkeeping~~; commercial management assistance; ~~business assistance~~

IYO_0000512

for artists and performers; copying of documents; document reproduction in the nature of photocopying services; business efficiency expert services; industrial business management assistance; photocopying services; professional business consultancy services; providing an on-line commercial information directory on the internet; secretarial services; cost analysis; shorthand typing; document reproduction; typing; drawing up of statements of account; word processing; economic forecasting; compilation and systemisation of data into computer databases; efficiency expert services; compilation of business information into a searchable database available via a global computer network; industrial management assistance; compiling of information into computer databases; photocopying; compiling statistics for business purposes; preparation of tax returns; computerised data management; computerised database management services; providing an on-line commercial information directory; computerised processing of on-line purchase orders; database management services; shorthand; provision of business information via a searchable database and via a global computer network; transcription; Office functions in the nature of searching for data in computer files for others; online retail stores featuring music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services and on-line retail store services featuring a broad range of electronic goods and household goods; compilation of business information into a searchable databases available via a global computer network; customer loyalty program services featuring rewards in the form of discounted shipping services; compilation of computer databases for transmitting, displaying and storing transaction, identification and financial information; database services to enable others to conveniently view and select services from a website; auction services; compiling statistics; business intermediary services for the sale and purchase of goods and services; price comparison services; import and export agencies; consumer information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them; none of the foregoing in the field of outsourcing, production sites and production structures; providing an on-line commercial information directory; searching for data in computer databases, for others; searching for data in computer files, for others; sorting and editing of information in computer databases; online retail of music in digital or stored media form; retail store services and/or on-line retail store services in relation to consumer goods, electronic goods, and household goods; dissemination of advertising for others via the internet; the collection of a selection of service providers to enable others to conveniently view and select these services from a website; auctioning; auctioneering services; comparison services (price -); computerized on-line ordering of services for general merchandise and general consumer goods; information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them; information, advisory and consultancy services relating to all the aforesaid

**FINAL DESCRIPTION**

Advertising agencies; business management; business administration; providing office functions; Advertising and business management consultancy; advertising services, namely, promoting the goods and services of others; demonstration of goods; Sales promotion services; rental of advertising space; organisation of exhibitions for commercial or advertising purposes; organisation of trade fairs for commercial or advertising purposes; outdoor advertising; market analysis; marketing research; market research and consumer information services; opinion polling; public relations; public relations services; publication of publicity texts; publicity agencies; Stenographic transcription; writing of publicity texts for others; personnel recruitment consultancy; Audit support services, namely, review and analysis of a company's sales, as well as the preparation, organization and presentation of the documents and data requested by a government body, and advice on government audit processes, policies and strategy; business management assistance for artists and performers; business appraisals; business information services; business investigations; business management consultancy; commercial information agency services; commercial management assistance; copying of documents; document reproduction in the nature of photocopying services; business efficiency expert services; industrial business management assistance; photocopying services; professional business consultancy services; providing an on-line commercial information directory on the internet; secretarial services; shorthand typing; typing; word processing; compilation and systemisation of data into computer databases; compilation of business information into a searchable database available via a global computer network; compiling of information into computer databases; compiling statistics for business purposes; computerised data management; computerised database management services; computerised processing of on-line purchase orders; database management services; provision of business information via a searchable database and via a global computer network; Office functions in the nature of searching for data in computer files for others; online retail stores featuring music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services and on-line retail store services featuring a broad range of electronic goods and household goods; customer loyalty program services featuring rewards in the form of discounted shipping services; database services to enable others to conveniently view and select services from a website; auction services; business intermediary services for the sale and purchase of goods and services; price comparison services; import and export agencies; consumer information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them; none of the foregoing in the field of outsourcing, production sites and production structures

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |

IYO_0000513

| | |
|---|---|
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

## GOODS AND/OR SERVICES SECTION (036) (current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 036 |
| **DESCRIPTION** | Financial, monetary and banking services |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |

## GOODS AND/OR SERVICES SECTION (036) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 036 |

**TRACKED TEXT DESCRIPTION**

~~Financial, monetary and banking services;~~ <u>Financial consultancy services;</u> <u>Financial affairs and monetary affairs, namely, financial information, management and analysis services</u>

**FINAL DESCRIPTION**

Financial consultancy services; Financial affairs and monetary affairs, namely, financial information, management and analysis services

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

## GOODS AND/OR SERVICES SECTION (037) (current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 037 |

**DESCRIPTION**

Repair; Maintenance, installation services; information, advisory and consultancy services relating to all the aforesaid

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |

## GOODS AND/OR SERVICES SECTION (037) (proposed)

IYO_0000514

**INTERNATIONAL CLASS**                                                  037

**TRACKED TEXT DESCRIPTION**

~~Repair~~; Repair, Maintenance, and installation of computer hardware, wearable computer hardware, mobile computer hardware, robots, robotic devices that can move, smart speakers and smart televisions; ~~Maintenance, installation services~~; information, advisory and consultancy services relating to all the aforesaid

**FINAL DESCRIPTION**

Repair, Maintenance, and installation of computer hardware, wearable computer hardware, mobile computer hardware, robots, robotic devices that can move, smart speakers and smart televisions; information, advisory and consultancy services relating to all the aforesaid

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

## GOODS AND/OR SERVICES SECTION (038) (current)

**INTERNATIONAL CLASS**                                                  038

**DESCRIPTION**

Telecommunications; communication and telecommunication services; telecommunication access services; communications by computer; communications by tablet computer; communication between computers; electronic sending of data and documentation via the Internet or other databases; supply of data and news by electronic transmission; providing access to websites and electronic news services online allowing the download of information and data; providing access to web sites on the Internet; serving and transmitting audio, video, multimedia, and advertising content to computers, mobile telephones, media players, and other mobile digital devices; delivery of digital music by telecommunications; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; providing wireless telecommunications via electronic communications networks; wireless digital messaging, paging services, and electronic mail services, including services that enable a user to send and/or receive messages through a wireless data network; one-way and two-way paging services; communication by computer, computer intercommunication; telex, telegram and telephone services; broadcasting or transmission of radio and television programmes; time sharing services for communication apparatus; provision of telecommunications access and links to computer databases and the Internet; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services (transmission); delivery of messages by electronic transmission; provision of connectivity services and access to electronic communications networks, for transmission or reception of audio, video or multimedia content; provision of telecommunications connections to electronic communication networks, for transmission or reception of audio, video or multimedia content; providing access to digital music web sites on the Internet; providing access to MP3 web sites on the Internet; delivery of digital music by telecommunications; provision of telecommunications connections to the Internet or computer databases; providing user access to the Internet (service providers); electronic mail services; telecommunication of information (including web pages), computer programs and any other data; video broadcasting, broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; streaming of video content via a global computer network; subscription audio broadcasting via a global computer network; audio broadcasting; audio broadcasting of spoken word, music, concerts, and radio programmes; streaming of audio content via a global computer network; electronic transmission of audio and video files via communications networks; communication services, namely, matching users for the transfer of music, video and audio recordings via communication networks; electronic bulletin board services; providing computer bulletin board in the fields of music, video, film, books, television, games and sports; providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic news services; electronic communications consultancy; facsimile, message collection and transmission services; transmission of data and of information by electronic means, computer, cable, radio, teleprinter, teleletter, electronic mail, telecopier, television, microwave,

IYO_0000515

laser beam, communications satellite or electronic communication means; transmission of data by audio-visual apparatus controlled by data processing apparatus or computers; provision of access time to web-sites featuring multimedia materials; providing access to databases and directories via communications networks for obtaining data in the fields of music, video, film, books, television, games and sports; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; organizing and conducting video conferences; provision of access time to web-sites featuring multimedia materials; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; providing computer data bases in the nature of a bulletin board in the fields of music, video, film, books, television, games and sports; providing an online searchable database of text, data, image, audio, video and multimedia content in the fields of telecommunications, mobile phones; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; information, advisory and consultancy services relating to all the aforesaid

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |

**GOODS AND/OR SERVICES SECTION (038) (proposed)**

**INTERNATIONAL CLASS**           038

**TRACKED TEXT DESCRIPTION**

~~Telecommunications;~~ Telecommunications consultation; ~~communication and telecommunication services;~~ telecommunication access services; communications by computer terminals; ~~communications by computer;~~ electronic sending of data and documentation via the Internet and other electronic databases; ~~communications by tablet computer;~~ News agencies, namely, the transmission of news items to news reporting organizations; ~~communication between computers;~~ Providing access to digital music websites on the Internet; ~~electronic sending of data and documentation via the Internet or other databases;~~ wireless digital messaging; ~~supply of data and news by electronic transmission;~~ Internet based paging and alerting services, namely, providing a web site at which users can send messages to electronic paging devices; ~~providing access to websites and electronic news services online allowing the download of information and data;~~ transmission of electronic mail; ~~providing access to web sites on the Internet;~~ Telegram transmission services; ~~serving and transmitting audio, video, multimedia, and advertising content to computers, mobile telephones, media players, and other mobile digital devices;~~ telephone services; ~~delivery of digital music by telecommunications;~~ electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; ~~providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs;~~ webcasting services; ~~providing wireless telecommunications via electronic communications networks;~~ broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; ~~wireless digital messaging, paging services, and electronic mail services, including services that enable a user to send and/or receive messages through a wireless data network;~~ providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; ~~one-way and two-way paging services;~~ rental and hire and leasing of communication apparatus and electronic mail-boxes; ~~communication by computer, computer intercommunication;~~ electronic communications consultancy; ~~telex, telegram and telephone services;~~ providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; ~~broadcasting or transmission of radio and television programmes; time sharing services for communication apparatus; provision of telecommunications access and links to computer databases and the Internet; webcasting services (transmission); delivery of messages by electronic transmission; provision of connectivity services and access to electronic communications networks, for transmission or reception of audio, video or multimedia content; provision of telecommunications connections to electronic communication networks, for transmission or reception of audio, video or multimedia content; providing access to digital music web sites on the Internet; providing access to MP3 web sites on the Internet; delivery of digital music by telecommunications; provision of telecommunications connections to the Internet or computer databases; providing user access to the Internet (service providers); electronic mail services; telecommunication of information (including web pages), computer programs and any other data; video broadcasting, broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; streaming of video content via a global computer network; subscription audio broadcasting via a global computer network; audio broadcasting; audio broadcasting of spoken word, music, concerts, and radio programmes; streaming of audio content via a global computer network; electronic transmission of audio and video files via communications networks; communication services, namely, matching users for the transfer of music, video and audio recordings via communication networks; electronic bulletin board services; providing computer bulletin board in the fields of music, video, film, books, television, games and sports; el~~

IYO_0000516

~~ectronic news services; facsimile, message collection and transmission services; transmission of data and of information by electronic means, computer, cable, radio, teleprinter, teleletter, electronic mail, telecopier, television, microwave, laser beam, communications satellite or electronic communication means; transmission of data by audio-visual apparatus controlled by data processing apparatus or computers; provision of access time to web-sites featuring multimedia materials; providing access to databases and directories via communications networks for obtaining data in the fields of music, video, film, books, television, games and sports; organizing and conducting video conferences; provision of access time to web-sites featuring multimedia materials; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; providing computer data bases in the nature of a bulletin board in the fields of music, video, film, books, television, games and sports; providing an online searchable database of text, data, image, audio, video and multimedia content in the fields of telecommunications, mobile phones; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; information, advisory and consultancy services relating to all the aforesaid~~

**FINAL DESCRIPTION**

Telecommunications consultation; telecommunication access services; communications by computer terminals; electronic sending of data and documentation via the Internet and other electronic databases; News agencies, namely, the transmission of news items to news reporting organizations; Providing access to digital music websites on the Internet; wireless digital messaging; Internet based paging and alerting services, namely, providing a web site at which users can send messages to electronic paging devices; transmission of electronic mail; Telegram transmission services; telephone services; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services; broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic communications consultancy; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

## GOODS AND/OR SERVICES SECTION (039) (current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 039 |

**DESCRIPTION**

Transport; Packaging and storage of goods; Travel arrangement

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |

## GOODS AND/OR SERVICES SECTION (039) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 039 |

IYO_0000517

**TRACKED TEXT DESCRIPTION**

~~Transport~~; Travel arrangement; ~~Packaging and storage of goods~~

| | |
|---|---|
| **FINAL DESCRIPTION** | Travel arrangement |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

## GOODS AND/OR SERVICES SECTION (041) (current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 041 |

**DESCRIPTION**

Education; providing of training; entertainment; sporting and cultural activities; providing online music not downloadable; providing on-line audio content, not downloadable, including music, ongoing radio programs, audio books, podcasts and webcasts; entertainment, namely, providing audio and multimedia content, games, software applications; providing information, news and commentary in the fields of entertainment, popular culture, recreation and leisure activities, sports and sporting events, educational services, concerts, cultural events, and live theatrical productions; providing information relating to the organizing of educational, cultural sporting, and entertainment exhibitions, and community, sporting and cultural activities, contests and games; providing non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, concerts, cultural events, and live theatrical productions; providing information in the field of educational and entertainment activities and events for children; providing classes, workshops, and instruction using voice enabled software applications; lending libraries; providing on-line electronic publications, not downloadable; distribution of video tapes; providing on-line virtual reality game services on a computer network; conducting fitness classes; toy rental; games equipment rental; animal training; modelling artists; operating lotteries; computer-based educational, teaching, and training services; providing online computer games; electronic publishing services; providing electronic books, magazines, newspapers, journals, periodicals, and other publications; providing online text, video, audio, and multimedia programs; ticket reservation and booking services for entertainment, sporting and cultural events; providing information, advice, news, reviews, and commentary in the fields of entertainment, sporting and cultural events; arranging and conducting of commercial, trade and business conferences; booking of seats for shows; education information; entertainment information; information (recreation -); rental of audio equipment; training services provided via simulators; information, advisory and consultancy services relating to all the aforesaid

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |

## GOODS AND/OR SERVICES SECTION (041) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 041 |

**TRACKED TEXT DESCRIPTION**

~~Education~~; Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; ~~providing of training~~; providing of training in technology and artificial intelligence; ~~entertainment~~; providing online music not downloadable; ~~sporting and cultural activities~~; providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of

IYO_0000518

technology and artificial intelligence; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence and live theatrical productions; ~~providing on-line audio content, not downloadable, including music, ongoing radio programs, audio books, podcasts and webcasts~~; providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; ~~entertainment, namely, providing audio and multimedia content, games, software applications~~; providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; ~~providing information, news and commentary in the fields of entertainment, popular culture, recreation and leisure activities, sports and sporting events, educational services, concerts, cultural events, and live theatrical productions~~; Lending library services for lending multimedia materials; ~~providing information relating to the organizing of educational, cultural sporting, and entertainment exhibitions, and community, sporting and cultural activities, contests and games~~; Virtual reality game services provided on-line from a computer network; ~~providing non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, concerts, cultural events, and live theatrical productions~~; conducting fitness classes; ~~providing information in the field of educational and entertainment activities and events for children~~; toy rental; ~~providing classes, workshops, and instruction using voice enabled software applications~~; games equipment rental; ~~lending libraries~~; animal training; ~~providing on-line electronic publications, not downloadable~~; modelling for artists; ~~distribution of video tapes~~; operating lotteries; ~~providing on-line virtual reality game services on a computer network~~; computer-based educational, teaching, and training services in the field of technology and artificial intelligence; providing online computer games; Open-access publishing services, namely, publication of electronic books, magazines, newspapers, journals and periodicals; providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ticket reservation and booking services for entertainment, sporting and cultural events; ~~modelling artists~~; booking of seats for shows; rental of audio equipment; ~~computer-based educational, teaching, and training services~~; training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for IT systems, product manufacturing equipment and processes and supply chains; ~~electronic publishing services; providing electronic books, magazines, newspapers, journals, periodicals, and other publications; providing online text, video, audio, and multimedia programs; providing information, advice, news, reviews, and commentary in the fields of entertainment, sporting and cultural events; arranging and conducting of commercial, trade and business conferences; education information; entertainment information; information (recreation -); training services provided via simulators; information, advisory and consultancy services relating to all the aforesaid~~

**FINAL DESCRIPTION**

Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; providing of training in technology and artificial intelligence; providing online music not downloadable; providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of technology and artificial intelligence; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence and live theatrical productions; providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; Lending library services for lending multimedia materials; Virtual reality game services provided on-line from a computer network; conducting fitness classes; toy rental; games equipment rental; animal training; modelling for artists; operating lotteries; computer-based educational, teaching, and training services in the field of technology and artificial intelligence; providing online computer games; Open-access publishing services, namely, publication of electronic books, magazines, newspapers, journals and periodicals; providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ticket reservation and booking services for entertainment, sporting and cultural events; booking of seats for shows; rental of audio equipment; training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for IT systems, product manufacturing equipment and processes and supply chains

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. |

IYO_0000519

| INTENT TO PERFECT 44(d) | If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

## GOODS AND/OR SERVICES SECTION (042) (current)

**INTERNATIONAL CLASS**                                    042

**DESCRIPTION**

Architecture; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; design services; Engineering design services; Technical research; product design; graphic design; packaging design; jewelry design; hardware design; furniture design; design consultancy; house design; construction design; automotive design; fashion design; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; cloud computing services; rental of computer hardware, software, and peripherals; providing online non-downloadable software; consultation services for developing computer systems, databases and applications; computer security and data security consultancy; data encryption services; providing computer hardware or software information online; maintenance, repair and updating of computer software and applications; technical support services, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; creating indexes of online information, sites and other resources available on the Internet and other electronic communications networks; cartography and mapping services; providing an Internet portal allowing users to preview and download electronic books, publications, and other documents; scientific and technological services; industrial design services; industrial analysis and research services; information, advisory and consultancy services relating to all the aforesaid; quality control; surveying; chemical research; clinical trial; meteorological information; Providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; providing online non-downloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software

| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |

## GOODS AND/OR SERVICES SECTION (042) (proposed)

**INTERNATIONAL CLASS**                                    042

**TRACKED TEXT DESCRIPTION**

~~Architecture;~~ Architecture consultancy services; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; ~~design services~~; computer design services; Engineering design services; ~~Technical research;~~ Technical research in the field of artificial intelligence; ~~product design;~~ new product design; graphic design; packaging design; jewelry design; ~~hardware design;~~ computer hardware design; furniture design; ~~design consultancy;~~ website design consultancy; ~~house design;~~ automotive design; ~~construction design;~~ fashion design consulting services; design and development of computer hardware, software, peripherals, and computer and video games; ~~fashion design;~~ computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; consulting services in the field of cloud computing; rental of computer hardware, software, and peripherals; ~~cloud computing services;~~ Providing temporary use of online, non-downloadable enterprise software for providing a user interface for interacting with artificial intelligence models; computer security and data security consultancy; ~~providing online non-downloadable software;~~ data encryption services; ~~consultation services for developing computer systems, databases and applications;~~ maintenance, repair and updating of computer software and applications; technical support services, namely, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; ~~providing computer hardware or software information online;~~ website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; ~~technical support services, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services;~~ Cartography and mapping services featuring geophysical maps; Scientific and technological services, namely, scientific research, analysis, testing in the field of artificial intelligence; industrial design services; quality control for others; ~~creating indexes of online information, sites and other resources available on the Internet and other electronic communications networks;~~ surveying; ~~cartography and mapping services;~~ chemical research; ~~providing an Internet portal allowing users to preview and download electronic books, publications, and other documents;~~ Medical and scientific research, namely,

IYO_0000520

conducting clinical trials for others; ~~scientific and technological services~~; meteorological information; Providing online non-downloadable software for the artificial production of human speech and text; ~~industrial analysis and research services~~; providing online non-downloadable software for natural language processing, generation, understanding and analysis; ~~information, advisory and consultancy services relating to all the aforesaid~~; providing online nondownloadable software for machine-learning based language and speech processing software; ~~quality control~~; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; ~~clinical trial~~; research, design and development of computer programs and software; none of the foregoing in the field of supply chain logistics; none of the foregoing for use in the field of product manufacturing, manufacturing facilities, industrial plants or supply chains; none of the foregoing for enabling electronic transactions and bill payments; ~~providing online non-downloadable software for machine-learning based language and speech processing software~~; none of the foregoing for use in the field of electronic health records

**FINAL DESCRIPTION**

Architecture consultancy services; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; computer design services; Engineering design services; Technical research in the field of artificial intelligence; new product design; graphic design; packaging design; jewelry design; computer hardware design; furniture design; website design consultancy; automotive design; fashion design consulting services; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; consulting services in the field of cloud computing; rental of computer hardware, software, and peripherals; Providing temporary use of online, non-downloadable enterprise software for providing a user interface for interacting with artificial intelligence models; computer security and data security consultancy; data encryption services; maintenance, repair and updating of computer software and applications; technical support services, namely, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; Cartography and mapping services featuring geophysical maps; Scientific and technological services, namely, scientific research, analysis, testing in the field of artificial intelligence; industrial design services; quality control for others; surveying; chemical research; Medical and scientific research, namely, conducting clinical trials for others; meteorological information; Providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; providing online nondownloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software; none of the foregoing in the field of supply chain logistics ; none of the foregoing for use in the field of product manufacturing, manufacturing facilities, industrial plants or supply chains ; none of the foregoing for enabling electronic transactions and bill payments ; none of the foregoing for use in the field of electronic health records

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

**GOODS AND/OR SERVICES SECTION (043)(class deleted)**

**GOODS AND/OR SERVICES SECTION (044) (current)**

| | |
|---|---|
| **INTERNATIONAL CLASS** | 044 |

**DESCRIPTION**

Medical services; Healthcare services; Veterinary services; Hygienic and beauty care for human beings or animals

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |

IYO_0000521

| | |
|---|---|
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |

## GOODS AND/OR SERVICES SECTION (044) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 044 |

**TRACKED TEXT DESCRIPTION**

~~Medical services;~~ Veterinary services; ~~Healthcare services;~~ Hygienic and beauty care for human beings or animals

**FINAL DESCRIPTION**

Veterinary services; Hygienic and beauty care for human beings or animals

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

## GOODS AND/OR SERVICES SECTION (045) (current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 045 |

**DESCRIPTION**

Legal services; Security services for the physical protection of tangible property and individuals; Personal and social services rendered by others to meet the needs of individuals; Dating services, online social networking services

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |

## GOODS AND/OR SERVICES SECTION (045) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 045 |

**TRACKED TEXT DESCRIPTION**

Legal services; ~~Security services for the physical protection of tangible property and individuals;~~ Surveillance services relating to the security of tangible property; ~~Personal and social services rendered by others to meet the needs of individuals;~~ Online social networking services provided via downloadable mobile applications and a website; ~~Dating services, online social networking services;~~ Dating services; online social networking services

**FINAL DESCRIPTION**

Legal services; Surveillance services relating to the security of tangible property; Online social networking services provided via downloadable mobile applications and a website; Dating services; online social networking services

| | |
|---|---|
| **WEBPAGE URL** | None Provided |

IYO_0000522

| | |
|---|---|
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

**CORRESPONDENCE INFORMATION**

| | |
|---|---|
| **NAME** | J. Scott Gerien |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | tmdept@dpf-law.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **DOCKET/REFERENCE NUMBER** | AAA075-001 |

**SIGNATURE SECTION**

| | |
|---|---|
| **RESPONSE SIGNATURE** | /J. Scott Gerien/ |
| **SIGNATORY'S NAME** | J. Scott Gerien |
| **SIGNATORY'S POSITION** | Attorney of record, California bar member |
| **SIGNATORY'S PHONE NUMBER** | 7072527122 |
| **DATE SIGNED** | 10/07/2024 |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Signed directly within the form |

**FILING INFORMATION SECTION**

| | |
|---|---|
| **SUBMIT DATE** | Mon Oct 07 23:21:56 ET 2024 |
| **TEAS STAMP** | USPTO/ROA-XXXX:XXXX:XXXX: XXXX::XXX:XX-202410072321 56598241-98276003-850c9ae 8dd0b075f36bc9d4dc4eda95e d024cdec28d36fab4f7e996e2 71574f1-N/A-N/A-202410072 25552171713 |

## Response to Office Action

**To the Commissioner for Trademarks:**

Application serial no. **98276003** IO(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/98276003/large) has been amended as follows:

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

The examiner has cited various registrations in denying applicant's registration as to various classes based on 2(d) confusing similarity. As an initial matter, applicant notes that the co-existence of the various different "IO" marks cited by the examiner within the same classes of goods and services indicates that the scope of protection granted to those marks should be limited such that other "IO" marks, such as that of applicant, also be allowed to co-existence provided that there are limitations to the respective goods and services. Concurrently herewith, applicant has limited the identifications of goods services to delete overlapping goods or services, or to limit the scope of the respective goods and services so that applicant's identifications exclude certain industries covered by the cited registrations. With these amendments, applicant believes that there should be no likelihood of consumer confusion with the cited marks.

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**

**Applicant hereby deletes the following class of goods/services from the application.**
Class 025 for Clothing, footwear and headgear

**Applicant hereby deletes the following class of goods/services from the application.**
Class 043 for Services for providing food and drink

**Applicant proposes to amend the following:**

**Current:**
Class 009 for Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content; network communication apparatus; downloadable data, images, audio / video files; downloadable digital files authenticated by non-fungible tokens (NFTs); downloadable digital media, namely, digital assets, digital collectibles, digital art, digital tokens and non-fungible tokens (NFTs); downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and non-fungible tokens (NFTs); downloadable software for enabling a user to view, market, purchase, sell or exchange non-fungible tokens (NFTs) or digital goods; downloadable software for creating non-fungible tokens (NFTs); handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; connected bracelets; electronic book readers; computer software; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; application development software; computer game software; downloadable pre-recorded audio, video and multimedia content; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; biometric identification and authentication apparatus; accelerometers; altimeters; distance measuring apparatus; distance recording apparatus; pedometers; pressure measuring apparatus; pressure indicators; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; virtual and augmented reality displays, goggles, controllers, and headsets; 3D spectacles; eyeglasses; sunglasses; spectacle lenses; optical glass; optical goods; optical apparatus and instruments; cameras; flashes for cameras; keyboards, mice, mouse pads, printers, disk drives, and hard drives; sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; motor vehicle audio apparatus; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; set top boxes; radios; radio transmitters and receivers; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; global positioning systems (GPS devices); navigational instruments; navigation apparatus for vehicles; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; wearable devices for controlling computers, mobile telephones, mobile electronic devices, smart watches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; data storage apparatus; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive touchscreens; interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders; protective films adapted for computer screens, mobile telephone screens, and smartwatch screens; parts dond accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders,

televisions, and set top boxes; covers, bags, cases, sleeves, straps and lanyards for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; selfie sticks; electronic agendas; dictating machines; electronic tags for goods; facsimile machines; weighing apparatus and instruments; measures; electronic notice boards; measuring apparatus; wafers; integrated circuits; amplifiers; fluorescent screens; remote controls; lights conducting filaments; electric installations for the remote control of industrial operations; life-saving apparatus and equipment; whistle alarms; animated cartoons; decorative magnets; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the Internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; accessories for smart audio speakers; computer game programs; robots; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use; picture making machines; Downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; Software applications; Downloadable software applications

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Proposed:**

**Tracked Text Description:** Computers; computer hardware; handheld computers; tablet computers; ~~telecommunications apparatus and instruments~~; <u>telecommunications apparatus and instruments in the nature of cell phones</u>; telephones; mobile telephones; smartphones; ~~wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content~~; <u>wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, namely, smartphones and tablets</u>; ~~network communication apparatus~~; <u>network communication apparatus, namely, network services</u>; ~~downloadable data, images, audio / video files~~; <u>downloadable data, images, audio and video files containing factual information, news, entertainment and music</u>; ~~downloadable digital files authenticated by non-fungible tokens (NFTs)~~; <u>downloadable digital files authenticated by non-fungible tokens (NFTs), namely, downloadable digital music files, digital collectibles and digital artwork authenticated by non-fungible tokens (NFTs)</u>; ~~downloadable digital media, namely, digital assets, digital collectibles, digital art, digital tokens and non-fungible tokens (NFTs)~~; <u>downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and nonfungible tokens (nfts)</u>; ~~downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and non-fungible tokens (NFTs)~~; downloadable software for enabling a user to view, market, purchase, sell or exchange non-fungible tokens (NFTs) or digital goods; downloadable software for creating non-fungible tokens (NFTs); handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; <u>wearable computer hardware in the nature of smart watches</u>; ~~wearable computer hardware~~; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; <u>Magnetically encoded identification bracelets</u>; ~~connected bracelets~~; electronic book readers; <u>downloadable computer software that provides a user interface for interacting with artificial intelligence models</u>; ~~computer software~~; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices,

IYO_0000525

mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; Downloadable application development software for providing a user interface for interacting with artificial intelligence models; application development software; Downloadable computer game software; computer game software; downloadable pre-recorded audio, video and multimedia content containing music, news, social commentary, entertainment and sports; downloadable pre-recorded audio, video and multimedia content; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices in the nature of smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, namely, wireless mice, wireless keyboards and wireless air gesture controllers; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; biometric identification and authentication apparatus; accelerometers; altimeters; electronic distance measuring apparatus; distance measuring apparatus; electronic distance recording apparatus; distance recording apparatus; pedometers; pressure measuring apparatus; pressure indicators; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; electronic virtual and augmented reality displays, goggles, controllers, and headsets; virtual and augmented reality displays, goggles, controllers, and headsets; 3D spectacles; eyeglasses; sunglasses; spectacle lenses; optical glasses; optical glass; optical apparatus and instruments, namely, telescopes; optical goods; cameras; optical apparatus and instruments; flash lamps for cameras; computer peripherals, namely, keyboards, mice, mouse pads, ink printers, blank disk drives, and blank hard drives; flashes for cameras; Electronic sound recording and reproducing apparatus; keyboards, mice, mouse pads, printers, disk drives, and hard drives; digital audio and video players and recorders; sound recording and reproducing apparatus; audio speakers; audio amplifiers and receivers; motor vehicle audio amplifier apparatus; voice recording and voice recognition apparatus; motor vehicle audio apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; set top boxes; radios; radio transmitters and receivers; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; global positioning systems (GPS devices); Electric navigational instruments; navigation apparatus for vehicles; navigational instruments; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; data storage apparatus, namely, blank magnetic disks; computer chips; wearable devices for controlling computers, mobile telephones, mobile electronic devices, smart watches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; batteries; data storage apparatus; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive computer touchscreens; Electronic interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders other than those for use by video professionals to capture, edit and produce video, television or film; protective films specially adapted for computer screens, mobile telephone screens, and smartwatch screens; interactive touchscreens; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders; covers, bags, cases, sleeves, and straps, all specially adapted for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; protective films adapted for computer screens, mobile telephone screens, and smartwatch screens; selfie sticks; electronic agendas; covers, bags, cases, sleeves, straps and lanyards for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; dictating machines; electronic tags for goods; facsimile machines; weighing apparatus and instruments, namely, measuring rulers; electronic notice boards; measuring tapes; weighing apparatus and instruments; silicon wafers; measures; integrated circuits; amplifiers; measuring apparatus; fluorescent screens; wafers; light-conducting filaments; electric installations for the remote control of industrial operations; life-saving apparatus and equipment, namely, life vests; whistle alarms; remote controls; recorded video discs containing animated cartoons; lights conducting filaments; decorative magnets; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; life-saving apparatus and equipment; electronic devices capable of providing access to the Internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; animated cartoons; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; Recorded computer game programs; Humanoid robots having communication and learning functions for assisting and entertaining people; laboratory robots; teaching robots; security surveillance robots; accessories for smart audio speakers; robots with artificial intelligence; computer game programs; electronic devices in the form of robots for personal use; robots; Downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable

IYO_0000526

computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; <u>Downloadable software applications for providing a user interface for interacting with artificial intelligence models</u>; ~~picture-making machines~~; <u>none of the foregoing for business operations and general office functions</u>; <u>none of the foregoing for enabling electronic transactions and bill payments</u>; <u>none of the foregoing for improving the effectiveness of a sales force</u>; <u>none of the foregoing including human machine interface computer software to monitor, track, report and manipulate values from an automated process or machine</u>; <u>none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting</u>; ~~Software applications~~; ~~Downloadable software applications~~

Class 009 for Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments in the nature of cell phones; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, namely, smartphones and tablets; network communication apparatus, namely, network services; downloadable data, images, audio and video files containing factual information, news, entertainment and music; downloadable digital files authenticated by non-fungible tokens (NFTs), namely, downloadable digital music files, digital collectibles and digital artwork authenticated by non-fungible tokens (NFTs); downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and nonfungible tokens (nfts); downloadable software for enabling a user to view, market, purchase, sell or exchange non-fungible tokens (NFTs) or digital goods; downloadable software for creating non-fungible tokens (NFTs); handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware in the nature of smart watches; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; Magnetically encoded identification bracelets; electronic book readers; downloadable computer software that provides a user interface for interacting with artificial intelligence models; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; Downloadable application development software for providing a user interface for interacting with artificial intelligence models; Downloadable computer game software; downloadable pre-recorded audio, video and multimedia content containing music, news, social commentary, entertainment and sports; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices in the nature of smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, namely, wireless mice, wireless keyboards and wireless air gesture controllers; biometric identification and authentication apparatus; accelerometers; altimeters; electronic distance measuring apparatus; electronic distance recording apparatus; pedometers; pressure measuring apparatus; pressure indicators; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; electronic virtual and augmented reality displays, goggles, controllers, and headsets; 3D spectacles; eyeglasses; sunglasses; spectacle lenses; optical glasses; optical apparatus and instruments, namely, telescopes; cameras; flash lamps for cameras; computer peripherals, namely, keyboards, mice, mouse pads, ink printers, blank disk drives, and blank hard drives; Electronic sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; motor vehicle audio amplifier apparatus; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; set top boxes; radios; radio transmitters and receivers; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; global positioning systems (GPS devices); Electric navigational instruments; navigation apparatus for vehicles; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; data storage apparatus, namely, blank magnetic disks; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive computer touchscreens; Electronic interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders other than those for use by video professionals to capture, edit and produce video, television or film ; protective films specially adapted for computer screens, mobile telephone screens, and smartwatch screens; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, and straps, all specially adapted for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; selfie sticks; electronic agendas; dictating machines; electronic tags for goods; facsimile machines; weighing apparatus and instruments, namely, measuring rulers; electronic notice boards; measuring tapes; silicon wafers; integrated circuits; amplifiers; fluorescent screens; light-conducting filaments; electric installations for the remote control of industrial operations; life-saving apparatus and equipment, namely, life vests; whistle alarms; recorded video discs containing animated cartoons; decorative magnets; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the Internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air

IYO_0000527

conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; Recorded computer game programs; Humanoid robots having communication and learning functions for assisting and entertaining people; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use; Downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; Downloadable software applications for providing a user interface for interacting with artificial intelligence models; none of the foregoing for business operations and general office functions ; none of the foregoing for enabling electronic transactions and bill payments ; none of the foregoing for improving the effectiveness of a sales force ; none of the foregoing including human machine interface computer software to monitor, track, report and manipulate values from an automated process or machine ; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided


**Filing Basis: Section 44(d), Priority based on foreign filing:***For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.


