# EXHIBIT H

**Generated on:** This page was generated by TSDR on 2026-03-21 11:23:25 EDT

**Mark:** IO

IO

**US Serial Number:** 98975624

**Application Filing Date:** Nov. 17, 2023

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** An Office action suspending further action on the application has been sent (issued) to the applicant. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jan. 26, 2026

# Mark Information

**Mark Literal Elements:** IO

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Related Properties Information

**Child Of:** 98276003

# Foreign Information

**Foreign Registration Number:** 4160716

**Foreign Registration Date:** Feb. 28, 2025

**Foreign Application/Registration Country:** Great Britain

**Foreign Expiration Date:** Nov. 17, 2033

**Priority Claimed:** Yes

**Foreign Application Number:** 0090647

**Foreign Application Filing Date:** Sep. 25, 2023

**Foreign Registration Number:** 90647

**Foreign Registration Date:** May 07, 2025

**Foreign Application/Registration Country:** JAMAICA

**Foreign Expiration Date:** Sep. 23, 2033

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Multifunctional electronic wellness devices, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned,

IYO_0000700

and general electronic wellness devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned

| | | |
|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** 021, 023, 026, 036, 038 |

**Class Status:** ACTIVE

**For:** Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods

| | | |
|---|---|---|
| **International Class(es):** | 014 - Primary Class | **U.S Class(es):** 002, 027, 028, 050 |

**Class Status:** ACTIVE

**For:** Musical instruments; replacement parts and fittings for all the aforesaid goods

| | | |
|---|---|---|
| **International Class(es):** | 015 - Primary Class | **U.S Class(es):** 002, 021, 036 |

**Class Status:** ACTIVE

**For:** Paper and cardboard; printed matter and books, namely, a series of printed books, printed articles, printed handouts and printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; Framed photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials, namely, Moulds for modelling clays; paint brushes; typewriters and office requisites, namely, staplers; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; plastic film materials for packaging; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed greeting cards; Printed advertising and promotional material, namely posters; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed fiction and non-fiction books on a variety of topics; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; printed periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, namely, lesson books; printed educational materials in the field of tablet computers; Printed catalogues relating to computer software; Printed computer brochures; Printed computer handbooks; Printed computer hardware reference manuals; Printed computer hardware users guides; Printed computer instruction manuals; Printed computer manuals; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; Printed catalogues relating to musical apparatus and instruments; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; Printed music books; Printed music instruction manuals; Printed music magazines; Printed telephone and address books; Printed blank agendas; Printed diaries; Printed calendars; Printed posters; Printed mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; decalcomanias; Paper gift cards; paper gift vouchers; paper labels; Printed maps; printed dictionaries; personal organizers; postage stamps; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; tissues of paper; towels of paper; printed vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; Printed computer hardware users guide; Printed computer manuals

| | | |
|---|---|---|
| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 050 |

**Class Status:** ACTIVE

**For:** Games and playthings, namely, boardgames; Arcade-type electronic video games; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; video game consoles; protective films adapted for screens for portable games; controllers for game consoles; toy rocking horses; electronic arcade pinball machines; toy pinball game machines; musical toys; toy radios; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; toy computers, non-operational; toy mobile telephones non-operational; dolls; toy and novelty face masks; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; toy drones; Controllers for toy cars and toy planes: board games; card games; playing cards; portable games with liquid crystal displays

| | | |
|---|---|---|
| **International Class(es):** | 028 - Primary Class | **U.S Class(es):** 022, 023, 038, 050 |

**Class Status:** ACTIVE

**For:** Legal services; Surveillance services relating to the security of tangible property; Online social networking services provided via downloadable mobile applications and a website; Dating services; online social networking services

| | | |
|---|---|---|
| **International Class(es):** | 045 - Primary Class | **U.S Class(es):** 100, 101 |

**Class Status:** ACTIVE

IYO_0000701

# Basis Information (Case Level)

| | | | | |
|---|---|---|---|---|
| **Filed Use:** | No | | **Currently Use:** | No |
| **Filed ITU:** | Yes | | **Currently ITU:** | Yes |
| **Filed 44D:** | Yes | | **Currently 44D:** | No |
| **Filed 44E:** | No | | **Currently 44E:** | Yes |
| **Filed 66A:** | No | | **Currently 66A:** | No |
| **Filed No Basis:** | No | | **Currently No Basis:** | No |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Weynorth Limited |
| **Owner Address:** | 62 The Street<br>Ashtead, Surrey UNITED KINGDOM KT211AT |
| **Legal Entity Type:** | limited company (ltd.) |
| **State or Country Where Organized:** | UNITED KINGDOM |

# Attorney/Correspondence Information

## Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | J. Scott Gerien | **Docket Number:** | AAA075-001 |
| **Attorney Primary Email Address:** | tmdept@dpf-law.com | **Attorney Email Authorized:** | Yes |

## Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | J. Scott Gerien<br>DICKENSON, PEATMAN & FOGARTY<br>1500 FIRST STREET, STE 200<br>NAPA, CALIFORNIA United States 94559 |
| **Phone:** | 7072527122 |
| **Correspondent e-mail:** | tmdept@dpf-law.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 26, 2026 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| Jan. 26, 2026 | LETTER OF SUSPENSION E-MAILED | |
| Jan. 26, 2026 | SUSPENSION LETTER WRITTEN | |
| Dec. 22, 2025 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Dec. 22, 2025 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Dec. 22, 2025 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 06, 2025 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Oct. 06, 2025 | NON-FINAL ACTION E-MAILED | |
| Oct. 06, 2025 | NON-FINAL ACTION WRITTEN | |
| Sep. 30, 2025 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Sep. 30, 2025 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Sep. 26, 2025 | TEAS RESPONSE TO SUSPENSION INQUIRY RECEIVED | |
| Apr. 15, 2025 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| Apr. 15, 2025 | LETTER OF SUSPENSION E-MAILED | |
| Apr. 15, 2025 | SUSPENSION LETTER WRITTEN | |
| Apr. 15, 2025 | EXAMINER'S AMENDMENT ENTERED | |
| Apr. 15, 2025 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Apr. 15, 2025 | EXAMINERS AMENDMENT E-MAILED | |
| Apr. 15, 2025 | EXAMINERS AMENDMENT -WRITTEN | |
| Mar. 03, 2025 | DIVISIONAL PROCESSING COMPLETE | |

| Date | Action | |
|------|--------|---|
| Sep. 06, 2024 | DIVISIONAL REQUEST RECEIVED | |
| Feb. 27, 2025 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71906 |
| Oct. 08, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Oct. 07, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Oct. 07, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 02, 2024 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Oct. 02, 2024 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| Sep. 06, 2024 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Jul. 02, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jul. 02, 2024 | NON-FINAL ACTION E-MAILED | |
| Jul. 02, 2024 | NON-FINAL ACTION WRITTEN | |
| Jun. 23, 2024 | ASSIGNED TO EXAMINER | 76419 |
| Apr. 17, 2024 | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | |
| Apr. 17, 2024 | ASSIGNED TO LIE | |
| Nov. 27, 2023 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Dec. 30, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 21, 2023 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** FRENCH, CURTIS W

**Law Office Assigned:** LAW OFFICE 115

**File Location**

**Current Location:** TMO LAW OFFICE 115

**Date in Location:** Jan. 26, 2026

IYO_0000703

| | |
|---|---|
| **To:** | J. Scott Gerien(tmdept@dpf-law.com) |
| **Subject:** | U.S. Trademark Application Serial No. 98975624 - IO - - AAA075-001 |
| **Sent:** | January 26, 2026 01:44:35 PM EST |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 98975624

**Mark:** IO

**Correspondence Address:**
J. Scott Gerien
DICKENSON, PEATMAN & FOGARTY
1500 FIRST STREET, STE 200
NAPA CA 94559
United States

**Applicant:** Weynorth Limited

**Reference/Docket No.** AAA075-001

**Correspondence Email Address:** tmdept@dpf-law.com

**SUSPENSION NOTICE**
**No Response Required**

**Issue date:** January 26, 2026

**The application is suspended** for the reason(s) specified below. *See* 37 C.F.R. §2.67; TMEP §§716 *et seq.*

**Application suspended until submission of foreign registration or proof that foreign registration was renewed.** Applicant is required to provide a copy of a foreign registration from applicant's country of origin; the foreign registration must be valid when the U.S. registration issues. 15 U.S.C. §1126(e); 37 C.F.R. §2.34(a)(3)(ii)-(iii); TMEP §§1004, 1004.01(a). Action on the application is suspended until the USPTO receives a copy of such foreign registration or proof that the foreign registration was renewed. TMEP §§716.02(b), 1003.04. Applicant must also provide an English translation if the foreign registration or renewal document is not in English. 37 C.F.R. §2.34(a)(3)(ii)-(iii).

If the foreign application abandons or the foreign registration is not renewed, applicant should promptly notify the trademark examining attorney. *See* TMEP §§1003.08, 1004.01(a). In such case, applicant

IYO_0000704

may amend the application to rely on another filing basis, if appropriate, and will retain the priority filing date, if applicable.  TMEP §§1003.08, 1004.01(a).

**Refusal(s) and/or requirement(s) resolved.** The following refusal(s) and/or requirement(s) is/are satisfied:

- Foreign certificate (United Kingdom) for the goods and services in CLASSES 14, 15, 16, 28, and 45

*See* TMEP §713.02.

**Suspension process.** The USPTO will periodically check this application to determine if it should remain suspended. *See* TMEP §716.04. As needed, the trademark examining attorney will issue a letter to applicant to inquire about the status of the reason for the suspension.  TMEP §716.05.

**No response required.**  Applicant may file a response, but is not required to do so.

/Curtis French/
Curtis French
Examining Attorney
LO115--LAW OFFICE 115
(571) 272-9472
Curtis.French@USPTO.GOV

IYO_0000705

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on January 26, 2026 for
**U.S. Trademark Application Serial No.  98975624**

A USPTO examining attorney has reviewed your trademark application and issued an Office action.  You may be required to respond to this Office action.  Follow the steps below.

**(1) Read the Office action**.  This email is NOT the Office action.

**(2) Respond to the Office action, if a response is required.** Respond by deadline using the Trademark Electronic Application System (TEAS). Your response must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

# GENERAL GUIDANCE
- **Check the status** **of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your Serial Number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney**. If you do not have an attorney and are not required to

IYO_0000706

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

IYO_0000707

**Trademark Snap Shot Amendment & Mail Processing Stylesheet**
(Table presents the data on Amendment & Mail Processing Complete)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 98975624 | FILING DATE | 11/17/2023 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK, TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | FRENCH,CURTIS W | L.O. ASSIGNED | TMO LAW OFFICE 115 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 12/23/2025 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL ACTION - ENTERED |
| STATUS DATE | 12/22/2025 |
| LITERAL MARK ELEMENT | IO |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | YES | 44D | YES | 44D | NO |
| 44E | NO | 44E | YES | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | IO |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

IYO_0000708

| | |
|---|---|
| NAME | Weynorth Limited |
| ADDRESS | 62 The Street<br>Ashtead, Surrey, KT211AT |
| ENTITY | 99-limited company (ltd.) |
| CITIZENSHIP | UNITED KINGDOM |

## GOODS AND SERVICES

INTERNATIONAL CLASS                     009

    DESCRIPTION TEXT

Multifunctional electronic wellness devices, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, and general electronic wellness devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned

INTERNATIONAL CLASS                     014

    DESCRIPTION TEXT

Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods

INTERNATIONAL CLASS                     015

    DESCRIPTION TEXT

Musical instruments; replacement parts and fittings for all the aforesaid goods

INTERNATIONAL CLASS                     016

    DESCRIPTION TEXT

Paper and cardboard; printed matter and books, namely, a series of printed books, printed articles, printed handouts and printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; Framed photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials, namely, Moulds for modelling clays; paint brushes; typewriters and office requisites, namely, staplers; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; plastic film materials for packaging; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed greeting cards; Printed advertising and promotional material, namely posters; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed fiction and non-fiction books on a variety of topics; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; printed periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, namely, lesson books; printed educational materials in the field of tablet computers; Printed catalogues relating to computer software; Printed computer brochures; Printed computer handbooks; Printed computer hardware reference manuals; Printed computer hardware users guides; Printed computer instruction manuals; Printed computer manuals; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; Printed catalogues relating to musical apparatus and instruments; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; Printed music books; Printed music instruction manuals; Printed music magazines; Printed telephone and address books; Printed blank agendas; Printed diaries; Printed calendars; Printed posters; Printed mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; decalcomanias; Paper gift cards; paper gift vouchers; paper labels; Printed maps; printed dictionaries; personal organizers; postage stamps; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; tissues of paper; towels of paper; printed vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; Printed computer hardware users guide; Printed computer manuals

IYO_0000709

| INTERNATIONAL CLASS | 028 |
| --- | --- |
| DESCRIPTION TEXT | Games and playthings, namely, boardgames; Arcade-type electronic video games; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; video game consoles; protective films adapted for screens for portable games; controllers for game consoles; toy rocking horses; electronic arcade pinball machines; toy pinball game machines; musical toys; toy radios; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; toy computers, non-operational; toy mobile telephones non-operational; dolls; toy and novelty face masks; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; toy drones; Controllers for toy cars and toy planes: board games; card games; playing cards; portable games with liquid crystal displays |

| INTERNATIONAL CLASS | 045 |
| --- | --- |
| DESCRIPTION TEXT | Legal services; Surveillance services relating to the security of tangible property; Online social networking services provided via downloadable mobile applications and a website; Dating services; online social networking services |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| INTERNATIONAL CLASS | 014 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 015 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 016 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 028 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 045 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
| --- | --- |
| CHILD OF | 98276003 |

## FOREIGN INFORMATION

| PRIORITY CLAIMED | SEC. 44(D) ON JAMAICA |
| --- | --- |
| APPLICATION NO. | 0090647 |
| APPLICATION FILING DATE | 09/25/2023 |
| FOREIGN REG NO. | 90647 |

IYO_0000710

| | |
|---|---|
| FOREIGN REG DATE | 05/07/2025 |
| FOREIGN RNWL NUM | N/A |
| DATE OF FOREIGN RNWL | N/A |
| FOREIGN EXPIRATION | 09/23/2033 |
| FOREIGN RNWL EXPIRATION | N/A |
| PRIORITY CLAIMED | SEC. 44(D) ON JAMAICA |
| APPLICATION NO. | 0090647 |
| APPLICATION FILING DATE | 09/25/2023 |
| FOREIGN REG NO. | 90647 |
| FOREIGN REG DATE | 05/07/2025 |
| FOREIGN RNWL NUM | N/A |
| DATE OF FOREIGN RNWL | N/A |
| FOREIGN EXPIRATION | 09/23/2033 |
| FOREIGN RNWL EXPIRATION | N/A |
| PRIORITY CLAIMED | N/A |
| APPLICATION NO. | 0090647 |
| APPLICATION FILING DATE | 09/25/2023 |
| FOREIGN REG NO. | 90647 |
| FOREIGN REG DATE | 05/07/2025 |
| FOREIGN RNWL NUM | N/A |
| DATE OF FOREIGN RNWL | N/A |
| FOREIGN EXPIRATION | 09/23/2033 |
| FOREIGN RNWL EXPIRATION | N/A |
| PRIORITY CLAIMED | SEC. 44(D) ON JAMAICA |
| APPLICATION NO. | 0090647 |
| APPLICATION FILING DATE | 09/25/2023 |
| FOREIGN REG NO. | 90647 |
| FOREIGN REG DATE | 05/07/2025 |
| FOREIGN RNWL NUM | N/A |
| DATE OF FOREIGN RNWL | N/A |
| FOREIGN EXPIRATION | 09/23/2033 |
| FOREIGN RNWL EXPIRATION | N/A |
| PRIORITY CLAIMED | N/A |
| APPLICATION NO. | 0090647 |
| APPLICATION FILING DATE | 09/25/2023 |
| FOREIGN REG NO. | 90647 |
| FOREIGN REG DATE | 05/07/2025 |
| FOREIGN RNWL NUM | N/A |
| DATE OF FOREIGN RNWL | N/A |
| FOREIGN EXPIRATION | 09/23/2033 |
| FOREIGN RNWL EXPIRATION | N/A |
| PRIORITY CLAIMED | SEC. 44(D) ON JAMAICA |
| APPLICATION NO. | 0090647 |
| APPLICATION FILING DATE | 09/25/2023 |
| FOREIGN REG NO. | 90647 |

IYO_0000711

| | |
|---|---|
| FOREIGN REG DATE | 05/07/2025 |
| FOREIGN RNWL NUM | N/A |
| DATE OF FOREIGN RNWL | N/A |
| FOREIGN EXPIRATION | 09/23/2033 |
| FOREIGN RNWL EXPIRATION | N/A |
| PRIORITY CLAIMED | N/A |
| APPLICATION NO. | 0090647 |
| APPLICATION FILING DATE | 09/25/2023 |
| FOREIGN REG NO. | 90647 |
| FOREIGN REG DATE | 05/07/2025 |
| FOREIGN RNWL NUM | N/A |
| DATE OF FOREIGN RNWL | N/A |
| FOREIGN EXPIRATION | 09/23/2033 |
| FOREIGN RNWL EXPIRATION | N/A |
| PRIORITY CLAIMED | SEC. 44(D) ON JAMAICA |
| APPLICATION NO. | 0090647 |
| APPLICATION FILING DATE | 09/25/2023 |
| FOREIGN REG NO. | 90647 |
| FOREIGN REG DATE | 05/07/2025 |
| FOREIGN RNWL NUM | N/A |
| DATE OF FOREIGN RNWL | N/A |
| FOREIGN EXPIRATION | 09/23/2033 |
| FOREIGN RNWL EXPIRATION | N/A |
| PRIORITY CLAIMED | N/A |
| APPLICATION NO. | 0090647 |
| APPLICATION FILING DATE | 09/25/2023 |
| FOREIGN REG NO. | 90647 |
| FOREIGN REG DATE | 05/07/2025 |
| FOREIGN RNWL NUM | N/A |
| DATE OF FOREIGN RNWL | N/A |
| FOREIGN EXPIRATION | 09/23/2033 |
| FOREIGN RNWL EXPIRATION | N/A |
| PRIORITY CLAIMED | SEC. 44(D) ON JAMAICA |
| APPLICATION NO. | 0090647 |
| APPLICATION FILING DATE | 09/25/2023 |
| FOREIGN REG NO. | 90647 |
| FOREIGN REG DATE | 05/07/2025 |
| FOREIGN RNWL NUM | N/A |
| DATE OF FOREIGN RNWL | N/A |
| FOREIGN EXPIRATION | 09/23/2033 |
| FOREIGN RNWL EXPIRATION | N/A |
| PRIORITY CLAIMED | N/A |
| APPLICATION NO. | 0090647 |
| APPLICATION FILING DATE | 09/25/2023 |
| FOREIGN REG NO. | 90647 |

