# EXHIBIT I

**Generated on:** This page was generated by TSDR on 2026-03-21 11:31:00 EDT

**Mark:** IO



**US Serial Number:** 98975630

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**

**Application Filing Date:** Nov. 17, 2023

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Sep. 30, 2025

**Publication Date:** Jun. 03, 2025 **Notice of Allowance Date:** Sep. 30, 2025

# Mark Information

**Mark Literal Elements:** IO

**Standard Character Claim:** No

**Mark Drawing Type:** 5 - AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM

**Description of Mark:** The mark consists of the stylized letters IO.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

# Related Properties Information

**Child Of:** 98275753

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Multifunctional electronic wellness devices, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, and general electronic wellness devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned

**International Class(es):** 009 - Primary Class     **U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**For:** Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods

IYO_0000814

| | | | |
|---|---|---|---|
| **International Class(es):** | 014 - Primary Class | **U.S Class(es):** | 002, 027, 028, 050 |

**Class Status:** ACTIVE

**For:** Musical instruments; replacement parts and fittings for all the aforesaid goods

| | | | |
|---|---|---|---|
| **International Class(es):** | 015 - Primary Class | **U.S Class(es):** | 002, 021, 036 |

**Class Status:** ACTIVE

**For:** Paper and cardboard; printed matter and books, namely, a series of printed books, printed articles, printed handouts and printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; Framed photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials, namely, Moulds for modelling clays; paint brushes; typewriters and office requisites, namely, staplers; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; plastic film materials for packaging; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed greeting cards; Printed advertising and promotional material, namely posters; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed fiction and non-fiction books on a variety of topics; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; printed periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, namely, lesson books; printed educational materials in the field of tablet computers; Printed catalogues relating to computer software; Printed computer brochures; Printed computer handbooks; Printed computer hardware reference manuals; Printed computer hardware users guides; Printed computer instruction manuals; Printed computer manuals; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; Printed catalogues relating to musical apparatus and instruments; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; Printed music books; Printed music instruction manuals; Printed music magazines; Printed telephone and address books; Printed blank agendas; Printed diaries; Printed calendars; Printed posters; Printed mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; decalcomanias; Paper gift cards; paper gift vouchers; paper labels; Printed maps; printed dictionaries; personal organizers; postage stamps; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; tissues of paper; towels of paper; printed vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; Printed computer hardware users guide; Printed computer manuals

| | | | |
|---|---|---|---|
| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** | 002, 005, 022, 023, 029, 037, 038, 050 |

**Class Status:** ACTIVE

**For:** Games and playthings, namely, boardgames; Arcade-type electronic video games; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; video game consoles; protective films adapted for screens for portable games; controllers for game consoles; toy rocking horses; electronic arcade pinball machines; toy pinball game machines; musical toys; toy radios; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; toy computers, non-operational; toy mobile telephones non-operational; dolls; toy and novelty face masks; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; toy drones; Controllers for toy cars and toy planes: board games; card games; playing cards; portable games with liquid crystal displays

| | | | |
|---|---|---|---|
| **International Class(es):** | 028 - Primary Class | **U.S Class(es):** | 022, 023, 038, 050 |

**Class Status:** ACTIVE

**For:** Legal services; Surveillance services relating to the security of tangible property; Online social networking services provided via downloadable mobile applications and a website; Dating services; online social networking services

| | | | |
|---|---|---|---|
| **International Class(es):** | 045 - Primary Class | **U.S Class(es):** | 100, 101 |

**Class Status:** ACTIVE

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |

IYO_0000815

**Filed No Basis:** No                              **Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Weynorth Limited

**Owner Address:** 62 The Street
Ashtead, Surrey UNITED KINGDOM KT211AT

**Legal Entity Type:** limited company (ltd.)            **State or Country** UNITED KINGDOM
**Where Organized:**

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** J. Scott Gerien                    **Docket Number:** AAA075-001

**Attorney Primary** tmdept@dpf-law.com              **Attorney Email** Yes
**Email Address:**                                    **Authorized:**

**Correspondent**

**Correspondent** J. Scott Gerien
**Name/Address:** DICKENSON, PEATMAN & FOGARTY
1500 FIRST STREET, STE 200
NAPA, CALIFORNIA United States 94559

