# EXHIBIT J

**Generated on:** This page was generated by TSDR on 2026-03-21 11:27:21 EDT

**Mark:** IO



**US Serial Number:** 98977419

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Nov. 17, 2023

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** Application withdrawn by USPTO before publication for further review.

**Status Date:** Mar. 17, 2026

# Mark Information

**Mark Literal Elements:** IO

**Standard Character Claim:** No

**Mark Drawing Type:** 5 - AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM

**Description of Mark:** The mark consists of the stylized letters IO.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

# Related Properties Information

**Child Of:** 98275753

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial consultancy services; Financial affairs and monetary affairs, namely, financial information, management and analysis services

**International Class(es):** 036 - Primary Class      **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**For:** Repair, Maintenance, and installation of computer hardware, wearable computer hardware, mobile computer hardware, robots, robotic devices that can move, smart speakers and smart televisions; information, advisory and consultancy services relating to all the aforesaid

**International Class(es):** 037 - Primary Class      **U.S Class(es):** 100, 103, 106

**Class Status:** ACTIVE

IYO_0000845

**For:** Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; providing of training in technology and artificial intelligence; providing online music not downloadable; providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of technology and artificial intelligence; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence and live theatrical productions; providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; virtual reality game services provided on-line from a computer network; conducting fitness classes; computer-based educational, teaching, and training services in the field of technology and artificial intelligence; providing online computer games; providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ticket reservation and booking services for entertainment, sporting and cultural events; booking of seats for shows; rental of audio equipment; training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for it systems, product manufacturing equipment and processes and supply chains

| | | |
|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** 100, 101, 107 |
| **Class Status:** | ACTIVE | |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Weynorth Limited |
| **Owner Address:** | 62 The Street<br>Ashtead, Surrey UNITED KINGDOM KT211AT |
| **Legal Entity Type:** | limited company (ltd.) |
| **State or Country Where Organized:** | UNITED KINGDOM |

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | J. Scott Gerien | **Docket Number:** | AAA075-001 |
| **Attorney Primary Email Address:** | tmdept@dpf-law.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | J. Scott Gerien<br>DICKENSON, PEATMAN & FOGARTY<br>1500 FIRST STREET, STE 200<br>NAPA, CALIFORNIA United States 94559 |
| **Phone:** | 707-261-7000 |
| **Correspondent e-mail:** | tmdept@dpf-law.com |
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 17, 2026 | WITHDRAWN FROM PUB - OG REVIEW QUERY | |
| Mar. 01, 2026 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 14, 2026 | DIVISIONAL PROCESSING COMPLETE | |
| Oct. 14, 2025 | DIVISIONAL REQUEST RECEIVED | |
| Jan. 12, 2026 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71906 |
| Oct. 14, 2025 | TEAS/EMAIL CORRESPONDENCE ENTERED | |

IYO_0000846

| Oct. 14, 2025 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Oct. 14, 2025 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 14, 2025 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Oct. 14, 2025 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Jul. 14, 2025 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Jul. 14, 2025 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| Apr. 15, 2025 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Apr. 15, 2025 | NON-FINAL ACTION E-MAILED | |
| Apr. 15, 2025 | NON-FINAL ACTION WRITTEN | |
| Mar. 03, 2025 | DIVISIONAL PROCESSING COMPLETE | |
| Sep. 06, 2024 | DIVISIONAL REQUEST RECEIVED | |
| Feb. 27, 2025 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71906 |
| Oct. 08, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Oct. 07, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Oct. 07, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 02, 2024 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Oct. 02, 2024 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| Sep. 06, 2024 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Jul. 02, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jul. 02, 2024 | NON-FINAL ACTION E-MAILED | |
| Jul. 02, 2024 | NON-FINAL ACTION WRITTEN | |
| Jun. 23, 2024 | ASSIGNED TO EXAMINER | 76419 |
| Apr. 17, 2024 | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | |
| Apr. 17, 2024 | ASSIGNED TO LIE | |
| Nov. 27, 2023 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Dec. 30, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 21, 2023 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** FRENCH, CURTIS W

**Law Office Assigned:** LAW OFFICE 115

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** Mar. 18, 2026

IYO_0000847

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 98977419 | FILING DATE | 11/17/2023 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | FRENCH, CURTIS W | L.O. ASSIGNED | TMO LAW OFFICE 115 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 03/01/2026 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATION |
| STATUS DATE | 03/01/2026 |
| LITERAL MARK ELEMENT | IO |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | IO |
| MARK DRAWING CODE | 5-AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

IYO_0000848

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Weynorth Limited |
| ADDRESS | 62 The Street<br>Ashtead, Surrey, KT211AT |
| ENTITY | 99-limited company (ltd.) |
| CITIZENSHIP | UNITED KINGDOM |

## GOODS AND SERVICES

| | |
|---|---|
| INTERNATIONAL CLASS | 036 |
|     DESCRIPTION TEXT | Financial consultancy services; Financial affairs and monetary affairs, namely, financial information, management and analysis services |
| INTERNATIONAL CLASS | 037 |
|     DESCRIPTION TEXT | Repair, Maintenance, and installation of computer hardware, wearable computer hardware, mobile computer hardware, robots, robotic devices that can move, smart speakers and smart televisions; information, advisory and consultancy services relating to all the aforesaid |
| INTERNATIONAL CLASS | 041 |
|     DESCRIPTION TEXT | Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; providing of training in technology and artificial intelligence; providing online music not downloadable; providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of technology and artificial intelligence; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence and live theatrical productions; providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; virtual reality game services provided on-line from a computer network; conducting fitness classes; computer-based educational, teaching, and training services in the field of technology and artificial intelligence; providing online computer games; providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ticket reservation and booking services for entertainment, sporting and cultural events; booking of seats for shows; rental of audio equipment; training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for it systems, product manufacturing equipment and processes and supply chains |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | | FIRST USE DATE | | FIRST USE IN COMMERCE DATE | | CLASS STATUS | |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 036 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 037 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 041 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |

IYO_0000849

DESCRIPTION OF MARK                                      The mark consists of the stylized letters IO.

CHILD OF                                                 98275753

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|------|--------|----------|-------------|---------|
| 03/01/2026 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 032 |
| 01/14/2026 | DPCC | D | DIVISIONAL PROCESSING COMPLETE | 031 |
| 10/14/2025 | DRRR | I | DIVISIONAL REQUEST RECEIVED | 030 |
| 01/12/2026 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 029 |
| 10/14/2025 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 028 |
| 10/14/2025 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 027 |
| 10/14/2025 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 026 |
| 10/14/2025 | ERTD | I | TEAS REQUEST TO DIVIDE RECEIVED | 025 |
| 10/14/2025 | ERTD | I | TEAS REQUEST TO DIVIDE RECEIVED | 024 |
| 07/14/2025 | XELG | O | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | 023 |
| 07/14/2025 | XELR | I | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | 022 |
| 04/15/2025 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 021 |
| 04/15/2025 | GNRT | F | NON-FINAL ACTION E-MAILED | 020 |
| 04/15/2025 | CNRT | R | NON-FINAL ACTION WRITTEN | 019 |
| 03/03/2025 | DPCC | D | DIVISIONAL PROCESSING COMPLETE | 018 |
| 09/06/2024 | DRRR | I | DIVISIONAL REQUEST RECEIVED | 017 |
| 02/27/2025 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 016 |
| 10/08/2024 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 015 |
| 10/07/2024 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 014 |
| 10/07/2024 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 013 |
| 10/02/2024 | XELG | O | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | 012 |
| 10/02/2024 | XELR | I | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | 011 |
| 09/06/2024 | ERTD | I | TEAS REQUEST TO DIVIDE RECEIVED | 010 |
| 07/02/2024 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 009 |
| 07/02/2024 | GNRT | F | NON-FINAL ACTION E-MAILED | 008 |
| 07/02/2024 | CNRT | R | NON-FINAL ACTION WRITTEN | 007 |
| 06/23/2024 | DOCK | D | ASSIGNED TO EXAMINER | 006 |
| 04/17/2024 | AMPX | O | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | 005 |
| 04/17/2024 | ALIE | A | ASSIGNED TO LIE | 004 |
| 11/27/2023 | PARI | I | TEAS VOLUNTARY AMENDMENT RECEIVED | 003 |
| 12/30/2023 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | 002 |
| 11/21/2023 | NWAP | I | NEW APPLICATION ENTERED | 001 |

## CURRENT CORRESPONDENCE INFORMATION

ATTORNEY                                                 J. Scott Gerien

CORRESPONDENCE ADDRESS                                   J. Scott Gerien
                                                         DICKENSON, PEATMAN & FOGARTY
                                                         1500 FIRST STREET, STE 200
                                                         NAPA, CA 94559

DOMESTIC REPRESENTATIVE                                  NONE

IYO_0000850

IYO_0000851



IYO_0000852

**Trademark Snap Shot Amendment & Mail Processing Stylesheet**
(Table presents the data on Amendment & Mail Processing Complete)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 98977419 | FILING DATE | 11/17/2023 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | FRENCH,CURTIS W | L.O. ASSIGNED | TMO LAW OFFICE 115 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 01/14/2026 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL ACTION - ENTERED |
| STATUS DATE | 10/14/2025 |
| LITERAL MARK ELEMENT | IO |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | IO |
| MARK DRAWING CODE | 5-AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

IYO_0000853

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | Weynorth Limited |
| ADDRESS | 62 The Street<br>Ashtead, Surrey, KT211AT |
| ENTITY | 99-limited company (ltd.) |
| CITIZENSHIP | UNITED KINGDOM |

## GOODS AND SERVICES

| | |
|---|---|
| INTERNATIONAL CLASS | 036 |
| DESCRIPTION TEXT | Financial consultancy services; Financial affairs and monetary affairs, namely, financial information, management and analysis services |

| | |
|---|---|
| INTERNATIONAL CLASS | 037 |
| DESCRIPTION TEXT | Repair, Maintenance, and installation of computer hardware, wearable computer hardware, mobile computer hardware, robots, robotic devices that can move, smart speakers and smart televisions; information, advisory and consultancy services relating to all the aforesaid |

| | |
|---|---|
| INTERNATIONAL CLASS | 039 |
| DESCRIPTION TEXT | Transport; Packaging and storage of goods; Travel arrangement |

| | |
|---|---|
| INTERNATIONAL CLASS | 041 |
| DESCRIPTION TEXT | Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; providing of training in technology and artificial intelligence; providing online music not downloadable; providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of technology and artificial intelligence; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence and live theatrical productions; providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; virtual reality game services provided on-line from a computer network; conducting fitness classes; computer-based educational, teaching, and training services in the field of technology and artificial intelligence; providing online computer games; providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ticket reservation and booking services for entertainment, sporting and cultural events; booking of seats for shows; rental of audio equipment; training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for it systems, product manufacturing equipment and processes and supply chains |

## GOODS AND SERVICES CLASSIFICATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INTERNATIONAL CLASS | 036 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 037 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 039 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
| INTERNATIONAL CLASS | 041 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE | NONE | CLASS STATUS | 6-ACTIVE |

