UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IYO, INC.<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>IO PRODUCTS, INC., OPENAI, INC.,<br>OPENAI, LLC, SAM ALTMAN, and SIR<br>JONATHAN PAUL IVE,<br><br>　　　Defendants. | ) Case No. 3:25-cv-04861-TLT<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **DEFENDANTS' MOTION TO STRIKE**<br>) **THE AMENDED COMPLAINT, OR IN**<br>) **THE ALTERNATIVE, MOTION TO**<br>) **DISMISS UNDER FED. R. CIV. P. 12(b)(1)**<br>) **AND FED. R. CIV. P. 12(b)(6)**<br>) |

Now before the Court is the Motion to Strike the Amended Complaint, or in the Alternative, Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) (the "Motion") filed by Defendants OpenAI, Inc., OpenAI, LLC, io Products, Inc., Sam Altman, and Sir Jonathan Paul Ive (collectively, "Defendants").

Having reviewed and considered the papers filed in support of and in opposition to the Motion, the Court finds and determines that the Motion should be **GRANTED**. It is ORDERED that:

1.　　iyO's Amended Complaint (ECF 119) is hereby stricken as it was filed after the applicable deadline;

2.　　iyO's original claims for relief (Claims for Relief Nos. 1-6 of the FAC) are DISMISSED WITH PREJUDICE for lack of subject matter jurisdiction;

3.　　The temporary restraining order previously entered by this Court is hereby VACATED.

IT IS SO ORDERED.

Dated: _____

By: _____

TRINA L. THOMPSON
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO STRIKE, OR, IN THE ALTERNATIVE, MOTION TO DISMISS