UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IYO, INC.

      Plaintiff,

vs.

IO PRODUCTS, INC., OPENAI, INC.,
OPENAI, LLC, SAM ALTMAN, and SIR
JONATHAN PAUL IVE,

      Defendants.

)
)  Case No. 3:25-cv-04861-TLT
)
)
)  **[PROPOSED] ORDER GRANTING**
)  **DEFENDANTS' REQUEST FOR**
)  **JUDICIAL NOTICE IN SUPPORT OF**
)  **THEIR MOTION TO STRIKE OR**
)  **DISMISS THE AMENDED COMPLAINT**
)
)
)
)
)
)

Now before the Court is the Request for Judicial Notice in Support of the Motion to Strike the Amended Complaint, or in the Alternative, Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) (the "Request for Judicial Notice") filed by Defendants OpenAI, Inc., OpenAI, LLC, io Products, Inc., Sam Altman, and Sir Jonathan Paul Ive (collectively, "Defendants").

Having reviewed and considered the papers and supporting materials filed therewith, the Court hereby orders that Defendants' Request for Judicial Notice is **GRANTED**. The Court takes judicial notice of Exhibits D through L to the Declaration of Margret Caruso.

IT IS SO ORDERED.

Dated: _____

By:     _____

          TRINA L. THOMPSON
          United States District Judge