QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Sara L. Pollock (SBN 281076)
sarapollock@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

*Attorneys for Defendants io Products, Inc., OpenAI,
Inc., OpenAI, LLC, and Sam Altman*

JONES DAY
David Kiernan (Bar No. 215335)
dkiernan@jonesday.com
555 California Street 26th Floor
San Francisco, California 94104
Telephone:     (415) 875-5745

Meredith Wilkes (*pro hac vice*)
mwilkes@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone     (216) 586-7231

*Attorneys for Defendant Sir Jonathan Paul Ive*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IYO, INC.<br><br>                    Plaintiff,<br><br>        v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>                    Defendants. | Case No. 3:25-cv-4861-TLT<br><br>**DECLARATION OF MARGRET M. CARUSO IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE THE AMENDED COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1) AND FED. R. CIV. P. 12(b)(6)** |

I, Margret M. Caruso, declare as follows:

1.      I am an attorney licensed to practice in the State of California and am a partner of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, and Sam Altman.  I make this declaration in support of Defendants' Motion to Strike, or in the Alternative, Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6).  I have personal knowledge of the matters set forth in this declaration, and if called as a witness, I would testify competently to them.

2.      Attached as **Exhibit A** is a true and correct copy of the Declaration of Peter Welinder in Support of Defendants' Administrative Motion to Extend Time for Briefing and Hearing Any Motion for Preliminary Injunction, which was filed in this action on February 13, 2026, at ECF 105-2.

3.      Attached as **Exhibit B** is a true and correct copy of the Declaration of Sara L. Pollock in Support of Defendants' Administrative Motion to Extend Time for Briefing and Hearing Any Motion for Preliminary Injunction (without exhibits), which was filed in this action on February 13, 2026, at ECF 105-1.

4.      Attached as **Exhibit C** is a compilation of true and correct copies of news articles captured from publicly available website publicly reporting that Defendants no longer intend to use the "io" name for their hardware products.

5.      Attached as **Exhibit D** is a true and correct copy of the Verified Complaint filed by iyO Inc. in *iyO Inc. v. Dan Sargent, et al.*, San Francisco County Superior Court Case No. CGC-25-627029, filed on July 9, 2025, as retrieved from https://sf.courts.ca.gov/online-services/case-information.

6.      Attached as **Exhibit E** is a true and correct copy of the Declaration of Dan Sargent in Opposition to Plaintiff's Ex Parte Application for Temporary Restraining Order, in *iyO Inc. v. Dan Sargent, et al.*, San Francisco County Superior Court Case No. CGC-25-627029, filed on July 11, 2025, as retrieved from https://sf.courts.ca.gov/online-services/case-information.

7.      Attached as **Exhibit F** is a true and correct copy of the Declaration of Dan Sargent in Support of Defendant's Notice of Motion and Special Motion to Strike the Complaint Pursuant

DECLARATION OF MARGRET M. CARUSO IN SUPPORT OF MOTION TO STRIKE OR IN THE ALTERNATIVE TO DISMISS

to Cal. Code Civ. Proc. Section 425.16, in *iyO Inc. v. Dan Sargent, et al.*, San Francisco County Superior Court Case No. CGC-25-627029, filed on August 22, 2025, as retrieved from https://sf.courts.ca.gov/online-services/case-information.

8.      Attached as **Exhibit G** is a true and correct copy of the Declaration of Patrick Kessler in Support of Defendant's Notice of Motion and Special Motion to Strike the Complaint Pursuant to Cal. Code Civ. Proc. Section 425.16, in *iyO Inc. v. Dan Sargent, et al.*, San Francisco County Superior Court Case No. CGC-25-627029, filed on August 22, 2025, as retrieved from https://sf.courts.ca.gov/online-services/case-information.

9.      Attached as **Exhibit H** is a true and correct copy of the Declaration of Tang Yew Tan in Support of Defendant's Notice of Motion and Special Motion to Strike the Complaint Pursuant to Cal. Code Civ. Proc. Section 425.16, in *iyO Inc. v. Dan Sargent, et al.*, San Francisco County Superior Court Case No. CGC-25-627029, filed on August 22, 2025, as retrieved from https://sf.courts.ca.gov/online-services/case-information.

10.      Attached as **Exhibit I** is a true and correct copy of the docket in *iyO Inc. v. Dan Sargent, et al.*, San Francisco County Superior Court Case No. CGC-25-627029, as retrieved from https://sf.courts.ca.gov/online-services/case-information on March 26, 2026.  It reflects that during the ten months that the *Sargent* action has been pending:

- The California state court has denied iyO's motion for a temporary restraining order and preliminary injunction (July 11, 2025).

- Dan Sargent filed an anti-SLAPP motion (August 8).

- The three people alleged to be present at the job interview that is the subject of iyO's trade secret claim (*e.g.,* FAC ¶¶ 115-117), filed declarations in that action reflecting that no misappropriation of trade secrets had occurred: Dan Sargent (July 11 and August 22, 2025), Tan (August 22, 2025) and the third person present at the job interview, Patch Kessler (August 22, 2025).  *See also* Exhibits E-H.

- Dan Sargent filed a notice of appeal of the denial of the anti-SLAPP motion (November 17, 2025), which stayed that action.

11.    Attached as **Exhibit J** is a true and correct copy of a video of Mr. Rugolo's April 2024 TED Talk, available at https://www.youtube.com/watch?v=L61Kbo3y218, and referenced in the FAC (¶¶ 84, 178). At minutes 2:02-2:12 and 8:04, it includes the following images:





12.    Attached as **Exhibit K** are true and correct copies of screenshots from iyO's website, available at https://www.iyo.ai/, https://www.iyo.ai/iyo-one, and https://www.iyo.ai/products/iyo-one, referenced in the FAC (¶¶ 69, 85).

13.    Attached as **Exhibit L** is a true and correct copy of the Deposition Subpoena of Tang Yew Tan and Request for Production of Documents, in *iyO Inc. v. Dan Sargent, et al.*, San Francisco County Superior Court Case No. CGC-25-627029, which I understand was served on August 19, 2025.

//

//

DECLARATION OF MARGRET M. CARUSO IN SUPPORT OF MOTION TO STRIKE OR IN THE ALTERNATIVE TO DISMISS

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of March, 2026 in Redwood City, California.

By _____/s/ Margret M. Caruso_____
Margret M. Caruso

Case No. 3:25-cv-4861-TLT

DECLARATION OF MARGRET M. CARUSO IN SUPPORT OF MOTION TO STRIKE OR IN THE ALTERNATIVE TO DISMISS