# EXHIBIT C



≡   **WIRED**                                                  ⬤  SUBSCRIBE

---

MAXWELL ZEFF     BUSINESS     FEB 10, 2026 12:45 AM

# OpenAI Abandons 'io' Branding for Its AI Hardware

**A court filing in a trademark lawsuit reveals OpenAI won't use the name "io" for its AI hardware device, which isn't expected to ship until 2027.**

OpenAI CEO Sam Altman speaks to members of the press in Sun Valley, Idaho, in this July 2025 photo. PHOTOGRAPH: KEVIN DIETSCH/GETTY IMAGES

 

☰          **WIRED**                                                          👤  SUBSCRIBE

# Don't just keep up. Get ahead—with our biggest stories, handpicked for you each day.

[                                                                          ]

**SIGN UP**

By signing up, you agree to our user agreement (including class action waiver and arbitration provisions), and acknowledge our privacy policy.



**Subscribe to listen** • 3 minutes

**OPENAI WILL NOT** use the name "io" for its forthcoming line of AI hardware devices, according to a Monday court filing.

The motion is part of a trademark infringement lawsuit filed last year by audio device startup iyO, which sued OpenAI after the ChatGPT maker acquired famed Apple designer Jony Ive's startup io. Peter Welinder, OpenAI's vice president and general manager, said in the filing that OpenAI had reviewed its product-naming strategy and "decided not to use the name 'io' (or 'IYO,' or any capitalization of either) in connection with the naming, advertising, marketing, or sale of any artificial intelligence-enabled hardware products."

Welinder also said that OpenAI now has a better understanding of the timeline for getting its devices to market. In the filing, the company said its first hardware device won't ship to customers before the end of February 2027.

Case 3:25-cv-04861-TLT    Document 130-3    Filed 03/27/26    Page 4 of 26

In a statement, an OpenAI spokesperson said: "We have decided to move forward with a new name, which we look forward to sharing in the future."

The news comes as wild rumors continue to spread about OpenAI's hardware efforts. A now debunked Reddit thread went viral over the weekend, claiming that OpenAI had pulled a Super Bowl ad unveiling its forthcoming device. Someone posted the alleged ad, which featured the actor Alexander Skarsgård wearing a pair of silver headphones and tapping a reflective puck. The video was shared widely on social media, including by Reddit cofounder Alexis Ohanian.

OpenAI spokesperson Lindsay McCallum confirmed to WIRED that the company had nothing to do with the ad in question.

OpenAI announced in May 2025 that it would acquire Jony Ive's secretive consumer hardware subsidiary for $6.5 billion, marking the company's largest acquisition ever. At the time, io was marketed as a new company that would merge with OpenAI to create a family of AI devices.

Since then, the company has been embroiled in a messy trademark infringement lawsuit that's likely revealed more than OpenAI would have liked about its devices. iyO claims that OpenAI and io executives met with iyO leaders and tested the company's AI audio technology before the acquisition was announced.

OpenAI leaders previously revealed in filings related to this lawsuit that the prototype CEO Sam Altman mentioned in io's launch video was "not an in-ear device, nor a wearable device."

*Update: 2/10/26 1 pm EDT: This story has been updated with comment from OpenAI.*

## You Might Also Like

Case 3:25-cv-04861-TLT     Document 130-3     Filed 03/27/26



[Maxwell Zeff](#) is a senior writer at WIRED covering the business of artificial intelligence. He was previously a senior reporter with TechCrunch, where he broke news on startups and leaders driving the AI boom. Before that, Zeff covered AI policy and content moderation for Gizmodo, and wrote some of Bloomberg's ... Read More

SENIOR WRITER

TOPICS    OPENAI       APPLE      DESIGN      HARDWARE      COPYRIGHT

# Don't Just Keep Up. Get Ahead

Sign up for the *Daily* newsletter to get our biggest stories, handpicked for you each day.

---

### SIGN UP

By signing up, you agree to our user agreement (including class action waiver and arbitration provisions), and acknowledge our privacy policy.

