# EXHIBIT F

Docusign Envelope ID: 624233C3-177E-40EG-B68F-2AC629071775

STEVEN S. KAUFHOLD (SBN 157195)
JONATHAN GASKIN (SBN 203625)
LIANA MAYILYAN (SBN 295203)
URVASHI MALHOTRA (SBN 334466)
KAUFHOLD GASKIN LLP
485 Pacific Avenue
San Francisco, CA 94133
Telephone:     415.881.3191
Facsimile:     415.298.0477
Emails:        skaufhold@kaufholdgaskin.com
               jgaskin@kaufholdgaskin.com
               lmayilyan@kaufholdgaskin.com
               umalhotra@kaufholdgaskin.com

*Attorneys for Defendant Dan Sargent*

ELECTRONICALLY
F I L E D
*Superior Court of California,
County of San Francisco*

**08/22/2025
Clerk of the Court
BY: SANDRA SCHIRO
Deputy Clerk**

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN FRANCISCO

| | |
|---|---|
| IYO INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>DAN SARGENT; and DOES 1 through 10,<br><br>        Defendants. | Case No. CGC-25-627029<br><br>**DECLARATION OF DAN SARGENT IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. SECTION 425.16**<br><br>The Hon. Christine Van Aken<br><br>Action Filed:  July 9, 2025<br>Trial Date:    None Set<br><br>Hearing Date:  September 24, 2025<br>Time:          9:00 a.m.<br>Dept.:         301 |

## <u>DECLARATION OF DAN SARGENT</u>

I, Dan Sargent, do say and declare:

1.  I am a defendant in this action.  I am over 18 years of age and have direct personal knowledge of all facts stated in this declaration.  If called as a witness, I would and could testify competently to these facts under oath.  I make this declaration in support of my Special Motion to Strike the Complaint Pursuant to Cal. Code Civ. Proc. Section 425.16.

2.  I have worked as a mechanical and industrial design engineer since graduating from university in 2013, including over five years at Apple, Inc. ("Apple"), where I am currently employed as a mechanical and manufacturing design engineer.

3.  Before that, I was a Design and Manufacturing Lead, Manager at Plaintiff iyO Inc. ("iyO").  In June 2023, iyO hired me as a product design and manufacturing engineer, and I stayed with iyO until December 2024.

4.  In 2024, iyO announced its first product, an in-ear audio device.  In April 2024, iyO's founder and CEO, Jason Rugolo, gave a TED Talk about iyO's "second," but still unreleased product, a wireless hearing device which was intended to be an ear-worn computer or headphone device called the iyO ONE.  In that TED Talk, Mr. Rugolo demonstrated the iyO ONE, wore a prototype of it, and displayed 3D computer drawings and renderings of its design components, including the discs and earpiece, as shown by the screenshots from the video below:



 

This TED talk was available on YouTube by May 2024, and iyO posted it onto other social media platforms and on its own website. *See* Jason Rugolo, *Welcome to the World of Audio Computers*, TED, YouTube (May 8, 2024), https://www.youtube.com/watch?v=L61Kbo3y218.

5.  At iyO, I worked on the development of the iyO ONE. By mid-2024, however, I had become frustrated with iyO's repeated manufacturing delays and its lack of a reliable shipping date and continued acceptance of pre-orders without a saleable product.

6.  Like many engineers, I sought the professional satisfaction of having the products I helped design actually be sold and used by the public. I realized iyO was unlikely to give me that professional satisfaction, so in mid-2024, I sought employment outside of iyO and reached out to my contacts about potential opportunities.

7.  Through a connection with a mutual friend and former colleague at Apple, Patch Kessler, I was put in touch with Tang Tan (Mr. Kessler's former colleague at Apple). By that point, Mr. Tan was working for LoveFrom, a new company started by celebrated industrial designer, Sir Jony Ive. We arranged to meet for dinner. My intention in setting up this meeting and having dinner with Mr. Tan was to seek employment with LoveFrom.

8.  In June 2024, while I was still employed by iyO, I met with Mr. Tan and Mr. Kessler for dinner at Cotogna restaurant in San Francisco. While at dinner, we discussed my previous work as an engineer and my then-current work at iyO in the context of an interview. I shared information on my capabilities and experience as an engineer and leader.

9.  During my meeting with Mr. Tan and Mr. Kessler, I discussed why I was seeking new employment, information that I believed was important for a potential employer to know. At the most general level, I expressed my frustration with iyO's slow pace,

unscalable product plans, and continued acceptance of preorders (like those of Mr. Tan) without a completed product ready to ship.

10. I was concerned that iyO had featured the iyO ONE in the TED Talk as if it were a functioning product, when it was not; in reality, the TED Talk had relied on a pre-recording of a mock-up prototype.  I was also concerned that iyO was not providing accurate information to its customers and potential customers through its website; although iyO continued to accept presale orders of the iyO ONE, it had no reliable ship date for those orders. I believe that the statements about iyO offering products for sale before they were ready to ship are true and well-known in the technology world. Specifically, I believe extensive information about the iyO ONE, including the fact that it was not yet shipping was already public when I met Mr. Tan and Mr. Kessler.  IyO's website currently lists a ship date of "late September" 2025 for the WiFi model of the iyO ONE, and a "Ships TBD" for the WiFi+LTE model of the iyO ONE.  Attached as **Exhibit A** is a true and correct copy of iyO's webpage displaying this information.

11. At the dinner, I also shared a prototype of the iyO ONE device I had helped develop.  This prototype was no different than those that were featured on iyO's website and that Mr. Rugolo had worn and displayed during his April 2024 TED Talk.

12. No demonstration of technology or function was conducted in our meeting.  I did not bring any physical documents or drawings, including Computer-Aided Design ("CAD") drawings or unreleased design features, and I did not bring any computer, laptop, or tablet with me to the dinner interview.

13. Nothing I showed was non-public or confidential.  To the contrary, iyO explicitly authorized and encouraged its employees to wear prototypes publicly and publicized its designs through TED Talks and social media.

14. I did not receive a job offer from Mr. Tan or Mr. Kessler.  Other than short emails to Mr. Tan following the interview, expressing my continued interest in working at LoveFrom, I have had no further communications with Mr. Tan or Mr. Kessler.  I continued to apply for new jobs and ultimately accepted a job offer from Apple.

15. During the dinner interview, neither Mr. Tan nor Mr. Kessler asked me for information about iyO's products.  The conversation about iyO was on the general level, typical for job interviews.

16. I did not disclose to anyone information or materials in violation of my contractual confidentiality obligations to iyO in connection with Mr. Tan and Mr. Kessler or anyone else.  I acted in good faith toward iyO and have never intended to cause any harm to the Company in any way.

17. I have not shared, used outside of iyO, or disclosed any of iyO's trade secrets and do not know at this point what information they claim are trade secrets that I could have shared or misappropriated.

18. My departure from iyO in December 2024 was voluntary, and prior to my departure, I returned all confidential material to iyO or destroyed it.

19. I prepared my draft declaration for iyO in an attempt to resolve iyO's purported, and I believe, baseless allegations and claim against me. I wanted to avoid litigation  but I was not and am not willing to testify to whatever iyO wants to hear and use in other litigation in order to avoid this lawsuit against me.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

Executed this 22nd day of August 2025, at San Francisco, California.

DocuSigned by:

BBB439F3768A4F0...

Dan Sargent

SARGENT DECL. ISO DEFENDANT'S SPECIAL MOTION TO STRIKE
Case No. CGC-25-627029

- 5 -

# EXHIBIT A

Docusign Envelope ID: 624233C3-177E-40EC-B68F-2AC528071775

