# EXHIBIT G

STEVEN S. KAUFHOLD (SBN 157195)
JONATHAN GASKIN (SBN 203625)
LIANA MAYILYAN (SBN 295203)
URVASHI MALHOTRA (SBN 334466)
KAUFHOLD GASKIN LLP
485 Pacific Avenue
San Francisco, CA 94133
Telephone:    415.881.3191
Facsimile:    415.298.0477
Emails:       skaufhold@kaufholdgaskin.com
              jgaskin@kaufholdgaskin.com
              lmayilyan@kaufholdgaskin.com
              umalhotra@kaufholdgaskin.com

Attorneys for Defendant Dan Sargent

ELECTRONICALLY
**F I L E D**
*Superior Court of California,*
*County of San Francisco*

**08/22/2025**
**Clerk of the Court**
BY: SANDRA SCHIRO
Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| IYO INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAN SARGENT; and DOES 1 through 10,<br><br>Defendants. | Case No. CGC-25-627029<br><br>**DECLARATION OF PATRICK KESSLER IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. SECTION 425.16**<br><br>The Hon. Christine Van Aken<br><br>Action Filed: July 9, 2025<br>Trial Date: None Set<br><br>Hearing Date: September 24, 2025<br>Time: 9:00 a.m.<br>Dept.: 301 |

I, Patrick Kessler, declare:

1. My name is Patrick, but my friends and colleagues call me Patch. I am a mechanical designer and engineer. I am currently employed by non-party LoveFrom, a company that is located in San Francisco, California. I make this declaration in support of Defendant Daniel Sargent's Special Motion To Strike The Complaint Pursuant To Cal. Code Civ. Proc. Section 425.16.

2. Prior to joining LoveFrom, I worked for Apple as a mechanical engineer and product designer. While working for Apple, I invented and developed various products, and I worked with a number of designers and engineers including Dan Sargent and Tang Tan.

3. In 2024, Mr. Sargent contacted me about possible job opportunities. Because of my prior experience with him at Apple, I arranged and attended a dinner on June 6, 2024 between Mr. Sargent and Mr. Tan to explore potential opportunities for Mr. Sargent to work with Mr. Tan.

4. The dinner with Mr. Tan and Mr. Sargent took place at Cotogna, a public restaurant in San Francisco, and the dinner lasted about 60-90 minutes. I do not recall Mr. Sargent mentioning where he worked by name at the time of the dinner, which I now understand was iyO. I do recall Mr. Sargent saying that his then current employer (i.e., iyO) was struggling and making inaccurate claims about its ability to bring products to market. Neither I nor Mr. Tan asked Mr. Sargent for any information about iyO nor do I believe that Mr. Sargent shared anything confidential about iyO, or any other company.

5. I was at the table with Mr. Tan and Mr. Sargent the entire time from the moment we sat down until we left. Thus, I would have heard or seen anything that Mr. Sargent shared with Mr. Tan.

6. Mr. Sargent did not discuss or share any confidential information, documents, or materials. He did not identify any information as non-public or confidential; nor did he say or do anything to suggest that the conversation or anything he shared was non-public or otherwise confidential. Mr. Sargent did not ask Mr. Tan or me to keep confidential our conversation or anything that Mr. Sargent said during the dinner.

7.  As an experienced engineer and designer, I am familiar with design drawings, CAD drawings, mechanical drawings and circuit schematics and what they look like.  Mr. Sargent did not share or show any design drawings, CAD drawings, mechanical drawings or circuit schematics.  He did not demonstrate any technology that he said was under development.  Mr. Sargent did not discuss any manufacturing scaling strategies or any product development schedules.  And, as noted, Mr. Sargent did not say or do anything to suggest that any part of the discussion was confidential.

8.  Mr. Sargent did not leave anything with me or Mr. Tan after the dinner.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of August 2025 at San Francisco, California.

By: _____
Patrick Kessler

- 3 -