# EXHIBIT H

STEVEN S. KAUFHOLD (SBN 157195)
JONATHAN GASKIN (SBN 203625)
LIANA MAYILYAN (SBN 295203)
URVASHI MALHOTRA (SBN 334466)
KAUFHOLD GASKIN LLP
485 Pacific Avenue
San Francisco, CA 94133
Telephone:    415.881.3191
Facsimile:    415.298.0477
Emails:        skaufhold@kaufholdgaskin.com
              jgaskin@kaufholdgaskin.com
              lmayilyan@kaufholdgaskin.com
              umalhotra@kaufholdgaskin.com

*Attorneys for Defendant Dan Sargent*

**ELECTRONICALLY**
**F I L E D**
*Superior Court of California,*
*County of San Francisco*

**08/22/2025**
**Clerk of the Court**
**BY: SANDRA SCHIRO**
**Deputy Clerk**

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| IYO INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DAN SARGENT; and DOES 1 through 10,<br><br>Defendant. | Case No. CGC-25-627029<br><br>**DECLARATION OF TANG YEW TAN IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. SECTION 425.16**<br><br>The Hon. Christine Van Aken<br><br>Action Filed:  July 9, 2025<br>Trial Date:    None Set<br><br>Hearing Date: September 24, 2025<br><br>Time:          9:00 am PT<br>Dept.          301 |

I, Tang Yew Tan, declare:

1. I was a co-founder and the Chief Hardware Officer of non-party io Products, Inc., which merged with OpenAI. I make this declaration in support of Defendant Daniel Sargent's Special Motion To Strike The Complaint Pursuant To Cal. Code Civ. Proc. Section 425.16. The facts stated in this declaration are true and correct based on my personal knowledge, and if called and sworn in as a witness, I could and would testify competently to those facts.

2. Prior to co-founding io Products, Inc., I worked at Apple for over 24 years. While at Apple, I was the Vice President of Product Design for Apple's iPhone and Apple Watch product lines. I also oversaw some accessory design and ran Apple's Material and Acoustic teams. I have been named as an inventor on more than 400 patents and patent applications from technology I developed, including multiple patents for personal media devices with audio features.

3. I left Apple in February 2024 and joined io the following month to begin working with Jony Ive, Scott Cannon, and Evans Hankey, all former colleagues from Apple.

4. In approximately May 2024, my friend and former colleague from Apple, Patch Kessler, connected me with Dan Sargent, who was then employed at iyO but who I understood to be interested in seeking new employment opportunities. On May 28, 2024, I emailed Mr. Sargent to arrange an interview over dinner. A true and correct copy of this email, as well as my subsequent written correspondence with Mr. Sargent, is attached hereto as **Exhibit A**. Exhibit A contains all of the written communications between myself and Mr. Sargent.

5. I had heard of iyO before this when I came across a video of TED Talk by Jason Rugolo, Plaintiff iyO's CEO, during which he appeared to have demonstrated—with a prototype—the technical capability of the iyO ONE product. The TED Talk video included design drawings of iyO ONE components, and Mr. Rugolo wore the prototype in his ears during the video. In May 2024, I placed a pre-order for iyO's ONE earbuds with Wifi+LTE from iyO's website. The website listed the price as

TAN DECLARATION ISO DEFENDANT'S SPECIAL MOTION TO STRIKE
Case No. CGC-25-627029

$1199, and the preorder downpayment as $69.  At the time of my purchase, iyO represented that the product would ship in "winter 2024."

6.  On June 6, 2024, Mr. Kessler and I met Mr. Sargent for dinner at Cotogna, a restaurant in San Francisco.  We sat in the busy public dining room.  During our dinner, Mr. Sargent provided information about his general experience and the types of projects he had worked on—standard topics for job interviews with mechanical engineers in my experience.  This background information was necessary for me, as an interviewer and potential future employer, to assess his relevant skills and experience level.  It is also necessary for me as an interviewer to understand why someone is looking for a new opportunity.  For example, if someone is dissatisfied with a job because they want more business travel opportunities, but that would not be available in the new job, that would affect my assessment of their fit for a position.  Mr. Sargent also told me he was seeking a new job because he was frustrated with iyO's slow pace, unscalable product plans, and continued acceptance of preorders (like mine) without a sellable product.  I also learned that the TED talk Mr. Rugolo gave about the iyO ONE used a mock-up that was very far from a finished product.  This fact was later confirmed by iyO.  On January 13, 2025, I received an email from iyO, stating that the ship date for the Wi-Fi version had been delayed until August 2025, with the LTE version, which I had ordered, "delayed further."  In May 2025, iyO demonstrated the iyO product for me, and it failed.  iyO has still not shipped me the iyO ONE product I pre-ordered in May 2024.

