# EXHIBIT I



| | |
|---|---|
| Document title: | Case Information |
| Capture URL: | https://webapps.sftc.org/ci/CaseInfo.dll?CaseNum=CGC25627029&SessionID=B959 95D9B043F71E8FE5535A838EBBD5E77DC808 |
| Page loaded at (UTC): | Thu, 26 Mar 2026 18:09:31 GMT |
| Capture timestamp (UTC): | Thu, 26 Mar 2026 18:10:30 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| Capture ID: | 7jtNGzMnkrfzVYM8AHtunW |

Contact Us

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

Case Number: CGC25627029
Title: IYO INC., A DELAWARE CORPORATION VS. DAN SARGENT ET AL
Cause of Action: INTELLECTUAL PROPERTY
Generated: 2026-03-26 6:09 pm

Register of Actions    Parties    Attorneys    Calendar    Payments    Documents

**Please Note: The "View" document links on this web page are valid until 6:19:38 pm**
**After that, please refresh your web browser. (by pressing Command +R for Mac, pressing F5 for Windows or clicking the refresh button on your web browser)**

# Register of Actions

Show All entries                                                          Search: 

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2026-03-11 | CASE MANAGEMENT CONFERENCE OF APR-08-2026 CONTINUED TO OCT-07-2026 AT 10:30 AM IN DEPARTMENT 610 FOR STATUS OF APPEAL. NOTICE SENT BY COURT. | View | |
| 2026-01-08 | NOTICE OF CHANGE OF FIRM NAME (TRANSACTION ID # 78163941) FILED BY ATTORNEY WISEMAN, DYLAN W | View | |
| 2026-01-06 | NOTICE TO REPORTER TO PREPARE TRANSCRIPT [APPEAL FILED 11/17/25, A175147 DIV 1] | View | |
| 2025-12-22 | PROOF OF SERVICE (TRANSACTION ID # 78058178) FILED BY APPELLANT SARGENT, DAN , AN INDIVIDUAL | View | |
| 2025-12-09 | RESPONDENT'S NOTICE DESIGNATING RECORD ON APPEAL (8.124) (TRANSACTION ID # 77960175) FILED BY RESPONDENT IYO INC., A DELAWARE CORPORATION | View | |
| 2025-12-02 | PROOF OF SERVICE (TRANSACTION ID # 77906341) FILED BY APPELLANT SARGENT, DAN , AN INDIVIDUAL | View | |
| 2025-12-02 | FEE TO COVER TRIAL COURT COSTS ASSOCIATED WITH ADMINISTERING TRUST ACCOUNTS FOR PAYMENT OF REPORTER'S TRANSCRIPT COSTS IN CIVIL APPEALS (CRC 8.130(B)(1); GC 70632) | | $50.00 |
| 2025-12-02 | REPORTERS COSTS, TRAN # C0125C02A003, TAG # 038224 DEPOSITED BY APPELLANT SARGENT, DAN , AN INDIVIDUAL | | $325.00 |
