QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Sara L. Pollock (SBN 281076)
sarapollock@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

*Attorneys for Defendants io Products, Inc., OpenAI,*
*Inc., OpenAI, LLC, and Sam Altman*

JONES DAY
David Kiernan (Bar No. 215335)
dkiernan@jonesday.com
555 California Street 26th Floor
San Francisco, California 94104
Telephone:     (415) 875-5745

Meredith Wilkes (*pro hac vice*)
mwilkes@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone      (216) 586-7231

*Attorneys for Defendant Sir Jonathan Paul Ive*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IYO, INC. | Case No. 3:25-cv-4861-TLT |
| Plaintiff, | **NOTICE OF MANUAL FILING** |
| v. | **EXHIBIT J TO THE DECLARATION OF MARGRET M. CARUSO IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE THE AMENDED COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1) AND FED. R. CIV. P. 12(b)(6)** |
| IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE, | |
| Defendants. | |

Case No. 3:25-cv-4861-TLT

NOTICE OF MANUAL FILING

## <u>MANUAL FILING NOTIFICATION</u>

**EXHIBIT J  TO THE DECLARATION OF MARGRET M. CARUSO IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE THE AMENDED COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1) AND FED. R. CIV. P. 12(b)(6)**

This filing is maintained in an electronic format that is not compatible with the Northern District of California's Electronic Case Filing ("ECF") system; accordingly, the filing is being submitted pursuant to Civil Local Rule 5-1(g)(4), via the Northern District's provided form to upload exhibits not uploadable to CM/ECF (at https://cand.app.box.com/f/12aea34b708b4e63a1ceada8a6731839).

If you are a participant in this case, a copy will be served on you shortly. For information on retrieving this filing directly from the court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reasons:

**Exhibit J** to the Declaration of Margret M. Caruso in Support of Defendants' Motion to Strike the Amended Complaint, or in the Alternative, Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(B)(6), is a video stored in an electronic format that is not compatible with the Northern District of California's ECF system.

DATED: March 27, 2026                    QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP


                                         By _____ */s/ Margret M. Caruso* _____
                                              Margret M. Caruso
                                              Attorneys for OpenAI, Inc.