# EXHIBIT K



Screenshot from https://www.iyo.ai/iyo-one, taken March 27, 2026.



Screenshot from https://www.iyo.ai/iyo-one, taken March 27, 2026.



Screenshot from https://www.iyo.ai/iyo-one, taken March 27, 2026.



Screenshot from https://www.iyo.ai/iyo-one, taken March 27, 2026.



Screenshot from https://www.iyo.ai/iyo-one, taken March 27, 2026.



Screenshot from https://www.iyo.ai/products/iyo-one, taken March 27, 2026.