MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Andrew D. Skale (211096)
ADSkale@mintz.com
Micha Danzig (177923)
MDanzig@mintz.com
Laura Franco (186765)
LFranco@mintz.com
Anthony J. Viola (*pro hac vice*)
AJViola@mintz.com
Kara M. Cormier (*pro hac vice*)
KMCormier@mintz.com
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: 415.432.6000

*Attorneys for Plaintiff IYO INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IYO, INC.<br><br>                      Plaintiff,<br><br>       v.<br><br>IO PRODUCTS, INC., OPENAI, INC.,<br>OPENAI, LLC, OPENAI OPCO, LLC, SAM<br>ALTMAN, SIR JONATHAN PAUL IVE, and<br>TANG YEW TAN,<br><br>                      Defendants. | Case No. 3:25-cv-4861<br><br>**NOTICE OF FILING REDLINED**<br>**FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:   June 9, 2025<br>Judge:  Hon. Trina L. Thompson |

NOTICE OF FILING REDLINED FIRST AMENDED COMPLAINT

Pursuant to Judge Trina L. Thompson's Civil Standing Order, Plaintiff hereby files as Exhibit A, a redlined version of the First Amended Complaint showing the changes made to the previously filed complaint (filed June 9, 2025).

Dated:  March 31, 2026

Respectfully submitted,

MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.

By: */s/ Andrew D. Skale*_____
Andrew D. Skale (211096)
Micha Danzig (177923)
Laura Franco (186765)
Anthony J. Viola (*pro hac vice*)
Kara M. Cormier (*pro hac vice*)

*Attorneys for Plaintiff IYO Inc.*

MINTZ, LEVIN, COHN,
FERRIS, GLOVSKY AND
POPEO, P.C.
ATTORNEYS AT LAW

- 2 -
NOTICE OF FILING REDLINED FIRST AMENDED COMPLAINT