UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IYO, INC., | Case No.  25-cv-04861-TLT |
| Plaintiff, | **QUESTIONS FOR THE HEARING** |
| v. | |
| IO PRODUCTS, INC., et al., | ECF #:  110, 111, 121, 122, 123, 126 |
| Defendants. | |

Please provide responses to the following questions before the hearing, no later than Monday, April 13, 2026.  Additional questions will be posed at the hearing.

**[TO PLAINTIFF]**

1. Please briefly state whether there are any products currently subject to infringement in the marketplace.

    a.  In other words, are there any related cases in state court, PTAB, the Federal Circuit, and/or federal court?

    b.  Are there any pending or impending infringement matters involving the IYO and/or IO related products?

**[TO DEFENDANTS]**

2. The Court recognizes the Defendants' cessation of use of the mark raised in the Opposition. ECF 121.

    a.   Arguably, if the Court grants this motion, explain the necessary harm Defendants would suffer.

**[TO DEFENDANTS]**

3. The Court reviewed the response to the discovery request and based on the objection, the Court views that there is a reasonable argument and possibility that Defendant is going to use the mark. ECF 126 at 8; Exhibits F–M.

   a. If the Court's view is improper, explain why.

IT IS SO ORDERED.

Dated: April 3, 2026

_____
TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California

2