QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Sara L. Pollock (SBN 281076)
sarapollock@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

*Attorneys for Defendants io Products, Inc., OpenAI,
Inc., OpenAI, LLC, and Sam Altman*

JONES DAY
David Kiernan (Bar No. 215335)
dkiernan@jonesday.com
555 California Street 26th Floor
San Francisco, California 94104
Telephone:     (415) 875-5745

Meredith Wilkes (*pro hac vice*)
mwilkes@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone     (216) 586-7231

*Attorneys for Defendant Sir Jonathan Paul Ive*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IYO, INC. | Case No. 3:25-cv-4861-TLT |
| Plaintiff, | **DECLARATION OF ANDREW M. MATHER IN SUPPORT OF DEFENDANTS' RESPONSE TO IYO'S OBJECTIONS TO THE DECLARATION OF SARA L. POLLOCK** |
| v. | |
| IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE, | |
| Defendants. | |

I, Andrew M. Mather, declare as follows:

1.     I am an attorney licensed to practice in the State of California and am an associate of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, and Sam Altman.  I make this declaration in support of Defendants' Response to iyO's Objections to the Declaration of Sara L. Pollock (ECF 135).  I have personal knowledge of the matters set forth in this declaration, and if called as a witness, I would testify competently to them.

2.     Attached as **Exhibit 1** is a true and correct copy of Plaintiff's Objections and Responses to Defendant OpenAI, Inc.'s First Set of Requests for Production, dated February 6, 2026, with the relevant portions highlighted.  This document was previously filed at ECF 123-8, but is attached again for the Court's convenience in ruling on the objections.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of April, 2026 in San Mateo, California.

By     /s/ Andrew M. Mather
Andrew M. Mather

DECLARATION OF ANDREW M. MATHER IN SUPPORT OF DEFENDANTS' RESPONSE TO OBJECTIONS