# EXHIBIT 1

**Generated on:** This page was generated by TSDR on 2026-04-06 17:49:47 EDT

**Mark:** IO



**US Serial Number:** 98975630

**Application Filing Date:** Nov. 17, 2023

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date.

**Status Date:** Sep. 30, 2025

**Publication Date:** Jun. 03, 2025 **Notice of Allowance Date:** Sep. 30, 2025

# Mark Information

**Mark Literal Elements:** IO

**Standard Character Claim:** No

**Mark Drawing Type:** 5 - AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM

**Description of Mark:** The mark consists of the stylized letters IO.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

# Related Properties Information

**Child Of:** 98275753

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Multifunctional electronic wellness devices, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, and general electronic wellness devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**For:** Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods

| | | | |
|---|---|---|---|
| **International Class(es):** | 014 - Primary Class | **U.S Class(es):** | 002, 027, 028, 050 |
| **Class Status:** | ACTIVE | | |

**For:** Musical instruments; replacement parts and fittings for all the aforesaid goods

| | | | |
|---|---|---|---|
| **International Class(es):** | 015 - Primary Class | **U.S Class(es):** | 002, 021, 036 |
| **Class Status:** | ACTIVE | | |

**For:** Paper and cardboard; printed matter and books, namely, a series of printed books, printed articles, printed handouts and printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; Framed photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials, namely, Moulds for modelling clays; paint brushes; typewriters and office requisites, namely, staplers; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; plastic film materials for packaging; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed greeting cards; Printed advertising and promotional material, namely posters; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed fiction and non-fiction books on a variety of topics; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; printed periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, namely, lesson books; printed educational materials in the field of tablet computers; Printed catalogues relating to computer software; Printed computer brochures; Printed computer handbooks; Printed computer hardware reference manuals; Printed computer hardware users guides; Printed computer instruction manuals; Printed computer manuals; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; Printed catalogues relating to musical apparatus and instruments; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; Printed music books; Printed music instruction manuals; Printed music magazines; Printed telephone and address books; Printed blank agendas; Printed diaries; Printed calendars; Printed posters; Printed mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; decalcomanias; Paper gift cards; paper gift vouchers; paper labels; Printed maps; printed dictionaries; personal organizers; postage stamps; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; tissues of paper; towels of paper; printed vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; Printed computer hardware users guide; Printed computer manuals

| | | | |
|---|---|---|---|
| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** | 002, 005, 022, 023, 029, 037, 038, 050 |
| **Class Status:** | ACTIVE | | |

**For:** Games and playthings, namely, boardgames; Arcade-type electronic video games; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; video game consoles; protective films adapted for screens for portable games; controllers for game consoles; toy rocking horses; electronic arcade pinball machines; toy pinball game machines; musical toys; toy radios; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; toy computers, non-operational; toy mobile telephones non-operational; dolls; toy and novelty face masks; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; toy drones; Controllers for toy cars and toy planes: board games; card games; playing cards; portable games with liquid crystal displays

| | | | |
|---|---|---|---|
| **International Class(es):** | 028 - Primary Class | **U.S Class(es):** | 022, 023, 038, 050 |
| **Class Status:** | ACTIVE | | |

**For:** Legal services; Surveillance services relating to the security of tangible property; Online social networking services provided via downloadable mobile applications and a website; Dating services; online social networking services

| | | | |
|---|---|---|---|
| **International Class(es):** | 045 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |

**Filed No Basis:** No                                                          **Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Weynorth Limited

**Owner Address:** 62 The Street
Ashtead, Surrey UNITED KINGDOM KT211AT

**Legal Entity Type:** limited company (ltd.)                 **State or Country**   UNITED KINGDOM
**Where Organized:**

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** J. Scott Gerien                          **Docket Number:** AAA075-001

**Attorney Primary**   tmdept@dpf-law.com                **Attorney Email**   Yes
**Email Address:**                                                      **Authorized:**

