

**Andrew D. Skale**
+1.858.314.1506
ADSkale@mintz.com

3580 Carmel Mountain Road
Suite 300
San Diego, CA  92130
858 314 1500
mintz.com

April 10, 2026

**VIA ECF AND FEDEX**

Honorable Judge Trina L. Thompson
United States District Court, Northern District of California
450 Golden Gate Avenue, Courtroom 9
San Francisco, CA 94102

> Re:   *IYO, Inc. v. IO Products, Inc., et al.*
>        Case No. 3:25-cv-04861-TLT

Dear Judge Thompson:

We represent plaintiff IYO Inc. and we write in response to Your Honor's Questions for the Hearing (ECF 136).

Your Honor inquired:

1.    Please briefly state whether there are any products currently subject to infringement in the marketplace.

      a. In other words, are there any related cases in state court, PTAB, the Federal Circuit, and/or federal court?

      b. Are there any pending or impending infringement matters involving the IYO and/or IO related products?

**Response:** Aside from Defendants' product, IYO is not currently aware of any other related, competing products using a confusingly similar mark in the marketplace. Plaintiff does not have any other infringement actions pending in state court, the PTAB, the Federal Circuit, federal court, or otherwise. This is the only infringement action that IYO has involving the IYO and/or IO related products. However, IYO does intend to oppose and/or seek cancellation of Defendants' federal trademark applications at the PTO when it is an appropriate time to do so. Those PTO proceedings would then likely be stayed in favor of this litigation.

While not responsive to the Court's question, out of an abundance of caution we note that IYO has commenced a state court case against former employee Daniel Sargent, which alleges trade secret misappropriation against Mr. Sargent, and does not include any trademark claims or any of the defendants in this case. That case is currently on appeal from the denial of Mr. Sargent's anti-SLAPP motion, which appeal has stayed further proceedings in it.

Respectfully,

Andrew D. Skale

---

BOSTON   LOS ANGELES   MIAMI   NEW YORK   SAN DIEGO   SAN FRANCISCO   TORONTO   WASHINGTON

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.