QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Sara L. Pollock (Bar No. 281076)
sarapollock@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

*Attorneys for Defendants io Products, Inc.,
OpenAI, Inc., OpenAI, LLC, and Sam Altman*

JONES DAY
David Kiernan (Bar No. 215335)
dkiernan@jonesday.com
555 California Street 26th Floor
San Francisco, California 94104
Telephone:     (415) 875-5745

Meredith Wilkes (admitted *pro hac vice*)
mwilkes@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone     (216) 586-7231

*Attorneys for Defendant Sir Jonathan Paul Ive*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IYO, INC.<br><br>                 Plaintiff,<br><br>         v.<br><br>IO PRODUCTS, INC., OPENAI, INC.,<br>OPENAI, LLC, SAM ALTMAN, and SIR<br>JONATHAN PAUL IVE,<br><br>                 Defendants. | Case No. 3:25-cv-4861-TLT<br><br>**DEFENDANTS' STATEMENT OF<br>RECENT DECISION** |

Case No. 3:25-cv-4861-TLT

DEFENDANTS' STATEMENT OF RECENT DECISION

Attached hereto as **Exhibit A** is a relevant judicial opinion published after Defendants' Opposition to Plaintiff iyO, Inc.'s Motion for Preliminary Injunction was filed on March 13 (ECF No. 121).    The case is: *Miller Mfg. Co., Plaintiff-Counter Defendant, v. Tractor Supply Co., Defendant-Counter Claimant.*, No. CV 25-3099 (DWF/DLM), 2026 WL 936852 (D. Minn. Apr. 7, 2026).

DATED:  April 13, 2026                    QUINN EMANUEL URQUHART
                                          & SULLIVAN, LLP


                                          By_____/s/ Margret M. Caruso_____
                                              Margret M. Caruso
                                              *Attorneys for Defendants io Products, Inc.,*
                                              *OpenAI, Inc., OpenAI, LLC, and Sam Altman*


DATED:  April 13, 2026                    JONES DAY


                                          By_____/s/ David Kiernan_____
                                              David Kiernan
                                              *Attorneys for Defendant Sir Jonathan Paul Ive*

DEFENDANTS' STATEMENT OF RECENT DECISION

## ATTESTATION

I, Margret M. Caruso, am the ECF user whose ID and password are being used to file the above document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that David Kiernan has concurred in the filing of the above document.


By    */s/ Margret M. Caruso*
      Margret M. Caruso