QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Sara L. Pollock (Bar No. 281076)
sarapollock@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

*Attorneys for Defendants io Products, Inc.,*
*OpenAI, Inc., OpenAI, LLC, and Sam Altman*

JONES DAY
David Kiernan (Bar No. 215335)
dkiernan@jonesday.com
555 California Street 26th Floor
San Francisco, California 94104
Telephone:     (415) 875-5745

Meredith Wilkes (admitted *pro hac vice*)
mwilkes@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone     (216) 586-7231

*Attorneys for Defendant Sir Jonathan Paul Ive*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IYO, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IO PRODUCTS, INC., OPENAI, INC.,<br>OPENAI, LLC, SAM ALTMAN, and SIR<br>JONATHAN PAUL IVE,<br><br>　　　　　Defendants. | Case No. 3:25-cv-4861-TLT<br><br>**DEFENDANTS' OBJECTIONS AND<br>MOTION TO STRIKE PLAINTIFF'S<br>RESPONSE TO DEFENDANTS'<br>OBJECTIONS TO REPLY EVIDENCE** |

Defendants' respectfully object to and request that the Court strike Plaintiff's Response to Defendants' Objections to Reply Exhibits (ECF 138).  Plaintiff's filing is expressly foreclosed by Local Rule 7-3(d), which states: "Once a reply is filed, no additional memoranda, papers, or letters may be filed without Court approval, except … an Objection to Reply Evidence … ."  The Local Rules do not permit the filing of a response to objections to reply evidence.  *Rojas v. Bosch Solar Energy Corp.*, 2021 WL 12331659, at *1 (N.D. Cal. Nov. 23, 2021) ("This district's Civil Local Rules do not contemplate a response to an objection to reply evidence"); *Stardock Sys., Inc. v. Reiche*, 2018 WL 7348858, at *6 (N.D. Cal. Dec. 27, 2018) (similar).  Because Plaintiff did not seek the Court's leave before filing its unpermitted response, Plaintiff's supplementary filing, which argues the merits, violates Local Rule 7-3(d) and must be stricken.[1]

DATED:  April 13, 2026

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By  /s/ Margret M. Caruso
Margret M. Caruso
*Attorneys for Defendants io Products, Inc.,
OpenAI, Inc., OpenAI, LLC, and Sam Altman*

DATED:  April 13, 2026

JONES DAY

By  /s/ Meredith M. Wilkes
Meridith M. Wilkes (*pro hac vice*)
*Attorneys for Defendant Sir Jonathan Paul Ive*

---

[1]  Defendants' response (ECF 135) to Plaintiff's objections merely pointed out Plaintiff's filing (ECF 127) was unpermitted as it, like the instant filing, violates express Local Rules.  For clarity, the correct outcome is for the Court to disregard ECF Nos. 127 (Plaintiff's standalone objections, which violate Local Rule 7-3), 135, and 138, and consider only ECF 134 (Defendants' Objections to Reply Evidence).

**ATTESTATION**

I, Margret M. Caruso, am the ECF user whose ID and password are being used to file the above document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Meredith M. Wilkes has concurred in the filing of the above document.


By      _/s/ Margret M. Caruso_
Margret M. Caruso

DEFENDANTS' OBJECTIONS AND MOTION TO STRIKE PLAINTIFF'S RESPONSE TO DEFENDANTS'
OBJECTIONS TO REPLY EVIDENCE