QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Sara L. Pollock (SBN 281076)
sarapollock@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

*Attorneys for Defendants io Products, Inc., OpenAI,*
*Inc., OpenAI, LLC, and Sam Altman*

JONES DAY
David Kiernan (Bar No. 215335)
dkiernan@jonesday.com
555 California Street 26th Floor
San Francisco, California 94104
Telephone:     (415) 875-5745

Meredith Wilkes (*pro hac vice*)
mwilkes@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone      (216) 586-7231

*Attorneys for Defendant Sir Jonathan Paul Ive*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IYO, INC.<br><br>        Plaintiff,<br><br>    v.<br><br>IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,<br><br>        Defendants. | Case No. 3:25-cv-4861-TLT<br><br>**DECLARATION OF MARGRET M. CARUSO IN SUPPORT OF DEFENDANTS' RESPONSE TO THE COURT'S QUESTIONS FOR HEARING (ECF NO. 136)** |

I, Margret M. Caruso, declare as follows:

1. I am an attorney licensed to practice in the State of California and am a partner of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, and Sam Altman. I make this declaration in support of Defendants' Response to the Court's Questions for Hearing (ECF No. 136). I have personal knowledge of the matters set forth in this declaration, and if called as a witness, I would testify competently to them.

2. Attached as **Exhibit A** is a true and correct copy of the OFFICIAL USPTO NOTICE OF ABANDONMENT for U.S. Application Serial Number 98/275,753, dated April 10, 2026, as retrieved from the USPTO website on April 13, 2026.

3. Attached as **Exhibit B** is a true and correct copy of the OFFICIAL USPTO NOTICE OF ABANDONMENT for U.S. Application Serial Number 98/276,003, dated April 10, 2026, as retrieved from the USPTO website on April 13, 2026.

4. Attached as **Exhibit C** is a true and correct copy of the OFFICIAL USPTO NOTICE OF ABANDONMENT for U.S. Application Serial Number 98/975,624, dated April 10, 2026, as retrieved from the USPTO website on April 13, 2026.

5. Attached as **Exhibit D** is a true and correct copy of the OFFICIAL USPTO NOTICE OF ABANDONMENT for U.S. Application Serial Number 98/975,630, dated April 10, 2026, as retrieved from the USPTO website on April 13, 2026.

6. Attached as **Exhibit E** is a true and correct copy of the OFFICIAL USPTO NOTICE OF ABANDONMENT for U.S. Application Serial Number 98/977,419, dated April 10, 2026, as retrieved from the USPTO website on April 13, 2026.

7. Attached as **Exhibit F** is a true and correct copy of the OFFICIAL USPTO NOTICE OF ABANDONMENT for U.S. Application Serial Number 98/977,421, dated April 10, 2026, as retrieved from the USPTO website on April 13, 2026.

8. Attached as **Exhibit G** is a true and correct copy of the OFFICIAL USPTO NOTICE OF ABANDONMENT for U.S. Application Serial Number 98/977,424, dated April 10, 2026, as retrieved from the USPTO website on April 13, 2026.

DECLARATION OF MARGRET M. CARUSO IN SUPPORT OF RESPONSE TO THE COURT'S QUESTIONS FOR HEARING

9.    Attached as **Exhibit H** is a true and correct copy of the OFFICIAL USPTO NOTICE OF ABANDONMENT for U.S. Application Serial Number 98/977,426, dated April 10, 2026, as retrieved from the USPTO website on April 13, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of April, 2026 in Redwood City, California.

By    */s/ Margret M. Caruso*
    Margret M. Caruso

DECLARATION OF MARGRET M. CARUSO IN SUPPORT OF RESPONSE TO THE COURT'S QUESTIONS FOR HEARING