# EXHIBIT C

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, April 10, 2026 17:24:47 EDT |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notification: U.S. Trademark Application SN 98975624 -- Docket/Reference No. AAA075-001 |

OFFICIAL USPTO NOTICE OF ABANDONMENT

**TRADEMARK APPLICATION EXPRESSLY ABANDONED**

**U.S. Application Serial No.** 98975624
**Mark:** IO
**Owner:** Weynorth Limited
**Docket/Reference No.** AAA075-001

**Issue Date:**  April 10, 2026

On April 09, 2026, you filed a request to expressly abandon your application. Your application is now abandoned and we will take no further action on it.

For questions about this notice, contact the Trademark Assistance Center at 1-800-786-9199 (select option 1) or at TrademarkAssistanceCenter@uspto.gov.

View this notice and other documents for this application online in the Trademark Status and Document Retrieval (TSDR) database.