# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IYO, INC.,

            Plaintiff,

    v.

IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, SAM ALTMAN, and SIR JONATHAN PAUL IVE,

           Defendants.

Case No. 3:25-cv-4861-TLT

**[PROPOSED] ORDER GRANTING PLAINTIFF IYO INC.'S MOTION TO STRIKE DEFENDANTS' POWERPOINT**

Judge:     Hon. Trina L. Thompson

FAC Filed: March 13, 2026

This matter comes before the Court on Plaintiff IYO Inc.'s Motion to Strike Defendants PowerPoint. Plaintiff's Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Defendants' PowerPoint, emailed to the Court after the hearing, is stricken from the record and will not be considered in regard to Plaintiff's Motion for a Preliminary Injunction.

**IT IS SO ORDERED.**
 Dated:

                                   Hon. Trina L. Thompson
                                   United States District Judge

603227599v.1