MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
Andrew D. Skale (211096)
ADSkale@mintz.com
Micha Danzig (177923)
MDanzig@mintz.com
Laura Franco (186765)
LFranco@mintz.com
Anthony J. Viola (*pro hac vice*)
AJViola@mintz.com
Kara M. Cormier (*pro hac vice*)
KMCormier@mintz.com
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: 415.432.6000

Attorneys for Plaintiff
IYO INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IYO, INC., | Case No.  3:25-cv-4861 |
|---|---|
| Plaintiff, | **PLAINTIFF IYO INC.'S CERTIFICATE OF SERVICE OF MAGISTRATE JUDGE PETER H. KANG'S DISCOVERY STANDING ORDER** |
| vs. | |
| IO PRODUCTS, INC., OPENAI, INC., OPENAI, LLC, OPENAI OPCO, LLC, SAM ALTMAN, SIR JONATHAN PAUL IVE and TANG YEW TAN, | Discovery Matters Assigned to Magistrate Judge Peter H. Kang |
| Defendants. | FAC Filed:    March 13, 2026 |

## CERTIFICATE OF SERVICE

Pursuant to Magistrate Judge Peter H. Kang's Discovery Standing Order (effective June 1, 2023), I, Kara M. Cormier, do hereby certify that on April 21, 2026, I caused the foregoing document to be served on counsel of record for Defendants via ECF Filing.

Dated:  April 21, 2026

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

 /s/ *Andrew D. Skale*
Andrew D. Skale
Micha Danzig
Laura Franco
Anthony J. Viola
Kara M. Cormier

Attorneys for Plaintiff
IYO INC.