QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Sara L. Pollock (Bar No. 281076)
sarapollock@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

*Attorneys for Defendants io Products, Inc.,*
*OpenAI OpCo, LLC, OpenAI, Inc., OpenAI, LLC,*
*Sam Altman, and Tang Yew Tan*

JONES DAY
David Kiernan (Bar No. 215335)
dkiernan@jonesday.com
555 California Street 26th Floor
San Francisco, California 94104
Telephone:     (415) 875-5745

Meredith Wilkes (admitted *pro hac vice*)
mwilkes@jonesday.com
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone     (216) 586-7231

*Attorneys for Defendant Sir Jonathan Paul Ive*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IYO, INC.<br><br>              Plaintiff,<br><br>     v.<br><br>IO PRODUCTS, INC., et al.<br><br>              Defendants. | Case No. 3:25-cv-4861-TLT<br><br>**DEFENDANT TANG YEW TAN'S NOTICE OF MOTION AND MOTION TO STRIKE THE AMENDED COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(1) AND FED. R. CIV. P. 12(b)(6)**<br><br>Hearing: July 28, 2026 at 2:00 p.m. |

Case No. 3:25-cv-4861-TLT

DEFENDANT TANG YEW TAN'S NOTICE OF MOTION AND MOTION TO STRIKE, OR IN THE
ALTERNATIVE, MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) AND FED. R. CIV. P. 12(B)(6)

## NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 28, 2026 at 2:00 p.m., or as soon thereafter as this motion may be heard, in the courtroom of the Honorable Judge Trina L. Thompson, Courtroom 9, 450 Golden Gate Avenue, San Francisco, California 94102, Defendant Tang Yew Tan ("Mr. Tan") will and hereby does move the Court for an order striking Plaintiff iyO's amended complaint (ECF No. 119), or in the alternative, dismissing it with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

Mr. Tan joins Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, Sam Altman, and Sir Jonathan Paul Ive's March 27, 2026 Motion to Strike, or in the Alternative, Motion to Dismiss under Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) (ECF 128) (the "Motion"), and incorporates the grounds raised therein as the basis to strike the amended complaint, or, in the alternative, to dismiss all causes of action asserted against Mr. Tan.

This motion is based on this Notice of Motion and Memorandum, the Motion, Defendants' Request for Judicial Notice dated March 27, 2026 (ECF 129), the Declaration of Margret M. Caruso dated March 27, 2026 (ECF 130), the exhibits thereto, the Reply in support of the Motion (ECF 152), all papers on file in this action, and any other matters that may be presented to this Court at the hearing or otherwise.

DATED:  June 1, 2026

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By _____
     */s/ Margret M. Caruso*
     Margret M. Caruso
     *Attorneys for Defendants io Products, Inc.,
     OpenAI OpCo, LLC, OpenAI, Inc., OpenAI,
     LLC, Sam Altman, and Tang Yew Tan*

## MEMORANDUM OF POINTS AND AUTHORITIES

As set forth fully in Defendants io Products, Inc., OpenAI, Inc., OpenAI, LLC, Sam Altman, and Sir Jonathan Paul Ive's March 27, 2026 Motion to Strike, or in the Alternative, Motion to Dismiss under Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6) (ECF 128), striking iyO, Inc. ("iyO")'s amended complaint is appropriate because it was filed after the Court's scheduled deadline for the amendment of pleadings without leave to do so.  In the alternative, dismissal is appropriate because: (1) there is no justiciable controversy regarding iyO's trademark-based claims and this Court therefore lacks subject matter jurisdiction over them; (2) iyO's newly added claims fail to state a claim on which relief should be granted; and (3) the Court should abstain from hearing iyO's trade secret claims under the Colorado River abstention doctrine because of the existence of substantially parallel state court proceedings.

Because Rule 12(g)(1) "permits Rule 12 motions to be joined by other Rule 12 motions," Mr. Tan hereby joins and incorporates by reference ECF 128 in full.  *See Austin v. Tesla, Inc.*, 2021 WL 5921457, at *5 (N.D. Cal. Jan. 26, 2021) (permitting defendants to join in another defendant's motion to dismiss).

For the foregoing reasons, Mr. Tan respectfully requests that the Court dismiss the amended complaint as to Mr. Tan with prejudice.

DATED:  June 1, 2026

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By ___*/s/ Margret M. Caruso*___
Margret M. Caruso
*Attorneys for Defendants io Products, Inc.,
OpenAI OpCo, LLC, OpenAI, Inc., OpenAI,
LLC, Sam Altman, and Tang Yew Tan*

Case No. 3:25-cv-4861-TLT
DEFENDANT TANG YEW TAN'S NOTICE OF MOTION AND MOTION TO STRIKE, OR IN THE
ALTERNATIVE, MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) AND FED. R. CIV. P. 12(B)(6)