**Anthony J. Viola**
+1.212.692.6235
AJViola@mintz.com



919 Third Avenue
New York, NY 10022
212 935 3000
mintz.com

June 8, 2026

**BY ECF AND EMAIL**

Hon. Peter H. Kang
United States Magistrate Judge
United States District Court, Northern District of California
San Francisco Division, Courtroom F, 15th Floor
PHKCRD@cand.uscourts.gov

**Re: Motion Hearing Set for June 17, 2026 at 1:30 PM (Dkt. Nos. 166, 167, 172)**

Dear Magistrate Kang:

I write on behalf of Plaintiff IYO to respectfully request that the Court either (1) proceed with the hearing currently set for June 17, 2026 with co-lead trial counsel for Plaintiff Andrew Skale, without my presence, or (2) reschedule the hearing to a date on which I am available remotely.

I am located in New York. I appeared on behalf of IYO at the Court-ordered discovery conference of lead trial counsel. My partner Mr. Skale has been on the case since inception and is knowledgeable about the matters pending before the Court. He is co-lead counsel with me and is fully capable of arguing the motions. While I am cognizant of your Local Rules requiring lead counsel on the meet-and-confer to appear at the hearing, I am unavailable to attend the June 17 hearing due to court-ordered depositions scheduled to occur in New York on June 16, 17, 19, 22, 23, and 24, 2026, in a different matter pending in New York. There is also a court conference in that matter on the afternoon of June 29, 2026. I am the only partner working on that case. In addition, I have a final pre-hearing conference on June 30, 2026 in a separate arbitration which is scheduled for hearing from July 13 to July 23, 2026. I am also the only partner on that case. As a result of these obligations, I am available to appear by Zoom on: June 18, June 25, and July 1–3, 2026. We have contacted defense counsel and lead counsel Margaret Caruso has indicated that Defendants consent to either Mr. Skale handling the hearing on June 17th or to my attendance by Zoom on June 18th.

We respectfully submit that the scheduling conflict described above—arising from court-ordered depositions and trial conferences on the East Coast that I cannot unilaterally reschedule—constitutes good cause for the Court's consideration of this request.

In light of the foregoing, IYO respectfully requests that the Court either: (1) permit the hearing on the motions noticed at Docket Nos. 166, 167, and 172 to proceed as scheduled on June 17, 2026 at 1:30 PM with Mr. Skale's attendance, without me; or (2) reschedule the hearing to one of the following dates on which I am available to appear via Zoom: June 18 (preferable to Defendants), June 25, or July 1–3, 2026.

We are prepared to proceed in whatever manner the Court deems most efficient and appropriate. I apologize for any inconvenience and appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ *Anthony J. Viola*

Anthony J. Viola

cc. All Counsel by ECF

---