MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
Andrew D. Skale (211096)
ADSkale@mintz.com
Laura Franco (186765)
LFranco@mintz.com
Valerie Phan (306503)
VPhan@mintz.com
Anthony J. Viola (*pro hac vice*)
AJViola@mintz.com
Kara M. Cormier (*pro hac vice*)
KMCormier@mintz.com
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: 415.432.6000

LWD ADVISORS, INC.
Jeff Hyman (171896)
jeff@lwdadvisors.com
700 El Camino Real Suite 120 #1310
Menlo Park CA 94025
Telephone: 650.219.4229

*Attorneys for Plaintiff*
*IYO Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Sara L. Pollock (SBN 281076)
sarapollock@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

*Attorneys for Defendants io Products, Inc.,*
*OpenAI OpCo, LLC, OpenAI, Inc., OpenAI, LLC,*
*Sam Altman, and Tang Yew Tan*

JONES DAY
David Kiernan (Bar No. 215335)
dkiernan@jonesday.com
555 California Street 26th Floor
San Francisco, California 94104
Telephone:    (415) 875-5745

*Attorneys for Defendant Sir Jonathan Paul Ive*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IYO, INC. | Case No. 3:25-cv-4861-TLT |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | Case Assigned to Hon. Trina L. Thompson Courtroom 9 |
| IO PRODUCTS, INC., OPENAI OPCO, LLC, OPENAI, INC., OPENAI, LLC, SAM ALTMAN, SIR JONATHAN PAUL IVE, and TANG YEW TAN, | Complaint Filed: June 9, 2025<br>Trial:       January 10, 2028 |
| Defendants. | |

Plaintiff and Defendants, through their respective counsel of record, jointly submit this notice to inform the Court that they have reached a settlement in principle and are working to reduce the terms to a formal agreement, which they expect to execute shortly.  Accordingly, the parties request that the Court stay and adjourn further proceedings, including all pending deadlines and events, for a period of 7 days to permit the parties to finalize their agreement.

Dated: July 27, 2026          MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.


By:     */s/ Andrew D. Skale*

        Andrew D. Skale (211096)
        Laura Franco (186765)
        Anthony J. Viola (*pro hac vice*)
        Kara M. Cormier (*pro hac vice*)
        Mitch Danzig (177923)

        *Attorneys for Plaintiff iyO Inc.*


Dated: July 27, 2026          QUINN EMANUEL URQUHART & SULLIVAN, LLP


By:     */s/ Margret M. Caruso*

        Margret M. Caruso
        Sara L. Pollock

        *Attorneys for Defendants io Products, Inc.,*
        *OpenAI OpCo, LLC, OpenAI, Inc., OpenAI, LLC,*
        *Sam Altman, and Tang Yew Tan*


Dated: July 27, 2026          JONES DAY


By:     */s/ David C. Kiernan*

        David C. Kiernan
        Meredith M. Wilkes

        *Attorneys for Defendant Sir Jonathan Paul Ive*


1

JOINT NOTICE OF SETTLEMENT
(Case No. 3:25-cv-04861-TLT)