**Applicant proposes to amend the following:**


**Current:**
Class 010 for General wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement and calories burned

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the

identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.


**Proposed:**

**Tracked Text Description:** ~~General wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement and calories burned~~; <u>Medical general wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned</u>

Class 010 for Medical general wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided


**Filing Basis: Section 44(d), Priority based on foreign filing:***For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Applicant proposes to amend the following:**

**Current:**
Class 012 for Vehicles; apparatus for locomotion by land, air or water; aircraft; automobiles; bicycles; cars; drones; camera drones; civilian drones; electrically powered vehicles; motorcycles; trucks; unmanned vehicles; unmanned aerial vehicles (UAVs); electric vehicles; vans; delivery vans; remote control vehicles, other than toys
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date,

IYO_0000529

the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Proposed:**

**Tracked Text Description:** ~~Vehicles~~; <u>trains</u>; ~~apparatus for locomotion by land, air or water~~; <u>boats</u>; aircraft; automobiles; ~~bicycles~~; drones; ~~cars~~; camera drones; civilian drones; trucks; <u>unmanned land vehicles</u>; ~~electrically powered vehicles~~; unmanned aerial vehicles (UAVs); ~~motorcycles~~; vans; delivery vans; ~~unmanned vehicles~~; <u>remote control land vehicles, other than toys</u>; <u>none of the foregoing being self-propelled electric vehicles</u>; ~~electric vehicles~~; ~~remote control vehicles, other than toys~~

Class 012 for trains; boats; aircraft; automobiles; drones; camera drones; civilian drones; trucks; unmanned land vehicles; unmanned aerial vehicles (UAVs); vans; delivery vans; remote control land vehicles, other than toys; none of the foregoing being self-propelled electric vehicles
**Filing Basis: Section 1(b), Intent to Use:** ***For a trademark or service mark application:*** The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:***For a trademark or service mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Applicant proposes to amend the following:**

**Current:**
Class 014 for Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases for clock and watchmaking; cases for watches; straps for wrist watches; watch bands; watch cases; watch chains; parts and fittings for all the aforesaid goods
**Filing Basis: Section 1(b), Intent to Use:** ***For a trademark or service mark application:*** The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification

IYO_0000530

program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Proposed:**

**Tracked Text Description:** Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases for clock and watchmaking; ~~cases for watches;~~ cases adapted for holding watches; straps for wrist watches; watch bands; ~~watch cases;~~ cases being parts of watches; watch chains; ~~parts and fittings for all the aforesaid goods;~~ replacement parts and fittings for all the aforesaid goods

Class 014 for Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:***For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Applicant proposes to amend the following:**

**Current:**
Class 015 for Musical instruments; parts and fittings for all the aforesaid goods
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control

IYO_0000531

over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing**: ***For a trademark or service mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Proposed:**

**Tracked Text Description:** Musical instruments; ~~parts and fittings for all the aforesaid goods~~; <u>replacement parts and fittings for all the aforesaid goods</u>

Class 015 for Musical instruments; replacement parts and fittings for all the aforesaid goods
**Filing Basis: Section 1(b), Intent to Use:** ***For a trademark or service mark application:*** The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:** ***For a trademark or service mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Applicant proposes to amend the following:**

**Current:**
Class 016 for Paper, cardboard; printed matter and books; bookbinding material; photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials; paint brushes; typewriters and office requisites; instructional and teaching material; plastic materials for packaging; printed publications; books; magazines; newsletters; periodicals; brochures; booklets; pamphlets; manuals; journals; leaflets; greeting cards; advertising and promotional material; catalogues; fiction and non-fiction books on a variety of topics; series of fiction and non-fiction books, comic books, graphic novels, stories in illustrated form and comic book stories, storyboards, and artwork; periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers; printed matter in the field of tablet computers; printed matter in the field of multi-media products, interactive products and online services; catalogues relating to computer software; computer brochures; computer handbooks; computer hardware publications; computer hardware reference manuals; computer hardware users guides; computer

instruction manuals; computer manuals; publications relating to technology, digital technology and gadgets; user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; catalogues relating to musical apparatus and instruments; catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; music books; music instruction manuals; music magazines; desk accessories; telephone and address books; agendas; diaries; calendars; posters; mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; display materials; decals and bumper stickers; booklets for sale with audio tapes; decalcomanias; diaries; gift cards; gift vouchers; labels; maps; diaries; dictionaries; personal organizers; postage stamps; postcards; posters; bags for microwave cooking of paper; absorbent paper; tissues of paper; towels of paper; vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; parts and fittings for all the aforesaid goods; computer hardware reference manuals; computer hardware users guide; computer instruction manuals; computer manuals: publications relating to technology, digital technology and gadgets

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Proposed:**

**Tracked Text Description:** ~~Paper, cardboard;~~ Paper and cardboard; ~~printed matter and books;~~ printed matter and books, namely, a series of printed books, printed articles, printed handouts and printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; ~~bookbinding material;~~ Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; ~~photographs;~~ Framed photographs; stationery; stickers and adhesives for stationery or household purposes; ~~artists' materials;~~ artists' materials, namely, Moulds for modelling clays; paint brushes; ~~typewriters and office requisites;~~ typewriters and office requisites, namely, staplers; ~~instructional and teaching material;~~ Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; ~~plastic materials for packaging;~~ plastic film materials for packaging; ~~printed publications;~~ printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; ~~books;~~ Printed greeting cards; ~~magazines;~~ Printed advertising and promotional material, namely posters; ~~newsletters;~~ Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; ~~periodicals;~~ Printed fiction and non-fiction books on a variety of topics; ~~brochures;~~ printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; ~~booklets;~~ printed periodicals in the field of comic book stories, storyboards, and artwork; ~~pamphlets;~~ printed matter in the field of computers, namely, lesson books; ~~manuals;~~ printed educational materials in the field of tablet computers; ~~journals;~~ Printed catalogues relating to computer software; ~~leaflets;~~ Printed computer brochures; ~~greeting cards;~~ Printed computer handbooks; ~~advertising and promotional material;~~ Printed computer hardware reference manuals; ~~catalogues;~~ Printed computer hardware users guides; ~~fiction and non-fiction books on a variety of topics;~~ Printed computer instruction manuals; ~~series of fiction and non-fiction books, comic books, graphic novels, stories in illustrated form and comic book stories, storyboards, and artwork;~~ Printed computer manuals; ~~periodicals in the field of comic book stories, storyboards, and artwork;~~ Printed publications in the nature of magazines relating to technology, digital technology and gadgets; ~~printed matter in the field of computers;~~ Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; ~~printed matter in the field of tablet computers;~~ Printed catalogues relating to musical apparatus and instruments; ~~printed matter in the field of multi-media products, interactive products and online services;~~ Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; ~~catalogues relating to computer software;~~ Printed music books; ~~computer brochures;~~ Printed music instruction manuals; ~~computer handbooks;~~ Printed music

magazines; ~~computer hardware publications~~; <u>Printed telephone and address books</u>; ~~computer hardware reference manuals~~; <u>Printed blank agendas</u>; ~~computer hardware users guides~~; <u>Printed diaries</u>; ~~computer instruction manuals~~; <u>Printed calendars</u>; ~~computer manuals~~; <u>Printed posters</u>; ~~publications relating to technology, digital technology and gadgets~~; <u>Printed mounted and unmounted photographs</u>; ~~user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers~~; printed patterns for T-shirts and sweatshirts; ~~catalogues relating to musical apparatus and instruments~~; printed sewing patterns; ~~catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data~~; decals and bumper stickers; ~~music books~~; <u>Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment</u>; ~~music instruction manuals~~; decalcomanias; ~~music magazines~~; <u>Paper gift cards</u>; ~~desk accessories~~; <u>paper gift vouchers</u>; ~~telephone and address books~~; <u>paper labels</u>; ~~agendas~~; <u>Printed maps</u>; ~~diaries~~; <u>printed dictionaries</u>; ~~calendars~~; personal organizers; ~~posters~~; postage stamps; ~~mounted and unmounted photographs~~; <u>printed postcards</u>; bags for microwave cooking of paper; <u>Absorbent sheets of paper or plastic for foodstuff packaging</u>; ~~display materials~~; tissues of paper; towels of paper; ~~booklets for sale with audio tapes~~; <u>printed vouchers</u>; gift boxes; ~~diaries~~; gift bags; ~~gift cards~~; photographic printing paper; ~~gift vouchers~~; table cloths of paper; ~~labels~~; table mats of paper; ~~maps~~; table runners of paper; ~~diaries~~; <u>Printed computer hardware users guide</u>; ~~dictionaries~~; <u>Printed computer manuals</u>; ~~postcards~~; ~~posters~~; ~~absorbent paper~~; ~~vouchers~~; ~~parts and fittings for all the aforesaid goods~~; ~~computer hardware reference manuals~~; ~~computer hardware users guide~~; ~~computer instruction manuals~~; ~~computer manuals; publications relating to technology, digital technology and gadgets~~

Class 016 for Paper and cardboard; printed matter and books, namely, a series of printed books, printed articles, printed handouts and printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; Framed photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials, namely, Moulds for modelling clays; paint brushes; typewriters and office requisites, namely, staplers; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; plastic film materials for packaging; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed greeting cards; Printed advertising and promotional material, namely posters; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed fiction and non-fiction books on a variety of topics; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; printed periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, namely, lesson books; printed educational materials in the field of tablet computers; Printed catalogues relating to computer software; Printed computer brochures; Printed computer handbooks; Printed computer hardware reference manuals; Printed computer hardware users guides; Printed computer instruction manuals; Printed computer manuals; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; Printed catalogues relating to musical apparatus and instruments; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; Printed music books; Printed music instruction manuals; Printed music magazines; Printed telephone and address books; Printed blank agendas; Printed diaries; Printed calendars; Printed posters; Printed mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; decalcomanias; Paper gift cards; paper gift vouchers; paper labels; Printed maps; printed dictionaries; personal organizers; postage stamps; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; tissues of paper; towels of paper; printed vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; Printed computer hardware users guide; Printed computer manuals

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification mark application:* As of the application filing date, the applicant had a

IYO_0000534

bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Applicant proposes to amend the following:**

**Current:**

Class 018 for Leather and imitations of leather; animal skins, hides; trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery; attaché cases; bags; bags for campers; bags for sports; beach bags; boxes of leather or leatherboard; card cases; cases of leather or leatherboard; furniture coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; shopping bags; shoulder belts of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; travelling sets; briefcases; belts; leather belts; animal collars and leashes; keys cases; leather laces; music cases; purses; satchels; wallets; fur and garments and articles made from fur; valises; vanity cases, not fitted; wheeled shopping bags; parts and fittings for all the aforesaid goods

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Proposed:**

**Tracked Text Description:** Leather and imitations of leather; ~~animal skins, hides~~; animal skins and hides; ~~trunks and travelling bags~~; travel trunks and travelling bags; umbrellas and parasols; walking sticks; ~~whips, harness and saddlery~~; whips, harness and saddlery for animals; attaché cases; bags; bags for campers; bags for sports; beach bags; boxes of leather or leatherboard; ~~card cases~~; business card cases; cases of leather or leatherboard; furniture coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; ~~shopping bags~~; mesh shopping bags; shoulder belts of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; ~~travelling sets~~; Leather travelling bag sets; briefcases; ~~belts~~; saddle belts; ~~leather belts~~; animal collars and leashes; cases for keys; ~~keys cases~~; music cases; ~~leather laces~~; purses; satchels; wallets; furs; valises; ~~fur and garments and articles made from fur~~; vanity cases, not fitted; wheeled shopping bags; ~~parts and fittings for all the aforesaid goods~~

Class 018 for Leather and imitations of leather; animal skins and hides; travel trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery for animals; attaché cases; bags; bags for campers; bags for sports; beach bags; boxes of leather or leatherboard; business card cases; cases of leather or leatherboard; furniture coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; mesh shopping bags; shoulder belts of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; Leather travelling bag sets; briefcases; saddle belts; animal collars and leashes; cases for keys; music cases; purses; satchels; wallets; furs; valises; vanity cases, not fitted; wheeled shopping bags

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark,*

*collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:***For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Applicant proposes to amend the following:**

**Current:**
Class 028 for Games and playthings; video game apparatus; gymnastic and sporting articles; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; electrical and electronic amusement apparatus (automatic, coin/counter freed); video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; video output toys and games; toy robots; interactive computer toys and games; standalone video game machines incorporating a means of display; computer games apparatus, electronic games apparatus and video games apparatus, not included in other classes; game consoles; protective films adapted for screens for portable games; controllers for game consoles; rocking horses, pinball machines; pinball game machines (toys); musical toys, games and playthings; toy audio apparatus; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated toys; electronic toys; electronically operated toys; toy computers (not working); toy mobile telephones (not working); dolls; toy and novelty face masks; novelties in the form of souvenirs; snow glass balls; action figures and accessories to the action figures; dolls' clothing and accessories not included in other classes, all for use with dolls; hockey games; toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; drones; toys; controllers for toys; board games; card games; playing cards; computer and video game apparatus, other than coin operated or those adapted for use with television receivers; portable games with liquid crystal displays
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

IYO_0000536

**Proposed:**

**Tracked Text Description:** ~~Games and playthings~~; Games and playthings, namely, boardgames; ~~video game apparatus~~; Arcade-type electronic video games; ~~gymnastic and sporting articles~~; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; ~~electrical and electronic amusement apparatus (automatic, coin/counter freed)~~; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; ~~video output toys and games~~; standalone video game machines incorporating a means of display; video game consoles; ~~interactive computer toys and games~~; protective films adapted for screens for portable games; controllers for game consoles; ~~computer games apparatus, electronic games apparatus and video games apparatus, not included in other classes~~; toy rocking horses; ~~game consoles~~; electronic arcade pinball machines; toy pinball game machines; musical toys; ~~rocking horses, pinball machines~~; toy radios; ~~pinball game machines (toys)~~; toy musical boxes; ~~musical toys, games and playthings~~; toy musical instruments; ~~toy audio apparatus~~; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; ~~battery operated toys~~; toy computers, non-operational; ~~electronic toys~~; toy mobile telephones non-operational; ~~electronically operated toys~~; dolls; ~~toy computers (not working)~~; toy and novelty face masks; ~~toy mobile telephones (not working)~~; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; ~~novelties in the form of souvenirs~~; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; ~~snow glass balls~~; toy drones; ~~action figures and accessories to the action figures~~; Controllers for toy cars and toy planes: board games; ~~dolls' clothing and accessories not included in other classes, all for use with dolls~~; card games; ~~hockey games~~; playing cards; ~~toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles~~; portable games with liquid crystal displays; ~~drones; toys; controllers for toys; board games; computer and video game apparatus, other than coin operated or those adapted for use with television receivers~~

Class 028 for Games and playthings, namely, boardgames; Arcade-type electronic video games; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; video game consoles; protective films adapted for screens for portable games; controllers for game consoles; toy rocking horses; electronic arcade pinball machines; toy pinball game machines; musical toys; toy radios; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; toy computers, non-operational; toy mobile telephones non-operational; dolls; toy and novelty face masks; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; toy drones; Controllers for toy cars and toy planes: board games; card games; playing cards; portable games with liquid crystal displays

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

IYO_0000537

INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Applicant proposes to amend the following:**

**Current:**
Class 035 for Advertising; business management; business administration; office functions; advertising management; advertising services, namely, promoting the goods and services of others; demonstration of goods; development dissemination of advertising matter; dissemination of advertising for others via an online electronic communications network; modelling for advertising or sales promotion; rental of advertising space; online advertising on computer networks; online advertising on the Internet and other global computer network systems; organisation of exhibitions for commercial or advertising purposes; organisation of trade fairs for commercial or advertising purposes; outdoor advertising; market analysis; marketing research; market research and information services; opinion polling; public relations; public relations services; publication of publicity texts; publicity agencies; transcription; publicity texts (writing of -); personnel recruitment consultancy; accounting; assistance with purchasing goods and services, for others; audit services; bookkeeping; business assistance for artists and performers; business appraisals; business information services; business investigations; business management consultancy; commercial information agency services; commercial management assistance; copying of documents; cost analysis; document reproduction; drawing up of statements of account; economic forecasting; efficiency expert services; industrial management assistance; photocopying; preparation of tax returns; professional business consultancy services; providing an on-line commercial information directory; secretarial services; shorthand; transcription; typing; word processing; compilation and systemisation of data into computer databases; compilation of business information into a searchable databases available via a global computer network; compilation of computer databases for transmitting, displaying and storing transaction, identification and financial information; compiling of information into computer databases; compiling statistics; computerised data management; computerised database management services; computerised processing of on-line purchase orders; database management services; providing an on-line commercial information directory; provision of business information via a searchable database and via a global computer network; searching for data in computer databases, for others; searching for data in computer files, for others; sorting and editing of information in computer databases; online retail of music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services and/or on-line retail store services in relation to consumer goods, electronic goods, and household goods; customer loyalty program services featuring rewards in the form of discounted shipping services; database services to enable others to conveniently view and select services from a website; dissemination of advertising for others via the internet; the collection of a selection of service providers to enable others to conveniently view and select these services from a website; auction services; auctioning; auctioneering services; business intermediary services for the sale and purchase of goods and services; comparison services (price -); computerized on-line ordering of services for general merchandise and general consumer goods; import and export agencies; information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them; information, advisory and consultancy services relating to all the aforesaid

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Proposed:**

**Tracked Text Description:** ~~Advertising~~; Advertising agencies; business management; business administration; ~~office functions~~; providing office functions; ~~advertising management~~; Advertising and business management consultancy; advertising services, namely, promoting the goods and services of others; demonstration of goods; ~~development dissemination of advertising matter~~; Sales promotion services; ~~dissemination of advertising for others via an online electronic communications network~~; rental of advertising space; ~~modelling for advertising or sales promotion~~;

organisation of exhibitions for commercial or advertising purposes; organisation of trade fairs for commercial or advertising purposes; ~~online advertising on computer networks~~; outdoor advertising; ~~online advertising on the Internet and other global computer network systems~~; market analysis; marketing research; market research and consumer information services; opinion polling; public relations; public relations services; ~~market research and information services~~; publication of publicity texts; publicity agencies; Stenographic transcription; writing of publicity texts for others; personnel recruitment consultancy; Audit support services, namely, review and analysis of a company's sales, as well as the preparation, organization and presentation of the documents and data requested by a government body, and advice on government audit processes, policies and strategy; ~~transcription~~; business management assistance for artists and performers; ~~publicity texts (writing of -)~~; business appraisals; business information services; ~~accounting~~; business investigations; ~~assistance with purchasing goods and services, for others~~; business management consultancy; ~~audit services~~; commercial information agency services; ~~bookkeeping~~; commercial management assistance; ~~business assistance for artists and performers~~; copying of documents; document reproduction in the nature of photocopying services; business efficiency expert services; industrial business management assistance; photocopying services; professional business consultancy services; providing an on-line commercial information directory on the internet; secretarial services; ~~cost analysis~~; shorthand typing; ~~document reproduction~~; typing; ~~drawing up of statements of account~~; word processing; ~~economic forecasting~~; compilation and systemisation of data into computer databases; ~~efficiency expert services~~; compilation of business information into a searchable database available via a global computer network; ~~industrial management assistance~~; compiling of information into computer databases; ~~photocopying~~; compiling statistics for business purposes; ~~preparation of tax returns~~; computerised data management; computerised database management services; ~~providing an on-line commercial information directory~~; computerised processing of on-line purchase orders; database management services; ~~shorthand~~; provision of business information via a searchable database and via a global computer network; ~~transcription~~; Office functions in the nature of searching for data in computer files for others; online retail stores featuring music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services and on-line retail store services featuring a broad range of electronic goods and household goods; ~~compilation of business information into a searchable databases available via a global computer network~~; customer loyalty program services featuring rewards in the form of discounted shipping services; ~~compilation of computer databases for transmitting, displaying and storing transaction, identification and financial information~~; database services to enable others to conveniently view and select services from a website; auction services; ~~compiling statistics~~; business intermediary services for the sale and purchase of goods and services; price comparison services; import and export agencies; consumer information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them; none of the foregoing in the field of outsourcing, production sites and production structures; ~~providing an on-line commercial information directory~~; ~~searching for data in computer databases, for others~~; ~~searching for data in computer files, for others~~; ~~sorting and editing of information in computer databases~~; ~~online retail of music in digital or stored media form~~; ~~retail store services and/or on-line retail store services in relation to consumer goods, electronic goods, and household goods~~; ~~dissemination of advertising for others via the internet~~; ~~the collection of a selection of service providers to enable others to conveniently view and select these services from a website~~; ~~auctioning~~; ~~auctioneering services~~; ~~comparison services (price -)~~; ~~computerized on-line ordering of services for general merchandise and general consumer goods~~; ~~information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them~~; ~~information, advisory and consultancy services relating to all the aforesaid~~

Class 035 for Advertising agencies; business management; business administration; providing office functions; Advertising and business management consultancy; advertising services, namely, promoting the goods and services of others; demonstration of goods; Sales promotion services; rental of advertising space; organisation of exhibitions for commercial or advertising purposes; organisation of trade fairs for commercial or advertising purposes; outdoor advertising; market analysis; marketing research; market research and consumer information services; opinion polling; public relations; public relations services; publication of publicity texts; publicity agencies; Stenographic transcription; writing of publicity texts for others; personnel recruitment consultancy; Audit support services, namely, review and analysis of a company's sales, as well as the preparation, organization and presentation of the documents and data requested by a government body, and advice on government audit processes, policies and strategy; business management assistance for artists and performers; business appraisals; business information services; business investigations; business management consultancy; commercial information agency services; commercial management assistance; copying of documents; document reproduction in the nature of photocopying services; business efficiency expert services; industrial business management assistance; photocopying services; professional business consultancy services; providing an on-line commercial information directory on the internet; secretarial services; shorthand typing; typing; word processing; compilation and systemisation of data into computer databases; compilation of business information into a searchable database available via a global computer network; compiling of information into computer databases; compiling statistics for business purposes; computerised data management; computerised database management services; computerised processing of on-line purchase orders; database management services; provision of business information via a searchable database and via a global computer network; Office functions in the nature of searching for data in computer files for others; online retail stores featuring music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services and on-line retail store services featuring a broad range of electronic goods and household goods; customer loyalty program services featuring rewards in the form of discounted shipping services; database services to enable others to conveniently view and select services from a website; auction services; business intermediary services for the sale and purchase of goods and services; price comparison services; import and export agencies; consumer information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them; none of the foregoing in the field of outsourcing, production sites and production structures

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled,

IYO_0000539

to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:***For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Applicant proposes to amend the following:**

**Current:**
Class 036 for Financial, monetary and banking services
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Proposed:**

**Tracked Text Description:** ~~Financial, monetary and banking services~~; <u>Financial consultancy services</u>; <u>Financial affairs and monetary affairs, namely, financial information, management and analysis services</u>

Class 036 for Financial consultancy services; Financial affairs and monetary affairs, namely, financial information, management and analysis services
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control

over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:***For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Applicant proposes to amend the following:**

**Current:**
Class 037 for Repair; Maintenance, installation services; information, advisory and consultancy services relating to all the aforesaid
**Filing Basis: Section 1(b), Intent to Use: *For a trademark or service mark application:*** The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing: *For a trademark or service mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Proposed:**

**Tracked Text Description:** ~~Repair~~; Repair, Maintenance, and installation of computer hardware, wearable computer hardware, mobile computer hardware, robots, robotic devices that can move, smart speakers and smart televisions; ~~Maintenance, installation services~~; information, advisory and consultancy services relating to all the aforesaid

Class 037 for Repair, Maintenance, and installation of computer hardware, wearable computer hardware, mobile computer hardware, robots, robotic devices that can move, smart speakers and smart televisions; information, advisory and consultancy services relating to all the aforesaid
**Filing Basis: Section 1(b), Intent to Use: *For a trademark or service mark application:*** The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control

over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:** ***For a trademark or service mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Applicant proposes to amend the following:**

**Current:**
Class 038 for Telecommunications; communication and telecommunication services; telecommunication access services; communications by computer; communications by tablet computer; communication between computers; electronic sending of data and documentation via the Internet or other databases; supply of data and news by electronic transmission; providing access to websites and electronic news services online allowing the download of information and data; providing access to web sites on the Internet; serving and transmitting audio, video, multimedia, and advertising content to computers, mobile telephones, media players, and other mobile digital devices; delivery of digital music by telecommunications; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; providing wireless telecommunications via electronic communications networks; wireless digital messaging, paging services, and electronic mail services, including services that enable a user to send and/or receive messages through a wireless data network; one-way and two-way paging services; communication by computer, computer intercommunication; telex, telegram and telephone services; broadcasting or transmission of radio and television programmes; time sharing services for communication apparatus; provision of telecommunications access and links to computer databases and the Internet; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services (transmission); delivery of messages by electronic transmission; provision of connectivity services and access to electronic communications networks, for transmission or reception of audio, video or multimedia content; provision of telecommunications connections to electronic communication networks, for transmission or reception of audio, video or multimedia content; providing access to digital music web sites on the Internet; providing access to MP3 web sites on the Internet; delivery of digital music by telecommunications; provision of telecommunications connections to the Internet or computer databases; providing user access to the Internet (service providers); electronic mail services; telecommunication of information (including web pages), computer programs and any other data; video broadcasting, broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; streaming of video content via a global computer network; subscription audio broadcasting via a global computer network; audio broadcasting; audio broadcasting of spoken word, music, concerts, and radio programmes; streaming of audio content via a global computer network; electronic transmission of audio and video files via communications networks; communication services, namely, matching users for the transfer of music, video and audio recordings via communication networks; electronic bulletin board services; providing computer bulletin board in the fields of music, video, film, books, television, games and sports; providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic news services; electronic communications consultancy; facsimile, message collection and transmission services; transmission of data and of information by electronic means, computer, cable, radio, teleprinter, teleletter, electronic mail, telecopier, television, microwave, laser beam, communications satellite or electronic communication means; transmission of data by audio-visual apparatus controlled by data processing apparatus or computers; provision of access time to web-sites featuring multimedia materials; providing access to databases and directories via communications networks for obtaining data in the fields of music, video, film, books, television, games and sports; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; organizing and conducting video conferences; provision of access time to web-sites featuring multimedia materials; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; providing computer data bases in the nature of a bulletin board in the

IYO_0000542

fields of music, video, film, books, television, games and sports; providing an online searchable database of text, data, image, audio, video and multimedia content in the fields of telecommunications, mobile phones; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; information, advisory and consultancy services relating to all the aforesaid **Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Proposed:**

**Tracked Text Description:** ~~Telecommunications;~~ Telecommunications consultation; ~~communication and telecommunication services;~~ telecommunication access services; communications by computer terminals; ~~communications by computer;~~ electronic sending of data and documentation via the Internet and other electronic databases; ~~communications by tablet computer;~~ News agencies, namely, the transmission of news items to news reporting organizations; ~~communication between computers;~~ Providing access to digital music websites on the Internet; ~~electronic sending of data and documentation via the Internet or other databases;~~ wireless digital messaging; ~~supply of data and news by electronic transmission;~~ Internet based paging and alerting services, namely, providing a web site at which users can send messages to electronic paging devices; ~~providing access to websites and electronic news services online allowing the download of information and data;~~ transmission of electronic mail; ~~providing access to web sites on the Internet;~~ Telegram transmission services; ~~serving and transmitting audio, video, multimedia, and advertising content to computers, mobile telephones, media players, and other mobile digital devices;~~ telephone services; ~~delivery of digital music by telecommunications;~~ electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; ~~providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs;~~ webcasting services; ~~providing wireless telecommunications via electronic communications networks;~~ broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; ~~wireless digital messaging, paging services, and electronic mail services, including services that enable a user to send and/or receive messages through a wireless data network;~~ providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; ~~one-way and two-way paging services;~~ rental and hire and leasing of communication apparatus and electronic mail-boxes; ~~communication by computer, computer intercommunication;~~ electronic communications consultancy; ~~telex, telegram and telephone services;~~ providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; ~~broadcasting or transmission of radio and television programmes; time sharing services for communication apparatus; provision of telecommunications access and links to computer databases and the Internet; webcasting services (transmission); delivery of messages by electronic transmission; provision of connectivity services and access to electronic communications networks, for transmission or reception of audio, video or multimedia content; provision of telecommunications connections to electronic communication networks, for transmission or reception of audio, video or multimedia content; providing access to digital music web sites on the Internet; providing access to MP3 web sites on the Internet; delivery of digital music by telecommunications; provision of telecommunications connections to the Internet or computer databases; providing user access to the Internet (service providers); electronic mail services; telecommunication of information (including web pages), computer programs and any other data; video broadcasting, broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; streaming of video content via a global computer network; subscription audio broadcasting via a global computer network; audio broadcasting; audio broadcasting of spoken word, music, concerts, and radio programmes; streaming of audio content via a global computer network; electronic transmission of audio and video files via communications networks;~~

communication services, namely, matching users for the transfer of music, video and audio recordings via communication networks; electronic bulletin board services; providing computer bulletin board in the fields of music, video, film, books, television, games and sports; electronic news services; facsimile, message collection and transmission services; transmission of data and of information by electronic means, computer, cable, radio, teleprinter, teleletter, electronic mail, telecopier, television, microwave, laser beam, communications satellite or electronic communication means; transmission of data by audio-visual apparatus controlled by data processing apparatus or computers; provision of access time to web-sites featuring multimedia materials; providing access to databases and directories via communications networks for obtaining data in the fields of music, video, film, books, television, games and sports; organizing and conducting video conferences; provision of access time to web-sites featuring multimedia materials; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; providing computer data bases in the nature of a bulletin board in the fields of music, video, film, books, television, games and sports; providing an online searchable database of text, data, image, audio, video and multimedia content in the fields of telecommunications, mobile phones; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; information, advisory and consultancy services relating to all the aforesaid

Class 038 for Telecommunications consultation; telecommunication access services; communications by computer terminals; electronic sending of data and documentation via the Internet and other electronic databases; News agencies, namely, the transmission of news items to news reporting organizations; Providing access to digital music websites on the Internet; wireless digital messaging; Internet based paging and alerting services, namely, providing a web site at which users can send messages to electronic paging devices; transmission of electronic mail; Telegram transmission services; telephone services; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services; broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic communications consultancy; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Applicant proposes to amend the following:**

**Current:**
Class 039 for Transport; Packaging and storage of goods; Travel arrangement
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark,*

*collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Proposed:**

**Tracked Text Description:** ~~Transport~~; Travel arrangement; ~~Packaging and storage of goods~~

Class 039 for Travel arrangement
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:***For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Applicant proposes to amend the following:**

**Current:**
Class 041 for Education; providing of training; entertainment; sporting and cultural activities; providing online music not downloadable; providing on-line audio content, not downloadable, including music, ongoing radio programs, audio books, podcasts and webcasts; entertainment, namely, providing audio and multimedia content, games, software applications; providing information, news and commentary in the fields of entertainment, popular culture, recreation and leisure activities, sports and sporting events, educational services, concerts, cultural events, and live theatrical productions; providing information relating to the organizing of educational, cultural sporting, and entertainment exhibitions, and community, sporting and cultural activities, contests and games; providing non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and

IYO_0000545

sporting events, technology, concerts, cultural events, and live theatrical productions; providing information in the field of educational and entertainment activities and events for children; providing classes, workshops, and instruction using voice enabled software applications; lending libraries; providing on-line electronic publications, not downloadable; distribution of video tapes; providing on-line virtual reality game services on a computer network; conducting fitness classes; toy rental; games equipment rental; animal training; modelling artists; operating lotteries; computer-based educational, teaching, and training services; providing online computer games; electronic publishing services; providing electronic books, magazines, newspapers, journals, periodicals, and other publications; providing online text, video, audio, and multimedia programs; ticket reservation and booking services for entertainment, sporting and cultural events; providing information, advice, news, reviews, and commentary in the fields of entertainment, sporting and cultural events; arranging and conducting of commercial, trade and business conferences; booking of seats for shows; education information; entertainment information; information (recreation -); rental of audio equipment; training services provided via simulators; information, advisory and consultancy services relating to all the aforesaid

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.