IYO_0000712

| FOREIGN REG DATE | 05/07/2025 |
|---|---|
| FOREIGN RNWL NUM | N/A |
| DATE OF FOREIGN RNWL | N/A |
| FOREIGN EXPIRATION | 09/23/2033 |
| FOREIGN RNWL EXPIRATION | N/A |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 12/22/2025 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 034 |
| 12/22/2025 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 033 |
| 12/22/2025 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 032 |
| 10/06/2025 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 031 |
| 10/06/2025 | GNRT | F | NON-FINAL ACTION E-MAILED | 030 |
| 10/06/2025 | CNRT | R | NON-FINAL ACTION WRITTEN | 029 |
| 09/30/2025 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 028 |
| 09/30/2025 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 027 |
| 09/26/2025 | ERSI | I | TEAS RESPONSE TO SUSPENSION INQUIRY RECEIVED | 026 |
| 04/15/2025 | GNS3 | O | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | 025 |
| 04/15/2025 | GNSL | F | LETTER OF SUSPENSION E-MAILED | 024 |
| 04/15/2025 | CNSL | R | SUSPENSION LETTER WRITTEN | 023 |
| 04/15/2025 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 022 |
| 04/15/2025 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 021 |
| 04/15/2025 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 020 |
| 04/15/2025 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 019 |
| 03/03/2025 | DPCC | D | DIVISIONAL PROCESSING COMPLETE | 018 |
| 09/06/2024 | DRRR | I | DIVISIONAL REQUEST RECEIVED | 017 |
| 02/27/2025 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 016 |
| 10/08/2024 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 015 |
| 10/07/2024 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 014 |
| 10/07/2024 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 013 |
| 10/02/2024 | XELG | O | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | 012 |
| 10/02/2024 | XELR | I | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | 011 |
| 09/06/2024 | ERTD | I | TEAS REQUEST TO DIVIDE RECEIVED | 010 |
| 07/02/2024 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 009 |
| 07/02/2024 | GNRT | F | NON-FINAL ACTION E-MAILED | 008 |
| 07/02/2024 | CNRT | R | NON-FINAL ACTION WRITTEN | 007 |
| 06/23/2024 | DOCK | D | ASSIGNED TO EXAMINER | 006 |
| 04/17/2024 | AMPX | O | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | 005 |
| 04/17/2024 | ALIE | A | ASSIGNED TO LIE | 004 |
| 11/27/2023 | PARI | I | TEAS VOLUNTARY AMENDMENT RECEIVED | 003 |
| 12/30/2023 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | 002 |
| 11/21/2023 | NWAP | I | NEW APPLICATION ENTERED | 001 |

## CURRENT CORRESPONDENCE INFORMATION

IYO_0000713

ATTORNEY                                    J. Scott Gerien

CORRESPONDENCE ADDRESS                      J. Scott Gerien
                                            DICKENSON, PEATMAN & FOGARTY
                                            1500 FIRST STREET, STE 200
                                            NAPA, CA 94559

DOMESTIC REPRESENTATIVE                     NONE

IYO_0000714

# IO

IYO_0000715

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98975624 |
| **MARK SECTION** | |
| **MARK** | <u>mark</u> |
| **LITERAL ELEMENT** | IO |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |

## GOODS AND/OR SERVICES SECTION (009) (current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 009 |

**DESCRIPTION**

Multifunctional electronic wellness devices, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, and general electronic wellness devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
|    **FOREIGN APPLICATION NUMBER** | 0090647 |
|    **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
|    **FOREIGN FILING DATE** | 09/25/2023 |
| **FILING BASIS** | Section 44(e) |
|    **FOREIGN REGISTRATION NUMBER** | 90647 |
|    **FOREIGN REGISTRATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
|    **FOREIGN REGISTRATION DATE** | 05/07/2025 |
|    **FOREIGN EXPIRATION DATE** | 09/23/2033 |

## GOODS AND/OR SERVICES SECTION (009) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 009 |

**DESCRIPTION**

Multifunctional electronic wellness devices, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, and general electronic wellness devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned

IYO_0000716

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **DELETED FILING BASIS** | 44(e). |

## GOODS AND/OR SERVICES SECTION (014) (current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 014 |

**DESCRIPTION**

Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **FILING BASIS** | Section 44(e) |
| **FOREIGN REGISTRATION NUMBER** | 90647 |
| **FOREIGN REGISTRATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN REGISTRATION DATE** | 05/07/2025 |
| **FOREIGN EXPIRATION DATE** | 09/23/2033 |

## GOODS AND/OR SERVICES SECTION (014) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 014 |

**DESCRIPTION**

Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION** | |

IYO_0000717

| | |
|---|---|
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **FILING BASIS** | Section 44(e) |
| **FOREIGN REGISTRATION NUMBER** | 4160716 |
| **FOREIGN REGISTRATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Great Britain |
| **FOREIGN REGISTRATION DATE** | 02/28/2025 |
| **FOREIGN EXPIRATION DATE** | 11/17/2033 |
| **FOREIGN REGISTRATION FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | FRU1-10715466-194747208_._Certificate_of_Registration_for_UK00004160716_IO__Word_UK.pdf |
| **CONVERTED PDF FILE(S) (6 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0007.JPG |
| **STANDARD CHARACTERS OR EQUIVALENT** | YES |

## GOODS AND/OR SERVICES SECTION (015) (current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 015 |
| **DESCRIPTION** | |

Musical instruments; replacement parts and fittings for all the aforesaid goods

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **FILING BASIS** | Section 44(e) |
| **FOREIGN REGISTRATION NUMBER** | 90647 |
| **FOREIGN REGISTRATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN REGISTRATION DATE** | 05/07/2025 |
| **FOREIGN EXPIRATION DATE** | 09/23/2033 |

## GOODS AND/OR SERVICES SECTION (015) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 015 |

**DESCRIPTION**

Musical instruments; replacement parts and fittings for all the aforesaid goods

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **FILING BASIS** | Section 44(e) |
| **FOREIGN REGISTRATION NUMBER** | 4160716 |
| **FOREIGN REGISTRATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Great Britain |
| **FOREIGN REGISTRATION DATE** | 02/28/2025 |
| **FOREIGN EXPIRATION DATE** | 11/17/2033 |
| **FOREIGN REGISTRATION FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | FRU2-10715466-194747208_._Certificate_of_Registration_for_UK00004160716_IO_Word_UK.pdf |
| **CONVERTED PDF FILE(S)** **(6 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0012.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0013.JPG |
| **STANDARD CHARACTERS OR EQUIVALENT** | YES |

## GOODS AND/OR SERVICES SECTION (016) (current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 016 |

**DESCRIPTION**

Paper and cardboard; printed matter and books, namely, a series of printed books, printed articles, printed handouts and printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; Framed photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials, namely, Moulds for modelling clays; paint brushes; typewriters and office requisites, namely, staplers; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; plastic film materials for packaging; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed greeting cards; Printed advertising and promotional material, namely posters; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed fiction and non-fiction books on a variety of topics; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment;

printed periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, namely, lesson books; printed educational materials in the field of tablet computers; Printed catalogues relating to computer software; Printed computer brochures; Printed computer handbooks; Printed computer hardware reference manuals; Printed computer hardware users guides; Printed computer instruction manuals; Printed computer manuals; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; Printed catalogues relating to musical apparatus and instruments; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; Printed music books; Printed music instruction manuals; Printed music magazines; Printed telephone and address books; Printed blank agendas; Printed diaries; Printed calendars; Printed posters; Printed mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; decalcomanias; Paper gift cards; paper gift vouchers; paper labels; Printed maps; printed dictionaries; personal organizers; postage stamps; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; tissues of paper; towels of paper; printed vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; Printed computer hardware users guide; Printed computer manuals

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
|    **FOREIGN APPLICATION NUMBER** | 0090647 |
|    **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
|    **FOREIGN FILING DATE** | 09/25/2023 |
| **FILING BASIS** | Section 44(e) |
|    **FOREIGN REGISTRATION NUMBER** | 90647 |
|    **FOREIGN REGISTRATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
|    **FOREIGN REGISTRATION DATE** | 05/07/2025 |
|    **FOREIGN EXPIRATION DATE** | 09/23/2033 |

## GOODS AND/OR SERVICES SECTION (016) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 016 |

**DESCRIPTION**

Paper and cardboard; printed matter and books, namely, a series of printed books, printed articles, printed handouts and printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; Framed photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials, namely, Moulds for modelling clays; paint brushes; typewriters and office requisites, namely, staplers; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; plastic film materials for packaging; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed greeting cards; Printed advertising and promotional material, namely posters; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed fiction and non-fiction books on a variety of topics; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; printed periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, namely, lesson books; printed educational materials in the field of tablet computers; Printed catalogues relating to computer software; Printed computer brochures; Printed computer handbooks; Printed computer hardware reference manuals; Printed computer hardware users guides; Printed computer instruction manuals; Printed computer manuals; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; Printed catalogues relating to musical apparatus and instruments; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; Printed music books; Printed music instruction manuals; Printed music magazines; Printed telephone and address books; Printed blank agendas; Printed diaries; Printed calendars; Printed posters; Printed mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; decalcomanias; Paper gift cards; paper gift vouchers; paper labels; Printed maps; printed

IYO_0000720

dictionaries; personal organizers; postage stamps; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; tissues of paper; towels of paper; printed vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; Printed computer hardware users guide; Printed computer manuals

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **FILING BASIS** | Section 44(e) |
| **FOREIGN REGISTRATION NUMBER** | 4160716 |
| **FOREIGN REGISTRATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Great Britain |
| **FOREIGN REGISTRATION DATE** | 02/28/2025 |
| **FOREIGN EXPIRATION DATE** | 11/17/2033 |
| **FOREIGN REGISTRATION FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | FRU3-10715466-194747208_._Certificate_of_Registration_for_UK00004160716_IO_Word_UK.pdf |
| **CONVERTED PDF FILE(S) (6 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0014.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0015.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0016.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0017.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0018.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0019.JPG |
| **STANDARD CHARACTERS OR EQUIVALENT** | YES |

## GOODS AND/OR SERVICES SECTION (028) (current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 028 |

**DESCRIPTION**

Games and playthings, namely, boardgames; Arcade-type electronic video games; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; video game consoles; protective films adapted for screens for portable games; controllers for game consoles; toy rocking horses; electronic arcade pinball machines; toy pinball game machines; musical toys; toy radios; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; toy computers, non-operational; toy mobile telephones non-operational; dolls; toy and novelty face masks; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys,

IYO_0000721

doll clothes, and other toys and dolls, toy vehicles; toy drones; Controllers for toy cars and toy planes: board games; card games; playing cards; portable games with liquid crystal displays

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **FILING BASIS** | Section 44(e) |
| **FOREIGN REGISTRATION NUMBER** | 90647 |
| **FOREIGN REGISTRATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN REGISTRATION DATE** | 05/07/2025 |
| **FOREIGN EXPIRATION DATE** | 09/23/2033 |

## GOODS AND/OR SERVICES SECTION (028) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 028 |

**DESCRIPTION**

Games and playthings, namely, boardgames; Arcade-type electronic video games; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; video game consoles; protective films adapted for screens for portable games; controllers for game consoles; toy rocking horses; electronic arcade pinball machines; toy pinball game machines; musical toys; toy radios; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; toy computers, non-operational; toy mobile telephones non-operational; dolls; toy and novelty face masks; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; toy drones; Controllers for toy cars and toy planes: board games; card games; playing cards; portable games with liquid crystal displays

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **FILING BASIS** | Section 44(e) |
| **FOREIGN REGISTRATION NUMBER** | 4160716 |
| **FOREIGN REGISTRATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Great Britain |
| **FOREIGN REGISTRATION DATE** | 02/28/2025 |

IYO_0000722

| | |
|---|---|
| **FOREIGN EXPIRATION DATE** | 11/17/2033 |
| **FOREIGN REGISTRATION FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | FRU4-10715466-194747208 _._ Certificate of Registration for UK00004160716 IO Word UK.pdf |
| **CONVERTED PDF FILE(S)** (6 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0020.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0021.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0022.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0023.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0024.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0025.JPG |
| **STANDARD CHARACTERS OR EQUIVALENT** | YES |

## GOODS AND/OR SERVICES SECTION (045) (current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 045 |

**DESCRIPTION**

Legal services; Surveillance services relating to the security of tangible property; Online social networking services provided via downloadable mobile applications and a website; Dating services; online social networking services

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 09/25/2023 |
| **FILING BASIS** | Section 44(e) |
| **FOREIGN REGISTRATION NUMBER** | 90647 |
| **FOREIGN REGISTRATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN REGISTRATION DATE** | 05/07/2025 |
| **FOREIGN EXPIRATION DATE** | 09/23/2033 |

## GOODS AND/OR SERVICES SECTION (045) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 045 |

**DESCRIPTION**

Legal services; Surveillance services relating to the security of tangible property; Online social networking services provided via downloadable mobile applications and a website; Dating services; online social networking services

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |
| **FILING BASIS** | Section 44(d) |
| **FOREIGN APPLICATION NUMBER** | 0090647 |
| **FOREIGN APPLICATION** | |

| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Jamaica |
|---|---|
| **FOREIGN FILING DATE** | 09/25/2023 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained. |
| **FILING BASIS** | Section 44(e) |
| **FOREIGN REGISTRATION NUMBER** | 4160716 |
| **FOREIGN REGISTRATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Great Britain |
| **FOREIGN REGISTRATION DATE** | 02/28/2025 |
| **FOREIGN EXPIRATION DATE** | 11/17/2033 |
| **FOREIGN REGISTRATION FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | FRU5-10715466-194747208_._Certificate_of_Registration_for_UK00004160716_IO_Word_UK.pdf |
| **CONVERTED PDF FILE(S) (6 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0026.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0027.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0028.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0029.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0030.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml3\ ROA0031.JPG |
| **STANDARD CHARACTERS OR EQUIVALENT** | YES |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | J. Scott Gerien |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | tmdept@dpf-law.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **DOCKET/REFERENCE NUMBER** | AAA075-001 |

## PAYMENT SECTION

| | |
|---|---|
| **TOTAL FEES DUE** | The undersigned has elected not to submit a fee payment for the class(es), believing no fee payment is required under the *Trademark Rules of Practice*. The undersigned acknowledges that the USPTO may, upon later review, require a fee payment. |

## SIGNATURE SECTION

| | |
|---|---|
| **DECLARATION SIGNATURE** | The undersigned has elected not to submit the signed declaration, believing no supporting declaration is required under the *Trademark Rules of Practice*. The undersigned acknowledges that the USPTO may, upon later review, require a signed declaration. |
| **RESPONSE SIGNATURE** | /J. Scott Gerien/ |
| **SIGNATORY'S NAME** | J. Scott Gerien |
| **SIGNATORY'S POSITION** | Attorney of record, California bar member |
| **SIGNATORY'S PHONE NUMBER** | 7072527122 |
| **DATE SIGNED** | 12/22/2025 |

IYO_0000724

| | |
|---|---|
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized Canadian Trademark Attorney/Agent |
| **SIGNATURE METHOD** | Signed directly within the form |

**FILING INFORMATION SECTION**

| | |
|---|---|
| **SUBMIT DATE** | Mon Dec 22 19:56:22 ET 2025 |
| **TEAS STAMP** | USPTO/ROA-XXX.X.XX.XX-202 51222195622306906-9897562 4-9102852946c22be12cf8481 e6733a8b525de7eecad665303 0eda961070b6ffcb-N/A-N/A- 20251222194747208749 |

## Response to Office Action

### To the Commissioner for Trademarks:

Application serial no. **98975624** IO(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/98975624/large) has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**

**Applicant proposes to amend the following:**

**Current:**
Class 009 for Multifunctional electronic wellness devices, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, and general electronic wellness devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Filing Basis: Section 44(e), Based on Foreign Registration:** *For all applications:* The applicant attaches a copy of [ Jamaica registration number 90647 registered 05/07/2025 with a renewal date of _____ and an expiration date of 09/23/2033 ], and translation thereof, if appropriate. *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was

entitled, to use the mark in commerce on or in connection with the identified goods/services. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users on or in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant.


**Proposed:**
Class 009 for Multifunctional electronic wellness devices, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, and general electronic wellness devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned
Deleted Filing Basis: 44(e)
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.


Webpage URL: None Provided
Webpage Date of Access: None Provided


**Filing Basis: Section 44(d), Priority based on foreign filing:***For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

The foreign registration that is the basis of the U.S. application under §44(e) of the Trademark Act (15 U.S.C. §1126(e)) includes a claim of standard characters or the country of origin's standard character equivalent.


**Applicant proposes to amend the following:**


**Current:**
Class 014 for Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date,

the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Filing Basis: Section 44(e), Based on Foreign Registration:** *For all applications:* The applicant attaches a copy of [ Jamaica registration number 90647 registered 05/07/2025 with a renewal date of _____ and an expiration date of 09/23/2033 ], and translation thereof, if appropriate. *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users on or in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant.

**Proposed:**
Class 014 for Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Filing Basis: Section 44(e), Based on Foreign Registration:** *For all applications:* The applicant attaches a copy of [ Great Britain registration number 4160716 registered 02/28/2025 with a renewal date of _____ and an expiration date of 11/17/2033 ], and translation thereof, if appropriate. *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was

entitled, to exercise legitimate control over the use of the mark in commerce by authorized users on or in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant.
**Original PDF file:**
FRU1-10715466-194747208 . Certificate of Registrat ion for UK00004160716 IO Word UK.pdf
**Converted PDF file(s)** ( 6 pages) Foreign Registration-1Foreign Registration-2Foreign Registration-3Foreign Registration-4Foreign Registration-5Foreign Registration-6

The foreign registration that is the basis of the U.S. application under §44(e) of the Trademark Act (15 U.S.C. §1126(e)) includes a claim of standard characters or the country of origin's standard character equivalent.

**Applicant proposes to amend the following:**

**Current:**
Class 015 for Musical instruments; replacement parts and fittings for all the aforesaid goods
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Filing Basis: Section 44(e), Based on Foreign Registration:** *For all applications:* The applicant attaches a copy of [ Jamaica registration number 90647 registered 05/07/2025 with a renewal date of _____ and an expiration date of 09/23/2033 ], and translation thereof, if appropriate. *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users on or in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant.