**Phone:** 707-261-7000

**Correspondent e-** tmdept@dpf-law.com              **Correspondent e-** Yes
**mail:**                                             **mail Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2025 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jun. 03, 2025 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 03, 2025 | PUBLISHED FOR OPPOSITION | |
| May 28, 2025 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 30, 2025 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 15, 2025 | EXAMINER'S AMENDMENT ENTERED | |
| Apr. 15, 2025 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Apr. 15, 2025 | EXAMINERS AMENDMENT E-MAILED | |
| Apr. 15, 2025 | EXAMINERS AMENDMENT -WRITTEN | |
| Mar. 03, 2025 | DIVISIONAL PROCESSING COMPLETE | |
| Sep. 06, 2024 | DIVISIONAL REQUEST RECEIVED | |
| Feb. 27, 2025 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71906 |
| Oct. 08, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Oct. 07, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Oct. 07, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 02, 2024 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Oct. 02, 2024 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| Sep. 06, 2024 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Jul. 02, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jul. 02, 2024 | NON-FINAL ACTION E-MAILED | |
| Jul. 02, 2024 | NON-FINAL ACTION WRITTEN | |
| Jun. 23, 2024 | ASSIGNED TO EXAMINER | 76419 |
| Apr. 17, 2024 | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | |
| Apr. 17, 2024 | ASSIGNED TO LIE | |
| Nov. 27, 2023 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Dec. 30, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 21, 2023 | NEW APPLICATION ENTERED | |

IYO_0000816

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:**  FRENCH, CURTIS W

**Law Office**  LAW OFFICE 115
**Assigned:**

**File Location**

**Current Location:**  INTENT TO USE SECTION

**Date in Location:**  Sep. 30, 2025

IYO_0000817

From:           TMOfficialNotices@USPTO.GOV
Sent:           Tuesday, September 30, 2025 01:05:08 EDT
To:             XXXX
Subject:        Official USPTO Notification: U.S. Trademark Application SN 98975630 -- Docket/Reference No. AAA075-001

## NOTICE OF ALLOWANCE (NOA)

### ISSUE DATE: September 30, 2025

**U.S. Serial Number:**  98975630
**Mark:**  IO
**Docket/Reference Number:**  AAA075-001

**No opposition was filed for this published application.  The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request).  WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue.  Please read below for important information regarding the applicant's pending six (6) month deadline.**

**SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS from the NOA issue date to file either:**
-   An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally);  **OR**
-   An Extension Request, if the applicant is not yet using the mark in commerce.  If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed.  The applicant may file a total of five (5) extension requests.  **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued.  The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS).  Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed.  Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at https://www.uspto.gov/trademarks-application-process/filing-online (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information.  If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see https://www.uspto.gov/trademarks-getting-started/process-overview/additional-information-post-notice-allowance-process.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD <u>WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION.</u>**

### REVIEW APPLICATION INFORMATION FOR ACCURACY

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit.  Please use the "Post-Publication Amendment" form under the "POST-APPROVAL/PUBLICATION/POST NOTICE OF ALLOWANCE (NOA) AMENDMENT FORMS" category, available at https://www.uspto.gov/trademarks-application-process/filing-online/post-approvalpublicationpost-notice-allowance-noa.  Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

**Serial Number:**                      98975630
**Mark:**                               IO
**Docket/Reference Number:**            AAA075-001
**Owner:**                              Weynorth Limited
                                        62 The Street
                                        Ashtead, Surrey,   KT211AT
**Correspondence Address:**             J. Scott Gerien
                                        DICKENSON, PEATMAN & FOGARTY
                                        1500 FIRST STREET, STE 200
                                        NAPA, California  94559

**This application has the following bases, but not necessarily for all listed goods/services:**
        Section 1(a): NO                        Section 1(b): YES                     Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

| | |
|---|---|
| 009 | Multifunctional electronic wellness devices, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, and general electronic wellness devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE |
| 014 | Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE |
| 015 | Musical instruments; replacement parts and fittings for all the aforesaid goods -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE |
| 016 | Paper and cardboard; printed matter and books, namely, a series of printed books, printed articles, printed handouts and printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; Framed photographs; stationery; stickers and adhesives for stationery |