IYO_0000854

DATE

## MISCELLANEOUS INFORMATION/STATEMENTS

| | |
|---|---|
| CHANGE IN REGISTRATION | NO |
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of the stylized letters IO. |
| CHILD OF | 98275753 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 01/14/2026 | DPCC | D | DIVISIONAL PROCESSING COMPLETE | 031 |
| 10/14/2025 | DRRR | I | DIVISIONAL REQUEST RECEIVED | 030 |
| 01/12/2026 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 029 |
| 10/14/2025 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 028 |
| 10/14/2025 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 027 |
| 10/14/2025 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 026 |
| 10/14/2025 | ERTD | I | TEAS REQUEST TO DIVIDE RECEIVED | 025 |
| 10/14/2025 | ERTD | I | TEAS REQUEST TO DIVIDE RECEIVED | 024 |
| 07/14/2025 | XELG | O | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | 023 |
| 07/14/2025 | XELR | I | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | 022 |
| 04/15/2025 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 021 |
| 04/15/2025 | GNRT | F | NON-FINAL ACTION E-MAILED | 020 |
| 04/15/2025 | CNRT | R | NON-FINAL ACTION WRITTEN | 019 |
| 03/03/2025 | DPCC | D | DIVISIONAL PROCESSING COMPLETE | 018 |
| 09/06/2024 | DRRR | I | DIVISIONAL REQUEST RECEIVED | 017 |
| 02/27/2025 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 016 |
| 10/08/2024 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 015 |
| 10/07/2024 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 014 |
| 10/07/2024 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 013 |
| 10/02/2024 | XELG | O | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | 012 |
| 10/02/2024 | XELR | I | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | 011 |
| 09/06/2024 | ERTD | I | TEAS REQUEST TO DIVIDE RECEIVED | 010 |
| 07/02/2024 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 009 |
| 07/02/2024 | GNRT | F | NON-FINAL ACTION E-MAILED | 008 |
| 07/02/2024 | CNRT | R | NON-FINAL ACTION WRITTEN | 007 |
| 06/23/2024 | DOCK | D | ASSIGNED TO EXAMINER | 006 |
| 04/17/2024 | AMPX | O | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | 005 |
| 04/17/2024 | ALIE | A | ASSIGNED TO LIE | 004 |
| 11/27/2023 | PARI | I | TEAS VOLUNTARY AMENDMENT RECEIVED | 003 |
| 12/30/2023 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | 002 |
| 11/21/2023 | NWAP | I | NEW APPLICATION ENTERED | 001 |

## CURRENT CORRESPONDENCE INFORMATION

IYO_0000855

ATTORNEY                                                      J. Scott Gerien

CORRESPONDENCE ADDRESS                                       J. Scott Gerien
                                                             DICKENSON, PEATMAN & FOGARTY
                                                             1500 FIRST STREET, STE 200
                                                             NAPA, CA 94559

DOMESTIC REPRESENTATIVE                                      NONE

IYO_0000856



IYO_0000857

| To: | Weynorth Limited (tmdept@dpf-law.com) |
|---|---|
| Subject: | U.S. Trademark Application Serial No. 98275753 - IO - AAA075-001 |
| Sent: | January 14, 2026 09:05:46 AM |
| Sent As: | ecomitu@uspto.gov |
| Attachments: | |

**United States Patent and Trademark Office (USPTO)**

**U.S. Application Serial No.** 98275753

**Mark:** IO

**Correspondence Address:**
J. Scott Gerien

DICKENSON, PEATMAN & FOGARTY

1500 FIRST STREET, STE 200

NAPA CA 94559

**Applicant:** Weynorth Limited

**Reference/Docket No.** AAA075-001

**Correspondence Email Address:**

tmdept@dpf-law.com

# NOTICE THAT PROCESSING OF
# REQUEST TO DIVIDE APPLICATION IS COMPLETED
## No Response Required

**Issue date:** January 14, 2026

The request to divide application serial no. 98275753 filed on October 14, 2025 has been processed as follows:

(1) Parent (original) application serial no. 98275753 contains the following:

Classes: 9, 35, and 38

(2) Child application serial no. 98977419 contains the following:

Classes: 36, 37, 39 and 41

(3) Child application serial no. 98977421 contains the following:

Class: 42

37 C.F.R. §2.87; *see* TMEP §§1110 *et seq.*

IYO_0000858

The examining attorney will be notified of the completed request to divide.  Please note that the filing of a request to divide an application is not considered a proper response to an examining attorney's  Office action and does not relieve an applicant of the duty to respond to any outstanding Office action or to take any other required action.  37 C.F.R. §2.87(e); TMEP §1110.05.


Please call the undersigned with any questions.




**Direct questions about this notice** to the assigned Intent-to-use staff member below.




Baylor, Tanya

/Tanya Baylor/

Paralegal Specialist

ITU/Divisional Unit

(571) 272-8366 (telephone)

tanya.baylor@uspto.gov

IYO_0000859

| | |
|---|---|
| **To:** | Weynorth Limited (tmdept@dpf-law.com) |
| **Subject:** | U.S. Trademark Application Serial No. 98275753 - IO - AAA075-001 |
| **Sent:** | January 14, 2026 09:05:46 AM |
| **Sent As:** | ecomitu@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**

**USPTO OFFICIAL NOTICE**

Office action (Official Letter) or Notice has issued
on 01/14/2026 for
**U.S. Trademark Application Serial No. 98977419**

A USPTO Intent-to-use staff member has reviewed your trademark document and issued an Office action or notice. You may be required to respond to this Office action or notice. Follow the steps below.
(1) **Read the Office action or notice.** This email is NOT the Office action or notice.
(2) **Respond to the Office action or notice, if a response is required.** Respond by the deadline using the Trademark Electronic Application System (TEAS). Your response must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period. Otherwise, your application may be abandoned. See the Office action or notice itself regarding how to respond.
(3) **Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).
After reading the Office action or notice, address any question(s) regarding the specific content to the USPTO intent-to-use staff member identified in the Office action or notice.

**GENERAL GUIDANCE**

**Check the status** of your application periodically in the **Trademark Status & Document Retrieval (TSDR)** database to avoid missing critical deadlines.

**Update your correspondence email address** to ensure you receive important USPTO notices about your application.

**Beware of trademark-related scams.** Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. And all official USPTO correspondence will only be emailed from the domain "@uspto.gov." Verify the correspondence originated from us by using your Serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

**Hiring a U.S.-licensed attorney.** If you do not have an attorney and are not required to have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process.

IYO_0000860

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 98275753 |
| MARK SECTION | |
| MARK FILE NAME | https://tmng-al.uspto.gov/resting2/api/img/98275753/large |
| LITERAL ELEMENT | IO |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |

**ARGUMENT(S)**

Applicant submits concurrently herewith amendments to the goods and services that it believes will obviate any likelihood of confusion with the cited registrations. Applicant notes that cited Reg. No. 4611696 is past the grace period for renewal but not officially cancelled in the system. Reg No. 2924027 has become abandoned so no longer serves as Section 2(d) block to registration. Applicant also notes that Reg. No. 5830511 is in grace period for Section 71 with no declaration filed.

**GOODS AND/OR SERVICES SECTION (009) (current)**

| INTERNATIONAL CLASS | 009 |
|---|---|

**DESCRIPTION**

Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments in the nature of cell phones; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, namely, smartphones and tablets; network communication apparatus, namely, network services; downloadable data, images, audio and video files containing factual information, news, entertainment and music; downloadable digital files authenticated by non-fungible tokens (NFTs), namely, downloadable digital music files, digital collectibles and digital artwork authenticated by non-fungible tokens (NFTs); downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and nonfungible tokens (nfts); downloadable software for enabling a user to view, market, purchase, sell or exchange non-fungible tokens (NFTs) or digital goods; downloadable software for creating non-fungible tokens (NFTs); handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware in the nature of smart watches; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; Magnetically encoded identification bracelets; electronic book readers; downloadable computer software that provides a user interface for interacting with artificial intelligence models; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; Downloadable application development software for providing a user interface for interacting with artificial intelligence models; Downloadable computer game software; downloadable pre-recorded audio, video and multimedia content containing music, news, social commentary, entertainment and sports; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices in the nature of smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, namely, wireless mice, wireless keyboards and wireless air gesture controllers; biometric identification and authentication apparatus; accelerometers; altimeters; electronic distance measuring apparatus; electronic distance recording apparatus; pedometers; pressure measuring apparatus; pressure indicators; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; electronic virtual and augmented reality displays, goggles, controllers, and headsets; 3D spectacles; eyeglasses; sunglasses; spectacle lenses; optical glasses; optical apparatus and instruments, namely, telescopes; cameras; flash lamps for cameras; computer peripherals, namely, keyboards, mice, mouse pads, ink printers, blank disk drives, and blank hard drives; Electronic sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; motor vehicle audio

IYO_0000861

amplifier apparatus; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; set top boxes; radios; radio transmitters and receivers; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; global positioning systems (GPS devices); Electric navigational instruments; navigation apparatus for vehicles; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; data storage apparatus, namely, blank magnetic disks; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive computer touchscreens; Electronic interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders other than those for use by video professionals to capture, edit and produce video, television or film ; protective films specially adapted for computer screens, mobile telephone screens, and smartwatch screens; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, and straps, all specially adapted for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; selfie sticks; electronic agendas; dictating machines; electronic tags for goods; facsimile machines; weighing apparatus and instruments, namely, measuring rulers; electronic notice boards; measuring tapes; silicon wafers; integrated circuits; amplifiers; fluorescent screens; light-conducting filaments; electric installations for the remote control of industrial operations; life-saving apparatus and equipment, namely, life vests; whistle alarms; recorded video discs containing animated cartoons; decorative magnets; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the Internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; Recorded computer game programs; Humanoid robots having communication and learning functions for assisting and entertaining people; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use; Downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; Downloadable software applications for providing a user interface for interacting with artificial intelligence models; none of the foregoing for business operations and general office functions ; none of the foregoing for enabling electronic transactions and bill payments ; none of the foregoing for improving the effectiveness of a sales force ; none of the foregoing including human machine interface computer software to monitor, track, report and manipulate values from an automated process or machine ; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting

**FILING BASIS**                              Section 1(b)

## GOODS AND/OR SERVICES SECTION (009) (proposed)

**INTERNATIONAL CLASS**                       009

**TRACKED TEXT DESCRIPTION**

Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments in the nature of cell phones; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, namely, smartphones and tablets; network communication apparatus, namely, network services; ~~downloadable data, images, audio and video files containing factual information, news, entertainment and music~~; handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; ~~downloadable digital files authenticated by non-fungible tokens (NFTs), namely, downloadable digital music files, digital collectibles and digital artwork authenticated by non-fungible tokens (NFTs)~~; wearable computer hardware in the nature of smart watches; ~~downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and nonfungible tokens (nfts)~~; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; ~~downloadable software for enabling a user to view, market, purchase, sell or exchange non-fungible tokens (NFTs) or digital goods~~; smartwatches; ~~downloadable software for creating non-fungible tokens (NFTs)~~; smart glasses; smart rings; wearable activity trackers; downloadable computer software that provides a user interface for interacting with artificial intelligence models; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; downloadable application development software for providing a user interface for interacting with artificial intelligence models; computer peripheral devices; peripheral devices for computers, mobile telephones,