# EXHIBIT
# PAGE BREAK

3/9/26, 8:51 PM
Curious About OpenAI's AI Device? Don't Expect Anything Until 2027 | PCMag

Case 3:25-cv-04861-TLT    Document 130-3    Filed 03/27/26    Page 7 of 26



PCMag editors select and review products <u>independently</u>. If you buy through affiliate links, we may earn commissions, which help support our <u>testing</u>.

**Home** > **News** > **AI**

# Curious About OpenAI's AI Device? Don't Expect Anything Until 2027

In a new court filing, OpenAI also says it won't use the name io.



OUR EXPERT

**James Peckham**

Reporter

With over a decade of experience reporting on consumer technology, James covers mobile phones, apps, operating systems, wearables, AI, and more.

Edited By: **Chloe Albanesius**                          February 10, 2026

G  **Add as a preferred source on Google**

Case 3:25-cv-04861-TLT    Document 130-3    Filed 03/27/26    Page 8 of 26



(Credit: Samuel Boivin/NurPhoto via Getty Images)

OpenAI's first hardware device won't be available to buy until early 2027. We still don't know what form the gadget will take, but new documents say it will appear in February next year.

The news was shared in a court filing as part of an ongoing trademark case brought by startup Iyo against OpenAI over its use of the name io for a startup it acquired from Jony Ive last year.

A previous court order prohibited OpenAI from using io, prompting the ChatGPT maker to remove all mentions of the name from its website. The new court filing, spotted by *Wired*, says OpenAI will not use the name "io" or any variation of it for future gadgets.

ADVERTISEMENT

3/9/26, 8:51 PM

Curious About OpenAI's AI Device? Don't Expect Anything Until 2027 | PCMag

Case 3:25-cv-04861-TLT    Document 130-3    Filed 03/27/26    Page 9 of 26



**You May Also Like**

Skip Ad ▶|

An OpenAI representative said last month that the brand was on track to debut its first device before the end of 2026. That may still be true, as it could announce its first device late this year before putting it on sale in early 2027.

OpenAI has yet to share any details about the AI device. In October, the *Financial Times* reported it may be a screen-less device designed to sit nearby. Other AI devices have not had any success so far, from the Rabbit R1 to the Humane AI Pin. That hasn't deterred tech giants from trying; Apple is reportedly developing an AI pin of its own.

---

**RECOMMENDED BY OUR EDITORS**

 ChatGPT Rolls Out Ads. Here's How to Avoid Them for Free

 Anthropic Tones Down Its 'No Ads on Claude' Super Bowl Commercial

---

3/9/26, 8:51 PM

Case 3:25-cv-04861-TLT     Document 130-3     Filed 03/27/26     Page 10 of 26

Curious About OpenAI's AI Device? Don't Expect Anything Until 2027 | PCMag

A post on Reddit over the weekend, meanwhile, led many to believe OpenAI was set to debut its new hardware in a Super Bowl ad. The now-debunked hoax was posted by someone claiming to have footage of an ad showing actor Alexander Skarsgård interacting with a shiny orb device called the Dime as well as earbuds. OpenAI soon confirmed the post was fake; its actual Super Bowl ad focused on the Codex tool.

ADVERTISEMENT





OpenAI Super Bowl 2026 | Codex | You Can Just Build Things

*Disclosure: Ziff Davis, PCMag's parent company, filed a lawsuit against OpenAI in April 2025, alleging it infringed Ziff Davis copyrights in training and operating its AI systems.*

Case 3:25-cv-04861-TLT    Document 130-3    Filed 03/27/26    Page 11 of 26

## About Our Expert



**James Peckham**
Reporter



### Experience

I've been a journalist for over a decade after getting my start in tech reporting back in 2013. I joined PCMag in 2025, where I cover the latest developments across the tech sphere, writing about the gadgets and services you use every day. Be sure to send me any tips you think PCMag would be interested in.