7.  At the interview, Mr. Sargent had a physical mock-up of the iyO ONE product that appeared no different than what Mr. Rugolo displayed during his TED talk or those displayed on the iyO website where I made my pre-order.  It also looked the same as the product that iyO later demonstrated for me—without an NDA.  Mr. Sargent did not share or show me any design drawings, CAD drawings, mechanical drawings, circuit schematics, or product development milestone charts.  He did not discuss scaling strategies or product development schedules.  He did not provide me with any sample, drawing, or other document or materials to take when I left the interview.  During the interview I did not ask for any

information about iyO, and I did not have the impression that Mr. Sargent shared any confidential or trade secret iyO information during the interview.  Our conversation about iyO was on the general level that I expect in job interviews.  During the interview, I was at the table with Mr. Sargent and Mr. Kessler the entire time once we sat down.  I did not have any separate communications with Mr. Sargent that Mr. Kessler was not present for.

8.   Since the interview, the only communications—written or oral—that I have had with Mr. Sargent are the four short emails, dated August 19, 2024, September 5, 2024, and September 6, 2024, reflected in Exhibit A.

9.   On June 9, 2025, iyO filed a complaint for trademark infringement, along with other claims, against OpenAI, Inc. (my current employer), and others, in the United States District Court, Northern District of California, entitled *iyO, Inc. v. io Products, et al.*, case number 3:25-cv-04861-TLT. I provided a declaration in that action in support of Defendants.

10. I have seen that Paragraph 15 of the Complaint filed by iyO in this case alleges that in my declaration in the trademark action, I "claimed that [Mr. Sargent] disclosed confidential internal information regarding iyO's product development timeline, business strategy, and pre-order status" during the job interview in May 2024.  That is false.  I did not claim that, and I have never believed that, Mr. Sargent disclosed to me confidential internal information regarding iyO's product development timeline, business strategy, or pre-order status.

11. I have seen that Paragraph 20 of the Complaint alleges that Mr. Sargent disclosed to me during the job interview "iyO's highly confidential and proprietary information about iyO's products" and also "showed [me] confidential CAD drawings of iyO's products."  I have also seen that Paragraph 45 of the Complaint alleges that Mr. Sargent disclosed to me "(1) CAD drawings; (2) unreleased design features; (3) manufacturing scaling strategies; and (4) proprietary product development schedules; (5) iyO's efforts to scale its products; and (6) the records and physical models that Sargent wrongfully retained[.]"  I do

not believe that is true.  I do not recall Mr. Sargent showing to me, or otherwise sharing any CAD drawings of iyO's products with me or any information about iyO that seemed like it was confidential.  Mr. Sargent did not tell me anything about iyO in any of my communications with him that I did not discover independently—other than his personal feelings that motivated his consideration of other job opportunities.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.  Executed this 21st day of August 2025 at San Francisco, CA.

By:
Tang Yew Tan

# TAN DECLARATION EXHIBIT A

**From:** Dan Sargent <dan.sargent13@gmail.com>
**Subject: Re: Meet up week of 6/3?**
**Date:** September 6, 2024 at 8:31:49 AM PDT
**To:** Tang Tan <tang@lovefrom.com>
**Cc:** Patch Kessler <patch@lovefrom.com>

Hi Tang,

Appreciate the update, will definitely continue to keep in touch! Best of luck in your search and feel free to reach out any time.

Thanks,
Dan

> On Sep 5, 2024, at 11:08 PM, Tang Tan <tang@lovefrom.com> wrote:
>
> Dan,
>
> Apologies for the delayed response. I must have missed your 8/19 email.
>
> We are currently prioritizing our search for specific technology roles to fill in some of our capabilities gap. (eg. sensor, display..) We will probably get to the PD roles again early next year. If you have some new opportunities that are timely, I would not let our hiring process hold you up.
>
> All the best and let's continue to keep in touch.
>
>
> Thanks,
> Tang
>
> On Sep 5, 2024, at 11:08 PM, Tang Tan <tang@lovefrom.com> wrote:
>
> Dan,
>
> Apologies for the delayed response. I must have missed your 8/19 email.
>
> We are currently prioritizing our search for specific technology roles to fill in some of our capabilities gap. (eg. sensor, display..) We will probably get to the PD roles again early next year. If you have some new opportunities that are timely, I would not let our hiring process hold you up.
>
> All the best and let's continue to keep in touch.
>
>
> Thanks,
> Tang

On Sep 5, 2024, at 1:04 PM, Dan Sargent <dan.sargent13@gmail.com> wrote:

Hi Tang,

Following up on my message from a couple of weeks ago. I have some new opportunities moving quickly, but I'd love to pursue a position with your team if my experience aligns with your needs. Happy to chat anytime!