| 2025-12-01 | PROOF OF SERVICE (TRANSACTION ID # 77894337) FILED BY APPELLANT SARGENT, DAN , AN INDIVIDUAL | View | |
| 2025-12-01 | NOTICE DESIGNATING RECORD ON APPEAL [APPEAL FILED 11/17/25](TRANSACTION ID # 77894337) FILED BY APPELLANT SARGENT, DAN , AN INDIVIDUAL | View | |
| 2025-11-24 | CASE MANAGEMENT CONFERENCE OF DEC-10-2025 CONTINUED TO APR-08-2026 AT 10:30 AM IN DEPARTMENT 610 FOR STATUS OF APPEAL. NOTICE SENT BY COURT. | View | |
| 2025-11-24 | CASE MANAGEMENT STATEMENT (TRANSACTION ID # 77852893) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION JURY DEMANDED | View | |
| 2025-11-19 | CLERK'S NOTICE OF FILING OF NOTICE OF APPEAL | View | |
| 2025-11-17 | PROOF OF SERVICE (TRANSACTION ID # 77802848) FILED BY APPELLANT SARGENT, DAN , AN INDIVIDUAL | View | |
| 2025-11-17 | NOTICE OF APPEAL (TRANSACTION ID # 77802848) FILED BY APPELLANT SARGENT, DAN , AN INDIVIDUAL | View | $100.00 |
| 2025-11-12 | ORDER DENYING SPECIAL MOTION TO STRIKE. | View | |
| 2025-11-12 | LAW AND MOTION, 301, [PREVIOUSLY TAKEN UNDER SUBMISSION ON 10/23/25] MOTION TO STRIKE COMPLAINT IS DENIED. =(301/CVA) | | |
| 2025-11-12 | CERTIFICATE OF SERVICE BY MAIL FILED | View | |
| 2025-10-23 | LAW AND MOTION, 301, MOTION TO STRIKE COMPLAINT, SUBMITTED ON OCT-23-2025 BY CHRISTINE VAN AKEN. DEFENDANT DAN SARGENT , AN INDIVIDUAL MOTION TO STRIKE COMPLAINT IS TAKEN UNDER SUBMISSION. JUDGE: CHRISTINE VAN AKEN; CLERK: W. TRUPEK; COURT REPORTER: AARON ELLINGTON, CSR#13449 510-230-7056 ELLINGTONCSR@GMAIL.COM REPORTED (301/CVA) | | |
| 2025-10-23 | MINI MINUTES FOR OCT-23-25 09:00 AM FOR DEPT 301 | | |
| 2025-10-15 | SUPPLEMENTAL REPLY IN SUPPORT OF OPPOSITION TO DEFENDANT DANIEL SARGENT?S SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CIVIL PROCEDURE CODE 425.16 (TRANSACTION ID # 77317427) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View | |
| 2025-10-15 | PROOF OF SERVICE BY ELECTRONIC MAIL OF RESPONSE (TRANSACTION ID # 77317260) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View | |
| 2025-10-15 | RESPONSE TO PLAINTIFFS SUPPLEMENTAL BRIEF IN SUPPORT OF SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. SECTION 425.16 (TRANSACTION ID # 77317260) FILED | View | |