### Correspondent

**Correspondent**   J. Scott Gerien
**Name/Address:** DICKENSON, PEATMAN & FOGARTY
1500 FIRST STREET, STE 200
NAPA, CALIFORNIA United States 94559

**Phone:** 707-261-7000

**Correspondent e-**   tmdept@dpf-law.com                 **Correspondent e-**  Yes
**mail:**                                                             **mail Authorized:**

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 25, 2026 | SOU TEAS EXTENSION RECEIVED | |
| Sep. 30, 2025 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jun. 03, 2025 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 03, 2025 | PUBLISHED FOR OPPOSITION | |
| May 28, 2025 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 30, 2025 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 15, 2025 | EXAMINER'S AMENDMENT ENTERED | |
| Apr. 15, 2025 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Apr. 15, 2025 | EXAMINERS AMENDMENT E-MAILED | |
| Apr. 15, 2025 | EXAMINERS AMENDMENT -WRITTEN | |
| Mar. 03, 2025 | DIVISIONAL PROCESSING COMPLETE | |
| Sep. 06, 2024 | DIVISIONAL REQUEST RECEIVED | |
| Feb. 27, 2025 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 71906 |
| Oct. 08, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Oct. 07, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Oct. 07, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 02, 2024 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED | |
| Oct. 02, 2024 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED | |
| Sep. 06, 2024 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Jul. 02, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jul. 02, 2024 | NON-FINAL ACTION E-MAILED | |
| Jul. 02, 2024 | NON-FINAL ACTION WRITTEN | |
| Jun. 23, 2024 | ASSIGNED TO EXAMINER | 76419 |
| Apr. 17, 2024 | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED | |
| Apr. 17, 2024 | ASSIGNED TO LIE | |
| Nov. 27, 2023 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Dec. 30, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Nov. 21, 2023 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

| TM Staff Information | |
|---|---|
| **TM Attorney:** FRENCH, CURTIS W | **Law Office Assigned:** LAW OFFICE 115 |

| File Location | |
|---|---|
| **Current Location:** INTENT TO USE SECTION | **Date in Location:** Sep. 30, 2025 |

PTO- 1581
Approved for use through 04/30/2027. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Request for Extension of Time to File a Statement of Use
## (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98975630 |
| **MARK SECTION** | |
| **MARK** | https://tmng-al.uspto.gov/resting2/api/img/98975630/large (stylized and/or with design) |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **OWNER SECTION** | |
| **NAME** | Weynorth Limited |
| **MAILING ADDRESS** | 62 The Street |
| **CITY** | Ashtead, Surrey |
| **ZIP/POSTAL CODE** | KT211AT |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United Kingdom |
| **EMAIL** | XXXX |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | J. Scott Gerien |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | tmdept@dpf-law.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **DOCKET/REFERENCE NUMBER** | AAA075-001 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 009 |
| **CURRENT IDENTIFICATION** | Multifunctional electronic wellness devices, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, and general electronic wellness devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **INTERNATIONAL CLASS** | 014 |
| **CURRENT IDENTIFICATION** | Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of |

| | |
|---|---|
| | watches; watch chains; replacement parts and fittings for all the aforesaid goods |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **INTERNATIONAL CLASS** | 015 |
| **CURRENT IDENTIFICATION** | Musical instruments; replacement parts and fittings for all the aforesaid goods |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **INTERNATIONAL CLASS** | 016 |
| **CURRENT IDENTIFICATION** | Paper and cardboard; printed matter and books, namely, a series of printed books, printed articles, printed handouts and printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; Framed photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials, namely, Moulds for modelling clays; paint brushes; typewriters and office requisites, namely, staplers; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; plastic film materials for packaging; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed greeting cards; Printed advertising and promotional material, namely, posters; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed fiction and non-fiction books on a variety of topics; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; printed periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, namely, lesson books; printed educational materials in the field of tablet computers; Printed catalogues relating to computer software; Printed computer brochures; Printed computer handbooks; Printed computer hardware reference manuals; Printed computer hardware users guides; Printed computer instruction manuals; Printed computer manuals; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; Printed catalogues relating to musical apparatus and instruments; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; Printed music books; Printed music instruction manuals; Printed music magazines; Printed telephone and address books; Printed blank agendas; Printed diaries; Printed calendars; Printed posters; Printed mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; decalcomanias; Paper gift cards; paper gift vouchers; paper labels; Printed maps; printed dictionaries; personal organizers; postage stamps; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; tissues of paper; towels of paper; printed vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; Printed computer hardware users guide; Printed computer manuals |
| **GOODS OR SERVICES** | KEEP ALL LISTED |