**Proposed:**

**Tracked Text Description:** ~~Education;~~ Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; ~~providing of training;~~ providing of training in technology and artificial intelligence; ~~entertainment;~~ providing online music not downloadable; ~~sporting and cultural activities;~~ providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of technology and artificial intelligence; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence and live theatrical productions; ~~providing on-line audio content, not downloadable, including music, ongoing radio programs, audio books, podcasts and webcasts;~~ providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; ~~entertainment, namely, providing audio and multimedia content, games, software applications;~~ providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; ~~providing information, news and commentary in the fields of entertainment, popular culture, recreation and leisure activities, sports and sporting events, educational services, concerts, cultural events, and live theatrical productions;~~ Lending library services for lending multimedia materials; ~~providing information relating to the organizing of educational, cultural sporting, and entertainment exhibitions, and community, sporting and cultural activities, contests and games;~~ Virtual reality game services provided on-line from a computer network; ~~providing non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, concerts, cultural events, and live theatrical productions;~~ conducting fitness classes; ~~providing information in the field of educational and entertainment activities and events for children;~~ toy rental; ~~providing classes, workshops, and instruction using voice enabled software applications;~~ games equipment rental; ~~lending libraries;~~ animal training; ~~providing on-line electronic publications, not downloadable;~~ modelling for artists; ~~distribution of video tapes;~~ operating lotteries; ~~providing on-line virtual reality game services on a computer network;~~ computer-based educational, teaching, and training services in the field of technology and artificial intelligence; providing online computer games; Open-access publishing services, namely, publication of electronic books, magazines, newspapers, journals and periodicals; providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ticket reservation and booking services for entertainment, sporting and cultural events; ~~modelling artists;~~ booking of seats for shows; rental of audio equipment; ~~computer-based educational, teaching, and training services;~~ training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for IT systems, product manufacturing equipment and processes and supply chains;

IYO_0000546

electronic publishing services; providing electronic books, magazines, newspapers, journals, periodicals, and other publications; providing online text, video, audio, and multimedia programs; providing information, advice, news, reviews, and commentary in the fields of entertainment, sporting and cultural events; arranging and conducting of commercial, trade and business conferences; education information; entertainment information; information (recreation -); training services provided via simulators; information, advisory and consultancy services relating to all the aforesaid

Class 041 for Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; providing of training in technology and artificial intelligence; providing online music not downloadable; providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of technology and artificial intelligence; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence and live theatrical productions; providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; Lending library services for lending multimedia materials; Virtual reality game services provided on-line from a computer network; conducting fitness classes; toy rental; games equipment rental; animal training; modelling for artists; operating lotteries; computer-based educational, teaching, and training services in the field of technology and artificial intelligence; providing online computer games; Open-access publishing services, namely, publication of electronic books, magazines, newspapers, journals and periodicals; providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ticket reservation and booking services for entertainment, sporting and cultural events; booking of seats for shows; rental of audio equipment; training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for IT systems, product manufacturing equipment and processes and supply chains

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Applicant proposes to amend the following:**

**Current:**
Class 042 for Architecture; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; design services; Engineering design services; Technical research; product design; graphic design; packaging design; jewelry design; hardware design; furniture design; design consultancy; house design; construction design; automotive design; fashion design; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; cloud computing services; rental of computer hardware, software, and peripherals; providing online non-downloadable software; consultation services for developing computer systems, databases and applications; computer security and data security consultancy; data encryption services; providing computer hardware or software information online; maintenance, repair and updating of

IYO_0000547

computer software and applications; technical support services, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; creating indexes of online information, sites and other resources available on the Internet and other electronic communications networks; cartography and mapping services; providing an Internet portal allowing users to preview and download electronic books, publications, and other documents; scientific and technological services; industrial design services; industrial analysis and research services; information, advisory and consultancy services relating to all the aforesaid; quality control; surveying; chemical research; clinical trial; meteorological information; Providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; providing online non-downloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software

**Filing Basis: Section 1(b), Intent to Use:** ***For a trademark or service mark application:*** The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** ***For a trademark or service mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.


**Proposed:**

**Tracked Text Description:** ~~Architecture~~; Architecture consultancy services; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; ~~design services~~; computer design services; Engineering design services; ~~Technical research~~; Technical research in the field of artificial intelligence; ~~product design~~; new product design; graphic design; packaging design; jewelry design; ~~hardware design~~; computer hardware design; furniture design; ~~design consultancy~~; website design consultancy; ~~house design~~; automotive design; ~~construction design~~; fashion design consulting services; design and development of computer hardware, software, peripherals, and computer and video games; ~~fashion design~~; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; consulting services in the field of cloud computing; rental of computer hardware, software, and peripherals; ~~cloud computing services~~; Providing temporary use of online, non-downloadable enterprise software for providing a user interface for interacting with artificial intelligence models; computer security and data security consultancy; ~~providing online non-downloadable software~~; data encryption services; ~~consultation services for developing computer systems, databases and applications~~; maintenance, repair and updating of computer software and applications; technical support services, namely, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; ~~providing computer hardware or software information online~~; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; ~~technical support services, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services~~; Cartography and mapping services featuring geophysical maps; Scientific and technological services, namely, scientific research, analysis, testing in the field of artificial intelligence; industrial design services; quality control for others; ~~creating indexes of online information, sites and other resources available on the Internet and other electronic communications networks~~; surveying; ~~cartography and mapping services~~; chemical research; ~~providing an Internet portal allowing users to preview and download electronic books, publications, and other documents~~; Medical and scientific research, namely, conducting clinical trials for others; ~~scientific and technological services~~; meteorological information; Providing online non-downloadable software for the artificial production of human speech and text; ~~industrial analysis and research services~~; providing online non-downloadable software for natural language processing, generation, understanding and analysis; ~~information, advisory and consultancy services relating to all the aforesaid~~; providing online nondownloadable software for machine-learning based language and speech processing software; ~~quality control~~; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; ~~clinical trial~~; research, design and development of computer programs and software; none of the foregoing in the field of supply chain logistics; none of the foregoing for use in the field of product

IYO_0000548

manufacturing, manufacturing facilities, industrial plants or supply chains; none of the foregoing for enabling electronic transactions and bill payments; ~~providing online non-downloadable software for machine-learning based language and speech processing software~~; none of the foregoing for use in the field of electronic health records

Class 042 for Architecture consultancy services; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; computer design services; Engineering design services; Technical research in the field of artificial intelligence; new product design; graphic design; packaging design; jewelry design; computer hardware design; furniture design; website design consultancy; automotive design; fashion design consulting services; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; consulting services in the field of cloud computing; rental of computer hardware, software, and peripherals; Providing temporary use of online, non-downloadable enterprise software for providing a user interface for interacting with artificial intelligence models; computer security and data security consultancy; data encryption services; maintenance, repair and updating of computer software and applications; technical support services, namely, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; Cartography and mapping services featuring geophysical maps; Scientific and technological services, namely, scientific research, analysis, testing in the field of artificial intelligence; industrial design services; quality control for others; surveying; chemical research; Medical and scientific research, namely, conducting clinical trials for others; meteorological information; Providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; providing online nondownloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software; none of the foregoing in the field of supply chain logistics ; none of the foregoing for use in the field of product manufacturing, manufacturing facilities, industrial plants or supply chains ; none of the foregoing for enabling electronic transactions and bill payments ; none of the foregoing for use in the field of electronic health records

**Filing Basis: Section 1(b), Intent to Use:** ***For a trademark or service mark application:*** The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:** ***For a trademark or service mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Applicant proposes to amend the following:**

**Current:**
Class 044 for Medical services; Healthcare services; Veterinary services; Hygienic and beauty care for human beings or animals
**Filing Basis: Section 1(b), Intent to Use:** ***For a trademark or service mark application:*** The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control

over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** ***For a trademark or service mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Proposed:**

**Tracked Text Description:** ~~Medical services~~; Veterinary services; ~~Healthcare services~~; Hygienic and beauty care for human beings or animals

Class 044 for Veterinary services; Hygienic and beauty care for human beings or animals
**Filing Basis: Section 1(b), Intent to Use:** ***For a trademark or service mark application:*** The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:** ***For a trademark or service mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Applicant proposes to amend the following:**

**Current:**
Class 045 for Legal services; Security services for the physical protection of tangible property and individuals; Personal and social services rendered by others to meet the needs of individuals; Dating services, online social networking services
**Filing Basis: Section 1(b), Intent to Use:** ***For a trademark or service mark application:*** The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification

program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Proposed:**

**Tracked Text Description:** Legal services; ~~Security services for the physical protection of tangible property and individuals~~; <u>Surveillance services relating to the security of tangible property</u>; ~~Personal and social services rendered by others to meet the needs of individuals~~; <u>Online social networking services provided via downloadable mobile applications and a website</u>; ~~Dating services, online social networking services~~; <u>Dating services; online social networking services</u>

Class 045 for Legal services; Surveillance services relating to the security of tangible property; Online social networking services provided via downloadable mobile applications and a website; Dating services; online social networking services

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Correspondence Information**
J. Scott Gerien
PRIMARY EMAIL FOR CORRESPONDENCE: tmdept@dpf-law.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is AAA075-001.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic

IYO_0000551

Application System (TEAS).

**SIGNATURE(S)**
**Response Signature**
Signature: /J. Scott Gerien/    Date: 10/07/2024
Signatory's Name: J. Scott Gerien
Signatory's Position: Attorney of record, California bar member

Signatory's Phone Number: 7072527122 Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:    J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY

  1500 FIRST STREET, STE 200
  NAPA, California 94559
Mailing Address:    J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY
  1500 FIRST STREET, STE 200
  NAPA, California 94559

Serial Number: 98276003
Internet Transmission Date: Mon Oct 07 23:21:56 ET 2024
TEAS Stamp: USPTO/ROA-XXXX:XXXX:XXXX:XXXX::XXX:XX-20
241007232156598241-98276003-850c9ae8dd0b
075f36bc9d4dc4eda95ed024cdec28d36fab4f7e
996e271574f1-N/A-N/A-2024100722555217171
3

IYO_0000552

# Extension of Time for Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| **SERIAL NUMBER** | 98276003 |
| **STATEMENT** | Applicant requests a three-month extension of time to file the response under 37 C.F.R. §2.62(a)(2), which will extend the response deadline to six months from the issue date of the Office action. Only one extension can be requested per Office action. |
| **OFFICE ACTION ISSUE DATE** | 07/02/2024 |
| **MARK SECTION** | |
| MARK FILE NAME | mark |
| LITERAL ELEMENT | IO |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| **OWNER SECTION** | |
| NAME | Weynorth Limited |
| MAILING ADDRESS | 62 The Street |
| CITY | Ashtead, Surrey |
| ZIP/POSTAL CODE | KT211AT |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United Kingdom |
| EMAIL | XXXX |
| **CORRESPONDENCE INFORMATION (current)** | |
| NAME | J. Scott Gerien |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | tmdept@dpf-law.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| NAME | J. Scott Gerien |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | tmdept@dpf-law.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| DOCKET/REFERENCE NUMBER | AAA075-001 |
| **PAYMENT SECTION** | |
| EXTENSION REQUEST, PER OFFICE ACTION | $125 |
| TOTAL FEES DUE | $125 |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /J. Scott Gerien/ |

IYO_0000553

| | |
|---|---|
| **SIGNATORY'S NAME** | J. Scott Gerien |
| **SIGNATORY'S POSITION** | Attorney of record, California bar member |
| **SIGNATORY'S PHONE NUMBER** | 7072527122 |
| **DATE SIGNED** | 10/02/2024 |
| **SIGNATURE METHOD** | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Wed Oct 02 15:23:13 ET 2024 |
| **TEAS STAMP** | USPTO/ELR-XXX.X.XX.XX-202 41002152313540047-9827600 3-85096d68c51ec54e61326e3 1d76c11b2edc3f7f64fcfaa20 7d98403e485f4811d-DA-2313 6125-20241002152122786954 |

## Extension of Time for Response to Office Action

## To the Commissioner for Trademarks:

The following extension request is submitted for application Serial Number: 98276003 IO(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/98276003/large)

**STATEMENT**

Applicant requests a three-month extension of time to file the response under 37 C.F.R. §2.62(a)(2), which will extend the response deadline to six months from the issue date of the Office action. Only one extension can be requested per Office action.

Office action issue date: 07/02/2024

**OWNER/HOLDER INFORMATION**
**The owner/holder proposes to amend the following:**
Weynorth Limited a(n) having an address of

    62 The Street
    Ashtead, Surrey, KT211AT
    United Kingdom    Email Address: XXXX

**Correspondence Information (current)**
    J. Scott Gerien
    PRIMARY EMAIL FOR CORRESPONDENCE: tmdept@dpf-law.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Correspondence Information (proposed)**
    J. Scott Gerien
    PRIMARY EMAIL FOR CORRESPONDENCE: tmdept@dpf-law.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is AAA075-001.

IYO_0000554

**FEE(S)**
Fee(s) in the amount of $125 is being submitted.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**

Signature: /J. Scott Gerien/      Date: 10/02/2024
Signatory's Name: J. Scott Gerien
Signatory's Position: Attorney of record, California bar member
Signatory's Phone Number: 7072527122

Signature method: Signed directly within the form

Mailing Address:    J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY

  1500 FIRST STREET, STE 200
  NAPA, California 94559
Mailing Address:    J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY
  1500 FIRST STREET, STE 200
  NAPA, California 94559

PAYMENT: 98276003
PAYMENT DATE: 10/02/2024

Serial Number: 98276003
Internet Transmission Date: Wed Oct 02 15:23:13 ET 2024
TEAS Stamp: USPTO/ELR-XXX.X.XX.XX-202410021523135400
47-98276003-85096d68c51ec54e61326e31d76c
11b2edc3f7f64fcfaa207d98403e485f4811d-DA
-23136125-20241002152122786954

IYO_0000555

# Request to Divide Application

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 98276003 |
| MARK SECTION | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/98276003/large |
| LITERAL ELEMENT | IO |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| FORM TEXT | |
| Applicant requests to divide the following classes from the original (parent) application into a new (child) application: 10, 14, 15, 16, 28 and 45 | |
| EVIDENCE FILE NAME(S) | No evidence attached |
| OWNER SECTION | |
| NAME | Weynorth Limited |
| MAILING ADDRESS | 62 The Street |
| CITY | Ashtead, Surrey |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United Kingdom |
| ZIP/POSTAL CODE | KT211AT |
| EMAIL | XXXX |
| CORRESPONDENCE INFORMATION | |
| NAME | J. Scott Gerien |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | tmdept@dpf-law.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NONE |
| DOCKET/REFERENCE NUMBER | AAA075-001 |
| NAME | J. Scott Gerien |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | tmdept@dpf-law.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| DOCKET/REFERENCE NUMBER | AAA075-001 |
| PAYMENT SECTION | |
| NUMBER OF New Applications | 1 |
| DIVISIONAL REQUEST FEE, PER NEW APPLICATION (FILE WRAPPER) CREATED FEE | 100 |

IYO_0000556

| TOTAL FEES DUE | 100 |

## SIGNATURE SECTION

| SUBMISSION SIGNATURE | /J. Scott Gerien/ |
| SIGNATORY'S NAME | J. Scott Gerien |
| SIGNATORY'S POSITION | Attorney of record, California bar member |
| SIGNATORY'S PHONE NUMBER | 7072527122 |
| DATE SIGNED | 09/06/2024 |
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Signed directly within the form |

## FILING INFORMATION SECTION

| SUBMIT DATE | Fri Sep 06 18:06:32 EDT 2024 |
| TEAS STAMP | USPTO/RTD-XX.XXX.X.XX-202 40906180632685911-9827600 3-20240906180358192244-DA -06327613-202409061803581 92244 |

## Request to Divide Application

## To the Commissioner for Trademarks:

The following is submitted for application serial number: **98276003**

**FORM TEXT:**

Applicant requests to divide the following classes from the original (parent) application into a new (child) application: 10, 14, 15, 16, 28 and 45

**The owner proposes to amend the following:**
Weynorth Limited, having an address of
    62 The Street
    Ashtead, Surrey, KT211AT
    United Kingdom
    Email Address: XXXX

**Correspondence Information**
    J. Scott Gerien
    PRIMARY EMAIL FOR CORRESPONDENCE: tmdept@dpf-law.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is AAA075-001.

IYO_0000557

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**FEE(S)**
Fee(s) in the amount of $100 is being submitted.

**SIGNATURE(S)**
**Submission Signature**
Signature: /J. Scott Gerien/     Date: 09/06/2024
Signatory's Name: J. Scott Gerien
Signatory's Position: Attorney of record, California bar member
Signatory's Phone Number: 7072527122
Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:    J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY

  1500 FIRST STREET, STE 200
  NAPA, California 94559
Mailing Address:    J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY

  1500 FIRST STREET, STE 200
  NAPA, California 94559

PAYMENT: 06327613
PAYMENT DATE: 09/06/2024

Serial Number: 98276003
Internet Transmission Date: Fri Sep 06 18:06:32 EDT 2024
TEAS Stamp: USPTO/RTD-XX.XXX.X.XX-202409061806326859
11-98276003-20240906180358192244-DA-0632
7613-20240906180358192244

IYO_0000558

| | |
|---|---|
| **To:** | J. Scott Gerien(tmdept@dpf-law.com) |
| **Subject:** | U.S. Trademark Application Serial No. 98276003 - IO - - AAA075-001 |
| **Sent:** | July 02, 2024 09:27:45 AM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

3406787
4240703
6229280
6263845
97016525
5120102
5100213
2924027
3753724
3036131
7376722
4712686
79374936
5385042
5934613
5830511
4611696
79375311
7032982

# United States Patent and Trademark Office (USPTO)
### Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application Serial No.** 98276003

**Mark:** IO

**Correspondence Address:**
J. SCOTT GERIEN
DICKENSON, PEATMAN & FOGARTY
1500 FIRST STREET, STE 200
NAPA CA 94559
UNITED STATES

**Applicant:** Weynorth Limited

**Reference/Docket No.** AAA075-001

**Correspondence Email Address:** tmdept@dpf-law.com

IYO_0000559

# NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** July 2, 2024

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

Summary of Issues that Applicant Must Address

- Refusal under Section 2(d) – Likelihood of Confusion
- Prior Pending Applications
- Identification of Goods
- Identification of Services

Refusal under Section 2(d) – Likelihood of Confusion

Registration of the applied-for mark is refused because of a likelihood of confusion with the marks in U.S. Registration Nos. 3406787, 4240703, 6229280, 6263845, 5120102, 5100213, 2924027, 3753724, 3036131, 7376722, 4712686, 5385042, 5934613, 5830511, 4611696, and 7032982. Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.* See the attached registrations.

Trademark Act Section 2(d) bars registration of an applied-for mark that is so similar to a registered mark that it is likely consumers would be confused, mistaken, or deceived as to the commercial source of the goods and/or services of the parties. *See* 15 U.S.C. §1052(d). Likelihood of confusion is determined on a case-by-case basis by applying the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973) (called the "*du Pont* factors"). *In re i.am.symbolic, llc*, 866 F.3d 1315, 1322, 123 USPQ2d 1744, 1747 (Fed. Cir. 2017). Any evidence of record related to those factors need be considered; however, "not all of the *DuPont* factors are relevant or of similar weight in every case." *In re Guild Mortg. Co.*, 912 F.3d 1376, 1379, 129 USPQ2d 1160, 1162 (Fed. Cir. 2019) (quoting *In re Dixie Rests., Inc.*, 105 F.3d 1405, 1406, 41 USPQ2d 1531, 1533 (Fed. Cir. 1997)).

Although not all *du Pont* factors may be relevant, there are generally two key considerations in any likelihood of confusion analysis: (1) the similarities between the compared marks and (2) the relatedness of the compared goods and/or services. *See In re i.am.symbolic, llc*, 866 F.3d at 1322, 123 USPQ2d at 1747 (quoting *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002)); *Federated Foods, Inc. v. Fort Howard Paper Co.*, 544 F.2d

IYO_0000560

1098, 1103, 192 USPQ 24, 29 (C.C.P.A. 1976) ("The fundamental inquiry mandated by [Section] 2(d) goes to the cumulative effect of differences in the essential characteristics of the goods [or services] and differences in the marks."); TMEP §1207.01.

Applicant seeks to register the proposed mark IO. The cited registrations are for the marks IO, IOCONSULTANTS and IO-CONSULTANTS. 16 of the cited registrants share the indentical mark and the remaining two registrants share the term IO, and they create confusingly similar commercial impressions.

The compared goods and/or services need not be identical or even competitive to find a likelihood of confusion. *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000); TMEP §1207.01(a)(i). They need only be "related in some manner and/or if the circumstances surrounding their marketing are such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source." *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i); *see Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *44 (TTAB 2022) (quoting *In re Jump Designs LLC*, 80 USPQ2d 1370, 1374 (TTAB 2006)).

**Applicant seeks to register its mark, in part, for:**

International Class 009: Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content; network communication apparatus; downloadable data, images, audio / video files; downloadable digital files authenticated by non-fungible tokens (NFTs); downloadable digital media, namely, digital assets, digital collectibles, digital art, digital tokens and non-fungible tokens (NFTs); downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and non-fungible tokens (nfts); downloadable software for enabling a user to view, market, purchase, sell or exchange non-fungible tokens (NFTs) or digital goods; downloadable software for creating non-fungible tokens (NFTs); handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; connected bracelets; electronic book readers; computer software; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; application development software; computer game software; downloadable pre-recorded audio, video and multimedia content; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; biometric identification and authentication apparatus; accelerometers; altimeters; distance measuring apparatus; distance recording apparatus; pedometers; pressure measuring apparatus; pressure indicators; monitors, display screens,

IYO_0000561

head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; virtual and augmented reality displays, goggles, controllers, and headsets; 3D spectacles; eyeglasses; sunglasses; spectacle lenses; optical glass; optical goods; optical apparatus and instruments; cameras; flashes for cameras; keyboards, mice, mouse pads, printers, disk drives, and hard drives; sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; motor vehicle audio apparatus; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; set top boxes; radios; radio transmitters and receivers; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; global positioning systems (GPS devices); navigational instruments; navigation apparatus for vehicles; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; wearable devices for controlling computers, mobile telephones, mobile electronic devices, smart watches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; data storage apparatus; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive touchscreens; interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders; protective films adapted for computer screens, mobile telephone screens, and smartwatch screens; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, straps and lanyards for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; selfie sticks; electronic agendas; dictating machines; electronic tags for goods; facsimile machines; weighing apparatus and instruments; measures; electronic notice boards; measuring apparatus; wafers; integrated circuits; amplifiers; fluorescent screens; remote controls; lights conducting filaments; electric installations for the remote control of industrial operations; life-saving apparatus and equipment; whistle alarms; animated cartoons; decorative magnets; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the Internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; accessories for smart audio speakers; computer game programs; robots; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use; picture making machines; Downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation,

understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; Software applications; Downloadable software applications

International Class 012: Vehicles; apparatus for locomotion by land, air or water; aircraft; automobiles; bicycles; cars; drones; camera drones; civilian drones; electrically powered vehicles; motorcycles; trucks; unmanned vehicles; unmanned aerial vehicles (UAVs); electric vehicles; vans; delivery vans; remote control vehicles, other than toys

International Class 018: Leather and imitations of leather; animal skins, hides; trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery; attaché cases; bags; bags for campers; bags for sports; beach bags; boxes of leather or leatherboard; card cases; cases of leather or leatherboard; furniture coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; shopping bags; shoulder belts of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; travelling sets; briefcases; belts; leather belts; animal collars and leashes; keys cases; leather laces; music cases; purses; satchels; wallets; fur and garments and articles made from fur; valises; vanity cases, not fitted; wheeled shopping bags; parts and fittings for all the aforesaid goods

International Class 025: Clothing, footwear and headgear

International Class 035: Advertising; business management; business administration; office functions; advertising management; advertising services, namely, promoting the goods and services of others; demonstration of goods; development dissemination of advertising matter; dissemination of advertising for others via an online electronic communications network; modelling for advertising or sales promotion; rental of advertising space; online advertising on computer networks; online advertising on the Internet and other global computer network systems; organisation of exhibitions for commercial or advertising purposes; organisation of trade fairs for commercial or advertising purposes; outdoor advertising; market analysis; marketing research; market research and information services; opinion polling; public relations; public relations services; publication of publicity texts; publicity agencies; transcription; publicity texts (writing of -); personnel recruitment consultancy; accounting; assistance with purchasing goods and services, for others; audit services; bookkeeping; business assistance for artists and performers; business appraisals; business information services; business investigations; business management consultancy; commercial information agency services; commercial management assistance; copying of documents; cost analysis; document reproduction; drawing up of statements of account; economic forecasting; efficiency expert services; industrial management assistance; photocopying; preparation of tax returns; professional business consultancy services; providing an on-line commercial information directory; secretarial services; shorthand; transcription; typing; word processing; compilation and systemisation of data into computer databases; compilation of business information into a searchable databases available via a global computer network; compilation of computer databases for transmitting, displaying and storing transaction, identification and financial information; compiling of information into computer databases; compiling statistics; computerised data management; computerised database management services; computerised processing of on-line purchase orders; database management services; providing an on-line commercial information directory; provision of business information via a searchable database and via a global computer network; searching for data in computer databases, for others; searching for data in computer files, for

IYO_0000563

others; sorting and editing of information in computer databases; online retail of music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services and/or on-line retail store services in relation to consumer goods, electronic goods, and household goods; customer loyalty program services featuring rewards in the form of discounted shipping services; database services to enable others to conveniently view and select services from a website; dissemination of advertising for others via the internet; the collection of a selection of service providers to enable others to conveniently view and select these services from a website; auction services; auctioning; auctioneering services; business intermediary services for the sale and purchase of goods and services; comparison services (price -); computerized on-line ordering of services for general merchandise and general consumer goods; import and export agencies; information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them; information, advisory and consultancy services relating to all the aforesaid

International Class 036: Financial, monetary and banking services

International Class 037: Repair; Maintenance, installation services; information, advisory and consultancy services relating to all the aforesaid

International Class 038: Telecommunications; communication and telecommunication services; telecommunication access services; communications by computer; communications by tablet computer; communication between computers; electronic sending of data and documentation via the Internet or other databases; supply of data and news by electronic transmission; providing access to websites and electronic news services online allowing the download of information and data; providing access to web sites on the Internet; serving and transmitting audio, video, multimedia, and advertising content to computers, mobile telephones, media players, and other mobile digital devices; delivery of digital music by telecommunications; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; providing wireless telecommunications via electronic communications networks; wireless digital messaging, paging services, and electronic mail services, including services that enable a user to send and/or receive messages through a wireless data network; one-way and two-way paging services; communication by computer, computer intercommunication; telex, telegram and telephone services; broadcasting or transmission of radio and television programmes; time sharing services for communication apparatus; provision of telecommunications access and links to computer databases and the Internet; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services (transmission); delivery of messages by electronic transmission; provision of connectivity services and access to electronic communications networks, for transmission or reception of audio, video or multimedia content; provision of telecommunications connections to electronic communication networks, for transmission or reception of audio, video or multimedia content; providing access to digital music web sites on the Internet; providing access to MP3 web sites on the Internet; delivery of digital music by telecommunications; provision of telecommunications connections to the Internet or computer databases; providing user access to the Internet (service providers); electronic mail services; telecommunication of information (including web pages), computer programs and any other data; video broadcasting, broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; streaming of video content via a global computer network; subscription audio broadcasting via a global computer network; audio broadcasting; audio

IYO_0000564

broadcasting of spoken word, music, concerts, and radio programmes; streaming of audio content via a global computer network; electronic transmission of audio and video files via communications networks; communication services, namely, matching users for the transfer of music, video and audio recordings via communication networks; electronic bulletin board services; providing computer bulletin board in the fields of music, video, film, books, television, games and sports; providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic news services; electronic communications consultancy; facsimile, message collection and transmission services; transmission of data and of information by electronic means, computer, cable, radio, teleprinter, teleletter, electronic mail, telecopier, television, microwave, laser beam, communications satellite or electronic communication means; transmission of data by audio-visual apparatus controlled by data processing apparatus or computers; provision of access time to web-sites featuring multimedia materials; providing access to databases and directories via communications networks for obtaining data in the fields of music, video, film, books, television, games and sports; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; organizing and conducting video conferences; provision of access time to web-sites featuring multimedia materials; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; providing computer data bases in the nature of a bulletin board in the fields of music, video, film, books, television, games and sports; providing an online searchable database of text, data, image, audio, video and multimedia content in the fields of telecommunications, mobile phones; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; information, advisory and consultancy services relating to all the aforesaid

International Class 039: Transport; Packaging and storage of goods; Travel arrangement

International Class 041: Education; providing of training; entertainment; sporting and cultural activities; providing online music not downloadable; providing on-line audio content, not downloadable, including music, ongoing radio programs, audio books, podcasts and webcasts; entertainment, namely, providing audio and multimedia content, games, software applications; providing information, news and commentary in the fields of entertainment, popular culture, recreation and leisure activities, sports and sporting events, educational services, concerts, cultural events, and live theatrical productions; providing information relating to the organizing of educational, cultural sporting, and entertainment exhibitions, and community, sporting and cultural activities, contests and games; providing non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, concerts, cultural events, and live theatrical productions; providing information in the field of educational and entertainment activities and events for children; providing classes, workshops, and instruction using voice enabled software applications; lending libraries; providing on-line electronic publications, not downloadable; distribution of video tapes; providing on-line virtual reality game services on a computer network; conducting fitness classes; toy rental; games equipment rental; animal training; modelling artists; operating lotteries; computer-based educational, teaching, and training services; providing online computer games; electronic publishing services; providing electronic books, magazines, newspapers, journals, periodicals, and other publications; providing online text, video, audio, and multimedia programs;

IYO_0000565

ticket reservation and booking services for entertainment, sporting and cultural events; providing information, advice, news, reviews, and commentary in the fields of entertainment, sporting and cultural events; arranging and conducting of commercial, trade and business conferences; booking of seats for shows; education information; entertainment information; information (recreation -); rental of audio equipment; training services provided via simulators; information, advisory and consultancy services relating to all the aforesaid