**Proposed:**
Class 015 for Musical instruments; replacement parts and fittings for all the aforesaid goods
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

IYO_0000728

**Filing Basis: Section 44(d), Priority based on foreign filing:***For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Filing Basis: Section 44(e), Based on Foreign Registration:***For all applications:* The applicant attaches a copy of [ Great Britain registration number 4160716 registered 02/28/2025 with a renewal date of _____ and an expiration date of 11/17/2033 ], and translation thereof, if appropriate. ***For a trademark or service mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization. ***For a certification mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users on or in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant.
**Original PDF file:**
FRU2-10715466-194747208 . Certificate of Registrat ion for UK00004160716 IO Word UK.pdf
**Converted PDF file(s)** ( 6 pages) Foreign Registration-1Foreign Registration-2Foreign Registration-3Foreign Registration-4Foreign Registration-5Foreign Registration-6

The foreign registration that is the basis of the U.S. application under §44(e) of the Trademark Act (15 U.S.C. §1126(e)) includes a claim of standard characters or the country of origin's standard character equivalent.

**Applicant proposes to amend the following:**

**Current:**
Class 016 for Paper and cardboard; printed matter and books, namely, a series of printed books, printed articles, printed handouts and printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; Framed photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials, namely, Moulds for modelling clays; paint brushes; typewriters and office requisites, namely, staplers; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; plastic film materials for packaging; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed greeting cards; Printed advertising and promotional material, namely posters; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed fiction and non-fiction books on a variety of topics; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; printed periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, namely, lesson books; printed educational materials in the field of tablet computers; Printed catalogues relating to computer software; Printed computer brochures; Printed computer handbooks; Printed computer hardware reference manuals; Printed computer hardware users guides; Printed computer instruction manuals; Printed computer manuals; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; Printed catalogues relating to musical apparatus and instruments; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; Printed music books; Printed music instruction manuals; Printed music magazines; Printed telephone and address books; Printed blank agendas; Printed diaries; Printed calendars; Printed posters; Printed mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; decalcomanias; Paper gift cards; paper gift vouchers; paper labels; Printed maps; printed dictionaries; personal organizers; postage stamps; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; tissues of paper; towels of paper; printed vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats

of paper; table runners of paper; Printed computer hardware users guide; Printed computer manuals

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Filing Basis: Section 44(e), Based on Foreign Registration:** *For all applications:* The applicant attaches a copy of [ Jamaica registration number 90647 registered 05/07/2025 with a renewal date of _____ and an expiration date of 09/23/2033 ], and translation thereof, if appropriate. *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users on or in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant.

**Proposed:**

Class 016 for Paper and cardboard; printed matter and books, namely, a series of printed books, printed articles, printed handouts and printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; Framed photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials, namely, Moulds for modelling clays; paint brushes; typewriters and office requisites, namely, staplers; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; plastic film materials for packaging; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed greeting cards; Printed advertising and promotional material, namely posters; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed fiction and non-fiction books on a variety of topics; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; printed periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, namely, lesson books; printed educational materials in the field of tablet computers; Printed catalogues relating to computer software; Printed computer brochures; Printed computer handbooks; Printed computer hardware reference manuals; Printed computer hardware users guides; Printed computer instruction manuals; Printed computer manuals; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; Printed catalogues relating to musical apparatus and instruments; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; Printed music books; Printed music instruction manuals; Printed music magazines; Printed telephone and address books; Printed blank agendas; Printed diaries; Printed calendars; Printed posters; Printed mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; decalcomanias; Paper gift cards; paper gift vouchers; paper labels; Printed maps; printed dictionaries; personal organizers; postage stamps; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; tissues of paper; towels of paper; printed vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; Printed computer hardware users guide; Printed computer manuals

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use

IYO_0000730

the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:***For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Filing Basis: Section 44(e), Based on Foreign Registration:***For all applications:* The applicant attaches a copy of [ Great Britain registration number 4160716 registered 02/28/2025 with a renewal date of _____ and an expiration date of 11/17/2033 ], and translation thereof, if appropriate. *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users on or in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant.
**Original PDF file:**
FRU3-10715466-194747208 . Certificate of Registrat ion for UK00004160716 IO Word UK.pdf
**Converted PDF file(s)** ( 6 pages) Foreign Registration-1Foreign Registration-2Foreign Registration-3Foreign Registration-4Foreign Registration-5Foreign Registration-6

The foreign registration that is the basis of the U.S. application under §44(e) of the Trademark Act (15 U.S.C. §1126(e)) includes a claim of standard characters or the country of origin's standard character equivalent.

**Applicant proposes to amend the following:**

**Current:**
Class 028 for Games and playthings, namely, boardgames; Arcade-type electronic video games; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; video game consoles; protective films adapted for screens for portable games; controllers for game consoles; toy rocking horses; electronic arcade pinball machines; toy pinball game machines; musical toys; toy radios; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; toy computers, non-operational; toy mobile telephones non-operational; dolls; toy and novelty face masks; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; toy drones; Controllers for toy cars and toy planes: board games; card games; playing cards; portable games with liquid crystal displays
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use

IYO_0000731

the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Filing Basis: Section 44(e), Based on Foreign Registration:** *For all applications:* The applicant attaches a copy of [ Jamaica registration number 90647 registered 05/07/2025 with a renewal date of _____ and an expiration date of 09/23/2033 ], and translation thereof, if appropriate. *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users on or in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant.

**Proposed:**
Class 028 for Games and playthings, namely, boardgames; Arcade-type electronic video games; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; video game consoles; protective films adapted for screens for portable games; controllers for game consoles; toy rocking horses; electronic arcade pinball machines; toy pinball game machines; musical toys; toy radios; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; toy computers, non-operational; toy mobile telephones non-operational; dolls; toy and novelty face masks; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; toy drones; Controllers for toy cars and toy planes: board games; card games; playing cards; portable games with liquid crystal displays
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:***For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use

of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Filing Basis: Section 44(e), Based on Foreign Registration:*For all applications:*** The applicant attaches a copy of [ Great Britain registration number 4160716 registered 02/28/2025 with a renewal date of _____ and an expiration date of 11/17/2033 ], and translation thereof, if appropriate. ***For a trademark or service mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization. ***For a certification mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users on or in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant.
**Original PDF file:**
FRU4-10715466-194747208 . Certificate_of_Registrat ion_for_UK00004160716_IO_ Word_UK.pdf
**Converted PDF file(s)** ( 6 pages) Foreign Registration-1Foreign Registration-2Foreign Registration-3Foreign Registration-4Foreign Registration-5Foreign Registration-6

The foreign registration that is the basis of the U.S. application under §44(e) of the Trademark Act (15 U.S.C. §1126(e)) includes a claim of standard characters or the country of origin's standard character equivalent.

**Applicant proposes to amend the following:**

**Current:**
Class 045 for Legal services; Surveillance services relating to the security of tangible property; Online social networking services provided via downloadable mobile applications and a website; Dating services; online social networking services
**Filing Basis: Section 1(b), Intent to Use: *For a trademark or service mark application:*** The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Filing Basis: Section 44(d), Priority based on foreign filing: *For a trademark or service mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. ***For a certification application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on[ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.

**Filing Basis: Section 44(e), Based on Foreign Registration: *For all applications:*** The applicant attaches a copy of [ Jamaica registration number 90647 registered 05/07/2025 with a renewal date of _____ and an expiration date of 09/23/2033 ], and translation thereof, if appropriate. ***For a trademark or service mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services. ***For a collective trademark, collective service mark, or collective membership mark application:*** As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization. ***For a certification mark application:*** As of the application filing date, the applicant had a bona fide intention, and was

entitled, to exercise legitimate control over the use of the mark in commerce by authorized users on or in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant.

**Proposed:**
Class 045 for Legal services; Surveillance services relating to the security of tangible property; Online social networking services provided via downloadable mobile applications and a website; Dating services; online social networking services
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Filing Basis: Section 44(d), Priority based on foreign filing:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services, and asserts a claim of priority based upon a foreign application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization, and asserts a claim of priority based upon a foreign application. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant, and the applicant asserts a claim of priority based upon a foreign application. Claim of priority is based on [ Jamaica application number 0090647 filed 09/25/2023]. 15 U.S.C.Section 1126(d), as amended.
INTENT TO PERFECT 44(d) : At this time, the applicant intends to rely on Section 44(e) as a basis for registration. If ultimately the applicant does not rely on Section 44(e) as a basis for registration, a valid claim of priority may be retained.

**Filing Basis: Section 44(e), Based on Foreign Registration:** *For all applications:* The applicant attaches a copy of [ Great Britain registration number 4160716 registered 02/28/2025 with a renewal date of _____ and an expiration date of 11/17/2033 ], and translation thereof, if appropriate. *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users on or in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods or services that meet the certification standards of the applicant.
**Original PDF file:**
FRU5-10715466-194747208 . Certificate of Registrat ion for UK00004160716 IO Word UK.pdf
**Converted PDF file(s)** ( 6 pages) Foreign Registration-1Foreign Registration-2Foreign Registration-3Foreign Registration-4Foreign Registration-5Foreign Registration-6

The foreign registration that is the basis of the U.S. application under §44(e) of the Trademark Act (15 U.S.C. §1126(e)) includes a claim of standard characters or the country of origin's standard character equivalent.

**Correspondence Information**
    J. Scott Gerien
    PRIMARY EMAIL FOR CORRESPONDENCE: tmdept@dpf-law.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is AAA075-001.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).


The undersigned has elected not to submit a fee payment for the class(es), believing no fee payment is required under the *Trademark Rules of Practice*. The undersigned acknowledges that the USPTO may, upon later review, require a fee payment.

**SIGNATURE(S)**

**Declaration Signature**

The filing Attorney has elected not to submit the signed declaration, believing no supporting declaration is required under the *Trademark Rules of Practice.*

**Response Signature**

Signature: /J. Scott Gerien/     Date: 12/22/2025

Signatory's Name: J. Scott Gerien

Signatory's Position: Attorney of record, California bar member


Signatory's Phone Number: 7072527122 Signature method: Signed directly within the form


The signatory has confirmed that an authorized U.S. licensed attorney has been appointed to represent the owner/holder; that he/she has been granted reciprocal recognition under 37 C.F.R. §11.14(c)(1) by the USPTO's Office of Enrollment and Discipline; and, that he/she is an authorized signatory based on 37 C.F.R. §11.14(c)(2).


Mailing Address:    J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY

  1500 FIRST STREET, STE 200
  NAPA, California 94559
Mailing Address:    J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY
  1500 FIRST STREET, STE 200
  NAPA, California 94559


Serial Number: 98975624
Internet Transmission Date: Mon Dec 22 19:56:22 ET 2025
TEAS Stamp: USPTO/ROA-XXX.X.XX.XX-202512221956223069
06-98975624-9102852946c22be12cf8481e6733
a8b525de7eecad6653030eda961070b6ffcb-N/A
-N/A-20251222194747208749

IYO_0000735

TRADE MARKS
REGISTRY



REGISTRATION
CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

I certify that the mark shown below has been registered under No. UK00004160716 effective as of the date 17/11/2023 and has been entered in the register on 28/02/2025

Signed this day at my direction

Adam Williams
REGISTRAR

Representation of Mark
IO

The mark has been registered in respect of:
Class 10:
General wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned; general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned..

Class 12:
Vehicles; apparatus for locomotion by land, air or water; aircraft; automobiles; bicycles; cars; drones; camera drones; civilian drones; electrically powered vehicles; motorcycles; trucks; unmanned vehicles; unmanned aerial vehicles (UAVs); electric vehicles; vans; delivery vans; remote control vehicles, other than toys.

Class 14:
Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases for clock and watchmaking; cases for watches [presentation]; straps for wrist watches; watch bands; watch cases; watch chains; parts and fittings for all the aforesaid goods.

Intellectual Property Office is an operating name of the Patent Office

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

Class 15:
Musical instruments; parts and fittings for all the aforesaid goods.

Class 16:
Paper, cardboard; printed matter and books; bookbinding material; photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials; paint brushes; typewriters and office requisites; instructional and teaching material; plastic materials for packaging; printed publications; books; magazines; newsletters; periodicals; brochures; booklets; pamphlets; manuals; journals; leaflets; greeting cards; advertising and promotional material; catalogues; fiction and non-fiction books on a variety of topics; series of fiction and non-fiction books, comic books, graphic novels, stories in illustrated form and comic book stories, storyboards, and artwork; periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers; printed matter in the field of tablet computers; printed matter in the field of multi-media products, interactive products and online services; catalogues relating to computer software; computer brochures; computer handbooks; computer hardware publications; computer hardware reference manuals; computer hardware users guides; computer instruction manuals; computer manuals; publications relating to technology, digital technology and gadgets; user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; catalogues relating to musical apparatus and instruments; catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; music books; music instruction manuals; music magazines; desk accessories; telephone and address books; agendas; diaries; calendars; posters; mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; display materials; decals and bumper stickers; booklets for sale with audio tapes; decalcomanias; diaries; gift cards; gift vouchers; labels; maps; diaries; dictionaries; personal organizers; postage stamps; postcards; posters; bags for microwave cooking of paper; absorbent paper; tissues of paper; towels of paper; vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; parts and fittings for all the aforesaid goods; computer hardware reference manuals; computer hardware users guide; computer instruction manuals; computer manuals: publications relating to technology, digital technology and gadgets.

Class 18:
Leather and imitations of leather; animal skins, hides; trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery; attaché cases; bags; bags for campers; bags for sports; beach bags; boxes of leather or leatherboard; card cases [notecases]; cases of leather or leatherboard; furniture

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; shopping bags; shoulder belts [straps] of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; travelling sets [leatherware]; briefcases; belts (leather shoulder); leather belts; animal collars and leashes; keys cases; leather laces; music cases; purses; satchels; wallets; fur and garments and articles made from fur; valises; vanity cases, not fitted; wheeled shopping bags; parts and fittings for all the aforesaid goods.

Class 25:
Clothing, footwear and headgear.

Class 28:
Games and playthings; video game apparatus; gymnastic and sporting articles; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; electrical and electronic amusement apparatus (automatic, coin/counter freed); video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; video output toys and games; toy robots; interactive computer toys and games; standalone video game machines incorporating a means of display; computer games apparatus, electronic games apparatus and video games apparatus, not included in other classes; game consoles; protective films adapted for screens for portable games; controllers for game consoles; rocking horses, pinball machines; pinball game machines (toys); musical toys, games and playthings; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated toys; electronic toys; electronically operated toys; toy computers (not working); toy mobile telephones (not working); dolls; toy and novelty face masks; novelties in the form of souvenirs; snow glass balls; action figures and accessories to the action figures; hockey games; toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; drones [toys]; toys; controllers for toys; board games; card games; playing cards; computer and video game apparatus, other than coin operated or those adapted for use with television receivers; portable games with liquid crystal displays.

Class 36:
Financial, monetary and banking services; none of the aforesaid services relating to real estate, infrastructure, logistics or asset management.

Class 37:

IYO_0000738



# TRADE MARKS REGISTRY

## REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

Repair of computers, tablet computers, computer hardware, computer peripherals, electronic devices, household items and consumer goods; Maintenance, installation services; information, advisory and consultancy services relating to all the aforesaid.

Class 38:
Telecommunications; communication and telecommunication services; telecommunication access services; communications by computer; communications by tablet computer; communication between computers; electronic sending of data and documentation via the Internet or other databases; supply of data and news by electronic transmission; providing access to websites and electronic news services online allowing the download of information and data; providing access to web sites on the Internet; serving and transmitting audio, video, multimedia, and advertising content to computers, mobile telephones, media players, and other mobile digital devices; delivery of digital music by telecommunications; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; providing wireless telecommunications via electronic communications networks; wireless digital messaging, paging services, and electronic mail services, including services that enable a user to send and/or receive messages through a wireless data network; one-way and two-way paging services; communication by computer, computer intercommunication; telex, telegram and telephone services; broadcasting or transmission of radio and television programmes; time sharing services for communication apparatus; provision of telecommunications access and links to computer databases and the Internet; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services (transmission); delivery of messages by electronic transmission; provision of connectivity services and access to electronic communications networks, for transmission or reception of audio, video or multimedia content; provision of telecommunications connections to electronic communication networks, for transmission or reception of audio, video or multimedia content; providing access to digital music web sites on the Internet; providing access to MP3 web sites on the Internet; delivery of digital music by telecommunications; provision of telecommunications connections to the Internet or computer databases; providing user access to the Internet (service providers); electronic mail services; telecommunication of information (including web pages), computer programs and any other data; video broadcasting, broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; streaming of video content via a global computer network; subscription audio broadcasting via a global computer network; audio broadcasting; audio broadcasting of spoken word, music, concerts, and radio programmes; streaming of

Intellectual Property Office is an operating name of the Patent Office

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

audio content via a global computer network; electronic transmission of audio and video files via communications networks; communication services, namely, matching users for the transfer of music, video and audio recordings via communication networks; electronic bulletin board services; providing computer bulletin board in the fields of music, video, film, books, television, games and sports; providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic news services; electronic communications consultancy; facsimile, message collection and transmission services; transmission of data and of information by electronic means, computer, cable, radio, teleprinter, teleletter, electronic mail, telecopier, television, microwave, laser beam, communications satellite or electronic communication means; transmission of data by audio-visual apparatus controlled by data processing apparatus or computers; provision of access time to web-sites featuring multimedia materials; providing access to databases and directories via communications networks for obtaining data in the fields of music, video, film, books, television, games and sports; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; provision of access time to web-sites featuring multimedia materials; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; providing computer data bases in the nature of a bulletin board in the fields of music, video, film, books, television, games and sports; providing an online searchable database of text, data, image, audio, video and multimedia content in the fields of telecommunications, mobile phones; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; information, advisory and consultancy services relating to all the aforesaid.

Class 43:
Services for providing food and drink.

Class 44:
Medical services; Healthcare services; Veterinary services; Hygienic and beauty care for human beings or animals.

Class 45:

Intellectual Property Office is an operating name of the Patent Office

IYO_0000740

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

Legal services; Security services for the physical protection of tangible property and individuals; Personal and social services rendered by others to meet the needs of individuals; Dating services, online social networking services.

In the name of Weynorth Limited
Company number 15098939

Intellectual Property Office is an operating name of the Patent Office

IYO_0000741



# TRADE MARKS REGISTRY

# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

I certify that the mark shown below has been registered under No. UK00004160716 effective as of the date 17/11/2023 and has been entered in the register on 28/02/2025

Signed this day at my direction

Adam Williams
REGISTRAR

Representation of Mark
IO

The mark has been registered in respect of:

Class 10:
General wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned; general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned..

Class 12:
Vehicles; apparatus for locomotion by land, air or water; aircraft; automobiles; bicycles; cars; drones; camera drones; civilian drones; electrically powered vehicles; motorcycles; trucks; unmanned vehicles; unmanned aerial vehicles (UAVs); electric vehicles; vans; delivery vans; remote control vehicles, other than toys.

Class 14:
Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases for clock and watchmaking; cases for watches [presentation]; straps for wrist watches; watch bands; watch cases; watch chains; parts and fittings for all the aforesaid goods.