IYO_0000818

or household purposes; artists' materials, namely, Moulds for modelling clays; paint brushes; typewriters and office requisites, namely, staplers; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; plastic film materials for packaging; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed greeting cards; Printed advertising and promotional material, namely posters; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed fiction and non-fiction books on a variety of topics; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; printed periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, namely, lesson books; printed educational materials in the field of tablet computers; Printed catalogues relating to computer software; Printed computer brochures; Printed computer handbooks; Printed computer hardware reference manuals; Printed computer hardware users guides; Printed computer instruction manuals; Printed computer manuals; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; Printed catalogues relating to musical apparatus and instruments; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; Printed music books; Printed music instruction manuals; Printed music magazines; Printed telephone and address books; Printed blank agendas; Printed diaries; Printed calendars; Printed posters; Printed mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; decalcomanias; Paper gift cards; paper gift vouchers; paper labels; Printed maps; printed dictionaries; personal organizers; postage stamps; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; tissues of paper; towels of paper; printed vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; Printed computer hardware users guide; Printed computer manuals -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

028    Games and playthings, namely, boardgames; Arcade-type electronic video games; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; video game consoles; protective films adapted for screens for portable games; controllers for game consoles; toy rocking horses; electronic arcade pinball machines; toy pinball game machines; musical toys; toy radios; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; toy computers, non-operational; toy mobile telephones non-operational; dolls; toy and novelty face masks; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; toy drones; Controllers for toy cars and toy planes: board games; card games; playing cards; portable games with liquid crystal displays -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

045    Legal services; Surveillance services relating to the security of tangible property; Online social networking services provided via downloadable mobile applications and a website; Dating services; online social networking services -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

**ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.**

**Appropriate Specimens for Goods and/or Services:** A trademark specimen should be a label, tag, or container for the goods, or a display associated with the goods. See TMEP §§904.03 et seq. A service mark specimen should be an advertisement, sign, brochure, website printout or other image that shows the mark used in the actual sale or advertising of the services. See TMEP §§1301.04 et seq.

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration.  The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of this application, go to https://tsdr.uspto.gov/#caseNumber=98975630&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of any application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=98975630&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

IYO_0000819

**From:** TMOfficialNotices@USPTO.GOV
**Sent:** Tuesday, June 03, 2025 01:54:36 EDT
**To:** XXXX
**Subject:** Official USPTO Notification: U.S. Trademark Application SN 98975630 -- Docket/Reference No. AAA075-001

### *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 98975630
**Mark:** IO
**International Class(es):** 009, 014, 015, 016, 028, 045
**Owner:** Weynorth Limited
**Docket/Reference Number:** AAA075-001

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Jun 03, 2025.

**To Review the Mark in the TMOG:**

Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2025-06-03&serialNumber=98975630

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy. For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa. For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

* Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board. If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a notice of allowance (NOA) should issue. (Note: The applicant must file a complete Statement of Use or Extension Request with the required fees within six (6) months after the NOA issues to avoid abandonment of the application.)

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=98975630&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=98975630&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

IYO_0000820

 **UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

Commissioner for Trademarks
www.uspto.gov

## OFFICIAL USPTO NOTICE OF PUBLICATION UNDER 12(a)

**U.S. Application Serial No.** 98975630
**Mark:** IO
**International Class(es):** 009, 014, 015, 016, 028, 045
**Owner:** Weynorth Limited
**Docket/Reference No.** AAA075-001

**Issue Date:** May 28, 2025

**Your mark is scheduled to publish in the *Trademark Official Gazette* (TMOG) on June 03, 2025.**

**Your mark appears to be entitled to register** on the Principal Register upon the acceptance of a statement of use, subject to any claims of concurrent use.

**What happens when your mark publishes.** Within 30 days of the publication date, any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time) with the Trademark Trial and Appeal Board. If no objection is filed, we will issue a Notice of Allowance.

**View your mark in the TMOG** after the publication date at **https://tmog.uspto.gov/** by selecting your publication date in the "issues" field, entering your serial number in the "search by" field, and clicking on the magnifying glass.

**Ensure that the information in the TMOG is correct.** If any information is incorrect, promptly request correction using the "Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment" form at **https://teas.uspto.gov/office/ppa/**. For more information, see **https://www.uspto.gov/trademark/trademark-updates-and-announcements/procedures-submitting-amendmentscorrections-trademark**.

**Direct questions** about this notice to the Trademark Assistance Center (TAC) at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.

**Email Address(es):**

XXXX

IYO_0000821

**From:**      TMOfficialNotices@USPTO.GOV
**Sent:**      Wednesday, May 28, 2025 01:47:35 EDT
**To:**        XXXX
**Subject:**   Official USPTO Notification: U.S. Trademark Application SN 98975630 -- Docket/Reference No. AAA075-001

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (U.S. Serial No.98975630) is scheduled to publish in the *Official Gazette* on Jun 03, 2025.  To preview the Notice of Publication, go to the Trademark Status & Document Retrieval (TSDR) database, accessible at <u>https://tsdr.uspto.gov/search.action?sn=98975630</u>.  If you have difficulty accessing the Notice of Publication, contact the Trademark Assistance Center (TAC) by e-mail at <u>TrademarkAssistanceCenter@uspto.gov</u> or by telephone at 800-786-9199.