IYO_0000862

mobile electronic devices, wearable electronic devices in the nature of smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; ~~Magnetically encoded identification bracelets~~; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, namely, wireless mice, wireless keyboards and wireless air gesture controllers; ~~electronic book readers~~; biometric identification and authentication apparatus; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; electronic virtual and augmented reality displays, goggles, controllers, and headsets; 3d spectacles; ~~Downloadable computer game software~~; eyeglasses; ~~downloadable pre-recorded audio, video and multimedia content containing music, news, social commentary, entertainment and sports~~; sunglasses; spectacle lenses; optical glasses; cameras; electronic sound recording and reproducing apparatus; ~~accelerometers~~; digital audio and video players and recorders; ~~altimeters~~; audio speakers; ~~electronic distance measuring apparatus~~; audio amplifiers and receivers; ~~electronic distance recording apparatus~~; voice recording and voice recognition apparatus; ~~pedometers~~; earphones; ~~pressure measuring apparatus~~; headphones; ~~pressure indicators~~; microphones; televisions; television receivers and monitors; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; computer chips; batteries; battery chargers; ~~optical apparatus and instruments, namely, telescopes~~; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive computer touchscreens; ~~flash lamps for cameras~~; electronic interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders other than those for use by video professionals to capture, edit and produce video, television or film; ~~computer peripherals, namely, keyboards, mice, mouse pads, ink printers, blank disk drives, and blank hard drives~~; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, and straps, all specially adapted for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; dictating machines; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the internet and for the sending, receiving, and storing of digital data; ~~motor vehicle audio amplifier apparatus~~; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; recorded computer game programs; humanoid robots having communication and learning functions for assisting and entertaining people; laboratory robots; ~~set top boxes~~; teaching robots; ~~radios~~; security surveillance robots; ~~radio transmitters and receivers~~; robots with artificial intelligence; electronic devices in the form of robots for personal use; ~~global positioning systems (GPS devices)~~; downloadable computer programs and downloadable computer software for the artificial production of human speech and text; ~~Electric navigational instruments~~; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; ~~navigation apparatus for vehicles~~; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; ~~data storage apparatus, namely, blank magnetic disks~~; downloadable computer programs and downloadable computer software for creating and generating text; downloadable software applications for providing a user interface for interacting with artificial intelligence models; none of the foregoing for business operations and general office functions; <u>none of the foregoing for enabling electronic transactions and bill payments, accounting, billing, payment services, financial electronic transfer or loans</u>; none of the foregoing for improving the effectiveness of a sales force; none of the foregoing including human machine interface computer software to monitor, track, report and manipulate values from an automated process or machine; <u>none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting and none of the foregoing including electric connectors, electric accumulators, mechanisms for coin-operated apparatus, cash registers, calculating machines, software for the management and control of electrical or lighting installations and products, surveillance devices, and the recharging of electrical vehicles and software for the automation of homes and buildings, namely, automation of lighting, temperature, access, sound and voice control in homes and buildings, fire extinguishers, loudspeakers, amplifiers, radio receivers, heat regulating apparatus, namely, thermostats for the control of temperature conditioning, air and heat, for use in houses and buildings, radios, apparatus and instruments for accumulating and storage of electricity, namely, electric accumulators, batteries, apparatus and instruments for controlling electric current, namely, electric controllers, current transformers, electric switches, electric connectors, electric control apparatus, namely, electric controllers, electric switches, apparatus, instruments and cables for conducting electricity, namely, electrical cables, insulated copper wire, luminous beacons, terminals electricity, namely, electrical terminal boxes, electrical terminal blocks, cabinets for loudspeakers, electric switch boxes, battery chargers for use in telephones, battery chargers, electric and electronic components, namely, electric controllers, electric switches, electricity connectors, coaxial connectors, namely, coaxial plugs, coaxial cables, cable connectors, audio cable connectors, electric plugs, namely, jack plugs, optical fiber connectors, smoke detectors, intruder detection devices other than for vehicles, namely, alarm monitoring systems, alarm sensors, indicators and controllers, namely, electric indicator broads, electronic indicator boards, electric switches, differential switches, electric switches, namely, electric switches for the management and control of electrical or lighting installations, limiters</u>

for electricity, fuse holders, namely, panel-mounted fuse holders for use with electronic glass and ceramic fuses, timers, radio-alarm clocks and radio-clocks, namely, radios incorporating clocks, electrical terminators, namely, terminal strips, regulators electric, namely, voltage regulators, electric switches, electric light dimmers for the management and control of electrical or lighting installations, electronic controllers, sensors and detectors, namely, aircraft airspeed sensors, alarm sensors, covers for electric outlets, namely, covers for electric terminals boxes, electrical terminal blocks, socket-outlets, electric terminals, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets, electric sockets, namely, antenna jacks, sockets, plugs and other contacts being electric connections, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets, transformers for electricity, solenoid valves, and electric buzzers; ~~protective films specially adapted for computer screens, mobile telephone screens, and smartwatch screens~~; none of the foregoing including external video and audio interface devices containing printed circuit boards for use by video professionals with a desktop or laptop computer to capture, edit and produce video, television or film; ~~selfie sticks; electronic agendas; electronic tags for goods; facsimile machines; weighing apparatus and instruments, namely, measuring rulers; electronic notice boards; measuring tapes; silicon wafers; integrated circuits; amplifiers; fluorescent screens; light-conducting filaments; electric installations for the remote control of industrial operations; life-saving apparatus and equipment, namely, life vests; whistle alarms; recorded video discs containing animated cartoons; decorative magnets; none of the foregoing for enabling electronic transactions and bill payments; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting~~

**FINAL DESCRIPTION**

Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments in the nature of cell phones; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, namely, smartphones and tablets; network communication apparatus, namely, network services; handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware in the nature of smart watches; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; downloadable computer software that provides a user interface for interacting with artificial intelligence models; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; downloadable application development software for providing a user interface for interacting with artificial intelligence models; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices in the nature of smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, namely, wireless mice, wireless keyboards and wireless air gesture controllers; biometric identification and authentication apparatus; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; electronic virtual and augmented reality displays, goggles, controllers, and headsets; 3d spectacles; eyeglasses; sunglasses; spectacle lenses; optical glasses; cameras; electronic sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive computer touchscreens; electronic interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders other than those for use by video professionals to capture, edit and produce video, television or film ; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, and straps, all specially adapted for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; dictating machines; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; recorded computer game programs; humanoid robots having communication and learning functions for assisting and entertaining people; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use; downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and

IYO_0000864

downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; downloadable software applications for providing a user interface for interacting with artificial intelligence models; none of the foregoing for business operations and general office functions ; none of the foregoing for enabling electronic transactions and bill payments, accounting, billing, payment services, financial electronic transfer or loans; none of the foregoing for improving the effectiveness of a sales force ; none of the foregoing including human machine interface computer software to monitor, track, report and manipulate values from an automated process or machine ; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting and none of the foregoing including electric connectors, electric accumulators, mechanisms for coin-operated apparatus, cash registers, calculating machines, software for the management and control of electrical or lighting installations and products, surveillance devices, and the recharging of electrical vehicles and software for the automation of homes and buildings, namely, automation of lighting, temperature, access, sound and voice control in homes and buildings, fire extinguishers, loudspeakers, amplifiers, radio receivers, heat regulating apparatus, namely, thermostats for the control of temperature conditioning, air and heat, for use in houses and buildings, radios, apparatus and instruments for accumulating and storage of electricity, namely, electric accumulators, batteries, apparatus and instruments for controlling electric current, namely, electric controllers, current transformers, electric switches, electric connectors, electric control apparatus, namely, electric controllers, electric switches, apparatus, instruments and cables for conducting electricity, namely, electrical cables, insulated copper wire, luminous beacons, terminals electricity, namely, electrical terminal boxes, electrical terminal blocks, cabinets for loudspeakers, electric switch boxes, battery chargers for use in telephones, battery chargers, electric and electronic components, namely, electric controllers, electric switches, electricity connectors, coaxial connectors, namely, coaxial plugs, coaxial cables, cable connectors, audio cable connectors, electric plugs, namely, jack plugs, optical fiber connectors, smoke detectors, intruder detection devices other than for vehicles, namely, alarm monitoring systems, alarm sensors, indicators and controllers, namely, electric indicator broads, electronic indicator boards, electric switches, differential switches, electric switches, namely, electric switches for the management and control of electrical or lighting installations, limiters for electricity, fuse holders, namely, panel-mounted fuse holders for use with electronic glass and ceramic fuses, timers, radio-alarm clocks and radio-clocks, namely, radios incorporating clocks, electrical terminators, namely, terminal strips, regulators electric, namely, voltage regulators, electric switches, electric light dimmers for the management and control of electrical or lighting installations, electronic controllers, sensors and detectors, namely, aircraft airspeed sensors, alarm sensors, covers for electric outlets, namely, covers for electric terminals boxes, electrical terminal blocks, socket-outlets, electric terminals, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets, electric sockets, namely, antenna jacks, sockets, plugs and other contacts being electric connections, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets, transformers for electricity, solenoid valves, and electric buzzers; none of the foregoing including external video and audio interface devices containing printed circuit boards for use by video professionals with a desktop or laptop computer to capture, edit and produce video, television or film

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |

**GOODS AND/OR SERVICES SECTION (012)(class deleted)**

**GOODS AND/OR SERVICES SECTION (018)(class deleted)**

**GOODS AND/OR SERVICES SECTION (035) (current)**

| | |
|---|---|
| **INTERNATIONAL CLASS** | 035 |

**DESCRIPTION**

Advertising agencies; business management; business administration; providing office functions; Advertising and business management consultancy; advertising services, namely, promoting the goods and services of others; demonstration of goods; Sales promotion services; rental of advertising space; organisation of exhibitions for commercial or advertising purposes; organisation of trade fairs for commercial or advertising purposes; outdoor advertising; market analysis; marketing research; market research and consumer information services; opinion polling; public relations; public relations services; publication of publicity texts; publicity agencies; Stenographic transcription; writing of publicity texts for others; personnel recruitment consultancy; Audit support services, namely, review and analysis of a company's sales, as well as the preparation, organization and presentation of the documents and data requested by a government body, and advice on government audit processes, policies and strategy; business management assistance for artists and performers; business appraisals; business information services; business investigations; business management consultancy; commercial information agency services; commercial management assistance; copying of documents; document reproduction in the nature of photocopying services; business efficiency expert services; industrial business management assistance; photocopying services; professional business consultancy services; providing an on-line commercial information directory on the internet; secretarial services; shorthand typing; typing; word processing; compilation and systemisation of data into computer databases; compilation of business information into a searchable database available via a global computer network; compiling of information into computer databases; compiling statistics for business purposes; computerised data management; computerised database management services; computerised processing of on-line purchase orders; database management services; provision of business information via a searchable database and via a global computer network; Office functions in the nature of searching for data in computer files for others; online retail stores featuring music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services and on-line retail store services featuring a broad range of electronic goods and household goods;

IYO_0000865

customer loyalty program services featuring rewards in the form of discounted shipping services; database services to enable others to conveniently view and select services from a website; auction services; business intermediary services for the sale and purchase of goods and services; price comparison services; import and export agencies; consumer information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them; none of the foregoing in the field of outsourcing, production sites and production structures