### Areas of Expertise

Mobile Phones     Operating Systems     Mobile Apps     Games     Security     Wearables     AI

### Latest By James Peckham

- [Amazon Bringing Its Zoox Robotaxi Testing to 2 New Cities](#)
- [Amazon Ups Pokémon Pokopia Price by $10 Due to High Demand](#)
- [Vizio Tells New Customers to Use a Walmart Account to Sign Into Their TV](#)
- [How Much Did You Pay? Sony May Be Trialing Dynamic Pricing for PS5 Games](#)
- [Hackers Are Trying to Steal LastPass Vault Details With Fake Support Emails](#)
- [More from James Peckham](#)

**READ FULL BIO**

## APPLE

### I Tried the $599 MacBook Neo. Apple Just Flipped the Budget-Laptop Script

BY JOE OSBORNE

### Apple iPhone 17 vs. iPhone 17e: Read This Before Spending the Extra $200

BY WILL GREENWALD

### I Saw Firsthand How Apple's M4-Powered iPad Air Supercharges Workflows

BY ERIC ZEMAN

### Ho Ne 17e Air

BY K



3/9/26, 8:51 PM
Curious About OpenAI's AI Device? Don't Expect Anything Until 2027 | PCMag
Case 3:25-cv-04861-TLT Document 130-3 Filed 03/27/26 Page 13 of 26

KEEP SCROLLING FOR NEXT ARTICLE



## PCMag Newsletters

**Our Best Stories in Your Inbox →**

## Follow PCMag

f  𝕏  🎏  G  📷  ⓟ

# HONEST, OBJECTIVE, LAB-TESTED REVIEWS

PCMag.com is a leading authority on technology, delivering lab-based, independent reviews of the latest products and services. Our expert industry analysis and practical solutions help you make better buying decisions and get more from technology.

**How We Test**

**Editorial Principles**

## BEST PRODUCTS

| | |
|---|---|
| 3D Printers | Car Phone Mounts |
| Android Phones | CPUs For Gaming |
| Android Tablets | Ereaders |
| Antivirus Apps | Fastest VPNs |
| Apple iPads | Fitness Trackers |
| Apple iPhones | Gaming Keyboards |
| Apple Watches | Gaming Laptops |

3/9/26, 8:51 PM    Curious About OpenAI's AI Device? Don't Expect Anything Until 2027 | PCMag

Case 3:25-cv-04861-TLT    Document 130-3    Filed 03/27/26    Page 14 of 26

Bluetooth Speakers

Graphics Cards

Headphones

Keyboards

Laptops

Laptops For College Students

Media Streaming Devices

Password Managers

Photo Printers

VPN Services

VPNs for Android

VPNs for iPhones

VPNs for Mac

VPNs for Pornhub

VPNs for TikTok

VR Headsets

Gaming Monitors

Robot Vacuums

Smart Thermostats

Smartwatches

Soundbars

Tablets

Tax Software

TVs

Video Editing Software

## POPULAR REVIEWS

Acer Swift X 14 Review

Alienware Gaming Monitor (AW2725QF) Review

AMD Ryzen 7 7700X Review

Beats Studio Buds + Review

Blink Outdoor 4 Review

Lenovo Legion Go Review

NordVPN Review

Nvidia GeForce RTX 5080 Founders Edition Review

Ecobee Smart Thermostat Review

FreshBooks Review

Google Pixel 9 Review

H&R Block 2025 Review

Intuit TurboTax 2025 Review

Samsung Galaxy S25+ Review

Samsung Galaxy S25 Ultra Review

Samsung Galaxy Watch 7 Review

ProtonVPN Review

Samsung Galaxy S25 Review

Samsung Galaxy Z Fold 6 Review

SimpliSafe Home Security System Review

Surfshark VPN Review

Windscribe VPN Review

Samsung Galaxy Watch Ultra Review

## POPULAR PRODUCT COMPARISONS                                          ⌃

Apple AirPods 4 vs. AirPods Pro 2

Apple iPhone 16e vs. iPhone 16

Apple Watch Series 10 vs. Series 9

Nest vs. Ring

OLED vs. QLED

Proton VPN vs. NordVPN

Wi-Fi Extender vs. Mesh

Windows 11 Home vs. Pro

FreshBooks vs. QuickBooks

Mac vs. Windows

Meta Quest 3 vs. 3S

Sony PlayStation 5 vs. PlayStation 5 Pro

SSD vs. Hard Drive

## TOP EXPLAINERS                                                        ⌃

How Do Airtags Work?