Thanks,
Dan

> On Aug 19, 2024, at 9:32 AM, Dan Sargent <dan.sargent13@gmail.com> wrote:

Hi Tang,

I hope your summer is going well! It's been a little over a month since we last met at dinner, and I wanted to check in on how things are shaping up with the new engineering org. Do you have any updates on hiring plans? Please let me know if there's anything I can do at this time.

Things at IYO are heating up but I'm still searching for my next opportunity. Based on our last conversation, I think your team could be a great fit. I'm eager to hear more when you have the chance!

Best,
Dan

> On Jun 6, 2024, at 6:27 PM, Patch Kessler <patch@lovefrom.com> wrote:

Thanks Dan, we'll aim to arrive around 6:40. See you soon.

--
Patch Kessler
patch@lovefrom.com

Privilege Disclaimer:
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

On Thu, Jun 6, 2024 at 6:22 PM Dan Sargent <dan.sargent13@gmail.com> wrote:
Hey guys, got here a little early and they let me know it'll be at least another 20 minutes so no rush! Text or call if you need anything 978-866-6248

> On Jun 2, 2024, at 5:11 PM, Dan Sargent <dan.sargent13@gmail.com> wrote:
>
> Hi Tang,
>
> Sure, that works for me.
>
> Thanks,
> Dan

>> On Jun 2, 2024, at 3:53 PM, Tang Tan <tang@lovefrom.com> wrote:
>>
>> Dan,
>>
>> Can we shift dinner to Thursday 6/6 at 6:30pm at Cotogna?

>>> On May 31, 2024, at 5:35 PM, Dan Sargent <dan.sargent13@gmail.com> wrote:
>>>
>>> Hey Patch,
>>>
>>> No worries! I'm free evening of June 4 as well as 5 and 6 next week. Happy to be flexible as needed.
>>>
>>> Thanks,
>>> Dan

>>>> On May 31, 2024, at 5:22 PM, Patch Kessler <patch@lovefrom.com> wrote:
>>>>
>>>> Hi Dan,
>>>>
>>>> I wanted to give you a heads up that we may need to move this dinner... Can you let us know your availability the rest of next week? Are you free Tuesday June 4?
>>>>
>>>> thanks,
>>>> Patch

Docusign Envelope ID: 4E64C334-A12C-4634-9A0D-9BDE5B7CD0DE

Patch Kessler
patch@lovefrom.com

Privilege Disclaimer:
The information transmitted is intended only for the
person or entity to which it is addressed and may
contain confidential and/or privileged material. Any
review, retransmission, dissemination or other use of,
or taking of any action in reliance upon, this
information by persons or entities other than the
intended recipient is prohibited. If you received this in
error, please contact the sender and delete the
material from any computer.

On Thu, May 30, 2024 at 5:40 PM
Dan Sargent
<dan.sargent13@gmail.com>
wrote:

Hey Tang,

One of my favorites, sounds
great! Have a good rest of your
week and weekend

Dan

> On May 30, 2024, at 5:32 PM,
Tang Tan
<tang@lovefrom.com> wrote:
>
> Dan,
>
> Let's meet at Cotogna
restaurant at Jackson Square
next monday 6/3 at 7:00pm.
>
> Looking forward!
>
> Thanks
> Tang
>
>> On May 28, 2024, at
10:54 PM, Dan Sargent
<dan.sargent13@gmail.com>
wrote:
>>
>> Hey Tang,
>>
>> That sounds great, looking
forward to it
>>
>> Dan

>>>> On May 28, 2024, at
10:33 PM, Tang Tan
<tang@lovefrom.com> wrote:
>>>
>>> Dan,
>>>
>>> How about dinner next
Monday 6/3 around 7pm?
Probably somewhere around
Jackson Square in SF, and will
advice details.
>>>
>>>
>>>

Docusign Envelope ID: 4F64C334-A12C-4634-9A0D-9BDE5B7CD0DE

>>>> On May 28, 2024, at 11:51 AM, Dan Sargent <dan.sargent13@gmail.com> wrote:
>>>>
>>>> Hi Tang,
>>>>
>>>> Thanks for reaching out! I've got nothing planned for evenings next week so let me know what day/time works best for you. I live in SF but commute to Redwood City. Happy to meet anywhere in between and can flex my schedule for your timing needs.
>>>>
>>>> Looking forward to meeting!
>>>>
>>>> Thanks,
>>>> Dan
>>>>
>>>>>> On May 28, 2024, at 11:13 AM, Tang Tan <tang@lovefrom.com> wrote:
>>>>>
>>>>> Dan,
>>>>>
>>>>> Received your information from Patch. You free to meet for dinner next week? Are you based in SF or south bay? Depending on locale, we can check on dates.
>>>>>
>>>>>
>>>>> Thanks,
>>>>> Tang
>>>>> 408 425 3505
>>>
>