Document title: Case Information
Capture URL: https://webapps.sftc.org/ci/CaseInfo.dll?CaseNum=CGC25627029&amp;SessionID=B95995D9B043F71E8FE5535A838EBBD5E77DC808
Capture timestamp (UTC): Thu, 26 Mar 2026 18:10:30 GMT

| | | |
|---|---|---|
| 2025-10-15 | SUPPLEMENTAL DECLARATION IN SUPPORT OF OPPOSITION TO DEFENDANT DANIEL SARGENT'S SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CIVIL PROCEDURE CODE 425.16 (TRANSACTION ID # 77317427) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View |
| 2025-10-15 | PROOF OF SERVICE BY ELECTRONIC MAIL OF RESPONSE (TRANSACTION ID # 77317260) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View |
| 2025-10-15 | RESPONSE TO PLAINTIFFS SUPPLEMENTAL BRIEF IN SUPPORT OF SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. SECTION 425.16 (TRANSACTION ID # 77317260) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View |
| 2025-10-08 | SUPPLEMENTAL OPPOSITION TO SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CCP 425.16 (TRANSACTION ID # 77270125) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View |
| 2025-10-08 | PROOF OF SERVICE OF SUPPLEMENTAL BRIEF IN SUPPORT OF SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. SECTION 425.16 (TRANSACTION ID # 77270107) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View |
| 2025-10-08 | SUPPLEMENTAL BRIEF IN SUPPORT OF SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. SECTION 425.16 (TRANSACTION ID # 77270107) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View |
| 2025-09-24 | LAW AND MOTION 301, PLAINTIFF IYO INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL (UNOPPOSED) IS GRANTED. (SEE WORD MINUTES FOR COMPLETE DETAILS) COUNSEL FOR THE PREVAILING PARTY IS REQUIRED TO PREPARE A PROPOSED ORDER WHICH REPEATS VERBATIM THE SUBSTANTIVE PORTION OF THE COURT'S RULING AND IS TO INCLUDE THE DATE OF FILING OF THE DOCUMENT TO SEALED, COMPLETE TRANSACTION NUMBER AND FULL TITLE OF THE DOCUMENT TO BE SEALED. JUDGE: CHRISTINE VAN AKEN; CLERK: W. TRUPEK; NOT REPORTED (301/CVA) | |
| 2025-09-24 | LAW AND MOTION 301, DEFENDANT DAN SARGENT MAKES A SPECIAL MOTION TO STRIKE PLAINTIFF IYO INC.'S COMPLAINT AS A SLAPP PURSUANT TO CODE OF CIVIL PROCEDURE, SECTION 425.16. FOR THE REASONS STATED, THE COURT ORDERS FURTHER BRIEFING AND CONTINUES THE MATTER FOR HEARING TO OCTOBER 23, 2025. (SEE WORD MINUTES FOR COMPLETE RULING) JUDGE: CHRISTINE VAN AKEN; CLERK: W. TRUPEK; NOT REPORTED (301/CVA) | |
| 2025-09-24 | MINI MINUTES FOR SEP-24-25 09:00 AM FOR DEPT 301 | |
| 2025-09-24 | MINI MINUTES FOR SEP-24-25 09:00 AM FOR DEPT 301 | |
| 2025-09-17 | PROOF OF SERVICE BY ELECTRONIC MAIL OF MOTION; DECLARATION (TRANSACTION ID # 77103311) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View |
| 2025-09-17 | DECLARATION OF STEVEN S. KAUFHOLD IN SUPPORT OF DEFENDANTS REPLY TO SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. SECTION 425.16 (TRANSACTION ID # 77103311) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View |
| 2025-09-17 | REPLY IN SUPPORT OF SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. SECTION 425.16 (TRANSACTION ID # 77103311) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View |
| 2025-09-11 | PROOF OF SERVICE OF DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF IYO INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL (TRANSACTION ID # 77061611) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View |
| 2025-09-11 | DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF IYO INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL (TRANSACTION ID # 77061611) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View |
| 2025-09-11 | PROOF OF SERVICE OFOPPOSITION TO DEFENDANT DANIEL SARGENT'S SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CIVIL PROCEDURE CODE 425.16; AND DECLARATIONS (TRANSACTION ID # 77061529) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View |
| 2025-09-11 | DECLARATION OF NEIL TREAT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT DANIEL SARGENT'S SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CIVIL PROCEDURE CODE 425.16 (TRANSACTION ID # 77061529) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View |
| 2025-09-11 | DECLARATION OF DYLAN W. WISEMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT DANIEL SARGENT'S SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CIVIL PROCEDURE CODE 425.16 (TRANSACTION ID # 77061529) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View |
| 2025-09-11 | OPPOSITION TO DEFENDANT DANIEL SARGENT'S SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CIVIL PROCEDURE CODE 425.16 (TRANSACTION ID # 77061529) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View |
| 2025-09-05 | PROOF OF SERVICE BY ELECTRONIC MAIL OF DECLARATION (REDACTED AND UNREDACTED) (TRANSACTION ID # 77012729) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View |
| 2025-09-05 | DECLARATION OF STEVEN S. KAUFHOLD IN SUPPORT OF DEFENDANTS NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. SECTION 425.16 ***UN-REDACTED*** (TRANSACTION ID # 77012729) (CONDITIONALLY SEALED) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View |
| 2025-09-05 | DECLARATION OF STEVEN S. KAUFHOLD IN SUPPORT OF DEFENDANTS NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. SECTION 425.16 ***REDACTED*** (TRANSACTION ID # 77012729) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View |
| 2025-08-29 | PROOF OF SERVICE BY ELECTRONIC MAIL (TRANSACTION ID # 76972307) FILED BY PLAINTIFF IYO INC., A | View |