| | |
|---|---|
| **INTERNATIONAL CLASS** | 028 |
| **CURRENT IDENTIFICATION** | Games and playthings, namely, boardgames; Arcade-type electronic video games; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; video game consoles; protective films adapted for screens for portable games; controllers for game consoles; toy rocking horses; electronic arcade pinball machines; toy pinball game machines; musical toys; toy radios; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; toy computers, non-operational; toy mobile telephones non-operational; dolls; toy and novelty face masks; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; toy drones; Controllers for toy cars and toy planes: board games; card games; playing cards; portable games with liquid crystal displays |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **INTERNATIONAL CLASS** | 045 |
| **CURRENT IDENTIFICATION** | Legal services; Surveillance services relating to the security of tangible property; Online social networking services provided via downloadable mobile applications and a website; Dating services; online social networking services |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **EXTENSION SECTION** | |
| **EXTENSION NUMBER** | 1 |
| **ALLOWANCE MAIL DATE** | 09/30/2025 |
| **STATEMENT OF USE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 6 |
| **SUBTOTAL AMOUNT [EXTENSION FEE]** | 750 |
| **TOTAL AMOUNT** | 750 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /J. Scott Gerien/ |
| **SIGNATORY'S NAME** | J. Scott Gerien |
| **SIGNATORY'S POSITION** | Attorney of record, California bar member |
| **DATE SIGNED** | 03/25/2026 |
| **SIGNATORY'S PHONE NUMBER** | 000-000-0000 |
| **SIGNATURE METHOD** | Sent to third party for signature |
| **FILING INFORMATION** | |

| SUBMIT DATE | Wed Mar 25 15:30:18 ET 2026 |
|---|---|
| TEAS STAMP | USPTO/ESU-XXXX:XXX:XXX:XX XX:XXXX:XXXX:XXXX:XXX-202 60325153018895381-9897563 0-9106f1c1d71c849e4f1f278 4b0301b392d17a39ac58448de 8f9256ed13e5ff-DA-3018606 8-20260325143535917095 |

PTO- 1581
Approved for use through 04/30/2027. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## SOU Extension Request
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

**MARK:** IO (stylized and/or with design, see https://tmng-al.uspto.gov/resting2/api/img/98975630/large)
**SERIAL NUMBER:** 98975630

**OWNER AND/OR ENTITY INFORMATION**
**The owner proposes to amend the following:**
Weynorth Limited, having an address of
   62 The Street
   Ashtead, Surrey, KT211AT
   United Kingdom
   Email: XXXX

The owner requests a six-month extension of time to file the Statement of Use under 37 C.F.R. Section 2.89 in this application.    The Notice of Allowance mailing date was 09/30/2025.

For International Class 009:
Current identification: Multifunctional electronic wellness devices, namely, health, fitness, exercise, and wellness sensors, monitors and displays for measuring, displaying, tracking, monitoring, storing, and transmitting biometric data, heart rate, body movement, and calories burned, and general electronic wellness devices to measure, display, track, monitor, store, and transmit biometric data, heart rate, body movement, and calories burned

For a trademark/service mark: The applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection with all of the goods/services listed in the Notice of Allowance or as subsequently modified for this specific class; for a collective/certification mark: the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in connection with the goods/services/collective membership organization listed in the Notice of Allowance, or as subsequently modified for this specific class.