International Class 042: Architecture; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; design services; Engineering design services; Technical research; product design; graphic design; packaging design; jewelry design; hardware design; furniture design; design consultancy; house design; construction design; automotive design; fashion design; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; cloud computing services; rental of computer hardware, software, and peripherals; providing online non-downloadable software; consultation services for developing computer systems, databases and applications; computer security and data security consultancy; data encryption services; providing computer hardware or software information online; maintenance, repair and updating of computer software and applications; technical support services, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; creating indexes of online information, sites and other resources available on the Internet and other electronic communications networks; cartography and mapping services; providing an Internet portal allowing users to preview and download electronic books, publications, and other documents; scientific and technological services; industrial design services; industrial analysis and research services; information, advisory and consultancy services relating to all the aforesaid; quality control; surveying; chemical research; clinical trial; meteorological information; Providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; providing online non-downloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software

International Class 044: Medical services; Healthcare services; Veterinary services; Hygienic and beauty care for human beings or animals

**Registrants' goods and services are:**

CLASS 9:

Computer software and programs for business operations and general office functions, namely, document authoring, storage, and retrieval, financial integration, freight logistics and business networking, project tracking and management software; computer software for managing business and financial information; computer software for collecting, processing, organizing, modifying, marking,

IYO_0000566

transferring, saving and sharing data and information; computer software for managing client contacts; computer software for monitoring and controlling manufacturing processes; application development software, namely, software for developing computer systems and applications; supply chain software for managing inventories, sales and orders; downloadable cloud computer software for business operations and general office functions, namely, documents authoring, storage, and retrieval, and business networking computer software for evaluating and managing business risks; all the aforesaid goods not in the field of domestic automation and control including solutions for energy management and comfort and safety of residential buildings

Downloadable software for enabling electronic transactions and bill payments; downloadable software for enabling processing of electronic funds transfers and payments, namely, receipt, processing and payment of invoices and funds via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer, VCN (virtual card number) and electronic, mobile and online payments

Downloadable software for enabling electronic transactions and bill payments; downloadable software for enabling processing of electronic funds transfers and payments, namely, receipt, processing and payment of invoices and funds via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer, VCN (virtual card number) and electronic, mobile and online payments

Computer hardware, namely, external video and audio interface devices containing printed circuit boards for use by video professionals with a desktop or laptop computer to capture, edit and produce video, television or film

computer software for improving the effectiveness of a sales force by creating a custom selling process, defining sales strategy, providing access to sales tools, and generating management reports for planning and forecasting

Computer software development in the field of automated content generation and natural language processing services from structured and unstructured data; software as a service (SAAS) featuring computer software for providing automated content generation and natural language processing services from structured and unstructured data

HMI (Human Machine Interface) computer software to monitor, track, report and manipulate values from an automated process or machine

Apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity, namely, electric connectors, electric accumulators; mechanisms for coin-operated apparatus; cash registers, calculating machines; software for the management and control of electrical or lighting installations and products, surveillance devices, and the recharging of electrical vehicles and software for the automation of homes and buildings, namely, automation of lighting, temperature, access, sound and voice control in homes and buildings; fire extinguishers; loudspeakers; amplifiers; radio receivers; heat regulating apparatus, namely, thermostats for the control of temperature conditioning, air and heat, for use in houses and buildings; radios; apparatus and instruments for accumulating and storage of electricity, namely, electric accumulators, batteries; apparatus and instruments for controlling electric current, namely, electric controllers, current transformers, electric switches, electric connectors; electric control apparatus, namely, electric controllers, electric switches; apparatus, instruments and cables for conducting electricity, namely, electrical cables, insulated copper wire; luminous beacons; terminals electricity, namely, electrical terminal boxes, electrical terminal blocks; cabinets for loudspeakers; electric switch boxes; battery

IYO_0000567

chargers for use in telephones; battery chargers; electric and electronic components, namely, electric controllers, electric switches; electricity connectors; coaxial connectors, namely, coaxial plugs, coaxial cables; cable connectors; audio cable connectors; electric plugs, namely, jack plugs; optical fiber connectors; smoke detectors; intruder detection devices other than for vehicles, namely, alarm monitoring systems, alarm sensors; indicators and controllers, namely, electric indicator broads, electronic indicator boards; electric switches; differential switches; electric switches, namely, electric switches for the management and control of electrical or lighting installations; limiters for electricity; fuse holders, namely, panel-mounted fuse holders for use with electronic glass and ceramic fuses; timers; radio-alarm clocks and radio-clocks, namely, radios incorporating clocks; electrical terminators, namely, terminal strips; regulators electric, namely, voltage regulators, electric switches; electric light dimmers for the management and control of electrical or lighting installations; electronic controllers; sensors and detectors, namely, aircraft airspeed sensors, alarm sensors; covers for electric outlets, namely, covers for electric terminals boxes, electrical terminal blocks, socket-outlets; electric terminals, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets; electric sockets, namely, antenna jacks; sockets, plugs and other contacts being electric connections, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets; transformers for electricity; solenoid valves; electric buzzers

CLASS 12:

Motor scooters; mobility scooters; self-propelled electric vehicles

CLASS 25:

Baseball caps; Belts; Boots; Coats; Denim jackets; Denim jeans; Denim pants; Gloves; Hats; Hoodies; Jackets; Jeans; Jogging pants; Pajamas; Pants; Polo shirts; Sandals; Scarves; Shirts; Shoes; Shorts; Sneakers; Socks; Sports shirts; Sweat pants; Sweat shirts; Sweaters; Tee-shirts; Tops as clothing; Trousers; Undergarments; Women's clothing, namely, shirts, dresses, skirts, blouses; Cargo pants; Hooded sweat shirts; Snow pants

CLASS 35:

Business management and organization consultancy, business strategy advice on outsourcing, production sites and production structures; general professional business consultancy, business project management; business development services, namely, development of marketing concepts relating to product distribution, operations management, logistics supply chain, production systems and distribution solutions; corporate communications consultancy in the nature of consultancy regarding public relations communication strategies; personnel management consultancy; business efficiency expert services; cost-price analysis; preparation of economic forecasts; marketing; market research; public opinion polling; public relations; business planning of production processes; systemisation of data and information in computer databases; conducting; arranging and organising trade shows and trade fairs for commercial and advertising purposes; business consultancy; business strategy advice on procurement, production, distribution and redistribution logistics and development of logistics concepts for others

Business management and organization consultancy; professional business consultancy in the field of outsourcing, production sites and production structures; professional business consultancy; commercial management of projects for others in the fields of business efficiency of product manufacturing and supply chains; logistics management in the fields of IT systems, material and equipment acquisition,

IYO_0000568

product production and manufacturing and supply chains; management consulting in the field of corporate communications; personnel management consulting; business efficiency experts; cost-price analysis; preparation of economic forecasts; marketing, marketing studies; public opinion polling; public relations

Computerized accounting services; accounting services, namely, management accounting, preparation of statements of accounts and providing information relating to management accounting via an on-line computer website; invoicing services

Business management and organization consultancy; professional business consultancy in the field of outsourcing, production sites and production structures; professional business consultancy; commercial management of projects; organizational development of logistic projects for others; consulting management of corporate communication business; personnel management consulting; business efficiency experts; cost-price analysis; preparation of economic forecasts; marketing services; marketing studies; public opinion polling; public relations

dissemination of advertising for others via television and the Internet

CLASS 36:

Financial transaction services and bill payment services provided through a website; electronic payment services involving electronic receipt, processing and subsequent transmission of bill payment data; issuing of cheques, loan financing, providing of temporary loans, namely, providing loans to businesses to pay vendors and suppliers and providing business loans, not intended to fund real estate transactions; ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) transaction processing services; bill payment services

CLASS 38:

Electronic, electric and digital transmission of voice, data, images, signals, and messages via television and communication networks; [ electronic mail services; ] video-on-demand transmission services; and cable television broadcasting services

CLASS 39:

Supply chain logistics and reverse logistics services consisting of storage, transportation and distribution in the nature of delivery of goods for others

strategic consultancy for supply chain logistic services relating to product delivery, transportation and warehousing

Strategic consultancy for logistics services in the field of acquisition, production, distribution and redistribution, namely, storage, transportation, and delivery of goods; organizational development of logistic projects for others, namely, storage, transportation, and delivery of goods

CLASS 41:

Training and further training in the fields of logistics, efficiency and investment return optimization and project management for IT systems, product manufacturing equipment and processes and supply

chains; arranging and conducting of training courses, seminars, colloquiums, symposiums and congresses in the fields of logistic, efficiency and investment-return optimization and project management for IT system, product manufacturing equipment and processes and supply chains; publication of texts, other than publicity texts; educational services, namely, planning and conducting of conferences, seminars and training sessions in the fields of computer software for business operations and general office functions, the creation, development, use and application of computer software and electronic data processing and in the field of cloud computing

Training and further training in the fields of logistics, efficiency and investment-return optimization and project management for IT systems, product manufacturing equipment and processes and supply chains; organization and conducting of training sessions, seminars, colloquiua, symposia and congresses in the fields of logistics, efficiency and investment-return optimization and project management for IT systems, product manufacturing equipment and processes and supply chains; publication of texts, except advertising texts

Training, and organization and conducting of training sessions, seminars, colloquiums, symposiums and congresses in the fields of logistics, efficiency and investment-return optimization and project management for IT systems, product manufacturing equipment and processes and supply chains

Entertainment services in the nature of live performances by a comic actor and a group of comic actors

CLASS 42:

Engineering consultancy, conducting technical project studies in the field of supply chain logistics for IT systems, engineering project management services; technical project planning; technical planning and design of establishments and production facilities of all kinds, in particular industrial laundries, warehouse, restaurants, staff restaurants, industrial kitchens; technical consultancy, planning and implementation services in the field of engineering; technical monitoring of production processes in the field of supply, output and technical control in restaurants, industrial kitchens, industrial laundries and warehouses; industrial analysis and research services, namely, developing simulations using dynamic models influence processes in industrial undertakings; surveying; technical technology strategy advice on IT structures; all the aforesaid services not in the field of domestic automation and control including solutions for energy management and the comfort and safety of residential buildings

Technical planning and consulting in the field of engineering, design, and layout of product manufacturing facilities; technical project studies; technical project management in the fields of IT systems, product manufacturing and supply chains; technical plant engineering, planning, layout design and process design of companies' IT systems and supply chains and production plants of all kind, in particular for industrial laundries, warehouses, warehouse administration, restaurants, canteens, and large-scale catering establishments; engineering services and consultancy; engineering consulting services, namely, production planning and scheduling; development of software simulations using dynamic models for the manipulation of processes in industrial plants; technical surveys; strategic consultancy for IT-structures, namely, IT consulting services; none of the foregoing services covering the field of home or residential building-automation and control including solutions for energy management, comfort and security of residential buildings

Providing temporary use of online, non-downloadable software for enabling the electronic transfer of money between users; providing temporary use of online, non-downloadable software for enabling processing of electronic funds transfers via ACH (automated clearing house), credit card, debit card,

electronic check, wire transfer and VCN (virtual card number) and bill payments; application service provider (ASP) featuring software for use in bill payment, invoice generation and transmission, money movement, financial management, cash flow monitoring, managing and tracking accounting data, storing documents and viewing documents; software as a service (SAAS) featuring secure computer software platforms for electronic payment, payment tracking, payment reporting, payment scheduling, and early payment discounts; hosting an on-line computer website that provides accounting services, namely, accounts management, reports and information regarding accounts management; hosting web portals to enable electronic financial transaction and bill payment processing services

Platform as a service featuring computer software platforms for use in creating Electronic Health Record-integrated applications as well as platforms to support these applications in the field of healthcare

Technical planning in the nature of design and layout of product manufacturing facilities and production plants of all kind, in particular for industrial laundries, warehouses, warehouse administration buildings, restaurants, canteens, and large-scale catering buildings; consulting in the field of engineering; conducting technical project feasibility studies in the fields of IT systems, product manufacturing and supply chains; technical computer project management in the fields of IT systems, product manufacturing and supply chains; technical plant engineering; planning in the nature of and design of production plants of all kind, in particular for industrial laundries, warehouses, warehouse administration buildings, restaurants, canteens, and large-scale catering buildings; consultancy and services of engineers; development of simulations using dynamic models for the manipulation of processes in industrial plants; conducting technical engineering surveys; strategic consultancy for IT-structures

CLASS 44:

Healthcare services, namely, hospital and physician services

These goods and services are closely related because the applicant descriptions are overly board and may include similar computer hardware and software, vehicles, clothing and clothing accessories, business management and marketing, finance, telecommunications, transport of goods, education and entertainment, engineering and online  software, and healthcare goods and services.

Determining likelihood of confusion is based on the description of the goods and/or services stated in the application and registration at issue, not on extrinsic evidence of actual use. *See In re Detroit Athletic Co.*, 903 F.3d 1297, 1307, 128 USPQ2d 1047, 1052 (Fed. Cir. 2018) (citing *In re i.am.symbolic, llc*, 866 F.3d 1315, 1325, 123 USPQ2d 1744, 1749 (Fed. Cir. 2017)).

In this case, the application use(s) broad wording to describe various goods and services, which presumably encompasses all goods and/or services of the type described, including registrant(s)'s more narrow software, computers, vehicles, clothing, business services, finance services, health services, transport services, education and entertainment services, and healthcare services. *See, e.g., Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *44 (TTAB 2022); *In re Solid State Design Inc.*, 125 USPQ2d 1409, 1412-15 (TTAB 2018); *Sw. Mgmt., Inc. v. Ocinomled, Ltd.*, 115 USPQ2d 1007, 1025 (TTAB 2015).  Thus, applicant's and registrant's goods and services are legally identical. *See, e.g., In re i.am.symbolic, llc*, 127 USPQ2d 1627, 1629 (TTAB 2018) (citing *Tuxedo Monopoly, Inc. v. Gen. Mills Fun Grp., Inc.*, 648 F.2d 1335, 1336, 209 USPQ 986, 988 (C.C.P.A. 1981); *Inter*

IYO_0000571

*IKEA Sys. B.V. v. Akea, LLC*, 110 USPQ2d 1734, 1745 (TTAB 2014); *Baseball Am. Inc. v. Powerplay Sports Ltd.*, 71 USPQ2d 1844, 1847 n.9 (TTAB 2004)).

Additionally, the goods and/or services of the parties have no restrictions as to nature, type, channels of trade, or classes of purchasers and are "presumed to travel in the same channels of trade to the same class of purchasers." *In re Viterra Inc.*, 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012) (quoting *Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1268, 62 USPQ2d 1001, 1005 (Fed. Cir. 2002)); *Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *49. Thus, applicant's and registrant's goods and/or services are related.

The overriding concern is not only to prevent buyer confusion as to the source of the goods and/or services, but to protect the registrant from adverse commercial impact due to use of a similar mark by a newcomer. *See In re Shell Oil Co.*, 992 F.2d 1204, 1208, 26 USPQ2d 1687, 1690 (Fed. Cir. 1993). Therefore, any doubt regarding a likelihood of confusion determination is resolved in favor of the registrant. TMEP §1207.01(d)(i); *see Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1265, 62 USPQ2d 1001, 1003 (Fed. Cir. 2002); *In re Hyper Shoppes (Ohio), Inc.*, 837 F.2d 463, 464-65, 6 USPQ2d 1025, 1026 (Fed. Cir. 1988).

**The stated refusal refers to International Classes 9, 12, 18, 25, 35, 36, 37, 38, 39, 41, 42, and 44 only and does not bar registration in the other classes.**

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

If applicant responds to the refusal(s), applicant must also respond to the requirement(s) set forth below.

Prior Pending Applications

The filing dates of pending U.S. Application Serial Nos. 79375311, 97016525, 79374936, precede applicant's filing date. See attached referenced applications. If one or more of the marks in the referenced applications register, applicant's mark may be refused registration under Trademark Act Section 2(d) because of a likelihood of confusion with the registered mark(s). *See* 15 U.S.C. §1052(d); 37 C.F.R. §2.83; TMEP §§1208 *et seq.* Therefore, upon receipt of applicant's response to this Office action, action on this application may be suspended pending final disposition of the earlier-filed referenced applications.

In response to this Office action, applicant may present arguments in support of registration by addressing the issue of the potential conflict between applicant's mark and the marks in the referenced applications. Applicant's election not to submit arguments at this time in no way limits applicant's right to address this issue later if a refusal under Section 2(d) issues.

Identification of Goods

The identification of goods is indefinite and must be clarified because additional detail is required. *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01. Applicant must amend this wording to specify the common commercial or generic name of the goods. *See* TMEP §1402.01. If the goods have no common commercial or generic name, applicant must describe the product, its main purpose, and its intended uses. *See id.*

IYO_0000572

Applicant is advised to delete or modify the duplicate entry in the identification of goods and/or services in International Class 12 for "cases for clock and watchmaking." *See generally* TMEP §§1402.01, 1402.01(a). If applicant does not respond to this issue, be advised that the USPTO will remove duplicate entries from the identification prior to registration.

If modifying one of the duplicate entries, applicant may amend it to clarify or limit the goods and/or services, but not to broaden or expand the goods and/or services beyond those in the original application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Also, generally, any deleted goods and/or services may not later be reinserted. TMEP §1402.07(e).

The following substitute wording is suggested, if appropriate:  (Note that proposed changes have been placed in bold type.  Some items require applicant to include more complete information.  These have been designated with braces{  } and/or **bold** type.  The information in the braces is suggested as an example for applicant to follow and should not be merely "cut and pasted."):

- International Class 009: Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments **in the nature of cell phones**; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, **namely, {specify type of device by common commercial name, e.g., smartphones}**; network communication apparatus, **namely, network services**; downloadable data, images, audio **and** video files **containing {indicate content or subject matter}**; downloadable digital files authenticated by non-fungible tokens (NFTs), **namely, Downloadable digital music files authenticated by non-fungible tokens (NFTs)**; downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and non-fungible tokens (nfts); downloadable software for enabling a user to view, market, purchase, sell or exchange non-fungible tokens (NFTs) or digital goods; downloadable software for creating non-fungible tokens (NFTs); handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware **in the nature of smart watches**; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; **Magnetically encoded identification bracelets**; electronic book readers; **downloadable** computer software **for {specify function of the software, e.g., database management}**; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; **Downloadable** application development software **for {specify function of the software, e.g., database management}**; **Downloadable** computer game software; downloadable pre-recorded audio, video and multimedia content **containing {indicate content or subject matter}**; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices **in the nature of** smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, **namely, {specify the nature of wearable device by common**

**commercial, e.g., wireless mice}**; biometric identification and authentication apparatus; accelerometers; altimeters; **electronic** distance measuring apparatus; **electronic** distance recording apparatus; pedometers; pressure measuring apparatus; pressure indicators; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; **electronic** virtual and augmented reality displays, goggles, controllers, and headsets; 3D spectacles; eyeglasses; sunglasses; spectacle lenses; optical **glasses**; optical apparatus and instruments, **namely, telescopes**; cameras; flash **lamps** for cameras; **computer peripherals, namely,** keyboards, mice, mouse pads, **ink** printers, **blank** disk drives, and **blank** hard drives; **Electronic** sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; motor vehicle audio **amplifier** apparatus; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; set top boxes; radios; radio transmitters and receivers; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; global positioning systems (GPS devices); **Electric** navigational instruments; navigation apparatus for vehicles; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; data storage apparatus, **namely, blank magnetic disks**; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive **computer** touchscreens; **Electronic** interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders; protective films **specially** adapted for computer screens, mobile telephone screens, and smartwatch screens; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, **and straps, all specially adapted for** computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; selfie sticks; electronic agendas; dictating machines; electronic tags for goods; facsimile machines; weighing apparatus and instruments, **namely, measuring rulers**; electronic notice boards; measuring **tapes**; **silicon** wafers; integrated circuits; amplifiers; fluorescent screens; **light-conducting** filaments; electric installations for the remote control of industrial operations; life-saving apparatus and equipment, **namely, life vests**; whistle alarms; **recorded video discs containing** animated cartoons; decorative magnets; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the Internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air

IYO_0000574

conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; **Recorded** computer game programs; **Humanoid robots having communication and learning functions for assisting and entertaining people**; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use; Downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; **Downloadable** software applications **for {specify function of software, e.g., database management}**

- International Class 010: **Medical** general wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned

- International Class 012: **Land** vehicles; apparatus for locomotion by land, air or water, **namely, {specify by common commercial name, e.g., automobiles, trains, boats, airplanes}**; aircraft; automobiles; bicycles; cars; drones; camera drones; civilian drones; electrically powered **motor** vehicles; motorcycles; trucks; unmanned **land** vehicles; unmanned aerial vehicles (UAVs); electric vehicles, **namely, automobiles**; vans; delivery vans; remote control **land** vehicles, other than toys

- International Class 014: Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; ~~cases for clock and watchmaking~~; cases **adapted for holding** watches; straps for wrist watches; watch bands; **cases being parts of watches**; watch chains; **replacement** parts and fittings for all the aforesaid goods

- International Class 015: Musical instruments; **replacement** parts and fittings for all the aforesaid goods

- International Class 016: Paper **and** cardboard; printed matter and books, **namely, a series of printed books, printed articles, printed handouts and printed worksheets in the field of {indicate subject matter or field}; Bookbinding materials for creating hardcover books,**

IYO_0000575

**namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples**; **Framed** photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials, **namely, Moulds for modelling clays**; paint brushes; typewriters and office requisites, **namely, staplers**; **Printed** instructional and teaching materials **in the field of {specify subject matter}**; plastic **film** materials for packaging; printed publications in the nature of **books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the field of {specify subject matter}; Printed** greeting cards; **Printed** advertising and promotional material, **namely posters**; **Prited** catalogues **in the field of {specify subject matter}; Printed** fiction and non-fiction books on a variety of topics; **printed** comic books and graphic novels **in the field of {specify subject matter}; printed** periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, **namely, lesson books**; printed **educational materials** in the field of tablet computers; **Printed** catalogues relating to computer software; **Printed** computer brochures; **Printed** computer handbooks; **Printed** computer hardware reference manuals; **Printed** computer hardware users guides; **Printed** computer instruction manuals; **Printed** computer manuals; **Printed** publications **in the nature of magazines** relating to technology, digital technology and gadgets; **Printed** user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; **Printed** catalogues relating to musical apparatus and instruments; **Printed** catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; **Printed** music books; **Printed** music instruction manuals; **Printed** music magazines; **Printed** telephone and address books; **Printed blank** agendas; **Printed** diaries; **Printed** calendars; **Printed** posters; **Printed** mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; **Printed** booklets for sale with audio tapes **in the field of {specify subject matter}**; decalcomanias; **Paper** gift cards; **paper** gift vouchers; **paper** labels; **Printed** maps; **printed** dictionaries; personal organizers; postage stamps; **printed** postcards; bags for microwave cooking of paper; **Absorbent sheets of paper or plastic for foodstuff packaging**; tissues of paper; towels of paper; **printed** vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; **Printed** computer hardware users guide; **Printed** computer manuals

- International Class 018: Leather and imitations of leather; animal skins **and** hides; **travel** trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery **for animals**; attaché cases; bags; bags for campers; bags for sports; beach bags; boxes of leather or leatherboard; **business** card cases; cases of leather or leatherboard; furniture coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; **mesh** shopping bags; shoulder belts of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; **Leather travelling bag sets**; briefcases; **saddle** belts; animal collars and leashes; **cases for** keys; music cases; ~~purses~~; satchels; wallets; **furs**; valises; vanity cases, not fitted; wheeled shopping bags

IYO_0000576

- International Class 025: Clothing, **namely, {specify clothing by common commercial name. e.g., shirts, pants, socks}**, footwear and **headwear**; **leather belts for clothing**;

- International Class 028: Games and playthings, **namely, {specify by common commercial name, e.g., boardgames}**; **Arcade-type electronic video games**; gymnastic and sporting articles **namely, {specify by common commercial name};** decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; **Coin-operated video games**; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; **video** game consoles; protective films adapted for screens for portable games; controllers for game consoles; **toy** rocking horses; **electronic arcade** pinball machines; **toy** pinball game machines; musical **toys**; toy **radios**; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated **action** toys; electronic **action** toys; electronically operated **action** toys; toy computers, **non-operational**; toy mobile telephones **non-operational**; dolls; toy and novelty face masks; snow **globes**; **toy** action figures and accessories to the action figures; dolls' clothing and **toy doll** accessories not included in other classes, all for use with dolls; **Low-friction game tables for playing hockey games** toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; **toy** drones; **Controllers for toy {specify toys, e.g., cars, planes, etc.}** board games; card games; playing cards; portable games with liquid crystal displays

Applicant may amend the identification to clarify or limit the goods and/or services, but not to broaden or expand the goods and/or services beyond those in the original application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Generally, any deleted goods and/or services may not later be reinserted. *See* TMEP §1402.07(e).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable U.S. *Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

The USPTO has the discretion to determine the degree of particularity needed to clearly identify goods and/or services covered by a mark. *In re SICPA Holding*, 2021 USPQ2d 613, at \*4 (TTAB 2021) (quoting *In re Omega SA*, 494 F.3d 1362, 1365, 83 USPQ2d 1541, 1543-44 (Fed. Cir. 2007)). Accordingly, the USPTO requires the description of goods and/or services in a U.S. application to be specific, definite, clear, accurate, and concise. *In re tapio GmbH*, 2020 USPQ2d 11387, at \*6 (TTAB 2020) (quoting *In re Cordua Rests., Inc.*, 823 F.3d 594, 605, 118 USPQ2d 1632, 1639 (Fed. Circ. 2016)); TMEP §1402.01.

Identification of Services

The identification of services is indefinite and must be clarified because additional detail is required. Please note, the CLASSES 35, 38, 41, and 42 services are repetitive and overly broad. *See* 37 C.F.R.

§2.32(a)(6); TMEP §1402.01. Applicant must amend the identification to specify the common commercial or generic name of the services. *See* TMEP §1402.01. If the services have no common commercial or generic name, applicant must describe or explain the nature of the services using clear and succinct language. *See id*.

The following substitute wording is suggested, if appropriate: (Note that proposed changes have been placed in bold type. Some items require applicant to include more complete information. These have been designated with **braces**{ } and/or **bold** type. The information in the braces is suggested as an example for applicant to follow and should not be merely "cut and pasted."):

- International Class 035: Advertising **agencies**; business management; business administration; **providing** office functions; **Advertising and business management consultancy**; advertising services, namely, promoting the goods and services of others; demonstration of goods; development **and** dissemination of advertising matter; dissemination of advertising for others via an online electronic communications network; **Sales promotion services**; rental of advertising space; online advertising on computer networks; online advertising on the Internet and other global computer network systems; organisation of exhibitions for commercial or advertising purposes; organisation of trade fairs for commercial or advertising purposes; outdoor advertising; market analysis; marketing research; market research and **consumer** information services; opinion polling; public relations; public relations services; publication of publicity texts; publicity agencies; **Stenographic** transcription; **writing of publicity texts for others**; personnel recruitment consultancy; accounting **services**; **Procurement, namely, purchasing {specify goods or services, e.g., weapons, office furniture} for others**; **Audit support services, namely, review and analysis of a company's sales, as well as the preparation, organization and presentation of the documents and data requested by a government body, and advice on government audit processes, policies and strategy**; bookkeeping; business **management** assistance for artists and performers; business appraisals; business information services; business investigations; business management consultancy; commercial information agency services; commercial management assistance; copying of documents; cost **price** analysis; document reproduction **in the nature of photocopying services**; drawing up of statements of account; economic forecasting; **business** efficiency expert services; industrial **business** management assistance; photocopying **services**; preparation of tax returns; professional business consultancy services; providing an on-line commercial information directory **on the internet**; secretarial services; shorthand **typing**; typing; word processing; compilation and systemisation of data into computer databases; compilation of business information into a searchable database available via a global computer network; compilation of computer databases for transmitting, displaying and storing transaction, identification and financial information; compiling of information into computer databases; compiling statistics **for business purposes**; computerised data management; computerised database management services; computerised processing of on-line purchase orders; database management services; provision of business information via a searchable database and via a global computer network; **Office functions in the nature of searching for data in computer files for others**; online retail **stores featuring** music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services **and** on-line retail store services **featuring a broad range of** electronic goods and household goods; customer loyalty program services featuring rewards in the form of discounted shipping services; database services to enable others to conveniently view and select services from a website; dissemination of advertising for others via the internet; auction services; business intermediary services for the sale and purchase of goods and services; **price** comparison services; import and export agencies; **consumer** information services, namely,

IYO_0000578

providing information about retail products to customers, featuring the availability of specific products of interest to them;

- International Class 036: Financial **consultancy services; Financial affairs and monetary affairs, namely, financial information, management and analysis services;** and banking services

- International Class 037: **Repair, Maintenance, and installation of {specify nature of goods that are repaired and maintained, e.g., toys, computer hardware, land vehicles, and goods installed, e.g., airconditioning units};** information, advisory and consultancy services relating to all the aforesaid

- International Class 038: Telecommunications **consultation; Telecommunication services, namely, transmission of voice, data, graphics, images, audio and video by means of telecommunications networks, wireless communication networks, and the Internet;** telecommunication access services; communications by computer **terminals;** electronic sending of data and documentation via the Internet **and other electronic** databases; **News agencies, namely, the transmission of news items to news reporting organizations; Providing access to digital music websites on the Internet;** wireless digital messaging; **Internet based paging and alerting services, namely, providing a web site at which users can send messages to electronic paging devices; transmission of** electronic mail; **Telegram transmission services;** telephone services; broadcasting **and** transmission of radio and television programmes; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; **webcasting services;** video broadcasting; broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; streaming of video content via a global computer network; subscription audio broadcasting via a global computer network; audio broadcasting; audio broadcasting of spoken word, music, concerts, and radio programmes; electronic bulletin board services; providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic communications consultancy; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; organizing and conducting video conferences

- International Class 039: **Transport, delivery, packaging, and storage of {specify, e.g., goods, food, machine tools, valuables, etc.};** Travel arrangement

- International Class 041: **Educational and entertainment services, namely, a continuing program about {indicate subject matter} accessible via {specify, e.g., radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks, etc.}** providing of training **{indicate subject matter}; Organizing sporting events, namely, {indicate type of event being organized, e.g., swimming meet, soccer competition, etc.};** providing online music not downloadable; providing on-line audio content, not downloadable, **namely,** music, ongoing radio programs, audio books, podcasts and webcasts **in the field of {indicate subject matter}; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, and**

IYO_0000579

**live theatrical productions;** providing **online** non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, concerts, cultural events, and live theatrical productions; providing classes, workshops, and instruction using voice enabled software applications **concerning {specify subject matter of the educational classes, e.g., mathematics}; Lending library services for lending multimedia materials; Virtual reality game services provided on-line from a computer network;** conducting fitness classes; toy rental; games equipment rental; animal training; modelling **for** artists; operating lotteries; computer-based educational, teaching, and training services **in the field of {specify subject matter};** providing online computer games; **Open-access publishing services, namely, publication of electronic {indicate nature of publication};** providing **online non-downloadable** electronic books, magazines, newspapers, journals, periodicals, and other publications **in the field of {specify subject matter};** ticket reservation and booking services for entertainment, sporting and cultural events; booking of seats for shows; rental of audio equipment; training services **in the field of {specify subject matter}** provided via simulators

- International Class 042: Architecture **consultancy services;** design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; **computer** design services; Engineering design services; Technical research **in the field of {specify field}; new** product design; graphic design; packaging design; jewelry design; **computer** hardware design; furniture design; **website** design consultancy; automotive design; fashion design **consulting services;** design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; **consulting services in the flied of** cloud computing; rental of computer hardware, software, and peripherals; **Providing temporary use of online, non-downloadable enterprise software for {specify the function of software, e.g., customer relationship management, etc. and, if software is content- or field- specific, the content or field of use};** computer security and data security consultancy; data encryption services; maintenance, repair and updating of computer software and applications; technical support services, **namely,** diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; **Cartography and mapping services featuring geophysical maps; Scientific and technological services, namely, {specify type of services, e.g., scientific research, analysis, testing, etc.} in the field of {indicate field or subject matter};** industrial design services; quality control **for others;** surveying; chemical research; **Medical and scientific research, namely, conducting clinical trials for others;** meteorological information; Providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; providing online non-downloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software

- International Class 043: Services for providing food and drink *[NO CHANGES]*

IYO_0000580

- International Class 044: Medical services; **Health care services, namely, {specify the type of health care services provided, e.g., geriatric health care, physical therapy, etc.};** Veterinary services; Hygienic and beauty care for human beings or animals

- International Class 045: Legal services; **Surveillance services relating to the security of tangible property; Online social networking services provided via {indicate means, e.g., downloadable mobile applications, a website, etc.};** Dating services; online social networking services

Applicant may amend the identification to clarify or limit the goods and/or services, but not to broaden or expand the goods and/or services beyond those in the original application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Generally, any deleted goods and/or services may not later be reinserted. *See* TMEP §1402.07(e).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

The USPTO has the discretion to determine the degree of particularity needed to clearly identify goods and/or services covered by a mark. *In re SICPA Holding*, 2021 USPQ2d 613, at *4 (TTAB 2021) (quoting *In re Omega SA*, 494 F.3d 1362, 1365, 83 USPQ2d 1541, 1543-44 (Fed. Cir. 2007)). Accordingly, the USPTO requires the description of goods and/or services in a U.S. application to be specific, definite, clear, accurate, and concise. *In re tapio GmbH*, 2020 USPQ2d 11387, at *6 (TTAB 2020) (quoting *In re Cordua Rests., Inc.*, 823 F.3d 594, 605, 118 USPQ2d 1632, 1639 (Fed. Circ. 2016)); TMEP §1402.01.