Intellectual Property Office is an operating name of the Patent Office

IYO_0000742

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

Class 15:
Musical instruments; parts and fittings for all the aforesaid goods.

Class 16:
Paper, cardboard; printed matter and books; bookbinding material; photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials; paint brushes; typewriters and office requisites; instructional and teaching material; plastic materials for packaging; printed publications; books; magazines; newsletters; periodicals; brochures; booklets; pamphlets; manuals; journals; leaflets; greeting cards; advertising and promotional material; catalogues; fiction and non-fiction books on a variety of topics; series of fiction and non-fiction books, comic books, graphic novels, stories in illustrated form and comic book stories, storyboards, and artwork; periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers; printed matter in the field of tablet computers; printed matter in the field of multi-media products, interactive products and online services; catalogues relating to computer software; computer brochures; computer handbooks; computer hardware publications; computer hardware reference manuals; computer hardware users guides; computer instruction manuals; computer manuals; publications relating to technology, digital technology and gadgets; user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; catalogues relating to musical apparatus and instruments; catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; music books; music instruction manuals; music magazines; desk accessories; telephone and address books; agendas; diaries; calendars; posters; mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; display materials; decals and bumper stickers; booklets for sale with audio tapes; decalcomanias; diaries; gift cards; gift vouchers; labels; maps; diaries; dictionaries; personal organizers; postage stamps; postcards; posters; bags for microwave cooking of paper; absorbent paper; tissues of paper; towels of paper; vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; parts and fittings for all the aforesaid goods; computer hardware reference manuals; computer hardware users guide; computer instruction manuals; computer manuals: publications relating to technology, digital technology and gadgets.

Class 18:
Leather and imitations of leather; animal skins, hides; trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery; attaché cases; bags; bags for campers; bags for sports; beach bags; boxes of leather or leatherboard; card cases [notecases]; cases of leather or leatherboard; furniture

IYO_0000743



# TRADE MARKS REGISTRY

Trade Marks Act 1994 of

# REGISTRATION CERTIFICATE

Great Britain and Northern Ireland

coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; shopping bags; shoulder belts [straps] of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; travelling sets [leatherware]; briefcases; belts (leather shoulder); leather belts; animal collars and leashes; keys cases; leather laces; music cases; purses; satchels; wallets; fur and garments and articles made from fur; valises; vanity cases, not fitted; wheeled shopping bags; parts and fittings for all the aforesaid goods.

Class 25:
Clothing, footwear and headgear.

Class 28:
Games and playthings; video game apparatus; gymnastic and sporting articles; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; electrical and electronic amusement apparatus (automatic, coin/counter freed); video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; video output toys and games; toy robots; interactive computer toys and games; standalone video game machines incorporating a means of display; computer games apparatus, electronic games apparatus and video games apparatus, not included in other classes; game consoles; protective films adapted for screens for portable games; controllers for game consoles; rocking horses, pinball machines; pinball game machines (toys); musical toys, games and playthings; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated toys; electronic toys; electronically operated toys; toy computers (not working); toy mobile telephones (not working); dolls; toy and novelty face masks; novelties in the form of souvenirs; snow glass balls; action figures and accessories to the action figures; hockey games; toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; drones [toys]; toys; controllers for toys; board games; card games; playing cards; computer and video game apparatus, other than coin operated or those adapted for use with television receivers; portable games with liquid crystal displays.

Class 36:
Financial, monetary and banking services; none of the aforesaid services relating to real estate, infrastructure, logistics or asset management.

Class 37:

Intellectual Property Office is an operating name of the Patent Office

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

Repair of computers, tablet computers, computer hardware, computer peripherals, electronic devices, household items and consumer goods; Maintenance, installation services; information, advisory and consultancy services relating to all the aforesaid.

Class 38:
Telecommunications; communication and telecommunication services; telecommunication access services; communications by computer; communications by tablet computer; communication between computers; electronic sending of data and documentation via the Internet or other databases; supply of data and news by electronic transmission; providing access to websites and electronic news services online allowing the download of information and data; providing access to web sites on the Internet; serving and transmitting audio, video, multimedia, and advertising content to computers, mobile telephones, media players, and other mobile digital devices; delivery of digital music by telecommunications; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; providing wireless telecommunications via electronic communications networks; wireless digital messaging, paging services, and electronic mail services, including services that enable a user to send and/or receive messages through a wireless data network; one-way and two-way paging services; communication by computer, computer intercommunication; telex, telegram and telephone services; broadcasting or transmission of radio and television programmes; time sharing services for communication apparatus; provision of telecommunications access and links to computer databases and the Internet; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services (transmission); delivery of messages by electronic transmission; provision of connectivity services and access to electronic communications networks, for transmission or reception of audio, video or multimedia content; provision of telecommunications connections to electronic communication networks, for transmission or reception of audio, video or multimedia content; providing access to digital music web sites on the Internet; providing access to MP3 web sites on the Internet; delivery of digital music by telecommunications; provision of telecommunications connections to the Internet or computer databases; providing user access to the Internet (service providers); electronic mail services; telecommunication of information (including web pages), computer programs and any other data; video broadcasting, broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; streaming of video content via a global computer network; subscription audio broadcasting via a global computer network; audio broadcasting; audio broadcasting of spoken word, music, concerts, and radio programmes; streaming of

IYO_0000745

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

audio content via a global computer network; electronic transmission of audio and video files via communications networks; communication services, namely, matching users for the transfer of music, video and audio recordings via communication networks; electronic bulletin board services; providing computer bulletin board in the fields of music, video, film, books, television, games and sports; providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic news services; electronic communications consultancy; facsimile, message collection and transmission services; transmission of data and of information by electronic means, computer, cable, radio, teleprinter, teleletter, electronic mail, telecopier, television, microwave, laser beam, communications satellite or electronic communication means; transmission of data by audio-visual apparatus controlled by data processing apparatus or computers; provision of access time to web-sites featuring multimedia materials; providing access to databases and directories via communications networks for obtaining data in the fields of music, video, film, books, television, games and sports; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; provision of access time to web-sites featuring multimedia materials; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; providing computer data bases in the nature of a bulletin board in the fields of music, video, film, books, television, games and sports; providing an online searchable database of text, data, image, audio, video and multimedia content in the fields of telecommunications, mobile phones; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; information, advisory and consultancy services relating to all the aforesaid.

Class 43:
Services for providing food and drink.

Class 44:
Medical services; Healthcare services; Veterinary services; Hygienic and beauty care for human beings or animals.

Class 45:

IYO_0000746

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

Legal services; Security services for the physical protection of tangible property and individuals; Personal and social services rendered by others to meet the needs of individuals; Dating services, online social networking services.

In the name of Weynorth Limited
Company number 15098939

Intellectual Property Office is an operating name of the Patent Office

IYO_0000747

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

I certify that the mark shown below has been registered under No. UK00004160716 effective as of the date 17/11/2023 and has been entered in the register on 28/02/2025

Signed this day at my direction

Adam Williams
REGISTRAR

---

Representation of Mark
IO

The mark has been registered in respect of:

Class 10:
General wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned; general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned..

Class 12:
Vehicles; apparatus for locomotion by land, air or water; aircraft; automobiles; bicycles; cars; drones; camera drones; civilian drones; electrically powered vehicles; motorcycles; trucks; unmanned vehicles; unmanned aerial vehicles (UAVs); electric vehicles; vans; delivery vans; remote control vehicles, other than toys.

Class 14:
Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases for clock and watchmaking; cases for watches [presentation]; straps for wrist watches; watch bands; watch cases; watch chains; parts and fittings for all the aforesaid goods.

Intellectual Property Office is an operating name of the Patent Office

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

Class 15:
Musical instruments; parts and fittings for all the aforesaid goods.

Class 16:
Paper, cardboard; printed matter and books; bookbinding material; photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials; paint brushes; typewriters and office requisites; instructional and teaching material; plastic materials for packaging; printed publications; books; magazines; newsletters; periodicals; brochures; booklets; pamphlets; manuals; journals; leaflets; greeting cards; advertising and promotional material; catalogues; fiction and non-fiction books on a variety of topics; series of fiction and non-fiction books, comic books, graphic novels, stories in illustrated form and comic book stories, storyboards, and artwork; periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers; printed matter in the field of tablet computers; printed matter in the field of multi-media products, interactive products and online services; catalogues relating to computer software; computer brochures; computer handbooks; computer hardware publications; computer hardware reference manuals; computer hardware users guides; computer instruction manuals; computer manuals; publications relating to technology, digital technology and gadgets; user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; catalogues relating to musical apparatus and instruments; catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; music books; music instruction manuals; music magazines; desk accessories; telephone and address books; agendas; diaries; calendars; posters; mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; display materials; decals and bumper stickers; booklets for sale with audio tapes; decalcomanias; diaries; gift cards; gift vouchers; labels; maps; diaries; dictionaries; personal organizers; postage stamps; postcards; posters; bags for microwave cooking of paper; absorbent paper; tissues of paper; towels of paper; vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; parts and fittings for all the aforesaid goods; computer hardware reference manuals; computer hardware users guide; computer instruction manuals; computer manuals: publications relating to technology, digital technology and gadgets.

Class 18:
Leather and imitations of leather; animal skins, hides; trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery; attaché cases; bags; bags for campers; bags for sports; beach bags; boxes of leather or leatherboard; card cases [notecases]; cases of leather or leatherboard; furniture

Intellectual Property Office is an operating name of the Patent Office

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; shopping bags; shoulder belts [straps] of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; travelling sets [leatherware]; briefcases; belts (leather shoulder); leather belts; animal collars and leashes; keys cases; leather laces; music cases; purses; satchels; wallets; fur and garments and articles made from fur; valises; vanity cases, not fitted; wheeled shopping bags; parts and fittings for all the aforesaid goods.

Class 25:
Clothing, footwear and headgear.

Class 28:
Games and playthings; video game apparatus; gymnastic and sporting articles; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; electrical and electronic amusement apparatus (automatic, coin/counter freed); video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; video output toys and games; toy robots; interactive computer toys and games; standalone video game machines incorporating a means of display; computer games apparatus, electronic games apparatus and video games apparatus, not included in other classes; game consoles; protective films adapted for screens for portable games; controllers for game consoles; rocking horses, pinball machines; pinball game machines (toys); musical toys, games and playthings; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated toys; electronic toys; electronically operated toys; toy computers (not working); toy mobile telephones (not working); dolls; toy and novelty face masks; novelties in the form of souvenirs; snow glass balls; action figures and accessories to the action figures; hockey games; toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; drones [toys]; toys; controllers for toys; board games; card games; playing cards; computer and video game apparatus, other than coin operated or those adapted for use with television receivers; portable games with liquid crystal displays.

Class 36:
Financial, monetary and banking services; none of the aforesaid services relating to real estate, infrastructure, logistics or asset management.

Class 37:

IYO_0000750

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

Repair of computers, tablet computers,  computer hardware, computer peripherals, electronic devices, household items and consumer goods; Maintenance, installation services; information, advisory and consultancy services relating to all the aforesaid.

Class 38:
Telecommunications; communication and telecommunication services; telecommunication access services; communications by computer; communications by tablet computer; communication between computers; electronic sending of data and documentation via the Internet or other databases; supply of data and news by electronic transmission; providing access to websites and electronic news services online allowing the download of information and data; providing access to web sites on the Internet; serving and transmitting audio, video, multimedia, and advertising content to computers, mobile telephones, media players, and other mobile digital devices; delivery of digital music by telecommunications; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; providing wireless telecommunications via electronic communications networks; wireless digital messaging, paging services, and electronic mail services, including services that enable a user to send and/or receive messages through a wireless data network; one-way and two-way paging services; communication by computer, computer intercommunication; telex, telegram and telephone services; broadcasting or transmission of radio and television programmes; time sharing services for communication apparatus; provision of telecommunications access and links to computer databases and the Internet; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services (transmission); delivery of messages by electronic transmission; provision of connectivity services and access to electronic communications networks, for transmission or reception of audio, video or multimedia content; provision of telecommunications connections to electronic communication networks, for transmission or reception of audio, video or multimedia content; providing access to digital music web sites on the Internet; providing access to MP3 web sites on the Internet; delivery of digital music by telecommunications; provision of telecommunications connections to the Internet or computer databases; providing user access to the Internet (service providers); electronic mail services; telecommunication of information (including web pages), computer programs and any other data; video broadcasting, broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; streaming of video content via a global computer network; subscription audio broadcasting via a global computer network; audio broadcasting; audio broadcasting of spoken word, music, concerts, and radio programmes; streaming of

Intellectual Property Office is an operating name of the Patent Office

# TRADE MARKS
# REGISTRY



# REGISTRATION
# CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

audio content via a global computer network; electronic transmission of audio and video files via communications networks; communication services, namely, matching users for the transfer of music, video and audio recordings via communication networks; electronic bulletin board services; providing computer bulletin board in the fields of music, video, film, books, television, games and sports; providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic news services; electronic communications consultancy; facsimile, message collection and transmission services; transmission of data and of information by electronic means, computer, cable, radio, teleprinter, teleletter, electronic mail, telecopier, television, microwave, laser beam, communications satellite or electronic communication means; transmission of data by audio-visual apparatus controlled by data processing apparatus or computers; provision of access time to web-sites featuring multimedia materials; providing access to databases and directories via communications networks for obtaining data in the fields of music, video, film, books, television, games and sports; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; provision of access time to web-sites featuring multimedia materials; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; providing computer data bases in the nature of a bulletin board in the fields of music, video, film, books, television, games and sports; providing an online searchable database of text, data, image, audio, video and multimedia content in the fields of telecommunications, mobile phones; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; information, advisory and consultancy services relating to all the aforesaid.

Class 43:
Services for providing food and drink.

Class 44:
Medical services; Healthcare services; Veterinary services; Hygienic and beauty care for human beings or animals.

Class 45:

IYO_0000752

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

Legal services; Security services for the physical protection of tangible property and individuals; Personal and social services rendered by others to meet the needs of individuals; Dating services, online social networking services.

In the name of Weynorth Limited
Company number 15098939

Intellectual Property Office is an operating name of the Patent Office

IYO_0000753

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

I certify that the mark shown below has been registered under No. UK00004160716 effective as of the date 17/11/2023 and has been entered in the register on 28/02/2025

Signed this day at my direction

Adam Williams
REGISTRAR

Representation of Mark
IO

The mark has been registered in respect of:
Class 10:
General wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned; general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned..

Class 12:
Vehicles; apparatus for locomotion by land, air or water; aircraft; automobiles; bicycles; cars; drones; camera drones; civilian drones; electrically powered vehicles; motorcycles; trucks; unmanned vehicles; unmanned aerial vehicles (UAVs); electric vehicles; vans; delivery vans; remote control vehicles, other than toys.

Class 14:
Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases for clock and watchmaking; cases for watches [presentation]; straps for wrist watches; watch bands; watch cases; watch chains; parts and fittings for all the aforesaid goods.

Intellectual Property Office is an operating name of the Patent Office

IYO_0000754

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

Class 15:
Musical instruments; parts and fittings for all the aforesaid goods.

Class 16:
Paper, cardboard; printed matter and books; bookbinding material; photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials; paint brushes; typewriters and office requisites; instructional and teaching material; plastic materials for packaging; printed publications; books; magazines; newsletters; periodicals; brochures; booklets; pamphlets; manuals; journals; leaflets; greeting cards; advertising and promotional material; catalogues; fiction and non-fiction books on a variety of topics; series of fiction and non-fiction books, comic books, graphic novels, stories in illustrated form and comic book stories, storyboards, and artwork; periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers; printed matter in the field of tablet computers; printed matter in the field of multi-media products, interactive products and online services; catalogues relating to computer software; computer brochures; computer handbooks; computer hardware publications; computer hardware reference manuals; computer hardware users guides; computer instruction manuals; computer manuals; publications relating to technology, digital technology and gadgets; user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; catalogues relating to musical apparatus and instruments; catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; music books; music instruction manuals; music magazines; desk accessories; telephone and address books; agendas; diaries; calendars; posters; mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; display materials; decals and bumper stickers; booklets for sale with audio tapes; decalcomanias; diaries; gift cards; gift vouchers; labels; maps; diaries; dictionaries; personal organizers; postage stamps; postcards; posters; bags for microwave cooking of paper; absorbent paper; tissues of paper; towels of paper; vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; parts and fittings for all the aforesaid goods; computer hardware reference manuals; computer hardware users guide; computer instruction manuals; computer manuals: publications relating to technology, digital technology and gadgets.

Class 18:
Leather and imitations of leather; animal skins, hides; trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery; attaché cases; bags; bags for campers; bags for sports; beach bags; boxes of leather or leatherboard; card cases [notecases]; cases of leather or leatherboard; furniture

Intellectual Property Office is an operating name of the Patent Office

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; shopping bags; shoulder belts [straps] of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; travelling sets [leatherware]; briefcases; belts (leather shoulder); leather belts; animal collars and leashes; keys cases; leather laces; music cases; purses; satchels; wallets; fur and garments and articles made from fur; valises; vanity cases, not fitted; wheeled shopping bags; parts and fittings for all the aforesaid goods.

Class 25:
Clothing, footwear and headgear.

Class 28:
Games and playthings; video game apparatus; gymnastic and sporting articles; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; electrical and electronic amusement apparatus (automatic, coin/counter freed); video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; video output toys and games; toy robots; interactive computer toys and games; standalone video game machines incorporating a means of display; computer games apparatus, electronic games apparatus and video games apparatus, not included in other classes; game consoles; protective films adapted for screens for portable games; controllers for game consoles; rocking horses, pinball machines; pinball game machines (toys); musical toys, games and playthings; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated toys; electronic toys; electronically operated toys; toy computers (not working); toy mobile telephones (not working); dolls; toy and novelty face masks; novelties in the form of souvenirs; snow glass balls; action figures and accessories to the action figures; hockey games; toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; drones [toys]; toys; controllers for toys; board games; card games; playing cards; computer and video game apparatus, other than coin operated or those adapted for use with television receivers; portable games with liquid crystal displays.

Class 36:
Financial, monetary and banking services; none of the aforesaid services relating to real estate, infrastructure, logistics or asset management.

Class 37:

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

Repair of computers, tablet computers,  computer hardware, computer peripherals, electronic devices, household items and consumer goods; Maintenance, installation services; information, advisory and consultancy services relating to all the aforesaid.