**PLEASE NOTE:**
1.    The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2.    You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Please confirm that the correspondence information shown in TSDR is correct. If the correspondence information is not correct, please update this information using the online Change of Correspondence Address Form, accessible at <u>https://teas.uspto.gov/ccr/cca</u>.

Do NOT hit "Reply" to this e-mail notification. If you find an error in the Notice of Publication, update the information using the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at <u>https://teas.uspto.gov/office/ppa</u>.

IYO_0000822

# Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 98975630 | FILING DATE | 11/17/2023 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK, TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | FRENCH, CURTIS | L.O. ASSIGNED | TMO LAW OFFICE 115 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 05/01/2025 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATION |
| STATUS DATE | 04/30/2025 |
| LITERAL MARK ELEMENT | IO |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | IO |
| MARK DRAWING CODE | 5-AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

IYO_0000823

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Weynorth Limited |
| ADDRESS | 62 The Street<br>Ashtead, Surrey, KT211AT |
| ENTITY | 99-limited company (ltd.) |
| CITIZENSHIP | UNITED KINGDOM |

## GOODS AND SERVICES

INTERNATIONAL CLASS                                        009

DESCRIPTION TEXT                                           Multifunctional electronic wellness devices, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, and general electronic wellness devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned

INTERNATIONAL CLASS                                        014

DESCRIPTION TEXT                                           Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods

INTERNATIONAL CLASS                                        015

DESCRIPTION TEXT                                           Musical instruments; replacement parts and fittings for all the aforesaid goods

INTERNATIONAL CLASS                                        016

DESCRIPTION TEXT                                           Paper and cardboard; printed matter and books, namely, a series of printed books, printed articles, printed handouts and printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; Framed photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials, namely, Moulds for modelling clays; paint brushes; typewriters and office requisites, namely, staplers; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; plastic film materials for packaging; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed greeting cards; Printed advertising and promotional material, namely posters; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed fiction and non-fiction books on a variety of topics; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; printed periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, namely, lesson books; printed educational materials in the field of tablet computers; Printed catalogues relating to computer software; Printed computer brochures; Printed computer handbooks; Printed computer hardware reference manuals; Printed computer hardware users guides; Printed computer instruction manuals; Printed computer manuals; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; Printed catalogues relating to musical apparatus and instruments; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; Printed music books; Printed music instruction manuals; Printed music magazines; Printed telephone and address books; Printed blank agendas; Printed diaries; Printed calendars; Printed posters; Printed mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; decalcomanias; Paper gift cards; paper gift vouchers; paper labels; Printed maps; printed dictionaries; personal organizers; postage stamps; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; tissues of paper; towels of paper; printed vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; Printed computer hardware users guide; Printed computer manuals

IYO_0000824

| INTERNATIONAL CLASS | 028 |
|---|---|
| DESCRIPTION TEXT | Games and playthings, namely, boardgames; Arcade-type electronic video games; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; video game consoles; protective films adapted for screens for portable games; controllers for game consoles; toy rocking horses; electronic arcade pinball machines; toy pinball game machines; musical toys; toy radios; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; toy computers, non-operational; toy mobile telephones non-operational; dolls; toy and novelty face masks; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; toy drones; Controllers for toy cars and toy planes: board games; card games; playing cards; portable games with liquid crystal displays |

| INTERNATIONAL CLASS | 045 |
|---|---|
| DESCRIPTION TEXT | Legal services; Surveillance services relating to the security of tangible property; Online social networking services provided via downloadable mobile applications and a website; Dating services; online social networking services |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 014 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 015 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 016 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 028 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 045 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the stylized letters IO. |
| CHILD OF | 98275753 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|