**FILING BASIS**                                        Section 1(b)

## GOODS AND/OR SERVICES SECTION (035) (proposed)

**INTERNATIONAL CLASS**                                 035

**TRACKED TEXT DESCRIPTION**

~~Advertising agencies;~~ business management; business administration; providing office functions; market analysis; ~~Advertising and business management consultancy;~~ ; ~~advertising services, namely, promoting the goods and services of others;~~ market research and consumer information services; ~~demonstration of goods;~~ business information services; ~~Sales promotion services;~~ business management consultancy; ~~rental of advertising space;~~ professional business consultancy services; ~~organisation of exhibitions for commercial or advertising purposes;~~ compilation and systemisation of data into computer databases; ~~organisation of trade fairs for commercial or advertising purposes;~~ compilation of business information into a searchable database available via a global computer network; ~~outdoor advertising;~~ compiling of information into computer databases; compiling statistics for business purposes; ~~marketing research;~~ computerised data management; computerised database management services; ~~opinion polling;~~ database management services; ~~public relations;~~ provision of business information via a searchable database and via a global computer network; ~~public relations services;~~ office functions in the nature of searching for data in computer files for others; ~~publication of publicity texts;~~ ; ~~publicity agencies;~~ price comparison services; ~~Stenographic transcription;~~ none of the foregoing in the field of outsourcing, production sites and production structures; ~~writing of publicity texts for others;~~ none of the foregoing relating to services for electronic transactions and bill payments, accounting, billing, payment services, financial electronic transfer or loans.; ~~personnel recruitment consultancy; Audit support services, namely, review and analysis of a company's sales, as well as the preparation, organization and presentation of the documents and data requested by a government body, and advice on government audit processes, policies and strategy; business management assistance for artists and performers; business appraisals; business investigations; commercial information agency services; commercial management assistance; copying of documents; document reproduction in the nature of photocopying services; business efficiency expert services; industrial business management assistance; photocopying services; providing an on-line commercial information directory on the internet; secretarial services; shorthand typing; typing; word processing; computerised processing of on-line purchase orders; online retail stores featuring music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services and on-line retail store services featuring a broad range of electronic goods and household goods; customer loyalty program services featuring rewards in the form of discounted shipping services; database services to enable others to conveniently view and select services from a website; auction services; business intermediary services for the sale and purchase of goods and services; import and export agencies; consumer information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them~~

**FINAL DESCRIPTION**

business management; business administration; providing office functions; market analysis;; market research and consumer information services; business information services; business management consultancy; professional business consultancy services; compilation and systemisation of data into computer databases; compilation of business information into a searchable database available via a global computer network; compiling of information into computer databases; compiling statistics for business purposes; computerised data management; computerised database management services; database management services; provision of business information via a searchable database and via a global computer network; office functions in the nature of searching for data in computer files for others; ; price comparison services; none of the foregoing in the field of outsourcing, production sites and production structures; none of the foregoing relating to services for electronic transactions and bill payments, accounting, billing, payment services, financial electronic transfer or loans.

|                           |                  |
|---------------------------|------------------|
| **WEBPAGE URL**           | None Provided    |
| **WEBPAGE DATE OF ACCESS**| None Provided    |

**FILING BASIS**                                        Section 1(b)

## GOODS AND/OR SERVICES SECTION (036)(class deleted)

## GOODS AND/OR SERVICES SECTION (037) (current)

**INTERNATIONAL CLASS**                                 037

**DESCRIPTION**

Repair, Maintenance, and installation of computer hardware, wearable computer hardware, mobile computer hardware, robots, robotic devices that can move, smart speakers and smart televisions; information, advisory and consultancy services relating to all the aforesaid

IYO_0000866

**FILING BASIS**                                        Section 1(b)

## GOODS AND/OR SERVICES SECTION (037) (proposed)

**INTERNATIONAL CLASS**                       037

**DESCRIPTION**

Repair, Maintenance, and installation of computer hardware, wearable computer hardware, mobile computer hardware, robots, robotic devices that can move, smart speakers and smart televisions; information, advisory and consultancy services relating to all the aforesaid

    **WEBPAGE URL**                             None Provided

    **WEBPAGE DATE OF ACCESS**          None Provided

**FILING BASIS**                                            Section 1(b)

## GOODS AND/OR SERVICES SECTION (038) (current)

**INTERNATIONAL CLASS**                       038

**DESCRIPTION**

Telecommunications consultation; telecommunication access services; communications by computer terminals; electronic sending of data and documentation via the Internet and other electronic databases; News agencies, namely, the transmission of news items to news reporting organizations; Providing access to digital music websites on the Internet; wireless digital messaging; Internet based paging and alerting services, namely, providing a web site at which users can send messages to electronic paging devices; transmission of electronic mail; Telegram transmission services; telephone services; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services; broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic communications consultancy; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users

**FILING BASIS**                                          Section 1(b)

## GOODS AND/OR SERVICES SECTION (038) (proposed)

**INTERNATIONAL CLASS**                       038

**TRACKED TEXT DESCRIPTION**

~~Telecommunications consultation;~~ telecommunication access services; communications by computer terminals; electronic sending of data and documentation via the internet and other electronic databases; news agencies, namely, the transmission of news items to news reporting organizations; providing access to digital music websites on the internet; wireless digital messaging; transmission of electronic mail; ~~Internet based paging and alerting services, namely, providing a web site at which users can send messages to electronic paging devices;~~ telephone services; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; ~~Telegram transmission services;~~ webcasting services; broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; <u>none of the foregoing related to transmission via television or cable television broadcasting networks.;</u> ~~providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic communications consultancy~~

**FINAL DESCRIPTION**

telecommunication access services; communications by computer terminals; electronic sending of data and documentation via the internet and other electronic databases; news agencies, namely, the transmission of news items to news reporting organizations; providing access to digital music websites on the internet; wireless digital messaging; transmission of electronic mail; telephone services; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services; broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; none of the foregoing related to transmission via television or

IYO_0000867

cable television broadcasting networks.

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |

**FILING BASIS**                    Section 1(b)

## GOODS AND/OR SERVICES SECTION (039)(class deleted)

## GOODS AND/OR SERVICES SECTION (041) (current)

**INTERNATIONAL CLASS**                    041

**DESCRIPTION**

Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; providing of training in technology and artificial intelligence; providing online music not downloadable; providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of technology and artificial intelligence; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence and live theatrical productions; providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; Lending library services for lending multimedia materials; Virtual reality game services provided on-line from a computer network; conducting fitness classes; toy rental; games equipment rental; animal training; modelling for artists; operating lotteries; computer-based educational, teaching, and training services in the field of technology and artificial intelligence; providing online computer games; Open-access publishing services, namely, publication of electronic books, magazines, newspapers, journals and periodicals; providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ticket reservation and booking services for entertainment, sporting and cultural events; booking of seats for shows; rental of audio equipment; training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for IT systems, product manufacturing equipment and processes and supply chains

**FILING BASIS**                    Section 1(b)

## GOODS AND/OR SERVICES SECTION (041) (proposed)

**INTERNATIONAL CLASS**                    041

**TRACKED TEXT DESCRIPTION**

Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; providing of training in technology and artificial intelligence; providing online music not downloadable; providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of technology and artificial intelligence; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence and live theatrical productions; providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; ~~Lending library services for lending multimedia materials;~~ virtual reality game services provided on-line from a computer network; conducting fitness classes; computer-based educational, teaching, and training services in the field of technology and artificial intelligence; ~~toy rental;~~ providing online computer games; ~~games equipment rental;~~ providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ~~animal training;~~ ticket reservation and booking services for entertainment, sporting and cultural events; ~~modelling for artists;~~ booking of seats for shows; ~~operating lotteries;~~ rental of audio equipment; training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for it systems, product manufacturing equipment and processes and supply chains; ~~Open-access publishing services, namely, publication of electronic books, magazines, newspapers, journals and periodicals~~

**FINAL DESCRIPTION**

Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; providing of training in technology and artificial intelligence; providing online music not downloadable; providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of technology and artificial intelligence; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence and

live theatrical productions; providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; virtual reality game services provided on-line from a computer network; conducting fitness classes; computer-based educational, teaching, and training services in the field of technology and artificial intelligence; providing online computer games; providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ticket reservation and booking services for entertainment, sporting and cultural events; booking of seats for shows; rental of audio equipment; training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for it systems, product manufacturing equipment and processes and supply chains

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |

## GOODS AND/OR SERVICES SECTION (042) (current)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 042 |

**DESCRIPTION**

Architecture consultancy services; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; computer design services; Engineering design services; Technical research in the field of artificial intelligence; new product design; graphic design; packaging design; jewelry design; computer hardware design; furniture design; website design consultancy; automotive design; fashion design consulting services; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; consulting services in the field of cloud computing; rental of computer hardware, software, and peripherals; Providing temporary use of online, non-downloadable enterprise software for providing a user interface for interacting with artificial intelligence models; computer security and data security consultancy; data encryption services; maintenance, repair and updating of computer software and applications; technical support services, namely, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; Cartography and mapping services featuring geophysical maps; Scientific and technological services, namely, scientific research, analysis, testing in the field of artificial intelligence; industrial design services; quality control for others; surveying; chemical research; Medical and scientific research, namely, conducting clinical trials for others; meteorological information; Providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; providing online nondownloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software; none of the foregoing in the field of supply chain logistics ; none of the foregoing for use in the field of product manufacturing, manufacturing facilities, industrial plants or supply chains ; none of the foregoing for enabling electronic transactions and bill payments ; none of the foregoing for use in the field of electronic health records

| | |
|---|---|
| **FILING BASIS** | Section 1(b) |

## GOODS AND/OR SERVICES SECTION (042) (proposed)

| | |
|---|---|
| **INTERNATIONAL CLASS** | 042 |

**TRACKED TEXT DESCRIPTION**

Architecture consultancy services; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; computer design services; engineering design services; technical research in the field of artificial intelligence; new product design; graphic design; packaging design; jewelry design; computer hardware design; furniture design; website design consultancy; automotive design; fashion design consulting services; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; consulting services in the field of cloud computing; rental of computer hardware, software, and peripherals; providing temporary use of online, non-downloadable enterprise software for providing a user interface for interacting with artificial intelligence models; ~~computer security and data security consultancy~~; maintenance, repair and updating of computer software and applications; ~~data encryption services~~; technical support services, namely, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; cartography and mapping services featuring geophysical maps; scientific and technological services, namely, scientific research, analysis, testing in the field of artificial intelligence; industrial design services; providing online non-downloadable software for the artificial production

of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; ~~quality control for others~~; providing online nondownloadable software for machine-learning based language and speech processing software; ~~surveying~~; providing online non-downloadable chatbot software for simulating conversations; ~~chemical research~~; providing online non-downloadable software for creating and generating text; ~~Medical and scientific research, namely, conducting clinical trials for others~~; rese arch and development services in the field of artificial intelligence; ~~meteorological information~~; research, design and development of computer programs and software; none of the foregoing in the field of supply chain logistics; none of the foregoing for use in the field of product manufacturing, manufacturing facilities, industrial plants or supply chains; <u>none of the foregoing for enabling electronic transactions and bill payments accounting, billing, payment services, financial electronic transfer or loans</u>; none of the foregoing for use in the field of electronic health records; ~~none of the foregoing for enabling electronic transactions and bill payments~~