How Does Starlink Work?

How to Organize Tax Documents

How to Set Up a VPN

What Is Agentic AI?

What Is an AI PC?

What Is an eSim Card?

How to Unblock Netflix With a VPN

Is Google Password Manager Safe?

What Is a Proxy Server?

What Is Microsoft Copilot?

What Is the Best Browser?

What Is USB-C?

3/9/26, 8:51 PM    Curious About OpenAI's AI Device? Don't Expect Anything Until 2027 | PCMag

Case 3:25-cv-04861-TLT    Document 130-3    Filed 03/27/26    Page 16 of 26

What Is Discord?

What Is Wi-Fi 7?

What To Stream This Weekend

Why You Need a VPN

What Is Wi-Fi 6E?

## POPULAR BRANDS

Acer

Adobe

AMD

Apple

Asus

Bitdefender

Dell

Facebook

Google

HP

Instagram

Intel

Lenovo

LG

Microsoft

Motorola

MSI

Netflix

NordVPN

Nvidia

OpenAI

Qualcomm

Samsung

Sony

SpaceX

Tesla

X/Twitter

## SERIES

All About AI

Android

Apple

Holiday Gift Guide

NextCar

Readers' Choice

3/9/26, 8:51 PM                Curious About OpenAIs AI Device? Don't Expect Anything Until 2027 | PCMag

Case 3:25-cv-04861-TLT   Document 130-3   Filed 03/27/26   Page 17 of 26

Back to School Tech

Best ISPs

Connected Traveler

Get Organized

Rigged Up

SecurityWatch

Weekend Project

Windows 11

## EVENTS

Amazon Prime Day

Apple WWDC

Black Friday

Black Hat

CES

Computex

Cyber Monday

IFA

Mobile World Congress

RSAC

Samsung Unpacked

**Reviews**

**Categories**

**Events**

**Newsletters**

**Sitemap**

**About PCMag**

**Contact Us**

**Best Products**

**Brands**

**Series**

**Encyclopedia**

**Careers**

**Press Center**



CNET

ZDNET

Mashable

LIFEHACKER

EXTREMETECH

IGN

SPEEDTEST

© 1996-2026 ZIFF DAVIS, LLC., A ZIFF DAVIS COMPANY. ALL RIGHTS RESERVED.

PCMag, PCMag.com and PC Magazine are among the federally registered trademarks of Ziff Davis and may not be used by third parties without explicit permission. The display of third-party trademarks and trade names on this site does not necessarily indicate any affiliation or the endorsement of PCMag. If you click an affiliate link and buy a product or service, we may be paid a fee by that merchant.

About Ziff Davis                                    Privacy Policy

Terms of Use                                        Advertise

Accessibility                           Do Not Sell My Personal Information

AdChoices

# EXHIBIT
# PAGE BREAK

TECH

# OpenAI just gave a clearer timeline for shipping its mystery AI device

By **Hugh Langley**    + Follow



MANDEL NGAN/AFP via Getty Images

Feb 10, 2026, 4:22 AM PT                    ↗ **Share**    🔖 **Save**

We still don't know what <u>OpenAI's mysterious hardware device</u> is — but now we have a better idea of when we might get our hands on it.

The company just revealed it doesn't expect to ship the product it's building with legendary Apple designer Jony Ive before February 2027.

The admission came in a Monday court filing by OpenAI amid a dispute with the startup Iyo, which sued OpenAI last year over the "io" trademark.

The previously known public timeline for the OpenAI device, shared by the company's chief global affairs officer at Davos last month, was a <u>product reveal</u> in the second half of 2026.

The Monday filing contained a sworn statement from Peter Welinder, the vice president and general manager at OpenAI, stating that the company expects its "first hardware device will not ship to customers before the end of February 2027."