| Date | Description | View | Fee |
|---|---|---|---|
| 2025-09-05 | DECLARATION OF STEVEN S. KAUFHOLD IN SUPPORT OF DEFENDANTS NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. SECTION 425.16 ***REDACTED*** (TRANSACTION ID # 77012729) (CONDITIONALLY SEALED) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | | |
| 2025-09-05 | DECLARATION OF STEVEN S. KAUFHOLD IN SUPPORT OF DEFENDANTS NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. SECTION 425.16 ***REDACTED*** (TRANSACTION ID # 77012729) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View | |
| 2025-08-29 | PROOF OF SERVICE BY ELECTRONIC MAIL (TRANSACTION ID # 76972307) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View | |
| 2025-08-29 | APPLICATION TO FILE DOCUMENTS UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF DYLAN W. WISEMAN (TRANSACTION ID # 76972307) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION HEARING SET FOR SEP-24-2025 AT 09:00 AM IN DEPT 301 | View | $60.00 |
| 2025-08-22 | PROOF OF SERVICE BY ELECTRONIC MAIL (TRANSACTION ID # 76922109) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View | |
| 2025-08-22 | MOTION TO STRIKE THE COMPLAINT **UNREDACTED** (TRANSACTION ID # 76922109) (CONDITIONALLY SEALED) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | | |
| 2025-08-22 | COVER SHEET RE: LODGING OF DOCUMENTS CONDITIONALLY UNDER SEAL - CAL.RULE OF COURT 2.551 (TRANSACTION ID # 76922109) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View | |
| 2025-08-22 | DECLARATION OF PATRICK KESSLER IN SUPPORT OF NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. SECTION 425.16 (TRANSACTION ID # 76922109) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View | |
| 2025-08-22 | DECLARATION OF TANG YEW TAN IN SUPPORT OF NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. SECTION 425.16 (TRANSACTION ID # 76922109) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View | |
| 2025-08-22 | DECLARATION OF DAN SARGENT IN SUPPORT OF NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. SECTION 425.16 (TRANSACTION ID # 76922109) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View | |
| 2025-08-22 | DECLARATION OF STEVEN S. KAUFHOLD IN SUPPORT OF NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. SECTION 425.16 (TRANSACTION ID # 76922109) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View | |
| 2025-08-22 | MOTION TO STRIKE COMPLAINT **REDACTED** (TRANSACTION ID # 76922109) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL HEARING SET FOR SEP-24-2025 AT 09:00 AM IN DEPT 301 | View | $60.00 |
| 2025-08-08 | PROOF OF SERVICE BY ELECTRONIC MAIL (TRANSACTION ID # 76834607) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View | |
| 2025-08-08 | STIPULATION (JOINT) TO EXTEND DEFENDANT'S TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 15 DAYS (CRC 3.110(D)) (TRANSACTION ID # 76834607) FILED BY SARGENT, DAN , AN INDIVIDUAL IYO INC., A DELAWARE CORPORATION | View | |
| 2025-07-17 | PROOF OF SERVICE (TRANSACTION ID # 76673243) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View | |
| 2025-07-17 | FEE PAID FOR REQUEST TO WITHDRAW OSC RE: PRELIMINARY INJUNCTION; AND [PROPOSED] ORDER (TRANSACTION ID # 76673243) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | | $20.00 |
| 2025-07-15 | PROOF OF SERVICE (TRANSACTION ID # 76653849) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View | |
| 2025-07-15 | FEE PAID ONLY - STIPULATED PROTECTIVE ORDER - CONFIDENTIAL AND HIGHLY CONFIDENTIAL DESIGNATIONS; [PROPOSED] ORDER (TRANSACTION ID # 76653849) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | | $20.00 |
| 2025-07-14 | PROOF OF SERVICE (TRANSACTION ID # 76640490) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View | |
| 2025-07-11 | REMARK: HEARING OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND FOR PROTECTIVE ORDER HELD ON JUL-11-2025, IN DEPT. 301. THE COURT DENIES THE EX PARTE APPLICATION WITHOUT PREJUDICE. THE COURT SETS THE FOLLOWING BRIEFING SCHEDULE AS FOLLOWS: INITIAL BRIEF SHALL BE FILED BY JUL-18-2025; AND RESPONSE SHALL BE FILED BY AUG-15-2025. JUDGE: CHRISTINE VAN AKEN; CLERK: FELICIA GREEN; NOT REPORTED; DEPT. 301. | | |
| 2025-07-11 | PROOF OF SERVICE BY ELECTRONIC MAIL (TRANSACTION ID # 76627072) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View | |
| 2025-07-11 | DECLARATION OF DAN SARGENT IN OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND FOR PROTECTIVE ORDER (TRANSACTION ID # 76627072) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View | |
| 2025-07-11 | MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND FOR PROTECTIVE ORDER (TRANSACTION ID # 76627072) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View | $435.00 |
| 2025-07-10 | PROOF OF SERVICE BY ELECTRONIC MAIL (TRANSACTION ID # 76626382) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View | |

Document title: Case Information
Capture URL: https://webapps.sftc.org/ci/CaseInfo.dll?CaseNum=CGC25627029&amp;SessionID=B95995D9B043F71E8FE5535A838EBBD5E77DC808
Capture timestamp (UTC): Thu, 26 Mar 2026 18:10:30 GMT

FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL

| Date | Description | View | Amount |
|---|---|---|---|
| 2025-08-22 | DECLARATION OF DAN SARGENT IN SUPPORT OF DEFENDANT'S SPECIAL MOTION TO STRIKE THE COMPLAINT PURSUANT TO CAL. CODE CIV. PROC. SECTION 425.16 (TRANSACTION ID # 76922109) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View | |
| 2025-08-22 | MOTION TO STRIKE COMPLAINT **REDACTED** (TRANSACTION ID # 76922109) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL HEARING SET FOR SEP-24-2025 AT 09:00 AM IN DEPT 301 | View | $60.00 |
| 2025-08-08 | PROOF OF SERVICE BY ELECTRONIC MAIL (TRANSACTION ID # 76834607) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View | |
| 2025-08-08 | STIPULATION (JOINT) TO EXTEND DEFENDANT'S TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 15 DAYS (CRC 3.110(D)) (TRANSACTION ID # 76834607) FILED BY SARGENT, DAN , AN INDIVIDUAL IYO INC., A DELAWARE CORPORATION | View | |
| 2025-07-17 | PROOF OF SERVICE (TRANSACTION ID # 76673243) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View | |
| 2025-07-17 | FEE PAID FOR REQUEST TO WITHDRAW OSC RE: PRELIMINARY INJUNCTION; AND [PROPOSED] ORDER (TRANSACTION ID # 76673243) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | | $20.00 |
| 2025-07-15 | PROOF OF SERVICE (TRANSACTION ID # 76653849) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View | |
| 2025-07-15 | FEE PAID ONLY - STIPULATED PROTECTIVE ORDER - CONFIDENTIAL AND HIGHLY CONFIDENTIAL DESIGNATIONS; [PROPOSED] ORDER (TRANSACTION ID # 76653849) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | | $20.00 |
| 2025-07-14 | PROOF OF SERVICE (TRANSACTION ID # 76640490) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View | |
| 2025-07-11 | REMARK: HEARING OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND FOR PROTECTIVE ORDER HELD ON JUL-11-2025, IN DEPT. 301. THE COURT DENIES THE EX PARTE APPLICATION WITHOUT PREJUDICE. THE COURT SETS THE FOLLOWING BRIEFING SCHEDULE AS FOLLOWS: INITIAL BRIEF SHALL BE FILED BY JUL-18-2025; AND RESPONSE SHALL BE FILED BY AUG-15-2025. JUDGE: CHRISTINE VAN AKEN; CLERK: FELICIA GREEN; NOT REPORTED; DEPT. 301. | | |
| 2025-07-11 | PROOF OF SERVICE BY ELECTRONIC MAIL (TRANSACTION ID # 76627072) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View | |
| 2025-07-11 | DECLARATION OF DAN SARGENT IN OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND FOR PROTECTIVE ORDER (TRANSACTION ID # 76627072) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View | |
| 2025-07-11 | MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND FOR PROTECTIVE ORDER (TRANSACTION ID # 76627072) FILED BY DEFENDANT SARGENT, DAN , AN INDIVIDUAL | View | $435.00 |
| 2025-07-10 | PROOF OF SERVICE BY ELECTRONIC MAIL (TRANSACTION ID # 76626382) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View | |
| 2025-07-10 | DECLARATION OF JEFF HYMAN IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND FOR PROTECTIVE ORDER (TRANSACTION ID # 76626382) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View | |
| 2025-07-10 | DECLARATION OF NEIL TREAT IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND FOR PROTECTIVE ORDER (TRANSACTION ID # 76626382) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View | |
| 2025-07-10 | DECLARATION OF DYLAN W. WISEMAN IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND FOR PROTECTIVE ORDER (TRANSACTION ID # 76626382) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View | |
| 2025-07-10 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND FOR PROTECTIVE ORDER (TRANSACTION ID # 76626382) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View | |
| 2025-07-10 | EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND FOR PROTECTIVE ORDER (TRANSACTION ID # 76626382) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View | $60.00 |
| 2025-07-09 | SUMMONS ISSUED (TRANSACTION ID # 76612489) TO PLAINTIFF IYO INC., A DELAWARE CORPORATION | View | |
| 2025-07-09 | NOTICE TO PLAINTIFF | View | |
| 2025-07-09 | CIVIL CASE COVERSHEET FILED (TRANSACTION ID # 76612489) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION | View | |
| 2025-07-09 | INTELLECTUAL PROPERTY, COMPLAINT (TRANSACTION ID # 76612489) FILED BY PLAINTIFF IYO INC., A DELAWARE CORPORATION AS TO DEFENDANT SARGENT, DAN , AN INDIVIDUAL DOES 1 THROUGH 10 NO SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET NOT FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR DEC-10-2025 PROOF OF SERVICE DUE ON SEP-08-2025 CASE MANAGEMENT STATEMENT DUE ON NOV-17-2025 | View | $435.00 |

Showing 1 to 73 of 73 entries

Previous | 1 | Next

Document title: Case Information
Capture URL: https://webapps.sftc.org/ci/CaseInfo.dll?CaseNum=CGC25627029&amp;SessionID=B95995D9B043F71E8FE5535A838EBBD5E77DC808
Capture timestamp (UTC): Thu, 26 Mar 2026 18:10:30 GMT