For International Class 014:
Current identification: Precious metals and their alloys; jewellery; horological and chronometric instruments; watches; wrist watches; clocks; movements for clocks and watches; cases for clock and watchmaking; cases adapted for holding watches; straps for wrist watches; watch bands; cases being parts of watches; watch chains; replacement parts and fittings for all the aforesaid goods

For a trademark/service mark: The applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection with all of the goods/services listed in the Notice of Allowance or as subsequently modified for this specific class; for a collective/certification mark: the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in connection with the goods/services/collective membership organization listed in the Notice of Allowance, or as subsequently modified for this specific class.

For International Class 015:
Current identification: Musical instruments; replacement parts and fittings for all the aforesaid goods

For a trademark/service mark: The applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection with all of the goods/services listed in the Notice of Allowance or as subsequently modified for this specific class; for a collective/certification mark: the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in connection with the goods/services/collective membership organization listed in the Notice of Allowance, or as subsequently modified for this specific class.

For International Class 016:
Current identification: Paper and cardboard; printed matter and books, namely, a series of printed books, printed articles, printed handouts and

printed worksheets in the fields of science, technology, artificial intelligence, history, news and entertainment; Bookbinding materials for creating hardcover books, namely, book covers, crack-and-peel binding paper, reinforcement strips, peel-and-stick labels, stapler and staples; Framed photographs; stationery; stickers and adhesives for stationery or household purposes; artists' materials, namely, Moulds for modelling clays; paint brushes; typewriters and office requisites, namely, staplers; Printed instructional and teaching materials in the fields of science, technology, artificial intelligence, history, news and entertainment; plastic film materials for packaging; printed publications in the nature of books, magazines, newsletters, periodicals, brochures, booklets, pamphlets, manuals, journals, leaflets in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed greeting cards; Printed advertising and promotional material, namely posters; Printed catalogues in the fields of science, technology, artificial intelligence, history, news and entertainment; Printed fiction and non-fiction books on a variety of topics; printed comic books and graphic novels in the fields of science, technology, artificial intelligence, history, news and entertainment; printed periodicals in the field of comic book stories, storyboards, and artwork; printed matter in the field of computers, namely, lesson books; printed educational materials in the field of tablet computers; Printed catalogues relating to computer software; Printed computer brochures; Printed computer handbooks; Printed computer hardware reference manuals; Printed computer hardware users guides; Printed computer instruction manuals; Printed computer manuals; Printed publications in the nature of magazines relating to technology, digital technology and gadgets; Printed user manuals in electronically readable, machine readable or computer readable form for use with, and sold as a unit with, portable and handheld electronic devices and computers; Printed catalogues relating to musical apparatus and instruments; Printed catalogues relating to telecommunications apparatus, mobile phones, handheld and mobile digital electronic devices for the sending and receiving of telephone calls, faxes, electronic mail, video, instant messaging, music, audiovisual and other multimedia works, and other digital data; Printed music books; Printed music instruction manuals; Printed music magazines; Printed telephone and address books; Printed blank agendas; Printed diaries; Printed calendars; Printed posters; Printed mounted and unmounted photographs; printed patterns for T-shirts and sweatshirts; printed sewing patterns; decals and bumper stickers; Printed booklets for sale with audio tapes in the fields of science, technology, artificial intelligence, history, news and entertainment; decalcomanias; Paper gift cards; paper gift vouchers; paper labels; Printed maps; printed dictionaries; personal organizers; postage stamps; printed postcards; bags for microwave cooking of paper; Absorbent sheets of paper or plastic for foodstuff packaging; tissues of paper; towels of paper; printed vouchers; gift boxes; gift bags; photographic printing paper; table cloths of paper; table mats of paper; table runners of paper; Printed computer hardware users guide; Printed computer manuals

For a trademark/service mark: The applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection with all of the goods/services listed in the Notice of Allowance or as subsequently modified for this specific class; for a collective/certification mark: the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in connection with the goods/services/collective membership organization listed in the Notice of Allowance, or as subsequently modified for this specific class.