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

IYO_0000581

/Curtis French/
Curtis French
Trademark Examining Attorney
Law Office 115
(571) 272-9472
Curtis.French@USPTO.GOV

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

IYO_0000582

3406787

# IO

| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 009 US 026 038 036 021 023<br>computer software for improving the effectiveness of a sales force by creating a custom selling process, defining sales strategy, providing access to sales tools, and generating management reports for planning and forecasting. |
| **Register** | PRINCIPAL |
| **Serial Number** | 78679105 |
| **Filing Date** | 2005-07-26T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2006-10-10 |
| **Registration Number** | 3406787 |
| **Date Registered** | 2008-04-01 |
| **Owner** | (REGISTRANT) LANDSLIDE TECHNOLOGIES, INC. (CORPORATION; DELAWARE, USA); 700 S. Flower St., 15th Floor, Los Angeles, CALIFORNIA 90017, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED AND RENEWED |
| **Attorney of Record** | Julianna Orgel-Eaton |

IYO_0000583

**Print:** June 25, 2024 5:22 PM

IYO_0000584

4240703

# IO

| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 041 US 100 101 107<br>Entertainment services in the nature of live performances by a comic actor and a group of comic actors. |
| **Register** | PRINCIPAL |
| **Serial Number** | 85477130 |
| **Filing Date** | 2011-11-19T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2012-08-28 |
| **Registration Number** | 4240703 |
| **Date Registered** | 2012-11-13 |
| **Owner** | • (REGISTRANT) HALPERNS' YES & PRODUCTIONS, INC. (CORPORATION; ILLINOIS, USA); 1501 N Kingsbury St., Chicago, ILLINOIS 60642, UNITED STATES<br>• (LAST LISTED OWNER) 1501 N. KINGSBURY IP LLC (LIMITED LIABILITY COMPANY; ILLINOIS, USA); 55 E. JACKSON BLVD, STE 500, CHICAGO, ILLINOIS 60614, UNITED STATES |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED AND RENEWED |

IYO_0000585

**Attorney of Record**        Jane S. Berman

**Print:** June 25, 2024 5:22 PM

IYO_0000586

6229280



| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 025 US 039 022<br>Baseball caps; Belts; Boots; Coats; Denim jackets; Denim jeans; Denim pants; Gloves; Hats; Hoodies; Jackets; Jeans; Jogging pants; Pajamas; Pants; Polo shirts; Sandals; Scarves; Shirts; Shoes; Shorts; Sneakers; Socks; Sports shirts; Sweat pants; Sweat shirts; Sweaters; Tee-shirts; Tops as clothing; Trousers; Undergarments; Women's clothing, namely, shirts, dresses, skirts, blouses; Cargo pants; Hooded sweat shirts; Snow pants.<br><br>IC 035 US 100 102 101<br>On-line retail store services featuring clothing goods. |
| **Register** | PRINCIPAL |
| **Serial Number** | 88615765 |
| **Filing Date** | 2019-09-13T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2020-02-11 |
| **Registration Number** | 6229280 |
| **Date Registered** | 2020-12-22 |
| **Owner** | (REGISTRANT) Kyle Giuca (INDIVIDUAL; USA); 5 Cross Brook Court, Holmdel, NEW JERSEY 07733, UNITED STATES |
| **Type of Mark** | • TRADEMARK<br>• SERVICE MARK |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |

IYO_0000587

**Description of Mark**        Color is not claimed as a feature of the mark.

**Live Dead Indicator**        LIVE

**Status**                     REGISTERED

**Attorney of Record**         Dara L. Onofrio

**Print:** June 25, 2024 5:22 PM

IYO_0000588

**6263845**



| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 042 US 100 101<br>Platform as a service featuring computer software platforms for use in creating Electronic Health Record-integrated applications as well as platforms to support these applications in the field of healthcare. |
| **Register** | PRINCIPAL |
| **Serial Number** | 88630477 |
| **Filing Date** | 2019-09-25T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2020-11-24 |
| **Registration Number** | 6263845 |
| **Date Registered** | 2021-02-09 |
| **Owner** | (REGISTRANT) Interopion, Inc. (CORPORATION; UTAH, USA); 10150 S Centennial Pkwy suite 130, Sandy, UTAH 84070, UNITED STATES |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 260921 |
| **Description of Mark** | • Color is not claimed as a feature of the mark.<br>• The mark consists of two joined halves of a square with rounded corners, with the letters "IO" inside of the square. |
| **Live Dead Indicator** | LIVE |

IYO_0000589

**Status**                          REGISTERED

**Attorney of Record**              Thomas Stanton

**Print:** June 25, 2024 5:22 PM

IYO_0000590

97016525

# IO

| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 010 US 026 039 044<br>Medical and surgical apparatus and instruments, namely, orthopedic fixation device used in orthopedic transplant and/or implant surgery; medical devices, namely, spinal implants composed of artificial materials, namely, expandable cage; medical devices, namely, expandable spinal implant composed of artificial materials; spinal implant composed of artificial material. |
| **Register** | PRINCIPAL |
| **Serial Number** | 97016525 |
| **Filing Date** | 2021-09-08T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1b |
| **Publication Date** | 2022-11-15 |
| **Owner** | (LAST LISTED OWNER) MiRus LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 1755 West Oak Parkway, Suite 100, Marietta, GEORGIA 30062, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |
| **Status** | SECOND EXTENSION - GRANTED |
| **Attorney of Record** | Brian E. Turung |

**Print:** June 25, 2024 5:22 PM

IYO_0000591

5120102



| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 044 US 100 101<br>Healthcare services, namely, hospital and physician services. |
| **Register** | PRINCIPAL |
| **Serial Number** | 86575706 |
| **Filing Date** | 2015-03-25T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2015-08-18 |
| **Registration Number** | 5120102 |
| **Date Registered** | 2017-01-10 |
| **Owner** | (REGISTRANT) Ochsner Clinic Foundation (CORPORATION; LOUISIANA, USA); 1514 Jefferson Highway, New Orleans, LOUISIANA 70121, UNITED STATES |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Live Dead Indicator** | LIVE |
| **Status** | SECTION 8 & 15-ACCEPTED AND ACKNOWLEDGED |
| **Attorney of Record** | Micah J. Fincher |

**Print:** June 25, 2024 5:22 PM

IYO_0000592

**5100213**

# IO

| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 012 US 019 021 023 031 035 044<br>Motor scooters; mobility scooters; self-propelled electric vehicles. |
| **Register** | PRINCIPAL |
| **Serial Number** | 87022983 |
| **Filing Date** | 2016-05-03T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2016-09-27 |
| **Registration Number** | 5100213 |
| **Date Registered** | 2016-12-13 |
| **Owner** | (REGISTRANT) Hangzhou Chic Intelligent Technology Co., Ltd. (limited company (ltd.); CHINA); R408 Bld4 Liang St Yuhang Dist Pinggao, Hangzhou, Zhejiang, 310000, CHINA |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |
| **Status** | SECTION 8-ACCEPTED |
| **Attorney of Record** | Dragan Plavsic |

**Print:** June 25, 2024 5:22 PM

IYO_0000593

**2924027**

# IO

| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 038 US 100 101 104<br>Electronic, electric and digital transmission of voice, data, images, signals, and messages via television and communication networks; [ electronic mail services; ] video-on-demand transmission services; and cable television broadcasting services. |
| **Register** | PRINCIPAL |
| **Serial Number** | 76977176 |
| **Filing Date** | 2001-10-17T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2002-07-30 |
| **Registration Number** | 2924027 |
| **Date Registered** | 2005-02-01 |
| **Owner** | • (REGISTRANT) CSC HOLDINGS, INC. (CORPORATION; DELAWARE, USA); 1111 Stewart Avenue, Bethpage, NEW YORK 11714, UNITED STATES<br>• (LAST LISTED OWNER) CSC HOLDINGS, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 1111 Stewart Avenue, Bethpage, NEW YORK 11714, UNITED STATES |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED AND RENEWED |
| **Attorney of Record** | TAMAR NIV BESSINGER |

IYO_0000594

**Print:** June 25, 2024 5:22 PM

IYO_0000595

3753724



| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 009 US 026 038 021 036 023<br>Computer hardware, namely, external video and audio interface devices containing printed circuit boards for use by video professionals with a desktop or laptop computer to capture, edit and produce video, television or film. |
| **Register** | PRINCIPAL |
| **Serial Number** | 77604617 |
| **Filing Date** | 2008-10-30T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2009-12-15 |
| **Registration Number** | 3753724 |
| **Date Registered** | 2010-03-02 |
| **Owner** | (REGISTRANT) AJA Video Systems, Inc. (CORPORATION; CALIFORNIA, USA); 180 Litton Drive, Grass Valley, CALIFORNIA 95945, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Description of Mark** | • Color is not claimed as a feature of the mark.<br>• The mark consists of, in stylized script, a large letter "I" to the left of a small letter "o". |
| **Live Dead Indicator** | LIVE |

IYO_0000596

**Status**                               REGISTERED AND RENEWED

**Print:** June 25, 2024 5:22 PM

IYO_0000597

3036131

# iO

| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 035 US 100 101 102<br>[Promoting the goods and services of others by means of operating an on-line shopping mall with links to the retail web sites of others, and] dissemination of advertising for others via television and the Internet. |
| **Register** | PRINCIPAL |
| **Serial Number** | 76327488 |
| **Filing Date** | 2001-10-17T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2002-07-23 |
| **Registration Number** | 3036131 |
| **Date Registered** | 2005-12-27 |
| **Owner** | • (REGISTRANT) CSC HOLDINGS, INC. (CORPORATION; DELAWARE, USA); 1111 Stewart Avenue, Bethpage, NEW YORK 11714, UNITED STATES<br>• (LAST LISTED OWNER) CSC HOLDINGS, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 1111 Stewart Avenue, Bethpage, 11714 |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED AND RENEWED |
| **Attorney of Record** | TAMAR NIV BESSINGER |

IYO_0000598

**Print:** June 25, 2024 5:22 PM

IYO_0000599

7376722



**Word Mark**    IO

**Goods/Services**

IC 009 US 021 023 026 036 038
Downloadable software for enabling electronic transactions and bill payments; downloadable software for enabling processing of electronic funds transfers and payments, namely, receipt, processing and payment of invoices and funds via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer, VCN (virtual card number) and electronic, mobile and online payments.

IC 035 US 100 101 102
Computerized accounting services; accounting services, namely, management accounting, preparation of statements of accounts and providing information relating to management accounting via an on-line computer website; invoicing services.

IC 036 US 100 101 102
Financial transaction services and bill payment services provided through a website; electronic payment services involving electronic receipt, processing and subsequent transmission of bill payment data; issuing of cheques, loan financing, providing of temporary loans, namely, providing loans to businesses to pay vendors and suppliers and providing business loans, not intended to fund real estate transactions; ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) transaction processing services; bill payment services.

IC 042 US 100 101
Providing temporary use of online, non-downloadable software for enabling the electronic transfer of money between users; providing temporary use of online, non-downloadable software for enabling processing of electronic funds transfers via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) and bill payments; application service provider (ASP) featuring software for use in bill payment, invoice generation and transmission, money movement, financial management, cash flow monitoring, managing and tracking accounting data, storing documents and viewing documents; software as a service (SAAS) featuring secure computer software platforms for electronic payment, payment

IYO_0000600

tracking, payment reporting, payment scheduling, and early payment discounts; hosting an on-line computer website that provides accounting services, namely, accounts management, reports and information regarding accounts management; hosting web portals to enable electronic financial transaction and bill payment processing services.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | 79375310 |
| **Filing Date** | 2023-04-16T00:00:00 |
| **Priority Date** | 2022-12-05 |
| **Original Filing Basis** | 66a |
| **Current Filing Basis** | 66a |
| **Publication Date** | 2024-02-20 |
| **Registration Number** | 7376722 |
| **Date Registered** | 2024-05-07 |
| **Owner** | (REGISTRANT) MELIO LTD (CORPORATION; ISRAEL); 28 Ha'Arba'A St., 6473925 Tel Aviv - Yafo, ISRAEL |
| **Type of Mark** | • TRADEMARK<br>• SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 260513, 260521, 290107 |
| **Description of Mark** | The mark is for the stylized letters IO with a small triangle pointing up at the top of the letter I and another small triangle pointing down below the letter O. |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED |

**Print:** June 25, 2024 5:22 PM

IYO_0000601

**4712686**

# IO

| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 009 US 021 023 026 036 038<br>HMI (Human Machine Interface) computer software to monitor, track, report and manipulate values from an automated process or machine. |
| **Register** | PRINCIPAL |
| **Serial Number** | 85166557 |
| **Filing Date** | 2010-11-01T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2011-12-20 |
| **Registration Number** | 4712686 |
| **Date Registered** | 2015-03-31 |
| **Owner** | (REGISTRANT) E & M Electric and Machinery, Inc. (CORPORATION; CALIFORNIA, USA); 126 Mill Street, Healdsburg, CALIFORNIA 95448, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |
| **Status** | SECTION 8 & 15-ACCEPTED AND ACKNOWLEDGED |
| **Attorney of Record** | Warren L. Dranit |

IYO_0000602

**Print:** June 25, 2024 5:22 PM

IYO_0000603

**79374936**



**Word Mark** IO

**Goods/Services**

IC 009 US 038 023 026 021 036
Downloadable software for enabling electronic transactions and bill payments; downloadable software for enabling processing of electronic funds transfers and payments, namely, receipt, processing and payment of invoices and funds via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer, VCN (virtual card number) and electronic, mobile and online payments.

IC 035 US 101 102 100
Computerized accounting services; accounting services, namely, management accounting, preparation of statements of accounts and providing information relating to management accounting via an on-line computer website; invoicing services.

IC 036 US 101 102 100
Financial transaction services and bill payment services provided through a website; electronic payment services involving electronic receipt, processing and subsequent transmission of bill payment data; issuing of cheques, loan financing, providing of temporary loans, namely, providing loans to businesses to pay vendors and suppliers and providing business loans, not intended to fund real estate transactions; ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) transaction processing services; bill payment services.

IC 042 US 101 100
Providing temporary use of online, non-downloadable software for enabling the electronic transfer of money between users; providing temporary use of online, non-downloadable software for enabling processing of electronic funds transfers via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) and bill payments; application service provider (ASP) featuring software for use in bill payment, invoice generation and transmission, money movement, financial management, cash flow monitoring, managing and tracking accounting data, storing documents and viewing documents; software as a service (SAAS) featuring secure computer software platforms for electronic payment, payment

IYO_0000604

tracking, payment reporting, payment scheduling, and early payment discounts; hosting an online computer website that provides accounting services, namely, accounts management, reports and information regarding accounts management; hosting web portals to enable electronic financial transaction and bill payment processing services.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | 79374936 |
| **Filing Date** | 2023-04-18T00:00:00 |
| **Priority Date** | 2022-12-05 |
| **Original Filing Basis** | 66a |
| **Current Filing Basis** | 66a |
| **Publication Date** | 2024-07-09 |
| **Owner** | (APPLICANT) MELIO LTD (CORPORATION; Israel, Israel); 28 Ha'Arba'A St., 6473925 Tel Aviv - Yafo, ISRAEL |
| **Type of Mark** | • TRADEMARK<br>• SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 260502, 260513, 260902, 260921 |
| **Description of Mark** | • The color(s) purple and white is/are claimed as a feature of the mark.<br>• The mark consists of the wording "IO" in stylized white font with a white triangle above the "I" and below the "O" in front of a purple rounded-square carrier. |
| **Live Dead Indicator** | LIVE |
| **Status** | PUBLICATION/ISSUE REVIEW COMPLETE |
| **Attorney of Record** | Shay M. Markus |

**Print:** June 25, 2024 5:22 PM

IYO_0000605

5385042



| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 042 US 100 101<br>Computer software development in the field of automated content generation and natural language processing services from structured and unstructured data; software as a service (SAAS) featuring computer software for providing automated content generation and natural language processing services from structured and unstructured data. |
| **Register** | PRINCIPAL |
| **Serial Number** | 87493581 |
| **Filing Date** | 2017-06-16T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2017-11-07 |
| **Registration Number** | 5385042 |
| **Date Registered** | 2018-01-23 |
| **Owner** | (REGISTRANT) Specifio, Inc. (CORPORATION; DELAWARE, USA); Suite 210, 4676 Admiralty Way, Marina del Rey, CALIFORNIA 90292, UNITED STATES |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 200301 |
| **Description of Mark** | • Color is not claimed as a feature of the mark. |

IYO_0000606

- The mark consists of the letters "io" overlaid on a page shape.

**Disclaimer**              "IO"

**Live Dead Indicator**     LIVE

**Status**                  REGISTERED

**Attorney of Record**      Ian C. Schick

**Print:** June 25, 2024 5:22 PM

IYO_0000607

5934613

# io-consultants

| | |
|---|---|
| **Word Mark** | IO-CONSULTANTS |
| **Goods/Services** | IC 009 US 021 026 038 036 023<br>Computer software and programs for business operations and general office functions, namely, document authoring, storage, and retrieval, financial integration, freight logistics and business networking, project tracking and management software; computer software for managing business and financial information; computer software for collecting, processing, organizing, modifying, marking, transferring, saving and sharing data and information; computer software for managing client contacts; computer software for monitoring and controlling manufacturing processes; application development software, namely, software for developing computer systems and applications; supply chain software for managing inventories, sales and orders; downloadable cloud computer software for business operations and general office functions, namely, documents authoring, storage, and retrieval, and business networking computer software for evaluating and managing business risks; all the aforesaid goods not in the field of domestic automation and control including solutions for energy management and comfort and safety of residential buildings.<br><br>IC 035 US 100 102 101<br>Business management and organization consultancy, business strategy advice on outsourcing, production sites and production structures; general professional business consultancy, business project management; business development services, namely, development of marketing concepts relating to product distribution, operations management, logistics supply chain, production systems and distribution solutions; corporate communications consultancy in the nature of consultancy regarding public relations communication strategies; personnel management consultancy; business efficiency expert services; cost-price analysis; preparation of economic forecasts; marketing; market research; public opinion polling; public relations; business planning of production processes; systemisation of data and information in computer databases; conducting; arranging and organising trade shows and trade fairs for commercial and advertising purposes; business consultancy; business strategy advice on procurement, production, distribution and redistribution logistics and development of logistics concepts for others.<br><br>IC 039 US 100 105<br>Supply chain logistics and reverse logistics services consisting of storage, transportation and distribution in the nature of delivery of goods for others.<br><br>IC 041 US 100 101 107<br>Training and further training in the fields of logistics, efficiency and investment return optimization and project management for IT systems, product |

manufacturing equipment and processes and supply chains; arranging and conducting of training courses, seminars, colloquiums, symposiums and congresses in the fields of logistic, efficiency and investment-return optimization and project management for IT system, product manufacturing equipment and processes and supply chains; publication of texts, other than publicity texts; educational services, namely, planning and conducting of conferences, seminars and training sessions in the fields of computer software for business operations and general office functions, the creation, development, use and application of computer software and electronic data processing and in the field of cloud computing.

IC 042 US 100 101
Engineering consultancy, conducting technical project studies in the field of supply chain logistics for IT systems, engineering project management services; technical project planning; technical planning and design of establishments and production facilities of all kinds, in particular industrial laundries, warehouse, restaurants, staff restaurants, industrial kitchens; technical consultancy, planning and implementation services in the field of engineering; technical monitoring of production processes in the field of supply, output and technical control in restaurants, industrial kitchens, industrial laundries and warehouses; industrial analysis and research services, namely, developing simulations using dynamic models influence processes in industrial undertakings; surveying; technical technology strategy advice on IT structures; all the aforesaid services not in the field of domestic automation and control including solutions for energy management and the comfort and safety of residential buildings.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | 79249142 |
| **Filing Date** | 2018-10-22T00:00:00 |
| **Priority Date** | 2018-10-11 |
| **Original Filing Basis** | 66a |
| **Current Filing Basis** | 66a |
| **Publication Date** | 2019-10-01 |
| **Registration Number** | 5934613 |
| **Date Registered** | 2019-12-17 |
| **Owner** | (REGISTRANT) io-consultants GmbH & Co. KG (GMBH & CO. KG; GERMAN DEMOCRATIC REPUBLIC); STADTTOR,, Speyerer Straße 14, Heidelberg, 69115, GERMANY |
| **Type of Mark** | • TRADEMARK |

IYO_0000609

- SERVICE MARK

**Mark Drawing Code**      (4) STANDARD CHARACTER MARK

**Live Dead Indicator**     LIVE

**Status**                 REGISTERED

**Print:** June 25, 2024 5:22 PM

IYO_0000610

**5830511**



| | |
|---|---|
| **Word Mark** | IO |

**Goods/Services**

IC 009 US 021 023 026 036 038
Apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity, namely, electric connectors, electric accumulators; mechanisms for coin-operated apparatus; cash registers, calculating machines; software for the management and control of electrical or lighting installations and products, surveillance devices, and the recharging of electrical vehicles and software for the automation of homes and buildings, namely, automation of lighting, temperature, access, sound and voice control in homes and buildings; fire extinguishers; loudspeakers; amplifiers; radio receivers; heat regulating apparatus, namely, thermostats for the control of temperature conditioning, air and heat, for use in houses and buildings; radios; apparatus and instruments for accumulating and storage of electricity, namely, electric accumulators, batteries; apparatus and instruments for controlling electric current, namely, electric controllers, current transformers, electric switches, electric connectors; electric control apparatus, namely, electric controllers, electric switches; apparatus, instruments and cables for conducting electricity, namely, electrical cables, insulated copper wire; luminous beacons; terminals electricity, namely, electrical terminal boxes, electrical terminal blocks; cabinets for loudspeakers; electric switch boxes; battery chargers for use in telephones; battery chargers; electric and electronic components, namely, electric controllers, electric switches; electricity connectors; coaxial connectors, namely, coaxial plugs, coaxial cables; cable connectors; audio cable connectors; electric plugs, namely, jack plugs; optical fiber connectors; smoke detectors; intruder detection devices other than for vehicles, namely, alarm monitoring systems, alarm sensors; indicators and controllers, namely, electric indicator broads, electronic indicator boards; electric switches; differential switches; electric switches, namely, electric switches for the management and control of electrical or lighting installations; limiters for electricity; fuse holders, namely, panel-mounted fuse holders for use with electronic glass and ceramic fuses; timers; radio-alarm clocks and radio-clocks, namely, radios incorporating clocks; electrical terminators, namely, terminal strips; regulators electric, namely, voltage regulators, electric switches; electric light dimmers for the management and control of electrical or lighting installations; electronic controllers; sensors and detectors, namely, aircraft airspeed sensors, alarm sensors; covers for electric outlets, namely, covers for electric terminals boxes, electrical terminal blocks, socket-outlets; electric terminals, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets; electric sockets,

IYO_0000611

namely, antenna jacks; sockets, plugs and other contacts being electric connections, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets; transformers for electricity; solenoid valves; electric buzzers.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | 79209798 |
| **Filing Date** | 2017-01-24T00:00:00 |
| **Priority Date** | 2016-07-26 |
| **Original Filing Basis** | 66a |
| **Current Filing Basis** | 66a |
| **Publication Date** | 2019-05-28 |
| **Registration Number** | 5830511 |
| **Date Registered** | 2019-08-13 |
| **Owner** | (REGISTRANT) SIMON, S.A.U. (CORPORATION; SPAIN); Diputación, 390, E-08013 BARCELONA, SPAIN |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED |
| **Attorney of Record** | Donald C. Lucas |

**Print:** June 25, 2024 5:22 PM

IYO_0000612

**4611696**

| | |
|---|---|
| **Word Mark** | IOCONSULTANTS |
| | |
| | IC 035 US 100 101 102<br>Business management and organization consultancy; professional business consultancy in the field of outsourcing, production sites and production structures; professional business consultancy; commercial management of projects for others in the fields of business efficiency of product manufacturing and supply chains; logistics management in the fields of IT systems, material and equipment acquisition, product production and manufacturing and supply chains; management consulting in the field of corporate communications; personnel management consulting; business efficiency experts; cost-price analysis; preparation of economic forecasts; marketing, marketing studies; public opinion polling; public relations. |
| | |
| | IC 039 US 100 105<br>strategic consultancy for supply chain logistic services relating to product delivery, transportation and warehousing. |
| **Goods/Services** | IC 041 US 100 101 107<br>Training and further training in the fields of logistics, efficiency and investment-return optimization and project management for IT systems, product manufacturing equipment and processes and supply chains; organization and conducting of training sessions, seminars, colloquiua, symposia and congresses in the fields of logistics, efficiency and investment-return optimization and project management for IT systems, product manufacturing equipment and processes and supply chains; publication of texts, except advertising texts. |
| | IC 042 US 100 101<br>Technical planning and consulting in the field of engineering, design, and layout of product manufacturing facilities; technical project studies; technical project management in the fields of IT systems, product manufacturing and supply chains; technical plant engineering, planning, layout design and process design of companies' IT systems and supply chains and production plants of all kind, in particular for industrial laundries, warehouses, warehouse administration, restaurants, canteens, and large-scale catering establishments; engineering services and consultancy; engineering consulting services, namely, production planning and scheduling; development of software simulations using dynamic models for the manipulation of processes in industrial plants; |

IYO_0000613

technical surveys; strategic consultancy for IT-structures, namely, IT consulting services; none of the foregoing services covering the field of home or residential building-automation and control including solutions for energy management, comfort and security of residential buildings.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | 79127870 |
| **Filing Date** | 2012-10-24T00:00:00 |
| **Priority Date** | 2012-09-25 |
| **Original Filing Basis** | 66a |
| **Current Filing Basis** | 66a |
| **Publication Date** | 2014-07-15 |
| **Registration Number** | 4611696 |
| **Date Registered** | 2014-09-30 |
| **Owner** | (REGISTRANT) io-consultants GmbH & Co. KG (Limited partnership with a limited liability company as general partner; GERMANY); STADTTOR,, Speyerer Straße 14, Heidelberg, 69115, GERMANY |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 260921, 260925 |
| **Description of Mark** | • Color is not claimed as a feature of the mark.<br>• The mark consists of a square including the letters "io" therein followed by with the word "CONSULTANTS". |
| **Live Dead Indicator** | LIVE |
| **Status** | SECTION 71 & 15-ACCEPTED AND ACKNOWLEDGED |
| **Attorney of Record** | Henry B. Ward, III |

**Print:** June 25, 2024 5:22 PM

IYO_0000614

**79375311**



| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 009 US 038 023 026 021 036<br>Downloadable software for enabling electronic transactions and bill payments; downloadable software for enabling processing of electronic funds transfers and payments, namely, receipt, processing and payment of invoices and funds via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer, VCN (virtual card number) and electronic, mobile and online payments.<br><br>IC 035 US 101 102 100<br>Computerized accounting services; accounting services, namely, management accounting, preparation of statements of accounts and providing information relating to management accounting via an on-line computer website; invoicing services.<br><br>IC 036 US 101 102 100<br>Financial transaction services and bill payment services provided through a website; electronic payment services involving electronic receipt, processing and subsequent transmission of bill payment data; issuing of cheques, loan financing, providing of temporary loans, namely, providing loans to businesses to pay vendors and suppliers and providing business loans, not intended to fund real estate transactions; ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) transaction processing services; bill payment services.<br><br>IC 042 US 101 100<br>Providing temporary use of online, non-downloadable software for enabling the electronic transfer of money between users; providing temporary use of online, non-downloadable software for enabling processing of electronic funds transfers via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) and bill payments; application service provider (ASP) featuring software for use in bill payment, invoice generation and transmission, money movement, financial management, cash flow monitoring, managing and tracking accounting data, storing documents and viewing documents; software as a service (SAAS) featuring secure computer software platforms for electronic payment, payment |

IYO_0000615

tracking, payment reporting, payment scheduling, and early payment discounts; hosting an on-line computer website that provides accounting services, namely, accounts management, reports and information regarding accounts management; hosting web portals to enable electronic financial transaction and bill payment processing services.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | 79375311 |
| **Filing Date** | 2023-04-16T00:00:00 |
| **Priority Date** | 2022-11-26 |
| **Original Filing Basis** | 66a |
| **Current Filing Basis** | 66a |
| **Publication Date** | 2024-07-09 |
| **Owner** | (APPLICANT) MELIO LTD (CORPORATION; Israel, Israel); 28 Ha'Arba'A St., 6473925 Tel Aviv - Yafo, ISRAEL |
| **Type of Mark** | • TRADEMARK <br> • SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 260513, 260521, 290107 |
| **Description of Mark** | • The color(s) purple is/are claimed as a feature of the mark. <br> • The mark consists of the wording "IO" in stylized purple font with a purple triangle above the "I" and below the "O". |
| **Live Dead Indicator** | LIVE |
| **Status** | PUBLICATION/ISSUE REVIEW COMPLETE |
| **Attorney of Record** | Shay M. Markus |

**Print:** June 25, 2024 5:22 PM

IYO_0000616

7032982



**Word Mark**                 IO

**Goods/Services**

IC 035 US 100 101 102
Business management and organization consultancy; professional business consultancy in the field of outsourcing, production sites and production structures; professional business consultancy; commercial management of projects; organizational development of logistic projects for others; consulting management of corporate communication business; personnel management consulting; business efficiency experts; cost-price analysis; preparation of economic forecasts; marketing services; marketing studies; public opinion polling; public relations.

IC 039 US 100 105
Strategic consultancy for logistics services in the field of acquisition, production, distribution and redistribution, namely, storage, transportation, and delivery of goods; organizational development of logistic projects for others, namely, storage, transportation, and delivery of goods.

IC 041 US 100 101 107
Training, and organization and conducting of training sessions, seminars, colloquiums, symposiums and congresses in the fields of logistics, efficiency and investment-return optimization and project management for IT systems, product manufacturing equipment and processes and supply chains.

IC 042 US 100 101
Technical planning in the nature of design and layout of product manufacturing facilities and production plants of all kind, in particular for industrial laundries, warehouses, warehouse administration buildings, restaurants, canteens, and large-scale catering buildings; consulting in the field of engineering; conducting technical project feasibility studies in the fields of IT systems, product manufacturing and supply chains; technical computer project management in the fields of IT systems, product manufacturing and supply chains; technical plant engineering; planning in the nature of and design of production plants of all kind, in particular for industrial laundries, warehouses, warehouse administration buildings, restaurants, canteens, and large-scale catering buildings; consultancy and services of engineers; development of simulations using dynamic models for the manipulation of processes in

industrial plants; conducting technical engineering surveys; strategic consultancy for IT-structures.

| | |
|---|---|
| **Register** | PRINCIPAL-2(F) |
| **Serial Number** | 79313563 |
| **Filing Date** | 2021-05-19T00:00:00 |
| **Original Filing Basis** | 66a |
| **Current Filing Basis** | 66a |
| **Publication Date** | 2023-02-07 |
| **Registration Number** | 7032982 |
| **Date Registered** | 2023-04-25 |
| **Owner** | (REGISTRANT) io-consultants GmbH & Co. KG (LIMITED PARTNERSHIP; GERMANY); STADTTOR,, Speyerer Straße 14 69115 Heidelberg, GERMANY |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 260901, 260921, 260925, 270104 |
| **Description of Mark** | The mark consists of the letters "IO" inside a shaded square with rounded corners. |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED |
| **Attorney of Record** | Ward, III, Henry B. |

**Print:** June 25, 2024 5:22 PM

IYO_0000618

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on July 2, 2024 for
**U.S. Trademark Application Serial No. 98276003**

A USPTO examining attorney has reviewed your trademark application and issued an Office action.  You must respond to this Office action to avoid your application abandoning.  Follow the steps below.