Class 38:
Telecommunications; communication and telecommunication services; telecommunication access services; communications by computer; communications by tablet computer; communication between computers; electronic sending of data and documentation via the Internet or other databases; supply of data and news by electronic transmission; providing access to websites and electronic news services online allowing the download of information and data; providing access to web sites on the Internet; serving and transmitting audio, video, multimedia, and advertising content to computers, mobile telephones, media players, and other mobile digital devices; delivery of digital music by telecommunications; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; providing wireless telecommunications via electronic communications networks; wireless digital messaging, paging services, and electronic mail services, including services that enable a user to send and/or receive messages through a wireless data network; one-way and two-way paging services; communication by computer, computer intercommunication; telex, telegram and telephone services; broadcasting or transmission of radio and television programmes; time sharing services for communication apparatus; provision of telecommunications access and links to computer databases and the Internet; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services (transmission); delivery of messages by electronic transmission; provision of connectivity services and access to electronic communications networks, for transmission or reception of audio, video or multimedia content; provision of telecommunications connections to electronic communication networks, for transmission or reception of audio, video or multimedia content; providing access to digital music web sites on the Internet; providing access to MP3 web sites on the Internet; delivery of digital music by telecommunications; provision of telecommunications connections to the Internet or computer databases; providing user access to the Internet (service providers); electronic mail services; telecommunication of information (including web pages), computer programs and any other data; video broadcasting, broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; streaming of video content via a global computer network; subscription audio broadcasting via a global computer network; audio broadcasting; audio broadcasting of spoken word, music, concerts, and radio programmes; streaming of

IYO_0000757

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

audio content via a global computer network; electronic transmission of audio and video files via communications networks; communication services, namely, matching users for the transfer of music, video and audio recordings via communication networks; electronic bulletin board services; providing computer bulletin board in the fields of music, video, film, books, television, games and sports; providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic news services; electronic communications consultancy; facsimile, message collection and transmission services; transmission of data and of information by electronic means, computer, cable, radio, teleprinter, teleletter, electronic mail, telecopier, television, microwave, laser beam, communications satellite or electronic communication means; transmission of data by audio-visual apparatus controlled by data processing apparatus or computers; provision of access time to web-sites featuring multimedia materials; providing access to databases and directories via communications networks for obtaining data in the fields of music, video, film, books, television, games and sports; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; provision of access time to web-sites featuring multimedia materials; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; providing computer data bases in the nature of a bulletin board in the fields of music, video, film, books, television, games and sports; providing an online searchable database of text, data, image, audio, video and multimedia content in the fields of telecommunications, mobile phones; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; information, advisory and consultancy services relating to all the aforesaid.

Class 43:
Services for providing food and drink.

Class 44:
Medical services; Healthcare services; Veterinary services; Hygienic and beauty care for human beings or animals.

Class 45:

IYO_0000758

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

Legal services; Security services for the physical protection of tangible property and individuals; Personal and social services rendered by others to meet the needs of individuals; Dating services, online social networking services.

In the name of Weynorth Limited
Company number 15098939

Intellectual Property Office is an operating name of the Patent Office

IYO_0000759

# TRADE MARKS
# REGISTRY



# REGISTRATION
# CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

I certify that the mark shown below has been registered under No. UK00004160716 effective as of the date 17/11/2023 and has been entered in the register on 28/02/2025

Signed this day at my direction

Adam Williams
REGISTRAR

Representation of Mark
IO

The mark has been registered in respect of:

Class 10:
General wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned; general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned..

Class 12:
Vehicles; apparatus for locomotion by land, air or water; aircraft; automobiles; bicycles; cars; drones; camera drones; civilian drones; electrically powered vehicles; motorcycles; trucks; unmanned vehicles; unmanned aerial vehicles (UAVs); electric vehicles; vans; delivery vans; remote control vehicles, other than toys.

Class 14:
Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases for clock and watchmaking; cases for watches [presentation]; straps for wrist watches; watch bands; watch cases; watch chains; parts and fittings for all the aforesaid goods.

Intellectual Property Office is an operating name of the Patent Office

# TRADE MARKS
# REGISTRY



# REGISTRATION
# CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

Class 15:
Musical instruments; parts and fittings for all the aforesaid goods.

Class 16:
Paper, cardboard; printed matter and books; bookbinding material; photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials; paint brushes; typewriters and office requisites; instructional and teaching material; plastic materials for packaging; printed publications; books; magazines; newsletters; periodicals; brochures; booklets; pamphlets; manuals; journals; leaflets; greeting cards; advertising and promotional material; catalogues; fiction and non-fiction books on a variety of topics; series of fiction and non-fiction books, comic books, graphic novels, stories in illustrated form and comic book stories, storyboards, and artwork; periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers; printed matter in the field of tablet computers; printed matter in the field of multi-media products, interactive products and online services; catalogues relating to computer software; computer brochures; computer handbooks; computer hardware publications; computer hardware reference manuals; computer hardware users guides; computer instruction manuals; computer manuals; publications relating to technology, digital technology and gadgets; user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; catalogues relating to musical apparatus and instruments; catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; music books; music instruction manuals; music magazines; desk accessories; telephone and address books; agendas; diaries; calendars; posters; mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; display materials; decals and bumper stickers; booklets for sale with audio tapes; decalcomanias; diaries; gift cards; gift vouchers; labels; maps; diaries; dictionaries; personal organizers; postage stamps; postcards; posters; bags for microwave cooking of paper; absorbent paper; tissues of paper; towels of paper; vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; parts and fittings for all the aforesaid goods; computer hardware reference manuals; computer hardware users guide; computer instruction manuals; computer manuals: publications relating to technology, digital technology and gadgets.

Class 18:
Leather and imitations of leather; animal skins, hides; trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery; attaché cases; bags; bags for campers; bags for sports; beach bags; boxes of leather or leatherboard; card cases [notecases]; cases of leather or leatherboard; furniture

Intellectual Property Office is an operating name of the Patent Office

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; shopping bags; shoulder belts [straps] of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; travelling sets [leatherware]; briefcases; belts (leather shoulder); leather belts; animal collars and leashes; keys cases; leather laces; music cases; purses; satchels; wallets; fur and garments and articles made from fur; valises; vanity cases, not fitted; wheeled shopping bags; parts and fittings for all the aforesaid goods.

Class 25:
Clothing, footwear and headgear.

Class 28:
Games and playthings; video game apparatus; gymnastic and sporting articles; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; electrical and electronic amusement apparatus (automatic, coin/counter freed); video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; video output toys and games; toy robots; interactive computer toys and games; standalone video game machines incorporating a means of display; computer games apparatus, electronic games apparatus and video games apparatus, not included in other classes; game consoles; protective films adapted for screens for portable games; controllers for game consoles; rocking horses, pinball machines; pinball game machines (toys); musical toys, games and playthings; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated toys; electronic toys; electronically operated toys; toy computers (not working); toy mobile telephones (not working); dolls; toy and novelty face masks; novelties in the form of souvenirs; snow glass balls; action figures and accessories to the action figures; hockey games; toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; drones [toys]; toys; controllers for toys; board games; card games; playing cards; computer and video game apparatus, other than coin operated or those adapted for use with television receivers; portable games with liquid crystal displays.

Class 36:
Financial, monetary and banking services; none of the aforesaid services relating to real estate, infrastructure, logistics or asset management.

Class 37:

Intellectual Property Office is an operating name of the Patent Office

# TRADE MARKS
# REGISTRY



# REGISTRATION
# CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

Repair of computers, tablet computers,  computer hardware, computer peripherals, electronic devices, household items and consumer goods; Maintenance, installation services; information, advisory and consultancy services relating to all the aforesaid.

Class 38:
Telecommunications; communication and telecommunication services; telecommunication access services; communications by computer; communications by tablet computer; communication between computers; electronic sending of data and documentation via the Internet or other databases; supply of data and news by electronic transmission; providing access to websites and electronic news services online allowing the download of information and data; providing access to web sites on the Internet; serving and transmitting audio, video, multimedia, and advertising content to computers, mobile telephones, media players, and other mobile digital devices; delivery of digital music by telecommunications; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; providing wireless telecommunications via electronic communications networks; wireless digital messaging, paging services, and electronic mail services, including services that enable a user to send and/or receive messages through a wireless data network; one-way and two-way paging services; communication by computer, computer intercommunication; telex, telegram and telephone services; broadcasting or transmission of radio and television programmes; time sharing services for communication apparatus; provision of telecommunications access and links to computer databases and the Internet; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services (transmission); delivery of messages by electronic transmission; provision of connectivity services and access to electronic communications networks, for transmission or reception of audio, video or multimedia content; provision of telecommunications connections to electronic communication networks, for transmission or reception of audio, video or multimedia content; providing access to digital music web sites on the Internet; providing access to MP3 web sites on the Internet; delivery of digital music by telecommunications; provision of telecommunications connections to the Internet or computer databases; providing user access to the Internet (service providers); electronic mail services; telecommunication of information (including web pages), computer programs and any other data; video broadcasting, broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; streaming of video content via a global computer network; subscription audio broadcasting via a global computer network; audio broadcasting; audio broadcasting of spoken word, music, concerts, and radio programmes; streaming of

Intellectual Property Office is an operating name of the Patent Office

IYO_0000763



# TRADE MARKS REGISTRY

# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

audio content via a global computer network; electronic transmission of audio and video files via communications networks; communication services, namely, matching users for the transfer of music, video and audio recordings via communication networks; electronic bulletin board services; providing computer bulletin board in the fields of music, video, film, books, television, games and sports; providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic news services; electronic communications consultancy; facsimile, message collection and transmission services; transmission of data and of information by electronic means, computer, cable, radio, teleprinter, teleletter, electronic mail, telecopier, television, microwave, laser beam, communications satellite or electronic communication means; transmission of data by audio-visual apparatus controlled by data processing apparatus or computers; provision of access time to web-sites featuring multimedia materials; providing access to databases and directories via communications networks for obtaining data in the fields of music, video, film, books, television, games and sports; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; provision of access time to web-sites featuring multimedia materials; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; providing computer data bases in the nature of a bulletin board in the fields of music, video, film, books, television, games and sports; providing an online searchable database of text, data, image, audio, video and multimedia content in the fields of telecommunications, mobile phones; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; information, advisory and consultancy services relating to all the aforesaid.

Class 43:
Services for providing food and drink.

Class 44:
Medical services; Healthcare services; Veterinary services; Hygienic and beauty care for human beings or animals.

Class 45:

IYO_0000764

# TRADE MARKS REGISTRY



# REGISTRATION CERTIFICATE

Trade Marks Act 1994 of

Great Britain and Northern Ireland

Legal services; Security services for the physical protection of tangible property and individuals; Personal and social services rendered by others to meet the needs of individuals; Dating services, online social networking services.

In the name of Weynorth Limited
Company number 15098939

Intellectual Property Office is an operating name of the Patent Office

IYO_0000765

| **To:** | J. Scott Gerien(tmdept@dpf-law.com) |
|---|---|
| **Subject:** | U.S. Trademark Application Serial No. 98975624 - IO - - AAA075-001 |
| **Sent:** | October 06, 2025 03:58:04 PM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 98975624

**Mark:** IO

**Correspondence Address:**
J. Scott Gerien
DICKENSON, PEATMAN & FOGARTY
1500 FIRST STREET, STE 200
NAPA CA 94559
UNITED STATES OF AMERICA

**Applicant:** Weynorth Limited

**Reference/Docket No.** AAA075-001

**Correspondence Email Address:** tmdept@dpf-law.com

# NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** October 6, 2025

This letter responds to the applicant's communication filed on September 26, 2025. The applicant's foreign certificate is in acceptable condition. However, the following issue must be addressed.

<u>Country of Origin</u>

IYO_0000766

Registration is refused under Trademark Act Section 44(e) because the foreign registration is not from applicant's country of origin. *See* 15 U.S.C. §1126(e); 37 C.F.R. §2.34(a)(3)(ii); TMEP §1002.01. Specifically, applicant has submitted a foreign registration from Jamaica to support applicant's Section 44(e) basis; however, the application shows that applicant is domiciled, incorporated, or organized in the United Kingdom.

To obtain registration under Section 44(e), an applicant must be the owner of a valid registration from the applicant's country of origin. 15 U.S.C. §1126(e); 37 C.F.R. §2.34(a)(3)(ii); TMEP §1002.01. Under Section 44(c), "country of origin" is defined as the country in which an applicant (1) is domiciled, (2) has a bona fide and effective industrial or commercial establishment, or (3) is a national. 15 U.S.C. §1126(c); TMEP §1002.04.

Because applicant is domiciled, incorporated, or organized in a country different from the country that issued the foreign registration, applicant must establish that, as of the date of issuance of the foreign registration, the country that issued the foreign registration is also applicant's country of origin. *See* 15 U.S.C. §1126(c); TMEP §1002.04.

Thus, to overcome this refusal, applicant may provide the following written statement for the record: **"Applicant has had a bona fide and effective industrial or commercial establishment in Jamaica as of the date of issuance of the foreign registration."** TMEP §1002.04. If applicant cannot assert that such country is a country of origin, applicant may delete the Section 44(e) basis and rely solely on Section 1(b) as a basis. *See* 15 U.S.C. §§1051(b), 1126(e); 37 C.F.R. §2.35(b); TMEP §806.04.

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** File a response form to this nonfinal Office action or file a request form for an extension of time to file a response.

/Curtis French/
Curtis French
Examining Attorney
LO115--LAW OFFICE 115
(571) 272-9472
Curtis.French@USPTO.GOV

# RESPONSE GUIDANCE

IYO_0000767

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

IYO_0000768

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on October 6, 2025 for
**U.S. Trademark Application Serial No. 98975624**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action to avoid your application abandoning. Follow the steps below.

**(1) Read the Office action**. This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

# GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney**. If you do not have an attorney and are not required to

IYO_0000769

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process.  The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

IYO_0000770

**Trademark Snap Shot Amendment & Mail Processing Stylesheet**
(Table presents the data on Amendment & Mail Processing Complete)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 98975624 | FILING DATE | 11/17/2023 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK, TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | FRENCH,CURTIS W | L.O. ASSIGNED | TMO LAW OFFICE 115 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 09/30/2025 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL ACTION - ENTERED |
| STATUS DATE | 09/30/2025 |
| LITERAL MARK ELEMENT | IO |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | NO | 1 (b) | NO |
| 44D | YES | 44D | NO | 44D | NO |
| 44E | NO | 44E | YES | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | IO |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

IYO_0000771

| | |
|---|---|
| NAME | Weynorth Limited |
| ADDRESS | 62 The Street<br>Ashtead, Surrey, KT211AT |
| ENTITY | 99-limited company (ltd.) |
| CITIZENSHIP | UNITED KINGDOM |

## GOODS AND SERVICES

INTERNATIONAL CLASS 009

DESCRIPTION TEXT

Multifunctional electronic wellness devices, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, and general electronic wellness devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned

INTERNATIONAL CLASS 014

DESCRIPTION TEXT

Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods

INTERNATIONAL CLASS 015

DESCRIPTION TEXT

Musical instruments; replacement parts and fittings for all the aforesaid goods

INTERNATIONAL CLASS 016

DESCRIPTION TEXT

Paper and cardboard; printed matter and books, namely, a series of printed books, printed articles, printed handouts and printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; Framed photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials, namely, Moulds for modelling clays; paint brushes; typewriters and office requisites, namely, staplers; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; plastic film materials for packaging; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed greeting cards; Printed advertising and promotional material, namely posters; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed fiction and non-fiction books on a variety of topics; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; printed periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, namely, lesson books; printed educational materials in the field of tablet computers; Printed catalogues relating to computer software; Printed computer brochures; Printed computer handbooks; Printed computer hardware reference manuals; Printed computer hardware users guides; Printed computer instruction manuals; Printed computer manuals; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; Printed catalogues relating to musical apparatus and instruments; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; Printed music books; Printed music instruction manuals; Printed music magazines; Printed telephone and address books; Printed blank agendas; Printed diaries; Printed calendars; Printed posters; Printed mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; decalcomanias; Paper gift cards; paper gift vouchers; paper labels; Printed maps; printed dictionaries; personal organizers; postage stamps; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; tissues of paper; towels of paper; printed vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; Printed computer hardware users guide; Printed computer manuals

INTERNATIONAL CLASS                                      028

    DESCRIPTION TEXT                                Games and playthings, namely, boardgames; Arcade-type electronic video games; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; video game consoles; protective films adapted for screens for portable games; controllers for game consoles; toy rocking horses; electronic arcade pinball machines; toy pinball game machines; musical toys; toy radios; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; toy computers, non-operational; toy mobile telephones non-operational; dolls; toy and novelty face masks; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; toy drones; Controllers for toy cars and toy planes: board games; card games; playing cards; portable games with liquid crystal displays

INTERNATIONAL CLASS                                      045

    DESCRIPTION TEXT                                Legal services; Surveillance services relating to the security of tangible property; Online social networking services provided via downloadable mobile applications and a website; Dating services; online social networking services

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 014 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 015 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 016 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 028 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 045 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

CHANGE IN REGISTRATION                                   NO

CHILD OF                                                 98276003

## FOREIGN INFORMATION

PRIORITY CLAIMED                                         SEC. 44(D) ON JAMAICA

APPLICATION NO.                                          0090647

APPLICATION FILING DATE                                  09/25/2023

FOREIGN REG NO.                                          90647

IYO_0000773

| | |
|---|---|
| FOREIGN REG DATE | 05/07/2025 |
| FOREIGN RNWL NUM | N/A |
| DATE OF FOREIGN RNWL | N/A |
| FOREIGN EXPIRATION | 09/23/2033 |
| FOREIGN RNWL EXPIRATION | N/A |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 09/30/2025 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 028 |
| 09/30/2025 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 027 |
| 09/26/2025 | ERSI | I | TEAS RESPONSE TO SUSPENSION INQUIRY RECEIVED | 026 |
| 04/15/2025 | GNS3 | O | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | 025 |
| 04/15/2025 | GNSL | F | LETTER OF SUSPENSION E-MAILED | 024 |
| 04/15/2025 | CNSL | R | SUSPENSION LETTER WRITTEN | 023 |
| 04/15/2025 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 022 |
| 04/15/2025 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 021 |
| 04/15/2025 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 020 |
| 04/15/2025 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 019 |
| 03/03/2025 | DPCC | D | DIVISIONAL PROCESSING COMPLETE | 018 |
| 09/06/2024 | DRRR | I | DIVISIONAL REQUEST RECEIVED | 017 |
| 02/27/2025 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 016 |
| 10/08/2024 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 015 |
| 10/07/2024 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 014 |
| 10/07/2024 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 013 |
| 10/02/2024 | XELG | O | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | 012 |
| 10/02/2024 | XELR | I | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | 011 |
| 09/06/2024 | ERTD | I | TEAS REQUEST TO DIVIDE RECEIVED | 010 |
| 07/02/2024 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 009 |
| 07/02/2024 | GNRT | F | NON-FINAL ACTION E-MAILED | 008 |
| 07/02/2024 | CNRT | R | NON-FINAL ACTION WRITTEN | 007 |
| 06/23/2024 | DOCK | D | ASSIGNED TO EXAMINER | 006 |
| 04/17/2024 | AMPX | O | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | 005 |
| 04/17/2024 | ALIE | A | ASSIGNED TO LIE | 004 |
| 11/27/2023 | PARI | I | TEAS VOLUNTARY AMENDMENT RECEIVED | 003 |
| 12/30/2023 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | 002 |
| 11/21/2023 | NWAP | I | NEW APPLICATION ENTERED | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| | |
|---|---|
| ATTORNEY | J. Scott Gerien |
| CORRESPONDENCE ADDRESS | J. Scott Gerien<br>DICKENSON, PEATMAN & FOGARTY<br>1500 FIRST STREET, STE 200<br>NAPA, CA 94559 |
| DOMESTIC REPRESENTATIVE | NONE |