| 04/30/2025 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 023 |
| 04/15/2025 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 022 |
| 04/15/2025 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 021 |
| 04/15/2025 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 020 |
| 04/15/2025 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 019 |
| 03/03/2025 | DPCC | D | DIVISIONAL PROCESSING COMPLETE | 018 |
| 09/06/2024 | DRRR | I | DIVISIONAL REQUEST RECEIVED | 017 |
| 02/27/2025 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 016 |
| 10/08/2024 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 015 |
| 10/07/2024 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 014 |
| 10/07/2024 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 013 |
| 10/02/2024 | XELG | O | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | 012 |
| 10/02/2024 | XELR | I | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | 011 |
| 09/06/2024 | ERTD | I | TEAS REQUEST TO DIVIDE RECEIVED | 010 |
| 07/02/2024 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 009 |
| 07/02/2024 | GNRT | F | NON-FINAL ACTION E-MAILED | 008 |
| 07/02/2024 | CNRT | R | NON-FINAL ACTION WRITTEN | 007 |
| 06/23/2024 | DOCK | D | ASSIGNED TO EXAMINER | 006 |
| 04/17/2024 | AMPX | O | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | 005 |
| 04/17/2024 | ALIE | A | ASSIGNED TO LIE | 004 |
| 11/27/2023 | PARI | I | TEAS VOLUNTARY AMENDMENT RECEIVED | 003 |
| 12/30/2023 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | 002 |
| 11/21/2023 | NWAP | I | NEW APPLICATION ENTERED | 001 |

## CURRENT CORRESPONDENCE INFORMATION

ATTORNEY                                    J. Scott Gerien

CORRESPONDENCE ADDRESS                      J. Scott Gerien
                                            DICKENSON, PEATMAN & FOGARTY
                                            1500 FIRST STREET, STE 200
                                            NAPA, CA 94559

DOMESTIC REPRESENTATIVE                     NONE

IYO_0000826



IYO_0000827

**Trademark Snap Shot Amendment & Mail Processing Stylesheet**
(Table presents the data on Amendment & Mail Processing Complete)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 98975630 | FILING DATE | 11/17/2023 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK, TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | FRENCH, CURTIS | L.O. ASSIGNED | TMO LAW OFFICE 115 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 04/16/2025 |
| PUB DATE | N/A |
| STATUS | 647-EXAMINERS AMENDMENT - MAILED |
| STATUS DATE | 04/15/2025 |
| LITERAL MARK ELEMENT | IO |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | IO |
| MARK DRAWING CODE | 5-AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

IYO_0000828

PARTY TYPE                                         10-ORIGINAL APPLICANT

NAME                                               Weynorth Limited

ADDRESS                                            62 The Street
                                                   Ashtead, Surrey, KT211AT

ENTITY                                             99-limited company (ltd.)

CITIZENSHIP                                        UNITED KINGDOM


## GOODS AND SERVICES

INTERNATIONAL CLASS                                009

    DESCRIPTION TEXT                       Multifunctional electronic wellness devices, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, and general electronic wellness devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned

INTERNATIONAL CLASS                                014

    DESCRIPTION TEXT                       Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods

INTERNATIONAL CLASS                                015

    DESCRIPTION TEXT                       Musical instruments; replacement parts and fittings for all the aforesaid goods

INTERNATIONAL CLASS                                016

    DESCRIPTION TEXT                       Paper and cardboard; printed matter and books, namely, a series of printed books, printed articles, printed handouts and printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; Framed photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials, namely, Moulds for modelling clays; paint brushes; typewriters and office requisites, namely, staplers; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; plastic film materials for packaging; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed greeting cards; Printed advertising and promotional material, namely posters; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed fiction and non-fiction books on a variety of topics; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; printed periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, namely, lesson books; printed educational materials in the field of tablet computers; Printed catalogues relating to computer software; Printed computer brochures; Printed computer handbooks; Printed computer hardware reference manuals; Printed computer hardware users guides; Printed computer instruction manuals; Printed computer manuals; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; Printed catalogues relating to musical apparatus and instruments; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; Printed music books; Printed music instruction manuals; Printed music magazines; Printed telephone and address books; Printed blank agendas; Printed diaries; Printed calendars; Printed posters; Printed mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; decalcomanias; Paper gift cards; paper gift vouchers; paper labels; Printed maps; printed dictionaries; personal organizers; postage stamps; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; tissues of paper; towels of paper; printed vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; Printed computer hardware users guide; Printed computer manuals

IYO_0000829

INTERNATIONAL CLASS                                    028

    DESCRIPTION TEXT                               Games and playthings, namely, boardgames; Arcade-type electronic video games; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; video game consoles; protective films adapted for screens for portable games; controllers for game consoles; toy rocking horses; electronic arcade pinball machines; toy pinball game machines; musical toys; toy radios; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; toy computers, non-operational; toy mobile telephones non-operational; dolls; toy and novelty face masks; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; toy drones; Controllers for toy cars and toy planes: board games; card games; playing cards; portable games with liquid crystal displays