**FINAL DESCRIPTION**

Architecture consultancy services; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; computer design services; engineering design services; technical research in the field of artificial intelligence; new product design; graphic design; packaging design; jewelry design; computer hardware design; furniture design; website design consultancy; automotive design; fashion design consulting services; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; consulting services in the field of cloud computing; rental of computer hardware, software, and peripherals; providing temporary use of online, non-downloadable enterprise software for providing a user interface for interacting with artificial intelligence models; maintenance, repair and updating of computer software and applications; technical support services, namely, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; cartography and mapping services featuring geophysical maps; scientific and technological services, namely, scientific research, analysis, testing in the field of artificial intelligence; industrial design services; providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; providing online nondownloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software; none of the foregoing in the field of supply chain logistics ; none of the foregoing for use in the field of product manufacturing, manufacturing facilities, industrial plants or supply chains ; none of the foregoing for enabling electronic transactions and bill payments accounting, billing, payment services, financial electronic transfer or loans; none of the foregoing for use in the field of electronic health records

| | |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **FILING BASIS** | Section 1(b) |

**GOODS AND/OR SERVICES SECTION (044)(class deleted)**

**CORRESPONDENCE INFORMATION**

| | |
|---|---|
| **NAME** | J. Scott Gerien |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | tmdept@dpf-law.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **DOCKET/REFERENCE NUMBER** | AAA075-001 |

**PAYMENT SECTION**

| | |
|---|---|
| **TOTAL FEES DUE** | The undersigned has elected not to submit a fee payment for the class(es), believing no fee payment is required under the *Trademark Rules of Practice*. The undersigned acknowledges that the USPTO may, upon later review, require a fee payment. |

**SIGNATURE SECTION**

| | |
|---|---|
| **RESPONSE SIGNATURE** | /J. Scott Gerien/ |
| **SIGNATORY'S NAME** | J. Scott Gerien |
| **SIGNATORY'S POSITION** | Attorney of record, California bar member |
| **SIGNATORY'S PHONE NUMBER** | 7072527122 |
| **DATE SIGNED** | 10/14/2025 |

IYO_0000870

| | |
|---|---|
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Tue Oct 14 12:00:38 ET 2025 |
| **TEAS STAMP** | USPTO/ROA-XX.XXX.XX.XXX-2 0251014120038331387-98275 753-9106a68a7a8a45af1c418 5f1231dedca284e27a67a9bb7 cb99ab432258da33b7bd-N/A- N/A-20251014115408392137 |

## Response to Office Action

### To the Commissioner for Trademarks:

Application serial no. **98275753** IO (Stylized and/or with Design, see https://tmng-al.uspto.gov /resting2/api/img/9827575 3/large) has been amended as follows:

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

Applicant submits concurrently herewith amendments to the goods and services that it believes will obviate any likelihood of confusion with the cited registrations. Applicant notes that cited Reg. No. 4611696 is past the grace period for renewal but not officially cancelled in the system. Reg No. 2924027 has become abandoned so no longer serves as Section 2(d) block to registration. Applicant also notes that Reg. No. 5830511 is in grace period for Section 71 with no declaration filed.

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**

**Applicant hereby deletes the following class of goods/services from the application.**
Class 012 for Trains; boats; aircraft; automobiles; drones; camera drones; civilian drones; trucks; unmanned land vehicles; unmanned aerial vehicles (UAVs); vans; delivery vans; remote control land vehicles, other than toys; none of the foregoing being self-propelled electric vehicles

**Applicant hereby deletes the following class of goods/services from the application.**
Class 018 for Leather and imitations of leather; animal skins and hides; travel trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery for animals; attaché cases; bags; bags for campers; bags for sports; beach bags; boxes of leather or leatherboard; business card cases; cases of leather or leatherboard; furniture coverings of leather or of imitation leather; garment bags for travel; handbags; hat boxes of leather or of imitation leather; haversacks; key cases; luggage tags; parasols; pocket wallets; purses; rucksacks; mesh shopping bags; shoulder belts of leather or of imitation leather; suitcases; slings for carrying infants; tool bags, empty; Leather travelling bag sets; briefcases; saddle belts; animal collars and leashes; cases for keys; music cases; purses; satchels; wallets; furs; valises; vanity cases, not fitted; wheeled shopping bags

**Applicant hereby deletes the following class of goods/services from the application.**
Class 036 for Financial consultancy services; Financial affairs and monetary affairs, namely, financial information, management and analysis services

**Applicant hereby deletes the following class of goods/services from the application.**
Class 039 for Travel arrangement

**Applicant hereby deletes the following class of goods/services from the application.**
Class 044 for Veterinary services; Hygienic and beauty care for human beings or animals

**Applicant proposes to amend the following:**

IYO_0000871

**Current:**

Class 009 for Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments in the nature of cell phones; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, namely, smartphones and tablets; network communication apparatus, namely, network services; downloadable data, images, audio and video files containing factual information, news, entertainment and music; downloadable digital files authenticated by non-fungible tokens (NFTs), namely, downloadable digital music files, digital collectibles and digital artwork authenticated by non-fungible tokens (NFTs); downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and nonfungible tokens (nfts); downloadable software for enabling a user to view, market, purchase, sell or exchange non-fungible tokens (NFTs) or digital goods; downloadable software for creating non-fungible tokens (NFTs); handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware in the nature of smart watches; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; Magnetically encoded identification bracelets; electronic book readers; downloadable computer software that provides a user interface for interacting with artificial intelligence models; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; Downloadable application development software for providing a user interface for interacting with artificial intelligence models; Downloadable computer game software; downloadable pre-recorded audio, video and multimedia content containing music, news, social commentary, entertainment and sports; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices in the nature of smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, namely, wireless mice, wireless keyboards and wireless air gesture controllers; biometric identification and authentication apparatus; accelerometers; altimeters; electronic distance measuring apparatus; electronic distance recording apparatus; pedometers; pressure measuring apparatus; pressure indicators; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; electronic virtual and augmented reality displays, goggles, controllers, and headsets; 3D spectacles; eyeglasses; sunglasses; spectacle lenses; optical glasses; optical apparatus and instruments, namely, telescopes; cameras; flash lamps for cameras; computer peripherals, namely, keyboards, mice, mouse pads, ink printers, blank disk drives, and blank hard drives; Electronic sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; motor vehicle audio amplifier apparatus; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; set top boxes; radios; radio transmitters and receivers; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; global positioning systems (GPS devices); Electric navigational instruments; navigation apparatus for vehicles; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; data storage apparatus, namely, blank magnetic disks; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive computer touchscreens; Electronic interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders other than those for use by video professionals to capture, edit and produce video, television or film ; protective films specially adapted for computer screens, mobile telephone screens, and smartwatch screens; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, and straps, all specially adapted for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; selfie sticks; electronic agendas; dictating machines; electronic tags for goods; facsimile machines; weighing apparatus and instruments, namely, measuring rulers; electronic notice boards; measuring tapes; silicon wafers; integrated circuits; amplifiers; fluorescent screens; light-conducting filaments; electric installations for the remote control of industrial operations; life-saving apparatus and equipment, namely, life vests; whistle alarms; recorded video discs containing animated cartoons; decorative magnets; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the Internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; Recorded computer game programs; Humanoid robots having communication and learning functions for assisting and entertaining people; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use; Downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software;

downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; Downloadable software applications for providing a user interface for interacting with artificial intelligence models; none of the foregoing for business operations and general office functions ; none of the foregoing for enabling electronic transactions and bill payments ; none of the foregoing for improving the effectiveness of a sales force ; none of the foregoing including human machine interface computer software to monitor, track, report and manipulate values from an automated process or machine ; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.


**Proposed:**

**Tracked Text Description:** Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments in the nature of cell phones; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, namely, smartphones and tablets; network communication apparatus, namely, network services; ~~downloadable data, images, audio and video files containing factual information, news, entertainment and music~~; handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; ~~downloadable digital files authenticated by non-fungible tokens (NFTs), namely, downloadable digital music files, digital collectibles and digital artwork authenticated by non-fungible tokens (NFTs)~~; wearable computer hardware in the nature of smart watches; ~~downloadable computer software for creating, managing, storing, accessing, sending, receiving, exchanging, validating and selling digital assets, digital collectible, digital tokens and nonfungible tokens (nfts)~~; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; ~~downloadable software for enabling a user to view, market, purchase, sell or exchange non-fungible tokens (NFTs) or digital goods~~; smartwatches; ~~downloadable software for creating non-fungible tokens (NFTs)~~; smart glasses; smart rings; wearable activity trackers; downloadable computer software that provides a user interface for interacting with artificial intelligence models; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; downloadable application development software for providing a user interface for interacting with artificial intelligence models; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices in the nature of smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; ~~Magnetically encoded identification bracelets~~; wearable peripherals for use with computers, mobile telephones, mobile electronic devices, smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, namely, wireless mice, wireless keyboards and wireless air gesture controllers; ~~electronic book readers~~; biometric identification and authentication apparatus; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; electronic virtual and augmented reality displays, goggles, controllers, and headsets; 3d spectacles; ~~Downloadable computer game software~~; eyeglasses; ~~downloadable pre-recorded audio, video and multimedia content containing music, news, social commentary, entertainment and sports~~; sunglasses; spectacle lenses; optical glasses; cameras; electronic sound recording and reproducing apparatus; ~~accelerometers~~; digital audio and video players and recorders; ~~altimeters~~; audio speakers; ~~electronic distance measuring apparatus~~; audio amplifiers and receivers; ~~electronic distance recording apparatus~~; voice recording and voice recognition apparatus; ~~pedometers~~; earphones; ~~pressure measuring apparatus~~; headphones; ~~pressure indicators~~; microphones; televisions; television receivers and monitors; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; computer chips; batteries; battery chargers; ~~optical apparatus and instruments, namely, telescopes~~; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive computer touchscreens; ~~flash lamps for cameras~~; electronic interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders other than those for use by video professionals to capture, edit and produce video, television or film; ~~computer peripherals, namely, keyboards, mice, mouse pads, ink printers, blank disk drives, and blank hard drives~~; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, and straps, all specially adapted for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; dictating machines; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and