It's unclear whether OpenAI still plans to unveil the new device later this year before shipping it in 2027. An OpenAI spokesperson did not immediately respond to a request for comment.

OpenAI announced last year that it would <u>acquire Ive's hardware</u> company, io Products, in a deal valued at nearly $6.5 billion.

In June last year, after Iyo sued OpenAI, the court issued a temporary restraining order preventing OpenAI from using the "io" trademark. <u>OpenAI then scrubbed mentions</u> of its partnership with Ive from its website, as well as a promotional video.

In the Monday filing, OpenAI's lawyers said the company no longer planned to use the "io" name for its product. The company had "reevaluated the branding of their forthcoming hardware products in light of OpenAI's existing brands," they wrote in the filing, adding that the name would not be used for marketing or "sale of any artificial intelligence-enabled hardware products."

The lawyers argued that an April 2026 preliminary injunction hearing, which had been scheduled by the court, would therefore be "both unnecessary and impractical."

<u>Wired</u> previously reported on elements of Monday's court filing.

The secrecy surrounding Ive and OpenAI's first hardware product has sparked much speculation, including whether it will take the form of earbuds, a pen, glasses, or something else.

A video purporting to tease the new device circulated over the weekend, which <u>OpenAI said was "totally fake."</u> A now-deleted Reddit post claimed the video was a shelved ad teasing earbuds with actor Alexander Skarsgård.

*Have something to share? Contact this reporter via email at [hlangley@businessinsider.com](mailto:hlangley@businessinsider.com) or Signal at 628-228-1836. Use a personal email address and a non-work device; here's our guide to sharing information securely.*

**This story is available exclusively to Business Insider subscribers. <u>Become an Insider</u> and start reading now.** Have an account? <u>Log in</u>.

# EXHIBIT
# PAGE BREAK

3/9/26, 8:39 PM
Case 3:25-cv-04861-TLT   Document 130-3   Filed 03/27/26   Page 24 of 26
OpenAI Drops 'io' Branding for Planned AI Hardware - TechRepublic

**Topic** — **OpenAI**

   

# OpenAI Drops 'io' Branding for Planned AI Hardware

Published February 11, 2026

Written by

 **TechRepublic Staff**





Struggling To Manage Windows Devices?

Try Scalefusion →

 On the hunt for a **lead gen partner?**
Read this guide before signing on the dotted line.

We may earn from vendors via affiliate links or sponsorships. This might affect product placement on our site, but not the content of our reviews. See our Terms of Use for details.

# OpenAI says it won't use "io" to market its AI hardware, and a court filing suggests the first device won't ship before late February 2027.



Image: Andrew Neel/Unsplash

OpenAI is dropping "io" as the brand for its planned AI hardware devices, following a Monday court filing in a trademark lawsuit with audio startup iyO.

The filing also suggests the first device won't be coming any time soon, with customer shipments not expected until 2027.



## Why 'io' is out

In the court record, OpenAI vice president and general manager Peter Welinder said the company reassessed its naming plan and decided it would not use "io" (or "IYO," in any capitalization) in connection with the naming, advertising, marketing, or sale of AI-enabled hardware products, Wired reported.

The dispute stems from a trademark lawsuit filed following OpenAI's acquisition of Jony Ive's startup io. OpenAI said it plans to move forward with a new name and will share it later.

## ✕ hat we know so far

That's later than the timeline the company previously cited publicly. OpenAI had said it planned to unveil its AI device in the second half of 2026, but the filing indicates customers won't see it for quite a while after that.

Product specifics remain limited, but the filing describes an early prototype as a screenless device intended to sit on a desk and work alongside a phone and a laptop. Welinder also said OpenAI has not yet created packaging or marketing materials for the first hardware product.

**Also read: Super Bowl LX ads show how AI companies are positioning their products for broader adoption.**

---

**Share Article**

---



# TechRepublic Staff

**See all of TechRepublic's content**    →

**TA** TechnologyAdvice    On the hunt for a **lead gen partner?**
Read this guide before signing on the dotted line.    **Download Now**

✕