For International Class 028:
Current identification: Games and playthings, namely, boardgames; Arcade-type electronic video games; decorations for Christmas trees; electronic hand-held game units; electric computer games, other than those adapted for use with television receivers; Coin-operated video games; video games other than those adapted for use with television receivers only; computer game apparatus other than coin operated or those adapted for use with television receivers; toy robots; standalone video game machines incorporating a means of display; video game consoles; protective films adapted for screens for portable games; controllers for game consoles; toy rocking horses; electronic arcade pinball machines; toy pinball game machines; musical toys; toy radios; toy musical boxes; toy musical instruments; toy record players for playing tunes and cassettes; battery operated action toys; electronic action toys; electronically operated action toys; toy computers, non-operational; toy mobile telephones non-operational; dolls; toy and novelty face masks; snow globes; toy action figures and accessories to the action figures; dolls' clothing and toy doll accessories not included in other classes, all for use with dolls; Low-friction game tables for playing hockey games toy trucks, electronically operated toy vehicles, bicycling pads, ride-on toy vehicles, scale model vehicles, trains, and air planes, model trains, model kits of vehicles, inflatable toys, doll clothes, and other toys and dolls, toy vehicles; toy drones; Controllers for toy cars and toy planes: board games; card games; playing cards; portable games with liquid crystal displays

For a trademark/service mark: The applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection with all of the goods/services listed in the Notice of Allowance or as subsequently modified for this specific class; for a collective/certification mark: the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in connection with the goods/services/collective membership organization listed in the Notice of Allowance, or as subsequently modified for this specific class.

For International Class 045:
Current identification: Legal services; Surveillance services relating to the security of tangible property; Online social networking services provided via downloadable mobile applications and a website; Dating services; online social networking services

For a trademark/service mark: The applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection with all of the goods/services listed in the Notice of Allowance or as subsequently modified for this specific class; for a collective/certification mark: the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in connection with the goods/services/collective membership organization listed in the Notice of Allowance, or as subsequently modified for this

specific class.

This is the first extension request.

**Correspondence Information**
J. Scott Gerien
PRIMARY EMAIL FOR CORRESPONDENCE: tmdept@dpf-law.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is AAA075-001.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $750 will be submitted with the form, representing payment for 6 classes.

**Declaration**

STATEMENTS: The signatory believes that: the applicant has a continued bona fide intention, and is entitled, to use the mark in commerce on or in connection with all the goods/services under Section 1(b) in the notice of allowance or as subsequently modified, or, if applicable, the applicant has a continued bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce on or in connection with all the goods/services/collective membership organization under Section 1(b) in the notice of allowance or as subsequently modified; and that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, members and concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any resulting registration, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /J. Scott Gerien/     Date Signed: 03/25/2026
Signatory's Name: J. Scott Gerien
Signatory's Position: Attorney of record, California bar member
Signatory's Phone: 000-000-0000
Signature method: Sent to third party for signature

PAYMENT: 98975630
PAYMENT DATE: 03/25/2026

Serial Number: 98975630
Internet Transmission Date: Wed Mar 25 15:30:18 ET 2026
TEAS Stamp: USPTO/ESU-XXXX:XXX:XXX:XXXX:XXXX:XXXX:XX
XX:XXX-20260325153018895381-98975630-910
6f1c1d71c849e4f1f2784b0301b392d17a39ac58
448de8f9256ed13e5ff-DA-30186068-20260325
143535917095

RAM SALE NUMBER: 98975630
RAM ACCOUNTING DATE: 20260325

INTERNET TRANSMISSION DATE:                SERIAL NUMBER:

2026/03/25                                 98/975630

| Description | Fee Code | Transaction Date | Total Fees Paid |
|-------------|----------|------------------|-----------------|
| ESU | 7004 | 2026/03/25 | 750 |