**(1) Read the Office action**.  This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS).  Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline.  Otherwise, your application will be abandoned.  See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**.  Protect yourself from people and companies that may try to take financial advantage of you.  Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you.  We will never request your credit card number or social security number over the phone.  Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney**.  If you do not have an attorney and are not required to

IYO_0000619

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process.  The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

IYO_0000620

3406787

# IO

| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 009 US 026 038 036 021 023<br>computer software for improving the effectiveness of a sales force by creating a custom selling process, defining sales strategy, providing access to sales tools, and generating management reports for planning and forecasting. |
| **Register** | PRINCIPAL |
| **Serial Number** | 78679105 |
| **Filing Date** | 2005-07-26T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2006-10-10 |
| **Registration Number** | 3406787 |
| **Date Registered** | 2008-04-01 |
| **Owner** | (REGISTRANT) LANDSLIDE TECHNOLOGIES, INC. (CORPORATION; DELAWARE, USA); 700 S. Flower St., 15th Floor, Los Angeles, CALIFORNIA 90017, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED AND RENEWED |
| **Attorney of Record** | Julianna Orgel-Eaton |

IYO_0000621

**Print:** June 25, 2024 5:22 PM

IYO_0000622

**4240703**

# IO

| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 041 US 100 101 107<br>Entertainment services in the nature of live performances by a comic actor and a group of comic actors. |
| **Register** | PRINCIPAL |
| **Serial Number** | 85477130 |
| **Filing Date** | 2011-11-19T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2012-08-28 |
| **Registration Number** | 4240703 |
| **Date Registered** | 2012-11-13 |
| **Owner** | • (REGISTRANT) HALPERNS' YES & PRODUCTIONS, INC. (CORPORATION; ILLINOIS, USA); 1501 N Kingsbury St., Chicago, ILLINOIS 60642, UNITED STATES<br>• (LAST LISTED OWNER) 1501 N. KINGSBURY IP LLC (LIMITED LIABILITY COMPANY; ILLINOIS, USA); 55 E. JACKSON BLVD, STE 500, CHICAGO, ILLINOIS 60614, UNITED STATES |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED AND RENEWED |

IYO_0000623

**Attorney of Record**        Jane S. Berman

**Print:** June 25, 2024 5:22 PM

IYO_0000624

**6229280**



| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 025 US 039 022<br>Baseball caps; Belts; Boots; Coats; Denim jackets; Denim jeans; Denim pants; Gloves; Hats; Hoodies; Jackets; Jeans; Jogging pants; Pajamas; Pants; Polo shirts; Sandals; Scarves; Shirts; Shoes; Shorts; Sneakers; Socks; Sports shirts; Sweat pants; Sweat shirts; Sweaters; Tee-shirts; Tops as clothing; Trousers; Undergarments; Women's clothing, namely, shirts, dresses, skirts, blouses; Cargo pants; Hooded sweat shirts; Snow pants.<br><br>IC 035 US 100 102 101<br>On-line retail store services featuring clothing goods. |
| **Register** | PRINCIPAL |
| **Serial Number** | 88615765 |
| **Filing Date** | 2019-09-13T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2020-02-11 |
| **Registration Number** | 6229280 |
| **Date Registered** | 2020-12-22 |
| **Owner** | (REGISTRANT) Kyle Giuca (INDIVIDUAL; USA); 5 Cross Brook Court, Holmdel, NEW JERSEY 07733, UNITED STATES |
| **Type of Mark** | • TRADEMARK<br>• SERVICE MARK |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |

IYO_0000625

| | |
|---|---|
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED |
| **Attorney of Record** | Dara L. Onofrio |

**Print:** June 25, 2024 5:22 PM

IYO_0000626

**6263845**



| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 042 US 100 101<br>Platform as a service featuring computer software platforms for use in creating Electronic Health Record-integrated applications as well as platforms to support these applications in the field of healthcare. |
| **Register** | PRINCIPAL |
| **Serial Number** | 88630477 |
| **Filing Date** | 2019-09-25T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2020-11-24 |
| **Registration Number** | 6263845 |
| **Date Registered** | 2021-02-09 |
| **Owner** | (REGISTRANT) Interopion, Inc. (CORPORATION; UTAH, USA); 10150 S Centennial Pkwy suite 130, Sandy, UTAH 84070, UNITED STATES |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 260921 |
| **Description of Mark** | • Color is not claimed as a feature of the mark.<br>• The mark consists of two joined halves of a square with rounded corners, with the letters "IO" inside of the square. |
| **Live Dead Indicator** | LIVE |

IYO_0000627

**Status**                    REGISTERED

**Attorney of Record**        Thomas Stanton

**Print:** June 25, 2024 5:22 PM

IYO_0000628

**97016525**

# IO

| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 010 US 026 039 044<br>Medical and surgical apparatus and instruments, namely, orthopedic fixation device used in orthopedic transplant and/or implant surgery; medical devices, namely, spinal implants composed of artificial materials, namely, expandable cage; medical devices, namely, expandable spinal implant composed of artificial materials; spinal implant composed of artificial material. |
| **Register** | PRINCIPAL |
| **Serial Number** | 97016525 |
| **Filing Date** | 2021-09-08T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1b |
| **Publication Date** | 2022-11-15 |
| **Owner** | (LAST LISTED OWNER) MiRus LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 1755 West Oak Parkway, Suite 100, Marietta, GEORGIA 30062, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |
| **Status** | SECOND EXTENSION - GRANTED |
| **Attorney of Record** | Brian E. Turung |

**Print:** June 25, 2024 5:22 PM

IYO_0000629

5120102



| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 044 US 100 101<br>Healthcare services, namely, hospital and physician services. |
| **Register** | PRINCIPAL |
| **Serial Number** | 86575706 |
| **Filing Date** | 2015-03-25T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2015-08-18 |
| **Registration Number** | 5120102 |
| **Date Registered** | 2017-01-10 |
| **Owner** | (REGISTRANT) Ochsner Clinic Foundation (CORPORATION; LOUISIANA, USA); 1514 Jefferson Highway, New Orleans, LOUISIANA 70121, UNITED STATES |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Live Dead Indicator** | LIVE |
| **Status** | SECTION 8 & 15-ACCEPTED AND ACKNOWLEDGED |
| **Attorney of Record** | Micah J. Fincher |

**Print:** June 25, 2024 5:22 PM

IYO_0000630

**5100213**

# IO

| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 012 US 019 021 023 031 035 044<br>Motor scooters; mobility scooters; self-propelled electric vehicles. |
| **Register** | PRINCIPAL |
| **Serial Number** | 87022983 |
| **Filing Date** | 2016-05-03T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2016-09-27 |
| **Registration Number** | 5100213 |
| **Date Registered** | 2016-12-13 |
| **Owner** | (REGISTRANT) Hangzhou Chic Intelligent Technology Co., Ltd. (limited company (ltd.); CHINA); R408 Bld4 Liang St Yuhang Dist Pinggao, Hangzhou, Zhejiang, 310000, CHINA |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |
| **Status** | SECTION 8-ACCEPTED |
| **Attorney of Record** | Dragan Plavsic |

**Print:** June 25, 2024 5:22 PM

IYO_0000631

**2924027**

# IO

| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 038 US 100 101 104<br>Electronic, electric and digital transmission of voice, data, images, signals, and messages via television and communication networks; [ electronic mail services; ] video-on-demand transmission services; and cable television broadcasting services. |
| **Register** | PRINCIPAL |
| **Serial Number** | 76977176 |
| **Filing Date** | 2001-10-17T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2002-07-30 |
| **Registration Number** | 2924027 |
| **Date Registered** | 2005-02-01 |
| **Owner** | • (REGISTRANT) CSC HOLDINGS, INC. (CORPORATION; DELAWARE, USA); 1111 Stewart Avenue, Bethpage, NEW YORK 11714, UNITED STATES<br>• (LAST LISTED OWNER) CSC HOLDINGS, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 1111 Stewart Avenue, Bethpage, NEW YORK 11714, UNITED STATES |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED AND RENEWED |
| **Attorney of Record** | TAMAR NIV BESSINGER |

IYO_0000632

**Print:** June 25, 2024 5:22 PM

IYO_0000633

3753724



| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 009 US 026 038 021 036 023<br>Computer hardware, namely, external video and audio interface devices containing printed circuit boards for use by video professionals with a desktop or laptop computer to capture, edit and produce video, television or film. |
| **Register** | PRINCIPAL |
| **Serial Number** | 77604617 |
| **Filing Date** | 2008-10-30T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2009-12-15 |
| **Registration Number** | 3753724 |
| **Date Registered** | 2010-03-02 |
| **Owner** | (REGISTRANT) AJA Video Systems, Inc. (CORPORATION; CALIFORNIA, USA); 180 Litton Drive, Grass Valley, CALIFORNIA 95945, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Description of Mark** | • Color is not claimed as a feature of the mark.<br>• The mark consists of, in stylized script, a large letter "I" to the left of a small letter "o". |
| **Live Dead Indicator** | LIVE |

IYO_0000634

**Status**                                REGISTERED AND RENEWED

**Print:** June 25, 2024 5:22 PM

IYO_0000635

**3036131**

# iO

| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 035 US 100 101 102 [Promoting the goods and services of others by means of operating an on-line shopping mall with links to the retail web sites of others, and] dissemination of advertising for others via television and the Internet. |
| **Register** | PRINCIPAL |
| **Serial Number** | 76327488 |
| **Filing Date** | 2001-10-17T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2002-07-23 |
| **Registration Number** | 3036131 |
| **Date Registered** | 2005-12-27 |
| **Owner** | • (REGISTRANT) CSC HOLDINGS, INC. (CORPORATION; DELAWARE, USA); 1111 Stewart Avenue, Bethpage, NEW YORK 11714, UNITED STATES<br>• (LAST LISTED OWNER) CSC HOLDINGS, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 1111 Stewart Avenue, Bethpage, 11714 |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED AND RENEWED |
| **Attorney of Record** | TAMAR NIV BESSINGER |

IYO_0000636

**Print:** June 25, 2024 5:22 PM

IYO_0000637

7376722



| | |
|---|---|
| **Word Mark** | IO |

**Goods/Services**

IC 009 US 021 023 026 036 038
Downloadable software for enabling electronic transactions and bill payments; downloadable software for enabling processing of electronic funds transfers and payments, namely, receipt, processing and payment of invoices and funds via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer, VCN (virtual card number) and electronic, mobile and online payments.

IC 035 US 100 101 102
Computerized accounting services; accounting services, namely, management accounting, preparation of statements of accounts and providing information relating to management accounting via an on-line computer website; invoicing services.

IC 036 US 100 101 102
Financial transaction services and bill payment services provided through a website; electronic payment services involving electronic receipt, processing and subsequent transmission of bill payment data; issuing of cheques, loan financing, providing of temporary loans, namely, providing loans to businesses to pay vendors and suppliers and providing business loans, not intended to fund real estate transactions; ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) transaction processing services; bill payment services.

IC 042 US 100 101
Providing temporary use of online, non-downloadable software for enabling the electronic transfer of money between users; providing temporary use of online, non-downloadable software for enabling processing of electronic funds transfers via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) and bill payments; application service provider (ASP) featuring software for use in bill payment, invoice generation and transmission, money movement, financial management, cash flow monitoring, managing and tracking accounting data, storing documents and viewing documents; software as a service (SAAS) featuring secure computer software platforms for electronic payment, payment

IYO_0000638

tracking, payment reporting, payment scheduling, and early payment discounts; hosting an on-line computer website that provides accounting services, namely, accounts management, reports and information regarding accounts management; hosting web portals to enable electronic financial transaction and bill payment processing services.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | 79375310 |
| **Filing Date** | 2023-04-16T00:00:00 |
| **Priority Date** | 2022-12-05 |
| **Original Filing Basis** | 66a |
| **Current Filing Basis** | 66a |
| **Publication Date** | 2024-02-20 |
| **Registration Number** | 7376722 |
| **Date Registered** | 2024-05-07 |
| **Owner** | (REGISTRANT) MELIO LTD (CORPORATION; ISRAEL); 28 Ha'Arba'A St., 6473925 Tel Aviv - Yafo, ISRAEL |
| **Type of Mark** | • TRADEMARK<br>• SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 260513, 260521, 290107 |
| **Description of Mark** | The mark is for the stylized letters IO with a small triangle pointing up at the top of the letter I and another small triangle pointing down below the letter O. |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED |

**Print:** June 25, 2024 5:22 PM

IYO_0000639

4712686

# IO

| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 009 US 021 023 026 036 038<br>HMI (Human Machine Interface) computer software to monitor, track, report and manipulate values from an automated process or machine. |
| **Register** | PRINCIPAL |
| **Serial Number** | 85166557 |
| **Filing Date** | 2010-11-01T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2011-12-20 |
| **Registration Number** | 4712686 |
| **Date Registered** | 2015-03-31 |
| **Owner** | (REGISTRANT) E & M Electric and Machinery, Inc. (CORPORATION; CALIFORNIA, USA); 126 Mill Street, Healdsburg, CALIFORNIA 95448, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |
| **Status** | SECTION 8 & 15-ACCEPTED AND ACKNOWLEDGED |
| **Attorney of Record** | Warren L. Dranit |

IYO_0000640

**Print:** June 25, 2024 5:22 PM

IYO_0000641

**79374936**



| | |
|---|---|
| **Word Mark** | IO |

**Goods/Services**

IC 009 US 038 023 026 021 036
Downloadable software for enabling electronic transactions and bill payments; downloadable software for enabling processing of electronic funds transfers and payments, namely, receipt, processing and payment of invoices and funds via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer, VCN (virtual card number) and electronic, mobile and online payments.

IC 035 US 101 102 100
Computerized accounting services; accounting services, namely, management accounting, preparation of statements of accounts and providing information relating to management accounting via an on-line computer website; invoicing services.

IC 036 US 101 102 100
Financial transaction services and bill payment services provided through a website; electronic payment services involving electronic receipt, processing and subsequent transmission of bill payment data; issuing of cheques, loan financing, providing of temporary loans, namely, providing loans to businesses to pay vendors and suppliers and providing business loans, not intended to fund real estate transactions; ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) transaction processing services; bill payment services.

IC 042 US 101 100
Providing temporary use of online, non-downloadable software for enabling the electronic transfer of money between users; providing temporary use of online, non-downloadable software for enabling processing of electronic funds transfers via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) and bill payments; application service provider (ASP) featuring software for use in bill payment, invoice generation and transmission, money movement, financial management, cash flow monitoring, managing and tracking accounting data, storing documents and viewing documents; software as a service (SAAS) featuring secure computer software platforms for electronic payment, payment

IYO_0000642

tracking, payment reporting, payment scheduling, and early payment discounts; hosting an online computer website that provides accounting services, namely, accounts management, reports and information regarding accounts management; hosting web portals to enable electronic financial transaction and bill payment processing services.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | 79374936 |
| **Filing Date** | 2023-04-18T00:00:00 |
| **Priority Date** | 2022-12-05 |
| **Original Filing Basis** | 66a |
| **Current Filing Basis** | 66a |
| **Publication Date** | 2024-07-09 |
| **Owner** | (APPLICANT) MELIO LTD (CORPORATION; Israel, Israel); 28 Ha'Arba'A St., 6473925 Tel Aviv - Yafo, ISRAEL |
| **Type of Mark** | • TRADEMARK<br>• SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 260502, 260513, 260902, 260921 |
| **Description of Mark** | • The color(s) purple and white is/are claimed as a feature of the mark.<br>• The mark consists of the wording "IO" in stylized white font with a white triangle above the "I" and below the "O" in front of a purple rounded-square carrier. |
| **Live Dead Indicator** | LIVE |
| **Status** | PUBLICATION/ISSUE REVIEW COMPLETE |
| **Attorney of Record** | Shay M. Markus |

**Print:** June 25, 2024 5:22 PM

IYO_0000643

5385042



| | |
|---|---|
| **Word Mark** | IO |
| **Goods/Services** | IC 042 US 100 101<br>Computer software development in the field of automated content generation and natural language processing services from structured and unstructured data; software as a service (SAAS) featuring computer software for providing automated content generation and natural language processing services from structured and unstructured data. |
| **Register** | PRINCIPAL |
| **Serial Number** | 87493581 |
| **Filing Date** | 2017-06-16T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2017-11-07 |
| **Registration Number** | 5385042 |
| **Date Registered** | 2018-01-23 |
| **Owner** | (REGISTRANT) Specifio, Inc. (CORPORATION; DELAWARE, USA); Suite 210, 4676 Admiralty Way, Marina del Rey, CALIFORNIA 90292, UNITED STATES |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 200301 |
| **Description of Mark** | • Color is not claimed as a feature of the mark. |

IYO_0000644

- The mark consists of the letters "io" overlaid on a page shape.

**Disclaimer**              "IO"

**Live Dead Indicator**     LIVE

**Status**                  REGISTERED

**Attorney of Record**      Ian C. Schick

**Print:** June 25, 2024 5:22 PM

IYO_0000645

5934613

# io-consultants

| | |
|---|---|
| **Word Mark** | IO-CONSULTANTS |
| **Goods/Services** | IC 009 US 021 026 038 036 023<br>Computer software and programs for business operations and general office functions, namely, document authoring, storage, and retrieval, financial integration, freight logistics and business networking, project tracking and management software; computer software for managing business and financial information; computer software for collecting, processing, organizing, modifying, marking, transferring, saving and sharing data and information; computer software for managing client contacts; computer software for monitoring and controlling manufacturing processes; application development software, namely, software for developing computer systems and applications; supply chain software for managing inventories, sales and orders; downloadable cloud computer software for business operations and general office functions, namely, documents authoring, storage, and retrieval, and business networking computer software for evaluating and managing business risks; all the aforesaid goods not in the field of domestic automation and control including solutions for energy management and comfort and safety of residential buildings.<br><br>IC 035 US 100 102 101<br>Business management and organization consultancy, business strategy advice on outsourcing, production sites and production structures; general professional business consultancy, business project management; business development services, namely, development of marketing concepts relating to product distribution, operations management, logistics supply chain, production systems and distribution solutions; corporate communications consultancy in the nature of consultancy regarding public relations communication strategies; personnel management consultancy; business efficiency expert services; cost-price analysis; preparation of economic forecasts; marketing; market research; public opinion polling; public relations; business planning of production processes; systemisation of data and information in computer databases; conducting; arranging and organising trade shows and trade fairs for commercial and advertising purposes; business consultancy; business strategy advice on procurement, production, distribution and redistribution logistics and development of logistics concepts for others.<br><br>IC 039 US 100 105<br>Supply chain logistics and reverse logistics services consisting of storage, transportation and distribution in the nature of delivery of goods for others.<br><br>IC 041 US 100 101 107<br>Training and further training in the fields of logistics, efficiency and investment return optimization and project management for IT systems, product |

IYO_0000646

manufacturing equipment and processes and supply chains; arranging and conducting of training courses, seminars, colloquiums, symposiums and congresses in the fields of logistic, efficiency and investment-return optimization and project management for IT system, product manufacturing equipment and processes and supply chains; publication of texts, other than publicity texts; educational services, namely, planning and conducting of conferences, seminars and training sessions in the fields of computer software for business operations and general office functions, the creation, development, use and application of computer software and electronic data processing and in the field of cloud computing.

IC 042 US 100 101
Engineering consultancy, conducting technical project studies in the field of supply chain logistics for IT systems, engineering project management services; technical project planning; technical planning and design of establishments and production facilities of all kinds, in particular industrial laundries, warehouse, restaurants, staff restaurants, industrial kitchens; technical consultancy, planning and implementation services in the field of engineering; technical monitoring of production processes in the field of supply, output and technical control in restaurants, industrial kitchens, industrial laundries and warehouses; industrial analysis and research services, namely, developing simulations using dynamic models influence processes in industrial undertakings; surveying; technical technology strategy advice on IT structures; all the aforesaid services not in the field of domestic automation and control including solutions for energy management and the comfort and safety of residential buildings.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | 79249142 |
| **Filing Date** | 2018-10-22T00:00:00 |
| **Priority Date** | 2018-10-11 |
| **Original Filing Basis** | 66a |
| **Current Filing Basis** | 66a |
| **Publication Date** | 2019-10-01 |
| **Registration Number** | 5934613 |
| **Date Registered** | 2019-12-17 |
| **Owner** | (REGISTRANT) io-consultants GmbH & Co. KG (GMBH & CO. KG; GERMAN DEMOCRATIC REPUBLIC); STADTTOR,, Speyerer Straße 14, Heidelberg, 69115, GERMANY |
| **Type of Mark** | • TRADEMARK |

IYO_0000647

- SERVICE MARK

**Mark Drawing Code**        (4) STANDARD CHARACTER MARK

**Live Dead Indicator**      LIVE

**Status**                   REGISTERED


**Print:** June 25, 2024 5:22 PM

IYO_0000648

**5830511**



| | |
|---|---|
| **Word Mark** | IO |

**Goods/Services**

IC 009 US 021 023 026 036 038
Apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity, namely, electric connectors, electric accumulators; mechanisms for coin-operated apparatus; cash registers, calculating machines; software for the management and control of electrical or lighting installations and products, surveillance devices, and the recharging of electrical vehicles and software for the automation of homes and buildings, namely, automation of lighting, temperature, access, sound and voice control in homes and buildings; fire extinguishers; loudspeakers; amplifiers; radio receivers; heat regulating apparatus, namely, thermostats for the control of temperature conditioning, air and heat, for use in houses and buildings; radios; apparatus and instruments for accumulating and storage of electricity, namely, electric accumulators, batteries; apparatus and instruments for controlling electric current, namely, electric controllers, current transformers, electric switches, electric connectors; electric control apparatus, namely, electric controllers, electric switches; apparatus, instruments and cables for conducting electricity, namely, electrical cables, insulated copper wire; luminous beacons; terminals electricity, namely, electrical terminal boxes, electrical terminal blocks; cabinets for loudspeakers; electric switch boxes; battery chargers for use in telephones; battery chargers; electric and electronic components, namely, electric controllers, electric switches; electricity connectors; coaxial connectors, namely, coaxial plugs, coaxial cables; cable connectors; audio cable connectors; electric plugs, namely, jack plugs; optical fiber connectors; smoke detectors; intruder detection devices other than for vehicles, namely, alarm monitoring systems, alarm sensors; indicators and controllers, namely, electric indicator broads, electronic indicator boards; electric switches; differential switches; electric switches, namely, electric switches for the management and control of electrical or lighting installations; limiters for electricity; fuse holders, namely, panel-mounted fuse holders for use with electronic glass and ceramic fuses; timers; radio-alarm clocks and radio-clocks, namely, radios incorporating clocks; electrical terminators, namely, terminal strips; regulators electric, namely, voltage regulators, electric switches; electric light dimmers for the management and control of electrical or lighting installations; electronic controllers; sensors and detectors, namely, aircraft airspeed sensors, alarm sensors; covers for electric outlets, namely, covers for electric terminals boxes, electrical terminal blocks, socket-outlets; electric terminals, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets; electric sockets,

IYO_0000649

namely, antenna jacks; sockets, plugs and other contacts being electric connections, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets; transformers for electricity; solenoid valves; electric buzzers.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | 79209798 |
| **Filing Date** | 2017-01-24T00:00:00 |
| **Priority Date** | 2016-07-26 |
| **Original Filing Basis** | 66a |
| **Current Filing Basis** | 66a |
| **Publication Date** | 2019-05-28 |
| **Registration Number** | 5830511 |
| **Date Registered** | 2019-08-13 |
| **Owner** | (REGISTRANT) SIMON, S.A.U. (CORPORATION; SPAIN); Diputación, 390, E-08013 BARCELONA, SPAIN |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED |
| **Attorney of Record** | Donald C. Lucas |

**Print:** June 25, 2024 5:22 PM

IYO_0000650

4611696

| | |
|---|---|
| **Word Mark** | IOCONSULTANTS |
| | |
| | IC 035 US 100 101 102<br>Business management and organization consultancy; professional business consultancy in the field of outsourcing, production sites and production structures; professional business consultancy; commercial management of projects for others in the fields of business efficiency of product manufacturing and supply chains; logistics management in the fields of IT systems, material and equipment acquisition, product production and manufacturing and supply chains; management consulting in the field of corporate communications; personnel management consulting; business efficiency experts; cost-price analysis; preparation of economic forecasts; marketing, marketing studies; public opinion polling; public relations. |
| | IC 039 US 100 105<br>strategic consultancy for supply chain logistic services relating to product delivery, transportation and warehousing. |
| **Goods/Services** | IC 041 US 100 101 107<br>Training and further training in the fields of logistics, efficiency and investment-return optimization and project management for IT systems, product manufacturing equipment and processes and supply chains; organization and conducting of training sessions, seminars, colloquiua, symposia and congresses in the fields of logistics, efficiency and investment-return optimization and project management for IT systems, product manufacturing equipment and processes and supply chains; publication of texts, except advertising texts. |
| | IC 042 US 100 101<br>Technical planning and consulting in the field of engineering, design, and layout of product manufacturing facilities; technical project studies; technical project management in the fields of IT systems, product manufacturing and supply chains; technical plant engineering, planning, layout design and process design of companies' IT systems and supply chains and production plants of all kind, in particular for industrial laundries, warehouses, warehouse administration, restaurants, canteens, and large-scale catering establishments; engineering services and consultancy; engineering consulting services, namely, production planning and scheduling; development of software simulations using dynamic models for the manipulation of processes in industrial plants; |

IYO_0000651

technical surveys; strategic consultancy for IT-structures, namely, IT consulting services; none of the foregoing services covering the field of home or residential building-automation and control including solutions for energy management, comfort and security of residential buildings.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | 79127870 |
| **Filing Date** | 2012-10-24T00:00:00 |
| **Priority Date** | 2012-09-25 |
| **Original Filing Basis** | 66a |
| **Current Filing Basis** | 66a |
| **Publication Date** | 2014-07-15 |
| **Registration Number** | 4611696 |
| **Date Registered** | 2014-09-30 |
| **Owner** | (REGISTRANT) io-consultants GmbH & Co. KG (Limited partnership with a limited liability company as general partner; GERMANY); STADTTOR,, Speyerer Straße 14, Heidelberg, 69115, GERMANY |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 260921, 260925 |
| **Description of Mark** | • Color is not claimed as a feature of the mark.<br>• The mark consists of a square including the letters "io" therein followed by with the word "CONSULTANTS". |
| **Live Dead Indicator** | LIVE |
| **Status** | SECTION 71 & 15-ACCEPTED AND ACKNOWLEDGED |
| **Attorney of Record** | Henry B. Ward, III |

**Print:** June 25, 2024 5:22 PM

IYO_0000652

**79375311**



| | |
|---|---|
| **Word Mark** | IO |

**Goods/Services**

IC 009 US 038 023 026 021 036
Downloadable software for enabling electronic transactions and bill payments; downloadable software for enabling processing of electronic funds transfers and payments, namely, receipt, processing and payment of invoices and funds via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer, VCN (virtual card number) and electronic, mobile and online payments.

IC 035 US 101 102 100
Computerized accounting services; accounting services, namely, management accounting, preparation of statements of accounts and providing information relating to management accounting via an on-line computer website; invoicing services.

IC 036 US 101 102 100
Financial transaction services and bill payment services provided through a website; electronic payment services involving electronic receipt, processing and subsequent transmission of bill payment data; issuing of cheques, loan financing, providing of temporary loans, namely, providing loans to businesses to pay vendors and suppliers and providing business loans, not intended to fund real estate transactions; ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) transaction processing services; bill payment services.

IC 042 US 101 100
Providing temporary use of online, non-downloadable software for enabling the electronic transfer of money between users; providing temporary use of online, non-downloadable software for enabling processing of electronic funds transfers via ACH (automated clearing house), credit card, debit card, electronic check, wire transfer and VCN (virtual card number) and bill payments; application service provider (ASP) featuring software for use in bill payment, invoice generation and transmission, money movement, financial management, cash flow monitoring, managing and tracking accounting data, storing documents and viewing documents; software as a service (SAAS) featuring secure computer software platforms for electronic payment, payment

IYO_0000653

tracking, payment reporting, payment scheduling, and early payment discounts; hosting an on-line computer website that provides accounting services, namely, accounts management, reports and information regarding accounts management; hosting web portals to enable electronic financial transaction and bill payment processing services.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | 79375311 |
| **Filing Date** | 2023-04-16T00:00:00 |
| **Priority Date** | 2022-11-26 |
| **Original Filing Basis** | 66a |
| **Current Filing Basis** | 66a |
| **Publication Date** | 2024-07-09 |
| **Owner** | (APPLICANT) MELIO LTD (CORPORATION; Israel, Israel); 28 Ha'Arba'A St., 6473925 Tel Aviv - Yafo, ISRAEL |
| **Type of Mark** | • TRADEMARK<br>• SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 260513, 260521, 290107 |
| **Description of Mark** | • The color(s) purple is/are claimed as a feature of the mark.<br>• The mark consists of the wording "IO" in stylized purple font with a purple triangle above the "I" and below the "O". |
| **Live Dead Indicator** | LIVE |
| **Status** | PUBLICATION/ISSUE REVIEW COMPLETE |
| **Attorney of Record** | Shay M. Markus |

**Print:** June 25, 2024 5:22 PM

IYO_0000654

7032982



| | |
|---|---|
| **Word Mark** | IO |

**Goods/Services**

IC 035 US 100 101 102
Business management and organization consultancy; professional business consultancy in the field of outsourcing, production sites and production structures; professional business consultancy; commercial management of projects; organizational development of logistic projects for others; consulting management of corporate communication business; personnel management consulting; business efficiency experts; cost-price analysis; preparation of economic forecasts; marketing services; marketing studies; public opinion polling; public relations.

IC 039 US 100 105
Strategic consultancy for logistics services in the field of acquisition, production, distribution and redistribution, namely, storage, transportation, and delivery of goods; organizational development of logistic projects for others, namely, storage, transportation, and delivery of goods.

IC 041 US 100 101 107
Training, and organization and conducting of training sessions, seminars, colloquiums, symposiums and congresses in the fields of logistics, efficiency and investment-return optimization and project management for IT systems, product manufacturing equipment and processes and supply chains.