IYO_0000774

# IO

IYO_0000775

# Response to Suspension Inquiry or Letter of Suspension

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 98975624 |
| MARK SECTION | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/98975624/large |
| LITERAL ELEMENT | IO |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |

**FOREIGN REGISTRATION**

The applicant herein submits a digitized image of a copy, a certification, or a certified copy of a registration in the applicant's country of origin showing that the mark has been registered in that country, and that the registration is in full force and effect. If the foreign registration is not in English, an English translation thereof is being submitted. The applicant hereby requests removal of this application from suspension for further action by the examining attorney.

| | |
|---|---|
| DELETE SECTION 1(b) BASIS | Yes |
| FOREIGN REGISTRATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Jamaica |
| FOREIGN REGISTRATION NUMBER | 90647 |
| FOREIGN REGISTRATION DATE | 05/07/2025 |
| FOREIGN EXPIRATION DATE | 09/23/2033 |
| DATE FOREIGN REGISTRATION RENEWED (if applicable) | 09/25/2033 |
| FOREIGN REGISTRATION FILE NAME(S) | |
| ORIGINAL PDF FILE | FR_26001700ece1448ac66b87_13cce761-185908387_._CERT IFICATE_OF_REGISTRATION_-_WEYNORTH_LIMITED._-_IO____90647.pdf |
| CONVERTED PDF FILE(S) (12 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml2\ RSI0002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml2\ RSI0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml2\ RSI0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml2\ RSI0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml2\ RSI0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml2\ RSI0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml2\ RSI0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml2\ RSI0009.JPG |

\\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml2\ RSI0010.JPG

\\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml2\ RSI0011.JPG

\\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml2\ RSI0012.JPG

\\TICRS\EXPORT18\IMAGEOUT 18\989\756\98975624\xml2\ RSI0013.JPG

| | |
|---|---|
| **STANDARD CHARACTERS OR EQUIVALENT** | YES |

### CORRESPONDENCE INFORMATION (current)

| | |
|---|---|
| **NAME** | J. Scott Gerien |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | tmdept@dpf-law.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |

### CORRESPONDENCE INFORMATION (proposed)

| | |
|---|---|
| **NAME** | J. Scott Gerien |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | tmdept@dpf-law.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **DOCKET/REFERENCE NUMBER** | AAA075-001 |

### SIGNATURE SECTION

| | |
|---|---|
| **RESPONSE SIGNATURE** | /J. Scott Gerien/ |
| **SIGNATORY'S NAME** | J. Scott Gerien |
| **SIGNATORY'S POSITION** | Attorney of record, California bar member |
| **SIGNATORY'S PHONE NUMBER** | 7072527122 |
| **DATE SIGNED** | 09/26/2025 |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Signed directly within the form |

### FILING INFORMATION SECTION

| | |
|---|---|
| **SUBMIT DATE** | Fri Sep 26 19:05:05 ET 2025 |
| **TEAS STAMP** | USPTO/RSI-XXXX:XXXX:XXXX: XXX:XXXX:XXX:XXXX:XXXX-20 250926190505232051-989756 24-9104f67637892b811a0e28 bdc21338f2a9b7e93b53d945a 535d82a35f31275a26-N/A-N/ A-20250926185908387433 |

## Response to Suspension Inquiry or Letter of Suspension

## To the Commissioner for Trademarks:

Application serial no. **98975624** IO(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/98975624/large) has been amended as follows:

IYO_0000777

**FOREIGN REGISTRATION**
The applicant herein submits a digitized image of a copy, a certification, or a certified copy of a registration in the applicant's country of origin showing that the mark has been registered in that country, and that the registration is in full force and effect. If the foreign registration is not in English, an English translation thereof is being submitted. The applicant hereby requests removal of this application from suspension for further action by the examining attorney.

The applicant requests that the examining attorney delete the Section 1(b) basis for the goods and/or services that the foreign registration submitted herewith covers, **IF** the Section 44(e) basis is accepted for those goods and/or services.

**Filing Basis: Section 44(e), Based on Foreign Registration:** A copy of Jamaica registration number 90647 registered 05/07/2025, with a renewal date of 09/25/2033 and an expiration date of 09/23/2033, and translation thereof (if appropriate), is attached in accordance with 15 U.S.C. Section 1126(e), as amended.
**Original PDF file:**
FR_26001700ece1448ac66b87 13cce761-185908387_._CERT IFICATE_OF_REGISTRATION_-_WEYNORTH_LIMITED._-_IO_ 90647.pdf
**Converted PDF file(s)** (12 pages)
Foreign Registration-1
Foreign Registration-2
Foreign Registration-3
Foreign Registration-4
Foreign Registration-5
Foreign Registration-6
Foreign Registration-7
Foreign Registration-8
Foreign Registration-9
Foreign Registration-10
Foreign Registration-11
Foreign Registration-12

The foreign registration that is the basis of the U.S. application under Section 44(e) of the Trademark Act (15 U.S.C. Section 1126(e)) includes a claim of standard characters or the country of origin's standard character equivalent.


**Correspondence Information (current)**
    J. Scott Gerien
    PRIMARY EMAIL FOR CORRESPONDENCE: tmdept@dpf-law.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Correspondence Information (proposed)**
    J. Scott Gerien
    PRIMARY EMAIL FOR CORRESPONDENCE: tmdept@dpf-law.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is AAA075-001.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**Response Suspension Inquiry Signature**
Signature: /J. Scott Gerien/    Date: 09/26/2025
Signatory's Name: J. Scott Gerien
Signatory's Position: Attorney of record, California bar member
Signatory's Phone Number: 7072527122
Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a

IYO_0000778

signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:    J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY

  1500 FIRST STREET, STE 200
  NAPA, California
Mailing Address:    J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY
  1500 FIRST STREET, STE 200
  NAPA, California 94559

Serial Number: 98975624
Internet Transmission Date: Fri Sep 26 19:05:05 ET 2025
TEAS Stamp: USPTO/RSI-XXXX:XXXX:XXXX:XXX:XXXX:XXX:XX
XX:XXXX-20250926190505232051-98975624-91
04f67637892b811a0e28bdc21338f2a9b7e93b53
d945a535d82a35f31275a26-N/A-N/A-20250926
185908387433

IYO_0000779

 

## JAMAICA INTELLECTUAL PROPERTY OFFICE
## 18 TRAFALGAR ROAD, KINGSTON 10, JAMAICA
## TRADE MARKS ACT 1999

## CERTIFICATE OF REGISTRATION

I, the undersigned hereby certify that under date **April 29, 2025 Weynorth Limited**, incorporated in the United Kingdom of **62 The Street, Ashtead, Surrey KT21 1AT, United Kingdom** was registered as proprietor of Trade Mark No. **90647** in respect to class(es) **6, 7, 9, 10, 11, 12, 14, 15, 16, 18, 20, 21, 25, 28, 35, 36, 37, 38, 39, 41, 42, 43, 44 and 45.**

The registration of the said Trade Mark will remain in force until **September 25, 2033** and may be renewed at the expiration of that period for each succeeding period of 10 years.

A representation of the said Trade Mark is affixed hereto

## IO

_for Registrar of Industrial Property_

07 MAy 2025
_Date_

IYO_0000780

**Trade Mark Disclaimer:**

**Colour Limitations:**

**Trade Mark No:** 90647

**Proprietor: Weynorth Limited,** incorporated in the United Kingdom of 62 The Street, Ashtead, Surrey KT21 1AT, United Kingdom.

**Goods and services:**

In International Class 6
Common metals and their alloys, ores; metal materials for building and construction; transportable buildings of metal; non-electric cables and wires of common metal; small items of metal hardware; metal containers for storage or transport; safes.

In International Class 7
Machine tools; motors and engines [except for land vehicles]; machine coupling and transmission components [except for land vehicles); agricultural implements other than handoperated; incubators for eggs; automatic vending machines; robots; industrial robots; transportation robots; automated material handling machines composed of industrial equipment, namely, mobile drive units, configurable inventory pods, inventory stations, and maintenance stations, all for the processing and filing of orders at warehouses for distribution and manufacturing operations; beating machines; beverage preparation machines, electric blenders for household purposes; bread cutting machines; brewing machines; electric can openers; clippers [machines]; coffee grinders, other than hand-operated; crushing machines; cutting machines; filling machines; filtering machines; electric food preparation machines; electric food processors; grinding machines; hand-held tools, other than hand-operated; ironing machines; electric kitchen grinders; electric kitchen machines; electric knives; electric slicing machines for kitchen use; electric machines and apparatus for cleaning: machines and apparatus for polishing [electric]; machines for making pasta; meat choppers [machines]; mixers [machines]; mixing machines; pumps [machines]; rinsing machines; sharpening machines; vacuum cleaners; electric whisks for household purposes; lawnmowers; cultivating machines; electric trimming machines; electric motors; drilling, cutting and grinding machines; spinning machines; spraying machines; fertilizing machines; knitting machines; sewing machines; bottle sealing and capping machines; blowing machines; spray gun for paint; atomizers (machines); boiler scale collectors; shearing machines for animals; clutches and gear boxes (other than for land vehicles); bags (vacuum cleaner -); cartridges for filtering machines; door openers and closers [machines]; drill chucks [parts of machines); drilling bits (parts of machines); glow plugs for diesel engines; igniting devices for internal combustion engines; sharpening wheels [parts of machines]; vacuum cleaner hoses; paper replacement bags for vacuum cleaners; parts and fittings for all the aforesaid goods.

In International Class 9
Computers; computer hardware; handheld computers; tablet computers, telecommunications apparatus and instruments; telephones; mobile telephones; smartphones, wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content; network communication apparatus; handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings;

wearable activity trackers; connected bracelets (measuring instruments); electronic book readers; recorded computer game software; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; application development software; computer game software; downloadable pre- recorded audio, video and multimedia content; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; biometric identification and authentication apparatus; accelerometers; altimeters; distance measuring apparatus; distance recording apparatus; pedometers; pressure measuring apparatus; pressure indicators; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; virtual and augmented reality displays, goggles, controllers, and headsets; 3D spectacles; eyeglasses; sunglasses; spectacle lenses; optical glass; optical goods; optical apparatus and instruments; cameras; flashes for cameras; keyboards, mice, mouse pads, printers, disk drives, and hard drives; sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers, motor vehicle audio apparatus: voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; set top boxes; radios; radio transmitters and receivers; user interfaces for on-board motor vehicle computers and electronic devices, namely electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; global positioning systems (GPS devices); navigational instruments; navigation apparatus for vehicles (on-board computers]; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones; audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; wearable devices for controlling computers, mobile telephones, mobile electronic devices, smart watches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; data storage apparatus; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations. and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive touchscreens; interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders; protective films adapted for computer screens, mobile telephone screens, and smartwatch screens; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, straps and lanyards for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; selfie sticks; chargers for electronic cigarettes; electronic collars to train animals; electronic agendas; apparatus to check stamping mail; cash registers;

IYO_0000782

mechanisms for coin-operated apparatus; dictating machines; hemline markers; voting machines; electronic tags for goods; facsimile machines; weighing apparatus and instruments; measures; electronic notice boards; measuring apparatus; wafers [silicon slices); integrated circuits; amplifiers; fluorescent screens; remote controls; lights conducting filaments [optical fibers); electric installations for the remote control of industrial operations; lightning arresters; electrolyzers; fire extinguishers; radiological apparatus for industrial purposes; life-saving apparatus and equipment; whistle alarms; animated cartoons; egg-candlers; dog whistles; decorative magnets; electrified fences; portable remote-controlled car retarders; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the Internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, door and window locks and latches, and home automation systems; accessories for smart audio speakers; computer game programs; laboratory robots; picture making machines; Downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; computer software applications downloadable for manipulating digital audio information for use in audio media applications; Downloadable computer software, namely, computer software applications incorporating artificial intelligence and software development tools for the creation of mobile internet applications and client interfaces.

In International Class 10
General wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned; general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned.

In International Class 11
Apparatus for lighting, heating, steam generating, cooking, refrigerating, drying, ventilating. water supply and sanitary purposes; barbecues; bath fittings; bath installations; shower fittings: fittings for basins; beverage cooling apparatus; drinking water (filters for -); electric blankets, (not for medical purposes); bread-making machines; bread toasters; electric lights; ceiling lights; wall lights; electric lights; decorative lights; solar lights; chandeliers; electric coffee machines; cookers; extractor hoods for kitchens; electric cooking utensils; fridges; freezers; cooling appliances and installations; electric deep fryers; electric fans for personal use; room fans; electric lamps; electric lights for Christmas trees; electric food steamers; hot water bottles; ice boxes; lamps; lampshade holders; lamp shades; lanterns for lighting; light bulbs; microwave ovens [cooking apparatus]; multicookers; plate warmers; electric pocket torches; electric pressure cooking saucepans; kettles; electric kettles; kitchen ranges [ovens]; lamps; lampshade holders; light bulbs; electric light bulbs; toilet seats; electric cafetieres; baths; shower baths; toilet seats and portable sanitary installations; sanitary

apparatus and installations; toilet seat adaptors and toilet seat adaptors for children; steriliser and sterilisation apparatus and equipment; sterilisers for babies' feeding bottles; disposable sterilisation pouches; steam sterilisation devices; UV sterilisation devices; travel sterilising devices for babies' bottles and feeding equipment; bicycle lights; coffee machines; bathroom installations and fittings including toilets; deodorising apparatus; parts and fittings for all the aforesaid goods.

In International Class 12
Vehicles; apparatus for locomotion by land, air or water for movement or transportation of people or objects; aircraft, automobiles; bicycles, cars; drones; camera drones; civilian drones; electrically powered vehicles; motorcycles; trucks; unmanned vehicles; unmanned aerial vehicles (UAVs); electric vehicles; vans, delivery vans; remote control vehicles, other than toys; tyres and wheels for vehicles and bicycles, anti-theft alarms and devices for vehicles; adhesive rubber patches for repairing inner tubes; air pumps [vehicle accessories]; anti-dazzle devices for vehicles; anti-skid chains; automobile tyres; brake pads for automobiles; covers (seat-) for vehicles; covers for vehicle steering wheels; harness (security-) for vehicle seats; headlight wipers; head-rests for vehicle seats; hub caps; luggage carriers for vehicles; luggage nets for vehicles; ski carriers for cars; trolleys; windows for vehicles; windscreen wipers; windscreens; windshield wipers; windshields; car tidies; boot tidies; licence holders; anti-glare and sun-strips; sun roofs; car sun blinds; drinks holder for use in land vehicles; dog guards; roof racks; roof bars; roof top carriers; splash guards; anti-static strips; backrest and cushions adapted for use in land vehicles; puncture repair outfits; trailers; fog horns; grip mats; windscreen covers or screens for the protection against frost and/or sun; vehicle covers; snow chains for motor vehicles; tyre grips; booster-seats; child carrying seats; width indicators for bicycles, aerofoils for land vehicles; audible warning systems for cycles; baskets adapted for cycles; bicycle bells; bicycle brakes; bicycle chains; bicycle frames; bicycle handle bars; bicycle pumps; bicycle rims; bicycle saddles; bicycle spokes; bicycle stands; bicycle tyres; inner tubes for bicycles; pumps for bicycles; cycle water bottle cages; perambulators; pushchairs; baby carriages; covers for baby carriages; hoods for baby carriages; pushchair covers; pushchair hoods; wheelchairs; wheelbarrows; trolleys; parts and fittings namely brakes, clutch parts, filters, belts, wipers, chassis, suspension and all relating to the aforesaid services.

In International Class 14
Precious metals and their alloys; jewellery; jewellery, precious stones; badges of precious metal; beads for making jewellery; boxes of precious metal; imitation gold (objects of-); ivory [for jewellery]; jewellery cases; key rings [trinkets or fobs]; medals; objects of imitation gold; semiprecious stones; statues/statuettes of precious metal; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases for clock and watchmaking; cases for watches [presentation]; straps for wrist watches; watch bands; watch cases; watch chains; parts and fittings for all the aforesaid goods.

In International Class 15
Musical instruments; drum sticks; bows for musical instruments; cases for musical instruments; keyboards for musical instruments; keys for musical instruments; mouthpieces for musical instruments; music stands; music synthesizers; musical boxes; mutes for musical instruments; pedals for musical instruments; pegs for musical instruments; perforated music rolls; piano keyboards; piano keys; piano strings; plectrums; reeds; rolls (perforated music -); stands for musical instruments; tuning forks; tuning hammers; turning apparatus for sheet music; valves for musical instruments; parts and fittings for all the aforesaid goods.

In International Class 16

IYO_0000784

Paper, cardboard; printed materials, namely books; bookbinding material; photographs; stationery, stickers and adhesives for stationery or household purposes; artists' materials; paint brushes; typewriters and office requisites; plastic materials for packaging: printers' type, printing blocks; printed publications; books; magazines; newsletters; periodicals; brochures; booklets; pamphlets; manuals; journals; leaflets; greeting cards; advertising and promotional material; catalogues; fiction and non-fiction books on a variety of topics; series of fiction and non-fiction books, comic books, graphic novels, stories in illustrated form and comic book stories, storyboards, and artwork; periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers; printed matter in the field of tablet computers; printed matter in the field of multi-media products, interactive products and online services; catalogues relating to computer software; computer brochures; computer handbooks; computer hardware publications; computer hardware reference manuals; computer hardware users guides; computer instruction manuals; computer manuals; publications relating to technology, digital technology and gadgets; user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; catalogues relating to musical apparatus and instruments; catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; music books; music instruction manuals; music magazines; desk accessories; telephone and address books; agendas; diaries; calendars; posters; mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; display materials; decals and bumper stickers; booklets for sale with audio tapes; decalcomanias; diaries; gift cards; gift vouchers; labels; maps; diaries; dictionaries; personal organizers; postage stamps; postcards; posters; bags for microwave cooking of paper; absorbent paper; tissues of paper; towels of paper; vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; parts and fittings for all the aforesaid goods; computer hardware reference manuals; computer hardware users guide; computer instruction manuals; computer manuals: publications relating to technology, digital technology and gadgets.