INTERNATIONAL CLASS                                    045

    DESCRIPTION TEXT                               Legal services; Surveillance services relating to the security of tangible property; Online social networking services provided via downloadable mobile applications and a website; Dating services; online social networking services

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | | FIRST USE DATE | | FIRST USE IN COMMERCE DATE | | CLASS STATUS | |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 014 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 015 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 016 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 028 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 045 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the stylized letters IO. |
| CHILD OF | 98275753 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|

IYO_0000830

| 04/15/2025 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 022 |
| 04/15/2025 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 021 |
| 04/15/2025 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 020 |
| 04/15/2025 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 019 |
| 03/03/2025 | DPCC | D | DIVISIONAL PROCESSING COMPLETE | 018 |
| 09/06/2024 | DRRR | I | DIVISIONAL REQUEST RECEIVED | 017 |
| 02/27/2025 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 016 |
| 10/08/2024 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 015 |
| 10/07/2024 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 014 |
| 10/07/2024 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 013 |
| 10/02/2024 | XELG | O | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | 012 |
| 10/02/2024 | XELR | I | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | 011 |
| 09/06/2024 | ERTD | I | TEAS REQUEST TO DIVIDE RECEIVED | 010 |
| 07/02/2024 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 009 |
| 07/02/2024 | GNRT | F | NON-FINAL ACTION E-MAILED | 008 |
| 07/02/2024 | CNRT | R | NON-FINAL ACTION WRITTEN | 007 |
| 06/23/2024 | DOCK | D | ASSIGNED TO EXAMINER | 006 |
| 04/17/2024 | AMPX | O | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | 005 |
| 04/17/2024 | ALIE | A | ASSIGNED TO LIE | 004 |
| 11/27/2023 | PARI | I | TEAS VOLUNTARY AMENDMENT RECEIVED | 003 |
| 12/30/2023 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | 002 |
| 11/21/2023 | NWAP | I | NEW APPLICATION ENTERED | 001 |

## CURRENT CORRESPONDENCE INFORMATION

ATTORNEY

J. Scott Gerien

CORRESPONDENCE ADDRESS

J. Scott Gerien
DICKENSON, PEATMAN & FOGARTY
1500 FIRST STREET, STE 200
NAPA, CA 94559

DOMESTIC REPRESENTATIVE

NONE

IYO_0000831



IYO_0000832

| | |
|---|---|
| **To:** | J. Scott Gerien(tmdept@dpf-law.com) |
| **Subject:** | U.S. Trademark Application Serial No. 98975630 - IO - - AAA075-001 |
| **Sent:** | April 15, 2025 09:22:00 PM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

### United States Patent and Trademark Office (USPTO)
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 98975630

**Mark:** IO

**Correspondence Address:**
J. Scott Gerien
DICKENSON, PEATMAN & FOGARTY
1500 FIRST STREET, STE 200
NAPA CA 94559
United States

**Applicant:** Weynorth Limited

**Reference/Docket No.** AAA075-001

**Correspondence Email Address:** tmdept@dpf-law.com


# EXAMINER'S AMENDMENT


**Issue date:** April 15, 2025

**USPTO database searched; no conflicting marks found.** The trademark examining attorney has searched the USPTO database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

**Application has been amended as shown below.** As agreed to by Scott Gerien on April 15, 2025, the examining attorney has amended the application as shown below. Please notify the examining attorney immediately of any objections. TMEP §707. Otherwise, no response is required. *Id*. In addition, applicant is advised that amendments to the goods and/or services are permitted only if they clarify or limit them; amendments that add to or broaden the scope of the goods and/or services are not permitted. 37 C.F.R. §2.71(a).

Identification/Classification of Goods

The identification/classification of goods is amended to read as follows:

IYO_0000833

International Class 009: **Multifunctional electronic wellness devices,** namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, **and general electronic wellness devices** to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned [*Moved from CLASS 10 - CLASS 10 deleted, CLASS 9 added*]

International Class 014: Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods

*See* TMEP §§1402.01, 1402.01(e).

The remaining classes of goods and services are unchanged.


/Curtis French/
Trademark Examining Attorney
Law Office 115
(571) 272-9472
Curtis.French@USPTO.GOV

IYO_0000834

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on April 15, 2025 for
**U.S. Trademark Application Serial No.  98975630**

A USPTO examining attorney has reviewed your trademark application and issued an Office action.  You may be required to respond to this Office action.  Follow the steps below.