IYO_0000873

media files; electronic devices capable of providing access to the internet and for the sending, receiving, and storing of digital data; ~~motor vehicle audio amplifier apparatus~~; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; recorded computer game programs; humanoid robots having communication and learning functions for assisting and entertaining people; laboratory robots; ~~set top boxes~~; teaching robots; ~~radios~~; security surveillance robots; ~~radio transmitters and receivers~~; robots with artificial intelligence; electronic devices in the form of robots for personal use; ~~global positioning systems (GPS devices)~~; downloadable computer programs and downloadable computer software for the artificial production of human speech and text; ~~Electric navigational instruments~~; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; ~~navigation apparatus for vehicles~~; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; ~~data storage apparatus, namely, blank magnetic disks~~; downloadable computer programs and downloadable computer software for creating and generating text; downloadable software applications for providing a user interface for interacting with artificial intelligence models; none of the foregoing for business operations and general office functions; <u>none of the foregoing for enabling electronic transactions and bill payments, accounting, billing, payment services, financial electronic transfer or loans</u>; none of the foregoing for improving the effectiveness of a sales force; none of the foregoing including human machine interface computer software to monitor, track, report and manipulate values from an automated process or machine; <u>none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting and none of the foregoing including electric connectors, electric accumulators, mechanisms for coin-operated apparatus, cash registers, calculating machines, software for the management and control of electrical or lighting installations and products, surveillance devices, and the recharging of electrical vehicles and software for the automation of homes and buildings, namely, automation of lighting, temperature, access, sound and voice control in homes and buildings, fire extinguishers, loudspeakers, amplifiers, radio receivers, heat regulating apparatus, namely, thermostats for the control of temperature conditioning, air and heat, for use in houses and buildings, radios, apparatus and instruments for accumulating and storage of electricity, namely, electric accumulators, batteries, apparatus and instruments for controlling electric current, namely, electric controllers, current transformers, electric switches, electric connectors, electric control apparatus, namely, electric controllers, electric switches, apparatus, instruments and cables for conducting electricity, namely, electrical cables, insulated copper wire, luminous beacons, terminals electricity, namely, electrical terminal boxes, electrical terminal blocks, cabinets for loudspeakers, electric switch boxes, battery chargers for use in telephones, battery chargers, electric and electronic components, namely, electric controllers, electric switches, electricity connectors, coaxial connectors, namely, coaxial plugs, coaxial cables, cable connectors, audio cable connectors, electric plugs, namely, jack plugs, optical fiber connectors, smoke detectors, intruder detection devices other than for vehicles, namely, alarm monitoring systems, alarm sensors, indicators and controllers, namely, electric indicator broads, electronic indicator boards, electric switches, differential switches, electric switches, namely, electric switches for the management and control of electrical or lighting installations, limiters for electricity, fuse holders, namely, panel-mounted fuse holders for use with electronic glass and ceramic fuses, timers, radio-alarm clocks and radio-clocks, namely, radios incorporating clocks, electrical terminators, namely, terminal strips, regulators electric, namely, voltage regulators, electric switches, electric light dimmers for the management and control of electrical or lighting installations, electronic controllers, sensors and detectors, namely, aircraft airspeed sensors, alarm sensors, covers for electric outlets, namely, covers for electric terminals boxes, electrical terminal blocks, socket-outlets, electric terminals, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets, electric sockets, namely, antenna jacks, sockets, plugs and other contacts being electric connections, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets, transformers for electricity, solenoid valves, and electric buzzers</u>; ~~protective films specially adapted for computer screens, mobile telephone screens, and smartwatch screens~~; <u>none of the foregoing including external video and audio interface devices containing printed circuit boards for use by video professionals with a desktop or laptop computer to capture, edit and produce video, television or film</u>; ~~selfie sticks; electronic agendas; electronic tags for goods; facsimile machines; weighing apparatus and instruments, namely, measuring rulers; electronic notice boards; measuring tapes; silicon wafers; integrated circuits; amplifiers; fluorescent screens; light-conducting filaments; electric installations for the remote control of industrial operations; life-saving apparatus and equipment, namely, life vests; whistle alarms; recorded video discs containing animated cartoons; decorative magnets; none of the foregoing for enabling electronic transactions and bill payments; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting~~

Class 009 for Computers; computer hardware; handheld computers; tablet computers; telecommunications apparatus and instruments in the nature of cell phones; telephones; mobile telephones; smartphones; wireless communication devices for the transmission of voice, data, images, audio, video, and multimedia content, namely, smartphones and tablets; network communication apparatus, namely, network services; handheld digital electronic devices capable of providing access to the internet and for the sending, receiving, and storing telephone calls, electronic mail, and other digital data; wearable computer hardware in the nature of smart watches; wearable digital electronic devices capable of providing access to the internet, for sending, receiving and storing of telephone calls, electronic mail, and other digital data; smartwatches; smart glasses; smart rings; wearable activity trackers; downloadable computer software that provides a user interface for interacting with artificial intelligence models; computer software for setting up, configuring, operating and controlling computers, computer peripherals, mobile devices, mobile telephones, smartwatches, smart glasses, wearable devices, earphones, headphones, televisions, set top boxes, audio and video players and recorders, home theatre systems, and entertainment systems; downloadable application development software for providing a user interface for interacting with artificial intelligence models; computer peripheral devices; peripheral devices for computers, mobile telephones, mobile electronic devices, wearable electronic devices in the nature of smartwatches, smart glasses, earphones, headphones, televisions, set top boxes, and audio and video players and recorders; wearable peripherals for use with computers, mobile telephones, mobile electronic devices,

IYO_0000874

smartwatches, smart glasses, smart rings, earphones, headphones, televisions, set top boxes, and audio and video players and recorders, namely, wireless mice, wireless keyboards and wireless air gesture controllers; biometric identification and authentication apparatus; monitors, display screens, head mounted displays, and headsets for use with computers, smartphones, mobile electronic devices, wearable electronic devices, smart watches, smart glasses, televisions, set top boxes, and audio and video players and recorders; electronic virtual and augmented reality displays, goggles, controllers, and headsets; 3d spectacles; eyeglasses; sunglasses; spectacle lenses; optical glasses; cameras; electronic sound recording and reproducing apparatus; digital audio and video players and recorders; audio speakers; audio amplifiers and receivers; voice recording and voice recognition apparatus; earphones; headphones; microphones; televisions; television receivers and monitors; user interfaces for on-board motor vehicle computers and electronic devices, namely, electronic control panels, monitors, touchscreens, remote controls, docking stations, connectors, switches, and voice-activated controls; remote controls for controlling computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, set top boxes, speakers, amplifiers, home theatre systems, and entertainment systems; computer chips; batteries; battery chargers; electrical and electronic connectors, couplers, wires, cables, chargers, docks, docking stations, and adapters for use with computers, mobile telephones, handheld computers, computer peripherals, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; interactive computer touchscreens; electronic interfaces for computers, computer screens, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, televisions, set top boxes, and audio and video players and recorders other than those for use by video professionals to capture, edit and produce video, television or film ; parts and accessories for computers, computer peripherals, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, audio and video players and recorders, televisions, and set top boxes; covers, bags, cases, sleeves, and straps, all specially adapted for computers, mobile telephones, mobile electronic devices, wearable electronic devices, smartwatches, smart glasses, earphones, headphones, set top boxes, and audio and video players and recorders; dictating machines; computer hardware for playing, organizing, downloading, transmitting, manipulating and reviewing audio files and media files; electronic devices capable of providing access to the internet and for the sending, receiving, and storing of digital data; voice-controlled smart audio speakers with virtual personal assistant capabilities; personal digital assistants; electronic voice command and recognition apparatus for controlling the operations of consumer electronics devices and residential systems; electronic voice command and recognition and remote control apparatus and devices for controlling and monitoring consumer electronics devices, lighting, appliances, thermostats, heating and air conditioning systems, alarm and home security and surveillance systems, smoke and carbon monoxide detectors, and home automation systems; recorded computer game programs; humanoid robots having communication and learning functions for assisting and entertaining people; laboratory robots; teaching robots; security surveillance robots; robots with artificial intelligence; electronic devices in the form of robots for personal use; downloadable computer programs and downloadable computer software for the artificial production of human speech and text; downloadable computer programs and downloadable computer software for natural language processing, generation, understanding and analysis; downloadable computer programs and downloadable computer software for machine-learning based language and speech processing software; downloadable computer chatbot software for simulating conversations; downloadable computer programs and downloadable computer software for creating and generating text; downloadable software applications for providing a user interface for interacting with artificial intelligence models; none of the foregoing for business operations and general office functions ; none of the foregoing for enabling electronic transactions and bill payments, accounting, billing, payment services, financial electronic transfer or loans; none of the foregoing for improving the effectiveness of a sales force ; none of the foregoing including human machine interface computer software to monitor, track, report and manipulate values from an automated process or machine ; none of the foregoing for use in conducting, switching, transforming, accumulating , regulating or controlling electricity or lighting and none of the foregoing including electric connectors, electric accumulators, mechanisms for coin-operated apparatus, cash registers, calculating machines, software for the management and control of electrical or lighting installations and products, surveillance devices, and the recharging of electrical vehicles and software for the automation of homes and buildings, namely, automation of lighting, temperature, access, sound and voice control in homes and buildings, fire extinguishers, loudspeakers, amplifiers, radio receivers, heat regulating apparatus, namely, thermostats for the control of temperature conditioning, air and heat, for use in houses and buildings, radios, apparatus and instruments for accumulating and storage of electricity, namely, electric accumulators, batteries, apparatus and instruments for controlling electric current, namely, electric controllers, current transformers, electric switches, electric connectors, electric control apparatus, namely, electric controllers, electric switches, apparatus, instruments and cables for conducting electricity, namely, electrical cables, insulated copper wire, luminous beacons, terminals electricity, namely, electrical terminal boxes, electrical terminal blocks, cabinets for loudspeakers, electric switch boxes, battery chargers for use in telephones, battery chargers, electric and electronic components, namely, electric controllers, electric switches, electricity connectors, coaxial connectors, namely, coaxial plugs, coaxial cables, cable connectors, audio cable connectors, electric plugs, namely, jack plugs, optical fiber connectors, smoke detectors, intruder detection devices other than for vehicles, namely, alarm monitoring systems, alarm sensors, indicators and controllers, namely, electric indicator broads, electronic indicator boards, electric switches, differential switches, electric switches, namely, electric switches for the management and control of electrical or lighting installations, limiters for electricity, fuse holders, namely, panel-mounted fuse holders for use with electronic glass and ceramic fuses, timers, radio-alarm clocks and radio-clocks, namely, radios incorporating clocks, electrical terminators, namely, terminal strips, regulators electric, namely, voltage regulators, electric switches, electric light dimmers for the management and control of electrical or lighting installations, electronic controllers, sensors and detectors, namely, aircraft airspeed sensors, alarm sensors, covers for electric outlets, namely, covers for electric terminals boxes, electrical terminal blocks, socket-outlets, electric terminals, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets, electric sockets, namely, antenna jacks, sockets, plugs and other contacts being electric connections, namely, electrical terminal boxes, electrical terminal blocks, socket-outlets, transformers for electricity, solenoid valves, and electric buzzers; none of the foregoing including external video and audio interface devices containing printed circuit boards for use by video professionals with a desktop or laptop computer to capture, edit and produce video, television or film

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use

the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Applicant proposes to amend the following:**

**Current:**
Class 035 for Advertising agencies; business management; business administration; providing office functions; Advertising and business management consultancy; advertising services, namely, promoting the goods and services of others; demonstration of goods; Sales promotion services; rental of advertising space; organisation of exhibitions for commercial or advertising purposes; organisation of trade fairs for commercial or advertising purposes; outdoor advertising; market analysis; marketing research; market research and consumer information services; opinion polling; public relations; public relations services; publication of publicity texts; publicity agencies; Stenographic transcription; writing of publicity texts for others; personnel recruitment consultancy; Audit support services, namely, review and analysis of a company's sales, as well as the preparation, organization and presentation of the documents and data requested by a government body, and advice on government audit processes, policies and strategy; business management assistance for artists and performers; business appraisals; business information services; business investigations; business management consultancy; commercial information agency services; commercial management assistance; copying of documents; document reproduction in the nature of photocopying services; business efficiency expert services; industrial business management assistance; photocopying services; professional business consultancy services; providing an on-line commercial information directory on the internet; secretarial services; shorthand typing; typing; word processing; compilation and systemisation of data into computer databases; compilation of business information into a searchable database available via a global computer network; compiling of information into computer databases; compiling statistics for business purposes; computerised data management; computerised database management services; computerised processing of on-line purchase orders; database management services; provision of business information via a searchable database and via a global computer network; Office functions in the nature of searching for data in computer files for others; online retail stores featuring music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services and on-line retail store services featuring a broad range of electronic goods and household goods; customer loyalty program services featuring rewards in the form of discounted shipping services; database services to enable others to conveniently view and select services from a website; auction services; business intermediary services for the sale and purchase of goods and services; price comparison services; import and export agencies; consumer information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them; none of the foregoing in the field of outsourcing, production sites and production structures
**Filing Basis: Section 1(b), Intent to Use:** ***For a trademark or service mark application:*** The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Proposed:**