IC 042 US 100 101
Technical planning in the nature of design and layout of product manufacturing facilities and production plants of all kind, in particular for industrial laundries, warehouses, warehouse administration buildings, restaurants, canteens, and large-scale catering buildings; consulting in the field of engineering; conducting technical project feasibility studies in the fields of IT systems, product manufacturing and supply chains; technical computer project management in the fields of IT systems, product manufacturing and supply chains; technical plant engineering; planning in the nature of and design of production plants of all kind, in particular for industrial laundries, warehouses, warehouse administration buildings, restaurants, canteens, and large-scale catering buildings; consultancy and services of engineers; development of simulations using dynamic models for the manipulation of processes in

industrial plants; conducting technical engineering surveys; strategic consultancy for IT-structures.

| | |
|---|---|
| **Register** | PRINCIPAL-2(F) |
| **Serial Number** | 79313563 |
| **Filing Date** | 2021-05-19T00:00:00 |
| **Original Filing Basis** | 66a |
| **Current Filing Basis** | 66a |
| **Publication Date** | 2023-02-07 |
| **Registration Number** | 7032982 |
| **Date Registered** | 2023-04-25 |
| **Owner** | (REGISTRANT) io-consultants GmbH & Co. KG (LIMITED PARTNERSHIP; GERMANY); STADTTOR,, Speyerer Straße 14 69115 Heidelberg, GERMANY |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 260901, 260921, 260925, 270104 |
| **Description of Mark** | The mark consists of the letters "IO" inside a shaded square with rounded corners. |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED |
| **Attorney of Record** | Ward, III, Henry B. |

**Print:** June 25, 2024 5:22 PM

IYO_0000656

User: Curtis French

**Statistics for Case
98276003**

| # | Search | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/Search Duration |
|---|--------|-------------|------------|------------------|--------------------|------------------------|
| 1 | CM:"io" | 1656 | 0 | 0 | 0 | 0:00 |
| 2 | CM:"i o" | 875 | 0 | 0 | 0 | 0:00 |
| 3 | CM:/.*io.*/ | 1144086 | 0 | 0 | 0 | 0:00 |
| 4 | CC:009 | 5872492 | 0 | 0 | 0 | 0:00 |
| 5 | CC:010 | 3124642 | 0 | 0 | 0 | 0:00 |
| 6 | CC:012 | 2755195 | 0 | 0 | 0 | 0:00 |
| 7 | CC:015 | 3657129 | 0 | 0 | 0 | 0:00 |
| 8 | CC:018 | 3761648 | 0 | 0 | 0 | 0:00 |
| 9 | 1 AND 4 | 1386 | 0 | 0 | 0 | 0:00 |
| 10 | 1 AND 5 | 949 | 0 | 0 | 0 | 0:00 |
| 11 | 1 AND 6 | 850 | 0 | 0 | 0 | 0:00 |
| 12 | 1 AND 7 | 910 | 0 | 0 | 0 | 0:00 |
| 13 | 1 AND 8 | 892 | 0 | 0 | 0 | 0:00 |
| 14 | 2 AND 4 | 572 | 0 | 0 | 0 | 0:00 |
| 15 | 2 AND 5 | 258 | 0 | 0 | 0 | 0:00 |
| 16 | 2 AND 6 | 237 | 0 | 0 | 0 | 0:00 |
| 17 | 2 AND 7 | 318 | 0 | 0 | 0 | 0:00 |
| 18 | 2 AND 8 | 346 | 0 | 0 | 0 | 0:00 |
| 19 | 3 AND 4 | 625295 | 0 | 0 | 0 | 0:00 |
| 20 | 3 AND 5 | 357659 | 0 | 0 | 0 | 0:00 |
| 21 | 3 AND 6 | 315901 | 0 | 0 | 0 | 0:00 |
| 22 | 3 AND 7 | 428771 | 0 | 0 | 0 | 0:00 |
| 23 | 3 AND 8 | 401126 | 0 | 0 | 0 | 0:00 |
| 24 | IC:(009 a b 200) | 1690135 | 0 | 0 | 0 | 0:00 |
| 25 | IC:(010 a b 200) | 300605 | 0 | 0 | 0 | 0:00 |
| 26 | IC:(012 a b 200) | 242618 | 0 | 0 | 0 | 0:00 |
| 27 | IC:(014 a b 200) | 238438 | 0 | 0 | 0 | 0:00 |
| 28 | IC:(015 a b 200) | 54487 | 0 | 0 | 0 | 0:00 |
| 29 | IC:(016 a b 200) | 690536 | 0 | 0 | 0 | 0:00 |
| 30 | IC:(018 a b 200) | 249017 | 0 | 0 | 0 | 0:00 |
| 31 | IC:(025 a b 200) | 1172287 | 0 | 0 | 0 | 0:00 |
| 32 | IC:(028 a b 200) | 552604 | 0 | 0 | 0 | 0:00 |
| 33 | IC:(035 a b 200) | 1317793 | 0 | 0 | 0 | 0:00 |
| 34 | IC:(036 a b 200) | 583289 | 0 | 0 | 0 | 0:00 |
| 35 | IC:(037 a b 200) | 281524 | 0 | 0 | 0 | 0:00 |

IYO_0000657

## Statistics for Case
## 98276003

| # | Search | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/Search Duration |
|---|--------|-------------|------------|------------------|--------------------|------------------------|
| 36 | IC:(038 a b 200) | 244489 | 0 | 0 | 0 | 0:00 |
| 37 | IC:(039 a b 200) | 198618 | 0 | 0 | 0 | 0:00 |
| 38 | IC:(041 a b 200) | 1233400 | 0 | 0 | 0 | 0:00 |
| 39 | IC:(042 a b 200) | 1067601 | 0 | 0 | 0 | 0:00 |
| 40 | IC:(043 a b 200) | 280356 | 0 | 0 | 0 | 0:00 |
| 41 | IC:(044 a b 200) | 300482 | 0 | 0 | 0 | 0:00 |
| 42 | IC:(045 a b 200) | 205232 | 0 | 0 | 0 | 0:00 |
| 43 | 1 AND 24 | 623 | 0 | 0 | 0 | 0:00 |
| 44 | 1 AND 25 | 92 | 0 | 42 | 33 | |
| 45 | 1 AND 26 | 15 | 0 | 8 | 8 | |
| 46 | 1 AND 27 | 17 | 0 | 6 | 6 | |
| 47 | 1 AND 28 | 5 | 0 | 3 | 3 | |
| 48 | 1 AND 29 | 42 | 0 | 16 | 16 | |
| 49 | 1 AND 30 | 14 | 0 | 6 | 6 | |
| 50 | 1 AND 31 | 52 | 0 | 18 | 18 | |
| 51 | 1 AND 32 | 22 | 0 | 11 | 11 | |
| 52 | 1 AND 33 | 243 | 0 | 0 | 0 | 0:00 |
| 53 | 1 AND 34 | 100 | 0 | 48 | 42 | |
| 54 | 1 AND 35 | 27 | 0 | 15 | 15 | |
| 55 | 1 AND 36 | 97 | 0 | 38 | 25 | |
| 56 | 1 AND 37 | 31 | 0 | 17 | 17 | |
| 57 | 1 AND 38 | 155 | 0 | 85 | 65 | |
| 58 | 1 AND 39 | 695 | 0 | 0 | 0 | 0:00 |
| 59 | 1 AND 40 | 8 | 0 | 3 | 3 | |
| 60 | 1 AND 41 | 54 | 0 | 21 | 18 | |
| 61 | 1 AND 42 | 29 | 0 | 12 | 12 | |
| 62 | 2 AND 24 | 225 | 0 | 0 | 0 | 0:00 |
| 63 | 2 AND 25 | 18 | 0 | 5 | 5 | |
| 64 | 2 AND 26 | 11 | 0 | 2 | 2 | |
| 65 | 2 AND 27 | 18 | 0 | 3 | 3 | |
| 66 | 2 AND 28 | 4 | 0 | 2 | 2 | |
| 67 | 2 AND 29 | 60 | 0 | 12 | 12 | |
| 68 | 2 AND 30 | 13 | 0 | 2 | 2 | |
| 69 | 2 AND 31 | 120 | 0 | 24 | 23 | |
| 70 | 2 AND 32 | 28 | 0 | 4 | 4 | |

IYO_0000658

**Statistics for Case
98276003**

| # | Search | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/Search Duration |
|---|--------|------------|-----------|-----------------|-------------------|----------------------|
| 71 | 2 AND 33 | 109 | 0 | 32 | 30 | |
| 72 | 2 AND 34 | 44 | 0 | 14 | 14 | |
| 73 | 2 AND 35 | 35 | 0 | 10 | 10 | |
| 74 | 2 AND 36 | 14 | 0 | 4 | 3 | |
| 75 | 2 AND 37 | 8 | 0 | 3 | 3 | |
| 76 | 2 AND 38 | 121 | 0 | 33 | 28 | |
| 77 | 2 AND 39 | 117 | 0 | 28 | 25 | |
| 78 | 2 AND 40 | 13 | 0 | 5 | 5 | |
| 79 | 2 AND 41 | 36 | 0 | 3 | 3 | |
| 80 | 2 AND 42 | 16 | 0 | 6 | 6 | |
| 81 | FM:"io" | 134 | 0 | 44 | 44 | |
| 82 | FM:"i o" | 8 | 0 | 2 | 2 | |
| 83 | 43 AND LD:true | 305 | 0 | 238 | 202 | |
| 84 | 52 AND LD:true | 129 | 0 | 129 | 98 | |
| 85 | 58 AND LD:true | 373 | 0 | 290 | 236 | |
| 86 | 62 AND LD:true | 44 | 0 | 44 | 35 | |

Session started 06/23/2024 2:56 pm
Session ended 06/23/2024 3:37 pm
Total search duration 0.00
Session duration 40 minutes 20 seconds
Adjacency Level 1
Near Level 1

IYO_0000659

**Trademark Snap Shot Amendment & Mail Processing Stylesheet**
(Table presents the data on Amendment & Mail Processing Complete)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 98276003 | FILING DATE | 11/17/2023 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | TM ATTORNEY NOT ASSIGNED | L.O. ASSIGNED | NONE |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 04/18/2024 |
| PUB DATE | N/A |
| STATUS | 630-NEW APPLICATION - RECORD INITIALIZED NOT ASSIGNED TO EXAMINER |
| STATUS DATE | 12/30/2023 |
| LITERAL MARK ELEMENT | IO |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | YES | 44D | YES | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | IO |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

IYO_0000660

NAME                                                Weynorth Limited

ADDRESS                                             62 The Street
                                                    Ashtead, Surrey, KT211AT

ENTITY                                              99-limited company (ltd.)

CITIZENSHIP                                         United Kingdom

## GOODS AND SERVICES

INTERNATIONAL CLASS                                 009

    DESCRIPTION TEXT            Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content; network communication apparatus; downloadable data, images, audio / video files; downloadable digital files authenticated by non-fungible tokens (NFTs); downloadable digital media, namely, digital assets, digital collectibles, digital art, digital tokens and non-fungible tokens (NFTs); downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and non-fungible tokens (NFTs); downloadable software for enabling a user to view, market, purchase, sell or exchange non-fungible tokens (NFTs) or digital goods; downloadable software for creating non-fungible tokens (NFTs); handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; connected bracelets; electronic book readers; computer software; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; application development software; computer game software; downloadable pre-recorded audio, video and multimedia content; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; biometric identification and authentication apparatus; accelerometers; altimeters; distance measuring apparatus; distance recording apparatus; pedometers; pressure measuring apparatus; pressure indicators; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; virtual and augmented reality displays, goggles, controllers, and headsets; 3D spectacles; eyeglasses; sunglasses; spectacle lenses; optical glass; optical goods; optical apparatus and instruments; cameras; flashes for cameras; keyboards, mice, mouse pads, printers, disk drives, and hard drives; sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; motor vehicle audio apparatus; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; set top boxes; radios; radio transmitters and receivers; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; global positioning systems (GPS devices); navigational instruments; navigation apparatus for vehicles; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; wearable devices for controlling computers, mobile telephones, mobile electronic devices, smart watches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; data storage apparatus; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive touchscreens; interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders; protective films adapted for computer screens, mobile telephone screens, and smartwatch screens; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video

players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, straps and lanyards for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; selfie sticks; electronic agendas; dictating machines; electronic tags for goods; facsimile machines; weighing apparatus and instruments; measures; electronic notice boards; measuring apparatus; wafers; integrated circuits; amplifiers; fluorescent screens; remote controls; lights conducting filaments; electric installations for the remote control of industrial operations; life-saving apparatus and equipment; whistle alarms; animated cartoons; decorative magnets; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the Internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; accessories for smart audio speakers; computer game programs; robots; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use; picture making machines; Downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; Software applications; Downloadable software applications

INTERNATIONAL CLASS                                         010

    DESCRIPTION TEXT                    General wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement and calories burned

INTERNATIONAL CLASS                                         012

    DESCRIPTION TEXT                    Vehicles; apparatus for locomotion by land, air or water; aircraft; automobiles; bicycles; cars; drones; camera drones; civilian drones; electrically powered vehicles; motorcycles; trucks; unmanned vehicles; unmanned aerial vehicles (UAVs); electric vehicles; vans; delivery vans; remote control vehicles, other than toys

INTERNATIONAL CLASS                                         014

    DESCRIPTION TEXT                    Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases for clock and watchmaking; cases for watches; straps for wrist watches; watch bands; watch cases; watch chains; parts and fittings for all the aforesaid goods

INTERNATIONAL CLASS                                         015

    DESCRIPTION TEXT                    Musical instruments; parts and fittings for all the aforesaid goods

INTERNATIONAL CLASS                                         016

    DESCRIPTION TEXT                    Paper, cardboard; printed matter and books; bookbinding material; photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials; paint brushes; typewriters and office requisites; instructional and teaching material; plastic materials for packaging; printed publications; books; magazines; newsletters; periodicals; brochures; booklets; pamphlets; manuals; journals; leaflets; greeting cards; advertising and promotional material; catalogues; fiction and non-fiction books on a variety of topics; series of fiction and non-fiction books, comic books, graphic novels, stories in illustrated form and comic book stories, storyboards, and artwork; periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers; printed matter in the field of tablet computers; printed matter in the field of multi-media products, interactive products and online services; catalogues relating to computer software; computer brochures; computer handbooks; computer hardware publications; computer hardware reference manuals; computer hardware users guides; computer instruction manuals; computer manuals; publications relating to technology, digital technology and gadgets; user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; catalogues relating to musical apparatus and instruments; catalogues relating to telecommunications apparatus, mobile phones, handheld and

IYO_0000662

mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; music books; music instruction manuals; music magazines; desk accessories; telephone and address books; agendas; diaries; calendars; posters; mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; display materials; decals and bumper stickers; booklets for sale with audio tapes; decalcomanias; diaries; gift cards; gift vouchers; labels; maps; diaries; dictionaries; personal organizers; postage stamps; postcards; posters; bags for microwave cooking of paper; absorbent paper; tissues of paper; towels of paper; vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; parts and fittings for all the aforesaid goods; computer hardware reference manuals; computer hardware users guide; computer instruction manuals; computer manuals: publications relating to technology, digital technology and gadgets

| | |
|---|---|
| INTERNATIONAL CLASS | 018 |

DESCRIPTION TEXT

Leather and imitations of leather; animal skins, hides; trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery; attaché cases; bags; bags for campers; bags for sports; beach bags; boxes of leather or leatherboard; card cases; cases of leather or leatherboard; furniture coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; shopping bags; shoulder belts of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; travelling sets; briefcases; belts; leather belts; animal collars and leashes; keys cases; leather laces; music cases; purses; satchels; wallets; fur and garments and articles made from fur; valises; vanity cases, not fitted; wheeled shopping bags; parts and fittings for all the aforesaid goods

| | |
|---|---|
| INTERNATIONAL CLASS | 025 |

DESCRIPTION TEXT

Clothing, footwear and headgear

| | |
|---|---|
| INTERNATIONAL CLASS | 028 |

DESCRIPTION TEXT

Games and playthings; video game apparatus; gymnastic and sporting articles; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; electrical and electronic amusement apparatus (automatic, coin/counter freed); video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; video output toys and games; toy robots; interactive computer toys and games; standalone video game machines incorporating a means of display; computer games apparatus, electronic games apparatus and video games apparatus, not included in other classes; game consoles; protective films adapted for screens for portable games; controllers for game consoles; rocking horses, pinball machines; pinball game machines (toys); musical toys, games and playthings; toy audio apparatus; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated toys; electronic toys; electronically operated toys; toy computers (not working); toy mobile telephones (not working); dolls; toy and novelty face masks; novelties in the form of souvenirs; snow glass balls; action figures and accessories to the action figures; dolls' clothing and accessories not included in other classes, all for use with dolls; hockey games; toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; drones; toys; controllers for toys; board games; card games; playing cards; computer and video game apparatus, other than coin operated or those adapted for use with television receivers; portable games with liquid crystal displays

| | |
|---|---|
| INTERNATIONAL CLASS | 035 |

DESCRIPTION TEXT

Advertising; business management; business administration; office functions; advertising management; advertising services, namely, promoting the goods and services of others; demonstration of goods; development dissemination of advertising matter; dissemination of advertising for others via an online electronic communications network; modelling for advertising or sales promotion; rental of advertising space; online advertising on computer networks; online advertising on the Internet and other global computer network systems; organisation of exhibitions for commercial or advertising purposes; organisation of trade fairs for commercial or advertising purposes; outdoor advertising; market analysis; marketing research; market research and information services; opinion polling; public relations; public relations services; publication of publicity texts; publicity agencies; transcription; publicity texts (writing of -); personnel recruitment consultancy; accounting; assistance with purchasing goods and services, for others; audit services; bookkeeping; business assistance for artists and performers; business appraisals; business information services; business investigations; business management consultancy; commercial information agency services; commercial management assistance; copying of documents; cost analysis; document reproduction; drawing up of statements of account; economic forecasting; efficiency expert services; industrial

IYO_0000663

management assistance; photocopying; preparation of tax returns; professional business consultancy services; providing an on-line commercial information directory; secretarial services; shorthand; transcription; typing; word processing; compilation and systemisation of data into computer databases; compilation of business information into a searchable databases available via a global computer network; compilation of computer databases for transmitting, displaying and storing transaction, identification and financial information; compiling of information into computer databases; compiling statistics; computerised data management; computerised database management services; computerised processing of on-line purchase orders; database management services; providing an on-line commercial information directory; provision of business information via a searchable database and via a global computer network; searching for data in computer databases, for others; searching for data in computer files, for others; sorting and editing of information in computer databases; online retail of music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services and/or on-line retail store services in relation to consumer goods, electronic goods, and household goods; customer loyalty program services featuring rewards in the form of discounted shipping services; database services to enable others to conveniently view and select services from a website; dissemination of advertising for others via the internet; the collection of a selection of service providers to enable others to conveniently view and select these services from a website; auction services; auctioning; auctioneering services; business intermediary services for the sale and purchase of goods and services; comparison services (price -); computerized on-line ordering of services for general merchandise and general consumer goods; import and export agencies; information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them; information, advisory and consultancy services relating to all the aforesaid

| | |
|---|---|
| INTERNATIONAL CLASS | 036 |
| DESCRIPTION TEXT | Financial, monetary and banking services |
| INTERNATIONAL CLASS | 037 |
| DESCRIPTION TEXT | Repair; Maintenance, installation services; information, advisory and consultancy services relating to all the aforesaid |
| INTERNATIONAL CLASS | 038 |
| DESCRIPTION TEXT | Telecommunications; communication and telecommunication services; telecommunication access services; communications by computer; communications by tablet computer; communication between computers; electronic sending of data and documentation via the Internet or other databases; supply of data and news by electronic transmission; providing access to websites and electronic news services online allowing the download of information and data; providing access to web sites on the Internet; serving and transmitting audio, video, multimedia, and advertising content to computers, mobile telephones, media players, and other mobile digital devices; delivery of digital music by telecommunications; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; providing wireless telecommunications via electronic communications networks; wireless digital messaging, paging services, and electronic mail services, including services that enable a user to send and/or receive messages through a wireless data network; one-way and two-way paging services; communication by computer, computer intercommunication; telex, telegram and telephone services; broadcasting or transmission of radio and television programmes; time sharing services for communication apparatus; provision of telecommunications access and links to computer databases and the Internet; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services (transmission); delivery of messages by electronic transmission; provision of connectivity services and access to electronic communications networks, for transmission or reception of audio, video or multimedia content; provision of telecommunications connections to electronic communication networks, for transmission or reception of audio, video or multimedia content; providing access to digital music web sites on the Internet; providing access to MP3 web sites on the Internet; delivery of digital music by telecommunications; provision of telecommunications connections to the Internet or computer databases; providing user access to the Internet (service providers); electronic mail services; telecommunication of information (including web pages), computer programs and any other data; video broadcasting, broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; streaming of video content via a global computer network; subscription audio broadcasting via a global computer network; audio broadcasting; audio broadcasting of spoken word, music, concerts, and radio programmes; streaming of audio content via a global computer network; electronic transmission of audio and video files via communications networks; communication services, namely, matching users for the transfer of music, video and audio recordings via communication |

IYO_0000664

networks; electronic bulletin board services; providing computer bulletin board in the fields of music, video, film, books, television, games and sports; providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic news services; electronic communications consultancy; facsimile, message collection and transmission services; transmission of data and of information by electronic means, computer, cable, radio, teleprinter, teleletter, electronic mail, telecopier, television, microwave, laser beam, communications satellite or electronic communication means; transmission of data by audio-visual apparatus controlled by data processing apparatus or computers; provision of access time to web-sites featuring multimedia materials; providing access to databases and directories via communications networks for obtaining data in the fields of music, video, film, books, television, games and sports; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; organizing and conducting video conferences; provision of access time to web-sites featuring multimedia materials; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; providing computer data bases in the nature of a bulletin board in the fields of music, video, film, books, television, games and sports; providing an online searchable database of text, data, image, audio, video and multimedia content in the fields of telecommunications, mobile phones; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; information, advisory and consultancy services relating to all the aforesaid

| INTERNATIONAL CLASS | 039 |
| --- | --- |
| DESCRIPTION TEXT | Transport; Packaging and storage of goods; Travel arrangement |

| INTERNATIONAL CLASS | 041 |
| --- | --- |
| DESCRIPTION TEXT | Education; providing of training; entertainment; sporting and cultural activities; providing online music not downloadable; providing on-line audio content, not downloadable, including music, ongoing radio programs, audio books, podcasts and webcasts; entertainment, namely, providing audio and multimedia content, games, software applications; providing information, news and commentary in the fields of entertainment, popular culture, recreation and leisure activities, sports and sporting events, educational services, concerts, cultural events, and live theatrical productions; providing information relating to the organizing of educational, cultural sporting, and entertainment exhibitions, and community, sporting and cultural activities, contests and games; providing non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, concerts, cultural events, and live theatrical productions; providing information in the field of educational and entertainment activities and events for children; providing classes, workshops, and instruction using voice enabled software applications; lending libraries; providing on-line electronic publications, not downloadable; distribution of video tapes; providing on-line virtual reality game services on a computer network; conducting fitness classes; toy rental; games equipment rental; animal training; modelling artists; operating lotteries; computer-based educational, teaching, and training services; providing online computer games; electronic publishing services; providing electronic books, magazines, newspapers, journals, periodicals, and other publications; providing online text, video, audio, and multimedia programs; ticket reservation and booking services for entertainment, sporting and cultural events; providing information, advice, news, reviews, and commentary in the fields of entertainment, sporting and cultural events; arranging and conducting of commercial, trade and business conferences; booking of seats for shows; education information; entertainment information; information (recreation -); rental of audio equipment; training services provided via simulators; information, advisory and consultancy services relating to all the aforesaid |

| INTERNATIONAL CLASS | 042 |
| --- | --- |
| DESCRIPTION TEXT | Architecture; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; design services; Engineering design services; Technical research; product design; graphic design; packaging design; jewelry design; hardware design; furniture design; design consultancy; house design; construction design; automotive design; fashion design; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; cloud computing services; rental of computer hardware, software, and peripherals; providing online non-downloadable software; consultation services for developing computer systems, databases and applications; computer security and data security |

IYO_0000665

consultancy; data encryption services; providing computer hardware or software information online; maintenance, repair and updating of computer software and applications; technical support services, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; creating indexes of online information, sites and other resources available on the Internet and other electronic communications networks; cartography and mapping services; providing an Internet portal allowing users to preview and download electronic books, publications, and other documents; scientific and technological services; industrial design services; industrial analysis and research services; information, advisory and consultancy services relating to all the aforesaid; quality control; surveying; chemical research; clinical trial; meteorological information; Providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; providing online non-downloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software

| INTERNATIONAL CLASS | 043 |
| --- | --- |
| DESCRIPTION TEXT | Services for providing food and drink |
| INTERNATIONAL CLASS | 044 |
| DESCRIPTION TEXT | Medical services; Healthcare services; Veterinary services; Hygienic and beauty care for human beings or animals |
| INTERNATIONAL CLASS | 045 |
| DESCRIPTION TEXT | Legal services; Security services for the physical protection of tangible property and individuals; Personal and social services rendered by others to meet the needs of individuals; Dating services, online social networking services |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 010 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 012 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 014 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 015 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 016 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 018 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 025 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

IYO_0000666

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 028 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 035 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 036 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 037 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 038 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 039 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 041 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 042 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 043 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 044 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 045 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

CHANGE IN REGISTRATION                                    NO

## FOREIGN INFORMATION

PRIORITY CLAIMED                        SEC. 44(D) ON Jamaica

APPLICATION NO.                         0090647

APPLICATION FILING DATE                 09/25/2023

FOREIGN REG NO.                         N/A

FOREIGN REG DATE                        N/A

FOREIGN RNWL NUM                        N/A

DATE OF FOREIGN RNWL                    N/A

FOREIGN EXPIRATION                      N/A

FOREIGN RNWL EXPIRATION                 N/A

IYO_0000667

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 04/17/2024 | AMPX | O | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | 005 |
| 04/17/2024 | ALIE | A | ASSIGNED TO LIE | 004 |
| 11/27/2023 | PARI | I | TEAS VOLUNTARY AMENDMENT RECEIVED | 003 |
| 12/30/2023 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | 002 |
| 11/21/2023 | NWAP | I | NEW APPLICATION ENTERED | 001 |

## CURRENT CORRESPONDENCE INFORMATION

ATTORNEY                                              J. Scott Gerien

CORRESPONDENCE ADDRESS                    J. SCOTT GERIEN
DICKENSON, PEATMAN & FOGARTY
1500 FIRST STREET, STE 200
NAPA, CA 94559

DOMESTIC REPRESENTATIVE                    NONE

IYO_0000668

# IO

IYO_0000669

# Voluntary Amendment

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98276003 |
| **MARK SECTION** | |
| MARK | IO |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **ATTORNEY INFORMATION (current)** | |
| NAME | J. Scott Gerien |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | DICKENSON, PEATMAN & FOGARTY |
| STREET | 1500 FIRST STREET, STE 200 |
| CITY | NAPA |
| STATE | California |
| POSTAL CODE | 94559 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 707-261-7000 |
| EMAIL | tmdept@dpf-law.com |
| DOCKET/REFERENCE NUMBER | AAA075-001 |
| **ATTORNEY INFORMATION (proposed)** | |
| NAME | J. Scott Gerien |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Dickenson, Peatman & Fogarty |
| STREET | 1500 First Street, Ste 200 |
| CITY | Napa |
| STATE | California |
| POSTAL CODE | 94559 |

IYO_0000670

| | |
|---|---|
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 707-261-7000 |
| **EMAIL** | tmdept@dpf-law.com |
| **DOCKET/REFERENCE NUMBER** | LOCK1-002 |
| **OTHER APPOINTED ATTORNEY** | Katja Loeffelholz; Christopher J. Passarelli; Paul W. Reidl; Joy L. Durand; Brett J. Leininger |

## CORRESPONDENCE INFORMATION (current)

| | |
|---|---|
| **NAME** | J. SCOTT GERIEN |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | tmdept@dpf-law.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **DOCKET/REFERENCE NUMBER** | AAA075-001 |

## CORRESPONDENCE INFORMATION (proposed)

| | |
|---|---|
| **NAME** | J. Scott Gerien |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | tmdept@dpf-law.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **DOCKET/REFERENCE NUMBER** | LOCK1-002 |

## SIGNATURE SECTION

| | |
|---|---|
| **ORIGINAL PDF FILE** | HS_10715466-131449770_._S igned_Declaration.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT18\IMAGEOUT 18\982\760\98276003\xml2\ PRA0002.JPG |
| **SIGNATORY'S NAME** | David John Beckman |
| **SIGNATORY'S POSITION** | Director |
| **SIGNATURE METHOD** | Handwritten |
| **RESPONSE SIGNATURE** | /J. Scott Gerien/ |
| **SIGNATORY'S NAME** | J. Scott Gerien |
| **SIGNATORY'S POSITION** | Attorney of record, California bar member |
| **SIGNATORY'S PHONE NUMBER** | 7072527122 |
| **DATE SIGNED** | 11/27/2023 |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Sent to third party for signature |

## FILING INFORMATION SECTION

| | |
|---|---|
| **SUBMIT DATE** | Mon Nov 27 17:34:15 ET 2023 |
| **TEAS STAMP** | USPTO/PRA-XXX.X.XX.XX-202 31127173415250097-9827600 3-85088f481b9e72d26e73cf5 4f71e08b25312a7e88ab47848 5e1141a56c179a18f-N/A-N/A -20231127161507706992 |

IYO_0000671

**Voluntary Amendment**

**To the Commissioner for Trademarks:**

Application serial no. **98276003** IO(Standard Characters, see ) has been amended as follows:

The owner's/holder's current attorney information: J. Scott Gerien. J. Scott Gerien of DICKENSON, PEATMAN & FOGARTY, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    1500 FIRST STREET, STE 200
    NAPA, California 94559
    United States
The docket/reference number is AAA075-001.
    The phone number is 707-261-7000.
    The email address is tmdept@dpf-law.com

The owner's/holder's proposed attorney information: J. Scott Gerien. Other appointed attorneys are Katja Loeffelholz; Christopher J. Passarelli; Paul W. Reidl; Joy L. Durand; Brett J. Leininger. J. Scott Gerien of Dickenson, Peatman & Fogarty, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    1500 First Street, Ste 200
    Napa, California 94559
    United States
The docket/reference number is LOCK1-002.
    The phone number is 707-261-7000.
    The email address is tmdept@dpf-law.com

J. Scott Gerien submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current)**
    J. SCOTT GERIEN
    PRIMARY EMAIL FOR CORRESPONDENCE: tmdept@dpf-law.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is AAA075-001.

**Correspondence Information (proposed)**
    J. Scott Gerien
    PRIMARY EMAIL FOR CORRESPONDENCE: tmdept@dpf-law.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is LOCK1-002.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Declaration Signature**
**Original PDF file:**
HS_10715466-131449770_. S igned_Declaration.pdf
**Converted PDF file(s)** (1 page) Signature File1
Signatory's Name: David John Beckman
Signatory's Position: Director
Signature method: Handwritten

**Voluntary Amendment Signature**

IYO_0000672

Signature: /J. Scott Gerien/    Date: 11/27/2023
Signatory's Name: J. Scott Gerien
Signatory's Position: Attorney of record, California bar member

Signatory's Phone Number: 7072527122 Signature method: Sent to third party for signature

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:    J. SCOTT GERIEN
  DICKENSON, PEATMAN & FOGARTY

  1500 FIRST STREET, STE 200
  NAPA, California 94559
Mailing Address:    J. Scott Gerien
  Dickenson, Peatman & Fogarty
  1500 First Street, Ste 200
  Napa, California 94559

Serial Number: 98276003
Internet Transmission Date: Mon Nov 27 17:34:15 ET 2023
TEAS Stamp: USPTO/PRA-XXX.X.XX.XX-202311271734152500
97-98276003-85088f481b9e72d26e73cf54f71e
08b25312a7e88ab478485e1141a56c179a18f-N/
A-N/A-20231127161507706992

IYO_0000673

## Declaration

Read the following statements before signing. Acknowledge the statements by signing below.