In International Class 18
Leather and imitations of leather; animal skins, hides; trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery; attaché cases; travelling bags; bags for campers, bags for sports; beach bags; boxes of leather or leatherboard; card cases [notecases]; cases of leather or leatherboard; furniture coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; reusable shopping bags; shoulder belts [straps] of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; travelling sets [leatherware]; briefcases; belt bags; leather belts; animal collars and leashes; keys cases; leather laces; music cases; purses; satchels; wallets; garments for pets; valises; vanity cases, not fitted; wheeled shopping bags; reins for guiding children; parts and fittings for all the aforesaid goods.

In International Class 20
Furniture, mirrors, picture frames, cabinets, transit cases, enclosure, racks and other furniture for electronic, medical, analytical, computer and telecommunications equipment and for the peripheral equipment devices therefore; office furniture; chairs.

In International Class 21
Household or kitchen utensils and containers; Cookware and tableware, except forks,

knives and spoons; Combs and sponges; Brushes, except paintbrushes; Brush-making materials, Articles for cleaning purposes; Unworked or semi-worked glass, except building glass; Glassware, porcelain and earthenware.

In International Class 25
Clothing namely, clothing wraps, outer jackets; footwear, headwear; aprons [clothing]; bandanas [neckerchiefs]; bath robes; belts [clothing]; bibs, not of paper; boots; cap peaks; caps (headwear]; coats; dressing gowns; dresses; ear muffs [clothing]; gloves (clothing); hats; headbands (clothing); hoods [clothing]: hosiery; jackets [clothing]; jerseys [clothing]; knitwear, namely, shirts, dresses, sweaters; leggings (leg warmers); leggings [trousers]; masquerade costumes; money belts [clothing); muffs (clothing); outerclothing; overalls; overcoats; pajamas; paper clothing; paper hats [clothing]; ready-made linings being parts of clothing; sandals; sashes for wear; scarfs; shawls; shirts; shoes; short-sleeve shirts; shower caps; skirts; sleep masks; sleepsuits; bodysuits; slippers; socks; sweaters; tee-shirts; trousers; underwear; uniforms; vests; visors [headwear]; waterproof clothing namely raincoats; masquerade costumes; money belts; spats / gaiters; stocking suspenders; studs for football boots; suspenders / braces for clothing; tips for footwear; parts and fittings for all the aforesaid goods.

In International Class 28
Video game apparatus; gymnastic and sporting articles, decorations for Christmas trees, electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; electrical and electronic amusement apparatus (automatic, coin/counter freed); video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; video output toys and games; interactive computer toys and games; standalone video game machines incorporating a means of display, computer games apparatus, electronic games apparatus and video games apparatus, not included in other classes; game consoles; protective films adapted for screens for portable games; controllers for game. consoles; rocking horses, pinball machines; pinball game machines (toys); musical toys, games and playthings, toy audio apparatus; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated toys; electronic toys: electronically operated toys, toy computers (not working), toy mobile telephones (not working); dolls; toy and novelty face masks; novelties in the form of souvenirs; snow glass balls; action figures and accessories to the action figures; dolls' clothing and accessories not included in other classes, all for use with dolls; hockey games; toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; seasonal ornamentation; balloons; parlour games; jigsaw puzzles; stuffed toy animals, toy banks, model kits; balls; aerial discs, parlor games, die cast models, toy building blocks, lottery tickets, flying discs, puzzles, dog toys, cat toys; drones [toys]; toys; controllers for toys; board games; card games; playing cards; balls for games, billiard tables, billiard balls, billiard cues and other billiard equipment, golf balls, golf tees, golf ball markers; pool tables and cues, racks and balls; body- building apparatus; body rehabilitation apparatus; body-training apparatus; chest expanders [exercisers]; weight lifting belts [sports articles]; weight lifting belts and other sporting and gymnastic implements; archery implements; gymnastic and sporting articles not included in other classes; skateboards; toboggans and sledges; snow sleds, darts, dartboards; hunting game calls; swimming pools [play articles]; baseball gloves; ice skates; Christmas crackers (bonbons); fishing rods and tackle; twirling batons; camouflage screens [sports articles]; scratch cards for playing lottery games; sweat absorbing stripe for bat or racket; computer and video game apparatus, other than coin operated or those adapted for use with television receivers; portable games with liquid crystal displays.

IYO_0000786

In International Class 35

Office function advertising by mail order, advertising management; advertising services, namely, promoting the goods and services of others; classified advertising services; demonstration of goods; development advertising articles; distribution of samples, direct mail advertising, dissemination of adverting matter, dissemination of advertising for others via an online electronic communications network, layout services for advertising purposes; modelling for advertising or sales promotion rental of advertising space; online advertising on computer networks, online advertising on the Internet and other global computer network systems, organisation of exhibitions for commercial or advertising purposes; organisation of trade fairs for commercial or advertising purposes, outdoor advertising, promoting the goods and services of others through limited availability discount offers via an on-line electronic communications network; providing a searchable on line advertising guide featuring the goods and services of others, radio advertising, renting out of advertising time in communication media; retail advertising services, namely the dissemination of advertising matter for others via an online electronic communications network, updating of advertising material; television advertising: market analysis; marketing research, market research and information services; opinion polling, public relations; public relations services; publication of publicity texts; publicity agencies; transcription; publicity texts (writing of -); rental of publicity material; employment agencies; personnel recruitment, psychological tests in connection with selection of personnel; personnel recruitment consultancy; promoting the use of energy from wind turbine farms; promoting the use of energy from solar farms; accounting: administrative processing of purchase orders; assistance with the procurement of goods and services, for others; assistance with purchasing goods and services, for others; audit services; bookkeeping; business assistance for artists and performers: business appraisals; business information services; business inquiries; business investigations; business management assistance services; business management consultancy; business organisation consultancy; commercial administration of the licensing of the goods and services of others; commercial information agency services; commercial management assistance; compiling of cost analyses; copying of documents; cost analysis; document reproduction; drawing up of statements of account; economic forecasting; efficiency expert services; industrial management assistance; invoicing services; photocopying; preparation of payrolls; preparation of tax returns; professional business consultancy services; providing an on-line commercial information directory; relocation services for businesses; rental of copiers; rental of vending machines; research for sponsorship; secretarial services; shorthand; telephone answering for unavailable subscribers; transcription; typing; word processing; compilation and systemisation of data into computer databases; compilation of business information into a searchable databases available via a global computer network; compilation of computer databases for transmitting, displaying and storing transaction, identification and financial information:compiling of information into computer databases; compiling statistics; computerised data management; computerised database management services; computerised processing of on- line purchase orders; database management services; providing an on-line commercial information directory; provision of business information via a searchable database and via a global computer network; searching for data in computer databases, for others; searching for data in computer files, for others; sorting and editing of information in computer databases; administration of a discount program for enabling participants to obtain discounts on shipping services through use of a discount membership program and variable rate shipping program; arranging newspaper subscriptions (for others); arranging telecommunications subscriptions, for others; arranging media subscriptions, for others; online retail of music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; customer loyalty program services featuring rewards in the form of discounted shipping services;

IYO_0000787

database services to enable others to conveniently view and select services from a website; dissemination of advertising for others via the internet; promoting the goods and services of others through limited availability discount offers via the internet; the collection of a selection of service providers to enable others to conveniently view and select these services from a website; auction services; auctioning; auctioneering services; business intermediary services for the sale and purchase of goods and services; comparison services (price); computerized on-line ordering of services for general merchandise and general consumer goods; import and export agencies; information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them; information, advisory and consultancy services relating to all the aforesaid.

In International Class 36
Financial, monetary and banking services; Insurance brokerage services; Real estate consultancy; Real estate financing services; real estate agent services.

In International Class 37
Maintenance, installation and repair of computers, tablet computers, computer hardware, computer peripherals and consumer electronic devices; maintenance and repair of digital music and or video players, hand held computers, personal digital assistants, electronic organizers and electronic notepads; maintenance and repair of electronically operated musical apparatus; information, advisory and consultancy services relating to all the aforesaid.

In International Class 38
Remote transmission of data by means of telecommunications; communications and Telecommunication services, namely, providing internet access via broadband optical or wireless; telecommunication access services; communications by computer; communications by tablet computer; communication between computers; electronic sending of data and documentation via the Internet or other databases; supply of data and news by electronic transmission; providing access to websites and electronic news services online allowing the download of information and data; providing access to web sites on the Internet; serving and transmitting audio, video, multimedia, and advertising content to computers, mobile telephones, media players, and other mobile digital devices; delivery of digital music by telecommunications; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; providing wireless telecommunications via electronic communications networks; wireless digital messaging, paging services, and electronic mail services, including services that enable a user to send and/or receive messages through a wireless data network; one-way and two-way paging services; communication by computer, computer intercommunication; telex, telegram and telephone services; broadcasting or transmission of radio and television programmes; time sharing services for communication apparatus; provision of telecommunications access and links to computer databases and the Internet; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services (transmission); delivery of messages by electronic transmission; provision of connectivity services and access to electronic communications networks, for transmission or reception of audio, video or multimedia content; provision of telecommunications connections to electronic communication networks, for transmission or reception of audio, video or multimedia content; providing access to digital music web sites on the Internet; providing access to MP3 web sites on the Internet; delivery of digital music by telecommunications; provision of telecommunications connections to the Internet or computer databases; providing user

IYO_0000788

access to the Internet (service providers); electronic mail services; telecommunication of information (including web pages), computer programs and any other data; video broadcasting. broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; streaming of video content via a global computer network; subscription audio broadcasting via a global computer network; audio broadcasting; audio broadcasting of spoken word, music, concerts, and radio programmes; streaming of audio content via a global computer network; electronic transmission of audio and video files via communications networks; communication services, namely, matching users for the transfer of music, video and audio recordings via communication networks; electronic bulletin board services; providing computer bulletin board in the fields of music, video, film, books, television, games and sports; providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic news services; electronic communications consultancy; facsimile, message collection and transmission services; transmission of data and of information by electronic means, computer, cable, radio, teleprinter, teleletter, electronic mail, telecopier, television, microwave, laser beam, communications satellite or electronic communication means; transmission of data by audio- visual apparatus controlled by data processing apparatus or computers; provision of access time to web-sites featuring multimedia materials; providing access to databases and directories via communications networks for obtaining data in the fields of music, video, film, books, television, games and sports; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; organizing and conducting video conferences; provision of access time to web-sites featuring multimedia materials; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; providing computer data bases in the nature of a bulletin board in the fields of music, video, film, books, television, games and sports; providing an online searchable database of text, data, image, audio, video and multimedia content in the fields of telecommunications, mobile phones; providing temporary internet access to use on-line non-downloadable software to enable users to program audio, video, text and other multimedia content, including music, concerts, videos, radio, television, news, sports, games, cultural events, and entertainment-related programs; information, advisory and consultancy services relating to all the aforesaid.

In International Class 39
Transport of goods; passenger transport; Transport, delivery, packaging, and storage of goods namely food, machine tools, valuables; Travel arrangement.

In International Class 41
Providing information about education; Providing training in the field of artificial intelligence and technology incorporating artificial intelligence; entertainment services, namely, providing online video games; providing information relating to organizing community sporting and cultural activities, contests and games; providing online music not downloadable; providing on-line audio content, not downloadable, including music, ongoing radio programs, audio books, podcasts and webcasts; entertainment, namely, providing audio and multimedia content, games, software applications; providing information, news and commentary in the fields of entertainment, popular culture, recreation and leisure activities, sports and sporting events, educational services,

IYO_0000789

processing, generation, understanding and analysis; providing online non-downloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software.

In International Class 43
Providing food and drink catering services for sports events, concerts, conventions and exhibitions and private events; providing temporary accommodation.

In International Class 44
Medical services; Veterinary services; Hygienic and beauty care for human beings and animals; Pest control services for agriculture, aquaculture, horticulture and forestry.

In International Class 45
Legal services; Security guard services; Provision of information, advice and consultancy in relation to security services for the protection of property and individuals; Providing case management services, namely, coordinating legal, medical, physical, social, personal care and psychological services; Dating services, online social networking services; Funerary services; Babysitting.

**Date of registration** (filing of application): September 25, 2023

**Date of entry in the Register**: April 29, 2025

**Priority date**:

**Address for service**: 7 Stanton Terrace, Kingston 6.

IYO_0000790

concerts, cultural events, and live theatrical productions; providing information relating to the organizing of educational, cultural sporting, and entertainment exhibitions, and community, sporting and cultural activities, contests and games; providing non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, concerts, cultural events, and live theatrical productions; providing information in the field of educational and entertainment activities and events for children; providing classes, workshops, and instruction using voice enabled software applications; lending libraries; providing on-line electronic publications, not downloadable; distribution of video tapes; providing on-line virtual reality game services on a computer network; conducting fitness classes; toy rental; games equipment rental; animal training; modelling artists; operating lotteries; computer-based educational, teaching, and training services; providing online computer games; electronic publishing services; providing electronic books, magazines, newspapers, journals, periodicals, and other publications; providing online text, video, audio, and multimedia programs; ticket reservation and booking services for entertainment, sporting and cultural events; providing information, advice, news, reviews, and commentary in the fields of entertainment, sporting and cultural events; arranging and conducting of commercial, trade and business conferences; booking of seats for shows; education information; entertainment information; information (recreation -); rental of audio equipment; training services provided via simulators; information, advisory and consultancy services relating to all the aforesaid.

In International Class 42
Architecture; design, development and architectural services; consultancy services relating to architecture, design and development; architectural planning and consultancy services; interior architectural services; architectural services for the design of buildings, industrial buildings and commercial buildings; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; design services; Engineering design services; Technical research; product design; graphic design; packaging design; jewelry design; hardware design; furniture design; design consultancy; house design; construction design; automotive design; fashion design; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; cloud computing services; rental of computer hardware, software, and peripherals; Providing online non-downloadable game software in information, entertainment and education; consultation services for developing computer systems, databases and applications; computer security and data security consultancy; data encryption services; providing computer hardware or software information online; maintenance, repair and updating of computer software and applications; technical support services, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; creating indexes of online information, sites and other resources available on the Internet and other electronic communications networks; cartography and mapping services; providing an Internet portal allowing users to preview and download electronic books, publications, and other documents; scientific and technological services; industrial design services; industrial analysis and research services; information, advisory and consultancy services relating to all the aforesaid; quality control; surveying; chemical research; clinical trial; meteorological information; material testing; interior design; dress designing; authenticating works of art; graphic arts designing; cloud seeding; handwriting analysis [graphology]; assessment of intangible assets; Providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language

IYO_0000791

**Trademark Snap Shot Amendment & Mail Processing Stylesheet**
(Table presents the data on Amendment & Mail Processing Complete)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 98975624 | FILING DATE | 11/17/2023 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK, TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | FRENCH, CURTIS | L.O. ASSIGNED | TMO LAW OFFICE 115 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 04/16/2025 |
| PUB DATE | N/A |
| STATUS | 653-SUSPENSION LETTER - MAILED |
| STATUS DATE | 04/15/2025 |
| LITERAL MARK ELEMENT | IO |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | YES | 44D | YES | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | IO |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

IYO_0000792

NAME                                              Weynorth Limited

ADDRESS                                           62 The Street
                                                  Ashtead, Surrey, KT211AT

ENTITY                                            99-limited company (ltd.)

CITIZENSHIP                                       UNITED KINGDOM


## GOODS AND SERVICES

INTERNATIONAL CLASS                               009

    DESCRIPTION TEXT          Multifunctional electronic wellness devices, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, and general electronic wellness devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned

INTERNATIONAL CLASS                               014

    DESCRIPTION TEXT          Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods

INTERNATIONAL CLASS                               015

    DESCRIPTION TEXT          Musical instruments; replacement parts and fittings for all the aforesaid goods

INTERNATIONAL CLASS                               016

    DESCRIPTION TEXT          Paper and cardboard; printed matter and books, namely, a series of printed books, printed articles, printed handouts and printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; Framed photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials, namely, Moulds for modelling clays; paint brushes; typewriters and office requisites, namely, staplers; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; plastic film materials for packaging; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed greeting cards; Printed advertising and promotional material, namely posters; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed fiction and non-fiction books on a variety of topics; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; printed periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, namely, lesson books; printed educational materials in the field of tablet computers; Printed catalogues relating to computer software; Printed computer brochures; Printed computer handbooks; Printed computer hardware reference manuals; Printed computer hardware users guides; Printed computer instruction manuals; Printed computer manuals; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; Printed catalogues relating to musical apparatus and instruments; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; Printed music books; Printed music instruction manuals; Printed music magazines; Printed telephone and address books; Printed blank agendas; Printed diaries; Printed calendars; Printed posters; Printed mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; decalcomanias; Paper gift cards; paper gift vouchers; paper labels; Printed maps; printed dictionaries; personal organizers; postage stamps; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; tissues of paper; towels of paper; printed vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; Printed computer hardware users guide; Printed computer manuals

IYO_0000793

INTERNATIONAL CLASS

028

    DESCRIPTION TEXT

Games and playthings, namely, boardgames; Arcade-type electronic video games; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; video game consoles; protective films adapted for screens for portable games; controllers for game consoles; toy rocking horses; electronic arcade pinball machines; toy pinball game machines; musical toys; toy radios; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; toy computers, non-operational; toy mobile telephones non-operational; dolls; toy and novelty face masks; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; toy drones; Controllers for toy cars and toy planes: board games; card games; playing cards; portable games with liquid crystal displays

INTERNATIONAL CLASS

045

    DESCRIPTION TEXT

Legal services; Surveillance services relating to the security of tangible property; Online social networking services provided via downloadable mobile applications and a website; Dating services; online social networking services

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 014 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 015 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 016 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 028 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 045 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

CHANGE IN REGISTRATION

NO

CHILD OF

98276003

## FOREIGN INFORMATION

PRIORITY CLAIMED

SEC. 44(D) ON JAMAICA

APPLICATION NO.

0090647

APPLICATION FILING DATE

09/25/2023

FOREIGN REG NO.