**(1) Read the Office action.**  This email is NOT the Office action.

**(2) Respond to the Office action, if a response is required.** Respond by deadline using the Trademark Electronic Application System (TEAS). Your response must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE
- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams.** Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your Serial Number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney.** If you do not have an attorney and are not required to

IYO_0000835

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

IYO_0000836

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 98975630 | FILING DATE | 11/17/2023 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK, TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | FRENCH, CURTIS | L.O. ASSIGNED | TMO LAW OFFICE 115 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 03/03/2025 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL ACTION - ENTERED |
| STATUS DATE | 10/08/2024 |
| LITERAL MARK ELEMENT | IO |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | IO |
| MARK DRAWING CODE | 5-AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

IYO_0000837

PARTY TYPE                                          10-ORIGINAL APPLICANT

NAME                                                Weynorth Limited

ADDRESS                                             62 The Street
                                                    Ashtead, Surrey, KT211AT

ENTITY                                              99-limited company (ltd.)

CITIZENSHIP                                         UNITED KINGDOM


## GOODS AND SERVICES

INTERNATIONAL CLASS                                 010

    DESCRIPTION TEXT            Medical general wellness instruments, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, general wellness apparatus and devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned

INTERNATIONAL CLASS                                 014

    DESCRIPTION TEXT            Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods

INTERNATIONAL CLASS                                 015

    DESCRIPTION TEXT            Musical instruments; replacement parts and fittings for all the aforesaid goods

INTERNATIONAL CLASS                                 016

    DESCRIPTION TEXT            Paper and cardboard; printed matter and books, namely, a series of printed books, printed articles, printed handouts and printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; Framed photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials, namely, Moulds for modelling clays; paint brushes; typewriters and office requisites, namely, staplers; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; plastic film materials for packaging; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed greeting cards; Printed advertising and promotional material, namely posters; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed fiction and non-fiction books on a variety of topics; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; printed periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, namely, lesson books; printed educational materials in the field of tablet computers; Printed catalogues relating to computer software; Printed computer brochures; Printed computer handbooks; Printed computer hardware reference manuals; Printed computer hardware users guides; Printed computer instruction manuals; Printed computer manuals; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; Printed catalogues relating to musical apparatus and instruments; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; Printed music books; Printed music instruction manuals; Printed music magazines; Printed telephone and address books; Printed blank agendas; Printed diaries; Printed calendars; Printed posters; Printed mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; decalcomanias; Paper gift cards; paper gift vouchers; paper labels; Printed maps; printed dictionaries; personal organizers; postage stamps; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; tissues of paper; towels of paper; printed vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; Printed computer hardware users guide; Printed computer manuals

IYO_0000838

INTERNATIONAL CLASS                                              028

    DESCRIPTION TEXT                     Games and playthings, namely, boardgames; Arcade-type electronic video games; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; video game consoles; protective films adapted for screens for portable games; controllers for game consoles; toy rocking horses; electronic arcade pinball machines; toy pinball game machines; musical toys; toy radios; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; toy computers, non-operational; toy mobile telephones non-operational; dolls; toy and novelty face masks; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; toy drones; Controllers for toy cars and toy planes: board games; card games; playing cards; portable games with liquid crystal displays

INTERNATIONAL CLASS                                              045

    DESCRIPTION TEXT                     Legal services; Surveillance services relating to the security of tangible property; Online social networking services provided via downloadable mobile applications and a website; Dating services; online social networking services

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 010 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 014 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 015 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 016 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 028 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 045 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the stylized letters IO. |
| CHILD OF | 98275753 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|

IYO_0000839

| 03/03/2025 | DPCC | D | DIVISIONAL PROCESSING COMPLETE | 018 |
| 09/06/2024 | DRRR | I | DIVISIONAL REQUEST RECEIVED | 017 |
| 02/27/2025 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 016 |
| 10/08/2024 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 015 |
| 10/07/2024 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 014 |
| 10/07/2024 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 013 |
| 10/02/2024 | XELG | O | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | 012 |
| 10/02/2024 | XELR | I | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | 011 |
| 09/06/2024 | ERTD | I | TEAS REQUEST TO DIVIDE RECEIVED | 010 |
| 07/02/2024 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 009 |
| 07/02/2024 | GNRT | F | NON-FINAL ACTION E-MAILED | 008 |
| 07/02/2024 | CNRT | R | NON-FINAL ACTION WRITTEN | 007 |
| 06/23/2024 | DOCK | D | ASSIGNED TO EXAMINER | 006 |
| 04/17/2024 | AMPX | O | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | 005 |
| 04/17/2024 | ALIE | A | ASSIGNED TO LIE | 004 |
| 11/27/2023 | PARI | I | TEAS VOLUNTARY AMENDMENT RECEIVED | 003 |
| 12/30/2023 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | 002 |
| 11/21/2023 | NWAP | I | NEW APPLICATION ENTERED | 001 |