**Tracked Text Description:** ~~Advertising agencies;~~ business management; business administration; providing office functions; market analysis; ~~Advertising and business management consultancy;~~ ; ~~advertising services, namely, promoting the goods and services of others;~~ market research and consumer information services; ~~demonstration of goods;~~ business information services; ~~Sales promotion services;~~ business management consultancy; ~~rental of advertising space;~~ professional business consultancy services; ~~organisation of exhibitions for commercial or advertising purposes;~~ compilation and systemisation of data into computer databases; ~~organisation of trade fairs for commercial or advertising purposes;~~ compilation of business information into a searchable database available via a global computer network; ~~outdoor advertising;~~ compiling of information into computer databases; compiling statistics for business purposes; ~~marketing research;~~ computerised data management; computerised database management services; ~~opinion polling;~~ database management services; ~~public relations;~~ provision of business information via a searchable database and via a global computer network; ~~public relations services;~~ office functions in the nature of searching for data in computer files for others; ~~publication of publicity texts;~~ ; ~~publicity agencies;~~ price comparison services; ~~Stenographic transcription;~~ none of the foregoing in the field of outsourcing, production sites and production structures; ~~writing of publicity texts for others;~~ <u>none of the foregoing relating to services for electronic transactions and bill payments, accounting, billing, payment services, financial electronic transfer or loans.</u>;

IYO_0000876

~~personnel recruitment consultancy; Audit support services, namely, review and analysis of a company's sales, as well as the preparation, organization and presentation of the documents and data requested by a government body, and advice on government audit processes, policies and strategy; business management assistance for artists and performers; business appraisals; business investigations; commercial information agency services; commercial management assistance; copying of documents; document reproduction in the nature of photocopying services; business efficiency expert services; industrial business management assistance; photocopying services; providing an on-line commercial information directory on the internet; secretarial services; shorthand typing; typing; word processing; computerised processing of on-line purchase orders; online retail stores featuring music in digital or stored media form; computerised online ordering of services for others of general goods and general consumer goods; retail store services and on-line retail store services featuring a broad range of electronic goods and household goods; customer loyalty program services featuring rewards in the form of discounted shipping services; database services to enable others to conveniently view and select services from a website; auction services; business intermediary services for the sale and purchase of goods and services; import and export agencies; consumer information services, namely, providing information about retail products to customers, featuring the availability of specific products of interest to them~~

Class 035 for business management; business administration; providing office functions; market analysis;; market research and consumer information services; business information services; business management consultancy; professional business consultancy services; compilation and systemisation of data into computer databases; compilation of business information into a searchable database available via a global computer network; compiling of information into computer databases; compiling statistics for business purposes; computerised data management; computerised database management services; database management services; provision of business information via a searchable database and via a global computer network; office functions in the nature of searching for data in computer files for others; ; price comparison services; none of the foregoing in the field of outsourcing, production sites and production structures; none of the foregoing relating to services for electronic transactions and bill payments, accounting, billing, payment services, financial electronic transfer or loans.

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Applicant proposes to amend the following:**

**Current:**
Class 037 for Repair, Maintenance, and installation of computer hardware, wearable computer hardware, mobile computer hardware, robots, robotic devices that can move, smart speakers and smart televisions; information, advisory and consultancy services relating to all the aforesaid

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Proposed:**
Class 037 for Repair, Maintenance, and installation of computer hardware, wearable computer hardware, mobile computer hardware, robots, robotic devices that can move, smart speakers and smart televisions; information, advisory and consultancy services relating to all the aforesaid

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

IYO_0000877

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Applicant proposes to amend the following:**

**Current:**
Class 038 for Telecommunications consultation; telecommunication access services; communications by computer terminals; electronic sending of data and documentation via the Internet and other electronic databases; News agencies, namely, the transmission of news items to news reporting organizations; Providing access to digital music websites on the Internet; wireless digital messaging; Internet based paging and alerting services, namely, providing a web site at which users can send messages to electronic paging devices; transmission of electronic mail; Telegram transmission services; telephone services; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services; broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic communications consultancy; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.


**Proposed:**

**Tracked Text Description:** ~~Telecommunications consultation;~~ telecommunication access services; communications by computer terminals; electronic sending of data and documentation via the internet and other electronic databases; news agencies, namely, the transmission of news items to news reporting organizations; providing access to digital music websites on the internet; wireless digital messaging; transmission of electronic mail; ~~Internet based paging and alerting services, namely, providing a web site at which users can send messages to electronic paging devices;~~ telephone services; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; ~~Telegram transmission services;~~ webcasting services; broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; <u>none of the foregoing related to transmission via television or cable television broadcasting networks.</u>; ~~providing on-line bulletin boards for the transmission of messages among computer users concerning entertainment, music, concerts, videos, radio, television, film, news, sports, games and cultural events; rental and hire and leasing of communication apparatus and electronic mail-boxes; electronic communications consultancy~~

Class 038 for telecommunication access services; communications by computer terminals; electronic sending of data and documentation via the internet and other electronic databases; news agencies, namely, the transmission of news items to news reporting organizations; providing access to digital music websites on the internet; wireless digital messaging; transmission of electronic mail; telephone services; electronic transmission of streamed and downloadable audio and video files via computer and other communications networks; webcasting services; broadcasting pre-recorded videos featuring music and entertainment, television programs, motion pictures, news, sports, games, cultural events, and entertainment-related programs of all kinds, via a global computer network, computer and other communications networks; providing users with access time to electronic communications networks with means of identifying, locating, grouping, distributing, and managing data and links to third-party computer servers, computer processors and computer users; none of the foregoing related to transmission via television or cable television broadcasting networks.
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification

IYO_0000878

program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Applicant proposes to amend the following:**

**Current:**
Class 041 for Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; providing of training in technology and artificial intelligence; providing online music not downloadable; providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of technology and artificial intelligence; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence and live theatrical productions; providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; Lending library services for lending multimedia materials; Virtual reality game services provided on-line from a computer network; conducting fitness classes; toy rental; games equipment rental; animal training; modelling for artists; operating lotteries; computer-based educational, teaching, and training services in the field of technology and artificial intelligence; providing online computer games; Open-access publishing services, namely, publication of electronic books, magazines, newspapers, journals and periodicals; providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ticket reservation and booking services for entertainment, sporting and cultural events; booking of seats for shows; rental of audio equipment; training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for IT systems, product manufacturing equipment and processes and supply chains
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Proposed:**

**Tracked Text Description:** Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; providing of training in technology and artificial intelligence; providing online music not downloadable; providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of technology and artificial intelligence; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence and live theatrical productions; providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; ~~Lending library services for lending multimedia materials~~; virtual reality game services provided on-line from a computer network; conducting fitness classes; computer-based educational, teaching, and training services in the field of technology and artificial intelligence; ~~toy rental~~; providing online computer games; ~~games equipment rental~~; providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ~~animal training~~; ticket reservation and booking services for entertainment, sporting and cultural events; ~~modelling for artists~~; booking of seats for shows; ~~operating lotteries~~; rental of audio equipment; training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for it systems, product manufacturing equipment and processes and supply chains; ~~Open-access publishing services, namely, publication of electronic books, magazines, newspapers, journals and periodicals~~

Class 041 for Educational and entertainment services, namely, a continuing program about technology and artificial intelligence accessible via radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; providing of training in technology and artificial intelligence; providing online music not downloadable; providing on-line audio content, not downloadable, namely, music, ongoing radio programs, audio books, podcasts and webcasts in the field of technology and artificial intelligence; providing information and news in the fields of entertainment, popular culture, sports and sporting events, concerts, cultural events, technology, artificial intelligence

and live theatrical productions; providing online non-downloadable audio publications over computer networks, namely, periodicals and reports on the subjects of education, entertainment, popular culture, recreation and leisure activities, sports and sporting events, technology, artificial intelligence, concerts, cultural events, and live theatrical productions; providing classes, workshops, and instruction using voice enabled software applications concerning technology and artificial intelligence; virtual reality game services provided on-line from a computer network; conducting fitness classes; computer-based educational, teaching, and training services in the field of technology and artificial intelligence; providing online computer games; providing online non-downloadable electronic books, magazines, newspapers, journals, periodicals, and other publications in the field of technology and artificial intelligence; ticket reservation and booking services for entertainment, sporting and cultural events; booking of seats for shows; rental of audio equipment; training services in the field of technology and artificial intelligence provided via simulators; none of the foregoing in the fields of logistics, efficiency and investment return optimization and project management for it systems, product manufacturing equipment and processes and supply chains

**Filing Basis: Section 1(b), Intent to Use:** ***For a trademark or service mark application:*** The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.


Webpage URL: None Provided
Webpage Date of Access: None Provided


**Applicant proposes to amend the following:**


**Current:**
Class 042 for Architecture consultancy services; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; computer design services; Engineering design services; Technical research in the field of artificial intelligence; new product design; graphic design; packaging design; jewelry design; computer hardware design; furniture design; website design consultancy; automotive design; fashion design consulting services; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; consulting services in the field of cloud computing; rental of computer hardware, software, and peripherals; Providing temporary use of online, non-downloadable enterprise software for providing a user interface for interacting with artificial intelligence models; computer security and data security consultancy; data encryption services; maintenance, repair and updating of computer software and applications; technical support services, namely, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; Cartography and mapping services featuring geophysical maps; Scientific and technological services, namely, scientific research, analysis, testing in the field of artificial intelligence; industrial design services; quality control for others; surveying; chemical research; Medical and scientific research, namely, conducting clinical trials for others; meteorological information; Providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; providing online nondownloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software; none of the foregoing in the field of supply chain logistics ; none of the foregoing for use in the field of product manufacturing, manufacturing facilities, industrial plants or supply chains ; none of the foregoing for enabling electronic transactions and bill payments ; none of the foregoing for use in the field of electronic health records

**Filing Basis: Section 1(b), Intent to Use:** ***For a trademark or service mark application:*** The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. ***For a collective trademark, collective service mark, collective membership mark, or certification mark application:*** The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. ***For a certification mark application:*** The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.