- **Basis:**

  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

  - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
  - The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**

  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

  - The signatory believes that the applicant is entitled to use the mark in commerce;
  - The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature:_____

Signatory's Name:___DAVID JOHN BECKMAN___

Signatory's Position:___DIRECTOR.___

Signatory's Phone Number:___0044 (0) 7767 101999___

Date Signed:___20/11/2023___

IYO_0000674

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98276003**
**Filing Date: 11/17/2023**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98276003 |
| **MARK INFORMATION** | |
| **\*MARK** | <u>IO</u> |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | IO |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Weynorth Limited |
| **\*MAILING ADDRESS** | 62 The Street |
| **\*CITY** | Ashtead, Surrey |
| **\*COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United Kingdom |
| **\*ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | KT211AT |
| **\*EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | limited company (ltd.) |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | United Kingdom |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 009 |
| | Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content; network communication apparatus; downloadable data, images, audio / video files; downloadable digital files authenticated by non-fungible tokens (NFTs); downloadable digital media, namely digital assets, digital collectibles, digital art, digital tokens and non-fungible tokens (NFTs); downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital |

IYO_0000675

**\*IDENTIFICATION**

collectible, digital tokens and non-fungible tokens (NFTs); downloadable software for enabling a user to view, market, purchase, sell or exchange non-fungible tokens (NFTs) or digital goods; downloadable software for creating non-fungible tokens (NFTs); handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; connected bracelets; electronic book readers; computer software; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; application development software; computer game software; downloadable pre-recorded audio, video and multimedia content; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; biometric identification and authentication apparatus; accelerometers; altimeters; distance measuring apparatus; distance recording apparatus; pedometers; pressure measuring apparatus; pressure indicators; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; virtual and augmented reality displays, goggles, controllers, and headsets; 3D spectacles; eyeglasses; sunglasses; spectacle lenses; optical glass; optical goods; optical apparatus and instruments; cameras; flashes for cameras; keyboards, mice, mouse pads, printers, disk drives, and hard drives; sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; motor vehicle audio apparatus; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; set top boxes; radios; radio transmitters and receivers; user interfaces for on-board motor vehicle computers and electronic devices, namely electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; global positioning systems (GPS devices); navigational instruments; navigation apparatus for vehicles; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; wearable devices for controlling computers, mobile telephones, mobile electronic devices, smart watches, smart glasses, earphones, headphones, audio and video players and recorders,

IYO_0000676

televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; data storage apparatus; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive touchscreens; interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders; protective films adapted for computer screens, mobile telephone screens, and smartwatch screens; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, straps and lanyards for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; selfie sticks;; electronic agendas; dictating machines; electronic tags for goods; facsimile machines; weighing apparatus and instruments; measures; electronic notice boards; measuring apparatus; wafers; integrated circuits; amplifiers; fluorescent screens; remote controls; lights conducting filaments; electric installations for the remote control of industrial operations; life-saving apparatus and equipment; whistle alarms; animated cartoons; decorative magnets; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the Internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; accessories for smart audio speakers; computer game programs; robots; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use; picture making machines; Downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; Software applications; Downloadable software applications

| | |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **INTERNATIONAL CLASS** | 010 |
| **\*IDENTIFICATION** | General wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement and calories burned |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **INTERNATIONAL CLASS** | 012 |
| **\*IDENTIFICATION** | Vehicles; apparatus for locomotion by land, air or water; aircraft; automobiles; bicycles; cars; drones; camera drones; civilian drones; electrically powered vehicles; motorcycles; trucks; unmanned vehicles; unmanned aerial vehicles (UAVs); electric vehicles; vans; delivery vans; remote control vehicles, other than toys |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **INTERNATIONAL CLASS** | 014 |
| | Precious metals and their alloys; jewellery; horological and |

IYO_0000678

**\*IDENTIFICATION**

chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases for clock and watchmaking; cases for watches; straps for wrist watches; watch bands; watch cases; watch chains; parts and fittings for all the aforesaid goods

**FILING BASIS**

SECTION 1(b)

**FILING BASIS**

SECTION 44(d)

    **FOREIGN APPLICATION NUMBER**

0090647

    **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY**

Jamaica

    **FOREIGN FILING DATE**

09/25/2023

    **INTENT TO PERFECT 44(d)**

At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**INTERNATIONAL CLASS**

015

**\*IDENTIFICATION**

Musical instruments; parts and fittings for all the aforesaid goods

**FILING BASIS**

SECTION 1(b)

**FILING BASIS**

SECTION 44(d)

    **FOREIGN APPLICATION NUMBER**

0090647

    **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY**

Jamaica

    **FOREIGN FILING DATE**

09/25/2023

    **INTENT TO PERFECT 44(d)**

At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**INTERNATIONAL CLASS**

016

Paper, cardboard; printed matter and books; bookbinding material; photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials; paint brushes; typewriters and office requisites; instructional and teaching material; plastic materials for packaging; printed publications; books; magazines; newsletters; periodicals; brochures; booklets; pamphlets; manuals; journals; leaflets; greeting cards; advertising and promotional material; catalogues; fiction and non-fiction books on a variety of topics; series of fiction and non-fiction books, comic books, graphic novels, stories in illustrated form and comic book stories, storyboards, and artwork; periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers; printed matter in the field of tablet computers; printed matter in the field of multi-media products, interactive products and online services; catalogues relating to computer software; computer brochures; computer handbooks; computer hardware publications; computer hardware reference manuals; computer hardware users guides; computer instruction manuals; computer manuals; publications relating to technology, digital technology and gadgets; user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and

**\*IDENTIFICATION**

handheld electronic devices and computers; catalogues relating to musical apparatus and instruments; catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; music books; music instruction manuals; music magazines; desk accessories; telephone and address books; agendas; diaries; calendars; posters; mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; display materials; decals and bumper stickers; booklets for sale with audio tapes; decalcomanias; diaries; gift cards; gift vouchers; labels; maps; diaries; dictionaries; personal organizers; postage stamps; postcards; posters; bags for microwave cooking of paper; absorbent paper; tissues of paper; towels of paper; vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; parts and fittings for all the aforesaid goods; computer hardware reference manuals; computer hardware users guide; computer instruction manuals; computer manuals: publications relating to technology, digital technology and gadgets

| | |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
|     **FOREIGN APPLICATION NUMBER** | 0090647 |
|     **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
|     **FOREIGN FILING DATE** | 09/25/2023 |
|     **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **INTERNATIONAL CLASS** | 018 |
| **\*IDENTIFICATION** | Leather and imitations of leather; animal skins, hides; trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery; attaché cases; bags; bags for campers; bags for sports; beach bags; boxes of leather or leatherboard; card cases; cases of leather or leatherboard; furniture coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; shopping bags; shoulder belts of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; travelling sets; briefcases; belts; leather belts; animal collars and leashes; keys cases; leather laces; music cases; purses; satchels; wallets; fur and garments and articles made from fur; valises; vanity cases, not fitted; wheeled shopping bags; parts and fittings for all the aforesaid goods |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
|     **FOREIGN APPLICATION NUMBER** | 0090647 |
|     **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |

IYO_0000680

| | |
|---|---|
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **INTERNATIONAL CLASS** | 025 |
| **\*IDENTIFICATION** | Clothing, footwear and headgear |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **INTERNATIONAL CLASS** | 028 |
| **\*IDENTIFICATION** | Games and playthings; video game apparatus; gymnastic and sporting articles; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; electrical and electronic amusement apparatus (automatic, coin/counter freed); video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; video output toys and games; toy robots; interactive computer toys and games; standalone video game machines incorporating a means of display; computer games apparatus, electronic games apparatus and video games apparatus, not included in other classes; game consoles; protective films adapted for screens for portable games; controllers for game consoles; rocking horses, pinball machines; pinball game machines (toys); musical toys, games and playthings; toy audio apparatus; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated toys; electronic toys; electronically operated toys; toy computers (not working); toy mobile telephones (not working); dolls; toy and novelty face masks; novelties in the form of souvenirs; snow glass balls; action figures and accessories to the action figures; dolls' clothing and accessories not included in other classes, all for use with dolls; hockey games; toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; drones; toys; controllers for toys; board games; card games; playing cards; computer and video game apparatus, other than coin operated or those adapted for use with television receivers; portable games with liquid crystal displays |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |

**FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY**

Jamaica

**FOREIGN FILING DATE**

09/25/2023

**INTENT TO PERFECT 44(d)**

At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**INTERNATIONAL CLASS**

035

**\*IDENTIFICATION**

Advertising; business management; business administration; office functions; advertising management; advertising services, namely, promoting the goods and services of others; demonstration of goods; development dissemination of advertising matter; dissemination of advertising for others via an online electronic communications network; modelling for advertising or sales promotion; rental of advertising space; online advertising on computer networks; online advertising on the Internet and other global computer network systems; organisation of exhibitions for commercial or advertising purposes; organisation of trade fairs for commercial or advertising purposes; outdoor advertising; market analysis; marketing research; market research and information services; opinion polling; public relations; public relations services; publication of publicity texts; publicity agencies; transcription; publicity texts (writing of -); personnel recruitment consultancy; accounting; assistance with purchasing goods and services, for others; audit services; bookkeeping; business assistance for artists and performers; business appraisals; business information services; business investigations; business management consultancy; commercial information agency services; commercial management assistance; copying of documents; cost analysis; document reproduction; drawing up of statements of account; economic forecasting; efficiency expert services; industrial management assistance; photocopying; preparation of tax returns; professional business consultancy services; providing an on-line commercial information directory; secretarial services; shorthand; transcription; typing; word processing; compilation and systemisation of data into computer databases; compilation of business information into a searchable databases available via a global computer network; compilation of computer databases for transmitting, displaying and storing transaction, identification and financial information; compiling of information into computer databases; compiling statistics; computerised data management; computerised database management services; computerised processing of on-line purchase orders; database management services; providing an on-line commercial information directory; provision of business information via a searchable database and via a global computer network; searching for data in computer databases, for others; searching for data in computer files, for others; sorting and editing of information in computer databases; online retail of music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services and/or on-line retail store services in relation to consumer goods, electronic goods, and household goods; customer loyalty program services featuring rewards in the form of discounted shipping services; database services to enable others to

IYO_0000682

conveniently view and select services from a website; dissemination of advertising for others via the internet; the collection of a selection of service providers to enable others to conveniently view and select these services from a website; auction services; auctioning; auctioneering services; business intermediary services for the sale and purchase of goods and services; comparison services (price -); computerized on-line ordering of services for general merchandise and general consumer goods; import and export agencies; information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them; information, advisory and consultancy services relating to all the aforesaid

| | |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 0090647 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Jamaica |
| FOREIGN FILING DATE | 09/25/2023 |
| INTENT TO PERFECT 44(d) | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

| | |
|---|---|
| **INTERNATIONAL CLASS** | 036 |
| ***IDENTIFICATION** | Financial, monetary and banking services |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 0090647 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Jamaica |
| FOREIGN FILING DATE | 09/25/2023 |
| INTENT TO PERFECT 44(d) | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

| | |
|---|---|
| **INTERNATIONAL CLASS** | 037 |
| ***IDENTIFICATION** | Repair; Maintenance, installation services; information, advisory and consultancy services relating to all the aforesaid |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 0090647 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Jamaica |
| FOREIGN FILING DATE | 09/25/2023 |
| INTENT TO PERFECT 44(d) | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

IYO_0000683

**INTERNATIONAL CLASS**                                    038

Telecommunications; communication and telecommunication services; telecommunication access services; communications by computer; communications by tablet computer; communication between computers; electronic sending of data and documentation via the Internet or other databases; supply of data and news by electronic transmission; providing access to websites and electronic news services online allowing the download of information and data; providing access to web sites on the Internet; serving and transmitting audio, video, multimedia, and advertising content to computers, mobile telephones, media players, and other mobile digital devices; delivery of digital music by telecommunications; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; providing wireless telecommunications via electronic communications networks; wireless digital messaging, paging services, and electronic mail services, including services that enable a user to send and/or receive messages through a wireless data network; one-way and two-way paging services; communication by computer, computer intercommunication; telex, telegram and telephone services; broadcasting or transmission of radio and television programmes; time sharing services for communication apparatus; provision of telecommunications access and links to computer databases and the Internet; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services (transmission); delivery of messages by electronic transmission; provision of connectivity services and access to electronic communications networks, for transmission or reception of audio, video or multimedia content; provision of telecommunications connections to electronic communication networks, for transmission or reception of audio, video or multimedia content; providing access to digital music web sites on the Internet; providing access to MP3 web sites on the Internet; delivery of digital music by telecommunications; provision of telecommunications connections to the Internet or computer databases; providing user access to the Internet (service providers); electronic mail services; telecommunication of information (including web pages), computer programs and any other data; video broadcasting, broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications

*IDENTIFICATION*                                          networks; streaming of video content via a global computer network; subscription audio broadcasting via a global computer network; audio broadcasting; audio broadcasting of spoken word, music, concerts, and radio programmes; streaming of audio content via a global computer network; electronic transmission of audio and video files via communications networks; communication services, namely, matching users for the transfer of music, video and audio recordings via communication networks; electronic bulletin board services; providing computer bulletin board in the fields of music, video, film, books, television, games and sports;

IYO_0000684

providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic news services; electronic communications consultancy; facsimile, message collection and transmission services; transmission of data and of information by electronic means, computer, cable, radio, teleprinter, teleletter, electronic mail, telecopier, television, microwave, laser beam, communications satellite or electronic communication means; transmission of data by audio-visual apparatus controlled by data processing apparatus or computers; provision of access time to web-sites featuring multimedia materials; providing access to databases and directories via communications networks for obtaining data in the fields of music, video, film, books, television, games and sports; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; organizing and conducting video conferences; provision of access time to web-sites featuring multimedia materials; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; providing computer data bases in the nature of a bulletin board in the fields of music, video, film, books, television, games and sports; providing an online searchable database of text, data, image, audio, video and multimedia content in the fields of telecommunications, mobile phones; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; information, advisory and consultancy services relating to all the aforesaid

| | |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **INTERNATIONAL CLASS** | 039 |
| **\*IDENTIFICATION** | Transport; Packaging and storage of goods; Travel arrangement |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |

IYO_0000685

| | |
|---|---|
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **INTERNATIONAL CLASS** | 041 |
| **\*IDENTIFICATION** | Education; providing of training; entertainment; sporting and cultural activities; providing online music not downloadable; providing on-line audio content, not downloadable, including music, ongoing radio programs, audio books, podcasts and webcasts; entertainment, namely, providing audio and multimedia content, games, software applications; providing information, news and commentary in the fields of entertainment, popular culture, recreation and leisure activities, sports and sporting events, educational services, concerts, cultural events, and live theatrical productions; providing information relating to the organizing of educational, cultural sporting, and entertainment exhibitions, and community, sporting and cultural activities, contests and games; providing non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, concerts, cultural events, and live theatrical productions; providing information in the field of educational and entertainment activities and events for children; providing classes, workshops, and instruction using voice enabled software applications; lending libraries; providing on-line electronic publications, not downloadable; distribution of video tapes; providing on-line virtual reality game services on a computer network; conducting fitness classes; toy rental; games equipment rental; animal training; modelling artists; operating lotteries; computer-based educational, teaching, and training services; providing online computer games; electronic publishing services; providing electronic books, magazines, newspapers, journals, periodicals, and other publications; providing online text, video, audio, and multimedia programs; ticket reservation and booking services for entertainment, sporting and cultural events; providing information, advice, news, reviews, and commentary in the fields of entertainment, sporting and cultural events; arranging and conducting of commercial, trade and business conferences; booking of seats for shows; education information; entertainment information; information (recreation -); rental of audio equipment; training services provided via simulators; information, advisory and consultancy services relating to all the aforesaid |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely |

IYO_0000686

**INTENT TO PERFECT 44(d)**

on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**INTERNATIONAL CLASS**

042

***IDENTIFICATION**

Architecture; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; design services; Engineering design services; Technical research; product design; graphic design; packaging design; jewelry design; hardware design; furniture design; design consultancy; house design; construction design; automotive design; fashion design; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; cloud computing services; rental of computer hardware, software, and peripherals; providing online non-downloadable software; consultation services for developing computer systems, databases and applications; computer security and data security consultancy; data encryption services; providing computer hardware or software information online; maintenance, repair and updating of computer software and applications; technical support services, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; creating indexes of online information, sites and other resources available on the Internet and other electronic communications networks; cartography and mapping services; providing an Internet portal allowing users to preview and download electronic books, publications, and other documents; scientific and technological services; industrial design services; industrial analysis and research services; information, advisory and consultancy services relating to all the aforesaid; quality control; surveying; chemical research; clinical trial; meteorological information; Providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; providing online non-downloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software

**FILING BASIS**

SECTION 1(b)

**FILING BASIS**

SECTION 44(d)

**FOREIGN APPLICATION NUMBER**

0090647

**FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY**

Jamaica

**FOREIGN FILING DATE**

09/25/2023

At this time, the applicant intends to rely on Section 44(e) as a

IYO_0000687

| | |
|---|---|
| **INTENT TO PERFECT 44(d)** | basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **INTERNATIONAL CLASS** | 043 |
| **\*IDENTIFICATION** | Services for providing food and drink |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
|     **FOREIGN APPLICATION NUMBER** | 0090647 |
|     **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
|     **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **INTERNATIONAL CLASS** | 044 |
| **\*IDENTIFICATION** | Medical services; Healthcare services; Veterinary services; Hygienic and beauty care for human beings or animals |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
|     **FOREIGN APPLICATION NUMBER** | 0090647 |
|     **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
|     **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **INTERNATIONAL CLASS** | 045 |
| **\*IDENTIFICATION** | Legal services; Security services for the physical protection of tangible property and individuals; Personal and social services rendered by others to meet the needs of individuals; Dating services, online social networking services |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
|     **FOREIGN APPLICATION NUMBER** | 0090647 |
|     **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
|     **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | J. Scott Gerien |

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER** | AAA075-001 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Dickenson, Peatman & Fogarty |
| **STREET** | 1500 First Street, Ste 200 |
| **CITY** | Napa |
| **STATE** | California |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 94559 |
| **PHONE** | 707-261-7000 |
| **EMAIL ADDRESS** | tmdept@dpf-law.com |
| **OTHER APPOINTED ATTORNEY** | Katja Loeffelholz; Christopher J. Passarelli; Paul W. Reidl; Joy L. Durand; Brett J. Leininger |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | J. Scott Gerien |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | tmdept@dpf-law.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |

## FEE INFORMATION

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 19 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| **\*TOTAL FEES DUE** | 6650 |
| **\*TOTAL FEES PAID** | 6650 |

## SIGNATURE INFORMATION

| | |
|---|---|
| **SIGNATURE** | NOT PROVIDED |
| **SIGNATORY'S NAME** | NOT PROVIDED |
| **SIGNATORY'S POSITION** | NOT PROVIDED |
| **DATE SIGNED** | NOT PROVIDED |

IYO_0000689

**Trademark/Service Mark Application, Principal Register**

**Serial Number: 98276003**
**Filing Date: 11/17/2023**

## To the Commissioner for Trademarks:

**MARK:** IO (Standard Characters, see mark)
The literal element of the mark consists of IO. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Weynorth Limited, a limited company (ltd.) legally organized under the laws of United Kingdom, having an address of
    62 The Street
    Ashtead, Surrey KT211AT
    United Kingdom
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content; network communication apparatus; downloadable data, images, audio / video files; downloadable digital files authenticated by non-fungible tokens (NFTs); downloadable digital media, namely digital assets, digital collectibles, digital art, digital tokens and non-fungible tokens (NFTs); downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and non-fungible tokens (NFTs); downloadable software for enabling a user to view, market, purchase, sell or exchange non-fungible tokens (NFTs) or digital goods; downloadable software for creating non-fungible tokens (NFTs); handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; connected bracelets; electronic book readers; computer software; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; application development software; computer game software; downloadable pre-recorded audio, video and multimedia content; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; biometric identification and authentication apparatus; accelerometers; altimeters; distance measuring apparatus; distance recording apparatus; pedometers; pressure measuring apparatus; pressure indicators; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; virtual and augmented reality displays, goggles, controllers, and headsets; 3D spectacles; eyeglasses; sunglasses; spectacle lenses; optical glass; optical goods; optical apparatus and instruments; cameras; flashes for cameras; keyboards, mice, mouse pads, printers, disk drives, and hard drives; sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; motor vehicle audio apparatus; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; set top boxes; radios; radio transmitters and receivers; user interfaces for on-board motor vehicle computers and electronic devices, namely electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; global positioning systems (GPS devices); navigational instruments; navigation apparatus for vehicles; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; wearable devices for controlling computers, mobile telephones, mobile electronic devices, smart watches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; data storage apparatus; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive touchscreens; interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders; protective films adapted for computer screens, mobile telephone screens, and smartwatch screens; parts and accessories for computers, computer peripherals, mobile telephones, mobile

electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, straps and lanyards for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; selfie sticks;; electronic agendas; dictating machines; electronic tags for goods; facsimile machines; weighing apparatus and instruments; measures; electronic notice boards; measuring apparatus; wafers; integrated circuits; amplifiers; fluorescent screens; remote controls; lights conducting filaments; electric installations for the remote control of industrial operations; life-saving apparatus and equipment; whistle alarms; animated cartoons; decorative magnets; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the Internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; accessories for smart audio speakers; computer game programs; robots; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use; picture making machines; Downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; Software applications; Downloadable software applications
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 0090647, filed 09/25/2023.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.


International Class 010:  General wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement and calories burned
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 0090647, filed 09/25/2023.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.


International Class 012:  Vehicles; apparatus for locomotion by land, air or water; aircraft; automobiles; bicycles; cars; drones; camera drones; civilian drones; electrically powered vehicles; motorcycles; trucks; unmanned vehicles; unmanned aerial vehicles (UAVs); electric vehicles; vans; delivery vans; remote control vehicles, other than toys
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 0090647, filed 09/25/2023.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.


International Class 014:  Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases for clock and watchmaking; cases for watches; straps for wrist watches; watch bands; watch cases; watch chains; parts and fittings for all the aforesaid goods
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 0090647, filed 09/25/2023.

IYO_0000691

INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.


International Class 015:  Musical instruments; parts and fittings for all the aforesaid goods
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 0090647, filed 09/25/2023.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.


International Class 016:  Paper, cardboard; printed matter and books; bookbinding material; photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials; paint brushes; typewriters and office requisites; instructional and teaching material; plastic materials for packaging; printed publications; books; magazines; newsletters; periodicals; brochures; booklets; pamphlets; manuals; journals; leaflets; greeting cards; advertising and promotional material; catalogues; fiction and non-fiction books on a variety of topics; series of fiction and non-fiction books, comic books, graphic novels, stories in illustrated form and comic book stories, storyboards, and artwork; periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers; printed matter in the field of tablet computers; printed matter in the field of multi-media products, interactive products and online services; catalogues relating to computer software; computer brochures; computer handbooks; computer hardware publications; computer hardware reference manuals; computer hardware users guides; computer instruction manuals; computer manuals; publications relating to technology, digital technology and gadgets; user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; catalogues relating to musical apparatus and instruments; catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; music books; music instruction manuals; music magazines; desk accessories; telephone and address books; agendas; diaries; calendars; posters; mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; display materials; decals and bumper stickers; booklets for sale with audio tapes; decalcomanias; diaries; gift cards; gift vouchers; labels; maps; diaries; dictionaries; personal organizers; postage stamps; postcards; posters; bags for microwave cooking of paper; absorbent paper; tissues of paper; towels of paper; vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; parts and fittings for all the aforesaid goods; computer hardware reference manuals; computer hardware users guide; computer instruction manuals; computer manuals: publications relating to technology, digital technology and gadgets
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 0090647, filed 09/25/2023.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.


International Class 018:  Leather and imitations of leather; animal skins, hides; trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery; attaché cases; bags; bags for campers; bags for sports; beach bags; boxes of leather or leatherboard; card cases; cases of leather or leatherboard; furniture coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; shopping bags; shoulder belts of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; travelling sets; briefcases; belts; leather belts; animal collars and leashes; keys cases; leather laces; music cases; purses; satchels; wallets; fur and garments and articles made from fur; valises; vanity cases, not fitted; wheeled shopping bags; parts and fittings for all the aforesaid goods
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 0090647, filed 09/25/2023.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.


International Class 025:  Clothing, footwear and headgear
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

IYO_0000692

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 0090647, filed 09/25/2023.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.


International Class 028:  Games and playthings; video game apparatus; gymnastic and sporting articles; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; electrical and electronic amusement apparatus (automatic, coin/counter freed); video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; video output toys and games; toy robots; interactive computer toys and games; standalone video game machines incorporating a means of display; computer games apparatus, electronic games apparatus and video games apparatus, not included in other classes; game consoles; protective films adapted for screens for portable games; controllers for game consoles; rocking horses, pinball machines; pinball game machines (toys); musical toys, games and playthings; toy audio apparatus; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated toys; electronic toys; electronically operated toys; toy computers (not working); toy mobile telephones (not working); dolls; toy and novelty face masks; novelties in the form of souvenirs; snow glass balls; action figures and accessories to the action figures; dolls' clothing and accessories not included in other classes, all for use with dolls; hockey games; toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; drones; toys; controllers for toys; board games; card games; playing cards; computer and video game apparatus, other than coin operated or those adapted for use with television receivers; portable games with liquid crystal displays
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 0090647, filed 09/25/2023.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.


International Class 035:  Advertising; business management; business administration; office functions; advertising management; advertising services, namely, promoting the goods and services of others; demonstration of goods; development dissemination of advertising matter; dissemination of advertising for others via an online electronic communications network; modelling for advertising or sales promotion; rental of advertising space; online advertising on computer networks; online advertising on the Internet and other global computer network systems; organisation of exhibitions for commercial or advertising purposes; organisation of trade fairs for commercial or advertising purposes; outdoor advertising; market analysis; marketing research; market research and information services; opinion polling; public relations; public relations services; publication of publicity texts; publicity agencies; transcription; publicity texts (writing of -); personnel recruitment consultancy; accounting; assistance with purchasing goods and services, for others; audit services; bookkeeping; business assistance for artists and performers; business appraisals; business information services; business investigations; business management consultancy; commercial information agency services; commercial management assistance; copying of documents; cost analysis; document reproduction; drawing up of statements of account; economic forecasting; efficiency expert services; industrial management assistance; photocopying; preparation of tax returns; professional business consultancy services; providing an on-line commercial information directory; secretarial services; shorthand; transcription; typing; word processing; compilation and systemisation of data into computer databases; compilation of business information into a searchable databases available via a global computer network; compilation of computer databases for transmitting, displaying and storing transaction, identification and financial information; compiling of information into computer databases; compiling statistics; computerised data management; computerised database management services; computerised processing of on-line purchase orders; database management services; providing an on-line commercial information directory; provision of business information via a searchable database and via a global computer network; searching for data in computer databases, for others; searching for data in computer files, for others; sorting and editing of information in computer databases; online retail of music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services and/or on-line retail store services in relation to consumer goods, electronic goods, and household goods; customer loyalty program services featuring rewards in the form of discounted shipping services; database services to enable others to conveniently view and select services from a website; dissemination of advertising for others via the internet; the collection of a selection of service providers to enable others to conveniently view and select these services from a website; auction services; auctioning; auctioneering services; business intermediary services for the sale and purchase of goods and services; comparison services (price -); computerized on-line ordering of services for general merchandise and general consumer goods; import and export agencies; information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them; information, advisory and consultancy services relating to all the aforesaid
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 0090647, filed 09/25/2023.

IYO_0000693

INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

International Class 036:  Financial, monetary and banking services
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 0090647, filed 09/25/2023.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

International Class 037:  Repair; Maintenance, installation services; information, advisory and consultancy services relating to all the aforesaid
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 0090647, filed 09/25/2023.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

International Class 038:  Telecommunications; communication and telecommunication services; telecommunication access services; communications by computer; communications by tablet computer; communication between computers; electronic sending of data and documentation via the Internet or other databases; supply of data and news by electronic transmission; providing access to websites and electronic news services online allowing the download of information and data; providing access to web sites on the Internet; serving and transmitting audio, video, multimedia, and advertising content to computers, mobile telephones, media players, and other mobile digital devices; delivery of digital music by telecommunications; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; providing wireless telecommunications via electronic communications networks; wireless digital messaging, paging services, and electronic mail services, including services that enable a user to send and/or receive messages through a wireless data network; one-way and two-way paging services; communication by computer, computer intercommunication; telex, telegram and telephone services; broadcasting or transmission of radio and television programmes; time sharing services for communication apparatus; provision of telecommunications access and links to computer databases and the Internet; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services (transmission); delivery of messages by electronic transmission; provision of connectivity services and access to electronic communications networks, for transmission or reception of audio, video or multimedia content; provision of telecommunications connections to electronic communication networks, for transmission or reception of audio, video or multimedia content; providing access to digital music web sites on the Internet; providing access to MP3 web sites on the Internet; delivery of digital music by telecommunications; provision of telecommunications connections to the Internet or computer databases; providing user access to the Internet (service providers); electronic mail services; telecommunication of information (including web pages), computer programs and any other data; video broadcasting, broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; streaming of video content via a global computer network; subscription audio broadcasting via a global computer network; audio broadcasting; audio broadcasting of spoken word, music, concerts, and radio programmes; streaming of audio content via a global computer network; electronic transmission of audio and video files via communications networks; communication services, namely, matching users for the transfer of music, video and audio recordings via communication networks; electronic bulletin board services; providing computer bulletin board in the fields of music, video, film, books, television, games and sports; providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic news services; electronic communications consultancy; facsimile, message collection and transmission services; transmission of data and of information by electronic means, computer, cable, radio, teleprinter, teleletter, electronic mail, telecopier, television, microwave, laser beam, communications satellite or electronic communication means; transmission of data by audio-visual apparatus controlled by data processing apparatus or computers; provision of access time to web-sites featuring multimedia materials; providing access to databases and directories via communications networks for obtaining data in the fields of music, video, film, books, television, games and sports; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; organizing and conducting video conferences; provision of access time to web-sites featuring multimedia materials; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; providing computer data bases in the nature of a bulletin board in the fields of music, video, film, books, television, games and sports; providing an online searchable

database of text, data, image, audio, video and multimedia content in the fields of telecommunications, mobile phones; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; information, advisory and consultancy services relating to all the aforesaid

Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 0090647, filed 09/25/2023.

INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.


International Class 039:  Transport; Packaging and storage of goods; Travel arrangement

Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 0090647, filed 09/25/2023.

INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.


International Class 041:  Education; providing of training; entertainment; sporting and cultural activities; providing online music not downloadable; providing on-line audio content, not downloadable, including music, ongoing radio programs, audio books, podcasts and webcasts; entertainment, namely, providing audio and multimedia content, games, software applications; providing information, news and commentary in the fields of entertainment, popular culture, recreation and leisure activities, sports and sporting events, educational services, concerts, cultural events, and live theatrical productions; providing information relating to the organizing of educational, cultural sporting, and entertainment exhibitions, and community, sporting and cultural activities, contests and games; providing non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, concerts, cultural events, and live theatrical productions; providing information in the field of educational and entertainment activities and events for children; providing classes, workshops, and instruction using voice enabled software applications; lending libraries; providing on-line electronic publications, not downloadable; distribution of video tapes; providing on-line virtual reality game services on a computer network; conducting fitness classes; toy rental; games equipment rental; animal training; modelling artists; operating lotteries; computer-based educational, teaching, and training services; providing online computer games; electronic publishing services; providing electronic books, magazines, newspapers, journals, periodicals, and other publications; providing online text, video, audio, and multimedia programs; ticket reservation and booking services for entertainment, sporting and cultural events; providing information, advice, news, reviews, and commentary in the fields of entertainment, sporting and cultural events; arranging and conducting of commercial, trade and business conferences; booking of seats for shows; education information; entertainment information; information (recreation -); rental of audio equipment; training services provided via simulators; information, advisory and consultancy services relating to all the aforesaid

Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 0090647, filed 09/25/2023.

INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.


International Class 042:  Architecture; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; design services; Engineering design services; Technical research; product design; graphic design; packaging design; jewelry design; hardware design; furniture design; design consultancy; house design; construction design; automotive design; fashion design; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; cloud computing services; rental of computer hardware, software, and peripherals; providing online non-downloadable software; consultation services for developing computer systems, databases and applications; computer security and data security consultancy; data encryption services; providing computer hardware or software information online; maintenance, repair and updating of computer software and applications; technical support services, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; creating indexes of online information, sites and other resources available on the Internet and other electronic communications networks; cartography and mapping services; providing an Internet portal allowing

IYO_0000695

users to preview and download electronic books, publications, and other documents; scientific and technological services; industrial design services; industrial analysis and research services; information, advisory and consultancy services relating to all the aforesaid; quality control; surveying; chemical research; clinical trial; meteorological information; Providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; providing online non-downloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 0090647, filed 09/25/2023.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.


International Class 043:  Services for providing food and drink
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 0090647, filed 09/25/2023.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.


International Class 044:  Medical services; Healthcare services; Veterinary services; Hygienic and beauty care for human beings or animals
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 0090647, filed 09/25/2023.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.


International Class 045:  Legal services; Security services for the physical protection of tangible property and individuals; Personal and social services rendered by others to meet the needs of individuals; Dating services, online social networking services
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 0090647, filed 09/25/2023.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.




The owner's/holder's proposed attorney information: J. Scott Gerien. Other appointed attorneys are Katja Loeffelholz; Christopher J. Passarelli; Paul W. Reidl; Joy L. Durand; Brett J. Leininger. J. Scott Gerien of Dickenson, Peatman & Fogarty, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    1500 First Street, Ste 200
    Napa, California 94559
    United States
    707-261-7000(phone)
    tmdept@dpf-law.com
The docket/reference number is AAA075-001.
J. Scott Gerien submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

J. Scott Gerien

PRIMARY EMAIL FOR CORRESPONDENCE: tmdept@dpf-law.com      SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $6650 has been submitted with the application, representing payment for 19 class(es).

<strong>Declaration</strong>

**Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: Not Provided    Date: Not Provided
Signatory's Name: Not Provided
Signatory's Position: Not Provided
Signatory's Phone Number: Not Provided
Payment Sale Number: 98276003
Payment Accounting Date: 11/17/2023

Serial Number: 98276003
Internet Transmission Date: Fri Nov 17 16:16:30 ET 2023
TEAS Stamp: USPTO/BAS-XXXX:XXXX:XXXX:XXXX::XXX:XX-20
231117161630862747-98276003-8604d267789d
6ff4c2c8b46ec42bec9b884832a26316f10be944
e54b33db8db3c7-DA-16307935-2023111716143
0891382

IYO_0000697

# IO

IYO_0000698

# IO

IYO_0000699