N/A

IYO_0000794

| | | |
|---|---|---|
| FOREIGN REG DATE | | N/A |
| FOREIGN RNWL NUM | | N/A |
| DATE OF FOREIGN RNWL | | N/A |
| FOREIGN EXPIRATION | | N/A |
| FOREIGN RNWL EXPIRATION | | N/A |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 04/15/2025 | GNS3 | O | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | 025 |
| 04/15/2025 | GNSL | F | LETTER OF SUSPENSION E-MAILED | 024 |
| 04/15/2025 | CNSL | R | SUSPENSION LETTER WRITTEN | 023 |
| 04/15/2025 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 022 |
| 04/15/2025 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 021 |
| 04/15/2025 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 020 |
| 04/15/2025 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 019 |
| 03/03/2025 | DPCC | D | DIVISIONAL PROCESSING COMPLETE | 018 |
| 09/06/2024 | DRRR | I | DIVISIONAL REQUEST RECEIVED | 017 |
| 02/27/2025 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 016 |
| 10/08/2024 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 015 |
| 10/07/2024 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 014 |
| 10/07/2024 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 013 |
| 10/02/2024 | XELG | O | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | 012 |
| 10/02/2024 | XELR | I | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | 011 |
| 09/06/2024 | ERTD | I | TEAS REQUEST TO DIVIDE RECEIVED | 010 |
| 07/02/2024 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 009 |
| 07/02/2024 | GNRT | F | NON-FINAL ACTION E-MAILED | 008 |
| 07/02/2024 | CNRT | R | NON-FINAL ACTION WRITTEN | 007 |
| 06/23/2024 | DOCK | D | ASSIGNED TO EXAMINER | 006 |
| 04/17/2024 | AMPX | O | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | 005 |
| 04/17/2024 | ALIE | A | ASSIGNED TO LIE | 004 |
| 11/27/2023 | PARI | I | TEAS VOLUNTARY AMENDMENT RECEIVED | 003 |
| 12/30/2023 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | 002 |
| 11/21/2023 | NWAP | I | NEW APPLICATION ENTERED | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| | |
|---|---|
| ATTORNEY | J. Scott Gerien |
| CORRESPONDENCE ADDRESS | J. Scott Gerien<br>DICKENSON, PEATMAN & FOGARTY<br>1500 FIRST STREET, STE 200<br>NAPA, CA 94559 |
| DOMESTIC REPRESENTATIVE | NONE |

IYO_0000795

# IO

IYO_0000796

| | |
|---|---|
| **To:** | J. Scott Gerien(tmdept@dpf-law.com) |
| **Subject:** | U.S. Trademark Application Serial No. 98975624 - IO - - AAA075-001 |
| **Sent:** | April 15, 2025 09:20:53 PM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

---

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 98975624

**Mark:** IO

**Correspondence Address:**
J. Scott Gerien
DICKENSON, PEATMAN & FOGARTY
1500 FIRST STREET, STE 200
NAPA CA 94559
United States

**Applicant:** Weynorth Limited

**Reference/Docket No.** AAA075-001

**Correspondence Email Address:** tmdept@dpf-law.com

**SUSPENSION NOTICE**
**No Response Required**

**Issue date:** April 15, 2025

**The application is suspended** for the reason(s) specified below. *See* 37 C.F.R. §2.67; TMEP §§716 *et seq.*

**Application suspended until submission of foreign registration or proof that foreign registration was renewed.** Applicant is required to provide a copy of a foreign registration from applicant's country of origin; the foreign registration must be valid when the U.S. registration issues. 15 U.S.C. §1126(e); 37 C.F.R. §2.34(a)(3)(ii)-(iii); TMEP §§1004, 1004.01(a). Action on the application is suspended until the USPTO receives a copy of such foreign registration or proof that the foreign registration was renewed. TMEP §§716.02(b), 1003.04. Applicant must also provide an English translation if the foreign registration or renewal document is not in English. 37 C.F.R. §2.34(a)(3)(ii)-(iii).

If the foreign application abandons or the foreign registration is not renewed, applicant should promptly notify the trademark examining attorney. *See* TMEP §§1003.08, 1004.01(a). In such case, applicant

IYO_0000797

may amend the application to rely on another filing basis, if appropriate, and will retain the priority filing date, if applicable. TMEP §§1003.08, 1004.01(a).

**Suspension process.** The USPTO will periodically check this application to determine if it should remain suspended. *See* TMEP §716.04. As needed, the trademark examining attorney will issue a letter to applicant to inquire about the status of the reason for the suspension. TMEP §716.05.

**No response required.** Applicant may file a response, but is not required to do so.


/Curtis French/
Trademark Examining Attorney
Law Office 115
(571) 272-9472
Curtis.French@USPTO.GOV

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on April 15, 2025 for
**U.S. Trademark Application Serial No.  98975624**

A USPTO examining attorney has reviewed your trademark application and issued an Office action.  You may be required to respond to this Office action.  Follow the steps below.

**(1) Read the Office action.**  This email is NOT the Office action.

**(2) Respond to the Office action, if a response is required.** Respond by deadline using the Trademark Electronic Application System (TEAS). Your response must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

# GENERAL GUIDANCE
- **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams.** Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your Serial Number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney.** If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

IYO_0000800

| | |
|---|---|
| **To:** | J. Scott Gerien(tmdept@dpf-law.com) |
| **Subject:** | U.S. Trademark Application Serial No. 98975624 - IO - - AAA075-001 |
| **Sent:** | April 15, 2025 09:19:51 PM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 98975624

**Mark:** IO

**Correspondence Address:**
J. Scott Gerien
DICKENSON, PEATMAN & FOGARTY
1500 FIRST STREET, STE 200
NAPA CA 94559
United States

**Applicant:** Weynorth Limited

**Reference/Docket No.** AAA075-001

**Correspondence Email Address:** tmdept@dpf-law.com

# EXAMINER'S AMENDMENT

**Issue date:** April 15, 2025

**USPTO database searched; no conflicting marks found.** The trademark examining attorney has searched the USPTO database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

**Application has been amended as shown below.** As agreed to by Scott Gerien on April 15, 2025, the examining attorney has amended the application as shown below. Please notify the examining attorney immediately of any objections. TMEP §707. Otherwise, no response is required. *Id.* In addition, applicant is advised that amendments to the goods and/or services are permitted only if they clarify or limit them; amendments that add to or broaden the scope of the goods and/or services are not permitted. 37 C.F.R. §2.71(a).

Identification/Classification of Goods

The identification/classification of goods is amended to read as follows:

International Class 009: **Multifunctional electronic wellness devices,** namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, **and general electronic wellness devices** to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned [*Moved from CLASS 10 - CLASS 10 deleted, CLASS 9 added*]

International Class 014: Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods

*See* TMEP §§1402.01, 1402.01(e).

Foreign Certificate - Dual Basis Application

The application specifies both an intent to use basis under Trademark Act Section 1(b) and a claim of priority under Section 44(d) based on a foreign application. *See* 15 U.S.C. §§1051(b), 1126(d); 37 C.F.R. §2.34(a)(2), (a)(4). However, no copy of a foreign registration has been provided even though the application indicates applicant's intent to rely on Section 44(e) as an additional basis for registration. *See* 15 U.S.C. §1126(e).

An application with a Section 44(e) basis must include a true copy, photocopy, certification, or certified copy of a foreign registration from an applicant's country of origin. 15 U.S.C. §1126(e); 37 C.F.R. §2.34(a)(3)(ii); TMEP §§1004, 1004.01, 1016. In addition, an applicant's country of origin must be a party to a convention or treaty relating to trademarks to which the United States is also a party, or must extend reciprocal registration rights to nationals of the United States by law. 15 U.S.C. §1126(b); TMEP §§1002.01, 1004.

Therefore, applicant must provide a copy of the foreign registration from applicant's country of origin when it becomes available. TMEP §1003.04(a). A copy of a foreign registration must consist of a document issued to an applicant by, or certified by, the intellectual property office in applicant's country of origin. TMEP §1004.01. If applicant's country of origin does not issue registrations or Madrid Protocol certificates of extension of protection, applicant may submit a copy of the Madrid Protocol international registration that shows that protection of the international registration has been extended to applicant's country of origin. TMEP §1016. In addition, applicant must also provide an English translation if the foreign registration is not written in English. 37 C.F.R. §2.34(a)(3)(ii); TMEP §1004.01(a)-(b). The translation should be signed by the translator. TMEP §1004.01(b).

If the foreign registration has not yet issued, or applicant requires additional time to procure a copy of the foreign registration (and English translation, as appropriate), applicant should so inform the trademark examining attorney and request that the U.S. application be suspended until a copy of the foreign registration is available. TMEP §§716.02(b), 1003.04(b).

If applicant cannot satisfy the requirements of a Section 44(e) basis, applicant may request that the mark be approved for publication based solely on the Section 1(b) basis. *See* 15 U.S.C. §§1051(b), 1126(e); 37 C.F.R. §2.35(b)(1); TMEP §§806.02(f), 806.04(b), 1003.04(b). Although the mark may be approved for publication on the Section 1(b) basis, it will not register until an acceptable allegation of

IYO_0000802

use has been filed. *See* 15 U.S.C. §1051(c)-(d); 37 C.F.R. §§2.76, 2.88; TMEP §1103. Please note that, if the U.S. application satisfied the requirements of Section 44(d) as of the U.S. application filing date, applicant may retain the priority filing date under Section 44(d) without perfecting the Section 44(e) basis, provided there is a continuing valid basis for registration. *See* 37 C.F.R. §2.35(b)(3)-(4); TMEP §§806.02(f), 806.04(b).

Alternatively, applicant has the option to amend the application to rely solely on the Section 44(e) basis and request deletion of the Section 1(b) basis. *See* 37 C.F.R. §2.35(b)(1); TMEP §806.04. The foreign registration alone may serve as the basis for obtaining a U.S. registration. *See* 37 C.F.R. §2.34(a)(3); TMEP §806.01(d).

**Please note, this application will be suspended once the information concerning the corrected identifications of goods above has been made of record.**

/Curtis French/
Trademark Examining Attorney
Law Office 115
(571) 272-9472
Curtis.French@USPTO.GOV

IYO_0000803

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on April 15, 2025 for
**U.S. Trademark Application Serial No.  98975624**

A USPTO examining attorney has reviewed your trademark application and issued an Office action.  You may be required to respond to this Office action.  Follow the steps below.

**(1) Read the Office action.**  This email is NOT the Office action.

**(2) Respond to the Office action, if a response is required.** Respond by deadline using the Trademark Electronic Application System (TEAS). Your response must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

# GENERAL GUIDANCE
- **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams.** Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your Serial Number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney.** If you do not have an attorney and are not required to

IYO_0000804

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

IYO_0000805

**Trademark Snap Shot Amendment & Mail Processing Stylesheet**
(Table presents the data on Amendment & Mail Processing Complete)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 98975624 | FILING DATE | 11/17/2023 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK, TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | FRENCH, CURTIS | L.O. ASSIGNED | TMO LAW OFFICE 115 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 03/04/2025 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL ACTION - ENTERED |
| STATUS DATE | 10/08/2024 |
| LITERAL MARK ELEMENT | IO |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | YES | 44D | YES | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | IO |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

IYO_0000806

| | |
|---|---|
| NAME | Weynorth Limited |
| ADDRESS | 62 The Street<br>Ashtead, Surrey, KT211AT |
| ENTITY | 99-limited company (ltd.) |
| CITIZENSHIP | UNITED KINGDOM |

## GOODS AND SERVICES

INTERNATIONAL CLASS                                          010

    DESCRIPTION TEXT

Medical general wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned

INTERNATIONAL CLASS                                          014

    DESCRIPTION TEXT

Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods

INTERNATIONAL CLASS                                          015

    DESCRIPTION TEXT

Musical instruments; replacement parts and fittings for all the aforesaid goods

INTERNATIONAL CLASS                                          016

    DESCRIPTION TEXT

Paper and cardboard; printed matter and books, namely, a series of printed books, printed articles, printed handouts and printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; Framed photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials, namely, Moulds for modelling clays; paint brushes; typewriters and office requisites, namely, staplers; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; plastic film materials for packaging; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed greeting cards; Printed advertising and promotional material, namely posters; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed fiction and non-fiction books on a variety of topics; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; printed periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, namely, lesson books; printed educational materials in the field of tablet computers; Printed catalogues relating to computer software; Printed computer brochures; Printed computer handbooks; Printed computer hardware reference manuals; Printed computer hardware users guides; Printed computer instruction manuals; Printed computer manuals; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; Printed catalogues relating to musical apparatus and instruments; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; Printed music books; Printed music instruction manuals; Printed music magazines; Printed telephone and address books; Printed blank agendas; Printed diaries; Printed calendars; Printed posters; Printed mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; decalcomanias; Paper gift cards; paper gift vouchers; paper labels; Printed maps; printed dictionaries; personal organizers; postage stamps; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; tissues of paper; towels of paper; printed vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; Printed computer hardware users guide; Printed computer manuals

INTERNATIONAL CLASS                                    028

    DESCRIPTION TEXT                               Games and playthings, namely, boardgames; Arcade-type electronic video games; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; video game consoles; protective films adapted for screens for portable games; controllers for game consoles; toy rocking horses; electronic arcade pinball machines; toy pinball game machines; musical toys; toy radios; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; toy computers, non-operational; toy mobile telephones non-operational; dolls; toy and novelty face masks; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; toy drones; Controllers for toy cars and toy planes: board games; card games; playing cards; portable games with liquid crystal displays

INTERNATIONAL CLASS                                    045

    DESCRIPTION TEXT                               Legal services; Surveillance services relating to the security of tangible property; Online social networking services provided via downloadable mobile applications and a website; Dating services; online social networking services

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | | FIRST USE DATE | | FIRST USE IN COMMERCE DATE | | CLASS STATUS | |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 010 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 014 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 015 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 016 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 028 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 045 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

CHANGE IN REGISTRATION                                 NO

CHILD OF                                               98276003

## FOREIGN INFORMATION

PRIORITY CLAIMED                                       SEC. 44(D) ON JAMAICA

APPLICATION NO.                                        0090647

APPLICATION FILING DATE                                09/25/2023

FOREIGN REG NO.                                        N/A

IYO_0000808

| FOREIGN REG DATE | N/A |
|---|---|
| FOREIGN RNWL NUM | N/A |
| DATE OF FOREIGN RNWL | N/A |
| FOREIGN EXPIRATION | N/A |
| FOREIGN RNWL EXPIRATION | N/A |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 03/03/2025 | DPCC | D | DIVISIONAL PROCESSING COMPLETE | 018 |
| 09/06/2024 | DRRR | I | DIVISIONAL REQUEST RECEIVED | 017 |
| 02/27/2025 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 016 |
| 10/08/2024 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 015 |
| 10/07/2024 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 014 |
| 10/07/2024 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 013 |
| 10/02/2024 | XELG | O | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | 012 |
| 10/02/2024 | XELR | I | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | 011 |
| 09/06/2024 | ERTD | I | TEAS REQUEST TO DIVIDE RECEIVED | 010 |
| 07/02/2024 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 009 |
| 07/02/2024 | GNRT | F | NON-FINAL ACTION E-MAILED | 008 |
| 07/02/2024 | CNRT | R | NON-FINAL ACTION WRITTEN | 007 |
| 06/23/2024 | DOCK | D | ASSIGNED TO EXAMINER | 006 |
| 04/17/2024 | AMPX | O | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | 005 |
| 04/17/2024 | ALIE | A | ASSIGNED TO LIE | 004 |
| 11/27/2023 | PARI | I | TEAS VOLUNTARY AMENDMENT RECEIVED | 003 |
| 12/30/2023 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | 002 |
| 11/21/2023 | NWAP | I | NEW APPLICATION ENTERED | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | J. Scott Gerien |
|---|---|
| CORRESPONDENCE ADDRESS | J. Scott Gerien<br>DICKENSON, PEATMAN & FOGARTY<br>1500 FIRST STREET, STE 200<br>NAPA, CA 94559 |
| DOMESTIC REPRESENTATIVE | NONE |

IYO_0000809

# IO

IYO_0000810

| | |
|---|---|
| **To:** | Weynorth Limited (tmdept@dpf-law.com) |
| **Subject:** | U.S. Trademark Application Serial No. 98276003 - IO - AAA075-001 |
| **Sent:** | March 03, 2025 08:42:28 AM |
| **Sent As:** | ecomitu@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**

**U.S. Application Serial No.** 98276003

**Mark:** IO

**Correspondence Address:**
 J. Scott Gerien
 DICKENSON, PEATMAN & FOGARTY
 1500 FIRST STREET, STE 200
 NAPA CA 94559

**Applicant:** Weynorth Limited

**Reference/Docket No.** AAA075-001

**Correspondence Email Address:**
 tmdept@dpf-law.com

# NOTICE THAT PROCESSING OF
# REQUEST TO DIVIDE APPLICATION IS COMPLETED
## No Response Required

**Issue date:** March 3, 2025

The request to divide application serial no. 98276003 filed on September 6, 2024 has been processed as follows:

(1)  Parent (original) application serial no. 98276003 contains the following:

Classes: 9, 12, 18, 35, 36, 37, 38, 39, 41, 42, and 44

(2)  Child application serial no. 98975624 contains the following:

Classes: 10, 14, 15, 16, 28, and 45

37 C.F.R. §2.87; *see* TMEP §§1110 *et seq.*

The examining attorney will be notified of the completed request to divide.  Please note that the filing of a request to divide an application is not considered a proper response to an examining attorney's  Office action and does not relieve an applicant of the duty to respond to any outstanding Office action or to take any other required action.  37 C.F.R. §2.87(e); TMEP §1110.05.

Please call the undersigned with any questions.

**Direct questions about this notice** to the assigned Intent-to-use staff member below.

/Tanya Baylor/
Paralegal Specialist
ITU/Divisional Unit

IYO_0000811

(571) 272-8366 (telephone)
tanya.baylor@uspto.gov

IYO_0000812

| **To:** | Weynorth Limited (tmdept@dpf-law.com) |
| --- | --- |
| **Subject:** | U.S. Trademark Application Serial No. 98276003 - IO - AAA075-001 |
| **Sent:** | March 03, 2025 08:42:28 AM |
| **Sent As:** | ecomitu@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**

**USPTO OFFICIAL NOTICE**

Office action (Official Letter) or Notice has issued
on 03/03/2025 for
**U.S. Trademark Application Serial No. 98975624**

A USPTO Intent-to-use staff member has reviewed your trademark document and issued an Office action or notice. You may be required to respond to this Office action or notice. Follow the steps below.
(1)  **Read the Office action or notice.**  This email is NOT the Office action or notice.
(2) **Respond to the Office action or notice, if a response is required.** Respond by the deadline using the Trademark Electronic Application System (TEAS). Your response must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period. Otherwise, your application may be abandoned. See the Office action or notice itself regarding how to respond.
(3) **Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).
After reading the Office action or notice, address any question(s) regarding the specific content to the USPTO intent-to-use staff member identified in the Office action or notice.

**GENERAL GUIDANCE**

**Check the status** of your application periodically in the **Trademark Status & Document Retrieval (TSDR)** database to avoid missing critical deadlines.

**Update your correspondence email address** to ensure you receive important USPTO notices about your application.

**Beware of trademark-related scams.**  Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. And all official USPTO correspondence will only be emailed from the domain "@uspto.gov." Verify the correspondence originated from us by using your Serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

**Hiring a U.S.-licensed attorney.**  If you do not have an attorney and are not required to have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process.

IYO_0000813