## CURRENT CORRESPONDENCE INFORMATION

ATTORNEY                                            J. Scott Gerien

CORRESPONDENCE ADDRESS                             J. Scott Gerien
                                                   DICKENSON, PEATMAN & FOGARTY
                                                   1500 FIRST STREET, STE 200
                                                   NAPA, CA 94559

DOMESTIC REPRESENTATIVE                            NONE

IYO_0000840



IYO_0000841

| | |
|---|---|
| **To:** | Weynorth Limited (tmdept@dpf-law.com) |
| **Subject:** | U.S. Trademark Application Serial No. 98275753 - IO - AAA075-001 |
| **Sent:** | March 03, 2025 10:20:33 AM |
| **Sent As:** | ecomitu@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**

**U.S. Application Serial No.** 98275753

**Mark:** IO

**Correspondence Address:**
J. Scott Gerien
DICKENSON, PEATMAN & FOGARTY
1500 FIRST STREET, STE 200
NAPA CA 94559

**Applicant:** Weynorth Limited

**Reference/Docket No.** AAA075-001

**Correspondence Email Address:**
tmdept@dpf-law.com

# NOTICE THAT PROCESSING OF
# REQUEST TO DIVIDE APPLICATION IS COMPLETED
## No Response Required

**Issue date:** March 3, 2025

The request to divide application serial no. 98275753 filed on September 6, 2024 has been processed as follows:

(1) Parent (original) application serial no. 98275753 contains the following:

Classes: 9, 12, 18, 35, 36, 37, 38, 39, 41, 42, and 44

(2) Child application serial no. 98975630 contains the following:

Classes: 10, 14, 15, 16, 28, and 45

37 C.F.R. §2.87; *see* TMEP §§1110 *et seq*.

The examining attorney will be notified of the completed request to divide. Please note that the filing of a request to divide an application is not considered a proper response to an examining attorney's Office action and does not relieve an applicant of the duty to respond to any outstanding Office action or to take any other required action. 37 C.F.R. §2.87(e); TMEP §1110.05.

Please call the undersigned with any questions.

**Direct questions about this notice** to the assigned Intent-to-use staff member below.

/Tanya Baylor/
Paralegal Specialist
ITU/Divisional Unit

IYO_0000842

(571) 272-8366 (telephone)
tanya.baylor@uspto.gov

IYO_0000843

| **To:** | Weynorth Limited (tmdept@dpf-law.com) |
| **Subject:** | U.S. Trademark Application Serial No. 98275753 - IO - AAA075-001 |
| **Sent:** | March 03, 2025 10:20:33 AM |
| **Sent As:** | ecomitu@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**

**USPTO OFFICIAL NOTICE**

Office action (Official Letter) or Notice has issued
on 03/03/2025 for
**U.S. Trademark Application Serial No. 98975630**

A USPTO Intent-to-use staff member has reviewed your trademark document and issued an Office action or notice. You may be required to respond to this Office action or notice. Follow the steps below.

(1)  **Read the Office action or notice.**  This email is NOT the Office action or notice.

(2) **Respond to the Office action or notice, if a response is required.** Respond by the deadline using the Trademark Electronic Application System (TEAS). Your response must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period. Otherwise, your application may be abandoned. See the Office action or notice itself regarding how to respond.

(3) **Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action or notice, address any question(s) regarding the specific content to the USPTO intent-to-use staff member identified in the Office action or notice.

**GENERAL GUIDANCE**

**Check the status** of your application periodically in the **Trademark Status & Document Retrieval (TSDR)** database to avoid missing critical deadlines.

**Update your correspondence email address** to ensure you receive important USPTO notices about your application.

**Beware of trademark-related scams.** Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. And all official USPTO correspondence will only be emailed from the domain "@uspto.gov." Verify the correspondence originated from us by using your Serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

**Hiring a U.S.-licensed attorney.** If you do not have an attorney and are not required to have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process.

IYO_0000844