**Proposed:**

**Tracked Text Description:** Architecture consultancy services; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods;

computer design services; engineering design services; technical research in the field of artificial intelligence; new product design; graphic design; packaging design; jewelry design; computer hardware design; furniture design; website design consultancy; automotive design; fashion design consulting services; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; consulting services in the field of cloud computing; rental of computer hardware, software, and peripherals; providing temporary use of online, non-downloadable enterprise software for providing a user interface for interacting with artificial intelligence models; ~~computer security and data security consultancy~~; maintenance, repair and updating of computer software and applications; ~~data encryption services~~; technical support services, namely, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; cartography and mapping services featuring geophysical maps; scientific and technological services, namely, scientific research, analysis, testing in the field of artificial intelligence; industrial design services; providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; ~~quality control for others~~; providing online nondownloadable software for machine-learning based language and speech processing software; ~~surveying~~; providing online non-downloadable chatbot software for simulating conversations; ~~chemical research~~; providing online non-downloadable software for creating and generating text; ~~Medical and scientific research, namely, conducting clinical trials for others~~; research and development services in the field of artificial intelligence; ~~meteorological information~~; research, design and development of computer programs and software; none of the foregoing in the field of supply chain logistics; none of the foregoing for use in the field of product manufacturing, manufacturing facilities, industrial plants or supply chains; <u>none of the foregoing for enabling electronic transactions and bill payments accounting, billing, payment services, financial electronic transfer or loans</u>; none of the foregoing for use in the field of electronic health records; ~~none of the foregoing for enabling electronic transactions and bill payments~~

Class 042 for Architecture consultancy services; design, development and architectural services; consultancy services relating to architecture, design and development; design consultancy relating to electric and electronic apparatus and equipment and audiovisual goods; computer design services; engineering design services; technical research in the field of artificial intelligence; new product design; graphic design; packaging design; jewelry design; computer hardware design; furniture design; website design consultancy; automotive design; fashion design consulting services; design and development of computer hardware, software, peripherals, and computer and video games; computer hardware and software consulting services; computer programming; design of computer databases; electronic data storage; consulting services in the field of cloud computing; rental of computer hardware, software, and peripherals; providing temporary use of online, non-downloadable enterprise software for providing a user interface for interacting with artificial intelligence models; maintenance, repair and updating of computer software and applications; technical support services, namely, diagnosing and troubleshooting of computer hardware and software problems, and computer help desk services; website creation, design, and maintenance services; website hosting services; providing search engines for obtaining data via the internet and other electronic communications networks; cartography and mapping services featuring geophysical maps; scientific and technological services, namely, scientific research, analysis, testing in the field of artificial intelligence; industrial design services; providing online non-downloadable software for the artificial production of human speech and text; providing online non-downloadable software for natural language processing, generation, understanding and analysis; providing online nondownloadable software for machine-learning based language and speech processing software; providing online non-downloadable chatbot software for simulating conversations; providing online non-downloadable software for creating and generating text; research and development services in the field of artificial intelligence; research, design and development of computer programs and software; none of the foregoing in the field of supply chain logistics ; none of the foregoing for use in the field of product manufacturing, manufacturing facilities, industrial plants or supply chains ; none of the foregoing for enabling electronic transactions and bill payments accounting, billing, payment services, financial electronic transfer or loans; none of the foregoing for use in the field of electronic health records

**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* The applicant believes the applicant is entitled to use the mark in commerce on or in connection with the goods or services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date. *For a collective trademark, collective service mark, collective membership mark, or certification mark application:* The applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date. *For a certification mark application:* The applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Correspondence Information**
J. Scott Gerien
PRIMARY EMAIL FOR CORRESPONDENCE: tmdept@dpf-law.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is AAA075-001.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

The undersigned has elected not to submit a fee payment for the class(es), believing no fee payment is required under the *Trademark Rules of Practice*. The undersigned acknowledges that the USPTO may, upon later review, require a fee payment.
**SIGNATURE(S)**
**Response Signature**
Signature: /J. Scott Gerien/     Date: 10/14/2025
Signatory's Name: J. Scott Gerien
Signatory's Position: Attorney of record, California bar member

Signatory's Phone Number: 7072527122 Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:   J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY

  1500 FIRST STREET, STE 200
  NAPA, California 94559
Mailing Address:   J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY
  1500 FIRST STREET, STE 200
  NAPA, California 94559

Serial Number: 98275753
Internet Transmission Date: Tue Oct 14 12:00:38 ET 2025
TEAS Stamp: USPTO/ROA-XX.XXX.XX.XXX-2025101412003833
1387-98275753-9106a68a7a8a45af1c4185f123
1dedca284e27a67a9bb7cb99ab432258da33b7bd
-N/A-N/A-20251014115408392137

IYO_0000882

# Request to Divide Application

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98275753 |
| **MARK SECTION** | |
| **MARK FILE NAME** | https://tmng-al.uspto.gov/resting2/api/img/98275753/large |
| **LITERAL ELEMENT** | IO |
| **FORM TEXT** | |
| Applicant requests that the application be divided to create a new child application for the services in class 42 | |
| **EVIDENCE FILE NAME(S)** | No evidence attached |
| **OWNER SECTION** | |
| **NAME** | Weynorth Limited |
| **MAILING ADDRESS** | 62 The Street |
| **CITY** | Ashtead, Surrey |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United Kingdom |
| **ZIP/POSTAL CODE** | KT211AT |
| **EMAIL** | XXXX |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | J. Scott Gerien |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | tmdept@dpf-law.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NONE |
| **DOCKET/REFERENCE NUMBER** | AAA075-001 |
| **NAME** | J. Scott Gerien |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | tmdept@dpf-law.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **DOCKET/REFERENCE NUMBER** | AAA075-001 |
| **PAYMENT SECTION** | |
| **NUMBER OF New Applications** | 1 |
| **DIVISIONAL REQUEST FEE, PER NEW APPLICATION (FILE WRAPPER) CREATED FEE** | 100 |
| **TOTAL FEES DUE** | 100 |
| **SIGNATURE SECTION** | |
| **SUBMISSION SIGNATURE** | /J. Scott Gerien/ |
| **SIGNATORY'S NAME** | J. Scott Gerien |

IYO_0000883

| | |
|---|---|
| **SIGNATORY'S POSITION** | Attorney of record, California bar member |
| **SIGNATORY'S PHONE NUMBER** | 7072527122 |
| **DATE SIGNED** | 10/14/2025 |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Signed directly within the form |

**FILING INFORMATION SECTION**

| | |
|---|---|
| **SUBMIT DATE** | Tue Oct 14 11:13:29 EDT 2025 |
| **TEAS STAMP** | USPTO/RTD-XX.XXX.X.XXX-20 251014111329382991-982757 53-20251014111127705409-D A-13297833-20251014111127 705409 |

# Request to Divide Application

## To the Commissioner for Trademarks:

The following is submitted for application serial number: **98275753**

**FORM TEXT:**

Applicant requests that the application be divided to create a new child application for the services in class 42

**The owner proposes to amend the following:**
Weynorth Limited, having an address of
    62 The Street
    Ashtead, Surrey, KT211AT
    United Kingdom
    Email Address: XXXX

**Correspondence Information**
    J. Scott Gerien
    PRIMARY EMAIL FOR CORRESPONDENCE: tmdept@dpf-law.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is AAA075-001.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**FEE(S)**
Fee(s) in the amount of $100 is being submitted.

IYO_0000884

**SIGNATURE(S)**
**Submission Signature**
Signature: /J. Scott Gerien/     Date: 10/14/2025
Signatory's Name: J. Scott Gerien
Signatory's Position: Attorney of record, California bar member
Signatory's Phone Number: 7072527122
Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:    J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY

  1500 FIRST STREET, STE 200
  NAPA, California 94559
Mailing Address:    J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY

  1500 FIRST STREET, STE 200
  NAPA, California 94559

PAYMENT: 13297833
PAYMENT DATE: 10/14/2025

Serial Number: 98275753
Internet Transmission Date: Tue Oct 14 11:13:29 EDT 2025
TEAS Stamp: USPTO/RTD-XX.XXX.X.XXX-20251014111329382
991-98275753-20251014111127705409-DA-132
97833-20251014111127705409

IYO_0000885

# Request to Divide Application

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98275753 |
| **MARK SECTION** | |
| **MARK FILE NAME** | https://tmng-al.uspto.gov/resting2/api/img/98275753/large |
| **LITERAL ELEMENT** | IO |
| **FORM TEXT** | |
| Applicant requests that the application be divided to create a new child application for the services in classes 36, 37, 39 and 41 | |
| **EVIDENCE FILE NAME(S)** | No evidence attached |
| **OWNER SECTION** | |
| **NAME** | Weynorth Limited |
| **MAILING ADDRESS** | 62 The Street |
| **CITY** | Ashtead, Surrey |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United Kingdom |
| **ZIP/POSTAL CODE** | KT211AT |
| **EMAIL** | XXXX |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | J. Scott Gerien |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | tmdept@dpf-law.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NONE |
| **DOCKET/REFERENCE NUMBER** | AAA075-001 |
| **NAME** | J. Scott Gerien |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | tmdept@dpf-law.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **DOCKET/REFERENCE NUMBER** | AAA075-001 |
| **PAYMENT SECTION** | |
| **NUMBER OF New Applications** | 1 |
| **DIVISIONAL REQUEST FEE, PER NEW APPLICATION (FILE WRAPPER) CREATED FEE** | 100 |
| **TOTAL FEES DUE** | 100 |
| **SIGNATURE SECTION** | |
| **SUBMISSION SIGNATURE** | /J. Scott Gerien/ |
| **SIGNATORY'S NAME** | J. Scott Gerien |

IYO_0000886

| | |
|---|---|
| **SIGNATORY'S POSITION** | Attorney of record, California bar member |
| **SIGNATORY'S PHONE NUMBER** | 7072527122 |
| **DATE SIGNED** | 10/14/2025 |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Signed directly within the form |

**FILING INFORMATION SECTION**

| | |
|---|---|
| **SUBMIT DATE** | Tue Oct 14 11:11:10 EDT 2025 |
| **TEAS STAMP** | USPTO/RTD-XX.XXX.X.XXX-20 2510141111110321922-982757 53-20251014110845545475-D A-11107722-20251014110845 545475 |

## Request to Divide Application

## To the Commissioner for Trademarks:

The following is submitted for application serial number: **98275753**

**FORM TEXT:**

Applicant requests that the application be divided to create a new child application for the services in classes 36, 37, 39 and 41

**The owner proposes to amend the following:**
Weynorth Limited, having an address of
    62 The Street
    Ashtead, Surrey, KT211AT
    United Kingdom
    Email Address: XXXX

**Correspondence Information**
    J. Scott Gerien
    PRIMARY EMAIL FOR CORRESPONDENCE: tmdept@dpf-law.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is AAA075-001.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**FEE(S)**
Fee(s) in the amount of $100 is being submitted.

IYO_0000887

**SIGNATURE(S)**
**Submission Signature**
Signature: /J. Scott Gerien/     Date: 10/14/2025
Signatory's Name: J. Scott Gerien
Signatory's Position: Attorney of record, California bar member
Signatory's Phone Number: 7072527122
Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:    J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY

  1500 FIRST STREET, STE 200
  NAPA, California 94559
Mailing Address:    J. Scott Gerien
  DICKENSON, PEATMAN & FOGARTY

  1500 FIRST STREET, STE 200
  NAPA, California 94559

PAYMENT: 11107722
PAYMENT DATE: 10/14/2025

Serial Number: 98275753
Internet Transmission Date: Tue Oct 14 11:11:10 EDT 2025
TEAS Stamp: USPTO/RTD-XX.XXX.X.XXX-20251014111110321
922-98275753-20251014110845545475-DA-111
07722-20251014110845545475

IYO_0000888